# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed September 14, 2005)

THE OSAGE TRIBE OF INDIANS
OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Further to the court's informal telephonic status conference with the parties held on September 12, 2005, the parties shall file with the court, under cover of a motion for leave to file which shall refer to this order, three copies of each of their briefs filed as Docket Nos. 203, 209, 213, and 220 in Case No. 00-169 L with handwritten annotations providing, in each case where the brief refers to a document appearing in the parties Joint Appendix, a cross-reference to the tab number and to the page number within the tab number, where the document appears in the Joint Appendix.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge