**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | Electronically Filed: September 15, 2005 |
| v. | No. 99-550 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, Defendant. | |

**NOTICE OF APPEARANCE**

Comes now Brett D. Burton and enters his appearance in substitution for Caroline M. Blanco, as attorney of record for Defendant United States of American in Docket No. 99-550L.

Respectfully submitted this 15th day of September, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

Martin J. LaLonde
Kevin Webb
Caroline M. Blanco
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Brenda Riel
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240

Alan Woodcock
Office of the Field Solicitor
U.S. Department of the Interior
7906 East 33rd Street, Suite 100
Tulsa, OK 74145

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227