**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed:<br>September 15, 2005<br><br>No. 99-550 L<br>Judge Emily C. Hewitt |

**JOINT NOTICE OF CORRECTED FILING**
**PARTIES' JOINT APPENDIX - SOURCES OF LAW**

On September 12, 2005, Defendant filed the Joint Appendix - Sources of Law ("Joint Appendix"), on behalf of the parties in paper form with the Court and provided a courtesy copy to both the Court and to Plaintiff. Pursuant to General Order No. 42A, *Interim Procedures for Electronic Case Filing*, the Court authorized filing the Joint Appendix in paper form due to the large volume of documents contained in the Joint Appendix.

In the Joint Appendix filed on September 12, 2005, the version of the regulations, 25 C.F.R. Part 226 (1990), that was included at Tab 15 was intended to be the version of the regulations applicable for the October 1990 tranche one period. The included regulation was the April 1, 1990, version of 25 C.F.R. Part 226. Interior promulgated an amendment to the regulations in August 1990, which amendment became effective on September 13, 1990. Accordingly, Defendant hereby submits, on behalf of the parties and in paper form, the version of these regulations, 25 C.F.R. Part 226 (1991), that were in place as of the October, 1990 tranche one period, for insertion into the Joint Appendix.

Respectfully submitted this 15th day of September, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Wilson K. Pipestem
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 419-3526
Fax: (202) 659-4931

Attorney of Record for Plaintiff

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

Martin J. LaLonde
Kevin Webb
Caroline M. Blanco
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Brenda Riel
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240

Alan Woodcock
Office of the Field Solicitor
U.S. Department of the Interior
7906 East 33rd Street, Suite 100
Tulsa, OK 74145

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Joint Notice of Corrected Filing , Parties Joint Appendix - Sources of Law, was served on September 15, 2005, by Electronic Case Filing, and 25 C.F.R. Part 226 (1991) served, via fist-class mail, postage prepaid, and hand-delivery, on the following counsel:

Wilson K. Pipestem
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, NW
Washington, DC 20036

*s/ Brett D. Burton*
BRETT D. BURTON