**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Electronically Filed:
September 15, 2005

No. 99-550 L
Judge Emily C. Hewitt

**DEFENDANT'S MOTION FOR LEAVE TO FILE ANNOTATED COPIES OF BRIEFS**

Defendant respectfully moves this Court pursuant to the Court's September 14, 2005, Order, and General Order No. 42A, *Interim Procedures for Electronic Case Filing*, for leave to file three annotated copies of Defendant's briefs (Docket Nos. 209 and 220), in paper form.

Pursuant to the Court's September 14, 2005, Order, Defendant will file three copies of Defendant's briefs (Docket Nos. 209 and 220) with the Court with "handwritten annotations providing, in each case where the brief refers to a document appearing in the parties Joint Appendix, a cross-reference to the tab number and to the page number within the tab number, where the document appears in the Joint Appendix."

Respectfully submitted this 15th day of September, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0212
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

Martin J. LaLonde
Kevin Webb
Caroline M. Blanco
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Brenda Riel
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240

Alan Woodcock
Office of the Field Solicitor
U.S. Department of the Interior
7906 East 33rd Street, Suite 100
Tulsa, OK 74145

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendant's Motion to File Annotated Copies of Briefs was served on September 15, 2005, by Electronic Case Filing, and the annotated briefs (Docket Nos. 209 and 220) were served, via hand-delivery, on the following counsel:

Wilson K. Pipestem
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, NW
Washington, DC 20036

*s/ Brett D. Burton*
BRETT D. BURTON