# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed September 20, 2005)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has received unfiled Plaintiff's Motion for Leave to File Annotated Copies of Docket Nos. 203 and 213 [in Case No. 00-169 L] (motion) because the motion was submitted in paper rather than electronic form. The court instructs the Clerk to scan the motion into the electronic record of the case and to accept the annotated copies of the briefs in paper form. Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge