ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 20 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| *v.* | ) | Nos. 99-550 L & 00-169 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF OSAGE NATION'S MOTION FOR LEAVE TO FILE ANNOTATED COPIES OF DOCKET NUMBERS 203 AND 213**

Pursuant to the Court's Order filed on September 14, 2005, Plaintiff Osage Nation respectfully moves for leave to file annotated copies of the documents previously filed as Docket Numbers 203 and 213 in Case No. 00-169 L, three copies of each of which are attached hereto. As required by the Court's September 14, 2005 Order, the Osage Nation has added handwritten annotations to those documents providing a cross-reference to the Joint Appendix previously provided to the Court.

Dated this September 15, 2005

Respectfully submitted,

[signature]

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Plaintiff Osage Nation's Motion for Leave to File Annotated Copies of Docket Numbers 203 and* 213 and attachments thereto were served by hand delivery, this 15th day of September, 2005 on:

BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0212

Wilson K. Pipestem