**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | ) | Electronically Filed: December 2, 2005 |
| v. | ) | Nos. 99-550L & 00-169L Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS, IN PART, PLAINTIFF'S INVESTMENT CLAIMS AS SET FORTH IN PLAINTIFF'S BRIEF CLARIFYING LEGAL BASES FOR ITS INVESTMENT CLAIM**

Pursuant to the Rules of the Court of Federal Claims ("RCFC") 12(b)(1) or, in the alternative, pursuant to RCFC 12(b)(6), and RCFC 12(h)(3), Defendant respectfully moves this Court to dismiss the following investment claims set forth in Plaintiff Osage Nation's Brief Clarifying Legal Bases for Its Investment Claims: Plaintiff's claim that the Government has a duty (1) to maximize investment yields; (2) to earn for the Osage Trust funds investment returns equal to the average yields it obtained from other Indian Trust funds; (3) to earn interest for the Osage trust fund between the time a check is issued from Treasury and the time when the check is paid or cancelled; and (4) Plaintiff's claim, as currently constituted, to lost investment income. A memorandum in support of this motion and in reply to Plaintiff's Brief Clarifying Legal Bases for Its Investment Claims filed pursuant to the Court's October 27, 2005, Opinion and Order follows.

In filing this motion, Defendant notes that, although the Court denied Defendant's motion to dismiss, in part, Plaintiff's Trance One claims, in its October 27, 2005, Opinion and Order, the Court indicated that "the legal issues and facts regarding plaintiff's investment claim have not been sufficiently briefed . . . plaintiff has not adequately articulated the contours of its investment claim. . . ." *Osage Tribe of Indians of Oklahoma v. United States*, 68 Fed.Cl. 322, 335-36 (Fed.Cl. 2005). Further, the Court held that dismissal of Plaintiff's claim was "unwarranted at this juncture." *Id*. at

336. In light of the subsequent briefing by both parties regarding Plaintiff's investment claims, Defendant believes that this is an appropriate juncture for the Court to dismiss Plaintiff's investment claims, in part, either pursuant to RCFC 12(b)(1) or, in the alternative, pursuant to RCFC 12(b)(6).

Respectfully submitted, on December 2, 2005,

SUE ELLEN WOOLRIDGE
Assistant Attorney General

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627