# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed December 6, 2005)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Defendant's Motion to Dismiss, in Part, Plaintiff's Investment Claims as Set Forth in Plaintiff's Brief Clarifying Legal Bases for Its Investment Claims and defendant's separately-filed Memorandum and exhibits. The court directs defendant's attention to two deficiencies regarding the filing of the memorandum and exhibits: (a) the memorandum and exhibits are to be attached to the motion and not filed separately (see RCFC 7(b)), and (b) the index to appendix / exhibits is to be located in both the front of the brief and in front of an attached appendix (see RCFC 5.2(a)(1)(G)).

The parties are encouraged to familiarize themselves with the electronic filing requirements of the court so that future filings are compliant with RCFC rules.

Defendant shall FILE and SERVE separately the index to exhibits provided in support of its motion to dismiss.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge