**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Electronically Filed:<br>December 7, 2005<br><br>Nos. 99-550L & 00-169L<br>Judge Emily C. Hewitt |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE APPENDIX OF EXHIBITS WITH INDEX AND PAGINATED EXHIBITS**

Defendant respectfully moves this Court for leave to file an Appendix of Exhibits with an index and paginated exhibits in support of Defendant's Motion to Dismiss, in Part, Plaintiff's Investment Claims as Set Forth in Plaintiff's Brief Clarifying Legal Bases for Its Investment Claims, filed on December 2, 2005. In support of this motion, Defendant states as follows:

(1) Defendant has contacted Plaintiff's counsel regarding this request and Plaintiff's counsel has consented to Defendant's motion to file an appendix with an index and paginated exhibits.

(2) The Court's Order of December 6, 2005, requires Defendant to file and serve separately the index to exhibits provided in support of its motion to dismiss. Defendant notes that the exhibits Defendant filed with the Court on December 2, 2005, in support of Defendant's motion to dismiss, were not paginated. Consequently, Defendant proposes filing an Appendix of Exhibits with an index and paginated exhibits. The exhibits in this Appendix will consist of the same exhibits filed with the Court on December 2, 2005, except the exhibits in this Appendix will contain pagination.

WHEREFORE, Defendant respectfully moves this Court for leave to file an Appendix of Exhibits with an index and paginated exhibits in support of Defendant's Motion to Dismiss, in Part, Plaintiff's Investment Claims as Set Forth in Plaintiff's Brief Clarifying Legal Bases for Its Investment Claims, filed on December 2, 2005.

Respectfully submitted, on December 7, 2005,

SUE ELLEN WOOLRIDGE
Assistant Attorney General

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services

U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627