# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed December 8, 2005)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Unopposed Motion for Leave to File Appendix of Exhibits with Index and Paginated Exhibits. Defendant moves, with plaintiff's consent, for leave to file a paginated appendix of exhibits along with the index of exhibits defendant was instructed to file by the court's Order of December 6, 2005. Based on the representations contained therein, the court hereby GRANTS defendant's motion.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge