**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| | ) | Electronically Filed: December 9, 2005 |
| Plaintiff, | ) | |
| v. | ) | Nos. 99-550L & 00-169L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, IN PART, PLAINTIFF'S INVESTMENT CLAIMS AS SET FORTH IN PLAINTIFF'S BRIEF CLARIFYING LEGAL BASES FOR ITS INVESTMENT CLAIMS**

**INDEX TO APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, IN PART, PLAINTIFF'S INVESTMENT CLAIMS AS SET FORTH IN PLAINTIFF'S BRIEF CLARIFYING LEGAL BASES FOR ITS INVESTMENT CLAIMS**

| Exhibit No. | Description | Beginning Page Number in Appendix |
|---|---|---|
| 1 | Memorandum, dated June 5, 1972, to Holders of Bureau of Indian Affairs Supplement No.3, from John P. Sykes, Director of Fiscal Plans and Management, Bureau of Indian Affairs, and attached 42 BIAM Supplement No. 3.11, Investments | 1 |
| 2 | Part V – Deposit Regulations, from Treasury Fiscal Requirements Manual, dated January 1969 | 11 |
| 3 | Treasury Fiscal Requirements Manual Transmittal Letter No. 267, dated May 7, 1979, to Heads of Government Departments, Agencies and Others Concerned, from Bureau of Government Financial Operations, and attached I TFRM 6-8000, Cash Management | 12 |
| 4 | Treasury Financial Manual Transmittal Letter No. 471, dated October 1, 1985, to Heads of Government Departments, Agencies and Others Concerned, from Bureau of Government Financial Operations, and attached I TFM 6-8000 | 17 |