PART V - DEPOSIT REGULATIONS

CHAPTER 4000 - MAKING DEPOSITS

Section 4010 - WHERE DEPOSITS SHOULD BE MADE. Unless otherwise authorized, depositors of public moneys shall deposit funds with the nearest Federal Reserve Bank or directly with the Treasurer of the United States. When authorized by the Treasury, deposits may be made with a General Depositary if one is located in the same locality as the depositor. Deposits should not be mailed to a General Depositary unless specifically authorized by the Treasury Department. Any Government officer who desires to deposit his collections for the first time with a General Depositary should submit a request through his administrative department or agency to the Deposits Branch, Bureau of Accounts, Treasury Department. This request should set forth the volume and character of deposits and contain a brief justification statement. The Treasury Department will notify the administrative department or agency concerned when the necessary arrangements have been completed.

Section 4020 - FREQUENCY OF DEPOSITS. The deposit of all funds received for credit to the Treasurer of the United States should be made without delay. Depositors should endeavor to limit their transmittals of deposits to one each day. It may be necessary, therefore, for depositors to set a "cut-off" hour in connection with the preparation of deposits and deposit on the following day all deposits processed after that hour. The "cut-off" hour should be established at the latest practicable time so that the maximum amount of funds will be deposited each day.

Section 4030 - POSTAGE, REGISTRATION AND OTHER EXPENSES. Postage, registration and other expenses incurred in mailing deposits may not be deducted from the amount of the deposit. Registration is not required for the shipment of checks.

Section 4040 - COVERAGE OF DEPOSITS UNDER GOVERNMENT LOSSES IN SHIPMENT ACT. Deposits prepared and made in accordance with regulations prescribed pursuant to the Government Losses in Shipment Act, as amended (40 U.S.C. Supp. III, 721-726), are covered under the Act while in the course of shipment. Such remittances, therefore, should not be insured by the depositor.