VOLUME I

OFFICE OF THE COMMISSIONER

**DEPARTMENT OF THE TREASURY**
**FISCAL SERVICE**
**BUREAU OF GOVERNMENT FINANCIAL OPERATIONS**
**WASHINGTON, D.C. 20226**

**TREASURY FISCAL REQUIREMENTS MANUAL FOR GUIDANCE OF DEPARTMENTS AND AGENCIES**

May 7, 1979

**TRANSMITTAL LETTER NO.** 267

**TO HEADS OF GOVERNMENT DEPARTMENTS, AGENCIES AND OTHERS CONCERNED:**

1. PURPOSE

The purpose of this transmittal letter is to release revisions to I TFRM 6-8000, Cash Management. The revisions will provide for additional charges on late payments involving amounts due the Government which are not covered by contracts, agreements, or other formal payment arrangements. Each department and agency subject to these regulations will incorporate the provisions contained in these revisions as prescribed in I TFRM 6-8000.

2. PAGE CHANGES

| Remove | Insert |
|---|---|
| I TFRM 6-8000 (T/L 241) | I TFRM 6-8000 |

3. EFFECTIVE DATE

Upon receipt.

4. INQUIRIES

All inquiries concerning this transmittal letter should be directed to the Special Financing Staff, Bureau of Government Financial Operations, Department of the Treasury, Treasury Annex No. 1, Washington, D.C. 20226 (Telephone 202-566-8251).

D. A. Pagliai
Commissioner

0705FMS0001321

EXHIBIT 3

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE

G06FMS0365937

# CHAPTER 8000 – CASH MANAGEMENT

## Section 8010 – SCOPE AND APPLICABILITY

This chapter prescribes the procedures to be observed by affected Government organizations to assure effective management of the Government's cash when developing regulations, systems, and procedures, and conducting financial activities encompassing billing and collections, deposits, disbursements, cash advances, and cash held outside the cash account of the Treasury.

These procedures are applicable to all Government departments and agencies whose financial transactions affect the cash account of the Treasury, and provide the guidelines for use in establishing effective cash management practices.

## Section 8015 – AUTHORITY

Treasury Department Circular No. 1084 (Appendix No. 1 to this chapter) establishes the policy regarding cash management practices within the Federal Government relating to the development and promulgation of regulations, systems, and procedures; and requires that agencies conduct financial activities in a manner which will make available to the Treasury on a continuing basis the maximum amount of cash for purposes of investment and to avoid unnecessary borrowing.

## Section 8020 – BILLINGS AND COLLECTIONS

8020.10 – Timeliness. Agencies responsible for the preparation of invoices for goods or services to individuals and organizations outside the U.S. Government will ensure that the preparation and dispatch of each invoice is effectuated within one working day after the day the billing office is advised that the goods have been shipped or released or the services completed. The payment due date will be 30 days from the date of the invoice. If the actual value of the goods or services cannot be determined on the day the invoice is to be prepared, and the estimated value is less than $50,000, billing will be accomplished within one working day after the actual value is determined. If the actual value of the goods or services cannot be determined on the day the invoice is to be prepared, and the estimated value is $50,000 or more, partial billing, identified as such, will be accomplished for not less than 75% of the estimated value, with a statement that the final billing will be completed when the actual value is determined. Partial billing will also be accomplished when the estimated value is less than $50,000 and determined to be cost effective by the agency.

Contracts which authorize the sale of goods or services to an organization outside the U.S. Government will include provisions which:

- Establish a definite payment due date,
- Require that payment be received no later than the due date,
- Provide for payment by wire where applicable, and
- Provide for additional charges for payments received after the due date.

8020.20 – Charges for Late Payments

8020.20a – Payments Covered by Contracts, Agreements, or Other Formal Arrangements. Except where prohibited or expressly provided for by law, agencies will ensure that charges for late payments are stipulated in all contracts, agreements, or other formal payment

arrangements at the rate of 3/4 of 1% (.0075) of the overdue payment, for each 30-day period or portion thereof that the payment is delayed, and that such charges are collected for payments received after the due date.

8020.20b – Payments Not Covered by Contracts, Agreements, or Other Formal Arrangements. Initial notifications of amounts due the Government, not covered by contracts, agreements, or other formal payment arrangements, will inform the debtor of the basis for the indebtedness, the date by which payment is to be made (due date), and the requirement concerning additional charges for payments received after the due date. Charges for late payments will be at the rate of 3/4 of 1% (.0075) of the overdue payment for each 30-day period or portion thereof that the payment is delayed.

8020.20c – Waiver of Late Charges. When an agency determines that the administrative cost of collecting late charges exceeds the amount of the charges, it may at its discretion waive such charges. However, the criteria for such determination must be reflected in agency cash management regulations (see I TFRM 6-8080.20).

8020.20d – Deposit of Late Charges. Unless an agency has statutory authority to otherwise account for the collection of charges for late payments, the total amount collected should be credited to miscellaneous receipt account __ __1499, "Miscellaneous Interest Collections Not Otherwise Classified."

8020.30 – Volume and Character of Collections. The procedures used for collecting funds for credit to the account of the U.S. Treasury are generally left to the determination of the responsible agency. In developing procedures, agencies should consider the full range of options available including centralization, decentralization, lock boxes, wire funds transfers, and other banking services; but especially consider the Treasury Financial Communications System (TFCS). The procedures that are developed should have as their objective the minimization of total cost to the Government as a whole including agency direct costs, the cost of purchased services, and the interest cost of the money involved in the collection system.

Major changes in collection systems or procedures will only be made with the approval of the Banking Staff (see I TFRM 6-8095) and after consultation with that staff for, among other things, the development of a comprehensive cost/benefit analysis. Requests for final approval of such changes must be submitted to the Banking Staff at least 90 days prior to the date on which the change is to take place and must be accompanied by the cost/benefit analysis.

8020.40 – Use of Treasury Financial Communications System (TFCS) for Collections. Agencies responsible for the receipt of large payments, either periodic or one time remittances, will explore the use of the TFCS (see I TFRM 5-4500). Under this system, payers are instructed to have their bank wire the funds through the Federal Reserve System to the account of the U.S. Treasury at the Federal Reserve Bank of New York. It will be necessary for the responsible agency to furnish the payer the account symbol number and any additional administrative data deemed necessary to assure proper credit. The Treasury will furnish the receiving agency with a copy of all TFCS transmission data received each day accompanied by a consolidated deposit ticket for agency reporting purposes. Approval by the Fiscal Assistant Secretary or his designee must be obtained prior to the use of the system for deposits. Requests for approval should be forwarded to the Banking Staff (see I TFRM 6-8095). When it is deemed warranted, the Fiscal Assistant Secretary or his designee will require a department or agency to utilize the system for the direct deposit of collections.



0705FMS0001323

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE

G06FMS0365939

Section 8030 – DEPOSITS

8030.10 – General. In addition to collecting receipts in a timely manner, each agency will deposit its receipts to the general account of the Treasury on a timely basis. Any reference in this section to a deposit will be regarded as a deposit to the General Account of the U.S. Treasury. The procedures in this section govern the cash management aspects of agency deposits. The mechanism for making such deposits are included in Part 5 of Volume I, TFRM.

8030.20 – Processing Deposits. In order to expedite the flow of funds to the Government, agencies will design their processing system to separate payments received (checks, money orders, etc.) from accompanying accounting documents at the initial stage of processing and deposit the payments promptly. Agencies normally processing over five thousand items per day for deposit will incorporate the use of amount encoders in their deposit operations.

8030.30 – Frequency of Deposits. The frequency of deposits will be determined by the daily dollar volume of funds received by a depositing office. The basic requirements governing the frequency of deposits are:

- Receipts of $1,000 or more will be deposited on a daily basis; and
- Receipts of less than $1,000 may, at the discretion of the agency, be accumulated and deposited when the total reaches $1,000; however, deposits will be made no less frequently than weekly regardless of the amount accumulated.

8030.40 – Timeliness of Deposits. Deposits made over the counter with Federal Reserve Banks and Branches will be made as soon as practical, but no later than noon on the business day following receipt or accumulation of $1,000 or more. Deposits mailed to Federal Reserve Banks and Branches will be dispatched no later than the morning of the business day following receipt or accumulation of $1,000 or more. Except where specifically authorized by the Banking Staff (see I TFRM 6–8095) deposits will not be mailed to commercial banks. For deposits made over the counter with commercial bank depositaries, the depositor will establish a "cut-off" time at the latest practical time so that the maximum amount of funds will be deposited each day. Regardless of where the deposits are made, depositors will endeavor to limit their transmittals of deposits to no more than one each day.

8030.50 – Reporting Large Deposits. Since the Department of the Treasury must manage its balances at each Federal Reserve Bank on a daily basis, large transactions affecting these balances must be reported accordingly. Therefore, financial officers depositing a total of $10 million or more in one transaction, other than Treasury checks, will report on the day of deposit the name of the agency, the amount deposited, and the name and location of the depositary by wire (commercial facilities, TWX 7108229201, 02, 03, or 04) to:

Funds Control Section
Division of Government Accounts and Reports
Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, GAO Building
Washington, D.C. 20226

Section 8040 – DISBURSEMENTS

8040.10 – General. Invoices, bills, statements, or any other documents (hereinafter referred to as "invoices") which are authorized for payment by an agency, including progress and final payments, will be paid when due. Accounting systems will be designed to facilitate an agency's financial responsibilities and ensure the necessary degree of control over the timely payment of invoices and the taking of appropriate discounts.

8040.20 – Timeliness of Disbursements. An agency's payment system will be designed to provide for scheduling the issuance and mailing of checks for receipt by the payee as close as administratively possible to the due date as specified in the invoice, contract, or other agreement. If no due date is specified, the due date will be considered to be on the thirtieth (30) day from receipt of the invoice and payment will be scheduled to be made on that date. If the goods or services are not received by the 15th day before the due date of an invoice, payment will be made no later than 15 days from the receipt of goods and services, but not prior to the due date. Payments will not be made on invoices prior to the receipt of the related goods and services by an agency or its duly authorized agent, except as specifically provided by contract or other agreements executed pursuant to law.

8040.30 – Cash Discounts. Agency payment systems will incorporate procedures which will automatically take advantage of cash discounts as a matter of routine and eliminate any need for special handling. Such discounts will be taken when the discount rate is equivalent to, or greater than, 1% in 10 days, net 30 days. Lesser discounts, but in no case less than 1/2% in 10 days, net 30 days or equivalent, may be taken by an agency after its determination that such discounts would be cost effective, considering its own operations. All discounted payments will be scheduled for check issuance on the last day of the discount period. However, payments will not be made to achieve discounts unless the related goods or services have been received except as specifically provided by contract or other agreements executed pursuant to law.

8040.40 – Use of Treasury Financial Communications System (TFCS) for Payments. Agencies will use the TFCS for vendor payments only when such use is clearly advantageous to the Government (see I TFRM 4–2500). Approval by the Fiscal Assistant Secretary or his designee must be obtained before Government departments or agencies utilize the system for any particular class or type of payment. Requests for approval should be forwarded to the Banking Staff (see I TFRM 6–8095).

8040.50 – Late Payments. Agencies will make every effort to make payments of Government obligations in a timely manner. With the exception of payments involving disputed invoices or late or non-receipt of goods and services, payments not accomplished within thirty days of receipt of an invoice will be considered as late payments, which will be reviewed by agencies and reported to the Treasury (see I TFRM 6–8080.40).

8040.60 – Reporting Large Disbursements. Since the Department of the Treasury must manage its cash position on a daily basis, large disbursement transactions must be reported accordingly. Therefore, financial officers disbursing $10 million or more in one transaction will report on the day of the disbursement the name of the agency, the amount disbursed, the name and address of the payee (or payee's bank if funds are so directed), and the method of disbursement to the Funds Control Section (see I TFRM 6–8030.50).

## Section 8050 – CASH ADVANCES

8050.10 – General. It is the responsibility of grantor agencies to monitor the cash management practices of their recipient organizations to ensure that Federal cash is not maintained by them in excess of immediate disbursing needs (see I TFRM 6–2000). Agencies will establish such systems and procedures as may be necessary to assure that balances are maintained commensurate with immediate disbursing needs, excess balances are promptly returned to the Treasury, and, except where contrary to law, interest earned on Federal funds by recipient organizations is promptly paid over to the Treasury; and advance funding arrangements with recipient organizations unwilling or unable to comply with Treasury regulations are terminated in accordance with the provisions of I TFRM 6–2075.

8050.20 – Timeliness of Advances. Procedures established by agencies will specify that all contractual arrangements with recipient organizations will provide that advance payments will be made only at times and in amounts necessary to meet immediate disbursing needs. In those cases where large amounts of funds are disbursed on a daily basis under the letter-of-credit



0705FMS0001325

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE

G06FMS0365941