# TREASURY FINANCIAL MANUAL

OFFICE OF THE COMMISSIONER

DEPARTMENT OF THE TREASURY

FINANCIAL MANAGEMENT SERVICE

TRANSMITTAL LETTER NO. 471 VOLUME NO. I

TO HEADS OF GOVERNMENT DEPARTMENTS, AGENCIES, AND OTHERS CONCERNED:

1. PURPOSE

This transmittal letter releases revisions to I TFM 6-8000 "Cash Management."

2. OUTLINE OF REVISIONS

a. This Chapter has been revised to include provisions outlined in Section 2652 of the Deficit Reduction Act of 1984, which gives the Secretary of the Treasury the authority to:

- Prescribe the methods by which agencies will collect and deposit moneys to the Treasury;
- Prescribe the time within which agencies collecting moneys must deposit such moneys to Treasury;
- Assess charges for noncompliance in the amount determined to be the cost to the general fund of such noncompliance;
- Credit any charges imposed into the Cash Management Improvements Fund; and
- Authorize use of any moneys in the Fund for the payment of expenses incurred in developing and carrying out improved methods of collection and deposit.

b. Certain sections have been renumbered; I TFM 6-8020 "Billings and Collections," is now I TFM 6-8025. Chapters in Volume I currently referencing I TFM 6-8020 should be corrected to show this change.

3. PAGE CHANGES

| Remove | Insert |
|---|---|
| Table of Contents to I TFM 6 (T/L 368) | Table of Contents to I TFM 6 |
| I TFM 6-8000 (T/L 405) | I TFM 6-8000 |

Transmittal Letter No. 471

EXHIBIT 4

| Remove | Insert |
|---|---|
| Appendix No. 1 to I TFM 6-8000 (T/L 405) | Cash Management Review Guide, which is a supplement to I TFM 6-8000 |

4. EFFECTIVE DATE

October 1, 1985.

5. INQUIRIES

Any questions concerning this transmittal letter should be directed to the Agency Programs Branch, Financial Management Service, Department of the Treasury, Treasury Annex No. 1, PB-711, Washington, DC 20226 (Telephone 202-634-5131).

W.E. Douglas

Date: October 1, 1985

William E. Douglas
Commissioner

Transmittal Letter No. 471



CONFIDENTIAL MATERIAL - DO NOT DISCLOSE 

# PART 6 - OTHER FISCAL MATTERS

## Table of Contents


| Chapter | Section | Title |
|---|---|---|
| 8000 | | |
| | 8010 | SCOPE AND APPLICABILITY |
| | 8015 | AUTHORITY |
| | 8020 | DEFINITION OF TERMS |
| | 8025 | BILLINGS AND COLLECTIONS |
| | 8030 | DEPOSITS |
| | 8040 | DISBURSEMENTS FOR GOODS AND SERVICES |
| | 8050 | CASH ADVANCES |
| | 8060 | CASH HELD OUTSIDE TREASURY |
| | 8065 | RESTRICTIONS ON FINANCIAL TRANSACTIONS WITH FOREIGN COUNTRIES AND INTERNATIONAL ORGANIZATIONS |
| | 8070 | FOREIGN CURRENCY |
| | 8080 | REVIEW AND MONITORING OF AGENCY CASH MANAGEMENT |
| | 8085 | CASH MANAGEMENT IMPROVEMENTS FUND |
| | 8090 | WAIVERS, EXEMPTIONS, AND OTHER APPLICABLE REGULATIONS |
| | 8095 | INQUIRIES |


Continued



0705FMS0002012

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06FMS0366628

# CHAPTER 8000 - CASH MANAGEMENT

## Section 8010 - SCOPE AND APPLICABILITY

This chapter prescribes the procedures that Government agencies should follow to ensure effective and efficient management of the Government's cash when developing and implementing regulations, systems, and instructions. The procedures encompass billings, collections, deposits, disbursements, cash held outside the cash account of the Department of the Treasury (Treasury), and the procedures to be followed relating to implementation of provisions of the Deficit Reduction Act of 1984 (Public Law 98-369).

These procedures apply to all Government agencies, unless specifically exempted by statute, that have financial transactions directly or indirectly affecting the cash account of Treasury, and provide guidelines for use in establishing and maintaining effective cash management practices. Treasury Financial Manual supplement "Cash Management Review Guide" provides specific guidelines and requirements for conducting reviews, identifying improved payment and collection methods, and reporting to Treasury. Detailed procedures for cash advances under Federal grants and other programs are found in I TFM 6-2000.

## Section 8015 - AUTHORITY

The following regulations establish the policy for cash management practices within the Federal Government relating to the development, promulgation, and implementation of regulations, systems, and procedures:

- 5 U.S.C. 301
- 31 CFR 321, 3301, 3302, 3720, 6503
- 31 CFR 1535
- Federal Claims Collection Act (31 U.S.C. 3711)
- Federal Claims Collection Standards (4 CFR 101-105)
- Debt Collection Act of 1982 (Public Law 97-365)
- Prompt Payment Act of 1982 (Public Law 97-177)
- Deficit Reduction Act of 1984 (Public Law 98-369) (31 CFR 206)

Agencies are required to conduct financial activities in a cost-effective manner which will make the maximum amount of cash available to Treasury, on a continuing basis, for purposes of investment and to avoid unnecessary borrowing.

## Section 8020 - DEFINITION OF TERMS

Agency. Any department, instrumentality, office, commission, board, service, Government corporation, or other establishment in the Executive Branch. The Tennessee Valley Authority is exempt from provisions of Section 2652 of the Deficit Reduction Act of 1984.

- Cash-Flow Process. Each process of collecting or disbursing moneys for agency programs or operations, as well as balances held outside Treasury.
- Cash-Flow Report. A document summarizing each unique cash-flow process and corresponding opportunities for new cash management improvements (that is, mechanisms and/or process). Information in this document will be obtained from an agency cash management review.
- Cash Management. Practices and techniques designed to accelerate and control collections, ensure prompt deposit of receipts, improve control over disbursement methods, and eliminate idle cash balances.
- Cash Management Improvements Fund. A revolving fund into which charges against an agency for noncompliance with collection and deposit improvement initiatives will be deposited. Moneys from this fund will be made available without fiscal year limitation for the payment of expenses incurred in developing and implementing selected projects that provide for improved methods of collection and deposit.
- Cash Management Official. An individual within an agency who is responsible for developing and monitoring initiatives within the agency's cash management program. This individual is also designated as the primary point of contact with Treasury in matters related to cash management.





CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06FMS0366629

- Cash Management Review. An ongoing study of an agency's cash-flows and corresponding cash management processes or mechanisms conducted to identify implementable improvement opportunities in an agency's cash management practices.

- Charge. An amount assessed against an agency for noncompliance with collection and deposit improvement initiatives. This amount is based on the cost to the general fund caused by noncompliance.

- Collection Mechanism. Any one of a number of tools or systems by which moneys are transferred to the Government from an outside source.

- Contract. Any legally enforceable agreement, either oral or written (formal).

- Current Value of Funds Rate. The average investment rate for the Treasury Tax and Loan accounts expressed as an annual rate and published by Treasury in the Federal Register each year by October 31, to be effective January 1.

- Cutoff Time. A time predesignated by a financial institution beyond which transactions presented or actions requested will be deferred to the next banking day's business.

- Day. A calendar day, unless otherwise noted.

- Deposit. When used as a noun, means money that is being or has been presented for credit to the U.S. Treasury. Such transfers can be made by agencies or directly by the remitter. All such transfers are effected through a Federal Reserve bank or other financial institution. When used as a verb, means the act of presenting moneys for credit to the U.S. Treasury by an official of an agency.

- Deposit (Same Day). A deposit made before the cutoff time on the day on which the funds were received by the agency. For example, if an agency receives funds for deposit at 10 a.m. on Monday and transmits the deposits by 2 p.m. on Monday (the depositary's cutoff time) then same-day deposit has been achieved.

- Deposit (Next Day). A deposit made before the cutoff time on the day following the day on which the funds were received by the agency. For example, if an agency receives funds for deposit at 3 p.m. on Monday, and transmits the deposits to the bank by 2 p.m. on Tuesday (the depositary's next cutoff time) then next-day deposit requirements are met.

- Invoice. A bill or other written request for payment.

- Moneys. All currency and negotiable instruments which are (1) held (imprest funds), (2) paid out, (3) owed to, or (4) collected by an agency.

Section 8025 - BILLINGS AND COLLECTIONS

8025.10 - Timeliness of Billings and Collections. Agencies responsible for the preparation of invoices to individuals and organizations outside the U.S Government will adhere to the following:

- Ensure that an invoice, for either an actual or estimated amount, is prepared and mailed within 5 business days after the day that the goods have been shipped or released, services have been rendered, or payment is otherwise due. Agencies may prepare and mail an invoice later than the 5-day timeframe if they can demonstrate that it is cost effective to do so.

- Include a payment due date on the invoice that will not be more than 30 days from the date of the invoice, unless otherwise provided in law. However, when a payment is made by any electronic funds transfer (EFT) mechanism, the payment terms may be adjusted to a long as 33 days to reflect elimination of mail processing and collection float; for the acquisition of meat and meat products, payment will be made no later than the 7th day after the delivery date; payment for perishable agricultural commodities will be made no later than the 10th day after the delivery date, as outlined in OMB Circular A-125.

- If the value of the goods or services cannot be specifically determined, a bill equal to at least 75 percent of the estimated value will be prepared and mailed within 5 business days.

- Identify an estimated invoice as being a partial invoice and note that a final invoice will be completed when the value is determined.



0705FMS0002014
CONFIDENTIAL MATERIAL - DO NOT DISCLOSE
G06FMS0366630

- Prepare and mail a final invoice within 30 days of the submission of an estimated partial invoice.

8025.20 - Payment Terms Covered by Contract. Contracts for goods or services sold to an organization outside the U.S. Government and contracts or debt instruments covering other amounts owed to the U.S. Government must include the following payment terms and provisions:

- When payment is due.

- Statement that payment be received no later than the due date.

- Notification that, unless prohibited by statute or regulation, the full amount of the obligation will become due and payable in the event of delinquency or default, if multiple payments are involved.

- Notification that additional charges, identified as interest, administrative charges, and penalties will be assessed on payments received after the due date, quoting rates for such charges when available.

- Specification of the payment mechanism to be used and the related payment terms outlined in I TFM 8025.10.

Existing contracts which do not comply with these requirements will be modified to include these terms and provisions when they are subject to renegotiation or amendment or earlier if cost beneficial.

8025.30 - Payment Terms Not Covered by Contract. In the absence of a formal contract, a debtor of the U.S Government will be sent the following written information:

- The basis for the indebtedness, the amount due, and the due date.

- Statement that payment be received no later than the due date.

- Notification that additional charges, identified as interest, administrative charges, and penalties will be assessed on payments received after the due date, quoting rates for such charges when available.

- Specification of the payment mechanism to be used and the related payment terms as outlined in I TFM 6-8025.10.

8025.40 - Charges for Late Payments. Payment terms as stated in a contract, debt instrument, or notice of indebtedness (that is, demand letter) are expected to be adhered to by the debtor. If payment is not received by the due date, then an agency is expected to pursue collection of the debt using the appropriate available methods, and to assess interest, administrative charges, and penalties on past due amounts. The collection of debt, including the assessment of late charges, is governed by the provisions of the Federal Claims Collection Act of 1966 (31 U.S.C. 3711), the Debt Collection Act of 1982 (Public Law 97-365), as amended, the revised Federal Claims Collection Standards (4 CFR 101-105), and OMB Circular A-129.

Interest, administrative charges, and penalties will be assessed on all overdue payments, except as otherwise provided in 4 CFR 102.13(g), 102.13(h), and 102.13(i) or prohibited by statute. Interest is assessed on principal only, not on interest, administrative charges, and penalties, except in those cases where a debtor has defaulted on a previous repayment agreement or a judgment has been obtained. The minimum annual rate of interest to be charged will be calculated by Treasury as an average of the current value of funds to Treasury and will be published in the Federal Register each year by October 31, to become effective January 1. This Current Value of Funds Rate is subject to quarterly revisions. If revised, the new rate will be published in the Federal Register on or around the end of the first month of a calendar quarter, and is to be applied to overdue payments arising during the succeeding calendar quarter. Updates of the rate will also be published in a TFM bulletin.

A higher rate of interest may be assessed if it is determined that a higher rate is necessary to protect the interest of the U.S. Government. The assessed rate will remain fixed for the duration of the indebtedness, unless a different rate is prescribed in an agreed to repayment schedule.

Administrative charges should cover the additional costs incurred in processing and handling a debt because it became delinquent. The amount charged should be based on actual costs incurred or on cost analyses which established an average of actual additional costs. The penalty charge will not exceed 6 percent per annum and will be incurred on any principal portion of a debt more than 90 days delinquent, unless otherwise specified. Interest, administrative



0705FMS0002015

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06FMS0366631

charges, and penalties will accrue until final payment is received.

Amounts received as partial payments or installment payments will be applied first to accrued penalties, then to accrued administrative charges, then to accrued interest, and finally to the principal, pursuant to 4 CFR 102.13(f), unless otherwise provided in statute or regulation.

8025.50 - Authorized Scheduled Payments of Delinquent Accounts. Agencies should collect overdue amounts in full in one lump sum; however, if the debtor is financially unable to pay in one lump sum, the agency may accept regular installment payments. Such repayments should be sufficient in size and frequency as to liquidate the debt (except specified mortgages) within 3 years. Unless prohibited by statute, or regulation, agreements should contain a specific interest rate that will be assessed on the debt. For amounts which are scheduled to be repaid in 1 year or less, the rate will be the Current Value of Funds Rate, unless otherwise specified. For amounts which are scheduled to be repaid over more than 1 year, the rate will be the borrowing rate of a Treasury debt instrument, which is issued at the time the repayment agreement is made and is of the same duration as the scheduled repayments, or the Current Value of Funds Rate, whichever is higher. Agreements should also state that administrative charges and penalties will be assessed on delinquent payments as provided in I TFM 6-8025.40.

8025.60 - Waiver of Established Charges for Late Payments. Agencies shall assess late charges as described in I TFM 6-8025.40 and per 4 CFR 102, unless a waiver is received from Treasury.

8025.70 - Deposit of Charges for Late Payments. Unless an agency has statutory authority to otherwise account for the collection of charges for late payments, the charges collected will be credited in the following manner:

- Interest into ____1499 "Miscellaneous Interest Collections Not Otherwise Classified."

- Penalty and administrative charges into ____1099 "Fines, Penalties, and Forfeitures Not Otherwise Classified."

8025.80 - Collection Mechanisms. The mechanisms used for collecting funds for credit to the account of the U.S. Government will be jointly determined by the responsible agency and Treasury. In reviewing these mechanisms, agencies must consider the full range of options available, especially EFT, automated clearing house (ACH), lockboxes, and other banking services designed to speed availability of funds to Treasury. The TFM supplement "Cash Management Review Guide," provides detailed information on each of these mechanisms. The mechanisms used must have as their objective the minimization of total cost to the Government as a whole, including agency direct costs, the cost of purchased services, and the interest cost of the money involved in the collection system. Major changes in collection systems or procedures will only be made after consultation with an approval by Treasury. This includes entering into new contractual agreements and renewal of current contracts that affect the cash management process of agency collections.

Section 8030 - DEPOSITS

8030.10 - Agency Deposits. In addition to collecting receipts in a timely manner, each agency will deposit its receipts expeditiously. The regulations governing deposits are included in I TFM 5 and I TFM 6-8030.30. The mechanisms for making deposits are included in the TFM supplement "Cash Management Review Guide."

8030.20 - Processing Deposits. Agencies must use expeditious procedures in their receipt processing. Priority will be given to procedures that will improve the timeliness of availability of funds to Treasury. The current and future projection of volume of receipts will be given full consideration in all upgrades of systems.

8030.30 - Timeliness of Deposits. To reduce processing float and improve availability of funds, agencies must adhere to the following deposit practices:

- Agencies will deposit receipts of $1,000 or more on the same day received prior to depositary cutoff time. Where same-day deposit is not cost effective, next day deposit of moneys must be achieved.

- Collections of less than $1,000 may be accumulated and deposited when the total reaches $1,000; however, deposits will be made by Friday of each week, regardless of the amount accumulated.



0705FMS0002016

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06FMS0366632

- Deposits will be made at a time of day prior to the depositary's specified cutoff time, but as late as possible to maximize daily deposit amounts.

- When beneficial to the Government, agencies will make multiple deposits.

- The mailing of deposits (versus hand-carrying) to Federal Reserve banks or commercial banks may be done only when specifically authorized by Treasury. In these cases, the deposit timeframe requirements apply to timely mailing of deposits.

- The SF 1081: Voucher and Schedule of Withdrawals and Credits, or On-Line Payment and Collection System (OPAC), should be used for the transfer of funds between agencies. However, in those instances where Treasury checks are received, they will be deposited on the same day received.

Section 8040 - DISBURSEMENTS FOR GOODS AND SERVICES

8040.10 - Agency Payments. Agencies will ensure that payment terms, which specify when payment will be due, are contained in contracts with any organization outside the U.S. Government, per the Federal Acquisition Regulations and OMB Circular A-125.

Invoices that are authorized for payment by an agency, including progress and final payments, will be paid per OMB Circular A-125 or when otherwise due. Accounting systems will be designed to ensure the necessary degree of control over the timely payment of invoices and the taking of appropriate discounts. When agencies take discounts after the expiration of the discount period or fail to make timely payments, interest penalties will be paid according to the Prompt Payment Act of 1982 (Public Law 97-177) and OMB Circular A-125.

8040.20 - Timeliness of Disbursements. Agencies must make every effort to process payments of U.S Government obligations in a timely manner, neither early nor late. An agency's payment system must be designed to provide for scheduling the issuing of checks as close as administratively possible to, but no later than the due date, as specified in (1) the contract, (2) OMB Circular A-125, or (3) the invoice. If payment is made by EFT mechanism the payment is due on the due date. Payments must not be made on invoices prior to receipt and acceptance of the related goods and services by an agency or its duly authorized agent, except as specifically provided by contract. The mechanisms for making payment are described in the TFM supplement "Cash Management Review Guide."

8040.30 - Cash Discounts. Agency payment systems will incorporate procedures that take advantage of cash discounts as a matter of routine and eliminate any need for special handling.

Such discounts will be taken when the discount terms applied in the conversion formula result in an effective annual interest rate equal to, or greater than the Current Value of Funds Rate (I TFM 6-8025.40). Agencies will base the computation of the discount period on the date of an invoice that is authorized for payment by an agency, unless otherwise provided in the contract or invoice, as to how the discount period is to be determined. All discount payments must be scheduled for check issuance as close as possible to, but no later than the last day of the discount period. A payment made by an EFT mechanism will be made on the last day of the discount period. However, payments will not be made unless the related goods or services have been received and accepted, except as specifically provided by contract.

The formula, with example, to convert sales discount terms to an effective annual discount rate to be compared against the Current Value of Funds Rate, is as follows:



0705FMS0002017

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06FMS0366633