**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: December 27, 2005 |
| v. | ) | Nos. 99-550L & 00-169L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT CERTIFICATION**
**MEETING OF COUNSEL - DECEMBER 20, 2005**

Pursuant to the Rules of the Court of Federal Claims ("RCFC") Appendix A ¶ 13(d), Plaintiff and Defendant jointly file this certification, verifying that they have met and accomplished all matters required by RCFC Appendix A ¶ 13.

Pursuant to the Court's September 1, 2005, Order, and RCFC Appendix A ¶ 13, the parties met on December 20, 2005, exchanged exhibit and witness lists, and accomplished all required matters under RCFC Appendix A ¶ 13.

The parties have worked in a cooperative manner in the exchange of exhibit and witness lists. Due to the vast collection of documents from numerous sources, and the complexity of the issues, the parties have agreed to allow for supplementation of exhibit and witness lists and the exchange of proposed stipulations and demonstrative exhibits in accordance with the following schedule:

| | Plaintiff | Defendant |
|---|---|---|
| Revised Witness and Exhibit Lists | January 12, 2006 | January 26, 2006 |
| Final Witness and Exhibit Lists | February 2, 2006 | February 7, 2006 |
| Proposed Stipulations | February 7, 2006 | February 7, 2006 |
| Demonstrative Exhibits | February 14, 2006 | February 14, 2006 |

The parties intend to continue to work in a cooperative manner in the exchange of exhibit and witness lists and other matters set forth in RCFC Appendix A ¶ 13.

.

Respectfully submitted this 27th day of December, 2005,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*/s Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3523
Fax: (202) 659-4931

Counsel of Record for Plaintiff

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627