# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed January 5, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Further to an informal telephonic status conference of January 4, 2006 to discuss trial arrangements and post-trial briefing, the trial schedule set out in the court's order of April 15, 2005, as previously modified by the court's order of June 20, 2005, is further MODIFIED as follows:

1. Trial. The trial, scheduled by ¶ 7 of the June 20, 2005 order for two five-day sessions running from February 27, 2006 to March 10, 2006, shall be held on the following dates, inclusively:

February 27 to March 1, 2006
March 23 to March 24, 2006
March 27 to March 31, 2006

2. Trial Schedule. Further to ¶ 6 of the June 20, 2005 order, the parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule for testimony from 9:00 a.m. to 6:30 p.m. daily or, if they cannot agree, separate trial schedules. The parties shall use a template in the form attached hereto, which replaces the form attached to the court's June 20, 2005 order. The court will provide courtesy copies of the template in wpd format to the parties by email.

3. Post-Trial Briefing. Post-trial briefing will consist of opening briefs of fifty pages or less, followed by responsive briefs of twenty pages or less. Both opening and responsive briefs shall be submitted simultaneously by the parties. The dates, on or before which briefs shall be submitted, are:

Opening briefs: April 20, 2006
Responsive briefs: May 4, 2006

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
Trial Dates: February 27, 2006 to March 1, 2006
March 23, 2006 to March 24, 2006
March 27, 2006 to March 31, 2006
United States Court of Federal Claims

| Time | Sun. 2/26 | Monday 2/27 | Tuesday 2/28 | Wednesday 3/1 | Thursday 3/2 | Friday 3/3 | Sat. 3/4 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | | | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
United States Court of Federal Claims

| Time | Sun. 3/19 | Monday 3/20 | Tuesday 3/21 | Wednesday 3/22 | Thursday 3/23 | Friday 3/24 | Sat. 3/25 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | | | | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
United States Court of Federal Claims

| Time | Sun. 3/26 | Monday 3/27 | Tuesday 3/28 | Wednesday 3/29 | Thursday 3/30 | Friday 3/31 | Sat. 4/1 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |