**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed January 12, 2006 |
| | ) | Nos. 00-169 L & 99-550 |
| v. | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF OSAGE NATION'S MOTION TO EXCLUDE DOCUMENTS AND TESTIMONY FOR VIOLATIONS OF THE COURT'S SCHEDULING AND DISCOVERY ORDERS**

Pursuant to Rules 16 and 37 of the Rules of the United States Court of Federal Claims, Plaintiff Osage Nation hereby moves the Court to enter an order precluding Defendant from introducing documents and expert testimony that were produced after deadlines imposed by the Court.

As described more fully in the accompanying Memorandum of Points and Authorities, the United States has produced extensive documents and expert testimony, including two "supplemental" reports from its expert witnesses and thousands of pages of documents, well after the court-imposed discovery cut-off. Hundreds of these documents were produced as recently as January 11. The Osage Nation has prepared its pre-trial brief and begun its trial preparations on the basis of the record as it was compiled under the Court's Orders. The Osage Nation asks the Court to exclude the Government's untimely proposed evidence, including proposed expert testimony, to avoid the prejudice that otherwise would result to the Osage Nation if such evidence were to be admitted at trial.

Dated this January 12, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation