**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 00-169 L & 99-550<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**THE OSAGE NATION'S EXHIBIT LIST**

Pursuant to RCFC Appendix A ¶VI(16), the Osage Nation submits this good-faith effort to identify the exhibits it expects to introduce at the trial of this matter, reserving the right, however, to supplement this list with additional exhibits.

Dated this January 12, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

# Exhibits the Osage Nation Expects to Use at Trial

| Provisional Exhibit No. | Document Date | Document Description |
|---|---|---|
| 8 | 12/02/49 | Division Order to Phillips Petroleum Company for Oil Production from North Burbank Unit |
| 19 | 02/16/56 | Division Order No. 6561 to D-X Sunray Oil Company (Shell Oil Company and Sinclair Oil & Gas Company) for Oil Production from Avant Consolidated Block (Osage) |
| 21 | Dec-1959 | GAO Report: Review Supervision of Oil & Gas Operations and Production on Government and Indian Lands |
| 22 | Mar-1962 | SRI Report: "A Study of Administrative Procedures and Functions at the Osage Indian Agency" |
| 23 | Aug-1964 | GAO Report: Certain Deficiencies in Financial Management of Oil & Gas Activities |
| 24 | 08/25/64 | Agreement by and between Osage Tribe Indians in Oklahoma (Lessor) and The Pure Oil Company (Lessee) and Sinclair Oil and Gas Company (Lessee) to Modify and Amend Sections Two and Three of Osage Oil and Gas Mining Lease, Contract No. 168 IND 3618 |
| 25 | 12/28/65 | Division Order to Sunray DX Oil Company for Oil Production from the East Hardy Unit Lease, Osage County, Oklahoma |
| 26 | 10/28/66 | Agreement by and between Kewanee Oil Company (Seller) and CRA, Inc. (Purchaser) for Interests In and To Oil Mining Leases and Blanket Oil Mining Leases (Osage) |
| 27 | 02/17/67 | Division Order No. 67603-01-701 to Sunray DX Oil Company (Sinclair Oil & Gas Company and Pure Oil Company) for Oil Production from Osage Hominy Waterflood |
| 28 | 03/01/67 | Division Order No. 1657 to CRA, Inc. (Kewanee Oil Company) for Oil Production from Osage (Stanley Flood) |
| 29 | 02/01/69 | OIG Report: Review of Oil & Gas Lease Revenue |
| 31 | 2/17/1972 | GAO Report: More Specific Policies and Procedures Needed for Determining Royalties on Oil from Leased Federal Lands |
| 41 | 6/1/1975 | OIG Report: Review of Royalty Accounting System for Onshore Oil & Gas Leases |
| 42 | 8/1/1975 | OIG Report: USGS Royalty Accounting System Study of Solid Minerals Leasings Activities |
| 43 | 1976 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |
| 45 | 3/31/1976 | GAO Report: Better Management Can Improve Development and Increase Indian Income and Employment |
| 48 | 2/1/1977 | OIG Report: Pilot Verification of Production Area |
| 49 | 6/1/1977 | OIG Report: Review of Royalty Determination, Accounting, and Collection Activities for Gulf of Mexico Outer Continental Shelf Oil and Gas Leases |
| 50 | 12/22/77 | Division Order No. 868438 to Sun Oil Company of Pennsylvania for Oil Production from the East Hardy Unit Lease (Osage Layton Formation) |
| 53 | 1979 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |
| 54 | 1979 | Trust Fund Investment Reports |
| 55 | 1979 | Indian Trust Fund Operations Fiscal Year 1979 |
| 56 | May-1979 | Summary and Detail of Trust Funds |
| 59 | 06/22/79 | Division Order No. 50565 to Bigheart Pipe Line Corporation (Damson Oil Corporation) from Avant Consolidated Block |
| 60 | Jul-1979 | Summary and Detail of Trust Funds |
| 61 | Aug-1979 | Summary and Detail of Trust Funds |
| 75 | 1981 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |
| 76 | 1981 | Summary and Detail of Trust Funds |
| 77 | 1981 | Indian Trust Fund Operations Fiscal Year 1981 |
| 79 | 10/19/1981 | GAO Report: Oil & Gas Royalty Collections - Longstanding Problems Costing Millions |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 80 | 1982 | Federal Oil & Gas Royalty Management Act of 1982 (FOGRMA), as amended |
| 81 | Jan-1982 | Report of the Linowes Commission: Fiscal Accountability of the Nation's Energy Resources |
| 84 | 4/27/1982 | Comptroller General Report: Oil and Gas Royalty Accounting - Improvements Have Been Initiated But Continued Emphasis is Needed to Ensure Success |
| 86 | 8/16/1982 | Comptroller General Letter: Withdrawal of Approval of the BIA Accounting System |
| 87 | 9/8/1992 | Comptroller General Report: Major Improvements Needed in the BIA's Accounting System |
| 88 | 9/15/1982 | GAO Report: Overview of Interior's Royalty Accounting System |
| 93 | 1986 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |
| 94 | 1986 | MoneyMax Reports |
| 95 | 1986-1991 | Overnighter Rates |
| 123 | Feb-1986 | Summary and Detail of Trust Funds |
| 259 | Mar-1986 | Wire Transfers |
| 261 | 3/31/1986 | GAO Report: Interior Has Not Solved Indian Oil and Gas Royalty Payment Problems |
| 262 | Apr-1986 | Wire Transfers |
| 263 | Apr-1986 | Summary and Detail of Trust Funds |
| 264 | Jun-1986 | Summary and Detail of Trust Funds |
| 266 | 1987 | Mineral Revenues 1987: Report on Receipts from Federal and Indian Leases |
| 267 | 11/03/87 | Division Order No. 307051 to Koch Oil Company (Atlantic Richfield Company) for Oil Production from Union Oil Co. of California Hominy B |
| 268 | 11/03/87 | Division Order to Koch Oil Company (Arco Oil & Gas Co.) for Oil Production from North Burbank Unit |
| 269 | 1988 | Government Auditing Standards and MMS Audit Proceeds Manual |
| 270 | 04/22/88 | Division Order No. 12621 to Koch Oil Company (Unocal) for Oil Production from Osage Hominy Unit A Second |
| 271 | 08/10/88 | Division Order to Koch Oil Company (Arco Oil & Gas Co. and Pantera Crude, Inc.) for Oil Production from N. Burbank Unit |
| 272 | 1989 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |
| 273 | 1989 | MoneyMax Reports |
| 274 | 1989 | Report of Investment of Indian Trust Funds Fiscal Year 1989 |
| 275 | 1989 | BIA Division of Trust Fund Management Reportof Investment of Indian Trust Funds Fiscal Year 1989 |
| 276 | 1989 | Mineral Revenues 1989: Report on Receipts from Federal and Indian Leases |
| 277 | 3/23/1989 | Arthur Andersen Executive Summary |
| 446 | Aug-1989 | Deposit Receipts |
| 450 | 11/20/89 | A Report of the Special Committee on Investigations of the Select Committee on Indian Affairs, United States Senate |
| 456 | 1990 | Mineral Revenues 1990: Report on Receipts from Federal and Indian Leases |
| 458 | 04/24/90 | Memorandum from DOI to Inspector General forwarding Final Audit Report (No. 90-60) of Selected Minerals Activities Conducted by the Minerals Branch of the Osage Agency, Bureau of Indian Affairs |
| 459 | 05/24/90 | GAO Report: Financial Management - BIA's Efforts to Implement New Accounting System |
| 461 | 08/00/90 | Division Order No. 35-1000579) to Farmland Industries, Inc. (Hyperion Energy, LP) for Oil Production from South Stanley WF 1 |
| 466 | Nov-1990 | ABQ Reports |
| 467 | Nov-1990 | MoneyMax Reports |
| 468 | 11/30/1990 | Detail of Trust Fund |
| 469 | Dec-1990 | Deposit Tickets |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 468 | 11/30/1990 | Detail of Trust Fund |
| 469 | Dec-1990 | Deposit Tickets |
| 470 | 1991 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |
| 471 | 1991 | Mineral Revenues 1991: Report on Receipts from Federal and Indian Leases |
| 474 | 4/11/1991 | GAO Report: BIA's Efforts to Reconcile and Audit the Indian Trust Funds |
| 475 | 5/20/1991 | GAO Report: BIA's Efforts to Reconcile, Audit, and Manage the Indian Trust Funds |
| 476 | 1992 | U.S. Department of Interior, BIA, Tribal Trust Funds Reconciliation Project: Agreed-Upon Procedures and Findings Report for Osage Nation of Oklahoma, July 1, 1972 through September 30, 1992 |
| 477 | 1992 | Reconciled Account Statements Fiscal Years 1983-1980 |
| 478 | 1992 | Reconciled Account Statements Fiscal Years 1979-1973 |
| 491 | 1992 | Reconciled Account Statements Fiscal Years 1992-1989 |
| 492 | 1992 | Reconciled Account Statements Fiscal Years 1988-1984 |
| 494 | 01/15/92 | Osage Agency Minerals Branch Organization Review Report by Coopers & Lybrand |
| 495 | 04/02/92 | GAO Report: Financial Management - BIA Has Made Limited Progress in Reconciling Trust Accounts and Developing a Strategice Plan |
| 496 | 06/18/92 | GAO Report: Financial Management - BIA Has Made Limited Progress in Reconciling Trust Accounts and Developing a Strategice Plan |
| 497 | 07/02/92 | GAO Report: Financial Management - Problems Affecting BIA Trust Fund Financial Management |
| 498 | 08/12/92 | GAO Report: Financial Management - Status of BIA's Effort to Resolve Long-standing Trust Fund Management Problems |
| 499 | 1993 | Mineral Revenues 1993: Report on Receipts from Federal and Indian Leases |
| 500 | May-1993 | Department of Interior Inspector General Manual: Audit Program |
| 501 | 06/22/93 | GAO Report: Financial Management - Status of BIA's Effort to Resolve Long-standing Trust Fund Management Problems |
| 502 | 09/27/93 | GAO Report: Financial Management - BIA's Management of the Indian Trust Funds |
| 504 | 1994 | Mineral Revenues 1994: Report on Receipts from Federal and Indian Leases |
| 507 | 04/12/94 | GAO Report: Financial Management - Status of BIA's Effort to Reconcile Indian Trust Fund Accounts and Implement Management Improvements |
| 509 | 3/8/1995 | GAO Report: Financial Management - Indian Trust Fund Accounts Cannot Be Fully Reconciled |
| 510 | 9/29/1995 | GAO Report: Indian Trust Fund Settlement Legislation |
| 511 | 11/30/1995 | Coopers & Lybrand Status letter re certification contract for BIA Tribal Trust Fund Reconciliation |
| 513 | May-96 | GAO Report to the Committee on Indian Affairs entitled, Financial Management, BIA's Tribal Trust Fund Account Reconcilliation Results |
| 515 | 10/18/96 | Letter from DOI BIA to Charles Tillman re: Decline to Sign Temporary Division Order for Meyers Lease (Oil and Gas) |
| 517 | 1997 | Mineral Revenues 1997: Report on Receipts from Federal and Indian Leases |
| 519 | 1998 | Mineral Revenues 1998: Report on Receipts from Federal and Indian Leases |
| 521 | 1999 | Mineral Revenues 1999: Report on Receipts from Federal and Indian Leases |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 524 | 2000 | Mineral Revenues 2000: Report on Receipts from Federal and Indian Leases |
| 529 | 12/10/01 | Upper Mohawk, Inc. "Trust Foundation: An Introduction to Trust Reform and Change Three-Day Training" |
| 531 | 8/23/2002 | MMS: Report of Royalty Management and Delinquent Account Collection Activities, Fiscal Year 2000 |
| 534 | 5/2/2003 | Position Description - Supervisory Petroleum Engineering Technician |
| 535 | Jun-2003 | GAO Government Auditing Standards |
| 546 | 4/20/2005 | FTI Consulting, Inc. Statement of Work |
| 547 | 1/20/1954 | Stanley Stringer Unit Blanket Oil Mining Lease; Contract No. 14-20-201 2679 |
| 548 | 11/30/1965 | East Hardy Unit Blanket Oil Mining Lease; Contract No. 14-20-G06 664 |
| 549 | 2/1/1913 | Osage Hominy Unit Oil & Gas Mining Lease; Contract No. I 68 Ind. 3618 |
| 550 | 12/31/1935 | North Avant Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 7883 |
| 551 | 8/16/1950 | North Burbank Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 25667 |
| 560 | 8/19/2005 | Purchaser and Operator Lists for Tranche One Leases prepared by Hurlburt |
| 561 | 9/30/2005 | Expert Report of Daniel T. Reineke in Support of the Tranche One Royalty Claims of Plaintiff Osage Nation, with exhibits |
| 562 | 9/30/2005 | Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits |
| 563 | 11/15/2005 | Rebuttal Expert Report of Daniel T. Reineke in Support of the Tranche One Royalty Claims of Plaintiff Osage Nation, with exhibits |
| 564 | 11/23/2005 | Rebuttal Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits |
| 569 | | Cannon Financial Institute "Fiduciary Overview Program" United States Department of the Interior |
| 570 | | Carol Revard Job Titles at Osage Agency |
| 572 | | OST/OTFM Job Description entitled, "Accounting Technician, GS-0525-07" |
| 575 | | List of individuals questioned re audits conducted on Osage accounts during Tranche One period |
| 576 | | Position Description – Auditor |
| 578 | | Documents produced by 30(b)(6) witness (Revard) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 579 | | Documents produced by 30(b)(6) witness (Hill) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 580 | | Documents produced by 30(b)(6) witness (Beach) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 623 | 6/28/1906 | Act of June 28, 1906, ch. 3572, 34 Stat. 539 |
| 624 | 3/3/1921 | Act of March 3, 1921, ch. 120, 41 Stat. 1249 |
| 625 | 2/27/1925 | Act of February 27, 1925, ch.359, 43 Stat. 1008 |
| 626 | 3/2/1929 | Act of March 2, 1929, ch. 493, 45 Stat. 1478 |
| 627 | 6/24/1938 | Act of June 24, 1938, ch. 645, 52 Stat. 1034 |
| 628 | 7/25/1947 | Act of July 25, 1947, ch. 334, 61 Stat. 459 |
| 629 | 6/15/1950 | Act of June 15, 1950, ch. 248, 64 Stat. 215 |
| 630 | 10/6/1964 | Act of October 6, 1964, Pub. L. No. 88-632, 78 Stat. 1008 |
| 631 | 4/8/1974 | 39 Fed. Reg. 12, 755 |
| 632 | 6/21/1974 | 39 Fed. Reg. 22,254 |
| 633 | 1975 | 25 C.F.R. 183 |
| 634 | 1976 | 25 U.S.C. § 161a |
| 635 | 1976 | 25 U.S.C. § 162a |
| 636 | 4/28/1976 | 41 Fed. Reg. 17,747 |
| 637 | 11/17/1976 | 41 Fed. Reg. 50,648 |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 638 | 4/5/1977 | 42 Fed. Reg. 18,083 |
| 639 | 8/24/1977 | 42 Fed. Reg. 42,695 |
| 640 | 2/28/1978 | 43 Fed. Reg. 8135 |
| 641 | 3/22/1978 | 43 Fed. Reg. 11,815 |
| 642 | 10/21/1978 | Act of October 21, 1978, Pub. L. No. 95-496, 92 Stat. 1660 |
| 643 | 1979 | 25 C.F.R. 183 |
| 644 | 1980 | 25 C.F.R. 183 |
| 645 | 3/30/1982 | 47 Fed. Reg. 13,326 |
| 646 | 1986 | 25 C.F.R. 226 |
| 647 | 10/16/1987 | 52 Fed. Reg. 38,608 |
| 648 | 1989 | 25 C.F.R. 226 |
| 649 | 1990 | 25 C.F.R. 226 |
| 650 | 8/14/1990 | 55 Fed. Reg. 33,112 |
| 651 | 2000 | 25 U.S.C. § 155 |
| 652 | 2000 | 25 U.S.C. § 161a |
| 653 | 2000 | 25 U.S.C. § 162a |
| 654 | 3/5/1980 | Memo from Superintendent, Osage Agency, to Muskogee Area Director re GSA Rental Agreement |
| 656 | 4/6/1987 | Osage Agency, Branch of Minerals, 1986 Status Report |
| 657 | 5/14/1990 | Osage Agency, Branch of Minerals, 1989 Status Report |
| 658 | 8/17/2005 | J. Parris Resume and Credentials |
| 659 | 7/23/1906 | Record of Proceeding of a Meeting of the Osage Council |
| 660 | 1912-1916 | Quarterly Schedules of Production of Oil from the Osage Reservation |
| 661 | 1/23/1913 | Petition from Tribe Members to Osage National Council with letter transmitting same |
| 662 | 1/28/1913 | Application of Raymond Red Corn for position of Secretary of Osage National Council |
| 663 | 1/29/1913 | Letter from James Carroll to Fred Lookout re mass meeting to discuss proposed regulations |
| 664 | 1/29/1913 | Minutes of Osage National Council Meeting |
| 665 | 3/14/1913 | Minutes of Osage National Council Meeting |
| 666 | 5/2/1913 | Minutes of Osage National Council Meeting |
| 667 | 5/24/1913 | Minutes of Osage National Council Meeting |
| 668 | 7/22/1913 | Minutes of Osage National Council Meeting |
| 669 | 1916-1941 | Osage Agency Oil Lease Book (Volume 1 of 3) |
| 670 | 1916-1941 | Osage Agency Oil Lease Book (Volume 2 of 3) |
| 671 | 1916-1941 | Osage Agency Oil Lease Book (Volume 3 of 3) |
| 672 | 1916-1941 | Osage Agency Gas Lease Book (Volume 1 of 2) |
| 673 | 1916-1941 | Osage Agency Gas Lease Book (Volume 2 of 2) |
| 674 | 1946 | Journal of Osage Tribal Council Minutes for 1946 |
| 675 | 1955 | Federal and State Tax Records of Individual Osages (Volume 1 of 2) |
| 676 | 1955 | Federal and State Tax Records of Individual Osages (Volume 2 of 2) |
| 677 | 1956 | Federal and State Tax Records of Individual Osages |
| 678 | 12/1/1971 | Report of Osage Indian Redevelopment Area re Overall Economic Development Program |
| 679 | Oct-1987 | Ethics and Conduct Bulletin from the Secretary of Interior |
| 680 | 3/30/1983 | Bow Pipe Line Company Run Ticket |
| 681 | | Bow Pipe Line Company Run Ticket (partially destroyed) |
| 682 | 10/21/1977 | Department of Interior, Office of the Solicitor, Memorandum of Law: The Secretary's Power to Modify his Authority with regard to Royalty on Oil and Gas to Accommodate the FEA's Policy Objectives with regard to Price Regulation |

**Exhibits the Osage Nation May Offer if Necessary**

| Provisional Exhibit No. | Document Date | Document Description |
|---|---|---|
| 3 | 1915 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 4 | 1918 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 5 | 1923 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 6 | 1923 | Form F- Osage Mining Leases: Assignment of Lease |
| 7 | 1924 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 9 | 1950 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 10 | 1950 | Form D- Osage Mining Lease Bond |
| 11 | 1950 | Form E- Osage Mining Leases: Evidence of Authoirty of Officers to Execute Papers |
| 12 | 1950 | Form F- Osage Mining Leases: Assignment of Lease |
| 13 | 1952 | Form E- Osage Mining Leases: Evidence of Authoirty of Officers to Execute Papers |
| 14 | 1952 | Form F- Osage Mining Leases: Assignment of Lease |
| 15 | 1955 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 16 | 1956 | Form D- Osage Mining Lease Bond |
| 17 | 1956 | Form G- Osage Mining Leases Collective Bond |
| 18 | 1956 | Form H- Bond to Accompany Assignment of Mining Leases of Osage Lands |
| 20 | 1958 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 30 | 8/17/1971 | 42 BIAM Supplement No. 2 |
| 32 | 6/5/1972 | 42 BIAM Supplement No. 2 |
| 33 | 7/11/1972 | Correspondence between David Mosco and Charlotte Lloyd re proposed Amendment No. 3 to Joint Regulations No. 3 |
| 34 | 5/6/1973 | Memorandum from the Acting Deputy Commissioner re policy of the BIA on the investment of Tribal Trust Funds |
| 35 | 1974 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 36 | 1974 | Form C- Oil & Gas Mining Lease, Osage Reservation, Oklahoma |
| 38 | 1975 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 39 | 1975 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 40 | 2/24/1975 | Letter to M. Vale from J.K. Carlock |
| 46 | 03/16/76 | Department of Interior BIA (Osage) 1975 Annual Report |
| 47 | 6/30/1976 | BIA Investment Fiscal Year 1976 |
| 51 | 1/4/1978 | Memorandum from J. Vale re weekly information on interest rates |
| 52 | 7/28/1978 | Memorandum from Chief of Investments re weekly information regarding interest rates |
| 89 | 1983 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 90 | 1983 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 91 | 1983 | Form C- Oil & Gas Mining Lease, Osage Reservation, Oklahoma |
| 92 | Feb-1984 | 42 IAM 6.0 Budget and Finance - Accounting & Procedures |
| 265 | 1987 | Report of Investment of Indian Trust Funds for the Fiscal Years 1986 and 1987 |
| 451 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 1 |
| 452 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 2 |
| 453 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 3 |
| 454 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 4: Oil Production Accounting - Royalty Accounting |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 455 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 5: Personnel File |
| 473 | 1/21/1991 | Office of Trust Fund Management Work Plan Description for the Reconciliation of Tribal and IIM Trust Funds |
| 479 | 1992 | Underlying Account Transactions Supporting the Report on Applying Agreed-Upon Procedures and Consulting Services Pt. 1 |
| 480 | 1992 | Underlying Account Transactions Supporting the Report on Applying Agreed-Upon Procedures and Consulting Services Pt. 2 |
| 481 | 1992 | Underlying Account Transactions Supporting the Report on Applying Agreed-Upon Procedures and Consulting Services Pt. 3 |
| 482 | 1992 | BIA Summary & Statement of Account, Acct No. 7306, Fiscal Years 1976, 1979, 1981, 1989 & 1991 |
| 483 | 1992 | BIA Tribal Trust Reconciliation Project Training Binder July 1992Reconciliation Project Management Plan - BIA Trust Funds Management Improvement Program September 1991 |
| 484 | 1992 | Arthur Andersen Workpapers |
| 485 | 1992 | BIA/AA Reconciliation Contracts and Modifications Pt. 1 |
| 486 | 1992 | BIA/AA Reconciliation Contracts and Modifications Pt. 2 |
| 487 | 1992 | BIA Summary of Issues / Issues Resolution (Issue Forms ABQ/1 - ABQ/65) |
| 488 | 1992 | BIA Summary of Issues / Issues Resolution (Issue Forms ABQ/66 - ABQ/96) |
| 489 | 1992 | BIA Summary of Issues / Issues Resolution (Issue Forms ABQ/97 - ABQ/143) |
| 490 | 1992 | Summary and Detail of Trust Funds 1993-1995<br>Asset & Transaction Statements 1995 |
| 505 | 02/08/94 | Letter from DOI to Charles O. Tillman forwarding February 1994 Audit Report (No. 3-60017.001) of Royalty Payments made by Phillips Petroleum to GPM Gas Corporation for Osage Mineral Leases for the period of January 1, 1988 to December 31, 1992 |
| 516 | 12/20/96 | Osage Agency Branch of Minerals Functional Statement |
| 520 | 10/28/98 | OST Position Description for Accounting Technician, GS-0525-07 |
| 522 | 5/17/1999 | Position Description - Petroleum Engineering Technician |
| 526 | 08/30/00 | Position Description: Lead Accounting Technician, Accounting |
| 527 | 11/30/2000 | Position Description - Supervisory Petroleum Engineering Technician |
| 528 | 09/04/01 | Department of Interior BIA (Osage) 2000 Annual Report |
| 530 | 7/8/2002 | BIA/OST Interagency Procedures Handbook re Management of Trust Funds Derived from Assets and Resources on Trust and Restricted Indian Land |
| 533 | May-2003 | Position Description - Deputy Special Trustee, Trust Services |
| 536 | 7/15/2003 | Position Description - Supervisory Accounting Specialist |
| 537 | 07/18/03 | DOI BIA Procedures for Penalty for Violation of Lease Terms (Late & Amended Oil & Gas Reports) Osage County, Oklahoma |
| 538 | 08/01/03 | Amended and Restated Gas Purchase Contract by and between AMVEST Osage, Inc. (Seller) and Northeast Shelf Energy LLC (Buyer) forwarded by Letter from DOI BIA |
| 539 | 11/01/03 | Gas Purchase Agreement by and between Scissortail Energy, LLC (Buyer) and Krotzer Oil Company (Seller) with Checklist for Gas Contracts forwarded by Letter from DOI BIA |
| 540 | 05/00/04 | Lease Management Guide "Policies and Procedures Guide", Revised May 2004 |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 541 | 05/06/04 | Memorandum from Carole Revard DOI to Oil and Gas Accounting forwarding Policy and Procedure Manuals |
| 542 | 06/30/04 | Office of Trust Review and Audit Trust Examination Handbook (Draft) |
| 552 | 05/31/05 | FTI Consulting, Inc. Contract |
| 565 | | Documents produced by Greg Chavarria in response to subpoena from Plaintiff Osage Nation |
| 566 | | Additional documents produced by Greg Chavarria in response to subpoena from Plaintiff Osage Nation |
| 567 | | Chavarria calculations (calculator tape) |
| 568 | | Documents produced by Charles Lundelius in response to subpoena from Plaintiff Osage Nation |
| 571 | | Resume (Angela Satepauhoodle Toineeta) |
| 577 | | Z. Michael Inspector General Audit Working Papers Vol. 6: Recommendations and Recommendation Followups |
| 581 | | MMS Fort Worth Audit File, Section M: Meter No. 091414 - Gas Review |
| 582 | | MMS Fort Worth Audit File, Section N: System Review, Oil Production & Unit Operation Pt. 1 |
| 583 | | MMS Fort Worth Audit File, Section N: System Review, Oil Production & Unit Operation Pt. 2 |
| 584 | | MMS Fort Worth Audit File, Section O: Indian Audit Team File |
| 585 | | MMS Fort Worth Audit File, Section P: Miscellaneous Support Provided DuringAudit Applicable to the Gas Review Pt. 1 |
| 586 | | MMS Fort Worth Audit File, Section P: Miscellaneous Support Provided During Audit Applicable to the Gas Review Pt. 2 |
| 587 | | MMS Fort Worth Audit File, Section P: Miscellaneous Support Provided During Audit Applicable to the Gas Review Pt. 3 |
| 588 | | Position Description |
| 589 | | MMS Fort Worth Audit File, Section A: Audit Report |
| 590 | | MMS Fort Worth Audit File, Section B: Administrative File |
| 591 | | MMS Fort Worth Audit File, Section C: General File |
| 592 | | MMS Fort Worth Audit File, Section D: Preliminary Survey |
| 593 | | MMS Fort Worth Audit File, Section E: Bessie Lease - Oil Review |
| 594 | | MMS Fort Worth Audit File, Section F: North Burbank Unit - Oil Review Pt. 1 |
| 595 | | MMS Fort Worth Audit File, Section F: North Burbank Unit - Oil Review Pt. 2 |
| 606 | | Osage Agency Form: Tank Bottom Oil Report |
| 607 | | Osage Agency Form: Summary of Gas Purchases from Osage Gas Leases |
| 608 | | Osage Agency Form: Summary of Oil Purchases from Osage Oil Leases |
| 609 | | Osage Agency Form: Minimum Royalty and Late Charge Due |
| 610 | | Osage Agency Form No. 229G: Gas Injection Operating Report |
| 611 | | Osage Agency Form: Lease Status Report |
| 612 | | Osage Agency Form: Disposal of Injection Well Information |
| 613 | | Osage Agency Form No. 139: Application for Oepration of Report on Wells |
| 614 | | Osage Agency Form No. 208: Report of Completed & Deepened Wells |
| 615 | | Osage Agency Form No. 229: Waterflood Operating Report |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 616 | | Osage Agency Form No. 101: Dry Gas Report |
| 617 | | Osage Agency Form No. 133: Oil Lessee's Report |
| 618 | | Osage Agency Form No. 157: Oil Lessee's Report - For Consolidated Leases |
| 619 | | Osage Agency Form No. 300: Oil Lessee's Report - For Waterflood Leases |
| 620 | | Osage Agency: Miscelleanous Historic Forms |
| 621 | | Osage Agency: Sample Casinghead Gas Contract |
| 622 | | Osage Agency: Sample Gas Purchase Agreement |
| 655 | 2/24/1999 | Letter from Chief Charles Tillman to Charles Hurlburt re Priority Reuqest for Release of Minerals Data |
| 683 | 1975 | 25 C.F.R. § 202.1-202.7 |
| 684 | 1980 | 25 C.F.R. § 202.1-202.7 |
| 685 | 1985 | 25 C.F.R. § 202.1-202.7 |
| 686 | 4/17/1907 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma, Under the Act of March 3, 1905 |
| 687 | 7/3/1912 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 688 | 8/26/1915 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 689 | 11/1/1919 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 690 | 10/20/1921 | Regulation to Govern Settlement of Damages to Surfaces Owners, or Their Lessees, Caused by Mineral Lessees in the Osage Reservation, Oklahoma |
| 691 | 3/7/1923 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 692 | 7/12/1932 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 693 | 2/7/1946 | 11 Fed. Reg. 1440 |
| 694 | 1/18/1951 | 16 Fed. Reg. 473 |
| 695 | 3/26/1952 | 17 Fed. Reg. 2602 |
| 696 | 11/10/1953 | 18 Fed. Reg. 7057 |
| 697 | 8/5/1955 | 20 Fed. Reg. 5647 |
| 698 | 12/30/1955 | 20 Fed. Reg. 10,097 |
| 699 | 5/11/1956 | 21 Fed. Reg. 3147 |
| 700 | 5/10/1958 | 23 Fed. Reg. 3132 |
| 701 | 7/3/1958 | 23 Fed. Reg. 5093 |
| 702 | 9/16/1958 | 23 Fed. Reg. 7133 |
| 703 | 12/18/1958 | 23 Fed. Reg. 9758 |
| 704 | 6/21/1962 | 27 Fed. Reg. 5871 |
| 705 | 9/26/1962 | 27 Fed. Reg. 9512 |
| 706 | 9/30/1966 | 31 Fed. Reg. 12,794 |
| 707 | 6/15/1967 | 32 Fed. Reg. 8587 |