**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 00-169 L & 99-550<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**OSAGE NATION'S WITNESS LIST**

Pursuant to RCFC Appendix A ¶VI(15)(a), the Osage Nation submits list of witnesses it expects to call at trial:

**<u>Witnesses the Osage Nation Expects to Present</u>**

<u>Newell Barker</u>

1521 Revard Ave., Pawhuska, OK 74056 (918) 287-2937

Mr. Barker is expected to testify about the Osage Agency's oil and gas royalty collection processes and procedures.

Mr. Barker's direct testimony is expected to take approximately .75 hours.

<u>Rowena Beach</u>

Eastern Oklahoma Regional Office, P.O. Box 8002, Muskogee, OK 74402

Ms. Beach is expected to testify about the topics for which she was designated to testify in her Rule 30(b)(6) deposition, including the role that the Bureau of Indian Affairs Regional Office in Muskogee, Oklahoma, played in the management of Osage Nation Trust Funds.

Ms. Beach's direct testimony is expected to take approximately 1.5 hours.

Toby Vann Bighorse

1423 East Boundary, Pawhuska, OK 74056 (918) 287-5540.

Mr. Bighorse is expected to testify regarding the preservation of documents relating to the Osage Minerals Estate and Trust.

Mr. Bighorse's direct testimony is expected to take approximately 0.5 hours.

Rita Bratcher

Financial Management Service, 401 14th St. SW, Washington, DC

Ms. Bratcher is expected to testify about the topics for which she was designated to testify in her Rule 30(b)(6) deposition, including the manner in which the United States Department of Treasury handled Osage Nation Trust Funds.

Ms. Bratcher's direct testimony is expected to take approximately 1.0 hours.

Melissa Currey

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Currey is expected to testify regarding the training of Osage Agency employees.

Ms. Currey's direct testimony is expected to take approximately 0.5 hours.

Judi Hill

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Hill is expected to testify regarding the topics for which she was designated to testify in her Rule 30(b)(6) deposition, including the handling and processing of royalty payments and, more generally, regarding the Osage Agency's oil and gas royalty collection processes and procedures.

Ms. Hill's direct testimony is expected to take approximately 2.0 hours.

Charles Hurlburt

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Mr. Hurlburt is expected to testify regarding the Osage Agency's oil and gas royalty collection processes and procedures and the topics for which he was designated to testify in his Rule 30(b)(6) deposition, including audits of the Osage Agency.

Mr. Hurlburt's direct testimony is expected to take approximately 0.5 hours.

Stephen A. Jay

4312 E. 51st Street, Tulsa, OK 74135 (918) 492-0106

Mr. Jay is expected to offer expert testimony regarding the United States' breach of its fiduciary duties regarding the investment and management of funds belonging to the Osage Nation held in trust by the United States. Mr. Jay may also offer testimony to rebut testimony or evidence offered by the United States during trial.

Mr. Jay's direct testimony is expected to take approximately 2.0 hours.

Stanlee Ann Mattingly

1614 Leahy Avenue, Pawhuska, OK 74056 (918) 287-4434

Ms. Mattingly is expected to testify regarding the preservation of documents relating to the Osage Minerals Estate and Trust.

Ms. Mattingly's direct testimony is expected to take approximately 1.0 hour.

<u>Lucian L. Morrison</u>

2001 Kirby Drive, Suite 1300, Houston, TX 77019 (713) 523-9944

Mr. Morrison is expected to testify about his experience and knowledge regarding the administration of minerals trusts.

Mr. Morrison's direct testimony is expected to take approximately 2.0 hours.

<u>James Parris</u>

880 Tula Drive, Rio Rancho, NM 87124 (505) 239-8591

Mr. Parris is expected to testify regarding the Bureau of Indian Affairs Indian Trust accounting systems and methods and the accuracy of the Osage Agency's accounting and control over the Osage Nation mineral estate.

Mr. Parris ' direct testimony is expected to take approximately 0.75 hours.

<u>Daniel T. Reineke</u>

6305 Waterford Boulevard, Suite 325, Oklahoma City, OK 73118 (405) 463-0001

Mr. Reineke is expected to offer expert testimony regarding United States' breach of its fiduciary duties to collect and verify the full royalty due the Osage Nation pursuant to the Tranche One Leases for the Tranche One Months. Mr. Reineke may also offer testimony to rebut testimony or evidence offered by the United States during trial.

Mr. Reineke's direct testimony is expected to take approximately 2.5 hours.

Carol Revard

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Revard is expected to testify regarding the topics for which she was designated to testify in her Rule 30(b)(6) deposition, including the Osage Agency's oil royalty collection processes and procedures.

Ms. Revard's direct testimony is expected to take approximately 2.5 hours.

Eugene Sean StandingBear

1515 Claremore Avenue, Pawhuska, OK 74056 (918) 287-4550

Mr. StandingBear is expected to testify regarding the preservation of documents relating to the Osage Minerals Estate and Trust.

Mr. StandingBear's direct testimony is expected to take approximately 1.0 hours.

George Eaves Tallchief

200 South 5th , P.O. Box 14, Fairfax, OK 74637 (918) 642-5642

Mr. Tallchief is expected to testify regarding the Osage Nation's history, its relations with the United States and the preservation of documents relating to the Osage Minerals Estate and Trust.

Mr. Tallchief's direct testimony is expected to take approximately 1.5 hours.

Margaret Williams

Office of the Special Trustee, 4400 Masthead St. NE, Albuquerque, NM 87109

Ms. Williams is expected to testify regarding the topics for which she was designated to testify in her Rule 30(b)(6) deposition and, more generally, regarding the investment and management of Osage Agency Trust Funds and the condition and nature of records of the Osage

Nation Trust Fund. The Osage Nation will file a motion for leave to file the transcript of Ms. Williams' non-Rule 30(b)(6) deposition for introduction at trial.

Ms. Williams' direct testimony is expected to take approximately 2.0 hours.

<u>Pat Wrenn</u>

Financial Management Service, 3700 East-West Highway, Hyattsville, MD 20782

Mr. Wrenn is expected to testify regarding the topics for which he was designated to testify in his Rule 30(b)(6) deposition, including the manner in which the United States Department of Treasure handled Osage Nation Trust Funds.

Mr. Wrenn's direct testimony is expected to take approximately 0.5 hours.

**<u>Witnesses the Osage Nation May Call If the Need Arises</u>**

<u>Greg Chavarria</u>

100 Sun Ave., Suite 210, Albuquerque, NM 87109 (505) 246-9777

Mr. Chavarria may testify about the topics for which he was designated to testify in his Rule 30(b)(6) deposition, including the Arthur Andersen Agreed-upon-Procedures Report, the condition of records of the Osage Nation Trust Fund and the manner in which Osage Nation Trust Funds were invested and managed by the United States.

Mr. Chavarria's direct testimony is expected to take approximately 3.0 hours.

<u>Mary Lou Drywater</u>

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Drywater may testify about the Osage Agency's oil and gas royalty collection processes and procedures.

Ms. Drywater's direct testimony is expected to take approximately 0.75 hours.

Janice Stagnitto Ellis

1528 Gracechurch Road, Silver Spring, MD 20910 (301) 585-2521

Ms. Ellis may testify regarding document custodial issues.

Ms. Ellis' direct testimony is expected to take approximately 0.25 hours.

Carma Jensen

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Jensen may testify if necessary to establish a foundation for certain exhibits the Osage Nation may move into evidence.

Ms. Jensen's direct testimony is expected to take approximately 0.25 hours.

Heather Little

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Little may testify if necessary to establish a foundation for certain exhibits the Osage Nation may move into evidence.

Ms. Little's direct testimony is expected to take approximately 0.25 hours.

Doug Lords

Office of Trust Fund Management, 505 Marquette Ave. NW, Suite 1000, Albuquerque, NM 87102 (505) 248-5723

Mr. Lords may testify regarding the subjects he was designated to testify in his Rule 30(b)(6) deposition, including when interest is and is not paid on Osage Tribal Trust Funds.

Mr. Lords' direct testimony is expected to take approximately 0.5 hours.

Zane Michael

134 Union Blvd., No. 510, Lakewood, CO 80228

Mr. Michael may testify regarding the subjects he was designated to testify in his Rule 30(b)(6) deposition, including the Department of Interior Inspector General's April 24, 1990 audit of the Osage Agency.

Mr. Michael's direct testimony is expected to take approximately 0.5 hours.

Angela Toineeta

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Ms. Toineeta may testify if necessary to establish a foundation for certain exhibits the Osage Nation may move into evidence.

Ms. Toineeta's direct testimony is expected to take approximately 0.25 hours.

Paul Tyler

2013 Northwest Expressway, Suite 230, Oklahoma City, OK 73116

Mr. Tyler may testify regarding the subjects he was designated to testify in his Rule 30(b)(6) deposition, including the Mineral Management Service's February 1994 Department of Interior Inspector General's April 24, 1990 audit of the Osage Agency.

Mr. Tyler's direct testimony is expected to take approximately 0.5 hours.

Richard Winlock

Osage Agency, 813 Grandview Ave., Pawhuska, OK 74056 (918) 287-5710

Mr. Winlock may testify if necessary to establish a foundation for certain exhibits the Osage Nation may move into evidence.

Mr. Winlock's direct testimony is expected to take approximately 0.25 hours.

The Osage Nation reserves the right to call as its own witness any witness listed on the United States' Witness List.

Dated this January 12, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation