**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed January 12, 2006 |
| v. | ) | Nos. 00-169 L & 99-550 Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Plaintiff Osage Nation seeks leave to file a corrected version of the Memorandum of Contentions of Fact and Law it filed on January 12, 2006. A copy of the corrected Memorandum is attached. After filing the Memorandum, it was discovered that the formatting of the Table of Contents and the Table of Authorities as well as some typographical errors in the Memorandum needed be corrected. Counsel for the United States does not oppose this Motion.

For the foregoing reasons, the Osage Nation respectfully requests leave to file the attached corrected version of its Memorandum of Contentions of Fact and Law.

Dated this January 13, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation