**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed January 18, 2006 |
| v. | ) | Nos. 00-169 L & 99-550 Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN ERRATUM TO ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Plaintiff Osage Nation seeks leave to file an Erratum to the Memorandum of Contentions of Fact and Law it filed on January 12, 2006. A copy of the Erratum is attached. After filing the Memorandum, a typographical error was discovered on page 5. Correcting that error would clarify the contentions of fact and avoid confusion in the record.

For the foregoing reasons, the Osage Nation respectfully requests leave to file the attached Erratum to its Memorandum of Contentions of Fact and Law.

Dated this January 18, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation