**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed<br>January 18, 2006 |
| | ) | Nos. 99-550 L & 00-169 L |
| *v*. | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ERRATUM TO PLAINTIFF'S**
**MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Please note that on the second line of page 5 of Plaintiff Osage Nation's Memorandum of Contentions of Facts and Law filed on January 12, 2005, the words "High-council members" should read "eight council members."

January 18, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation