# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed January 19, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Plaintiff's Unopposed Motion for Leave to File Corrected Memorandum of Contentions of Fact and Law. Based on the representations contained therein, the court hereby GRANTS plaintiff's motion.

The court reminds counsel that the correct identification of the case post consolidation is: The Osage Tribe of Indians of Oklahoma v. The United States of America, No. 99-550L (into which has been consolidated No. 00-169L). Failure to use the correct case name and file number in the caption may result in the filing being struck from the record. See RCFC 10(a).

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge