# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed January 19, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

The court has before it Plaintiff's Motion for Leave to File an Erratum to its Memorandum of Contentions of Fact and Law. The purpose of the Erratum is to correct a typographical error that may, if left uncorrected, lead to confusion. Based on the representations contained therein, the court hereby GRANTS plaintiff's motion.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge