# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed January 20, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders, filed electronically on January 12, 2006. The Clerk's Office noted that the filing is not in compliance with RCFC 7(b) (requiring that any brief, memorandum, or supporting affidavits accompanying a motion are to be attached to the motion).

The court encourages counsel to adhere to the court's rules and procedures for electronic filing. The filing shall be accepted despite the noted deficiency.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge