**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: January 26, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | Judge Emily C. Hewiit |

**DEFENDANT'S OPPOSITION, IN PART, TO PLAINTIFF'S MOTION TO PRESENT SUBSTANTIVE EVIDENCE BY DEPOSITION**

Defendant files this opposition, in part, to Plaintiff's motion to present substantive evidence by deposition, dated January 12, 2006. Plaintiff has selected portions of 23 deposition transcripts, and seeks to introduce those portions as evidence at trial pursuant to Rule 32(a)(3)(E) of the Rules of the Court of Federal Claims ("RCFC"). As discussed herein, the Court should deny Plaintiff's motion as to the deposition designations of witnesses Defendant expects to call as witnesses at trial. Specifically, the Court should deny Plaintiff's motion to present substantive evidence by deposition for the following witnesses: Rita Bratcher, Greg Chavarria, Judi Hill, Charles Hurlburt, Carole Revard, Paul Tyler, Margaret Williams and Pat Wren (collectively, the "witnesses").

Relying upon RCFC 32(a)(3)(E), Plaintiff seeks to file portions of the depositions of the witnesses into evidence. Plaintiff's motion seems to suggest that, according to RCFC 32(a)(3)(E), as long as Plaintiff does not call any of the Witnesses at trial and Plaintiff did not procure the unavailability of such witnesses, their depositions may be admitted into evidence. This is a flawed interpretation of this rule.

RCFC 32(a)(3) provides for the use of depositions in court proceedings when it may be

difficult for a witness to testify at trial. *See Persyn v. United States*, 35 Fed. Cl. 708, 719, n. 7 (1996) (Rule 32(a)(3) was not applicable because it deals with instances in which it may be difficult for a witness to testify at trial); *see also Renda Marine, Inc. v. United States*, 66 Fed. Cl. 639, 645, n.6 (2005) (disregarding deposition testimony of witnesses who appeared at trial) (citing *United States v. Int'l Bus. Machs. Corp.*, 90 F.R.D. 377, 382 (S.D.N.Y. 1981)). RCFC 32(a)(3)(E) specifically provides that the deposition of a witness may be used if the court finds "that the witness is at a greater distance than 100 miles from the place of trial." RCFC 32(a)(3)(E). Implicit in this rule is a strong preference for live testimony in court. *See, e.g., Renda Marine*, 66 Fed. Cl. at 645, n.6.

While Defendant does not dispute that depositions may be used at trial if a witness is unavailable to testify in person, that is not the case here as to the witnesses listed above. *See Renda Marine,* 66 Fed. Cl. at 645, n.6*; see also National Screw & Mfg. Co. v. Voi-Shan Indus., Inc.*, 347 F.2d 1 (9th Cir. 1965) (when a nonparty witness is available to testify, his or her deposition is admissible only for impeachment purposes). Indeed, Defendants intends to offer oral testimony from each of these witnesses at trial and will arrange for their availability. Therefore, and in light of the preference for live testimony at trial, the depositions of these witnesses should not be admitted.

For the foregoing reasons, Defendant respectfully opposes Plaintiff's motion as to the deposition designations of witnesses Defendant expects to call as witnesses at trial.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services

U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627