EXHIBIT A

DEPOSITION DESIGNATIONS

| DEPONENT | FROM (Page: Line) | TO (Page: Line) |
|---|---|---|
| Bob B. Fox | 10:12 | 10:18 |
| | 12:8 | 12:16 |
| | 12:22 | 17:13 |
| | 24:19 | 24:25 |
| | 51:3 | 53:20 |
| | 79:6 | 79:17 |
| | 93:15 | 94:18 |
| | 95:9 | 95:19 |
| | 121:1 | 121:25 |
| | 170:25 | 176:21 |
| | 177:22 | 179:12 |
| | 180:5 | 180:21 |
| Jim Gray (30(b)(6)) | 4:7 | 4:10 |
| | 16:10 | 18:21 |
| | 19:1 | 19:13 |
| | 19:24 | 21:21 |
| | 116:19 | 116:20 |
| | 117:8 | 117:20 |
| | 117:24 | 118:8 |
| | 120:11 | 122:16 |
| | 128:8 | 128:20 |
| Newell Barker | 10:13 | 11:3 |
| | 12:18 | 13:5 |
| | 70:1 | 71:17 |
| | 72:7 | 73:1 |
| | 79:13 | 81:3 |
| | 84:6 | 85:23 |
| | 87:9 | 88:4 |
| | 132:16 | 132:21 |
| | 134:8 | 134:13 |
| | 134:25 | 135:18 |
| | 136:23 | 137:15 |
| | 149:7 | 150:8 |
| | 198:3 | 199:10 |
| | 199:18 | 200:9 |
| | 201:6 | 202:5 |
| | 225:21 | 225:24 |
| | 226:5 | 227:16 |
| James Parris | 4:1 | 333:8 |