**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: January 26, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | Judge Emily C. Hewiit |

**DEFENDANT'S MOTION TO ADMIT ADDITIONAL PORTIONS OF DEPOSITION TRANSCRIPTS**

Pursuant to the Rules of the Court of Federal Claims ("RCFC") 32(a)(4), in the event the Court grants Plaintiff's Motion to Present Substantive Evidence by Deposition, filed on January 12, 2006, Defendant requests that the Court admit the additional deposition testimony in Exhibit A. Additionally, pursuant to RCFC 32(b), Defendant reserves the right to object at trial to any testimony that is admitted through deposition and preserves any objections that were made at the time of the depositions.[1/]

Under RCFC 32(a)(4), if a portion of a deposition is admitted into evidence, the opposing party may require the offering party to introduce any other portion of such deposition which should, in fairness, be considered. To the extent the Court is inclined to admit portions of the depositions designated by Plaintff into evidence, Defendant requests, pursuant to RCFC 32(a)(4), that the Court admit the Defendant's additional designations, attached hereto at Exhibit A, to make the record more complete.

[1/]RCFC 32(b) provides that a party may object at trial to any portion of a deposition that is received into evidence, for any reason which would require the exclusion of the evidence if the witness were then present and testifying.

## CONCLUSION

For the foregoing reasons, to the extent the Court should grant the Plaintiff's Motion to Present Substantive Evidence by Deposition, the Court should admit Defendant's additional designations in Exhibit A.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627