EXHIBIT A

ADDITIONAL DEPOSITION DESIGNATIONS

| DEPONENT | FROM<br>(Page: Line) | TO<br>(Page: Line) |
|---|---|---|
| Judi Hill<br>June 6, 2005 | 352:4 | 357:16 |
| Judi Hill (30(b)(6)) | 152:15 | 154:4 |
| Rowena Beach (30(b)(6)) | 36:22 | 37:1 |
| Rita Bratcher | 147:11<br>149:7<br>151:5 | 148:8<br>149:22<br>151:15 |
| Charles Hurlburt | 40:19<br>99:24<br>103:13 | 41:7<br>101:24<br>103:22 |
| Charles Hurlburt (30(b)(6) | 25:3 | 26:18 |
| Carma Jensen | 70:8<br>79:12 | 70:14<br>79:14 |
| Heather Little | 5:10 | 5:12 |
| Mary Lou Drywater | 33:22 | 34:8 |
| Carol Revard | 150:13 | 151:9 |
| James Parris | 32:15<br>86:20<br>90:15<br>98:11<br>139:21<br>153:6<br>167:25<br>269:15<br>273:15 | 32:18<br>87:22<br>91:13<br>102:6<br>147:22<br>159:24<br>201:14<br>272:19<br>290:7 |