**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed:<br>January 26, 2006<br><br>Nos. 99-550L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**DEFENDANT'S OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS**

Defendant submits the following specific objections to Plaintiffs' proposed trial exhibits in response to this Court's Order of June 20, 2005.

| **Exh. No.** | **Description** | **Defendant's Objection** |
|---|---|---|
| 21 | GAO Report: Review of Supervision of Oil and Gas Operations and Production on Government and Indian Lands, dated 12/01/1959 | Withdrawn by Plaintiff. |
| 23 | GAO Report: Certain Deficiencies in Financial Management of Oil and Gas Activities, dated August 1964 | Relevance. |
| 29 | OIG Report: Review of Oil and Gas Lease Revenue, dated 02/01/1969 | Withdrawn by Plaintiff. |
| 31 | GAO Report: More Specific Policies and Procedures Needed for Determining Royalties on Oil from Leased Federal Lands, dated 02/17/1972 | Relevance. |
| 41 | OIG Report: Review of Royalty Accounting System for Onshore Oil and Gas Leases, dated 06/01/1975 | Withdrawn by Plaintiff. |

| Exh. No. | Description | Defendant's Objection |
|---|---|---|
| 42 | OIG Report: USGS Royalty Accounting System Study of Solid Minerals Leasing Activities, dated 08/01/1975 | Withdrawn by Plaintiff. |
| 48 | OIG Report: Pilot Verification of Production Area, dated 02/01/1977 | Withdrawn by Plaintiff. |
| 49 | OIG Report: Review of Royalty Determination, Accounting, and Collection Activities for Gulf of Mexico Outer Continental Shelf Oil and Gas Leases, dated 06/01/1977 | Withdrawn by Plaintiff. |
| 79 | GAO Report: Oil and Gas Royalty Collections -- Longstanding Problems Costing Millions, dated 10/29/1981 | Relevance. |
| 81 | Report of the Linowes Commission: Fiscal Accountability of the Nation's Energy Resources, dated January 1982 | Relevance. |
| 84 | GAO Report: Oil and Gas Royalty Accounting -- Improvements Have Been Initiated But Continued Emphasis Is Needed to Ensure Success, dated 04/27/1982 | Relevance. |
| 86 | Comptroller General Letter: Withdrawal of Approval of the Bureau of Indian Affairs Accounting System (GAO/AFMD-82-109), dated 08/16/1982 | Hearsay. Relevance. |
| 88 | GAO Report: Overview of Department of the Interior's and Selected States' Royalty Accounting Systems (GAO/AFMD-81-107), dated 09/15/1982 | Relevance. |
| 261 | GAO Report: Indian Royalties -- Interior Has Not Solved Indian Oil and Gas Royalty Payment Problems, dated March 1986 | Relevance. |

| **Exh. No.** | **Description** | **Defendant's Objection** |
|---|---|---|
| 266 | Mineral Revenues 1987: Report on Receipts from Federal and Indian Leases Division Order to Koch Oil Company (Arco Oil & Gas Co.) for Oil Production | Not produced to Defendant. |
| 276 | Mineral Revenues 1989: Report on Receipts from Federal and Indian Leases | Not produced to Defendant. |
| 450 | Senate Report 101-216: Final Report and Legislative Recommendations, Special Committee on Investigations of the Select Committee on Indian Affairs | Relevance. |
| 456 | Mineral Revenues 1990: Report on receipts from Federal and Indian Leases | Not produced to Defendant. |
| 458 | Memorandum from DOI to Inspector General forwarding Final Audit Report (No. 90-60) of Selected Minerals Activities Conducted by the Minerals Branch, Osage Agency, Bureau of Indian Affairs, dated 06/01/2005 | Not produced to Defendant. |
| 471 | Mineral Revenues 1991: Report on receipts from Federal and Indian Leases | Not produced to Defendant. |
| 499 | Mineral Revenues 1993: Report on Receipts from Federal and Indian Leases | Not produced to Defendant. |
| 504 | Mineral Revenues 1994 - Report on Receipts from Federal and Indian Leases | Relevance. |
| 515 | Letter from Gordon Jackson to Charles O. Tillman dated 10/18/1996 re declining offer to sign temporary division order presented to BIA staff on 10/17/1996 | Hearsay. Relevance. |
| 517 | Mineral Revenues 1997: Report on Receipts from Federal and Indian Leases | Not produced to Defendant. |
| 519 | Mineral Revenues 1998: Report on Receipts from Federal and Indian Leases | Not produced to Defendant. |
| 521 | Mineral Revenues 1999: Report on Receipts from Federal and Indian Leases | Not produced to Defendant. |

| Exh. No. | Description | Defendant's Objection |
|---|---|---|
| 524 | Mineral Revenues 2000: Report on Receipts from Federal and Indian Leases | Not produced to Defendant. |
| 529 | Trust Foundations: An Introduction to Trust Reform and Change - Three-Day Training, Upper Mohawk, Inc., dated 12/10/2001 | Hearsay. Relevance. |
| 531 | Report of Royalty Management and Delinquent Account Collection Activities, Fiscal Year 2000, Minerals Management Service | Relevance. |
| 537 | Procedures for Penalty for Violation of Lease Terms (Late and Amended Oil and Gas Reports) | Relevance. |
| 541 | Memo from Carole Revard to Oil & Gas Accounting dated 05/06/2004 re Policy and Procedures for employees, with attachments | Hearsay. Relevance. |
| 542 | Draft Trust Examination Handbook, Office of Trust Review and Audit, dated 06/30/2004 | Relevance. |
| 562 | Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits | Does not satisfy requirements of FRE 702. |
| 564 | Rebuttal Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits | Does not satisfy requirements of FRE 702. |
| 569 | Fiduciary Overview Program, Cannon Financial Institute | Hearsay. Relevance. |
| 654 | Memo from Osage Agency Superintendent to Area Director, Muskogee, dated 03/05/1980 re GSA Rental Agreement | Foundation for handwritten notes. Hearsay. Relevance. |
| 655 | Minerals Data | Not produced to Defendant. |

| Exh. No. | Description | Defendant's Objection |
|---|---|---|
| 659 | Record of a Proceeding of a Meeting of the Osage Council, dated 07/23/1906 | Not produced to Defendant. |
| 660 | Quarterly Schedules of Production of Oil from the Osage Reservation, 1912-1916 | Not produced to Defendant. |
| 661 | Petition from Tribe Members to the Osage National Council with letter transmitting same, dated 01/13/1913 | Not produced to Defendant. |
| 662 | Application by Raymond Red Corn for Position of Secretary of the Osage National Council, dated 01/28/1913 | Not produced to Defendant. |
| 663 | Letter from James Carroll to Fred Lookout dated 01/29/1913 re mass meeting to discuss proposed regulations | Not produced to Defendant. |
| 664 | Minutes of Osage National Council Meeting, dated 01/29/1913 | Not produced to Defendant. |
| 665 | Minutes of Osage National Council Meeting, dated 03/14/1913 | Not produced to Defendant. |
| 666 | Minutes of Osage National Council Meeting, dated 05/02/1913 | Not produced to Defendant. |
| 667 | Minutes of Osage National Council Meeting, dated 05/24/1913 | Not produced to Defendant. |
| 668 | Minutes of Osage National Council Meeting, dated 07/22/1913 | Not produced to Defendant. |
| 669 | Osage Agency Oil Lease Book, Vol. 1 of 3, 1916-1941 | Not produced to Defendant. |
| 670 | Osage Agency Oil Lease Book, Vol. 2 of 3, 1916-1941 | Not produced to Defendant. |
| 671 | Osage Agency Oil Lease Book, Vol. 3 of 3, 1916-1941 | Not produced to Defendant. |
| 672 | Osage Agency Gas Lease Book, Vol 1 of 2, 1916-1941 | Not produced to Defendant. |
| 673 | Osage Agency Gas Lease Book, Vol 2 of 2, 1916-1941 | Not produced to Defendant. |

| Exh. No. | Description | Defendant's Objection |
|---|---|---|
| 675 | Federal and State Tax Records of Individual Osages, Volume 1 of 2, 1955 | Not produced to Defendant. |
| 676 | Federal and State Tax Records of Individual Osages, Volume 2 of 2, 1955 | Not produced to Defendant. |
| 677 | Federal and State Tax Records of Individual Osages, 1956 | Not produced to Defendant. |
| 678 | Report of Osage Indian Redevelopment Area re Overall Economic Development Program, dated 12/01/1971 | Not produced to Defendant. |
| 679 | Ethics and Conduct Bulletin from the Secretary of Interior, dated October 1987 | Not produced to Defendant. |
| 681 | Boe Pipe Company run ticket (partially destroyed) | Foundation. Relevance. |
| 682 | DOI Office of the Solicitor Memorandum of Law re the Secretary's power to modify his authority with regard to royalty on oil and gas to accommodate the FEA's policy objectives on price regulation | Hearsay. Relevance. |

Respectfully submitted this 26th day of January, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ Brett D. Burton
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

s/ Martin J. LaLonde
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247/0479
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:
Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-7403
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627