**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: January 26, 2006 |
| v. | ) | Nos. 99-550L (into which has been consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S MOTION OPPOSING PLAINTIFF'S MOTION TO EXCLUDE DOCUMENTS AND TESTIMONY FOR VIOLATIONS OF THE COURT'S SCHEDULING AND DISCOVERY ORDERS**

Defendant United States of America hereby responds in opposition to Plaintiff's Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders ("Plaintiff's Motion"). Plaintiff seeks to exclude two supplemental expert reports authored by Defendant's designated experts Greg Chavarria and Ronnie Martin. Plaintiff also seeks to preclude use by the United States of certain documents which it claims were produced late (after the Court's September 1, 2005 close of discovery date). Plaintiff operates under the mistaken assumption that the burden lies with the United States to identify, locate, and provide copies to the Plaintiff, all relevant evidence necessary to support the prosecution of its claims at trial. This assumption has no support in either the discovery rules of the United States Court of Federal Claims, or the Federal Rules of Civil Procedure. From the inception of this litigation all documents and other evidence potentially relevant to the Plaintiff's claims in the possession, custody and control of the United States have been readily available for the Plaintiff's inspection and possession. Moreover, the United States has assisted the Plaintiff in its discovery efforts. The United States has faithfully adhered to its discovery obligations by supplementing its discovery when necessary.

Plaintiff's meritless Motion should be denied because it is nothing more than a litigation tactic, and because the Defendant has fully complied with this Court's Scheduling and Discovery Orders. Defendant's Motion is more fully supported by its accompanying Memorandum of Points

and authorities.

Respectfully submitted this 26th day of January, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ Brett D. Burton
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

s/ Martin J. LaLonde
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247/0479
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:
Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-7403
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A

Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627