# Defendant's Exhibit List - Okie Crude Admin Record - January 26, 2006

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR001.00 | 2/5/1993 | Okie Crude Co et al v. Muskogee Area Director BIA IBIA 92-18-A Appeals from Assessments of Additional Royalties on Osage Oil and Gas Leases |
| AR002.00 | 8/31/1992 | Melvin E. Acott, et al., vs. Muskogee Area Director, Bureau of Indian Affairs No. IBIA 92-95-A Appellants' Reply Brief |
| AR003.00 | 8/31/1992 | Melvin E. Acott, et al., vs. Muskogee Area Director, Bureau of Indian Affairs No. IBIA 92-95-A Exhibits Submitted With Appellants' Reply Brief Part C |
| AR003.01 | 6/1/1992 | Regarding six Appellants added to appeal in Acott v. Muskogee Area Director No. IBIA-92-95-A and attached Motion filed on 02/18/1992 with Exhibits 1 thru 6 and List of Apellants |
| AR003.02 | 1/3/1992 | Freedom of Information Act Request Attaching Receipt of Certified Mail No. P-460-849-016 and Exhibit A |
| AR003.03 | 1/27/1992 | Regarding Seeking Access to Copies of Various Records of Oil Producers and Oil Lessees Operationg in Osage County such as Run Checks 1, 6, 11, 16, 21, 26, 31, 36, 41, 46, and 51 |
| AR003.04 | 2/2/1988 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Pricing Schedule By Gravity for January 31, 1988 |
| AR003.05 | 2/20/1988 | Farmland Industries, Inc. Owner Number 090711 Crude Oil Payment |
| AR003.06 | 4/5/1988 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Osage Pricing Schedule by Gravity for March 31, 1988. |
| AR003.07 | | Sun Refining and Marketing Company Royalty Oil and Gas Statement |
| AR003.08 | 5/3/1989 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Osage Pricing Schedule by Gravity for April 30, 1989 |
| AR003.09 | | Sun Company Mining and Marketing (Royalty Payables) Royalty Oil and Gas Statement |
| AR003.10 | 5/4/1990 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Osage Pricing Schedule by Gravity for April 30, 1990 |
| AR003.11 | 5/20/1990 | Farmland Industries, Inc Owner Number 090711 Crude Oil Payment |
| AR003.12 | 11/6/1990 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Osage Pricing Schedule by Gravity for October 31, 1990. |
| AR003.13 | 3/5/1991 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Osage Pricing Schedule of Gravity for February 28, 1991 |
| AR003.14 | 3/20/1991 | Farmland Industries, Inc Owner Number 090711 Crude Oil Payment |
| AR003.15 | 1/30/1990 | Newell Barker to Osage Agency regarding Oil Price Bonus |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR003.16 | 3/16/1992 | Business Hard Times "The Great Energy Bust, More Than any Previous Recession in the U.S. Oil and Gas Industry, this one Smells Dangerously Permanent" |
| AR003.17 | 7/3/1912 | Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| AR003.18 | 8/26/1915 | Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| AR003.19 | 11/6/1991 | William Haney to Douglas Wilson notifying that the Muskogee Area Director, Granted an Extension of Time, to File Rebuttal, for November 6, 1991 to November 25, 1991 |
| AR003.20 | 12/20/1991 | Douglas Wilson to Ramona Bedford Regarding Freedom of Information Act Request No. P-460-849-013 Attaching Receipt for Certified Mail |
| AR003.21 | 2/19/1992 | Jack Shoemate to Douglas Wilson Responding to Freedom of Information Act Request of December 20, 1991, for copies of Various Memoranda Concerning Additional Royalty Owed to the Indians |
| AR003.22 | 6/5/1986 | Department of the Interior Departmental Manual Part 200 General Provisions |
| AR003.23 | 8/20/1992 | Melvin E. Acott, et al., v. Muskogee Area Director BIA No. IBIA-92-95-A Affidavit Of J. M. Graves |
| AR003.24 | 8/31/1992 | Melvin E. Acott, et al., vs. Muskogee Area Director BIA No. IBIA 92-95-A Affidavit of Douglas A. Wilson |
| AR003.25 | 12/16/1991 | Osage Lease Activity Edit List |
| AR004.00 | 7/30/1992 | Melvin E. Acott, et al, A. E. Basinger, Jr., et al, and Union Oil Company of California, d/b/a Unocal v. Muskogeee Area Director Nos. IBIA 92-95-A, 92-96-A, 92-99-A Brief of Appellee |
| AR004.01 | 7/29/1992 | Exhibit 1 Affidavit of Jack Shoemate Attaching Exhibits A, B, C, and D to Shoemate Affidavit |
| AR004.02 | 7/29/1992 | Exhibit 2 Affidavit of Newell Barker Attaching Memorandum Addressing Superintendent Regarding Oil Price Bonus |
| AR004.03 | 7/29/1992 | Exhibit 3 Affidavit of Charles R. Hurlburt Attaching List of Top Oil Companies For Month of Jun-91 Using Oklahoma and Kansas Runs and List of Top 95% Companies For Month of Jun-90 Using Osage County Runs |
| AR004.04 | 7/30/1992 | Tim Vollmann to Judge Kathryn Lynn regarding Original and One Copy of a Brief of Appellee, Muskogee Area Director, and a Certificate of Service |
| AR005.00 | 5/29/1992 | Melvin E. Acott, et al., vs. Muskogee Area Director BIA No. IBIA-92-95-A Appellants' Opening Brief |
| AR006.00 | 5/29/1992 | Melvin E. Acott, et al., vs. Muskogee Area Director BIA No IBIA 92-95-A Exhibits Submitted With Appellants' Opening Brief Part A |
| AR006.01 | 5/28/1992 | Melvin E. Acott, et al., vs. Muskogee Area Director BIA No. IBIA 92-95-A Affidavit of James M. Mcauley |
| AR006.02 | | Petroleum Information Lease Map Coverage Rocky Mountain, East Coast, Northeast and MidWest, Mid-Continent, and Southern |
| AR006.03 | 6/14/1991 | Geo Daly to Osage Tribal Council Concerning a Major Conflict Between the Osage Mineral Trust and the Oil Producers on the Basis for determining the Crude Oil Price for Royalty Payment |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR006.04 | 8/14/1990 | Federal Register Vol. 55, No. 157 Rules and Regulations Leasing of Osage Reservation Lands for Oil and Gas Mining |
| AR006.05 | 9/6/1990 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest price for crude oil Attaching Osage Pricing Schedule by Gravity for August 1, 1990 through January 1, 1988 |
| AR006.06 | 10/5/1990 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest price for crude oil Attaching Osage Pricing Schedule by Gravity for September 1 thru September 30, 1990 |
| AR006.07 | 4/3/1991 | Notice: To All Oil and Gas Lessees and Crude Oil Purchasers on highest posted price for crude oil Attaching Osage Pricing Schedule by Gravity for October 1, 1990 through June 30, 1991 |
| AR006.08 | 10/29/1991 | Affidavit of Michael F. O'Brien |
| AR006.09 | 10/9/1990 | Farmland Industries Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.10 | 2/11/1991 | Farmland Industries Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.11 | 12/1/1990 | Polaris Energy Development Company Crude Oil Purchase/Sale Contract Attaching Exhibit A List of Lease Names and Lease Nos. |
| AR006.12 | 9/25/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.13 | 9/10/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.14 | 8/31/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching General Provisions Lease Crude Purchase Contract, Exhibit A Listing Seller, Buyer, and Lease Nos., and Letter Discussing Oil Purchase Contract # BOK-07-90 |
| AR006.15 | 8/15/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.16 | 8/13/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.17 | 8/7/1990 | Farmland Industries, Inc. Lease Oil Production Purchase and Sale Letter Agreement |
| AR006.18 | 8/6/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, Lease Names, and Lease Nos. |
| AR006.19 | 7/25/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, Lease Names, and Lease Nos. |
| AR006.20 | 2/15/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, Lease Names, and Lease Nos. |
| AR006.21 | 12/8/1989 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, Lease Names, Lease Nos. and Crude Operator Leases |
| AR006.22 | | Farmland Industries, Inc. Crude Oil Price Bulletin Summaries June 1991 - April 1, 1990 |
| AR006.23 | | Sun Crude Oil Price Bulletin Summaries June 1991 - April 1990 |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR007.00 | 5/29/1992 | Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Exhibits Submitted with Appellants' Opening Brief Part B (attaching Exhibits 26-34) |
| AR007.01 | | Koch Oil Company Crude Oil Price Lists 1991 thru 1989 |
| AR007.02 | 3/20/1991 | Crude Oil Payment Tickets |
| AR007.03 | 10/4/1991 | Regarding attached letter concerning the issue of payment of royalty for crude oil produced from the Osage Tribal mineral reserve |
| AR007.04 | 8/21/1991 | Regarding attached inquiry concerning issue of the "highest bona fide selling price" of crude oil in the Osage Nation mineral reserve |
| AR007.05 | 8/7/1991 | Response to attached correspondence regarding the price of crude oil in the Osage Nation mineral reserve |
| AR007.06 | 7/31/1991 | Regarding attached inquiry dated 06/24/1991 concerning the issue of the "highest bona fide selling price" of crude oil in the Osage Nation mineral reserve |
| AR007.07 | 1/5/1992 | Tulsa World Big Oil Looking Outside US for Crude |
| AR007.08 | 10/16/1963 | Blanket Oil Mining Lease |
| AR008.00 | 6/18/1992 | Roy Lawrence Drilling Company Inc vs. Muskogee Area Director BIA No. IBIA 92-90-A Motion to Withdraw as Counsel of Record |
| AR009.00 | 6/15/1992 | Roy Lawrence Drilling Co Inc v. Muskogee Area Director BIA No. IBIA 92-90-A Order allowing Withdrawal of Counsel and Requesting Status Infromation from Appellant |
| AR010.00 | 6/1/1992 | Clarification as to number of total Appellants and inquiry into status of Motion filed on 02/18/1992 attaching Exhibits 1 thru 6, Motion for Order Nunc Pro Tunc to include Apellant in the Board's 11/20/1991 Order Docketing and Dismissing Appeals and Osage Producers Association List of Appellants as of 06/01/1992 |
| AR011.00 | 5/29/1992 | Union Oil Company of California dba Unocal v. Muskogee Area Director BIA No IBIA 92-99-A Apellant Unocal's Opening Brief |
| AR011.01 | 6/27/1937 | Exhibits A thru C for Union Oil Company of California dba Unocal v. Muskogee Area Director BIA No IBIA 92-99-A Apellant Unocal's Opening Brief |
| AR012.00 | 5/18/1992 | Tallgrass Petroleum Corp v. Muskogee Area Director BIA and Melvin E Acott et al v. Muskogee Area Director Nos. IBIA 92-95-A and IBIA 92-98-A Order Dismissing Docket No. IBIA 92-98-A and adding Appellant to Docket No. IBIA 92-95-A |
| AR013.00 | 5/12/1992 | Tallgrass Petroleum Corp Lessee No. 1172 v. Muskogee Area Director BIA No. IBIA 92-98-A Motion to add Appeal to Existing Group Appeal |
| AR014.00 | 5/12/1992 | Fell Oil and Gas Company v. Muskogee Area Director and Melvin E Acott et al v. Muskogee Area Director BIA Nos. IBIA 92-63-A and IBIA 92-95-A Order Dismissing Docket No. IBIA 92-63-A and Adding Appellant to Docket No. IBIA 92-95-A |
| AR015.00 | 4/29/1992 | Charles L Jenkins dba Jenkins Drilling Co. and Evelyn Simmons v. Muskogee Area Director BIA and Melvin E Acott v. Muskogee Area Director BIA Nos. IBIA 92-41-A and IBIA 92-95-A Order Dismissing Docket No. IBIA 92-41-A and Adding Appellants to Docket No. IBIA 92-95-A |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR016.00 | 4/23/1992 | Tallgrass Petroleum Corp Lessee No 1172 vs. Muskogee Area Director BIA No IBIA 92-98-A Motion to add Appeal to Existing Group Appeal attaching Evelyn B Simmons v. Muskogee Area Director BIA No. IBIA 92-41-A Motion to add Appeal to Exisiting Group Appeal |
| AR017.00 | 4/6/1992 | Burkhart Petroleum Corporation Lessee No. 127 vs. Muskogee Area Director BIA Motion to add Appeal to Existing Group Appeal |
| AR018.00 | 4/15/1992 | Burkhart Petroleum Corporation Lessee No. 127 vs. Muskogee Area Director Dismissal of Notice of Appeal |
| AR019.00 | 4/10/1992 | Burkhart Petroleum Corporation v. Muskogee Area Director BIA No IBIA 92-137-A Order Docketing and Dismissing Appeal |
| AR020.00 | 4/7/1992 | Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Motion |
| AR021.00 | 4/6/1992 | Burkhart Petroleum Corporation Lessee No. 127 vs. Muskogee Area Director BIA Notice of Appeal |
| AR021.01 | 4/1/1992 | Affidavit of Wayne Yeckley on behalf of Burkhart Petroleum Corporation, Lessee No. 127 |
| AR021.02 | 10/21/1991 | Regarding attached Ledger Sheet providing information as to the amount owed the tribe for Additional Royalty |
| AR022.00 | 4/2/1992 | Charles I and Barbara K Hall v. Muskogee Area Director BIA and Melvin E Acott et al v. Muskogee Area Director BIA Nos. IBIA 92-129-A and IBIA 92-95-A Order Dismissing Docket No. IBIA 92-129A and Adding Appellants to Docket No. IBIA 92-95-A |
| AR023.00 | 3/30/1992 | Charles I and Barbara K Hall, Lessee No. 817 vs. Muskogee Area Director BIA No. IBIA 92-129-A Motion to Add Appeal to Existing Group Appeal |
| AR024.00 | 3/27/1992 | Moravia Energy Resources Inc. v. Muskogee Area Director BIA No. IBIA 92-121-A Order Denying Reconsideration |
| AR024.01 | 11/8/1991 | Moravia Energy Resources to DOI regarding Appeal BIA Pricing under 25 CFR Part 226.11, Appeal in accordance with 43 CFR 4.310-4.340 Attaching Additional Royalty Ledger Sheet for Lessee No. 1005 Moravia Energy Resources Inc. |
| AR025.00 | 3/24/1992 | Scott A Gray v. Muskogee Area Director BIA No. IBIA 92-122-A Order Denying Reconsideration |
| AR026.00 | 3/16/1992 | Charles I and Barbara K Hall v. Muskogee Area Director BIA No IBIA 92-129-A Notice of Docketing and Stay of Briefing |
| AR027.00 | 3/9/1992 | A E Basinger Jr. et al vs. Muskogee Area Director BIA No IBIA 92-96-A response by Appellants in Melvin E Acott et al v. Muskogee Area Director BIA Docket No IBIA 92-95-2 to Appellants' Motion to Reconsider and to Clarify Appellants' Prior Motion to Consolidate Appeals |
| AR027.01 | 1/28/1992 | Exhibit A Mix Energy Limited IV v Muskogee Area Director BIA and Melvin E Acott et al v. Muskogee Area Director BIA Nos. IBIA 92-43-A and IBIA 92-95-A Order Dismissing Docket No. IBIA 92-43-A and Adding Appellant to Docket No. IBIA 92-95-A |
| AR027.02 | 11/15/1991 | Exhibit B Listing of Lessee Name, Amount Due, Date Paid and Amount Paid |
| AR027.03 | 2/28/1992 | Exhibit C Regarding Additional Royalty |
| AR027.04 | 2/17/1992 | Benjamin Abney to Jack Shoemate regarding Actions taken by the Osage Agency BIA to Prohibit or Restrict Free Transfer of Oil and Gas Leases in Osage County |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR027.05 | 1/7/1992 | Exhibit E Ralph Dawson v. Muskogee Area Director BIA No IBIA 92-106-A Order Docketing and Dismissing Appeal |
| AR028.00 | 3/5/1992 | Roy Putnam v. Muskogee Area Director BIA No IBIA 92-125-A Response to Order to Show Cause attaching letter from Howard Heuston to Judge Kathryn Lynn regarding unfair assessment of additional compensation for products sold |
| AR029.00 | 2/26/1992 | Howard Heuston aka M&H Enterprises v. Muskogee Area Director BIA No IBIA 92-123-A Order to Show Cause attaching letter from Howard Hueston to Interior Board of Appeals appealing decision to place additional royalties on the production of Lessee 474 per attached Additional Royalty Ledger Sheet |
| AR030.00 | 2/26/1992 | Roy Putnam v. Muskogee Area Director BIA No. IBIA 92-125-A Order to Show Cause |
| AR031.00 | 2/26/1992 | Paul E Northcutt v. Muskogee Area Director BIA No. IBIA 92-124-A Order to Show Cause |
| AR032.00 | 2/24/1992 | Melvin E. Acott et al vs. Muskogee Area Director BIA No IBIA 92-95-A Supplemental Reply to Appellee's Response to Appellants' Objection to Record |
| AR032.01 | 2/19/1992 | Exhibit A Response to Freeedom of Information Act Request dated 10/20/1991 seeking copies of various memoranda concerning additional royalty owed to the tribe |
| AR033.00 | 2/19/1992 | Pre-Docketing Notice re Notice of Appeal by Charles I and Barbara K Hall Lessee 817 from a 10/21/1991 Decision of the Muskogee Area Director BIA assessing Additional Royalty under and Osage Oil and Gas Lease |
| AR034.00 | 2/19/1992 | Pre-Docketing Notice re Notice of Appeal by Charles I and Barbara K Hall Lessee 817 from a 10/21/1991 Decision of the Muskogee Area Director BIA assessing Additional Royalty under and Osage Oil and Gas Lease |
| AR035.00 | 2/11/1992 | Tip Asher Corporation vs. Muskogee Area Director BIA Motion for Order Nunc Pro Tunc to include Appellant in the Board's 11/20/1991 Order Docketing and Dismissing Appeals |
| AR036.00 | 2/6/1992 | Unique Oil Inc. vs. Muskogee Area Director BIA No IBIA 92-62-A Motion for Order Nunc Pro Tunc to include Appellant in the Board's 11/13/1991 Order concerning Procedures and in the Board's 11/20/1991 Order Docketing and Dismissing Appeals attaching Entry of Appearance |
| AR037.00 | 2/6/1992 | Hall, Charles I and Barbara K Lessee No 817 vs. Muskogee Area Director BIA Notice of Appeal |
| AR037.01 | 2/4/1992 | Affidavit by Lee Dervin on Behalf of Hall, Charles I and Barbara K, Lessee No. 817 |
| AR037.02 | | Additional Royalty Ledger Sheet Lessee No. 817 Hall, Charles I and Barbara K |
| AR038.00 | 12/30/1991 | A E Basinger Jr. et al vs. Muskogee Area Director BIA Combined Motion to Consolidate Appeals and Supporting Brief |
| AR039.00 | 2/3/1992 | Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Reply to Appellee's Response to Appellants' Objection to Record |
| AR039.01 | 7/5/1991 | Exhibits A through HH for Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Reply to Appellee's Response to Appellants' Objection to Record |
| AR040.00 | 1/30/1992 | Melvin E Acott et al v. Muskogee Area Director BIA No. IBIA 92-95-A Response to the Objection to Administrative Record |
| AR040.01 | 9/27/1991 | Ross Swimmer to Manual Lujan regarding attached Briefing Paper for Sec Lujan setting forth issues to be discussed in reaching decision |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR040.02 | 10/4/1991 | J M Graves to Manuel Lujan regarding information on how selling prices shall be determined and approval of contracts and terms |
| AR040.03 | | Various correspondence in regards to tribe's thoughts on tribe's royalties due or highest posted price being waived |
| AR040.04 | 10/8/1991 | Ross Swimmer to Manuel Lujan regarding royalty issue |
| AR041.00 | 1/30/1992 | Unique Oil Inc v. Muskogee Area Director BIA No. IBIA 92-62-A Order for Clarification |
| AR042.00 | 1/30/1992 | Texaco Inc v. Muskogee Area Director BIA No. IBIA 92-103-A Notice of Docketing |
| AR043.00 | 1/28/1992 | Mix Energy Limited IV v. Muskogee Area Director BIA and Melvin E Acott v. Muskogee Area Director BIA Nos. IBIA 92-43-A and IBIA 92-95-A Order Dismissing Docket No IBIA 92-43-A and Adding Appellant to Docket No IBIA 92-95-A |
| AR044.00 | 1/28/1992 | K C Oil Company v. Muskogee Area Director BIA No IBIA 92-110-A Notice of Docketing |
| AR045.00 | 1/23/1992 | Okie Crude Company et al v. Muskogee Area Director BIA No IBIA 92-18-A Administrative Report |
| AR045.01 | | Exhibit A Listing Received from Wilson, Record #, Date Received, Lessee Name, Lessee No. and Document Received |
| AR045.02 | | Listing Received from Robinett, Record #, Date Received, Lessee Name, Lessee No. and Document Received |
| AR045.03 | | Listing Independent Appeals, Record #, Date Received, Lessee Name, Lessee No. and Document Received |
| AR045.04 | 10/28/1991 | Notice of Appeal re: Lessee No. 260 Osage Mineral Estate Lessee Paul E Northcutt et al d/b/a Wynona Oil & Gas with Exhibit B Additional Royalty Ledger Sheet (Illegible) |
| AR045.05 | 11/5/1991 | Notice of Appeal re Roy Putnam attaching Affidavit of Roy Putnam |
| AR046.00 | 1/13/1992 | Melvin E Acott et al v. Muskogee Area Director BIA No IBIA 92-95-A Order allowing Response to Objection to Administrative Record |
| AR047.00 | 1/9/1992 | A E Basinger Jr et al v. Muskogee Area Director BIA No. IBIA 92-96-A Order concerning Administrative Record |
| AR048.00 | 1/7/1992 | Melvin E Acott et al vs. Muskogee Area Director BIA No IBIA 92-95-A Objection to Record and Application for Subpoena Duces Tecums |
| AR049.00 | | Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Exhibit A to Objection to Record and Application for Subpoena Duces Tecums |
| AR050.00 | | Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Index to Exhibit B to Objection to Record and Application for Subpoena Duces Tecums (attaching Supplemental Rebuttals set forth in Appellant's Rebuttal as Exhibit 1) |
| AR051.00 | | Melvin E Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Index to First Half of Exhibit C to Objection to Record and Application for Subpoena Duces Tecums (attaching Affidavits set forth in Appellant's Rebuttal as Exhibit 2) |
| AR052.00 | | Melvin E. Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Index to Second Half of Exhibit C to Objection to Record and Application for Subpoena Duces Tecums (attaching Affidavits set forth in Appellant's Rebuttal as Exhibit 2) |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR053.00 | | Melvin E. Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Index to Exhibit D to Objection to Record and Application for Subpoena Duces Tecums (attaching Decision Letters and Invoices set forth in Appellant's Rebuttal as Exhibit #) |
| AR054.00 | | Melvin E. Acott et al vs. Muskogee Area Director BIA No. IBIA 92-95-A Index to Exhibit E to Objection to Record and Application for Subpoena Duces Tecums (attaching Cover Page of each Rebuttal filed with the Muskogee Area Director's office on 11/19/1991) |
| AR055.00 | 12/31/1991 | Pre-Docketing Notice re Notice of Appeal by K C Oil Company from a 10/21/1991 Decision of the Muskogee Area Director BIA assessing Additional Royalty under an Osage Oil and Gas Lease |
| AR056.00 | 12/17/1991 | Union Oil Company of California dba Unocal v. Muskogee Area Director BIA No. IBIA 92-99-A Notice of Docketing and Stay of Briefing |
| AR057.00 | 12/17/1991 | Tallgrass Petroleum Corp. v Muskogee Area Director BIA No. IBIA 92-98-A. Notice of Docketing and Stay of Briefing |
| AR058.00 | 12/17/1991 | A.E. Basinger, Jr., et al v. Muskogee Area Director BIA No. IBIA 92-96-A Notice of Docketing and Stay of Briefing |
| AR059.00 | 12/17/1991 | Melvin E. Acott, et al., v. Muskogee Area Director BIA No. IBIA 92-95-A Notice of Docketing and Stay of Briefing |
| AR060.00 | 12/17/1991 | Braden-Deem, Inc., v. Muskogee Area Director BIA No. IBIA 92-94-A Notice of Docketing and Stay of Briefing |
| AR061.00 | 12/17/1991 | Haps Oil & Gas Corp., v. Muskogee Area Director BIA No. IBIA 92-93-A Notice of Docketing and Stay of Briefing |
| AR062.00 | 12/17/1991 | Kaye Lowry v. Muskogee Area Director BIA No. IBIA 92-97-A Notice of Docketing and Stay of Briefing |
| AR063.00 | 12/11/1991 | Benton Oil and Gas Co., and Marmac Resources Co., John B. Staats, and William N. Staas, and Whiteman Industries v. Muskogee Area Director BIA Nos. IBIA 92-36-A, 92-65-A, 92-67-A, 92-78-A Motion in Opposition to Request for an Order Nunc Pro Tunc |
| AR064.00 | 12/11/1991 | Pre-Docketing Notice regarding Appeal by Texaco Inc. from October 21, 1991, Decision of the Muskogee Area Director BIA assessing additional royalty under an Osage oil and gas lease |
| AR065.00 | 12/10/1991 | Benton Oil and Gas Co., and Marmac Resources Co., John B. Staats, and William N. Staas, and Whiteman Industries v. Muskogee Area Director BIA Nos. IBIA 92-36-A, 92-65-A, 92-67-A, 92-78-A Motion for Order Nunc Pro Tunc to include Appellants in the Board's November 13, 1991, Order concerning Procedures and in the board's November 20, 1991, Order Docketing and Dismissing Appeals |
| AR066.00 | 12/9/1991 | Melvin E. Acott, et al., v. Muskogee Area Director BIA Order Adding Lease Number to Existing Appeal |
| AR067.00 | 12/3/1991 | C&T Energy Co., v. Muskogee Area Director BIA No. IBIA 92-91-A Notice of Docketing and Stay of Briefing |
| AR068.00 | 12/3/1991 | Roy Lawrence Drilling Co., Inc. v. Muskogee Area Director BIA No. IBIA 92-90-A Notice of Docketing and Stay of Briefing |
| AR069.00 | 8/31/1992 | Siosi Oil Company, Lessee No. 329 v. Muskogee Area Director BIA Notice of Appeal |
| AR070.00 | 12/2/1991 | A&T Oil, v. Muskogee Area Director BIA No. IBIA 92-78-A Notice of Docketing and Stay of Briefing |
| AR071.00 | 12/2/1991 | Charles E. Batschelett, v. Muskogee Area Director BIA No. IBIA 92-56-A Notice of Docketing and Stay of Briefing |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR072.00 | 12/2/1991 | Belcor Inc., v. Muskogee Area Director BIA No. IBIA 92-46-A Notice of Docketing and Stay of Briefing |
| AR073.00 | 12/2/1991 | William W. Billups, v. Muskogee Area Director BIA No. IBIA 92-48-A Notice of Docketing and Stay of Briefing |
| AR074.00 | 12/2/1991 | Bledsoe Partners, Inc., v. Muskogee Area Director BIA No. IBIA 92-84-A Notice of Docketing and Stay of Briefing |
| AR075.00 | 12/2/1991 | Bledsoe Partners, Inc., v. Muskogee Area Director BIA No. IBIA 92-37-A Notice of Docketing and Stay of Briefing |
| AR076.00 | 12/2/1991 | Don J. Brown, v. Muskogee Area Director BIA No. IBIA 92-85-A Notice of Docketing and Stay of Briefing |
| AR077.00 | 12/2/1991 | Centennial Petroleum, Inc., v. Muskogee Area Director BIA No. IBIA 92-58-A Notice of Docketing and Stay of Briefing |
| AR078.00 | 12/2/1991 | Corley Oil, G.R. Corley, and Corley Brothers Oil Company, v. Muskogee Area Director BIA No. IBIA 92-50-A Notice of Docketing and Stay of Briefing |
| AR079.00 | 12/2/1991 | Dance Oil Company, Division of McJunkin Corp., v. Muskogee Area Director BIA No. IBIA 92-72-A Notice of Docketing and Stay of Briefing |
| AR080.00 | 12/2/1991 | Divine Petroleum Company., v. Muskogee Area Director BIA No. IBIA 92-69-A Notice of Docketing and Stay of Briefing |
| AR081.00 | 12/2/1991 | Rose Downey, Downey oil Company, v. Aberdeen Area Director BIA No. IBIA 92-70-A Notice of Docketing and Stay of Briefing |
| AR082.00 | 12/2/1991 | Fell Oil and Gas Company, v. Muskogee Area Director BIA No. IBIA 92-63-A Notice of Docketing and Stay of Briefing |
| AR083.00 | 12/2/1991 | Frontier Productions, v. Muskogee Area Director BIA No. IBIA 92-74-A Notice of Docketing and Stay of Briefing |
| AR084.00 | 12/2/1991 | James E. Russell Petroleum, Inc., v. Muskogee Area Director BIA No. IBIA 92-87-A Notice of Docketing and Stay of Briefing |
| AR085.00 | 12/2/1991 | Charles L. Jenkins, d.b.a. Jenkins Drilling Co., and Evelyn Simmons, Personal Representative of the Estate of Mildred B. Jenkins, v. Muskogee Area Director BIA No. IBIA 92-41-A Notice of Docketing and Stay of Briefing |
| AR086.00 | 12/2/1991 | Hyperion Energy, L. P., v. Muskogee Area Director BIA No. IBIA 92-39-A Notice of Docketing and Stay of Briefing |
| AR087.00 | 12/2/1991 | Indianola Oil, Inc., v. Muskogee Area Director BIA No IBIA 92-21-A Notice of Docketing and Stay of Briefing |
| AR088.00 | 12/2/1991 | Liberty Petroleum, v. Muskogee Area Director BIA No. IBIA 92-52-A Notice of Docketing and Stay of Briefing |
| AR089.00 | 12/2/1991 | Charles J. Martin., v. Muskogee Area Director BIA No. IBIA 92-42-A Notice of Docketing and Stay of Briefing |
| AR090.00 | 12/2/1991 | R. T. McClintock, v. Muskogee Area Director BIA No. IBIA 92-86-A Notice of Docketing and Stay of Briefing |
| AR091.00 | 12/2/1991 | Plenergy Development LTD., v. Muskogee Area Director BIA No. IBIA 92-83-A Notice of Docketing and Stay of Briefing |
| AR092.00 | 12/2/1991 | Delphine W. Rozen, Trust, v. Muskogee Area Director BIA No. IBIA 92-82-A Notice of Docketing and Stay of Briefing |
| AR093.00 | 12/2/1991 | David Sell, Sell Oil Company, v. Muskogee Area Director BIA No. IBIA 92-54-A Notice of Docketing and Stay of Briefing |

| *Provisional Exhibit Number* | *Document Date* | *Description* |
|---|---|---|
| AR094.00 | 12/2/1991 | John B. Staats, v. Muskogee Area Director BIA No. IBIA 92-65-A Notice of Docketing and Stay of Briefing |
| AR095.00 | 12/2/1991 | William N. Staats, v. Muskogee Area Director BIA No. IBIA 92-67-A Notice of Docketing and Stay of Briefing |
| AR096.00 | 12/2/1991 | TPO, Inc., d.b.a. Gilcrease Hills Development Company, v. Muskogee Area Director BIA No. IBIA 92-79-A Notice of Docketing and Stay of Briefing |
| AR097.00 | 12/2/1991 | Walsh Oil Co., v. Muskogee Area Director BIA No. IBIA 92-61-A Notice of Docketing and Stay of Briefing |
| AR098.00 | 12/2/1991 | Western Operating Company, v. Muskogee Area Director BIA No. IBIA 92-44-A Notice of Docketing and Stay of Briefing |
| AR098.00 | 12/2/1991 | Whiteman Industries, v. Muskogee Area Director BIA No. IBIA 92-76-A Notice of Docketing and Stay of Briefing |
| AR099.00 | 12/2/1991 | Pre-Docketing Notice regarding Appeal by O'Neal Drilling Co. from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalties under an Osage Oil gas lease |
| AR100.00 | 11/29/1991 | Ashlock Dozer, v. Muskogee Area Director BIA No. IBIA 92-73-A Notice of Docketing and Stay of Briefing |
| AR101.00 | 11/29/1991 | Benton Oil and Gas Co., and Marmac Resources Co., v. Muskogee Area Director BIA No. IBIA 92-36-A Notice of Docketing and Stay of Briefing |
| AR102.00 | 11/29/1991 | B & T Oil Company, v. Muskogee Area Director BIA No. IBIA 92-57-A Notice of Docketing and Stay of Briefing |
| AR103.00 | 11/29/1991 | Christeve Oil Company, v. Muskogee Area Director BIA No. IBIA 92-77-A Notice of Docketing and Stay of Briefing |
| AR104.00 | 11/29/1991 | Mark Helmer., v. Muskogee Area Director BIA No. IBIA 92-84-A Notice of Docketing and Stay of Briefing |
| AR105.00 | 11/29/1991 | Helmer & Sell v. Muskogee Area Director BIA No. IBIA 92-40-A Notice of Docketing and Stay of Briefing |
| AR106.00 | 11/29/1991 | Lamoreaux Homes, Inc., v. Muskogee Area Director BIA No. IBIA 92-45-A Notice of Docketing and Stay of Briefing |
| AR107.00 | 11/29/1991 | Mix Energy Limited IV, v. Muskogee Area Director BIA No. IBIA 92-43-A Notice of Docketing and Stay of Briefing |
| AR108.00 | 11/29/1991 | Mix Riley Energy Company., v. Muskogee Area Director BIA No. IBIA 92-59-A Notice of Docketing and Stay of Briefing |
| AR109.00 | 11/29/1991 | Moze, Inc., v. Muskogee Area Director BIA No. IBIA 92-75-A Notice of Docketing and Stay of Briefing |
| AR110.00 | 11/29/1991 | Oil & Gas Supply, v. Muskogee Area Director BIA No. IBIA 92-64-A Notice of Docketing and Stay of Briefing |
| AR111.00 | 11/29/1991 | Geraldine A. Park, v. Muskogee Area Director BIA No. IBIA 92-68-A Notice of Docketing and Stay of Briefing |
| AR112.00 | 11/29/1991 | P. F. Hall Oil Company. v. Muskogee Area Director BIA No. IBIA 92-80-A Notice of Docketing and Stay of Briefing |
| AR113.00 | 11/29/1991 | P. F. Hall Oil Company. v. Muskogee Area Director BIA No. IBIA 92-80-A Notice of Docketing and Stay of Briefing |
| AR114.00 | 11/29/1991 | PPS Oil Company. v. Muskogee Area Director BIA No. IBIA 92-51-A Notice of Docketing and Stay of Briefing |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR115.00 | 11/29/1991 | Rainbow Production Company. v. Muskogee Area Director BIA No. IBIA 92-55-A Notice of Docketing and Stay of Briefing |
| AR116.00 | 11/29/1991 | R. J. Lewis Oil Company. v. Muskogee Area Director BIA No. IBIA 92-47-A Notice of Docketing and Stay of Briefing |
| AR117.00 | 11/29/1991 | St. Francis Resource, Inc., v. Muskogee Area Director BIA No. IBIA 92-60-A Notice of Docketing and Stay of Briefing |
| AR118.00 | 11/29/1991 | Tindall Operating Company. v. Muskogee Area Director BIA No. IBIA 92-49-A Notice of Docketing and Stay of Briefing |
| AR119.00 | 11/29/1991 | T & M Oil Company. v. Muskogee Area Director BIA No. IBIA 92-71-A Notice of Docketing and Stay of Briefing |
| AR120.00 | 11/29/1991 | Unique Oil Inc., v. Muskogee Area Director BIA No. IBIA 92-62-A Notice of Docketing and Stay of Briefing |
| AR121.00 | 11/29/1991 | Don E. Van Dall v. Muskogee Area Director BIA No. IBIA 92-38-A Notice of Docketing and Stay of Briefing |
| AR122.00 | 11/25/1991 | Pre-Docketing Notice regarding Appeal by the Tallgrass Petroleum Corporation from an October 21, 1991, Decision of the Muskogee Area Director, BIA, assessing additional royalty under an Osage oil and gas lease |
| AR123.00 | 11/22/1991 | Mix Energy Limited - Lessee No. 759 IV Addendum to Notice of Intention to Appeal |
| AR124.00 | 11/22/1991 | Malloy & Malloy to Interior Board of Indian Appeals regarding Tallgrass Petroleum Corporation Notice of Appeal |
| AR125.00 | 11/21/1991 | Union Oil Company of California d.ba. Unocal Notice of Appeal and Statement of Reasons |
| AR126.00 | 11/21/1991 | Producers of Oil in Osage County (Various Appellants) vs. Muskogee Area Director BIA Notice of Appeal |
| AR127.00 | 11/5/1991 | Response and Objection to Decision by Area Director of David L. Greene, Inc., and David L. Greene Operating Company, Inc attaching Exhibits A thru E |
| AR128.00 | 11/5/1991 | Response and Objection to Decision by Area Director of ECC Energy Corporation, the successor by merger, of ECC Resources Corp. Equity Drilling Co., Inc., and ECC oil Co., Inc. attaching Exhibits A thru E |
| AR129.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate Producers Oil Co., A Corporation v Muskogee Area Director, BIA Notice of Appeal attaching Exhibits A thru C |
| AR129.01 | 11/5/1991 | Response and Objection to Decision by Area Director of Producers Oil Company attaching Exhibits A thru E |
| AR130.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate Pacific Phoenix, Inc., a Corporation v Muskogee Area Director, BIA Notice of Appeal |
| AR130.01 | | Response and Objection to Decision by Area Director of Pacific Phoenix, Inc. |
| AR130.02 | 11/2/1991 | Exhibit A Affidavit of Robert Knappe, Jr. with Exhibits B thru E |
| AR131.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Kaw Co., a corporation v Muskogee Area Director, BIA Notice of Appeal |
| AR131.01 | 11/5/1991 | Response and Objection to Decision by Area Director of Kaw Company, a Corporation and Javine Company attaching Exhibits A thru E |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR132.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, A. E. Basinger, Jr., v Muskogee Area Director, BIA Notice of Appeal |
| AR132.01 | 11/5/1991 | Response and Objection to Decision by Area Director of A. E. Basinger, Jr. |
| AR133.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Portco., Inc., a corporation, v Muskogee Area Director, BIA Notice of Appeal |
| AR133.01 | 11/5/1991 | Response and Objection to Decision by Area Director of Portco, Inc. |
| AR134.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Mildred Holt, Trustee of the James C. Holt Revocable Trust, v Muskogee Area Director, BIA Notice of Appeal |
| AR134.01 | 11/5/1991 | Response and Objection to Decision by Area Director of James L. Holt |
| AR135.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Phillips Petroleum Company, a Corporation, v Muskogee Area Director, BIA Notice of Appeal |
| AR135.01 | 11/5/1991 | Response and Objection to Decision by Area Director of Phillips Petroleum Company |
| AR136.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, D & C Oil Company, a partnership, v Muskogee Area Director, BIA Notice of Appeal |
| AR136.01 | 11/5/1991 | Response and Objection to Decision by Area Director of Dove Petroleum, a corporation, D & C Oil Company, A Partnership, Dewey Enterprises, Inc., A corporation, And D & J oil Company, A partnership |
| AR136.02 | | Exhibit A Affidavit of Terry L. Bryan attaching Exhibits B thru E |
| AR137.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, John H. Rountree, v Muskogee Area Director, BIA Notice of Appeal |
| AR137.01 | 11/5/1991 | Response and Objection to Decision by Area Director of John Rountree |
| AR138.00 | 11/5/1991 | Response and Objection to Decision by Area Director of Louis A. Ross, Jr. |
| AR139.00 | 11/5/1991 | Response and Objection to Decision by Area Director of Superior Welding, Inc. |
| AR140.00 | 11/20/1991 | Nadel and Gussman, et al., v. Muskogee Area Director BIA No. IBIA 92-19-A Order Docketing and Dismissing Appeal |
| AR141.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Javine Company, a Corporation, v Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.01 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Mildred Holt, Trustee of the James C. , v Muskogee Area Director, BIA Motion to consolidate Appeals |
| AR141.02 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, John H. Rountree, v Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.03 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, David L Greene and David L Greene Inc, v Muskogee Area Director, BIA Motion to Consolidate Appeals |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR141.04 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Superior Welding, Inc., a corporation, v Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.05 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Kaw Company, a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.06 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Pacific Phoenix, Inc., a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.07 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Pedco Resources Company, a corporation, and Pedco Energy Limited Partnership, a limited Partnership, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.08 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Louis A. Ross, Jr., v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.09 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, A. E. Basinger, Jr., v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.10 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, ECC Energy Corporation, a corporation (the successor, by merger of ECC Resources Corporation, Equity Drilling Company, Inc., and ECC oil Co., Inc., v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.11 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, D & C oil Co., a partnership, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.12 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Dewey Enterprises, Inc., a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.13 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, D & J oil Co., a partnership, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.14 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Producers oil Co., a company, a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.15 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Mark G. Short and Carl O. Short, d.b.a. Short oil Co., v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.16 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Phillips Petroleum, Co., a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.17 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Dove Petroleum, Co., a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR141.18 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Portco, Inc., a corporation, v. Muskogee Area Director, BIA Motion to Consolidate Appeals |
| AR142.00 | 11/19/1991 | Kay Lowry to Interior Board of Indian Affairs regarding Regulations #43 CFR 4.310-4.340 and Appeals (pages 1 and 2) |
| AR143.00 | 11/19/1991 | Kay Lowry to Interior Board of Indian Affairs regarding Regulations #43 CFR 4.310-4.340 and Appeals (pages 3 and 4) |
| AR144.00.00 | 11/19/1991 | Okie Crude Company, et al., v. Muskogee Area Director, BIA Administrative Record Docket No. IBIA |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR144.01.00 | | Exhibit 1 |
| AR144.01.01 | 10/21/1991 | Information re: amount owed Osage Tribe for additional royalty |
| AR144.01.02 | 10/21/1991 | Information re: amount owed Osage Tribe for additional royalty |
| AR144.02.00 | | Exhibit 2 |
| AR144.02.01 | 11/15/1991 | Listing Lessee Name, Amount due, Date Paid and Amount Paid |
| AR144.03.00 | | Exhibit 3 |
| AR144.03.01 | | Highest Posted Account Sales |
| AR144.04.00 | | Exhibit 4 |
| AR144.04.01 | | Highest Posted Price Information Sheet |
| AR144.05.00 | 10/4/1989 | Calculations Based on the Actual Price Paid |
| AR144.06.00 | | Penalty Balance |
| AR144.07.00 | 8/8/1988 | Lessee Card Lessee Ben Helner |
| AR144.08.00 | 10/31/1991 | Osage Agency Lessee Renewals Receivable Balances of 6/91 |
| AR144.09.00 | 1/14/1991 | Farmland Industries, Inc Statement of Crude Oil Purchases |
| AR144.10.00 | 9/13/1991 | Summary by Lessee - Lease Activity |
| AR144.11.00 | | Exhibit 5 Lact Unit Information Sheet |
| AR144.12.00 | | Exhibit 5a Highest Posted Price Information Sheet |
| AR144.13.00 | 10/4/1989 | Exhibit 5b Notice to all Oil and Gas Lessees and Crude oil Purchasers on highest posted price for crude oil attaching Calculations Based on Original Highest Posted Price |
| AR144.14.00 | | Exhibit 5c Penalty Balance |
| AR144.15.00 | | Exhibit 5d Lessee Oil Report Control Cards |
| AR144.16.00 | 10/23/1991 | Exhibit 5e Lessee Minerals Receivable Register |
| AR144.17.00 | 1/31/1990 | Exhibit 5f Crude Oil Purchase Statement |
| AR144.18.00 | | Exhibit 5g Summary by Lessee - Lease Activity |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR144.19.00 | 2/5/1991 | Exhibit 6 Notice to all oil and Gas Lessees and Crude Oil Purchasers on highest price for crude oil attaching Pricing Schedule by Gravity |
| AR144.20.00 | | Exhibit 7 Copies of three leases showing language used on Osage Tribe standard lease form |
| AR144.21.00 | 9/13/1990 | Exhibit 8 Revised Code of Federal Regulations Title 25, Indians Chapter 1 Part 226 |
| AR144.22.00 | 6/25/1991 | Exhibit 9a Position of the Osage Producers Association concerning the Proposal by Osage Agency to apply the Provisions of 25 CFR 226.11(a)(2) to certain oil purchases by Farmland Industries during the years 1990 and 1991 attaching supplement to the position letter submitted on behalf of J M Graves and Calumet Co |
| AR144.23.00 | 6/15/1991 | Exhibit 9b Producers Oil Company to Osage Tribal Council expressing feelings about impending change in the method in which Osage Agency determines the royalties on oil production |
| AR144.24.00 | 6/13/1991 | Exhibit 9c Bruce Robinett to Charles Tillman regarding Farmland Industries Forward Crude oil Purchase Program |
| AR144.25.00 | 6/13/1991 | Bruce Robinette to Jack Shoemate regarding Farmland Industries Forward Crude Oil Purchase Program Applicability of 25 C.F.R. Sect 226.11(a)(2) |
| AR144.26.00 | 5/24/1991 | Exhibit 9d Phillips Petroleum Company to Charles Tillman regarding review of certain contracts between farmland Industires Inc. and various Osage County Producers |
| AR144.27.00 | 6/25/1991 | Exhibit 9e Oklahoma Independent Petroleum Association to Osage Tribal Council regarding the possibility of an assessment by the Tribe of royalty payments |
| AR144.28.00 | 6/20/1991 | Exhibit 9f CEJA Corporation to Osage Council regarding Osage oil royalty assessments |
| AR144.29.00 | 5/31/1991 | Farmland Industries Inc. to Osage Tribal Council regarding Farmland Industries, Inc.'s Forward Crude Oil Purchase Program |
| AR144.30.00 | | Lamamco employee regarding royalty payment charged |
| AR144.31.00 | 6/21/1991 | Golden Resources Inc to Jack Shoemate regarding Unfair royalty payment being contemplated |
| AR144.32.00 | 6/20/1991 | Gas Gathering Co Inc to Jack Shoemate regarding Purchaser of crude oil offering selected purchase contracts |
| AR144.33.00 | 6/19/1991 | KWB Oil Property Management Inc. to Jack Shoemate regarding Royalty payment charged is unfair. |
| AR144.34.00 | 6/19/1991 | Vancol Oil Co Inc. to Jack Shoemate regarding Royalty payment calculation being over and above those already paid by producers |
| AR144.34.01 | 6/18/1991 | Transmitting Letter from Herbert Gussman to Jack Shoemate letter regarding oil producer opposed to increase in royalty |
| AR144.34.02 | 6/18/1991 | Belport Oil Inc to Newell Barker responding to private agreements concerning royalty |
| AR144.34.03 | 6/18/1991 | C David Butler to Jack Shoemate regarding feelings on current royalty payment |
| AR144.34.04 | 6/18/1991 | Lamamco Drilling employee protesting 226.11 |
| AR144.34.05 | 6/17/1991 | Dean Schroeder to Jack Shoemate regarding proposed additional royalty payments |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR144.34.06 | 7/3/1991 | Joe Doolittle to Jack Shoemate concerning royalty payments being excessive |
| AR144.34.07 | 7/1/1991 | Melvin Tolson to Jack Shoemate concerning increase in restrictive oil lease bonds in Osage County |
| AR144.34.08 | 6/26/1991 | Harvey Payne to Jack Shoemate concerning controversy surrounding oil royalty |
| AR144.34.09 | | W R Glasgow regarding royalty payments 25 CFR sec. 226.11(a)(2) |
| AR144.34.10 | | Situation with oil producers is not right |
| AR144.34.11 | 6/16/1991 | David Dickey concerning the royalty payments between Farmland and Indian Agency |
| AR144.34.12 | | Concerning possible layoffs because of the royalty situtation |
| AR144.34.13 | | Jerry Scivally asking for reconsideration concerning additional oil royalty |
| AR144.34.14 | | Asking Indian Agency to reconsider it's claim |
| AR144.34.15 | | Roy Thomas stating belief that royalty claims will hurt families |
| AR144.34.16 | | Concern over new royalty payments between Farmland and Indian Agency |
| AR144.34.17 | | Jerry Hedgwith expressing feeling that the royalty payment is unfair |
| AR144.34.18 | | Bob McCloud concerning higher royalty payments |
| AR144.34.19 | | Concerning the unfairness of royalty payment charge |
| AR144.34.20 | | Expressing feelings that 226.11 Section 2 royalty payments are unfair |
| AR144.34.21 | | John Wiseman expressing feelings that 226.11 section 2 is unfair to oil producers |
| AR144.34.22 | | Kenneth Holt expressing feelings that royalty payment is extremely unfair to oil producers |
| AR144.34.23 | | Jerry Rusher expressing feelings that royalty payment is unfair to oil producers and that price per barrel should be available to all producers |
| AR144.34.24 | | John Mercer stating current royalty payment is unfair to oil producers |
| AR144.34.25 | | Randy Shores stating unfairness of royalty payments |
| AR144.34.26 | | Ralph Stafford concerning additional royalty from oil producers |
| AR144.34.27 | | Eddie Latt regarding extra royalty charges |
| AR144.34.28 | | Bob Hodges Concerning unfair royalty charge to certain producers |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR144.34.29 | | Regarding royalty payment being extremely unfair |
| AR144.34.30 | | Regarding 226.11 ruling being unfair and the highest price was not offered to everybody |
| AR144.34.31 | | Ron Owens stating that the royalty payment is unfair |
| AR144.34.32 | | David Frazier informing that the current royalty payment is extremely unfair |
| AR144.34.33 | 6/21/1991 | Heard Fuel Company stating the current royalty payment is extremely unfair |
| AR144.34.34 | 6/18/1991 | Darrel Selby stating the current royalty payment is extremely unfair |
| AR144.34.35 | | Deon Bach stating the royalty payments are extremely unfair |
| AR144.34.36 | | The Elliot Oil Corp stating that royalty payments are extremely unfair |
| AR144.34.37 | | Rick Brenner stating royalty payment is unfair |
| AR144.34.38 | | J M Graves to Jack Shoemate stating belief that the royalty payment is illegal |
| AR144.34.39 | 6/17/1991 | John Epperson to Osage Indian Agency stating that collecting back royalty payments is unfair |
| AR144.34.40 | 6/17/1991 | Claude Hale stating that a serious mistake is being made concerning Farmland Industries |
| AR144.34.41 | 6/17/1991 | Regarding injustice to all producers who have to pay back and future royalty on oil |
| AR144.34.42 | 6/17/1991 | Regarding oil producers having to cut pay and loss of jobs because of situation with royalty payments |
| AR144.34.43 | 6/17/1991 | Supply store owner stating belief that a lot of oil and gas producers will go out of business because of royalty payments |
| AR144.34.44 | 6/17/1991 | Concern that royalty charge would cause hardship and possibly loss of employment |
| AR144.34.45 | 6/17/1991 | Salvador Martinez requesting reconsideration of royalty payments |
| AR144.34.46 | 6/17/1991 | Lamamco Drilling employee regarding proposed increase of back royalty payments forcing some companies out of oil production |
| AR144.34.47 | 6/17/1991 | Lamamco Drilling to William Haney concerning proposed additional royalty billing |
| AR144.34.48 | 6/14/1991 | Ted Rogers to Osage Council Members protesting additional royalty payments |
| AR144.34.49 | 6/14/1991 | Geo Daly to Osage Tribal Council regarding major conflict between Mineral Trust and oil producers |
| AR144.34.50 | 6/14/1991 | Jerry Dobba stating belief that producers paying oil at highest price will lead to layoffs |
| AR144.34.51 | 6/14/1991 | Regarding feelings that increases in royalty to oil producers is not needed or justified |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR144.34.52 | 6/14/1991 | Herbert Gussman to Osage Indian Agency regarding Oil producer who is opposed to increase of royalty based on special price to some operators |
| AR144.34.53 | 6/14/1991 | Sun Refining to John Crain regarding Crude Oil Purchase Agreement #011498 |
| AR144.34.54 | 6/14/1991 | ECC Energy Corporation to Jack Shoemate regarding Extension of time for position papers |
| AR144.34.55 | 6/14/1991 | Pringle Operating Company to Newell Barker regarding feelings about collection of royalties based on future contracts rather than actual posted prices attaching letter from the Link Oil Company expressing concern on how Osage Agency will collect royalties |
| AR144.35.00 | 6/12/1991 | Mary Lou Drywater to Mickey Edwards expressing concern about bonus contracts to Farmland Industries |
| AR144.35.01 | 10/8/1991 | Newell Barker to Additional Royalty File regarding Additional Royalty Billing |
| AR144.36.00 | 10/1/1991 | Charlene Cozad to Additional Royalty file regarding Meeting concerning Additional Royalty |
| AR144.37.00 | 9/23/1991 | Charles Hurlburt to Jack Shoemate regarding Status of Additional Royalty Situation |
| AR144.38.00 | 9/18/1991 | Newell Barker to Osage Agency regarding Additional Royalty |
| AR144.39.00 | 8/29/1991 | Muskogee Area Director to Osage Agency regarding Highest posted price issue |
| AR144.40.00 | 8/13/1991 | Jack Shoemate to David Boran regarding attached brief history on setting of the royalty price for oil produced from the Osage Mineral Estate |
| AR144.41.00 | 7/31/1991 | Newell Barker to Additional Royalty File regarding Special Council Meeting |
| AR144.42.00 | 7/26/1991 | Newell Barker to Highest Posted Price File regarding Highest Posted Price |
| AR144.43.00 | 7/23/1991 | Charlene Cozad to Newell Barker regarding Additional Royalty - Davis/Osage Bonus |
| AR144.44.00 | 7/17/1991 | Newell Barker to Osage Agency regarding Additional Royalty |
| AR144.44.01 | 6/13/1991 | Charles Hurlburt to Newell Barker regarding Proposed Regulation Change |
| AR144.45.00 | 7/8/1991 | Charlene Cozad to Newell Barker regarding Additional Royalty |
| AR144.46.00 | 7/5/1991 | Newell Barker to Additional Royalty File regarding Additional Royalty |
| AR144.47.00 | 6/27/1991 | Osage Agency to Muskogee Area Director regarding Royalty Price for Oil produced from the Osage Minerals Estate |
| AR144.48.00 | 5/21/1991 | Newell Barker to Additional Royalty File regarding Special Council Meeting |
| AR144.49.00 | 5/3/1991 | Osage Agency to All Osage County Oil and/or Gas Lessees regarding Requirements for Royalties based on requirements in 25 CFR 225.11(a)(2) |
| AR144.50.00 | 5/3/1991 | Charlene Cozad to Newell Barker regarding Additional Royalty - Average Price |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR144.51.00 | 4/30/1991 | Jack Shoemate to All Osage County Oil and/or Gas Lessees regarding Royalties based on crude oil purchasing |
| AR144.52.00 | 5/1/1991 | Charlene Cozad to Newell Barker regarding Additional Royalty - Contract Price |
| AR144.53.00 | 4/30/1991 | Jack Shoemate to All Osage County Oil and/or Gas Lessees regarding Special agreements for crude oil purchases |
| AR144.54.00 | 4/25/1991 | Exhibit 10 Newell Barker to Oil Purchasers File regarding Crude Purchaser Contracts |
| AR144.55.00 | 6/14/1991 | Muskogee Area Director to Osage Agency regarding 25 CFR Part 226 Leasing of Osage Reservation Lands for Oil and Gas Mining attaching Minutes from the Minerals Committee Meeting on 05/20/1991 |
| AR144.56.00 | | Exhibit 11 Schedule for manner in which the higher price for crude oil is affected |
| AR145.00 | 11/15/1991 | Nadel and Gussman et al vs. Muskogee Area Director BIA Motion to Withdraw Notice of Appeal |
| AR145.01 | 11/8/1991 | Exhibit A Chapel, Riggs to Judge Kathryn Lynn regarding Filing of Rebuttal to the October 21, 1991 Decision of the Muskogee Area Director |
| AR145.02 | | Our Client List: containing Lessee Names and Lease Numbers |
| AR145.03 | 10/21/1991 | Muskogee Area Office to Lessees regarding amount owed for additional royalty |
| AR145.04 | 11/1/1991 | William Park to Muskogee Area Office regarding Osage Additional Royalty Payment |
| AR146.00 | 11/1/1991 | W A Black to Fieldstone Exploration Company concerning Additional royalties due to tribe for Three Year period from 1988 through 1991 |
| AR146.01 | 10/21/1991 | Muskogee Area Office to Fieldstone Exploration Company regarding Information as to amount determined owed for additional royalties |
| AR147.00 | 10/31/1991 | R Lee Tucker to the Interior Board of Indian Appeals regarding Additional Royalty Assessment Osage Agency Osage County, Oklahoma |
| AR148.00 | 10/30/1991 | Pre-Docketing Notice regarding Notice of Appeal by George F. Neff, d.b.a R & N Oil Company, from a Decision of the Muskogee Area Director, Bureau of Indian Affairs assessing additional royalty under an oil and gas lease |
| AR149.00 | 10/30/1991 | Pre-Docketing Notice regarding Notice of Appeal by LBG Operating Company from a Decision of the Muskogee Area Director, Bureau of indian Affairs, assessing additional royalty under an oil and gas lease |
| AR150.00 | 10/30/1991 | Pre-Docketing Notice regarding Notice of Appeal by Toklan Oil and Gas Corporation from an October 21, 1991 Decision of the Muskogee Area Director, Bureau of Indian Affairs assessing additional royalty under an oil and gas lease |
| AR151.00 | 10/30/1991 | Pre-Docketing Notice regarding Notice of Appeal by George William Pease, Jr., from a Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an Osage oil and gas lease |
| AR152.00 | 10/29/1991 | Alan Newman to the Interior Board of Indian Affairs regarding Charles L. Jenkins d/b/a/ Jemkins Drilling Company - Additional Royalty to tribe |
| AR152.01 | 10/21/1991 | Muskogee Area Office to Charles Jenkins regarding amount owed for additional royalty |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR153.00 | 10/29/1991 | Pre-Docketing Notice regarding Notice of Appeal by Nadel and Gussman from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR154.00 | 10/29/1991 | Pre-Docketing Notice regarding Notice of Appeal by D & P Oil Company, Inc., from a Decision of the Muskogee Area Director, Bureau of indian Affairs, assessing additional royalty under an oil and gas lease |
| AR155.00 | 10/29/1991 | Pre-Docketing Notice regarding Notice of Appeal by Sand Springs Oil and Gas Company from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional roaylty under and oil and gas lease |
| AR156.00 | 10/29/1991 | Pre-Docketing Notice regarding Notice of Appeal by George William Pease, III, from a Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional roaylty under an oil and gas lease |
| AR157.00 | 10/28/1991 | Velma Chinn to the Interior Board of Indian Appeals regarding Additional Royalty Fees Osage Indian Agency Lessee #56 Chinn, Roland and Velma |
| AR157.01 | 10/21/1991 | Muskogee Area Office to Rolland and Velma Chinn regarding amount owed for additional royalty |
| AR158.00 | | D&P Oil company to the Interior Board of Indian Appeals regarding Additional Royalty for the period of 1988-1991 attaching Additional Royalty Ledger Sheet |
| AR159.00 | 10/28/1991 | George Neff to the Interior Board of Indian Appeals regarding Additional Royalty for the period of 1988-1991 |
| AR160.00 | 10/28/1991 | George Pease to the Interior Board of Indian Appeals regarding Additional Royalty for the period of 1988-1991 |
| AR161.00 | 10/28/1991 | LBG Operating Company to the Interior Board of Indian Appeals regarding Additional Royalty for the period of 1998-1991 |
| AR162.00 | 10/27/1991 | David Kinsey to the Interior Board of Indian Appeals regarding Notice of Appeal |
| AR162.01 | 10/21/1991 | Muskogee Area Office to David and Leesa Kinsey regarding amount owed for additional royalty attaching additional Royalty Ledger Sheet |
| AR163.00 | 10/24/1991 | Larry Robertson to the Interior Board of Indian Appeals regarding Notice of Appeal 25 CFR Part 226.11 attaching Additional Royalty Ledger Sheet |
| AR164.00 | 10/24/1991 | Larry Robertson to the Interior Board of Indian Appeals regarding Notice of Appeal 25 CFR Part 226.11 |
| AR164.01 | 10/21/1991 | Muskogee Area Office to Sand Springs Oil and Gas Company regarding amount owed for additional royalty attaching Additional Royalty Ledger Sheet |
| AR165.00 | 10/22/1991 | M R Taylor regarding attached copy of Appeal to Decision on additional royalty owed |
| AR165.01 | 10/21/1991 | Muskogee Area Office to Nadel and Gussman regarding amount owed for additional royalty attaching Additional Royalty Ledger Sheet |
| AR166.00 | 11/15/1991 | Nadel and Gussman, et al. vs. Muskogee Area Director, Bureau of Indian Affairs Entry of Appearance |
| AR167.00 | 11/13/1991 | Nadel and Gussman et al., vs. Muskogee Area Director, Bureau of indian Affairs, Order Concerning Procedures |
| AR168.00 | 11/13/1991 | Braden-Deem Inc. to the Interior Board of Indian Appeals regarding Appeal of Additional Royalty Assessment Osage Indian Tribe Osage County, Oklahoma |

| Provisional Exhibit Number | Document Date | Description |
|---|---|---|
| AR168.01 | 10/21/1991 | Muskogee Area Office to Braden-Deem Inc regarding amount owed for additional royalty |
| AR169.00 | 11/12/1991 | Sand Springs Oil and Gas Company vs. Muskogee Area Director, Bureau of indian Affairs and Toklan Oil and Gas Corporation vs. Muskogee Area Director, Bureau of Indian Affairs, Docket Nos. IBIA 92-14-A and IBIA 92-15-A Order Docketing and Dismissing Appeals |
| AR170.00 | 11/8/1991 | Pre-Docketing Notice regarding Notice of Appeal by Fieldston Exploration Company from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR171.00 | 11/8/1991 | Pre-Docketing Notice regarding Notice of Appeal by William M. Park from a Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR172.00 | 11/8/1991 | Pre-Docketing Notice for Notice of Appeal by A & T Oil from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR173.00 | 11/8/1991 | Exhibit A Chapel, Riggs to Judge Kathryn Lynn regarding Filing of Rebuttal to the October 21, 1991, Decision of the Muskogee Area Director attaching Client List containing Lessee Names and Lease Numbers |
| AR174.00 | 11/8/1991 | Indianola Oil Inc to the Interior Board of Indian Appeals regarding Notice of Appeal: Osage Agency Additional Royalty Assessment |
| AR175.00 | 11/8/1991 | Barry Pinchcofsky to the Interior Board of Indian Appeals regarding Protest of assessment of additional royalty owed under 25 CFR Part 226.11 |
| AR176.00 | 11/7/1991 | Pre-Docketing Notice regarding Notice of Appeal by William N. Staats from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR177.00 | 11/7/1991 | Larry Robertson to the Interior Board of Indian Appeals regarding Pre-Docketing Notice for Appeal Sand Springs Oil and Gas Company Toklan Oil and Gas Corporation |
| AR178.00 | 11/6/1991 | Pre-Docketing Notice regarding Notice of Appeal by David J. Kinsey and Leesa K. Kinsey from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalties under an oil and gas lease |
| AR179.00 | 11/6/1991 | In the Matter of the Assessment of Additional Royalty against David L. Greene, David L. Greene Inc. and David L. Greene Operating Company, Inc. Erratum |
| AR180.00 | 11/5/1991 | Pre-Docketing Notice regarding Notice of Appeal by MAC Engineering & Operating Company from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR181.00 | 11/4/1991 | Pre-Docketing Notice regarding Notice of Appeal by Velma Chinn from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalties under an oil and gas lease |
| AR182.00 | 11/4/1991 | Josephine Dahl regarding Notice of Appeal of Decision based on Regulations 25 - CFR - Part 226-11 attaching Illegible Additional Royalty Ledger Sheet |
| AR183.00 | 11/4/1991 | Ronny Dahl and Verona Patrick regarding Notice of Appeal of Decision based on Regulation 25 - CFR - Part 226-11 attaching Additional Royalty Ledger Sheet |
| AR184.00 | 11/14/1991 | Salvation Oil Company regarding Notice of Appeal of Decision based on Regulations 25 - CFR - Part 226-11 attaching Additional Royalty Ledger Sheet |
| AR185.00 | 11/5/1991 | Affidavit of Dennis W. McPhail |

| *Provisional Exhibit Number* | *Document Date* | *Description* |
|---|---|---|
| AR186.00 | 11/4/1991 | Pre-Docketing Notice regarding Notice of Appeal by Charles L. Jenkins, d.b.a. Jenkins Drilling Company, and Evelyn Simmons, personal representative of the estate of Mildred B. Jenkins, from an October 21, 1991, Decision of the Muskogee Area Director, Bureau of Indian Affairs, assessing additional royalty under an oil and gas lease |
| AR187.00 | 11/3/1991 | P F Hall Oil Company to the Interior board fo Indian Appeals regarding Assessment of Additional Royalties Lessee No. 1144 Lessee Name: P.F. Hall Oil Company, Amount in dispute: $689.17 Legal Discpt: NE 1/4, Sect. 18, T26N, R6E, Osage county, Oklahoma |
| AR187.01 | 10/21/1991 | Muskogee Area Office to P F Hall Oil Co. regarding amount owed for additional royalty |