**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: January 26, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | Judge Emily C. Hewiit |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED 40-PAGE LIMIT UNDER RULE 5.2(b)(1)**

Defendant respectfully moves this Court pursuant to Rule 5.2(b) of the Rules of the Court of Federal Claims ("RCFC"), for leave to file an initial memorandum exceeding 40 pages. In support of this motion, Defendant states as follows:

(1) Defendant has contacted Plaintiff's counsel regarding this request and Plaintiff's counsel has no objection.

(2) The Court's Order of June 20, 2005, requires Defendant, on or before January 26, 2006, to file its responsive Memorandum of Contentions of Fact and Law. Pursuant to this Order, Defendant intends to file Defendant's Pretrial Memorandum of Contentions of Fact and Law and expects that the substantive portions of Defendant's memorandum, excluding the table of contents and other introductory portions identified in RCFC 5.2(b)(1)(A) and (B), will exceed 100 pages, but will not exceed 115 pages.

(3) Defendant's brief addresses issues of fact and law that require extensive discussion and analysis, such as whether the Osage Agency properly applied the regulations to verify that royalty payments were based on the correct highest posted prices; whether the Emergency

Petroleum Allocation Act, Pub. L. No. 93-159, 87 Stat. 627 (1973) (codified at 15 U.S.C. § 751 *et. seq.* (1976 and Supp. 1985)), was applicable to the royalty values established for Osage oil royalty payments; whether the Osage Agency deposited funds in a timely fashion; whether Interior abused its discretion in the investment of royalty receipts from the Tranche One leases in the Tranche one periods. Further, Defendant must respond to the legal and factual contentions in Plaintiff Osage Nations's Memorandum of Contentions of Facts and Law [Corrected Version], filed on January 13, 2006, which is 82 pages.

WHEREFORE, Defendant respectfully moves for leave to file an initial brief exceeding 40 pages, but which Plaintiff expects will not exceed 115 pages.

.

Respectfully submitted this 26th day of January 26, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663

Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627