**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: January 27, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | Judge Emily C. Hewiit |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S EXHIBIT LIST COVER SHEET**

Defendant respectfully moves this Court for leave to file a cover sheet to Defendant's exhibit lists. In support of this motion, Defendant states as follows:

(1) Defendant has contacted Plaintiff's counsel regarding this request and Plaintiff's counsel does not oppose this motion.

(2) Pursuant to this Court's June 20, 2005, Order, Defendant filed Defendant's exhibit lists on January 26, 2006. Docket No. 133, Attachs. 1 and 2. However, Defendant erroneously attached the exhibit lists to Defendant's witness list, instead of to a cover sheet to defendant's exhibit lists.

WHEREFORE, Defendant respectfully moves this Court for leave to file a cover sheet to Defendant's exhibit lists.

Respectfully submitted, on January 27, 2006,

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel

Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627