**EXHIBIT A**

**DEPOSITION DESIGNATIONS**

| **DEPONENT** | **FROM (Page: Line)** | **TO (Page: Line)** |
|---|---|---|
| **Milton Dial** | 5:9 | 5:12 |
| | 6:2 | 6:13 |
| | 6:21 | 6:25 |
| | 16:16 | 19:25 |
| | 20:13 | 20:25 |
| | 21:1 | 21:1 |
| | 21:13 | 22:25 |
| | 23:1 | 31:4 |
| | 32:10 | 33:25 |
| | 35:1 | 36:11 |
| | 37:23 | 38:18 |
| | 39:25 | 40:20 |
| | 43:2 | 43:25 |
| | 46:23 | 48:22 |
| | 50:8 | 51:4 |
| | 57:2 | 58:5 |
| | 61:24 | 62:16 |
| | 63:3 | 63:5 |
| | 63:9 | 63:17 |
| | 64:22 | 65:24 |
| | 66:3 | 66:12 |
| | 67:20 | 68:2 |
| | 68:16 | 69:23 |

| | | |
|---|---|---|
| | 70:9 | 70:19 |
| | 71:2 | 78:1 |
| | 78:5 | 79:15 |
| | 80:24 | 81:25 |
| | 82:7 | 82:17 |
| | 90:24 | 92:5 |
| | 143:13 | 149:1 |