# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 2, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, Defendant. | ) |

ORDER

The court has before it Defendant's Unopposed Motion for Leave to File Defendant's Exhibit List Cover Sheet (Motion). The purpose of defendant's motion is to correct a filing error that resulted in the attachment of two lists of defendant's exhibits to docket number 133, Defendant's Witness List.

The court GRANTS defendant's motion and notifies the parties that, once filed, defendant's cover sheet to defendant's exhibit lists will serve as the cover for the exhibit lists classified as docket nos. 133-2 and 133-3. Docket number 133-1 remains Defendant's Witness List.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge