# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 2, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it Defendant's unopposed Motion for Leave to Exceed 40-Page Limit Under Rule 5.2(b)(1). Based on the representations contained therein, the court hereby GRANTS defendant's motion.

The parties are reminded that General Order No. 42A of the United States Court of Federal Claims regarding procedures for electronic case filing requires parties to supply chambers with a courtesy copy in paper form of all documents exceeding 50 pages in length when printed, unless otherwise ordered by the assigned judge. General Order No. 42A ¶ 5. The court hereby ORDERS the parties to make available to the court at the time of electronic filing two copies of all documents in excess of 50 pages in length when printed.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge