**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed<br>February 2, 2006<br><br>No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**PLAINTIFF OSAGE NATION'S RESPONSE TO DEFENDANT'S MOTION TO PRESENT SUBSTANTIVE EVIDENCE BY DEPOSITION**

In response to the United States' Motion for Leave to Present Substantive Evidence by Deposition, Plaintiff Osage Nation notes that many of the deposition excerpts identified by the United States omit testimony that is necessary to clarify, place in context or accurately state the witness's testimony. Accordingly, the United States' deposition designations should not be admitted without including the excerpts identified on Exhibit A attached hereto.

Dated this February 2, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

**EXHIBIT A**

| DEPONENT | FROM (Page:Line) | TO (Page:Line) |
|---|---|---|
| Jim Gray | 18:22 | 18: 25 |
| | 19:13 | 19:17 |
| | 117:4 | 117:7 |
| | 117:21 | 117:23 |
| | 118:9 | 119:17 |
| | 122:17 | 123:10 |
| Newell Barker | 69:18 | 69:25 |
| | 71:18 | 72:6 |
| | 85:24 | 87:8 |
| | 88:5 | 88:9 |
| | 132:22 | 134:7 |
| | 134:14 | 134:24 |
| | 150:9 | 150:18 |
| | 199:11 | 199:17 |
| | 225:25 | 226:4 |
| | 232:9 | 236:14 |
| Bob Fox | 12:16 | 12:21 |
| | 17:14 | 17:15 |
| | 53:21 | 54:13 |
| | 79:18 | 80:16 |
| | 92:12 | 93:14 |
| | 94:19 | 95:8 |
| | 120:11 | 120:25 |
| | 122:1 | 122:5 |
| | 136:24 | 141:1 |
| | 179:13 | 180:4 |
| | 181:1 | 187:21 |