**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed February 2, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF OSAGE NATION'S OBJECTIONS TO DEFENDANT'S EXHIBIT LISTS**

Plaintiff Osage Nation makes the following objections to the exhibits identified by the United States on January 26, 2006. The Osage Nation reserves the right to object to any additional exhibits the United States may identify and/or offer into evidence between now and the end of the trial in this matter.

**<u>OBJECTIONS TO EXHIBITS THE UNITED STATES "EXPECTS TO OFFER"</u>**

| Provisional Exhibit No. | Objection | Provisional Exhibit No. | Objection |
|---|---|---|---|
| 12 | Not Provided | 15 | Withdrawn |
| 25 | Withdrawn | 32 | Relevance |
| 36 | Produced after Discovery Cut-Off Date | 64 | Not Identifiable |
| 66 | Authenticity | 70 | Withdrawn |
| 103 | Produced after Discovery Cut-Off Date | 119 | Produced after Discovery Cut-Off Date |
| 120 | Produced after Discovery Cut-Off Date | 121 | Produced after Discovery Cut-Off Date |

| Provisional Exhibit No. | Objection | Provisional Exhibit No. | Objection |
|---|---|---|---|
| 151 | Withdrawn | 155 | Withdrawn |
| 156 | Withdrawn | 157 | Withdrawn |
| 158 | Withdrawn | 159 | Withdrawn |
| 160 | Withdrawn | 161 | Withdrawn |
| 162 | Withdrawn | 163 | Withdrawn |
| 164 | Withdrawn | 165 | Withdrawn |
| 166 | Withdrawn | 167 | Withdrawn |
| 168 | Withdrawn | 169 | Withdrawn |
| 171 | Not Provided | 172 | Not Provided |
| 173 | Produced after Discovery Cut-Off Date | 174 | Not Provided |
| 175 | Withdrawn | 176 | Produced after Discovery Cut-Off Date |
| 177 | Withdrawn | 178 | Produced after Discovery Cut-Off Date |
| 181 | Not Provided | 182 | Not Provided |
| 183 | Not Provided | 184 | Not Provided |
| 185 | Relevance; Authenticity | 187 | Relevance; Produced after Discovery Cut-Off Date |
| 188 | Withdrawn | 189 | Relevance |
| 190 | Relevance; Produced after Discovery Cut-Off Date | 195 | Withdrawn |
| 198 | Withdrawn | 200 | Withdrawn |
| 251 | Not Identifiable | 290 | Produced after Discovery Cut-Off Date |
| 293 | Produced after Discovery Cut-Off Date | 294 | Produced after Discovery Cut-Off Date |
| 296 | Produced after Discovery Cut-Off Date | 302 | Produced after Discovery Cut-Off Date |
| 304 | Produced after Discovery Cut-Off Date | 308 | Produced after Discovery Cut-Off Date |
| 310 | Produced after Discovery Cut-Off Date | 312 | Produced after Discovery Cut-Off Date |
| 313 | Produced after Discovery Cut-Off Date | 314 | Produced after Discovery Cut-Off Date |
| 318 | Produced after Discovery Cut-Off Date | 319 | Produced after Discovery Cut-Off Date |
| 320 | Produced after Discovery | 323 | Produced after Discovery |

| Provisional Exhibit No. | Objection | Provisional Exhibit No. | Objection |
|---|---|---|---|
| | Cut-Off Date | | Cut-Off Date |
| 325 | Produced after Discovery Cut-Off Date | 327 | Produced after Discovery Cut-Off Date |
| 330 | Produced after Discovery Cut-Off Date | 335 | Produced after Discovery Cut-Off Date |
| 336 | Produced after Discovery Cut-Off Date | 337 | Produced after Discovery Cut-Off Date |
| 338 | Produced after Discovery Cut-Off Date | 345 | Produced after Discovery Cut-Off Date |
| 346 | Produced after Discovery Cut-Off Date | 347 | Produced after Discovery Cut-Off Date |
| 352 | Produced after Discovery Cut-Off Date | 355 | Produced after Discovery Cut-Off Date |
| 356 | Produced after Discovery Cut-Off Date | 357 | Produced after Discovery Cut-Off Date |
| 360 | Produced after Discovery Cut-Off Date | 362 | Produced after Discovery Cut-Off Date |
| 364 | Produced after Discovery Cut-Off Date | 365 | Produced after Discovery Cut-Off Date |
| 366 | Produced after Discovery Cut-Off Date | 368 | Produced after Discovery Cut-Off Date |
| 369 | Produced after Discovery Cut-Off Date | 370 | Produced after Discovery Cut-Off Date |
| 372 | Produced after Discovery Cut-Off Date | 373 | Produced after Discovery Cut-Off Date |
| 374 | Produced after Discovery Cut-Off Date | 383 | Produced after Discovery Cut-Off Date |
| 385 | Produced after Discovery Cut-Off Date | 388 | Produced after Discovery Cut-Off Date |
| 390 | Produced after Discovery Cut-Off Date | 392 | Produced after Discovery Cut-Off Date |
| 393 | Produced after Discovery Cut-Off Date | 394 | Produced after Discovery Cut-Off Date |
| 395 | Produced after Discovery Cut-Off Date | 397 | Produced after Discovery Cut-Off Date |
| 409 | Produced after Discovery Cut-Off Date | 499 | Produced after Discovery Cut-Off Date |
| 515 | Produced after Discovery Cut-Off Date | 553 | Relevance; Hearsay |

| Provisional Exhibit No. | Objection | Provisional Exhibit No. | Objection |
|---|---|---|---|
| 662 | Produced after Discovery Cut-Off Date | 664 | Produced after Discovery Cut-Off Date |
| 669 | Produced after Discovery Cut-Off Date | 788 | Not Provided; Relevance |
| 798 | Incomplete Document | 807 | Cumulative (*See* Ex. 806) |
| 810 | Withdrawn | 849 | Produced after Discovery Cut-Off Date |
| 875 | Cumulative (*See* Ex. 874) | | |
| 915 | Produced after Discovery Cut-Off Date | 916 | Produced after Discovery Cut-Off Date |
| 929 | Relevance | 935 | Produced after Discovery Cut-Off Date |
| 939 | Produced after Discovery Cut-Off Date | 947 | Produced after Discovery Cut-Off Date |
| 948 | Produced after Discovery Cut-Off Date | 950 | Produced after Discovery Cut-Off Date |
| 952 | Produced after Discovery Cut-Off Date | 956 | Produced after Discovery Cut-Off Date |
| 993 | Produced after Discovery Cut-Off Date | 994 | Relevance |
| 1039 | Produced after Discovery Cut-Off Date | 1092 | Not Provided |
| 1096 | Relevance | 1163 | Relevance |
| 1185 | Relevance | 1258 | Produced after Discovery Cut-Off Date |
| 1480 | Not Identifiable | 1529 | Relevance |
| 1530 | Not Identifiable | 1539 | Relevance |
| 1649 | Relevance | 1650 | Authenticity; Relevance; Cumulative; Hearsay |
| 1655 | Authenticity; Hearsay; Relevance; Cumulative | 1680 | Not Provided |
| 1689 | Not Provided | 1702 | Not Provided |
| 1716 | Not Provided | 1750 | Produced after Deadline for Expert Reports |
| 2143 | Relevance | 2314 | Relevance |
| 2319 | Authenticity; Relevance; Hearsay | 2321 | Relevance; Hearsay |
| 2322 | Authenticity; Relevance; Hearsay | 2323 | Relevance |

| Provisional Exhibit No. | Objection | Provisional Exhibit No. | Objection |
|---|---|---|---|
| 2324 | Relevance; Hearsay | 2328 | Relevance, Authenticity |
| 2329 | Relevance | 2330 | Relevance |
| 2331 | Relevance | 2332 | Relevance |
| 2333 | Relevance | 2334 | Relevance |
| 2335 | Authenticity; Hearsay | 2336 | Relevance |
| 2337 | Not Provided | 2338 | Relevance |
| 2340 | Produced after Deadline for Expert Reports | 2341 | Authenticity; Hearsay |
| 2342 | Produced after Deadline for Expert Reports | 2344 | Produced after Deadline for Expert Reports |
| 2347 | Withdrawn | 2350 | Relevance; Authenticity |
| 2355 | Relevance; Authenticity; Produced after Deadline for Expert Reports | 2356 | Relevance |
| 2359 | Withdrawn | 2360 | Produced after Deadline for Expert Reports |
| 2361 | Not Provided | 2362 | Produced after Deadline for Expert Reports |
| 2364 | | 2365 | Relevance |
| 2366 | Hearsay; Relevance | 2369 | Not Provided |
| 2370 | Not Provided | 2371 | Relevance |
| 2374 | Not Provided | 2375 | Relevance |
| 2377 | Relevance | 2378 | Not Provided; Relevance |
| 2380 | Relevance | 2381 | Relevance |
| 2382 | Relevance | 2384 | Relevance; Cumulative |
| 2385 | Relevance; Cumulative | 2386 | Relevance; Hearsay |
| 2387 | Relevance | 2392 | Relevance |

Pursuant to its Motion to Strike Defendant's Newly Asserted Affirmative Defenses of Estoppel and Laches and to Exclude Evidence Supporting Such Defenses, filed in this matter today, the Osage Nation further objects to any exhibit the United States offers in support of its affirmative defenses of laches and estoppel.

**OBJECTIONS DEFENDANT'S EXHIBIT LIST – OKIE CRUDE ADMIN RECORD**

| Provisional Exhibit No. | Objection |
|---|---|
| AR002.00 – AR187.01 | Relevance; Cumulative |

**OBJECTIONS TO EXHIBITS THE UNITED STATES "MAY OFFER"**

The United States has identified approximately 1,000 documents that it may use as exhibits in the trial of this matter. This is approximately twice the number of documents the United States has identified as exhibits it expects to use at trial. The Osage Nation also understands from counsel for the United States that the United States intends to revise its Exhibit List by February 7, 2006. Accordingly, it would be more efficient for the Osage Nation to reserve its objections to the exhibits identified on the United States' "may use" list until the list is refined to a manageable number or to reserve its objections until, and if, the United States offers any of these exhibits into evidence. The Osage Nation further notes that it intends to cooperate with the United States to reach stipulations regarding authenticity of exhibits and that most objections likely would be based on relevance, which are more properly asserted at trial.

Dated this February 2, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation