# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 7, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff Osage Nation's Motion to Strike Defendant's Newly Asserted Affirmative Defenses of Estoppel and Laches and to Exclude Evidence Supporting Such Defenses (Motion to Strike or Motion) and the accompanying memorandum, both filed February 2, 2006. The United States Court of Federal Claims has established detailed procedures for case management in Appendix A of the Rules of the Court of Federal Claims (RCFC) (2005). In this case, the Appendix A procedures are implemented in the court's Order of June 20, 2005 (filed in member case no. 00-169). That Order contemplates a response by plaintiff to defendant's Memorandum of Contentions of Fact and Law. The rules provides that "if anything new or unexpected is discovered, it may be addressed in a brief response which must be filed under cover of a motion for leave . . . ." Appendix A ¶ 14(c). The court's Order contemplates a response but does not require "a motion for leave." In these circumstances, the court deems plaintiff's Motion to Strike to be proper and timely. Defendant may file its response to plaintiff's Motion on or before February 9, 2006.

The clerk's office noted that plaintiff's filing did not include an index of exhibits or otherwise list the contents of the exhibits appended to plaintiff's memorandum as required by RCFC 5.2. Plaintiff shall FILE with the court an index of exhibits in conformance with RCFC 5.2(a)(1)(A) and (G).

The court also has before it Plaintiff Osage Nation's Objections to Defendant's Exhibit Lists (Plaintiff's Objections), filed February 2, 2006. In the parties' Joint Certification Meeting of Counsel - December 20, 2005 report (Joint Cert. Report or Report), filed December 27, 2005, the parties proposed a schedule for submission of revised and final witness and exhibit lists. The proposed schedule called for defendant to file revised witness and exhibit lists by January 26, 2006. Plaintiff's Objections are therefore deemed to be timely and proper. Final witness and exhibit lists are to be submitted by plaintiff and defendant on February 2 and February 7th, respectively. See Joint Cert. Report at 2. Any further objections to witness or exhibit lists and/or replies or responses to existing objections shall be filed on or before February 9, 2006. No further filings thereafter shall be accepted without prior leave of the court.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge