**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: February 7, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S REVISED WITNESS LIST**

Pursuant to the Court's June 20, 2005, Order, the Rules of the Court of Federal Claims ("RCFC") Appendix A ¶ 15(a), and the agreement of the parties, Defendant hereby submits this Revised Witness List identifying the witnesses Defendant expects to present at trial and the witnesses Defendant may call if the need arises at trial.

Witnesses Defendant Expects to Present

**Sharon Allen**
Financial Management Service
United States Department of the Treasury
3700 East-West Highway
Hyattsville, Maryland 20782
(202) 305-0212

Ms. Allen is Director of the Cash Accounting and Reporting Directorate of the Government-wide Accounting AC Area. She may offer fact and expert testimony about government-wide accounting particularly as it relates to disbursements.

Ms. Allen's direct testimony is expected to take approximately 2 hours.

**Richard Bauder**
Financial Management Service
United States Department of the Treasury

401-14th Street, SW
Washington, DC 20227
(202) 305-0212

Mr. Bauder is Director of the Systems Integrity Division, Regional Operations, Financial Management Service. He may testify regarding Regional Distribution Office Practices.

Mr. Bauder's direct testimony is expected to take approximately 2 hours.

**Jerri Jean Branstetter**
P.O. Box 97
Wynona, OK 74084
(918) 846-2302

Ms. Branstetter is a former Accounting Technician (1974 to 1980) of the Osage Agency. She may offer fact and expert testimony about the Osage Agency practice of valuing oil royalties, including how the Agency determined the highest posted price, made gravity adjustments, and verified royalty amounts.

Ms. Branstetter's direct testimony is expected to take approximately 2.5 hours.

**Rita Bratcher**
Financial Management Service
United States Department of the Treasury
401-14th Street, SW
Washington, DC 20227
(202) 305-0212

Ms. Bratcher is Director of the Cash Management Directorate of the Federal Finance AC Area. She may offer fact and expert testimony about deposit processes.

Ms. Bratcher's direct testimony is expected to take approximately 2 hours.

**Gregory J. Chavarria**
Chavarria, Dunne & Lamey
100 Sun Avenue, Suite 210
Albuquerque, New Mexico 87109
(505) 246-9777

Mr. Chavarria is a founding member of the public accounting firm of Chavarria, Dunne & Lamey. He may offer fact and expert testimony as to matters and opinions discussed in his expert report, Plaintiff's expert reports, and expert depositions, including the Arthur Anderson Agreed Upon Procedures Report and plaintiff's allegations regarding "deposit lag time," "disbursement lag time," and "cancelled checks." Mr. Chavarria may also offer testimony to rebut testimony or evidence offered by Plaintiff during trial.

Mr. Chavarria's direct testimony is expected to take approximately 4 hours.

**Judi Hill**
Office of the Special Trustee
Bureau of Indian Affairs
813 Grandview Avenue
Pawhuska, Oklahoma 74056
(202) 305-0212

Ms. Hill is a Backup Collection Officer at the Office of the Special Trustee. She may testify about agency accounting, collections, and disbursements.

Ms. Hill's direct testimony is expected to take approximately 3 hours.

**Wanda J. Hood**
OST – Fiduciary Trust Officer
Cherokee Nation Main Complex
Room 112
Tahlequah, OK
202-305-0212

Ms. Hood will testify as to the deposit of Osage royalty receipts from the perspective of the Muskogee Area Office.

Ms. Hood's direct testimony is expected to take approximately 1 hour.

**Charles R. Hurlburt**
Osage Agency, Minerals Branch
Bureau of Indian Affairs
813 Grandview Avenue
Pawhuska, Oklahoma 74056
(202) 305-0212

Mr. Hurlburt is a Supervisory Petroleum Engineer at the Osage Agency. He may offer fact and expert testimony about the Osage Agency practice of valuing oil royalties, including how the Agency determined the highest posted price, made gravity adjustments, and verified royalty amounts.

Mr. Hurlburt's direct testimony is expected to take approximately 4 hours.

**Charles R. Lundelius Jr.**
FTI Consulting, Inc.
1201 I Street, NW
Suite 400
Washington, DC 20005

Mr. Lundelius is a Senior Managing Director at FTI Consulting, Inc. He may offer expert testimony as to matters and opinions discussed in his expert report, Plaintiff's expert reports, and expert depositions, including Plaintiff's allegations regarding the sufficiency of documentation to evaluate the prudence of investments, the prudence of investments, and investment earnings. Mr. Lundelius may also offer testimony to rebut testimony or evidence offered by Plaintiff during trial.

Mr. Lundelius' direct testimony is expected to take approximately 8 hours.

**Ronnie A. Martin**
Lexecon, an FTI company
1001 Fannin Street
Houston, Texas 77002-6706
(713) 353-5408

Mr. Martin is a Senior Managing Director at Lexecon. He may provide expert testimony as to matters and opinions discussed in his expert report, Plaintiff's expert reports, and expert depositions, including the Osage Agency practice of valuing and collecting oil royalties, the prudence and accuracy of the Osage Agency's practice of valuing and collecting oil royalties, and errors in the assumptions and analysis of Plaintiff's expert, Mr. Reineke. Mr. Lundelius may also offer testimony to rebut testimony or evidence offered by Plaintiff during trial.

Mr. Martin's direct testimony is expected to take approximately 8 hours.

**Carole Revard**
Osage Agency
Bureau of Indian Affairs
813 Grandview Avenue
Pawhuska, Oklahoma 74056
(202) 305-0212

Ms. Revard is a Supervisory Realty Specialist at the Osage Agency. She may offer fact testimony about the Osage Agency practice of valuing and collecting oil royalties, including how the Agency determined the highest posted price, made gravity adjustments, and verified royalty amounts.

Ms. Revard's direct testimony is expected to take approximately 3 hours.

**Paul Tyler**
Supervisory Minerals Revenue Specialist
Minerals Management Service
United States Department of the Interior
4013 Northwest Expressway, Suite 230
Oklahoma City, Oklahoma 73116
(202) 305-0212

Mr. Tyler is a Supervisory Minerals Revenue Specialist at the Minerals Management Service (MMS). He may offer fact and expert testimony about the MMS Audit, dated February 8, 1994, conducted for the Osage Agency, including the objectives of the audit, the methodologies of the audit, the findings of the audit, and the oil review contained in the audit.

Mr. Tyler's direct testimony is expected to take approximately 2 hours.

**John W. Vale**
9516 Cargo Avenue, NE
Albuquerque, New Mexico 87109
(505) 296-5284

Mr. Vale is a former Auditor employee of BIA's Branch of Investments and former Auditor of the Osage Nation. He may testify about BIA investments and Osage Nation auditing practices.

Mr. Vale's direct testimony is expected to take approximately 4 hours.

**Margaret Williams**
Office of the Special Trustee for American Indians
United States Department of the Interior
4400 Masthead Street, NE
Albuquerque, New Mexico 87109
(202) 305-0212

Ms. Williams is the Deputy Special Trustee for Trust Services at the Office of the Special Trustee for American Indians, Department of the Interior. She may offer fact and expert testimony about Osage Agency and Office of Special Trustee investments and disbursements.

Ms. Williams's direct testimony is expected to take approximately 3 hours.

Witnesses Defendant May Call If the Need Arises

**Ethel J. Abeita**
Director, Office of Trust Records
Office of Special Trustee for American Indians
4400 Masthead, NE
Albuquerque, New Mexico 87109
(202) 305-0212

Ms. Abeita may testify as to record retention policy and procedures of Interior.

Ms. Abeita's direct testimony is expected to take 1 hour.

**Newell Barker**
1521 Revard Avenue
Pawhuska, Oklahoma 74056
(918) 287-2937
(918) 440-4600

Mr. Barker is the former Chief of the Branch of Minerals, Osage Agency. He may offer fact and expert testimony about the Osage Agency practice of valuing and collecting oil royalties, including how the Agency determined the highest posted price, made gravity adjustments, and verified royalty amounts and volumes.

Mr. Barker's direct testimony is expected to take approximately 1.5 hours.

**Melvin Core**
1324 Melody Lane
Pawhuska, Oklahoma 74056
(202) 305-0212

Mr. Core is a former supervisor in the Royalty Accounting Section of the Minerals Branch of the Osage Agency. He may offer fact and expert testimony about the Osage Agency practice of valuing oil royalties, including how the Agency determined the highest posted price, made gravity adjustments, and verified royalty amounts.

Mr. Core's direct testimony is expected to take approximately 1 hour.

**Dale Correa**
Office of the Special Trustee for American Indians
United States Department of the Interior
4400 Masthead Street, NE
Albuquerque, New Mexico 87109
(202) 305-0212

Mr. Correa is an information technology specialist at the Office of the Special Trustee for American Indians. He may testify if necessary to establish a foundation for certain exhibits the United States may move into evidence.

Mr. Correa's direct testimony is expected to take approximately 0.25 hours.

**George D. Daly**
7060 South Yale
Suite 902
Tulsa, OK 74136

Mr. Daly, an engineer, was a consultant to the Osage Tribal Council from approximately 1966-1988. Mr. Daly may offer fact testimony about his consulting work for the Osage Tribe on

various issues concerning the management of the Osage Mineral Estate, including operational issues, royalty valuation issues, and proposed regulations.

**Milton K. Dial**
4474 S. Forest Trail
Evergreen, Colorado, 80439
(303) 670-0728

Mr. Dial is a former employee of USGS and MMS (1971-2004) and has held various positions in royalty audits, collections, and compliance, including: Chief of Royalty Compliance Division, Chief of Royalty Valuation and Standards, Chief of Compliance Verification Division, and Deputy Associate Director (MMS/MRM). He may offer fact and expert testimony about the MMS and industry practice of valuing and collecting oil royalties from federal and Indian leases, including the interpretation and application of price control statutes and regulations and gravity adjustments.

Mr. Dial's direct testimony is expected to take approximately 1 hour.

**Bob Fox**
8816 Loop Road
Bellville, Texas 77418
(979) 865-3957

Mr. Fox is a former employee of Texaco (1953-1994) and has held various positions relating to accounting and oil valuation, including Assistant Chief Accountant and Coordinator. He may offer fact and expert testimony about the Texaco and industry practice on valuing and collecting oil royalties from federal and Indian leases, including Indian leases on the Osage mineral estate, and the interpretation and application of price control statutes and regulations and gravity adjustments.

Mr. Fox's direct testimony is expected to take approximately 1 hour.

**Heather Little**
Osage Agency
Bureau of Indian Affairs
813 Grandview Avenue
Pawhuska, Oklahoma 74056
(202) 305-0212

Ms. Little is an Accounting Technician/Records Officer at the Osage Agency. She may offer fact testimony about the Osage Agency practice of organizing, maintaining, and shipping Osage Agency records.

Ms. Little's direct testimony is expected to take approximately 1 hour.

**Jim Parris**

Mr. Parris is a former employee of BIA's Branch of Investments and former Auditor of the Osage Nation. He may testify about BIA accounting and investments and Osage Nation auditing practices.

Mr. Parris' direct testimony is expected to take approximately 2 hours.

**Jack Shoemate**
Retired
Former Superintendent of Osage Agency
1330 Melody Lane
Pawhuska, OK 74056
(918) 287-4633

Mr. Shoemate may testify as to the authenticity of certain documents and as to his interaction with the Osage Tribal Council related to the management of the Tribe's mineral estate and funds.

Mr. Shoemate's testimony is expected to take approximately 2 hours.

**James Sturgill**
Financial Management Service
United States Department of the Treasury
3700 East-West Highway
Hyattsville, Maryland 20782
(202) 305-0212

Mr. Sturgill is Assistant Commissioner of the Government-wide Accounting AC Area. He may offer fact and expert testimony about government-wide accounting.

Mr. Sturgill's direct testimony is expected to take approximately 2 hours.

**Harold Steven Tully**
Osage Agency
Bureau of Indian Affairs
813 Grandview Avenue
Pawhuska, Oklahoma 74056
(202) 305-0212

Mr. Tully is an IT Specialist at the Osage Agency. He may offer fact and expert testimony about the System 36 computer system and data at the Osage Agency and the transfer, maintenance, storage, and security of System 36 data and other electronic data at the Osage Agency.

**Pat Wrenn**
Financial Management Service
United States Department of the Treasury
3700 East-West Highway

Hyattsville, Maryland 20782
(202) 305-0212

Mr. Wrenn is a Senior Accountant in the Financial Management Service of the Department of the Treasury. He may testify about past Financial Management Service investment processes.

Mr. Wrenn's direct testimony is expected to take approximately 2 hours.

Defendant reserves the right to call any witness named in Plaintiff's witness list and any witness in this case who has been or will be deposed.

Respectfully submitted on, February 7, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s *Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

/s *Martin L. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D.C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of the Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627