# OSAGE TRIBE OF INDIANS v. UNITED STATES, CASE NOS. 99-550 AND 00-169 (CFC) DEFENDANT'S LIST OF EXHIBITS

## February 7, 2006

## Expects to Offer

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 2 | EXH01060022772 | 06/21/1979 | Bill for Collection - Bill No. 12336948 |
| 3 | EXH01060022779 | 00/00/0000 | "The Law of Trusts, Fourth Edition," Aspen Publishers, s 227 |
| 13 | G06ALX0934209 | 00/00/1989 | Report of Investment of Indian Trust Funds, Fiscal Year 1989 |
| 19 | 19_00551834.002 | 06/21/1979 | Certificate of Deposit - Deposit No. 878052 - and associated schedule of collection and bills of collection |
| 21 | G06ALX0253014 | 12/16/1991 | Tribal Overnight Investment |
| 34 | 34_00551834 | 06/21/1979 | Bill for Collection - Bill No.  - CRA Inc. - 12336962 |
| 37 | 0106EXH0013870 | 01/01/1984 | The Management and Development of Oil and Gas Mineral Resources on the Osage Indian Reservation by George Revard and Newell Barker |
| 68 | RMSD0000734 | 09/01/1974 | CRA, Inc. Crude Oil Price Bulletin - No. 31 |
| 71 | 71_00551834 | 06/21/1979 | Bill for Collection - Bill No. 12336961 |
| 75 | 75_00551838 | 07/02/1979 | Schedule of Collections No. 14-20-0699-171 |
| 77 | 77_00551838.007 | 07/02/1979 | Bill for Collection - Bill No. 12337025 |
| 81 | 81_00152432 | 12/29/1980 | Deposit Ticket-Deposit No. 116555 |
| 93 | 93_00152427 | 12/19/1980 | Desposit Ticket - Deposit No.116458 |
| 97 | G06ALX0306347 | 01/00/1976 | BIA, Osage Agency, Production Report for the Month of January 1976. |
| 203 | 203_00007782.001 | 05/29/1980 | Transfer of funds for annuity payment to IIM - BB06B0672 |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 242 | 242_00650247.001 | 03/12/1981 | Journal Voucher for quarterly annuity payment transfer to IIM account - JV-70-81 Confirmation Journal Voucher No. 1420-G06-70 for $ 4,899,042.97 |
| 243 | 243_00007249.001 | 12/05/1989 | Voucher & Schedule of Payments - for headright payment - VS12G03410 |
| 245 | 245_00063681.001 | 06/15/1976 | Public Voucher for Purchases and Services Other Than Personal for $ 1,509,013.69 (VD06G0103A) |
| 246 | 246_00063680.001 | 06/15/1976 | Voucher and Schedule of Payments for $2,078, 548.31 for headright payment - VD06G0102A |
| 266 | 266_00017189.001 | 03/07/1991 | Transfer for to IIM account for headright payment - BB03T0004G Internal Transfers Between Appropriation/Activities for $2,048,250.74 |
| 283 | 0106EXH0012367 | 08/25/2005 | Hill Exhibit 4 - Production Reports and related documents regarding Tranche One Royalty for the Years 1976, 1979,1980, 1986,1989 and 1990 |
| 288 | 0106EXH0007740 | 03/13/1913 | Last page of Lease Agreement |
| 295 | EXH01060022764 | 06/03/1944 | Procedure of Accounting for Royalty on Oil in the Osage Reservation Under Existing Regulations Approved by the Secretary of the Interior July 12, 1932 |
| 310 | G06KEH0990672 | 04/06/1954 | BIA, Indian Affairs Manual Transmittal Sheet, Release No. 188 - General Information and Instructions Attached Revision of 42 BIAM Chapter 5: Accounts Section 502.06 |
| 315 | 0106EXH0007761 | 02/16/1956 | Division Order No. 6561 to D-X sunray Oil company (Shell Oil Co and Sinclair Oil & Gas Co) for Oil Production from Avant Consolidated Block; Division Order No. 50565 to Bigheart Pipe Line Corporation (Damson Oil Corporation) from Avant Consolidated Block |
| 319 | G06KEH0990891 | 04/28/1958 | Treasury Department Internal Memorandum from H A Turner regarding Indian Trust Funds and meeting to discuss proposed bill in regards to consolidation of funds |
| 329 | 0106EXH0007769 | 08/25/1964 | Agreement to Modify and Amend Sections Two and Three of Osage Oil and Mining Lease, Contract Nos. 168 and 3618 |
| 334 | 0106EXH0007778 | 12/28/1965 | Division Order for East Hardy Unit |
| 339 | 0106EXH0007780 | 10/28/1966 | Between Kewanee Oil Company and CRA Inc for Oil Mining |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 341 | 0106EXH0007788 | 02/17/1967 | Division Order No. 67603-01-701 to Sunray DX Oil Company (Sinclair Oil & Gas Company and Pure Oil Company) for Oil Production from Hominy Waterflood; Division Order No. 12621 to Koch Oil Company (Unocal) for Oil Production from Hominy Unit A; Division Order No. 307051 to Koch Oil Company (Atlantic Richfield Company) for Oil Production from Union Oil Co of California Hominy B |
| 342 | 0106EXH0007793 | 03/01/1967 | Division Order No. 1657 to CRA Inc (Kewanee Oil Company) for Oil Production from Stanley Flood; Division Order No. 35-1000579 to Farmland Industries Inc. (Hyperion Energy LP) for Oil Production from South Stanley WF 1 |
| 359 | EXH01060022886 | 02/25/1970 | Superintendent, Osage Agency, to Area Director, Muskogee Area, re: Osage Tribal Council Resolution No. 22-154 |
| 367 | 0106EXH0014521 | 06/05/1973 | Osage Tribal Council No 23-234 |
| 371 | EXH01060022893 | 02/12/1971 | Area Director, BIA, Muskogee Area Office, to Commission of Indian Affairs, re: Proposed Revision of 25 CFR 183 |
| 381 | 0106EXH0014532 | 06/05/1972 | 42 BIAM Supplement No. 3 Parts 3.11, 3.14, 3.16, AND 3.22 |
| 382 | 0106EXH0014600 | 06/05/1972 | 42 IAM 6.0 Budget And Finance - Accounting Procedures Parts 6.3, 6.6, 6.6.9, and 6.7 |
| 413 | G06ALX0232069 | 09/11/1975 | Bill for Collection Bill No. 12026318, Payer Sun Oil Company |
| 426 | 426_00551676.022 | 02/24/1976 | Bill for Collection - Bill No. 12027963 |
| 427 | 427_00551676.025 | 02/24/1976 | Bill for Collection - Bill No. 12027964 |
| 428 | 428_00551676.026 | 02/24/1976 | Bill for Collection - Bill No. 12027959 |
| 446 | 446_00551676.001 | 02/24/1976 | Certificate of Deposit - Deposit No. 71 |
| 449 | 449_00551676.020 | 02/24/1976 | Bill for Collection - Bill No. 12027690 |
| 451 | 451_00551676.002 | 02/24/1976 | Schedule of Collections - Schedule No. 14-20-0699-71 and associated bills of collection |
| 468 | 468_00551679.019 | 03/02/1976 | Bill for Collection - Bill No. 12028053 |
| 470 | 470_00551679.002 | 03/02/1976 | Schedule of Collections - Schedule No. 14-20-0699-74 |
| 471 | G06ALX0166218 | 05/31/1979 | Summary of Oil Runs from Osage Oil Leases for May 1979 - Phillips |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 474 | 474_00551678.017 | 03/01/1976 | Bill for Collection - Bill No. 12028031 |
| 475 | 475_00551678.002 | 03/01/1976 | Schedule of Collections - Schedule No. 14-20-0699-73 |
| 477 | 477_00551677.002 | 02/25/1976 | Certificate of Deposit - Deposit No. 72 |
| 478 | 478_00551677.011 | 02/25/1976 | Bill for Collection - Bill No. 12028009 |
| 479 | 479_00551677.003 | 02/25/1976 | Schedule of Collections - Schedule No. 14-20-0699-72 |
| 482 | G06ALX0306165 | 10/01/1990 | Production Report for the Month of October 1990 |
| 485 | 485_00551678.001 | 03/01/1976 | Certificate of Deposit - Deposit No. 73 |
| 487 | 487_00551679.001 | 03/02/1976 | Certificate of Deposit - Deposit No. 74 |
| 489 | 489_00551678.019 | 03/01/1976 | Bill for Collection - 12028034 |
| 512 | 0106EXH0007806 | 12/22/1977 | Division Order for East Hardy Unit |
| 520 | 0106EXH0014745 | 07/28/1978 | From Chief of Investment to Area Directors regarding weekly information regarding interest rates |
| 533 | G06ALX1000479 | 05/31/1979 | From David L. Baldwin, Superintendent, Osage Area to Area Director, Muskogee Area Office, BIA (to the Attention of Finance), Memorandum on Electronic Funds Transfer, AIRR-Lenexa 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-005, "EFT System". |
| 539 | 539_00006232.001 | 08/25/1989 | Deposit ticket - Deposit No. 649245 and 649246 |
| 547 | G06ALX0306180 | 07/01/1989 | Oil Production Report for the Month of July 1989 |
| 563 | 563_00551834.001 | 06/21/1979 | Documents used by Arthur Andersen for reconciliation of deposit dated 06/21/79 found at bates number 0551834 on CD provided to Tribe as part of Arthur Andersen reconciliation results. |
| 573 | 573_00650247.001 | 03/12/1981 | Confirmation Journal Voucher No. 1420-G06-70 for $ 4,899,042.97 |
| 622 | 622_00551679.013 | 03/02/1976 | Bill for Collection - Bill No. 12028055 |
| 626 | 626_00551679.018 | 03/02/1976 | Bill for Collection - Bill No. 12028054 |
| 648 | 648_00260508.001 | 09/12/1979 | Voucher and Schedule of Payments for quarterly headright payment - $1,531,425.81 |
| 649 | 649_00260509.001 | 09/12/1979 | Voucher and Schedule of Payments for quarterly headright payment$1,784,851.57 |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 650 | 650_00260511.001 | 09/12/1979 | Voucher and Schedule of Payments for quarterly headright payment - $1,747,178.34 |
| 651 | 651_00260510.001 | 09/12/1979 | Voucher and Schedule of Payments for for quarterly headright payment - $2,062,186.91 |
| 669 | G06ALX1003024 | 02/28/1980 | U.S. Court of Claims, Cheyenne-Arapaho Tribes, et al v. United States, Dockets Nos. 342-70 and 343-70, Responses of U.S. Department of the Treasury to Plaintiff's Interrogatories. |
| 676 | 676_00002204.001 | 08/24/1989 | Deposit Ticket - Deposit No. 649132 |
| 682 | 682_00007320.001 | 11/21/1990 | Deposit Ticket - Deposit No. 686168 and Documents used by Arthur Andersen for reconciliation of deposit dated 11/21/90 found at bates number 0007320 on CD provided to Tribe as part of Arthur Andersen reconciliation results Documents used by Arthur Andersen for reconciliation of deposit dated 11/21/90 found at |
| 687 | 687_00063682.001 | 06/07/1976 | Voucher and Schedule of Payments for quarterly headright payment - $359,853.91 |
| 689 | 689_00152427.001 | 12/19/1980 | Daily Support Listing of TFCS Deposits |
| 691 | 691_00152442.001 | 12/23/1980 | Documents used by Arthur Andersen for reconciliation of deposit dated 12/23/80 found at bates number 0152442 on CD provided to Tribe as part of Arthur Andersen reconciliation results |
| 692 | 692_00152430.001 | 12/24/1980 | Documents used by Arthur Andersen for reconciliation of deposit dated 12/23/80 found at bates number 0152430 on CD provided to Tribe as part of Arthur Andersen reconciliation results |
| 694 | 694_00007321.001 | 11/23/1990 | Deposit Ticket - Deposit No. 686283 and Documents used by Arthur Andersen for reconciliation of deposit dated 11/23/90 found at bates number 0007321 on CD provided to Tribe as part of Arthur Andersen reconciliation results |
| 695 | 695_00257184.001 | 12/29/1980 | Deposit Ticket - Deposit No. 305679 |
| 703 | 703_00152433.001 | 12/26/1980 | Documents used by Arthur Andersen for reconciliation of deposit dated 12/26/80 found at bates number 0152433 on CD provided to Tribe as part of Arthur Andersen reconciliation results |
| 707 | 707_00152432.002 | 12/29/1980 | Daily Support Listing of TFCS Deposits |
| 741 | G06ALX0306315 | 05/00/1979 | Production Report for the Month of May 1979 |
| 742 | G06ALX0823181 | 05/01/1981 | Production Report for the Month of May 1979 |
| 755 | G06FMS0367886 | 07/01/1989 | I TFM 6-8000 |
| 759 | G06FMS0365203 | 01/01/1976 | I TFM 5-1000 Part V Deposit Regulations |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 799 | G06ALX0304158 | 01/01/1976 | Oil Lessee's Report for the Month of January 1976 - Contract G06-664 |
| 801 | G06ALX0250792 | 09/26/1983 | Review of Indian Trust Fund Management for BIA Task II Documentation or Current Operations and Procedures Draft Report September 26, 1983 |
| 805 | G06ALX1000295 | 11/14/1983 | BIA, Muskogee Area Off, FY-84 Minerals/ Admin. Support Contract w/ Osage Tribe of Indians of Oklahoma, Program A, Sec. 202.1, Objectives, AIRR-Lenexa, 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-074, "Minerals Contract" |
| 809 | G06ALX0304281 | 01/00/1976 | Oil Lessee's Report for the Month of January 1976 - Contract 14-2679 |
| 810 | CL0000049 | 12/24/1983 | BIA In-Depth Review of Indian Trust Funds Task III Investment Portfolio Management |
| 813 | G06ALX0304161 | 01/00/1976 | Oil Lessee's Report for the Month of January 1976 - Contract G06-664 |
| 827 | 827_00551838.002 | 07/02/1979 | Certificate of Deposit - Deposit No. 878062 |
| 828 | 828_00551834.003 | 06/21/1984 | Schedule of Collections - Schedule No. 14-20-0699-165 |
| 830 | 830_00551838.007 | 07/02/1979 | Bill for Collection - Bill No. 12337025 |
| 867 | 0106EXH0015151 | 09/05/1985 | Osage Tribal Council No. 26-631 |
| 893 | 893_00007782.001 | 05/29/1986 | Transfers and Corrections dated 5/29/86 for $2,116,145.33 Transfer of funds to IIM for quarterly headright payment - BB06B0672 Doc Date = 06/12/1986 |
| 900 | 900_00007783.001 | 05/29/1986 | Transfers and Corrections dated 8/29/86 for $6,064,188.99 |
| 923 | G06ALX1000420 | 07/13/1988 | BIA, Bureau of Indian Affairs Manual (BIAM), Part 42, Financial Management, Accounting Procedures Handbook, Supplement 3.9, Billing and Collection Procedures, July 13, 1988, from BIA, Division of Accounting Management, Miscellaneous Office Files 3. |
| 940 | 940_00006234.001 | 08/21/1989 | Documents used by Arthur Andersen for reconciliation of deposit dated 08/21/89 found at bates number 0006234 on CD provided to Tribe as part of Arthur Andersen reconciliation results |
| 941 | 941_00002204.002 | 08/24/1989 | Daily Support Listing of FDS Deposits for 08/24/89 |
| 942 | 942_00006232.002 | 08/25/1989 | Daily Support Listing of FDS Deposits for 08/25/89 |
| 953 | G06ALX0383171 | 10/01/1989 | Oil Lessee's Report for Month of October 1990 - Hyperion Energy |
| 954 | G06ALX0383319 | 10/01/1990 | Oil Lessee's Report for Month of October 1990 - Ceja Corp |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 955 | G06ALX0383398 | 10/01/1990 | Oil Run Statement for the Month of 10/90 - Oil of Oy-Vay, Inc. |
| 956 | G06ALX0922820 | 12/21/1990 | Electronic Fund Transfers, Production Month: October 1990 |
| 957 | G06ALX0383184 | 10/01/1990 | Oil Lessee's Report for Month of October 1990 - Osage Hominy |
| 959 | G06ALX0435023 | 10/01/1990 | Oil Lessee's Report for Month of October 1990 for Waterflood Leases Only for Ceja Corporation |
| 968 | JC01_OST_ABQ01_1910_0 046_0001 | 02/07/1990 | From Jim Parris, Chief, Branch of Trust Fund Accounting to Ronald A. Newitt, Treasury Re: Agency Location Code 4844 - Outstanding Checks |
| 979 | EXH01060023121 | 04/16/1990 | DOI MMS Audit of Oil and Gas Royalties Osage Mineral Leases 01/01/1988 through 12/31/1992 |
| 997 | EXH997_000001 | 10/01/1990 | October 1990 Report by John W. Vale - Tribal Auditor for the Osage Tribe |
| 1008 | 0106EXH0012875 | 03/01/1991 | March 1991 Report by John Vale - Tribal Auditor for the Osage Tribe attaching related Expenditure, Receipt, Investment and Statistical reports |
| 1015 | 1015_00007320.002 | 11/21/1990 | Daily Support Listings of FDS Deposits for 11/21/90 |
| 1019 | 1019_00007321.002 | 11/23/1990 | Daily Support Listing of FDS Deposits for 11/23/90 |
| 1024 | 1024_00257184.004 | 12/29/1980 | Schedule of Collections - Schedule No. 14-20-0699-53 |
| 1029 | 1029_00257184.019 | 12/29/1980 | Bill for Collection - Bill No. 12608111 |
| 1030 | 1030_00257184.029 | 12/29/1980 | Bill for Collection - Bill No. 12608101 |
| 1134 | G06ALX0262659 | 07/29/1992 | From Ronald A. Nervitt to Donald M. Gray re 12 minireel tapes containing limited payability mass cancel file |
| 1137 | G06ALX0262632 | 08/07/1992 | From Chief, Div of Trust Funds Accounting, to Director, OTFM, re briefing paper on mass cancellation project |
| 1150 | 0106EXH0008090 | 09/14/1992 | From Superintendent, Osage Agency, to Area Director, Muskogee, re: Proposed amendments to 25 CFR 226.11(a)(2) to eliminate premium, bonus or other like payments from consideration in the calculations of royalty price from crude oil in Osage county |
| 1365 | EXH1365_000001 | 08/01/1990 | August 1990 Report by John W. Vale - Tribal Auditor for the Osage Tribe |
| 1368 | EXH1368_000001 | 03/01/1991 | March 1991 Report by John W. Vale - Tribal Auditor for the Osage Tribe |
| 1381 | EXH1381_000001 | 11/01/1990 | November 1990 Report by John W. Vale - Tribal Auditor for the Osage Tribe |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 1600 | RMSD0000703 | 09/27/2005 | NYMEX.com: Exchange Rule 200.12 Grade and Quality Specifications |
| 1655 | RMSD0000043 | 10/31/2005 | Treasury Bill Rates of Interest |
| 1668 | CL0000001 | 11/03/2005 | Expert Report of Charles R. Lundelius, Jr. CPA/ABV |
| 1672 | RM0000001 | 11/03/2005 | Expert Report of Ronnie Martin with attachments thereto |
| 1675 | GC0000001 | 11/03/2005 | Expert Report of Gregory J. Chavarria with attachments thereto |
| 1750 | GCSUPP_000001 | 12/08/2005 | Expert Report - Supplement of Gregory J. Chavarria with all Exhibits |
| 1858 | G06ALX0306650 | 11/26/1980 | Sun Posted Price Bulletin |
| 2093 | G06G060127183 | 11/06/1990 | Notice Osage Agency Posted Price Bulletin and Gravity Scale |
| 2260 | 0106EXH0022334 | 11/18/1970 | No. 23-36 Osage Tribal Council adapts revision of Regulation Governing the Leasing of Osage Mineral Reservation Lands for Oil and Gas Mining, 25 CFR, Part 183 |
| 2261 | 0106EXH0022335 | 11/24/1970 | From George Dalt, Jr. to John Pappan Regarding Comments and Suggestions Concerning the Proposed Regulations (draft 11-6-70) of Osage Reservation lands. Enclosed |
| 2285 | 0106EXH0022613 | 03/12/1981 | Advice of Authorization No. G-711-81 |
| 2301 | 0106EXH0022639 | 10/01/1990 | Summary of Lessees' monthly statement for October, 1990 |
| 2324 | 0106EXH0021074 | 01/01/1965 | Accounting Principles and Standards for Federal Agencies, GAO Law Library, The Comptroller General of the United States |
| 2325 | 0106EXH0021121 | 06/09/1972 | From Sheldon Charin to Charlie Hourigan, John Sykes BIA Accounting Principles and Standards representing those revisions incorporated to clarify certain areas for GAO approval (complete copy) |
| 2327 | 0106EXH0021178 | 01/10/1973 | From Chief, Division of Financial Management, BIA, to All Area Directors re Reclassification of Indian Tribal Trust Fund Deposits in the Treasury of the United States as Available Receipts (Attaching Amendment No. 3) |
| 2336 | 0106EXH0021229 | 08/31/1978 | Tribal Operations Conference Fountainhead Lodge, Checotah, Oklahoma 74423, August 31 - September 1, 1978 |
| 2340 | RMSUPP0000001 | 01/10/2006 | Supplemental Expert Report of Ronnie A. Martin with all Exhibits |
| 2341 | 0106EXH0021400 | 02/00/1986 | February 1986 - Using Oklahoma and Kansas Runs for December 1985 (Supp. Ex. A-1) |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 2342 | 0106EXH0021402 | 02/10/1986 | Posted Prices for February 1986 (Supp. Ex. A-2) |
| 2343 | 0106EXH0021406 | 03/00/1986 | Pricing Schedule by Gravity for the Month of February 1986 (Supp. Ex. A-3) |
| 2344 | 0106EXH0021412 | 03/07/1986 | Notice to All Oil and Gas Lessees and Crude Oil Purchasers (Supp. Ex. A-3) |
| 2345 | 0106EXH0021413 | 08/02/1989 | Top 80 % Companies for Month of July 1989 Using Oklahoma and Kansas Runs (Supp. Ex. B-1) |
| 2353 | 0106EXH0021415 | 08/00/1989 | Posted Prices for July 1989 (Supp. Ex. B-2) |
| 2355 | 0106EXH0021418 | 08/02/1989 | Prices by Different Gravity Schedules for the Month of July 1989 (Supp. Ex B-3) |
| 2360 | 0106EXH0021446 | 08/04/1989 | Notice to All Oil and Gas Lessees and Crude Oil Purchasers (Supp. Ex. B-4) |
| 2361 | 0106EXH0021448 | 11/02/1990 | Top 95 % Companies for Month of October 1990 Using Osage County Runs for August 1990 (Ex. C-3) |
| 2362 | 0106EXH0021449 | 11/05/1990 | Oil Company Price Bulletins for the Month of October 1990 (Supp. Ex. C-2) |
| 2363 | 0106EXH0021450 | 11/00/1990 | Osage Agency Pricing Schedule by Gravity for the Month of October 1990 (Supp. Ex. C-3) |
| 2364 | 0106EXH0021459 | 11/06/1990 | Notice to All Oil and Gas Lessees and Crude Oil Purchasers (Supp. Ex. C-4) |
| 2365 | 0106EXH0021461 | 10/20/1926 | Department of Interior Final Reports of Completed or Deepened Wells for Kewanee Oil & Gas - Stanley Stringer (Martin Supp. Exhibit D-2) |
| 2367 | 0106EXH0021417 | 02/00/1976 | For Consolidated Leases Only - Oil Lessee's Report (Kewanee) for the Month of January 1976 (Supp. Ex. D-4) |
| 2368 | 0106EXH0021657 | 05/17/1982 | Federal Energy and Mineral Resources Act of 1982, Hearings Before the Committee on Energy and Natural Resources United States Senate, 97th Congress, 2nd Session on S. 2305 Dated May 3, 1982 and May 17, 1982. |
| 2370 | 0106EXH0022027 | 10/01/1990 | 1990 Crude Oil Pricing Schedules |
| 2372 | 0106EXH0021901 | 07/17/1979 | From Superintendent, Osage Agency to Administrative Officer, Osage Agency regarding Statement of Osage Tribal Funds for September 1979 Payment |
| 2377 | 0106EXH0021908 | 06/01/1981 | Oil and Gas Leases on Indian Lands (Part 3), Hearing Before the Select Committee on Indian Affairs United States Senate, 97th Congress, 1st Session on Federal Supervision of Oil and Gas Leases on Indian Lands |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 2381 | 0106EXH0021936 | 01/30/1985 | From George Tallchief, Principal Chief to John Fritz, Deputy Assistant Secretary, Indian Affairs regarding the Superintendent of Osage Agency and Osage Tribal Council receiving Complaints from some Osage oil mining lessees concerning payments from crude oil purchasers |
| 2384 | 0106EXH0021945 | 05/30/1986 | From Superintendent, Osage Agency to Joseph Johnston, Chief, Division of Energy & Mineral Resources regarding Proposed Revision of 25 CFR 226 - Leasing of Osage Reservation Lands for Oil and Gas Mining |
| 2389 | 0106EXH0021476 | 01/01/2006 | Resume of Background and Experience of Milton K. Dial |
| 2396 | G06ALX0382738 | 06/09/1986 | Wire Transfer Report from History for 86-03 |
| 2452 | 2452_00063683.001 | 06/15/1976 | VD06G0105A - Arthur Andersen Underlying Transaction Document for quarterly headright payment |
| 2457 | 2457_00002204.001 | 08/24/1989 | CT08Z0236 - Arthur Andersen Underlying Transaction Document |
| 2458 | 2458_00006232.001 | 08/25/1989 | CT08Z0237 - Arthur Andersen Underlying Transaction Document |
| 2459 | 2459_00551676.001 | 02/24/1976 | CT02G0071 - Arthur Andersen Underlying Transaction Document |
| 2460 | 2460_00551677.001 | 02/25/1976 | CT02G0072 - Arthur Andersen Underlying Transaction Document |
| 2463 | 2463_00152427.001 | 12/19/1980 | CT12T6458 - Arthur Andersen Underlying Transaction Document |
| 2464 | 2464_00152429.001 | 12/24/1980 | CT12T6517 - Arthur Andersen Underlying Transaction Document |
| 2465 | 2465_00152432.001 | 12/29/1980 | CT12T6555 - Arthur Andersen Underlying Transaction Document |
| 2469 | EXH01060023418 | 07/12/1994 | Osage Indian Agency Branch of Minerals Accounting Section Oil Royalty Accounting Process |
| 2479 | 0106EXH0023494 | 03/07/1991 | Public Voucher for Purchases and Services Other than Personal. Payee's Name and Address: Various Annuitants. Articles or Services: March 1991 Quarterly Payment |
| 2480 | 0106EXH0023495 | 02/20/1991 | From Superintendent, Osage Agency, to Area Director, Muskogee Area Office, re: Quarterly Annuity Payment |
| 2482 | EXH2482_000001 | 09/26/2005 | History of Illinois Basin Posted Crude Oil Prices |
| 2483 | EXH2483_000001 | 05/01/1979 | From Ronnie Martin to Charles Hurlburt, Osage Agency, attaching Phillips crude oil statements for N. Burbank for 5/79 and 11/80 |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 2484 | EXH2484_000001 | 04/05/1993 | From Superintendent, Osage Agency, to Muskogee Area Director, re: Okie Crude Co., et al., v. Muskogee Area Director |
| 2501 | 0106EXH0024035 | 01/16/1981 | Oil Lessee's Report for Month of June through November, 1980 |
| 2505 | 0106EXH0023815 | 01/01/1976 | Oil Lessee's Report for Month of January 1976 |
| 2512 | 0106EXH0023842 | 05/14/1976 | Public Vouchers for Purchases and Services Other than Personal |
| 2525 | RM0000705 | 01/00/1976 | Oil Run Statement for January 1976, Sun Oil Company |
| 2526 | RM0000708 | 00/00/1976 | Production detail - July 75-June 76, Avant Consolidation Unit |
| 2527 | RM0000710 | 01/00/1976 | Phillips Petroleum Company |
| 2528 | RM0000712 | 02/20/1976 | Union Oil Company Oil Lessee's Reporto for January 1976, Osage Hominy, primary -non-water flood |
| 2529 | RM0000713 | 02/20/1976 | Union Oil Company Oil Lessee's Report for January 1976, Osage Hominy Secondary- Water flood |
| 2531 | RM0000718 | 00/00/1976 | Production Detail from July 1975 to June 1976, East Hardy Unit |
| 2532 | RM0000720 | 05/00/1976 | Damson Oil Corp. Oil Lessee's Report for May 1979 |
| 2533 | RM0000721 | 05/00/1979 | Bigheart Pipeline Corp. Oil Purchaser Report for May 1979 |
| 2534 | RM0000723 | 05/00/1979 | Phillips Petroleum Company Royalty table |
| 2535 | RM0000724 | 05/00/1979 | Phillips Petroleum Company Oil Lesse's Report for May 1979 |
| 2536 | RM0000725 | 05/00/1979 | Phillips Petroleum Company Crude Oil Statement for May 1979 - North Burbank |
| 2537 | RM0000730 | 05/00/1979 | Union Oil Company of California Oil Lessee's Report for May 1979 - Osage Hominy |
| 2538 | RM0000731 | 05/00/1979 | Union Oil Company Oil Run Statement for May 1979 - Osage Hominy Non-Waterflood |
| 2539 | RM0000732 | 05/00/1979 | Union Oil Company Oil Lessee's Report for May 1979 - Osage Hominy |
| 2540 | RM0000733 | 05/00/1979 | Union Oil Company of California Oil Run Statement for May 1979 - Osage Hominy Waterflood |
| 2541 | RM0000734 | 00/00/1979 | Production Detail from July 1978 to June 1979 - Osage Hominy Unit |
| 2542 | RM0000738 | 01/23/1981 | Ceja Corp Oil Lessee's Report for November 1980 |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 2543 | RM0000740 | 00/00/1981 | Production Detail from July 1980 to June 1981 - Avant Consolidation Unit |
| 2544 | RM0000742 | 11/00/1980 | Summary of Oil Runs From Osage Oil Leases for November 1980 |
| 2545 | RM0000744 | 11/00/1980 | Phillips Petroleum Company Crude Oil Statement for November 1980 |
| 2546 | RM0000749 | 12/24/1980 | Union Oil Company of California Oil Lessee's Report for November 1980 - Osage Hominy Non-Waterflood |
| 2547 | RM0000753 | 03/07/1986 | Notice from Superintendent Osage Agency to All Oil and Gas Lessees and Crude Oil Purchasers |
| 2548 | RM0000762 | 04/03/1986 | Murray Hill Oil & Gas Company Oil Lessee's Report for February 1986 - Avant Waterflood |
| 2549 | RM0000763 | 03/12/1986 | Bigheart Pipe Line Corp Oil Purchase Statement - Avant |
| 2550 | RM0000766 | 03/24/1986 | Phillips Petroleum Company Oil Lessee's Report for February 1986 |
| 2551 | RM0000768 | 03/24/1986 | Union Oil Company of California Oil Lessee's Report for February 1986 |
| 2552 | RM0000769 | 02/00/1986 | Union Oil Company Oil Run Statement for February 1986 - Osage Hominy |
| 2553 | RM0000774 | 02/00/1986 | Chevron U.S.A. Inc. Oil Lessee's Report for February 1986 |
| 2555 | RM0000781 | 07/00/1989 | Phillips Petroleum Company Oil Lessee's Report for July 1989 - North Burbank |
| 2556 | RM0000783 | 08/17/1989 | Union Oil Co. of California Oil Lessee's Report for July 1989 - Osage Hominy |
| 2557 | RM0000784 | 07/00/1989 | Koch Oil Company Crude Oil Purchase Statement |
| 2558 | RM0000787 | 08/26/1989 | Chevron U.S.A. Inc Oil Lessee's Report for July 1989 - Stanley Stringer |
| 2559 | RM0000789 | 11/06/1990 | Notice from Superintendent Osage Agency to All Oil and Gas Leasses and Crude Oil Purchasers |
| 2560 | RM0000792 | 12/05/1990 | Ceja Corporation Oil Lessee's Report for October 1990 - East Hardy |
| 2561 | RM0000795 | 11/14/1990 | Oil of Oy-Vay, Inc. Oil Lessee's Report for October 1990 |
| 2562 | RM0000796 | 10/00/1990 | Koch Oil Company Crude Oil Purchase Statement for October 1990 - Avant |
| 2563 | RM0000798 | 12/10/1990 | Phillips Petroleum Company Oil Lessee's Report for October 1990 - Waterflood |
| 2564 | RM0000800 | 10/00/1990 | Union Oil Co. of California Oil Lessee's Report for October (amended) 1990 |
| 2565 | RM0000801 | 10/00/1990 | Koch Oil Company Crude Oil Purchase Statement - Hominy |

| Provisional Exhibit Number | Bates Number | Document Date | Exhibit Description |
|---|---|---|---|
| 2566 | RM0000804 | 12/03/1990 | Hyperion Energy Oil Lessee's Report for October 1990 |
| 2574 | G06ALX0964111 | 03/31/1976 | Trust Funds Investment Report Part II & III 3-31-76 |