**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed February 8, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING AMENDED TABLE OF CONTENTS TO MEMORANDUM IN SUPPORT OF MOTION TO STRIKE**

Pursuant to the Court's Order dated February 7, 2006 and RCFC 5.2(a)(1)(A), Plaintiff Osage Nation respectfully submits the attached amended Table of Contents to the Memorandum of Points and Authorities in Support of Plaintiff's Motion to Strike Defendant's Newly Asserted Affirmative Defenses of Estoppel and Laches and to Exclude Evidence Supporting Such Defenses, identifying the Exhibits attached to the Memorandum, and a paginated set of the Exhibits.

Dated this February 8, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation