**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed:<br>February 9, 2006<br><br>No. 99-550L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**DEFENDANT'S OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS LISTED ON ITS REVISED EXHIBIT LIST**

Defendant submits the following specific objections to Plaintiff's proposed trial exhibits in response to this Court's Orders of June 20, 2005 and February 7, 2006.

| Exh. No. | Description | Defendant's Objection |
|---|---|---|
| 709 | Petroleum Information Corp. , Summary Pipe Line Runs | Relevance |
| 710 | Oklahoma Corporation Commission, 1986 Annual Liquids and Gas Runs | Relevance |
| 712 | Oklahoma Corporation Commission, 1989 Annual Liquids and Gas Runs | Relevance |
| 713 | Oklahoma Corporation Commission, 1990 Annual Liquids and Gas Runs | Relevance |
| 714 | Kansas Crude Oil Production, Energy Information Administration | Relevance |
| 715 | Oklahoma Crude Oil Production, Energy Information Administration | Relevance |

Respectfully submitted this 9th day of February, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ Brett D. Burton
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

s/ Martin J. LaLonde
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247/0479
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:
Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-7403
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel

Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627