# EXHIBIT 1

**From:** Burton, Brett (ENRD)
**Sent:** Monday, August 22, 2005 11:02 AM
**To:** 'jrothrock@AKINGUMP.COM'; 'EPilsk@AKINGUMP.com'; 'wkpipestem@pipestemlaw.com'
**Cc:** Webb, Kevin (ENRD); LaLonde, Martin (ENRD); Hoang, Anthony (ENRD); Willis, Jeannie (ENRD); Salter, Jaye (ENRD); Gaines, Shawn (ENRD); ENRD-ITTA Emails
**Subject:** Osage - Interior 30(b)(6) Depositions

Jerry and Eric:

Here is the proposed schedule for the Interior 30(b)(6) depositions this week at the Osage Agency in Pawhuska, OK, along with the designated topics for each witness from the Tribe's May 4, 2005, 30(b)(6) Notice.

Wednesday, August 24: Tribe deposes Carol Revard, Supervisory Realty Specialist at 9 a.m. (topics: 1(a), 1(b), 1(c), and 2.)

Tribe deposes Charles Hurlburt, Petroleum Engineer at 1 p.m. (topics: 6 and 7)

Thursday, August 25: Tribe deposes Judi Hill, Accounting Technician at 9 a.m. (topics 1(d) (receipt, collection, handling, deposit and distribution), 1(e), 5 (except for persons involved in investing); 14 (except for investing))

Tribe deposes Rowena Beach, Realty Specialist, Eastern Oklahoma Regional Office at 1 p.m. (topics 1(d) (receipt, collection, handling, deposit, and distribution); 1(e), and 5 (except for investing)

Friday, August 26: Follow-up

Per RCFC 30(b)(6), the designated witnesses are prepared to testify to matters known or "reasonably available" to Interior. Unfortunately, as you are aware, there are still substantial gaps in documents relevant to the tranche one months and tranche one leases, despite the parties' best efforts to locate such documents in recent joint discovery efforts. Also, the witnesses above have made reasonable efforts to contact former employees, but in many instances, the former employees could provide only limited, if any, information regarding the tranche one leases and tranche one months. As a result, the testimony of the 30(b)(6) witnesses above will be limited by the documents and information currently available. You will receive a set of documents from the joint search potentially relevant to the tranche one leases and months (a sub-set of documents previously provided to the Tribe) today. As a heads up:

- Charles' deposition will likely be brief because he is not currently aware of audits possibly responsive to topics 6 and 7, beyond the MMS and IG Audits already covered in previous 30(b)(6) depositions.
- Carol Revard's deposition may also be brief because we do not currently have many documents related to royalty calculation for the tranche one period and tranche one months (other than a few HPP bulletins, some production reports, and some run statements).
- Judi Hill will be able to cover the tranche one months January 1976 and May 1979 in more detail than the other tranche one months due to a greater availability of documents for those months (although there are still gaps).

Thanks,
Brett