# EXHIBIT 5

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

THE OSAGE NATION and/or
TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

vs. No. 00-169L
JUDGE EMILY C. HEWITT

THE UNITED STATES OF AMERICA,

Defendant

VIDEO 30(b)(6) DEPOSITION OF ROWENA BEACH, a witness called on behalf of the Plaintiff, on the 25th day of August, 2005, at 813 Grandview Avenue, in the City of Pawhuska, County of Osage, and State of Oklahoma, commencing at 1:45 p.m., before the undersigned, Elizabeth Davidson, a Certified Shorthand Reporter in and for the State of Oklahoma.

Fee for Original: $
Paid by Plaintiff.

ELIZABETH DAVIDSON, CSR #122

DAVIDSON REPORTING SERVICE
CERTIFIED SHORTHAND REPORTERS
5508 South Lewis
Tulsa, OK 74105
(918) 745-9959

covered by the 30(b)(6) areas, and I just note the objection, and we'll work with -- with Mr. Burton to resolve as necessary.

MR. BURTON: And just in response, I wanted to note we will also work with the plaintiff. I would want to note, in our opinion, this witness did make reasonable efforts based on the documents that were available and her efforts to contact former employees, but nevertheless we will continue to work with plaintiff to resolve these gaps.

MR. PILSK: Okay.

MR. BURTON: I have no further -- I don't have any questions.

(End of proceedings.)

* * * * * * * * * *