# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE OSAGE NATION, )
Plaintiff, )
v. ) Docket No.: 00-169
UNITED STATES, )
Defendant. )

Suite 712, Chambers
National Courts Building
717 Madison Place, N.W.
Washington, D.C.
Tuesday
March 15, 2005

The parties met, pursuant to notice of the Court, at 2:00 p.m.

BEFORE: HONORABLE EMILY C. HEWITT
Judge

APPEARANCES:

For the Plaintiff (via telephone):
WILSON KIRK PIPESTEM, Esquire
JERRY ROTHROCK, Esquire
AMANDA JOHNSON, Esquire
Pipestem Law Firm, PC
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 419-3526
JIM PARIS, Consultant
(505) 239-8591

30:1 schedule, to start with, but go ahead.

MR. BURTON: Yes, Your Honor. Thank you, Your Honor.

THE COURT: I'm sorry.

MR. BURTON: Oh, no. That's fine. Anyway, it's going to be very crucial, from our standpoint, obviously, for the Plaintiffs to identify their claims --

THE COURT: Right.

MR. BURTON: -- so that we can focus the discovery effort. And along those lines, I did want to mention that out of the two claims that the Plaintiffs cited, one of them was failure to collect at the appropriate royalty rate, and, from our view, that claim may very well belong more in the Osage pricing case, which is also in the Court of Federal Claims. As I'm sure you're aware, Your Honor, there is another Osage case that deals more with essentially the pricing issues, evaluation-type issues, in this case.

And under Shoshone-Arapaho, the federal circuit decision, in that case, they made a distinction between, obviously, trust fund and trust asset claims, and within trust fund claims, you do have failure to collect, but the court did go on to

essentially state that failure to collect, or trust fund claims, does not include trying to get the proper price or the highest price. So that would be a concern, from our standpoint, is that the claims are cut off so that they are clearly trust fund claims.

One additional note: In the Court of Federal Claims dealing with the pricing issues, the complaint was filed in 1999, --

THE COURT: The one that was before Judge Wiese.

MR. BURTON: Yes, Your Honor.

THE COURT: Is it still before him, or has it migrated to other chambers? Mr. Pipestem?

MR. PIPESTEM: Your Honor, this is Wilson Pipestem. That case is now before Judge Coster Williams.

THE COURT: Thank you.

MR. BURTON: Your Honor, this is Brad Burton again. I did want to mention that, in that case, it's our understanding that in mid-April, early-to-mid-April, the parties will be briefing, I think, some type of summary judgment or motion to dismiss that will very well get into that issue of where do you draw the line between trust fund and trust assets, so I just wanted to let the Court know that that issue is