# EXHIBIT 3

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-169 L |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to RCFC 26(b) and 30, Defendant will depose James Parris at the offices of the Department of Justice, Environment and Natural Resources Division, 601 D Street, NW, Washington, DC 20004, **on June 28, 2005, commencing at 10:00 AM**, unless another time and place is agreed upon by counsel for the parties, and will continue until completed.

Said deposition will be taken before a notary public or some other officer authorized to administer oaths. Unless otherwise agreed, testimony shall be recorded by stenographic means.

Pursuant to RCFC 30(b)(5) and 34, the deponent is requested to produce the documents listed below to the Defendant's counsel by **June 24, 2005.**[1] If this request is not feasible for particular documents, the deponent is requested to produce those documents to Defendant's counsel **no later than June 28, 2005 at 10:00 AM**.

1. Any and all documents reviewed in preparation for the above-noticed deposition not previously produced to Defendant;

---

[1] This request does not include documents previously provided to the Defendant.

2. Any other personal notes relating to the subject matter of the deponent's testimony, including notes of telephone calls or meetings concerning the potential subject matter of the deponent's testimony not previously produced to Defendant;

3. Any and all documents/records relating to the deponent's employment with the Osage Nation, including, but not limited to, any audits that the deponent prepared, assisted in preparing, or reviewed during his employment with the Tribe in the 1970s and 1980s.

4. Any and all documents/records relating to the deponent's employment with the Department of the Interior.

Brett Burton By: Martin J. LaL

BRETT D. BURTON
Trial Attorney
General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0212 (phone)
(202) 305-0506 (fax)
brett.burton@usdoj.gov

DATED: May 31, 2005

OF COUNSEL:

Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Stephen Simpson
Attorney
Office of the Solicitor
Division of Indian Affairs

Jason R. Baron
Director of Litigation
Office of General Counsel
National Archives and Records Administration

U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

8601 Adelphi Road
Room 3110, NGC
College Park, Maryland 20740-6001
Telephone: (301) 837-1499
Fax: (301) 837-0293

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2005, I served the foregoing NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND REQUEST FOR PRODUCTION OF DOCUMENTS, by sending copies thereof by telefax and e-mail to the following:

Wilson Pipestem
Pipestem Law Firm, PC
1333 New Hampshire Ave., NW Washington, DC 20036
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Jerry Rothrock
Akin Gump Strauss Hauer & Feld
13333 New Hampshire Avenue, NW Washington, DC 20036-1564
Fax: (202) 887-4288
jrothrock@akingump.com

Martin J. LaLonde