**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | ) | Electronically Filed: February 10, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S MOTION TO FILE PLEADINGS OUT-OF-TIME**

Defendant respectfully requests, pursuant to RCFC 6.1, the Court to Grant this Motion to File Pleadings Out-of-Time. Pursuant to Court's Order of February 7, 2006, Defendant was to file its response to Plaintiff's Motion in Limine related to Defendant's laches and equitable estoppel claims and its objections to Plaintiff's exhibits by February 9, 2006. Due to technical problems that Defendant encountered with its system, it was not able to file these pleadings until shortly after midnight on February 10, 2006. Defendant accordingly seeks leave to file the following pleadings on February 10, 2006:

1. Defendant's Opposition to Plaintiff Osage Nation's Motion to Strike Defendant's Newly Asserted Affirmative Defenses of Estoppel and Laches and to Exclude Evidence Supporting Such Defenses

2. Defendant's Objections to Plaintiffs' Trial Exhibits Listed on its Revised Exhibit List

3. Defendant's Reply Memorandum in Support of Motion in Limine to Preclude Plaintiff from Challenging Interior's Interpretation of Osage Regulations in Okie Crude Co. V. Muskogee Area Director

4. Defendant's Motion for Leave to File Surreply to Plaintiff's Reply in Support of its Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders

5. Defendant's Surreply to Plaintiff's Reply in Support of its Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders

Due to the late hour, Defendant's counsel was unable to contact Plaintiff's counsel to determine its position regarding this motion. For the foregoing reasons, Defendant respectfully requests, pursuant to RCFC 6.1, that the Court Grant this Motion to File Pleadings Out-of-Time.

Respectfully submitted this 10th day of February, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

MARTIN J. LALONDE
KEVIN WEBB
LAURA MAROLDY
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021
Attorney for Defendant

OF COUNSEL:

Brenda Riel
Elisabeth Brandon
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior

MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218/3714
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.
Room 552A
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627