# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 10, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it Defendant's Motion for Leave to File Surreply to Plaintiff's Reply in Support of Its Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders (Motion), filed February 10, 2006. Defendant requests leave to file a surreply to address issues raised in plaintiff's Reply that were previously unraised. Based on the representations contained therein, the court hereby GRANTS defendant's motion nunc pro tunc.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge