# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 10, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court has before it Defendant's Motion for Leave to File Pleadings Out-of-Time (Motion), filed February 10, 2006 at 0:50 a.m. EST. By the court's Order of February 7, 2006 (Order), defendant was to file its response to Plaintiff Osage Nation's Motion to Strike Defendant's Newly Asserted Affirmative Defenses of Estoppel and Laches and to Exclude Evidence Supporting Such Defenses and any objections to plaintiff's witness and exhibit lists and/or responses or replies to existing objections on or before February 9, 2006. The filings indicated in defendant's Motion were all filed within one hour of the deadline established by the court in its Order. Based on the representations contained therein, the court hereby GRANTS defendant's motion nunc pro tunc.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge