**U.S. Department of Justice**

Environment and Natural Resources Division

90-2-20-09922

***Postal Address***
***General Litigation Section***
***P. O. Box 663***
***Washington, DC 20044-0663***

***Telephone (202) 305-0212***
***Facsimile (202) 353-2021***

***Courier Address***
***Room 3127***
***601 D Street, NW***
***Washington, DC 20004***

April 13, 2005

**BY HAND-DELIVERY**
Wilson K. Pipestem, Esq.
1333 New Hampshire Ave., NW
Washington, DC 20036

**Re: <u>Osage Nation v. U.S. (CFC Case No. 00-169L)–Production of Osage Agency SF-135 and Inventory</u>**

Mr. Pipestem:

I have enclosed the SF-135 and an inventory from the Osage Agency reflecting 268 boxes that were transferred from the Osage Agency to the American Indian Records Repository ("AIRR") in Lenexa, Kansas. These 268 boxes were assigned accession number 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 and designated as *Indian Land Lease Case Files/Land Lease Case Files Documenting Mineral, Oil or Gas Leases*. Per the status conference today, these 268 boxes would include the 66 Category 3 boxes referenced in *The Osage Nation's First Notice Identifying Tranche One Boxes for Expedited Discovery.*

The Government searched for box titles in the SF-135 inventory that included the following terms: lessee reports, purchaser reports, oil control cards, monthly oil production (historical) and oil reports. This search resulted in 55 boxes which, at this time, appear to be all or some of the Category 3 boxes. The 66 Category 3 boxes may have been consolidated into 55 boxes. I have also enclosed this list for your review.

By close of business Thursday, April 14, please confirm the boxes that you wish to review next week in Lenexa.

Please contact me at 305-0212 if you have any questions or concerns.

Sincerely,

Brett D. Burton
Attorney

Enclosures

G06 Oil Reports 4618a*

4/7/2005

| [illegible] | [illegible] |
|---|---|
| G06-05-0971-0084-0268 | 4618a-P5 Realty Minerals Green Bar Sheets Lessee Master Log May 1981 Non Producing Lease Lists *Computer Lists Annuity Oil Purchase Reports 1980 - 1982* |
| G06-05-0971-0025-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0123-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0056-0268 | Realty Minerals 4618a-P5 Land Lease Case Files Oil Reports |
| G06-05-0971-0122-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0070-0268 | Realty Minerals Oil Control Cards 4618a-P5 |
| G06-05-0971-0124-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0125-0268 | 4618a-P5 Monthly Oil Production History Realty Minerals Land Lease Case Files |
| G06-05-0971-0178-0268 | 4618a-P5 Monthly Oil Production Recycle Realty Minerals |
| G06-05-0971-0134-0268 | Realty Minerals Monthly Oil Production List 4618a-P5 Land Lease Case Files |
| G06-05-0971-0133-0268 | Realty Minerals 4618a-P5 Monthly Oil Production Records |
| G06-05-0971-0055-0268 | Realty Minerals 4618a-P5 Oil Reports |

| | |
|---|---|
| G06-05-0971-0154-0268 | 4618a-P5 Realty Minerals Monthly Oil Production History Land Lease Case Files |
| G06-05-0971-0153-0268 | 4618a-P5 Realty Minerals Monthly Oil Production History Land Lease Case Files |
| G06-05-0971-0148-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0170-0268 | Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0172-0268 | Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0169-0268 | Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0211-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0223-0268 | 4618a-P5 Realty Minerals Monthly Oil Production History Land Lease Case Files |
| G06-05-0971-0208-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0216-0268 | 4618a-P5 Realty Minerals Monthly Oil Production Record |
| G06-05-0971-0217-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0235-0268 | 4618a-P5 Monthly Oil Production History Realty Minerals Land Lease Case Files |



APR-7-2005 13:29 FROM:LABAT ANDERSON 9135410506 TO:12023532021 P:3/6

| | |
|---|---|
| G06-05-0971-0155-0268 | Realty Minerals Monthly Oil Production History TR-4618a-P5 Land Lease Case Files |
| G06-05-0971-0232-0268 | 4618a-P5 Monthly Oil Production History Land Lease Case Files Realty Minerals |
| G06-05-0971-0231-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0147-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0092-0268 | 4618a-P5 Oil Control Cards Realty Minerals |
| G06-05-0971-0175-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0141-0268 | 4618a-P5 Monthly Oil Production History Realty Minerals |
| G06-05-0971-0150-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 |
| G06-05-0971-0157-0268 | 4618a-P5 Monthly Oil Production History Land Lease Case Files Realty Minerals |
| G06-05-0971-0158-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Reports |
| G06-05-0971-0138-0268 | 4618a-P5 Realty Minerals Monthly Oil Production History Land Lease Case Files |
| G06-05-0971-0214-0268 | Realty Minerals 4618a-P5 Monthly Oil Production Records |



APR-7-2005 13:29 FROM:LABAT ANDERSON 9135410506 TO:12023532021 P:4/6

| | |
|---|---|
| G06-05-0971-0142-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0151-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0210-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Oil Lease Income Ledger |
| G06-05-0971-0140-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Oil Lease Income Ledger |
| G06-05-0971-0222-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0137-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0230-0268 | Monthly Oil Production History 4618a-P5 Land Lease Case Files Realty Minerals |
| G06-05-0971-0156-0268 | Monthly Oil Production History Realty Minerals 4618a-P5 Land Lease Case Files |
| G06-05-0971-0174-0268 | Monthly Oil Production History Realty Minerals Land Lease Case Files 4618a-P5 |
| G06-05-0971-0212-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0171-0268 | Monthly Oil Production History 4618a-P5 Land Lease Case Files |
| G06-05-0971-0144-0268 | Realty Minerals Monthly Oil Production History 4618a-P5 Land Lease Case Files |

| | |
|---|---|
| G06-05-0971-0027-0268 | Realty Minerals 4618a-P5 Oil Control Cards |
| G06-05-0971-0176-0268 | 4618a-P5 Realty Minerals Monthly Oil Production History Land Lease Case Files |
| G06-05-0971-0149-0268 | Monthly Oil Production History 4618a-P5 Land Lease Case Files Realty Minerals |
| G06-05-0971-0028-0268 | Realty Minerals 4618a-P5 Oil Control Cards |
| G06-05-0971-0120-0268 | 4618a-P5 Land Lease Case Files Monthly Oil Production History Realty Minerals |
| G06-05-0971-0233-0268 | 4618a-P5 Monthly Oil Production History Land Lease Case Files Realty Minerals |
| G06-05-0971-0073-0268 | Realty Minerals MAA Box 27 Sand Sandstone & Gravel Royalty Limestone Tickets 1981 Monthly Tank Bottom Oil Reports 1981 Miscellaneous Run Statements 1982 4618a-P5 Other Minerals |

# RECORDS TRANSMITTAL AND RECEIPT

Complete and se[nd] [o]riginal and two copies of this form to the appropriate Federal Records Center for appro[val] [pr]ior to shipment of records. See specific instruction on reverse.

Page 1 Of 1

**1. TO** (Comp[lete] the address for the center serving your area as shown in 36 CFR 1228.150)
Federal Records Center
NARA for the American Indian
Repository-Annex (AIRR)
17501 West 98th Street Suite 31-50
Lenexa, KS 66219

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (Signature and Title): Ethel J. Abeita, Director of Office of Trust Records — DATE: 4/1/05

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, Office and Telephone No.)
Heather Little — ORO
Phone: (918) 287-5740 — Osage Agency

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (Signature and Title) — DATE

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)
Bureau of Indian Affairs (BIA)
Osage Agency
813 Grandview
Pawhuska, OK 74056

*Agency Code* G06
FAX: (918) 287-4320

**This SF-135 is approved contingent upon NARA receiving with the records an approved DOI Record Move Request form, plus all supporting documents.**

Fold Line

**6. RECORDS DATA**

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu.ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 075 | 05 | 1480 | 268 | 1 - 268 | This shipment consists of standard-sized boxes.<br><br>**Indian Land Lease Case Files / Land Lease Case Files Documenting Mineral, Oil or Gas Leases**<br>Mineral, oil and gas, business, homesite, and surface land farming, and other surface land leases; sand and gravel permits. Include copy of lease, lease bond, transmittal form for lease and bond, statement and certificate of awards, lease assignments. Also contain land description, heirship and current ownership of Indian Trust lands, identification of owners. Subject to the Privacy Act (BIA-5).<br><br>Date Range: 1903 - 2004<br><br>OST: G06-05-0971 | W | 16 BIAM 4618a-P5<br>N1-75-89-1<br>(Permanent) | PERM<br>01/2026<br>ITA/COB<br>TL | | | | |

RECEIVED
APR 04 2005
NARA-LENEXA

NSN 7540-00-634-4093 — 135-107 — Standard Form 135 (Rev. 7-85) Prescribed by NARA 36 CFR 1228.152

5642

MAR 3 1 2005

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0020-0268 **OST Number:** G06-05-0971 **FRC Number:** 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-0020-0268

**Box Title:** Realty Minerals 4618a-P5

**Record Series:** 4618a-P5

**Record Series Title:** Indian Land Lease Case Files / Land Lease Case Files Documenting Mineral, Oil or Gas Leases

| | | | |
|---|---|---|---|
| 1 | **File Title**: Notes 1975 | **Range Values-Date:** | 197500 198109 |
| 2 | **File Title**: Contract Numbers | **Range Values-Date:** | 198100 198100 |
| 3 | **File Title**: Gas Contract Numbers | **Range Values-Date:** | 198100 198100 |
| 4 | **File Title**: Oil and Gas Contract Numbers | **Range Values-Date:** | 198100 198100 |
| 5 | **File Title**: Rent Stoppage Notice | **Range Values-Date:** | 197307 197805 |
| 6 | **File Title**: Old Computer File Miscellaneous Material Used in Setting Up System | **Range Values-Date:** | 197800 198112 |
| 7 | **File Title**: Rentals 1981 | **Range Values-Date:** | 198002 198108 |
| 8 | **File Title**: Royalty Rates for Water Floods | **Range Values-Date:** | 198200 198200 |
| 9 | **File Title**: [None] | **Range Values-Date:** | 198200 198206 |
| 10 | **File Title**: Rentals Paid in November 1981 and December 1981 | **Range Values-Date:** | 198012 198304 |
| 11 | **File Title**: BFC Form F Production History | **Range Values-Date:** | 195508 198011 |
| 12 | **File Title**: Candy Lake Check C Rose Arm | **Range Values-Date:** | 197100 197907 |
| 13 | **File Title**: Candy Creek April 08 1980 | **Range Values-Date:** | 197100 197100 |
| 14 | **File Title**: Skiatook Lake | **Range Values-Date:** | 196708 198103 |
| 15 | **File Title**: Skiatook Lake Production Check C Rose Arm | **Range Values-Date:** | 196200 198004 |
| 16 | **File Title**: Accumulative Annual Production | **Range Values-Date:** | 198000 198203 |
| 17 | **File Title**: Skiatook Oklahoma | **Range Values-Date:** | 196708 198104 |
| 18 | **File Title**: Producing Leases | **Range Values-Date:** | 197100 198104 |
| 19 | **File Title**: Lease Sale 204 | **Range Values-Date:** | 198000 198105 |
| 20 | **File Title**: Delinquent Lease Rental Listing | **Range Values-Date:** | 198000 198012 |
| 21 | **File Title**: Notes on Gas Figures | **Range Values-Date:** | 197700 198209 |
| 22 | **File Title**: April 1981 Incorrect Royalty Amounts Hand Notes | **Range Values-Date:** | 198000 198105 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0020-0268 **OST Number:** G06-05-0971 **FRC Number:** 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-0020-0268

**Box Title:** Realty Minerals 4618a-P5

**Record Series:** 4618a-P5

**Record Series Title:** Indian Land Lease Case Files / Land Lease Case Files Documenting Mineral, Oil or Gas Leases

| | | | |
|---|---|---|---|
| 23 | **File Title**: Oklahoma Tax Commission Gross Production Ledger February 1981 | **Range Values-Date:** | 198008 198103 |
| 24 | **File Title**: Rental Payment Receipts | **Range Values-Date:** | 198100 198202 |
| 25 | **File Title**: Check Stubs Annual Delayed Rentals | **Range Values-Date:** | 196100 198203 |
| 26 | **File Title**: Candy Lake Production Count | **Range Values-Date:** | 197100 198004 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0084-0268 **OST Number:** G06-05-0971 **FRC Number:** 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-0084-0268

**Box Title:** 4618a-P5 Realty Minerals Green Bar Sheets Lessee Master Log May 1981 Non Producing Lease Lists Computer Lists Annuity Oil Purchase Reports 1980 - 1982

**Record Series:** 4618a-P5

**Record Series Title:** Indian Land Lease Case Files / Land Lease Case Files Documenting Mineral, Oil or Gas Leases

| | | | |
|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 197905 198209 |
| 2 | **File Title:** [None] | **Range Values-Date:** | 198105 198105 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0085-0268 **OST Number:** G06-05-0971 **FRC Number:** 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-0085-0268

**Box Title:** 4618a-P5 Realty Minerals Tie Outs

**Record Series:** 4618a-P5

**Record Series Title:** Indian Land Lease Case Files / Land Lease Case Files Documenting Mineral, Oil or Gas Leases

| | | | |
|---|---|---|---|
| 1 | **File Title:** Indian Land Lease Case File Tie Outs Open March 16 1896 Subject to the Privacy Act January 1990 | **Range Values-Date:** | 199309 199309 |
| 2 | **File Title:** TR-4618-P5 Indian Land Lease Case File Tie Outs Open March 16 1896 Subject to the Privacy Act February 1990 | **Range Values-Date:** | 199309 199309 |
| 3 | **File Title:** TR-4618-P5 Indian Land Lease Case File Tie Outs Open March 16 1896 Subject to the Privacy Act March 1990 | **Range Values-Date:** | 199309 199309 |
| 4 | **File Title:** Indian Land Lease Case File Tie Outs Open March 16 1896 Subject to the Privacy Act April 1991 | **Range Values-Date:** | 199311 199312 |