**LaLonde, Martin (ENRD)**

**From:** jrothrock@AKINGUMP.COM
**Sent:** Sunday, April 17, 2005 2:57 PM
**To:** Burton, Brett (ENRD); LaLonde, Martin (ENRD)
**Cc:** wkpipestem@ietan.com; arjohnson@AKINGUMP.com; jimparris428@msn.com
**Subject:** Boxes to be reviewed at AIRR by Osage Nation during the week of April 18, 2005

**Attachments:** tmp.htm; EAST-#7386747-v1-List_of_boxes_to_be_review_by_Osage_Nation_at_AIRR_during_week_of_April_18__2005_in_addition_to_.DOC

tmp.htm (4 KB) EAST-#7386747-v1-List_of_boxes...

Brett and Martin,

Wilson Pipestem asked that we send this message to you.

Thanks for agreeing to set up a phone call with us last Friday on such short notice. As we explained in that call, the Osage Nation has reviewed the information the government provided concerning 268 boxes at AIRR in Lenexa, Kansas, that were previously at the Osage Agency in Pawhuska, Oklahoma. The Osage Nation has also reviewed the list of 55 boxes that the government provided in order to help the Osage Nation identify the boxes at AIRR that contain the information that was in 66 boxes at the Osage Agency that the Osage Nation had designated for copying. As also discussed, the Osage Nation was hoping to find a way to locate this material without reviewing all 268 boxes at AIRR.

Based on our discussions during the call last Friday, the Osage Nation took one more look at the information you provided us concerning the 268 boxes at AIRR. Based on that second look, the Osage Nation was able to eliminate a number of these boxes from the review that will take place next week. Attached is a list that identifies 71 boxes at AIRR that the Osage Nation would like to review next week. These 71 boxes are in addition to the 55 boxes that the government previously identified and in addition to any other boxes that Jim Parris has identified to Ken Dalton.

We would appreciate your forwarding this list to Ken Dalton so he can make the necessary arrangements for review of these boxes at AIRR. In view of the short lead time involved, we are also faxing a copy of this list to Ken Dalton. Please feel free to contact Wilson Pipestem or me
If you would like to discuss.

Jerry

cc (w/enc.): Ken Dalton (via fax)

<<EAST-#7386747-v1-List_of_boxes_to_be_review_by_Osage_Nation_at_AIRR_during_week_of_April_18__2005_in_addition_to_.DOC>>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received

this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**BOXES TO BE REVIEWED BY OSAGE NATION AT AIRR DURING WEEK OF APRIL 18, 2005 IN ADDITION TO THE 55 BOXES IDENTIFIED BY THE GOVERNMENT**

| Box Number: | | OST Number: |
|---|---|---|
| 1. | 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-0003-0268 | G06-05-0971 |
| 2. | 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-0004-0268 | G06-05-0971 |
| 3. | 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-0007-0268 | G06-05-0971 |
| 4. | 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-0014-0268 | G06-05-0971 |
| 5. | 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-0015-0268 | G06-05-0971 |
| 6. | 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-0016-0268 | G06-05-0971 |
| 7. | 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-0019-0268 | G06-05-0971 |
| 8. | 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-0020-0268 | G06-05-0971 |
| 9. | 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-0023-0268 | G06-05-0971 |
| 10. | 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-0025-0268 | G06-05-0971 |
| 11. | 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-0026-0268 | G06-05-0971 |
| 12. | 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-0027-0268 | G06-05-0971 |
| 13. | 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-0028-0268 | G06-05-0971 |
| 14. | 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-0036-0268 | G06-05-0971 |
| 15. | 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-0041-0268 | G06-05-0971 |
| 16. | 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-0046-0268 | G06-05-0971 |
| 17. | 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-0047-0268 | G06-05-0971 |
| 18. | 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-0048-0268 | G06-05-0971 |
| 19. | 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-0049-0268 | G06-05-0971 |
| 20. | 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-0050-0268 | G06-05-0971 |
| 21. | 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-0053-0268 | G06-05-0971 |
| 22. | 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-0054-0268 | G06-05-0971 |
| 23. | 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-0055-0268 | G06-05-0971 |
| 24. | 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-0056-0268 | G06-05-0971 |
| 25. | 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-0057-0268 | G06-05-0971 |
| 26. | 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-0061-0268 | G06-05-0971 |
| 27. | 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-0062-0268 | G06-05-0971 |
| 28. | 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-0067-0268 | G06-05-0971 |
| 29. | 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-0069-0268 | G06-05-0971 |
| 30. | 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-0070-0268 | G06-05-0971 |
| 31. | 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-0071-0268 | G06-05-0971 |
| 32. | 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-0077-0268 | G06-05-0971 |
| 33. | 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-0083-0268 | G06-05-0971 |
| 34. | 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-0092-0268 | G06-05-0971 |
| 35. | 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-0097-0268 | G06-05-0971 |
| 36. | 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-0098-0268 | G06-05-0971 |
| 37. | 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-0102-0268 | G06-05-0971 |
| 38. | 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-0106-0268 | G06-05-0971 |
| 39. | 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-0108-0268 | G06-05-0971 |
| 40. | 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-0110-0268 | G06-05-0971 |
| 41. | 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-0111-0268 | G06-05-0971 |
| 42. | 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-0113-0268 | G06-05-0971 |

43. 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-0114-0268 G06-05-0971
44. 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-0123-0268 G06-05-0971
45. 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-0126-0268 G06-05-0971
46. 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-0133-0268 G06-05-0971
47. 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-0136-0268 G06-05-0971
48. 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-0138-0268 G06-05-0971
49. 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-0141-0268 G06-05-0971
50. 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-0150-0268 G06-05-0971
51. 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-0157-0268 G06-05-0971
52. 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-0162-0268 G06-05-0971
53. 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-0178-0268 G06-05-0971
54. 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-0180-0268 G06-05-0971
55. 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-0181-0268 G06-05-0971
56. 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-0182-0268 G06-05-0971
57. 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-0183-0268 G06-05-0971
58. 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-0184-0268 G06-05-0971
59. 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-0186-0268 G06-05-0971
60. 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-0195-0268 G06-05-0971
61. 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-0214-0268 G06-05-0971
62. 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-0216-0268 G06-05-0971
63. 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-0218-0268 G06-05-0971
64. 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-0220-0268 G06-05-0971
65. 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-0227-0268 G06-05-0971
66. 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-0237-0268 G06-05-0971
67. 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-0245-0268 G06-05-0971
68. 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-0249-0268 G06-05-0971
69. 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-0256-0268 G06-05-0971
70. 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-0264-0268 G06-05-0971
71. 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-0268-0268 G06-05-0971