# United States Department of the Interior
OFFICE OF THE SOLICITOR

Division of Indian Affairs
Branch of Trust Reform & Litigation
1849 C Street, NW
Mail Stop 6456
Washington, D.C. 20240
202-208-5986 (voice)
202-219-0559 (fax)

May 19, 2005

**VIA FACSIMILE 202-353-2021**

Brett Burton
Martin LaLonde
U.S. Department of Justice
Environment and Natural
Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044

**RE:** ***Osage Nation v. United States, No. 00-169L (Ct. Fed. Cl.)(ECH) – Tranche 1 Priority Documents Identified at AIRR-Lenexa***

Dear Brett and Martin:

I have reviewed Plaintiff's filing of May 13, 2005, *The Osage Nation's Second Notice Identifying Tranche One Boxes For Expedited Discovery*, and have found that Plaintiff's box list (Exhibit A) does not agree with our account of what Jim Parris selected for priority production during the weeks of April 18, 2005 and May 2, 2005. I conferred with Jim Parris on May 16 and 17 and faxed him our lists of what was queued for imaging at his direction. Mr. Parris has not yet noted any exceptions with the information I provided.

Plaintiff's May 13 filing identifies 36 boxes for Tranche One expedited discovery. Of those 36 boxes, 21 were indeed selected for priority production; **13 boxes had no priority documents selected**; 2 boxes are new requests for re-review. Plaintiff's mix-up regarding the 13 unselected boxes is probably attributable to the fact that those boxes were selected for imaging from their November-December 2004 inspection at Lenexa. However, **no priority documents** were selected upon Plaintiff's re-inspection of these boxes in April-May 2005.

Our information shows that a different *33 boxes were actually selected for expedited discovery.

- Plaintiff designated 122 boxes for Tranche 1 priority inspection for the Week of April 18, 2005. Only 12 boxes were selected and queued for priority production.

- Plaintiff designated 62 boxes for Tranche 1 priority inspection for the week of May 2, 2005. Only 23 boxes were selected and queued for priority production.

*Two boxes were inspected and selected for priority production in both weeks (G06-05-0971/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, boxes 0049-0268 and 0053-0268).

I have attached several reference lists for your review. Should you have any questions please do not hesitate to contact me.

Sincerely,

K. Dalton

Ken Dalton

Attachments
Plaintiff's Exhibit A 36-box list with SOL comments
21 boxes from Plaintiff's Exhibit A actually selected/queued
13 boxes from Plaintiff's Exhibit A not selected/queued
12 boxes selected/queued from Week of April 18, 2005
23 boxes selected/queued from Week of May 2, 2005

cc: Steve Simpson, SOL

Pl's May 13 Filing Box List 5/19/2005

| Osage ID No. | ACCESSION # | FRC Number | BOX # | COMMENTS |
|---|---|---|---|---|
| 1 | 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 | | 0002-0027 | Tranche 1 Selection |
| 2 | 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 | | 0023-0027 | Tranche 1 Selection |
| 3 | 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 | | 0027-0031 | Tranche 1 Selection |
| 4 | 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 | | 0006-0050 | No New Copies, Week of 5/2 |
| 5 | 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 | | 0022-0050 | Tranche 1 Selection |
| 6 | 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 | | 0028-0050 | No New Copies, Week of 5/2 |
| 7 | 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 | | 0034-0050 | Tranche 1 Selection |
| 8 | 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 | | 0043-0050 | Tranche 1 Selection |
| 9 | 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 | | 0007-0055 | No New Copies, Week of 5/2 |
| 10 | 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 | | 0008-0055 | No New Copies, Week of 5/2 |
| 11 | 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 | | 0030-0055 | No New Copies, Week of 5/2 |
| 12 | 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 | | 0008-0054 | No New Copies, Week of 5/2 |
| 13 | 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 | | 0019-0054 | No New Copies, Week of 5/2 |
| 14 | 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 | | 0021-0054 | No New Copies, Week of 5/2 |
| 15 | 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 | | 0039-0054 | No New Copies, Week of 5/2 |
| 16 | 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 | | 0041-0054 | Tranche 1 Selection |
| 17 | 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 | | 0009-0022 | Tranche 1 Selection |
| 18 | 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 | | 0012-0044 | Tranche 1 Selection |
| 19 | 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 | | 0004-0033 | No New Copies, Week of 5/2 |
| 20 | 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 | | 0002-0020 | Tranche 1 Selection |
| 21 | 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 | | 0004-0017 | Tranche 1 Selection |
| 22 | 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 | | 0042-0050 | No New Copies, Week of 5/2 |
| 23 | 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 | | 0033-0042 | No New Copies, Week of 5/2 |
| 24 | 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 | | 0008-0017 | Tranche 1 Selection |
| 25 | 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 | | 0016-0017 | Tranche 1 Selection |
| 26 | 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 | | 0005-0005 | No New Copies, Week of 5/2 |
| 27 | G06-05-0971 | 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 | 0053-0268 | Tranche 1 Selection |
| 28 | G06-05-0971 | 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 | 0084-0268 | Tranche 1 Selection |
| 29 | G06-05-0971 | 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 | 0118-0268 | Tranche 1 Selection |
| 30 | G06-05-0971 | 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 | 0119-0268 | Tranche 1 Selection |
| 31 | G06-05-0971 | 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 | 0183-0268 | Tranche 1 Selection |
| 32 | G06-05-0971 | 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 | 0054-0268 | Tranche 1 Selection |
| 33 | G06-98-9037 | 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 | 0336-0390 | Tranche 1 Selection |
| 34 | G06-98-9037 | 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 | 0369-0390 | Tranche 1 Selection |
| 35 | G06-98-9037 | 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 | 0048-0390 | To Be Re-reviewed |
| 36 | G06-98-9037 | 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 | 0344-0390 | To Be Re-reviewed |

Pl's May 13 Filing Box List 5/19/2005

| Osage ID No | ACCESSION # | FRC Number | BOX # | COMMENTS |
|---|---|---|---|---|
| 1 | 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 | | 0002-0027 | Tranche 1 Selection |
| 2 | 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 | | 0023-0027 | Tranche 1 Selection |
| 3 | 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 | | 0027-0031 | Tranche 1 Selection |
| 5 | 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 | | 0022-0050 | Tranche 1 Selection |
| 7 | 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 | | 0034-0050 | Tranche 1 Selection |
| 8 | 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 | | 0043-0050 | Tranche 1 Selection |
| 16 | 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 | | 0041-0054 | Tranche 1 Selection |
| 17 | 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 | | 0009-0022 | Tranche 1 Selection |
| 18 | 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 | | 0012-0044 | Tranche 1 Selection |
| 20 | 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 | | 0002-0020 | Tranche 1 Selection |
| 21 | 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 | | 0004-0017 | Tranche 1 Selection |
| 24 | 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 | | 0008-0017 | Tranche 1 Selection |
| 25 | 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 | | 0016-0017 | Tranche 1 Selection |
| 27 | G06-05-0971 | 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 | 0053-0268 | Tranche 1 Selection |
| 28 | G06-05-0971 | 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 | 0084-0268 | Tranche 1 Selection |
| 29 | G06-05-0971 | 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 | 0118-0268 | Tranche 1 Selection |
| 30 | G06-05-0971 | 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 | 0119-0268 | Tranche 1 Selection |
| 31 | G06-05-0971 | 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 | 0183-0268 | Tranche 1 Selection |
| 32 | G06-05-0971 | 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 | 0054-0268 | Tranche 1 Selection |
| 33 | G06-98-9037 | 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 | 0336-0390 | Tranche 1 Selection |
| 34 | G06-98-9037 | 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 | 0369-0390 | Tranche 1 Selection |

Pl's May 13 Filing Box List 5/19/2005

| Osage ID No | ACCESSION # | FRC Number | BOX # | COMMENTS |
|---|---|---|---|---|
| 4 | 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 | | 0006-0050 | No New Copies, Week of 5/2 |
| 6 | 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 | | 0028-0050 | No New Copies, Week of 5/2 |
| 9 | 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 | | 0007-0055 | No New Copies, Week of 5/2 |
| 10 | 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 | | 0008-0055 | No New Copies, Week of 5/2 |
| 11 | 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 | | 0030-0055 | No New Copies, Week of 5/2 |
| 12 | 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 | | 0008-0054 | No New Copies, Week of 5/2 |
| 13 | 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 | | 0019-0054 | No New Copies, Week of 5/2 |
| 14 | 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 | | 0021-0054 | No New Copies, Week of 5/2 |
| 15 | 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 | | 0039-0054 | No New Copies, Week of 5/2 |
| 19 | 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 | | 0004-0033 | No New Copies, Week of 5/2 |
| 22 | 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 | | 0042-0050 | No New Copies, Week of 5/2 |
| 23 | 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 | | 0033-0042 | No New Copies, Week of 5/2 |
| 26 | 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 | | 0005-0005 | No New Copies, Week of 5/2 |

Boxes Retained for Imaging, Week of April 18 - 12 Boxes 5/19/2005

| OST ACCESSION | FRC ACCESSION | BOX Number | DOCUMENTS SELECTED |
|---|---|---|---|
| G00-98-9033 | | 0013-0464 | ☑ |
| G00-98-9037 | | 0241-0390 | ☑ |
| G00-98-9037 | | 0378-0390 | ☑ |
| G06-05-0971 | 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 | 0020-0268 | ☑ |
| G06-05-0971 | 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 | 0049-0268 | ☑ |
| G06-05-0971 | 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 | 0053-0268 | ☑ |
| G06-05-0971 | 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 | 0111-0268 | ☑ |
| G06-05-0971 | 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 | 0141-0268 | ☑ |
| G06-05-0971 | 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 | 0181-0268 | ☑ |
| G06-05-0971 | 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 | 0216-0268 | ☑ |
| G06-05-0971 | 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 | 0220-0268 | ☑ |
| G06-05-0971 | 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 | 0237-0268 | ☑ |

Retained for Imaging, Week of May 2 - 23 Boxes 5/19/2005

| OST ACCESSION | FRC ACCESSION | BOX Number | OTHER COMMENTS |
|---|---|---|---|
| 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 | | 0002-0027 | |
| 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 | | 0023-0027 | |
| 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 | | 0027-0031 | |
| 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 | | 0022-0050 | |
| 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 | | 0034-0050 | |
| 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 | | 0043-0050 | |
| 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 | | 0041-0054 | |
| 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 | | 0009-0022 | |
| 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 | | 0012-0044 | |
| 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 | | 0002-0020 | |
| 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 | | 0004-0017 | |
| 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 | | 0008-0017 | |
| 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 | | 0016-0017 | |
| G06-05-0971 | 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 | 0049-0268 | 4/18 Copy Box |
| G06-05-0971 | 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 | 0053-0268 | 4/18 Copy Box |
| G06-05-0971 | 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 | 0054-0268 | |
| G06-05-0971 | 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 | 0084-0268 | |
| G06-05-0971 | 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 | 0118-0268 | |
| G06-05-0971 | 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 | 0119-0268 | |
| G06-05-0971 | 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 | 0183-0268 | |
| G06-05-0971 | 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 | 0267-0268 | |
| G06-98-9037 | 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 | 0336-0390 | |
| G06-98-9037 | 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 | 0369-0390 | |

# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

## FAX COVER SHEET

For Intended Recipient Only
Confidential Attorney Litigation Work Product

**Date:**

May 19, 2005

**Total No. of Pages:**

8 (including cover page)

**To:**

Brett Burton
Martin LaLonde

**Fax Number:**

202-353-2021

**Subject:** ***Osage Nation v. United States, No. 00-169L (Ct. Fed. Cl.)(ECH) – Tranche 1 Priority Documents Identified at AIRR-Lenexa***

---

**Comments:**

---

**From:**

Ken Dalton
Division of Indian Affairs
Branch of Trust Reform & Litigation
1849 C Street, N.W., Room 6041
Mail Stop 6456
Washington, D.C. 20240
(Voice) 202-208-5986
(Fax) 202-219-0559