# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

April 26, 2005

**VIA FACSIMILE 505-816-1612**

Linda Skotta, Deputy Director
Office of Trust Records
1551 Mercantile, N.E., Suite A
Albuquerque, NM 87107

**Re: Osage Nation v. United States, No. 00-169L (Ct. Fed. Cl.) (ECH) – BISS access and AIRR access for Jim Parris**

Dear Linda,

Per your telephone conversation today with Ken Dalton, OTR will provide Jim Parris access to the Box Index Search System (BISS) in Albuquerque on Wednesday, April 27, 2005 beginning on or after 1:00 p.m. Mr. Parris will conduct additional research for the Osage matter pursuant to the Court's recent orders.

Also, the Solicitor's Office and Mr. Parris seek access to the American Indian Records Repository (AIRR) in Lenexa, KS beginning Tuesday, May 3, 2005. The review and inspection will encompass boxes identified from the aforementioned BISS research. Our office will provide OTR with the list of boxes for review as soon as Mr. Parris and the plaintiffs generate it.

Should you have any questions, please contact me at 202-208-6996.

Sincerely,

Tom Kearns
Attorney-Advisor

cc: Ethel Abeita
Lena Mills
Ken Dalton