United States Department of the Interior

OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS
Office of Trust Records
1551 Mercantile, NE, Suite A
Albuquerque, New Mexico 87107

IN REPLY REFER TO:
Office of the Director

APR 27 2005

Ms. Rosemarie Weisz
National Archives and Records Administration
17501 West 98th Street, #39-48
Lenexa, Kansas 66219

Dear Ms. Weisz:

Mr. Jim Parris, a representative for the Osage Tribe, is authorized access to the American Indian Records Repository beginning May 3, 2005. Mr. Parris will review boxes identified from the Box Index Search System research. A list of the boxes for review will be provided as soon as Mr. Parris and the plaintiff's generate it.

Please coordinate this visit with Ms. Lena Mills, Office of Trust Records, who will notify the guards so they are aware. If you have any questions, please contact our office at 505-816-1600.

Sincerely,

Ethel J. Abeita
Director

Enclosures

cc: Rachel Spector, SOL
Tom Kearns, SOL
Ken Dalton, SOL
Linda Skotta, OTR
Lena Mills, OTR