# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

April 29, 2005

**VIA FACSIMILE 505-816-1612**

Linda Skotta, Deputy Director
Office of Trust Records
1551 Mercantile, N.E., Suite A
Albuquerque, NM 87107

**Re: Osage Nation v. United States, No. 00-169L (Ct. Fed. Cl.) (ECH) – AIRR access and BISS access for Jim Parris**

Dear Linda,

As a follow-up to our access request of April 26, 2005, we wish to confirm access to the AIRR for Osage representatives Jim Parris, Heather Berry, and Patsy Stuke beginning Tuesday, May 3, 2005. The Tribe will inspect records from the list of 65 boxes attached hereto. In addition, we request access to the BISS for Mr. Parris during that inspection at the AIRR. Ken Dalton will arrive on the afternoon of Monday, May 2 to supervise the plaintiff's review.

Should you have any questions, please contact me at 202-208-6996.

Sincerely,

Tom Kearns
Attorney-Advisor

cc: Ethel Abeita
Lena Mills
Ken Dalton

Jim Parris 505-892-5646 p.2

Osage Nation v. The United States
Inventory of Boxes to be Reviewed at the AIRR Facility at Lenexa, Kansas
The week of May 2, 2005

| | Accession # | | Accession # |
|---|---|---|---|
| 1 | 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-0003-0015 | 51 | G05-01-0182-0041-0055 |
| 2 | 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-0002-0027 | 52 | G05-01-0196-0005-0044 |
| 3 | 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-0023-0027 | 53 | G05-05-0971-0001-0268 |
| 4 | 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-0027-0031 | 54 | G06-05-0971-0053-0268 |
| 5 | 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-0007-0034 | 55 | G06-05-0971-0054-0268 |
| 6 | 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-0015-0034 | 56 | G06-05-0971-0056-0268 |
| 7 | 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-0006-0050 | 57 | G06-05-0971-0084-0268 |
| 8 | 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-0022-0050 | 58 | G06-05-0971-0098-0268 |
| 9 | 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-0028-0050 | 59 | G06-05-0971-0115-0268 |
| 10 | 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-0034-0050 | 60 | G06-05-0971-0117-0268 |
| 11 | 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-0043-0050 | 61 | G06-05-0971-0118-0268 |
| 12 | 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-0007-0055 | 62 | G06-05-0971-0119-0268 |
| 13 | 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-0008-0055 | 63 | G06-05-0971-0183-0268 |
| 14 | 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-0030-0055 | 64 | G06-05-0971-0267-0268 |
| 15 | 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-0008-0054 | 65 | G06-05-0976-0005-0027 |
| 16 | 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-0019-0054 | 66 | |
| 17 | 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-0021-0054 | 67 | |
| 18 | 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-0039-0054 | 68 | |
| 19 | 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-0041-0054 | 69 | |
| 20 | 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-0010-0035 | 70 | |
| 21 | 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-0009-0022 | 71 | |
| 22 | 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-0012-0044 | 72 | |
| 23 | 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-0004-0033 | 73 | |
| 24 | 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-0002-0020 | 74 | |
| 25 | 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-0005-0017 | 75 | |
| 26 | 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-0004-0017 | 76 | |
| 27 | 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-0008-0017 | 77 | |
| 28 | 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-0042-0050 | 78 | |
| 29 | 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-0015-0029 | 79 | |
| 30 | 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-0024-0029 | 80 | |
| 31 | 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-0015-0042 | 81 | |
| 32 | 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-0033-0042 | 82 | |
| 33 | 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-0008-0017 | 83 | |
| 34 | 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-0016-0017 | 84 | |
| 35 | 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-0336-0390 | 85 | |
| 36 | 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-0369-0390 | 86 | |
| 37 | 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-0376-0390 | 87 | |
| 38 | 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-0014-0268 | 88 | |
| 39 | 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-0049-0268 | 89 | |
| 40 | 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-0054-0268 | 90 | |
| 41 | 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-0070-0268 | 91 | |
| 42 | 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-0084-0268 | 92 | |
| 43 | 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-0091-0268 | 93 | |
| 44 | 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-0092-0268 | 94 | |
| 45 | 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-0098-0268 | 95 | |
| 46 | 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-0256-0268 | 96 | |
| 47 | 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-0027-0027 | 97 | |
| 48 | 075-89D0050-0008-0029 | 98 | |
| 49 | 075-89E0050-0001-0098 | 99 | |
| 50 | 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-0005-0005 | 100 | |