# United States Department of the Interior

OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS
Office of Trust Records
1551 Mercantile, NE, Suite A
Albuquerque, New Mexico 87107

IN REPLY REFER TO:
Office of the Director

MAY 02 2005

Ms. Rosemarie Weisz
National Archives and Records Administration
17501 West 98th Street, #39-48
Lenexa, Kansas 66219

Dear Ms. Weisz:

Mr. Jim Parris, Ms. Patsy Stuke and Ms. Heather Berry, representatives of the Osage Tribe, are authorized access to the American Indian Records Repository beginning May 3, 2005. These individuals will be inspecting records from the 65 boxes on the enclosed list. Mr. Ken Dalton from the Office of the Solicitor is also authorized access beginning May 2, 2005.

Please coordinate this visit with Ms. Lena Mills, Office of Trust Records, who will notify the guards so they are aware. She will also make arrangements for Mr. Parris to access BISS while he is there. If you have any questions, please contact our office at 505-816-1600.

Sincerely,

Ethel J. Abeita
Director

Enclosure

cc: Rachel Spector, SOL
Tom Kearns, SOL
Ken Dalton, SOL
Linda Skotta, OTR
Lena Mills, OTR

Jim Parris

Osage Nation v. The United States
Inventory of Boxes to be Reviewed at the AIRR Facility at Lenexa, Kansas
The week of May 2, 2005

| | Accession # | | Accession # |
|---|---|---|---|
| 1 | 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-0003-0015 | 51 | G06-01-0182-0041-0055 |
| 2 | 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-0002-0027 | 52 | G06-01-0196-0005-0044 |
| 3 | 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-0023-0027 | 53 | G06-05-0971-0001-0268 |
| 4 | 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-0027-0031 | 54 | G06-05-0971-0053-0268 |
| 5 | 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-0007-0034 | 55 | G06-05-0971-0054-0268 |
| 6 | 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-0015-0034 | 56 | G06-05-0971-0056-0268 |
| 7 | 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-0006-0050 | 57 | G06-05-0971-0084-0268 |
| 8 | 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-0022-0050 | 58 | G06-05-0971-0098-0268 |
| 9 | 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-0028-0050 | 59 | G06-05-0971-0115-0268 |
| 10 | 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-0034-0050 | 60 | G06-05-0971-0117-0268 |
| 11 | 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-0043-0050 | 61 | G06-05-0971-0118-0268 |
| 12 | 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-0007-0055 | 62 | G06-05-0971-0119-0268 |
| 13 | 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-0008-0055 | 63 | G06-05-0971-0183-0268 |
| 14 | 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-0030-0055 | 64 | G06-05-0971-0257-0268 |
| 15 | 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-0008-0054 | 65 | G06-05-0976-0005-0027 |
| 16 | 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-0019-0054 | 66 | |
| 17 | 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-0021-0054 | 67 | |
| 18 | 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-0039-0054 | 68 | |
| 19 | 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-0041-0054 | 69 | |
| 20 | 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-0010-0035 | 70 | |
| 21 | 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-0009-0022 | 71 | |
| 22 | 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-0012-0044 | 72 | |
| 23 | 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-0004-0033 | 73 | |
| 24 | 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-0002-0020 | 74 | |
| 25 | 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-0005-0017 | 75 | |
| 26 | 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-0004-0017 | 76 | |
| 27 | 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-0008-0017 | 77 | |
| 28 | 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-0042-0050 | 78 | |
| 29 | 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-0015-0029 | 79 | |
| 30 | 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-0024-0029 | 80 | |
| 31 | 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-0015-0042 | 81 | |
| 32 | 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-0033-0042 | 82 | |
| 33 | 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-0008-0017 | 83 | |
| 34 | 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-0016-0017 | 84 | |
| 35 | 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-0336-0390 | 85 | |
| 36 | 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-0369-0390 | 86 | |
| 37 | 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-0378-0390 | 87 | |
| 38 | 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-0014-0268 | 88 | |
| 39 | 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-0049-0268 | 89 | |
| 40 | 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-0054-0268 | 90 | |
| 41 | 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-0070-0268 | 91 | |
| 42 | 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-0084-0268 | 92 | |
| 43 | 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-0091-0268 | 93 | |
| 44 | 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-0092-0268 | 94 | |
| 45 | 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-0098-0268 | 95 | |
| 46 | 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-0256-0268 | 96 | |
| 47 | 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-0027-0027 | 97 | |
| 48 | 075-89D0050-0008-0029 | 98 | |
| 49 | 075-89E0050-0001-0098 | 99 | |
| 50 | 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-0005-0005 | 100 | |