FEB. 1?. 2006 11:56AM NO. 0965 P. 3

04/04/2005 11:34 FAX 8231518

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instruction on reverse.

1 of 2

**1. TO** (Complete the address for the center serving your area as shown in 36 CFR 1228.150)

Federal Records Center
NARA for the American Indian
Repository-Annex (AIRR)
17501 West 98th Street Suite 31-50
Lenexa, KS 66219

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

Eastern Oklahoma Region/Osage Agency
813 Grandview
Pawhuska, OK 74056

*Agency Code* G08
FAX: (918) 287-4320

This SF-135 is approved contingent upon NARA receiving with the records an approved DOI Record Move Request form, plus all supporting documents.

**2. AGENCY TRANSFER AUTHORIZATION** — TRANSFERRING AGENCY OFFICIAL (Signature and Title): [signature] *Ethel J. Abeita, Director of Office of Trust Records* — DATE: 3/31/05

**3. AGENCY CONTACT** — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, Office and Telephone No.): Melanie K. Quinton, ORO, Osage Agency, Phone: (918) 287-5700

**4. RECORDS CENTER RECEIPT** — RECORDS RECEIVED BY (Signature and Title) — DATE

**6.** Fold Line

## RECORDS DATA

| ACCESSION NUMBER RG (a) | FY (b) | NUMBER (c) | VOLUME (cu.ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and Item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 075 | 05 | 1359 | 42 | 1 - 42 | This shipment consists of standard-sized boxes. **Indian Land Lease Case Files** Include, but not limited to, the following records: Pre-decision: estimates; appraisals; restrictions; affidavit; individual land owners consent; lease proposal; lease compliance, inspection, stipulations; title status report; abstract of title; maps and land tract surveys; lease plan; access permits; solicitor approval; power of attorney; acceptance of lessor; Categorical Exclusion check list; Environmental Assessments; insurance policies/certificates; rental value memorandum; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence. Decision: lease, lease bond, lease and bond transmittal form, modifications, statement/certificate of award, contract, notice of lease termination, unitization agreements and ratifications, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. | W | 16 BIAM TR-4618-P5 N1-075-04-4 (Permanent) | Perm 01/2026 ITA/COB TIL | | | | |

RECEIVED
APR 01 2005
NARA-LENEXA

5586
MAR 30 2005

NSN 7540-00-634-4093 135-107 Standard Form 135 (Rev. 7-85) Prescribed by NARA 36 CFR 1228.152

# LABAT-ANDERSON

## PALLET SHIPPER

## Reaccessioned Field Boxes

## PALLET: PS-5-04-04-04

***NOTE:*** ✱ = BREAK IN SEQUENCE

[redacted]

Prepared by: Tammy Bryan

| FRC ACCESSION | OST ACCESSION | BOX # | [redacted] | FRC ACCESSION | OST ACCESSION | BOX # | [redacted] |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-06-0831 | [redacted] | [redacted] |
| 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 | G06-06-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |
| 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 | G06-05-0831 | [redacted] | [redacted] | 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 | G06-05-0831 | [redacted] | [redacted] |

## ACCESSIONS COMPLETED:

[redacted]

**Total Boxes:** [redacted]

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0001-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0001-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 200500 | 200503 |
| 2 | **File Title:** [None] | **Range Values-Date:** | 198408 | 199605 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0002-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0002-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** Sun Negatives Reports June 1985 | **Range Values-Date:** | 198506 | 198506 |
| 2 | **File Title:** Farmland Sun June 1985 Negatives Reports No Sale | **Range Values-Date:** | 198504 | 198507 |
| 3 | **File Title:** Farmland Sun April 1985 Negative Reports No Sale | **Range Values-Date:** | 198504 | 198505 |
| 4 | **File Title:** Miscellaneous Negative Reports No Sales April 1985 | **Range Values-Date:** | 198503 | 198505 |
| 5 | **File Title:** Farmland Sun Arco Osage 1985 Negative No Sales March 1985 | **Range Values-Date:** | 198502 | 198505 |
| 6 | **File Title:** Miscellaneous Negative Reports No Sales February 1985 | **Range Values-Date:** | 198500 | 198505 |
| 7 | **File Title:** Farmland Sun Arco February 1985 Negative Reports No Sales | **Range Values-Date:** | 198500 | 198502 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0003-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0003-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | | |
|---|---|---|---|---|---|
| 1 | **File Title:** | September 1990 V | **Range Values-Date:** | 199109 | 199109 |
| 2 | **File Title:** | October 1990 V | **Range Values-Date:** | 199109 | 199109 |
| 3 | **File Title:** | November 1990 V | **Range Values-Date:** | 199109 | 199109 |
| 4 | **File Title:** | December 1990 V | **Range Values-Date:** | 199109 | 199109 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0004-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0004-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | | |
|---|---|---|---|---|---|
| 1 | **File Title:** | [None] | **Range Values-Date:** | 198606 | 199510 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0005-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0005-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | File Title: Farmland | Range Values-Date: | 000000 | 000000 |
| 2 | File Title: Sun | Range Values-Date: | 198601 | 198601 |
| 3 | File Title: Miscellaneous | Range Values-Date: | 198601 | 198601 |
| 4 | File Title: SE 26-22-12 Well Logs | Range Values-Date: | 198601 | 198601 |
| 5 | File Title: Bigheart January 1986 Negative Reports No Sales | Range Values-Date: | 198601 | 198603 |
| 6 | File Title: Bigheart February 1986 Negative Reports No Sales | Range Values-Date: | 198602 | 198602 |
| 7 | File Title: Farmland | Range Values-Date: | 000000 | 000000 |
| 8 | File Title: Farmland Sun Miscellaneous February 1986 Negative Reports No Sales | Range Values-Date: | 198602 | 198602 |
| 9 | File Title: Miscellaneous | Range Values-Date: | 198602 | 198602 |
| 10 | File Title: Bigheart April 1986 Negative Reports No Sales | Range Values-Date: | 198602 | 198602 |
| 11 | File Title: Bigheart March 1986 Negative Report No Sales | Range Values-Date: | 198603 | 198603 |
| 12 | File Title: Farmland Sun Miscellaneous May 1986 Negative Reports No Sales | Range Values-Date: | 000000 | 000000 |
| 13 | File Title: Sun | Range Values-Date: | 198605 | 198605 |
| 14 | File Title: Miscellaneous | Range Values-Date: | 198605 | 198605 |
| 15 | File Title: Farmland | Range Values-Date: | 198605 | 198605 |
| 16 | File Title: Sun | Range Values-Date: | 198603 | 198603 |
| 17 | File Title: [None] | Range Values-Date: | 198603 | 198603 |
| 18 | File Title: [None] | Range Values-Date: | 198603 | 198603 |
| 19 | File Title: [None] | Range Values-Date: | 198604 | 198604 |
| 20 | File Title: Farmland Sun Miscellaneous April 1986 Negative Reports No Sales | Range Values-Date: | 000000 | 000000 |
| 21 | File Title: Sun | Range Values-Date: | 198604 | 198604 |
| 22 | File Title: Miscellaneous | Range Values-Date: | 198604 | 198604 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0005-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0005-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 23 | **File Title:** Bigheart May 1986 Negative Reports No Sales | **Range Values-Date:** | 198604 | 198604 |
| 24 | **File Title:** [None] | **Range Values-Date:** | 198605 | 198605 |
| 25 | **File Title:** Bigheart June 1986 Negative Reports No Sales | **Range Values-Date:** | 198606 | 198606 |
| 26 | **File Title:** Farmland Sun Miscellaneous June 1986 Negative Reports No Sales | **Range Values-Date:** | 000000 | 000000 |
| 27 | **File Title:** Sun | **Range Values-Date:** | 198606 | 198606 |
| 28 | **File Title:** Miscellaneous | **Range Values-Date:** | 198606 | 198606 |
| 29 | **File Title:** Bigheart July 1986 Negative No Sales Reports | **Range Values-Date:** | 198606 | 198606 |
| 30 | **File Title:** Farmland Sun Miscellaneous July 1986 Negative No Sales Reports | **Range Values-Date:** | 198607 | 198607 |
| 31 | **File Title:** Sun July 1986 | **Range Values-Date:** | 198607 | 198607 |
| 32 | **File Title:** Miscellaneous July 1986 | **Range Values-Date:** | 198607 | 198607 |
| 33 | **File Title:** [None] | **Range Values-Date:** | 198606 | 198606 |
| 34 | **File Title:** Farmland Sun Miscellaneous August 1986 Negative No Sales Report | **Range Values-Date:** | 000000 | 000000 |
| 35 | **File Title:** Sun August 1986 Negative No Sales Reports | **Range Values-Date:** | 198608 | 198608 |
| 36 | **File Title:** Miscellaneous August 1986 | **Range Values-Date:** | 198608 | 198608 |
| 37 | **File Title:** Bigheart August 1986 No Sales | **Range Values-Date:** | 198608 | 198608 |
| 38 | **File Title:** [None] | **Range Values-Date:** | 198608 | 198608 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0006-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0006-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | |
|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 197809 199303 |
| 2 | **File Title:** Sun O Reports | **Range Values-Date:** | 198401 198401 |
| 3 | **File Title:** Osage O Reports | **Range Values-Date:** | 198401 198401 |
| 4 | **File Title:** Farmland O Reports | **Range Values-Date:** | 198301 198401 |
| 5 | **File Title:** Arco O Reports | **Range Values-Date:** | 198401 198401 |
| 6 | **File Title:** Sun Osage Farmland Arco Negative Reports January 1984 | **Range Values-Date:** | 000000 000000 |
| 7 | **File Title:** [None] | **Range Values-Date:** | 198400 198403 |
| 8 | **File Title:** January 1984 Miscellaneous Purchasers Lessee Reports | **Range Values-Date:** | 000000 000000 |
| 9 | **File Title:** [None] | **Range Values-Date:** | 198401 198401 |
| 10 | **File Title:** Bigheart January 1984 Negative Reports | **Range Values-Date:** | 000000 000000 |
| 11 | **File Title:** [None] | **Range Values-Date:** | 198401 198401 |
| 12 | **File Title:** Miscellaneous Purchasers Negative Reports January 1984 | **Range Values-Date:** | 000000 000000 |
| 13 | **File Title:** [None] | **Range Values-Date:** | 198402 198402 |
| 14 | **File Title:** [None] | **Range Values-Date:** | 000000 000000 |
| 15 | **File Title:** [None] | **Range Values-Date:** | 198402 198402 |
| 16 | **File Title:** Farmland Negative Reports February 1984 | **Range Values-Date:** | 198402 198402 |
| 17 | **File Title:** Sun Negative Reports February 1984 | **Range Values-Date:** | 198401 198402 |
| 18 | **File Title:** Arco Negative Reports February 1984 | **Range Values-Date:** | 198402 198402 |
| 19 | **File Title:** Negative Reports February 1984 Arco Farmland Osage Sun | **Range Values-Date:** | 000000 000000 |
| 20 | **File Title:** [None] | **Range Values-Date:** | 198402 198402 |
| 21 | **File Title:** Bigheart February 1984 Negative Lessee Report | **Range Values-Date:** | 000000 000000 |
| 22 | **File Title:** Sun Negative Reports March 1984 | **Range Values-Date:** | 198403 198403 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0008-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0008-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198500 198604

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0009-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0009-0042

**Box Title** Account Reports TR-4618-P5

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198506 199705

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0010-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0010-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198900 200007

2 **File Title:** 1984 Oil Purchaser Report **Range Values-Date:** 198400 198412

**Accession** — **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0011-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0011-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files — **Range Values-Date:** 198301 199712

1 **File Title:** [None]

**Accession** — **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0012-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0012-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files — **Range Values-Date:** 198101 199807

1 **File Title:** [None]

**Accession** — **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0013-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0013-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files — **Range Values-Date:** 198300 199803

1 **File Title:** [None]

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0014-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0014-0042

**Box Title** Account Reports TR-4618-P5

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 File Title: [None] **Range Values-Date:** 198001 198610

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0015-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0015-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 File Title: [None] **Range Values-Date:** 198212 199701

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0016-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0016-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 File Title: [None] **Range Values-Date:** 198300 199004

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0017-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0017-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198200 199002

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0018-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0018-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198701 199104

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0019-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0019-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 199108 199108

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0020-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0020-0042

**Box Title** TR-4618-P5 Account Reports Marks Stuff X

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** January 1988 February 1988 | **Range Values-Date:** | 199108 | 199108 |
| 2 | **File Title:** March 1988 | **Range Values-Date:** | 199108 | 199108 |
| 3 | **File Title:** April 1988 | **Range Values-Date:** | 199108 | 199108 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0021-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0021-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** January 1989 | **Range Values-Date:** | 199108 | 199108 |
| 2 | **File Title:** February 1989 | **Range Values-Date:** | 199108 | 199108 |
| 3 | **File Title:** March 1989 | **Range Values-Date:** | 199108 | 199108 |
| 4 | **File Title:** January and February 1989 Comp | **Range Values-Date:** | 199003 | 199003 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0022-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0022-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** April 1989 | **Range Values-Date:** | 199108 | 199108 |
| 2 | **File Title:** May 1989 | **Range Values-Date:** | 199108 | 199108 |
| 3 | **File Title:** June 1989 | **Range Values-Date:** | 199108 | 199108 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0023-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0023-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files **Range Values-Date:** 199410 199704

1 **File Title:** [None]

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0024-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0024-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files **Range Values-Date:** 198201 199701

1 **File Title:** [None]

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0025-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0025-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files **Range Values-Date:** 198005 199701

1 **File Title:** [None]

**Accession** **Agency (box source): G06-Osage Agency**

**Box Number:** 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-0026-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0026-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 198800 | 199204 |

**Accession** **Agency (box source): G06-Osage Agency**

**Box Number:** 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-0027-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0027-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** May 1988 | **Range Values-Date:** | 199108 | 199108 |
| 2 | **File Title:** June 1988 | **Range Values-Date:** | 199108 | 199108 |
| 3 | **File Title:** July 1988 | **Range Values-Date:** | 199108 | 199108 |
| 4 | **File Title:** August 1988 | **Range Values-Date:** | 199108 | 199108 |

**Accession** **Agency (box source): G06-Osage Agency**

**Box Number:** 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-0028-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0028-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** Trust Fund Summary August 1991 to September 1992 | **Range Values-Date:** | 199100 | 199210 |
| 2 | **File Title:** [None] | **Range Values-Date:** | 195405 | 199508 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0029-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0029-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | File Title: [None] | Range Values-Date: | 197800 | 199202 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0030-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0030-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | File Title: [None] | Range Values-Date: | 195400 | 199504 |
| 2 | File Title: I 17 | Range Values-Date: | 195200 | 199504 |
| 3 | File Title: J-18 | Range Values-Date: | 195300 | 199410 |
| 4 | File Title: K 19 | Range Values-Date: | 195600 | 198804 |
| 5 | File Title: K1 20 | Range Values-Date: | 198400 | 198906 |
| 6 | File Title: L 21 | Range Values-Date: | 195600 | 198608 |
| 7 | File Title: [None] | Range Values-Date: | 198400 | 198805 |
| 8 | File Title: H 14 | Range Values-Date: | 195607 | 198912 |
| 9 | File Title: Go 13 | Range Values-Date: | 195600 | 199201 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0031-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0031-0042

**Box Title** TR-4618-P5 Account Reports

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | |
|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 195610 199309 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0032-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0032-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | |
|---|---|---|---|
| 1 | **File Title:** Ll 22 | **Range Values-Date:** | 195610 198910 |
| 2 | **File Title:** Mo-24 | **Range Values-Date:** | 198107 199503 |
| 3 | **File Title:** Mo 25 | **Range Values-Date:** | 195609 198809 |
| 4 | **File Title:** N 26 | **Range Values-Date:** | 195609 198901 |
| 5 | **File Title:** M 25 | **Range Values-Date:** | 195609 198812 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0033-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0033-0042

**Box Title** Election Voter List Osage Commission

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 195508 | 198811 |
| 2 | **File Title:** St 35 | **Range Values-Date:** | 195604 | 198801 |
| 3 | **File Title:** Sm 34 | **Range Values-Date:** | 198401 | 198803 |
| 4 | **File Title:** Se 33 | **Range Values-Date:** | 198404 | 198804 |
| 5 | **File Title:** Q 29 | **Range Values-Date:** | 198400 | 198400 |
| 6 | **File Title:** R 30 | **Range Values-Date:** | 198401 | 198906 |
| 7 | **File Title:** Ro | **Range Values-Date:** | 198402 | 198605 |
| 8 | **File Title:** S 32 | **Range Values-Date:** | 197107 | 198712 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0034-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0034-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 195902 | 199511 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0035-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0035-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | | |
|---|---|---|---|---|---|
| 1 | **File Title:** | Oil Schedule August 1996 | **Range Values-Date:** | 197800 | 197901 |
| 2 | **File Title:** | Oil Schedule June 1978 | **Range Values-Date:** | 197800 | 197806 |
| 3 | **File Title:** | Monthly Oil Lessee Report for December 1976 | **Range Values-Date:** | 197512 | 197612 |
| 4 | **File Title:** | Oil Schedule March 1978 | **Range Values-Date:** | 197800 | 197803 |
| 5 | **File Title:** | Oil Schedule April 1978 | **Range Values-Date:** | 197800 | 197804 |
| 6 | **File Title:** | Oil Schedule August 1978 | **Range Values-Date:** | 197800 | 198501 |
| 7 | **File Title:** | Oil Schedule January 1978 | **Range Values-Date:** | 197800 | 197808 |
| 8 | **File Title:** | Oil Schedule February 1978 | **Range Values-Date:** | 197800 | 197802 |
| 9 | **File Title:** | Oil Daily Production Estimates 1990 - 1995 | **Range Values-Date:** | 199000 | 199705 |
| 10 | **File Title:** | 325.1 Authority to Install Equalizer Lines | **Range Values-Date:** | 195008 | 195605 |
| 11 | **File Title:** | 328.1 Gross Producing Co | **Range Values-Date:** | 195212 | 196307 |
| 12 | **File Title:** | 328.1 Gulf Coast Leaseholds | **Range Values-Date:** | 195512 | 195512 |
| 13 | **File Title:** | 328.1 Frankfort Oil Co | **Range Values-Date:** | 195409 | 196210 |
| 14 | **File Title.** | 328.1 Franez Oil Corporation | **Range Values-Date:** | 193404 | 196111 |
| 15 | **File Title:** | 328.1 GMW Inc | **Range Values-Date:** | 196605 | 196605 |
| 16 | **File Title:** | 328.1 Forty Five Oil Co | **Range Values-Date:** | 190908 | 194305 |
| 17 | **File Title:** | 328.1 Henry P Forker Jr Deceased | **Range Values-Date:** | 198303 | 198402 |
| 18 | **File Title:** | 328.1 Gee Enterprises | **Range Values-Date:** | 196508 | 196508 |
| 19 | **File Title:** | 328.1 Ronald C Garretson Estate | **Range Values-Date:** | 195110 | 196705 |
| 20 | **File Title:** | 328.1 The Frontier Reference Co | **Range Values-Date:** | 194209 | 195911 |
| 21 | **File Title:** | 328.1 Fenix & Scisson Inc | **Range Values-Date:** | 195106 | 196108 |
| 22 | **File Title:** | 328.1 Walter S Fees | **Range Values-Date:** | 196404 | 196503 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0035-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0035-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 23 | File Title: 328.1 Fair Corporation | Range Values-Date: | 195903 | 195912 |
| 24 | File Title: 328.1 Ray S Evertt | Range Values-Date: | 196206 | 196207 |
| 25 | File Title: 328.1 SE Evans Inc | Range Values-Date: | 195302 | 196011 |
| 26 | File Title: 328.1 Emery, John T | Range Values-Date: | 193004 | 195211 |
| 27 | File Title: 328.1 Jules Edelman | Range Values-Date: | 194810 | 194810 |
| 28 | File Title: 328.1 Sylvia Frakes | Range Values-Date: | 193210 | 193701 |
| 29 | File Title: 362 1 Lee Anderson Estate | Range Values-Date: | 196201 | 196302 |
| 30 | File Title: 328.1 John M Denman Estate | Range Values-Date: | 194608 | 195508 |
| 31 | File Title: 328.1 John M Denman Oil Co | Range Values-Date: | 196103 | 196212 |
| 32 | File Title: 328.1 Deepko Lease and Royalty Co | Range Values-Date: | 196306 | 196306 |
| 33 | File Title: 328.1 Flynn Oil Co | Range Values-Date: | 196112 | 196210 |

## Accession — Agency (box source): G06 - Osage Agency

**Box Number:** 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-0036-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0036-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | File Title: [None] | Range Values-Date: | 198306 | 199012 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0037-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0037-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | | |
|---|---|---|---|---|---|
| 1 | **File Title:** January 1991 Revised | **Range Values-Date:** | 199202 | 199202 |
| 2 | **File Title:** February 1991 Revised | **Range Values-Date:** | 199202 | 199202 |
| 3 | **File Title:** March 1991 Revised | **Range Values-Date:** | 199202 | 199202 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0038-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0038-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 198004 | 198105 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0039-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0039-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

| | | | | |
|---|---|---|---|---|
| 1 | **File Title:** [None] | **Range Values-Date:** | 198307 | 199101 |

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0040-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0040-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 199003 199011

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0041-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0041-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198300 198402

**Accession** **Agency (box source): G06 - Osage Agency**

**Box Number:** 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-0042-0042 **OST Number:** G06-05-0831 **FRC Number:** 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-0042-0042

**Box Title** [None]

**Record Series:** TR-4618-P5

**Record Series Title:** Indian Land Lease Case Files

1 **File Title:** [None] **Range Values-Date:** 198509 199806

*Eastern Oklahoma Region – Osage Agency*
*Pawhuska, Oklahoma G06*
*Series 4618-T5*
*Prepared by: Melanie Quinton*

**Page 1 of 5**

***Box 1 Inventory 1***

| | | |
|---|---|---|
| File 1 | Oil Purchase Report | September 1985 & December 1985 |
| File 2 | Other Minerals | December 1992 |
| File 3 | Production Report | 1995 |

***Box 2 Inventory 1***

Farmland, Sun, June 1995 Zero Sales
Farmland, Sun, Arco – Osage March 1995 Zero sales
Farmland, Sun, Arco-February 1995 – Zero Sales

***Box 3 Inventory 1***

Control Sheet September, October, November, December 1190

***Box 4 Inventory 1***

Summary by Lessee for Lease Activity for 1986 – whole year

***Box 5 Inventory 1***

All purchasers Lessee Reports – Jan, Aug, 1996

***Box 6 Inventory 1***

January, June 1984 – All purchasers lessee reports

***Box 7 Inventory 1***

1984 Oil Purchaser Reports
1981 Oil Purchaser Reports

***Box 8 Inventory 1***

1985 Oil Purchaser Reports

***Box 9 Inventory 1***

Oil Purchaser Reports – October 1986
Production Report for February 1986

*Eastern Oklahoma Region – Osage Agency*
*Pawhuska, Oklahoma G06*
*Series 4618-P5*
*Prepared by Melanie Quinton*



***Box 10 Inventory 1***

1984 Oil Purchaser Reports
Lease Activitity Edit List September 1997

***Box 11 Inventory 1***

Tribal Trust Fund Transaction List 1990
Lease Activity for November 1993

***Box 12 Inventory 1***

Oil Purchase Report, December 1981
Dry Gas Schedule, December 1996

***Box 13, Inventory 1***

Dry Gas Schedule, July 1992
Summary Lease Activity, May 1993

***Box 14, Inventory 1***

Summary Lease Activity, March 1986

***Box 15, Inventory 1***

Summary Lease Activity, May 1993

***Box 16, Inventory 1***

Oil Production Report, 1996

***Box 17, Inventory 1***

Oil Purchase Report, July 1987

***Box 18, Inventory 1***

Oil Purchase Report, July 1987

Eastern Oklahoma Region – Osage Agency
Pawhuska, Oklahoma G06
Series 4618-P5
Prepared by: Melanie Quinton



*Box 19, Inventory 1*

Control Sheet, January 12, 1988

*Box 20, Inventory 1*

Control Sheet, January, February, March, April, 1988

*Box 21, Inventory 1*

Control Sheet, January, February, March, 1989

*Box 22, Inventory 1*

Control Sheet, January 4, 1989

*Box 23, Inventory 1*

Production/Royalty Income 1987-1988

*Box 24, Inventory 1*

Tribal Trust Fund Transaction List – July 25, 1991

*Box 25, Inventory 1*

Summary List for Lease Activity, February 1993

*Box 26, Inventory 1*

Tribal Trust Fund List, August 28, 1991

*Box 27, Inventory 1*

Control Sheet, January 5, 1988

*Eastern Oklahoma Region – Osage Agency*
*Pawhuska, Oklahoma G06*
*Series 4618-T5*
*Prepared by: Melanie Quinton*



***Box 28, Inventory 1***

Lessees Acreage Record – A.E./Petroleum Company, Partnership, Allan J. Edwards, Jr., Beal, C.E. (Charlie)
C.H. Tyler

***Box 29, Inventory 1***

Lessee Acreage Record – Gillette, Carl K., Wiley Dozier, Fletcher R. Claunch

***Box 30, Inventory 1***

Lessees Acreage Record – Hampden Oil Corportation, Robert Kidd, Elmer E. Gilleland and Mary L. Gilleland

***Box 31, Inventory 1***

Lessees Acreage Record – John G. Weinmann and Virginia E. Weinmann, husband and wife, Paul L. Hayes, Jr.

***Box 32, Inventory 1***

Lessee Acreage Record – Northland Gasoline Company, Lawon, R.E., Mannford Transmission Company

***Box 33, Inventory 1***

L.A. Schumacher, Producting Properties, Inc., c/o Mr. Peter A. MacQueen Trustee, The Fort Worth National Bank, John B. Swank

***Box 34, Inventory 1***

Alma D. Swanson, Rudolph J. Wolf, Pierce-Al. D.

***Box 35, Inventory 1***

Oil Schedule 898 – 328.1 Gross Production Co., 328.1 – Lynn Oil Co

*Eastern Oklahoma Region – Osage Agency*
*Pawhuska, Oklahoma*
*Series 4618-T5*
*Prepared by: Melanie Quinton*



***Box 36, Inventory 1***

1983 – 1989 Accumulative Production History

***Box 37, Inventory 1***

Summary Lessee for Lessee Activity – Jan, Feb, & March 1991

***Box 38, Inventory 1***

Tax Exempt Royalty Payments
Big Heart Pipeline – 1980 November
Lease Production Report

**Box 39, Inventory 1**

Oil Purchase Report, Printout

**Box 40, Inventory 1**

Summary by Lessee for Lease Activity for October 1989, February 1989, July 1989, August 1989

**Box 41, Inventory 1**

1983 Oil Purchaser Report, November 1983, SE Contract Reference List, Printout

**Box 42, Inventory 1**

Control Sheet – January through June 1991, Minerals Royalty, Adjustment Rec. History Report.
September 1991 Lease Production Report, August 1994

BUREAU OF INDIAN AFFAIRS
OSAGE AGENCY

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Martin Lalonde | FROM: Melanie Quinton |
| COMPANY: DOJ | DATE: 2/13/06 |
| FAX NUMBER: 202-353-2021 | TOTAL NO. OF PAGES INCLUDING COVER: 48 plus cover |
| PHONE NUMBER: 202-305-0247 | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

813 GRANDVIEW, PAWHUSKA, OKLAHOMA 74056