# OSAGE TRANCHE ONE ROYALTY BOXES 020606
# SOURCE AND LOAD DATE REPORT

| BoxId | BoxNumber | OSTNumber | FRCNumber | BoxSourceCode | Loadeddate |
|---|---|---|---|---|---|
| 45460 | 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-0015-0034 | | 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-0015-0034 | G06 | 2004-01-16 |
| 45461 | 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-0016-0034 | | 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-0016-0034 | G06 | 2004-01-16 |
| 114299 | G06-05-0829-0004-0006 | G06-05-0829-0004-0006 | 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-0004-0006 | G06 | 2005-04-19 |
| 114302 | G06-05-0831-0001-0042 | G06-05-0831-0001-0042 | 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-0001-0042 | G06 | 2005-04-19 |
| 114304 | G06-05-0831-0003-0042 | G06-05-0831-0003-0042 | 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-0003-0042 | G06 | 2005-04-19 |
| 114306 | G06-05-0831-0005-0042 | G06-05-0831-0005-0042 | 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-0005-0042 | G06 | 2005-04-19 |
| 114307 | G06-05-0831-0006-0042 | G06-05-0831-0006-0042 | 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-0006-0042 | G06 | 2005-04-19 |
| 114309 | G06-05-0831-0008-0042 | G06-05-0831-0008-0042 | 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-0008-0042 | G06 | 2005-04-19 |
| 114310 | G06-05-0831-0009-0042 | G06-05-0831-0009-0042 | 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-0009-0042 | G06 | 2005-04-19 |
| 114317 | G06-05-0831-0016-0042 | G06-05-0831-0016-0042 | 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-0016-0042 | G06 | 2005-04-19 |
| 114319 | G06-05-0831-0018-0042 | G06-05-0831-0018-0042 | 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-0018-0042 | G06 | 2005-04-19 |
| 114327 | G06-05-0831-0026-0042 | G06-05-0831-0026-0042 | 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-0026-0042 | G06 | 2005-04-19 |
| 114337 | G06-05-0831-0036-0042 | G06-05-0831-0036-0042 | 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-0036-0042 | G06 | 2005-04-19 |
| 114339 | G06-05-0831-0038-0042 | G06-05-0831-0038-0042 | 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-0038-0042 | G06 | 2005-04-19 |
| 114340 | G06-05-0831-0039-0042 | G06-05-0831-0039-0042 | 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-0039-0042 | G06 | 2005-04-19 |
| 114403 | G06-05-0939-0004-0005 | G06-05-0939-0004-0005 | 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-0004-0005 | G06 | 2005-04-19 |
| 114517 | G06-05-0962-0007-0009 | G06-05-0962-0007-0009 | 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-0007-0009 | G06 | 2005-04-19 |
| 114518 | G06-05-0962-0008-0009 | G06-05-0962-0008-0009 | 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-0008-0009 | G06 | 2005-04-19 |
| 114519 | G06-05-0962-0009-0009 | G06-05-0962-0009-0009 | 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-0009-0009 | G06 | 2005-04-19 |
| 114531 | G06-05-0964-0011-0011 | G06-05-0964-0011-0011 | 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-0011-0011 | G06 | 2005-04-19 |
| 114536 | G06-05-0965-0005-0007 | G06-05-0965-0005-0007 | 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-0005-0007 | G06 | 2005-04-19 |
| 114573 | G06-05-0970-0001-0005 | G06-05-0970-0001-0005 | 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-0001-0005 | G06 | 2005-04-19 |
| 114574 | G06-05-0970-0002-0005 | G06-05-0970-0002-0005 | 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-0002-0005 | G06 | 2005-04-19 |
| 114578 | G06-05-0971-0001-0268 | G06-05-0971-0001-0268 | 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-0001-0268 | G06 | 2005-04-19 |
| 114581 | G06-05-0971-0004-0268 | G06-05-0971-0004-0268 | 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-0004-0268 | G06 | 2005-04-19 |
| 114593 | G06-05-0971-0016-0268 | G06-05-0971-0016-0268 | 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-0016-0268 | G06 | 2005-04-19 |
| 114594 | G06-05-0971-0017-0268 | G06-05-0971-0017-0268 | 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-0017-0268 | G06 | 2005-04-19 |
| 114596 | G06-05-0971-0019-0268 | G06-05-0971-0019-0268 | 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-0019-0268 | G06 | 2005-04-19 |
| 114597 | G06-05-0971-0020-0268 | G06-05-0971-0020-0268 | 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-0020-0268 | G06 | 2005-04-19 |
| 114624 | G06-05-0971-0047-0268 | G06-05-0971-0047-0268 | 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-0047-0268 | G06 | 2005-04-19 |

| BoxId | BoxNumber | OSTNumber | FRCNumber | BoxSourceCode | Loadeddate |
|---|---|---|---|---|---|
| 114625 | G06-05-0971-0048-0268 | G06-05-0971-0048-0268 | 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-0048-0268 | G06 | 2005-04-19 |
| 114627 | G06-05-0971-0050-0268 | G06-05-0971-0050-0268 | 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-0050-0268 | G06 | 2005-04-19 |
| 114630 | G06-05-0971-0053-0268 | G06-05-0971-0053-0268 | 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-0053-0268 | G06 | 2005-04-19 |
| 114632 | G06-05-0971-0055-0268 | G06-05-0971-0055-0268 | 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-0055-0268 | G06 | 2005-04-19 |
| 114633 | G06-05-0971-0056-0268 | G06-05-0971-0056-0268 | 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-0056-0268 | G06 | 2005-04-19 |
| 114639 | G06-05-0971-0062-0268 | G06-05-0971-0062-0268 | 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-0062-0268 | G06 | 2005-04-19 |
| 114644 | G06-05-0971-0067-0268 | G06-05-0971-0067-0268 | 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-0067-0268 | G06 | 2005-04-19 |
| 114646 | G06-05-0971-0069-0268 | G06-05-0971-0069-0268 | 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-0069-0268 | G06 | 2005-04-19 |
| 114648 | G06-05-0971-0071-0268 | G06-05-0971-0071-0268 | 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-0071-0268 | G06 | 2005-04-19 |
| 114649 | G06-05-0971-0072-0268 | G06-05-0971-0072-0268 | 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-0072-0268 | G06 | 2005-04-19 |
| 114650 | G06-05-0971-0073-0268 | G06-05-0971-0073-0268 | 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-0073-0268 | G06 | 2005-04-19 |
| 114651 | G06-05-0971-0074-0268 | G06-05-0971-0074-0268 | 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-0074-0268 | G06 | 2005-04-19 |
| 114653 | G06-05-0971-0076-0268 | G06-05-0971-0076-0268 | 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-0076-0268 | G06 | 2005-04-19 |
| 114654 | G06-05-0971-0077-0268 | G06-05-0971-0077-0268 | 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-0077-0268 | G06 | 2005-04-19 |
| 114658 | G06-05-0971-0081-0268 | G06-05-0971-0081-0268 | 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-0081-0268 | G06 | 2005-04-19 |
| 114661 | G06-05-0971-0084-0268 | G06-05-0971-0084-0268 | 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-0084-0268 | G06 | 2005-04-19 |
| 114674 | G06-05-0971-0097-0268 | G06-05-0971-0097-0268 | 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-0097-0268 | G06 | 2005-04-19 |
| 114675 | G06-05-0971-0098-0268 | G06-05-0971-0098-0268 | 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-0098-0268 | G06 | 2005-04-19 |
| 114679 | G06-05-0971-0102-0268 | G06-05-0971-0102-0268 | 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-0102-0268 | G06 | 2005-04-19 |
| 114681 | G06-05-0971-0104-0268 | G06-05-0971-0104-0268 | 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-0104-0268 | G06 | 2005-04-19 |
| 114683 | G06-05-0971-0106-0268 | G06-05-0971-0106-0268 | 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-0106-0268 | G06 | 2005-04-19 |
| 114687 | G06-05-0971-0110-0268 | G06-05-0971-0110-0268 | 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-0110-0268 | G06 | 2005-04-19 |
| 114688 | G06-05-0971-0111-0268 | G06-05-0971-0111-0268 | 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-0111-0268 | G06 | 2005-04-19 |
| 114689 | G06-05-0971-0112-0268 | G06-05-0971-0112-0268 | 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-0112-0268 | G06 | 2005-04-19 |
| 114690 | G06-05-0971-0113-0268 | G06-05-0971-0113-0268 | 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-0113-0268 | G06 | 2005-04-19 |
| 114691 | G06-05-0971-0114-0268 | G06-05-0971-0114-0268 | 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-0114-0268 | G06 | 2005-04-19 |
| 114693 | G06-05-0971-0116-0268 | G06-05-0971-0116-0268 | 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-0116-0268 | G06 | 2005-04-19 |
| 114694 | G06-05-0971-0117-0268 | G06-05-0971-0117-0268 | 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-0117-0268 | G06 | 2005-04-19 |
| 114695 | G06-05-0971-0118-0268 | G06-05-0971-0118-0268 | 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-0118-0268 | G06 | 2005-04-19 |
| 114696 | G06-05-0971-0119-0268 | G06-05-0971-0119-0268 | 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-0119-0268 | G06 | 2005-04-19 |
| 114710 | G06-05-0971-0133-0268 | G06-05-0971-0133-0268 | 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-0133-0268 | G06 | 2005-04-19 |
| 114717 | G06-05-0971-0140-0268 | G06-05-0971-0140-0268 | 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-0140-0268 | G06 | 2005-04-19 |

| BoxId | BoxNumber | OSTNumber | FRCNumber | BoxSourceCode | Loadeddate |
|---|---|---|---|---|---|
| 114738 | G06-05-0971-0161-0268 | G06-05-0971-0161-0268 | 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-0161-0268 | G06 | 2005-04-19 |
| 114739 | G06-05-0971-0162-0268 | G06-05-0971-0162-0268 | 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-0162-0268 | G06 | 2005-04-19 |
| 114741 | G06-05-0971-0164-0268 | G06-05-0971-0164-0268 | 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-0164-0268 | G06 | 2005-04-19 |
| 114743 | G06-05-0971-0166-0268 | G06-05-0971-0166-0268 | 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-0166-0268 | G06 | 2005-04-19 |
| 114749 | G06-05-0971-0172-0268 | G06-05-0971-0172-0268 | 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-0172-0268 | G06 | 2005-04-19 |
| 114757 | G06-05-0971-0180-0268 | G06-05-0971-0180-0268 | 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-0180-0268 | G06 | 2005-04-19 |
| 114758 | G06-05-0971-0181-0268 | G06-05-0971-0181-0268 | 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-0181-0268 | G06 | 2005-04-19 |
| 114759 | G06-05-0971-0182-0268 | G06-05-0971-0182-0268 | 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-0182-0268 | G06 | 2005-04-19 |
| 114760 | G06-05-0971-0183-0268 | G06-05-0971-0183-0268 | 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-0183-0268 | G06 | 2005-04-19 |
| 114761 | G06-05-0971-0184-0268 | G06-05-0971-0184-0268 | 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-0184-0268 | G06 | 2005-04-19 |
| 114764 | G06-05-0971-0187-0268 | G06-05-0971-0187-0268 | 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-0187-0268 | G06 | 2005-04-19 |
| 114767 | G06-05-0971-0190-0268 | G06-05-0971-0190-0268 | 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-0190-0268 | G06 | 2005-04-19 |
| 114787 | G06-05-0971-0210-0268 | G06-05-0971-0210-0268 | 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-0210-0268 | G06 | 2005-04-19 |
| 114795 | G06-05-0971-0218-0268 | G06-05-0971-0218-0268 | 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-0218-0268 | G06 | 2005-04-19 |
| 114797 | G06-05-0971-0220-0268 | G06-05-0971-0220-0268 | 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-0220-0268 | G06 | 2005-04-19 |
| 114804 | G06-05-0971-0227-0268 | G06-05-0971-0227-0268 | 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-0227-0268 | G06 | 2005-04-19 |
| 114814 | G06-05-0971-0237-0268 | G06-05-0971-0237-0268 | 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-0237-0268 | G06 | 2005-04-19 |
| 114820 | G06-05-0971-0243-0268 | G06-05-0971-0243-0268 | 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-0243-0268 | G06 | 2005-04-19 |
| 114825 | G06-05-0971-0248-0268 | G06-05-0971-0248-0268 | 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-0248-0268 | G06 | 2005-04-19 |
| 114826 | G06-05-0971-0249-0268 | G06-05-0971-0249-0268 | 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-0249-0268 | G06 | 2005-04-19 |
| 114828 | G06-05-0971-0251-0268 | G06-05-0971-0251-0268 | 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-0251-0268 | G06 | 2005-04-19 |
| 114830 | G06-05-0971-0253-0268 | G06-05-0971-0253-0268 | 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-0253-0268 | G06 | 2005-04-19 |
| 114833 | G06-05-0971-0256-0268 | G06-05-0971-0256-0268 | 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-0256-0268 | G06 | 2005-04-19 |
| 114837 | G06-05-0971-0260-0268 | G06-05-0971-0260-0268 | 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-0260-0268 | G06 | 2005-04-19 |
| 114846 | G06-05-0972-0001-0028 | G06-05-0972-0001-0028 | 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-0001-0028 | G06 | 2005-04-19 |
| 114847 | G06-05-0972-0002-0028 | G06-05-0972-0002-0028 | 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-0002-0028 | G06 | 2005-04-19 |
| 114848 | G06-05-0972-0003-0028 | G06-05-0972-0003-0028 | 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-0003-0028 | G06 | 2005-04-19 |
| 114849 | G06-05-0972-0004-0028 | G06-05-0972-0004-0028 | 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-0004-0028 | G06 | 2005-04-19 |
| 114850 | G06-05-0972-0005-0028 | G06-05-0972-0005-0028 | 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-0005-0028 | G06 | 2005-04-19 |
| 114851 | G06-05-0972-0006-0028 | G06-05-0972-0006-0028 | 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-0006-0028 | G06 | 2005-04-19 |
| 114852 | G06-05-0972-0007-0028 | G06-05-0972-0007-0028 | 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-0007-0028 | G06 | 2005-04-19 |
| 114853 | G06-05-0972-0008-0028 | G06-05-0972-0008-0028 | 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-0008-0028 | G06 | 2005-04-19 |

| BoxId | BoxNumber | OSTNumber | FRCNumber | BoxSourceCode | Loadeddate |
|---|---|---|---|---|---|
| 114854 | G06-05-0972-0009-0028 | G06-05-0972-0009-0028 | 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-0009-0028 | G06 | 2005-04-19 |
| 114883 | G06-05-0974-0009-0009 | G06-05-0974-0009-0009 | 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-0009-0009 | G06 | 2005-04-19 |
| 114890 | G06-05-0975-0007-0015 | G06-05-0975-0007-0015 | 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-0007-0015 | G06 | 2005-04-19 |
| 114899 | G06-05-0976-0001-0027 | G06-05-0976-0001-0027 | 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-0001-0027 | G06 | 2005-04-19 |
| 114900 | G06-05-0976-0002-0027 | G06-05-0976-0002-0027 | 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-0002-0027 | G06 | 2005-04-19 |
| 114902 | G06-05-0976-0004-0027 | G06-05-0976-0004-0027 | 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-0004-0027 | G06 | 2005-04-19 |
| 114903 | G06-05-0976-0005-0027 | G06-05-0976-0005-0027 | 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-0005-0027 | G06 | 2005-04-19 |
| 114904 | G06-05-0976-0006-0027 | G06-05-0976-0006-0027 | 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-0006-0027 | G06 | 2005-04-19 |
| 114905 | G06-05-0976-0007-0027 | G06-05-0976-0007-0027 | 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-0007-0027 | G06 | 2005-04-19 |
| 114906 | G06-05-0976-0008-0027 | G06-05-0976-0008-0027 | 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-0008-0027 | G06 | 2005-04-19 |
| 114907 | G06-05-0976-0009-0027 | G06-05-0976-0009-0027 | 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-0009-0027 | G06 | 2005-04-19 |
| 114908 | G06-05-0976-0010-0027 | G06-05-0976-0010-0027 | 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-0010-0027 | G06 | 2005-04-19 |
| 114909 | G06-05-0976-0011-0027 | G06-05-0976-0011-0027 | 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-0011-0027 | G06 | 2005-04-19 |
| 114910 | G06-05-0976-0012-0027 | G06-05-0976-0012-0027 | 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-0012-0027 | G06 | 2005-04-19 |
| 114911 | G06-05-0976-0013-0027 | G06-05-0976-0013-0027 | 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-0013-0027 | G06 | 2005-04-19 |
| 114912 | G06-05-0976-0014-0027 | G06-05-0976-0014-0027 | 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-0014-0027 | G06 | 2005-04-19 |
| 114913 | G06-05-0976-0015-0027 | G06-05-0976-0015-0027 | 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-0015-0027 | G06 | 2005-04-19 |
| 114914 | G06-05-0976-0016-0027 | G06-05-0976-0016-0027 | 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-0016-0027 | G06 | 2005-04-19 |
| 114915 | G06-05-0976-0017-0027 | G06-05-0976-0017-0027 | 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-0017-0027 | G06 | 2005-04-19 |
| 114916 | G06-05-0976-0018-0027 | G06-05-0976-0018-0027 | 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-0018-0027 | G06 | 2005-04-19 |
| 114917 | G06-05-0976-0019-0027 | G06-05-0976-0019-0027 | 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-0019-0027 | G06 | 2005-04-19 |
| 114918 | G06-05-0976-0020-0027 | G06-05-0976-0020-0027 | 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-0020-0027 | G06 | 2005-04-19 |
| 114920 | G06-05-0976-0022-0027 | G06-05-0976-0022-0027 | 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-0022-0027 | G06 | 2005-04-19 |
| 114921 | G06-05-0976-0023-0027 | G06-05-0976-0023-0027 | 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-0023-0027 | G06 | 2005-04-19 |
| 114922 | G06-05-0976-0024-0027 | G06-05-0976-0024-0027 | 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-0024-0027 | G06 | 2005-04-19 |
| 114923 | G06-05-0976-0025-0027 | G06-05-0976-0025-0027 | 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-0025-0027 | G06 | 2005-04-19 |
| 114924 | G06-05-0976-0026-0027 | G06-05-0976-0026-0027 | 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-0026-0027 | G06 | 2005-04-19 |
| 114925 | G06-05-0976-0027-0027 | G06-05-0976-0027-0027 | 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-0027-0027 | G06 | 2005-04-19 |
| 123008 | G06-05-1225-0001-0028 | G06-05-1225-0001-0028 | 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-0001-0028 | G06 | 2005-06-14 |
| 123039 | G06-05-1228-0001-0017 | G06-05-1228-0001-0017 | 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-0001-0017 | G06 | 2005-06-14 |
| 123040 | G06-05-1228-0002-0017 | G06-05-1228-0002-0017 | 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-0002-0017 | G06 | 2005-06-14 |
| 123041 | G06-05-1228-0003-0017 | G06-05-1228-0003-0017 | 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-0003-0017 | G06 | 2005-06-14 |

| BoxId | BoxNumber | OSTNumber | FRCNumber | BoxSourceCode | Loadeddate |
|---|---|---|---|---|---|
| 123042 | G06-05-1228-0004-0017 | G06-05-1228-0004-0017 | 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-0004-0017 | G06 | 2005-06-14 |
| 123043 | G06-05-1228-0005-0017 | G06-05-1228-0005-0017 | 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-0005-0017 | G06 | 2005-06-14 |
| 123047 | G06-05-1228-0009-0017 | G06-05-1228-0009-0017 | 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-0009-0017 | G06 | 2005-06-14 |
| 123048 | G06-05-1228-0010-0017 | G06-05-1228-0010-0017 | 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-0010-0017 | G06 | 2005-06-14 |
| 123050 | G06-05-1228-0012-0017 | G06-05-1228-0012-0017 | 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-0012-0017 | G06 | 2005-06-14 |
| 123052 | G06-05-1228-0014-0017 | G06-05-1228-0014-0017 | 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-0014-0017 | G06 | 2005-06-14 |
| 123054 | G06-05-1228-0016-0017 | G06-05-1228-0016-0017 | 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-0016-0017 | G06 | 2005-06-14 |
| 123055 | G06-05-1228-0017-0017 | G06-05-1228-0017-0017 | 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-0017-0017 | G06 | 2005-06-14 |
| 124416 | G06-05-1226-0001-0001 | G06-05-1226-0001-0001 | 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-0001-0001 | G06 | 2005-06-14 |