# *Supplement to Defendant's Revised Exhibit List*

| *Provisional Exhibit Number* | *Document Date* | *Description* |
|---|---|---|
| 2665 | 3/31/1982 | Sun Oil Co. (Delaware) Production / Arco Royalty Income |
| 2668 | 3/6/1991 | BIA Osage Indian Agency Production Report for the Month of October 1990 |
| 2670 | 6/17/1986 | BIA Osage Indian Agency Production Report for the Month of February 1986 |
| 2672 | 10/18/1989 | BIA Osage Indian Agency Production Report for the Month of July 1989 |
| 2673 | 11/1/1980 | BIA Production Report for the Month of November, 1980 |
| 2674 | 5/1/1979 | Osage Indian Agency Production Report for the Month of May 1979 |