# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, )
)
Plaintiff, )
)
v. ) No. 99-550 L (into which has
) been consolidated No. 00-169 L)
) Judge Emily C. Hewitt
)
THE UNITED STATES OF AMERICA, ) Electronically Filed
) February 14, 2004
Defendant. )
______________________________________)

## PLAINTIFF OSAGE NATION'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT'S NEWLY ASSERTED DEFENSES OF ESTOPPEL AND LACHES AND TO EXCLUDE EVIDENCE SUPPORTING SUCH DEFENSES

Pursuant to the Court's Order dated February 7, 2006, Plaintiff Osage Nation respectfully seeks leave to file the attached Reply in Support of Its Motion to Strike Defendant's Newly Asserted Defenses of Estoppel and Laches and to Exclude Evidence Supporting Such Defenses. The Osage Nation beliefs this brief Reply will assist the Court in its consideration of the issues presented by the Motion.

Dated this February 14, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for The Osage Nation