**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | Electronically Filed February 15, 2006 |
| Defendant. | ) | |

**PLAINTIFF OSAGE NATION'S MOTION TO STRIKE DEFENDANT'S SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE DOCUMENTS AND TESTIMONY FOR VIOLATIONS OF THE COURT'S SCHEDULING AND DISCOVERY ORDERS, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE**

On February 7, 2006, the Court issued an Order directing that it would not accept further filings from either party without prior leave from the Court. On February 9, 2006, Defendant filed a Surreply to Plaintiff's Reply in Support of its Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders. Defendant did not seek leave of this Court prior to filing its surreply. For this reason alone, Defendant's Surreply should be stricken from the record of this case.

Defendant also claims that its Surreply is necessary to address new issues in Plaintiff's reply involving depositions and subpoenas pursuant to RCFC 30(b)(6). Defendant's Surreply at 4-5. However, Plaintiff did not raise any new issues in its reply. Rather, Plaintiff merely replied to Defendant's claim that Plaintiff had not been prejudiced by its violations of this Court's Orders – an issue that Plaintiff had discussed in its motion. Consequently, Defendant's "new issues" claim does not justify its unauthorized filing.

In the alternative, Plaintiff respectfully seeks leave to file the attached three-page response to Defendant's Surreply. The Osage Nation believes this brief reply will assist the Court in its consideration of the issues presented by its Motion.

Dated this February 15, 2006

Respectfully submitted,
*/s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for The Osage Nation