# EXHIBIT A

## DEPOSITION DESIGNATIONS

| DEPONENT | FROM (Page: Line) | TO (Page: Line) |
|---|---|---|
| Melvin Core | 4:7 | 4:10 |
| | 8:12 | 8:14 |
| | 15:16 | 21:12 |
| | 22:18 | 23:10 |
| | 29:12 | 30:24 |
| | 31:12 | 37:3 |
| | 37:9 | 37:17 |
| | 38:2 | 38:12 |
| | 83:14 | 85:6 |
| | 95:14 | 95:20 |
| | 98:1 | 98:24 |
| | 99:12 | 100:19 |
| | 101:7 | 101:14 |
| | 155:5 | 156:4 |
| | 156:20 | 160:25 |
| | 162:21 | 164:21 |
| | 165:24 | 168:14 |
| | 169:6 | 174:10 |
| | 175:3 | 175:25 |