**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: February 15, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION IN LIMINE REGARDING THE PROPOSED TESTIMONY OF LUCIAN L. MORRISON**

Defendant respectfully moves this Court for leave to file Defendant's Motion in Limine Regarding the Proposed Testimony of Lucian L. Morrison. Per the Court's February 7, 2006, Order, the Court will not accept further objections to witnesses without prior leave of the Court.

In support of this motion, Defendant states as follows: (1) Mr. Morrison was not identified as a witness by Plaintiff until January 12, 2006; (2) due to various depositions, scheduling conflicts, and other pre-trial filings, Defendant was unable to depose Mr. Morrison until February 13, 2006; and (3) Defendant obtained the transcript from the court reporter on February 14, 2006.

For the foregoing reasons, Defendant respectfully moves for leave to file Defendant's Motion in Limine Regarding the Proposed Testimony of Lucian L. Morrison.

Respectfully submitted this 15h day of February, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Services
U.S. Department of the Treasury
401 14th Street, S.W.

Room 552A
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627