# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 16, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Further to the Pretrial Conference held on February 16, 2006, the parties are directed to undertake the following actions on or before the date specified in each instance.

1. Pl.'s Ex. 515: Plaintiff to brief on hearsay and foundation on or before 2/20/06. Defendant to respond on or before 2/22/06.

2. Pl.'s Ex. 679: Plaintiff to produce by Friday, 2/17/06. Defendant may brief on or before 2/20/06. Plaintiff may respond on or before 2/22/06.

3. Def.'s Ex. 2582 and 2583: Defendant to produce by Friday, 2/17/06. Plaintiff may brief on or before 2/20/06. Defendant may respond on or before 2/22/06.

4. The parties shall provide to the court a list of Joint Exhibits including each party's respective designations of deposition testimony. The parties shall prepare and bring to trial such Joint Exhibits.

5. The court will also accept briefing by the parties on any relevant issue to be filed on or before 2/20/06. Maximum page length for the briefing is seven

pages. Response briefs of no more than three pages may be filed on or before 2/22/06.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge