**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | Electronically Filed February 16, 2006 |
| Defendant. | ) | |

**NOTICE OF FILING EXECUTED AFFIDAVIT OF JIM R. PARRIS**

On February 15, 2006, Plaintiff submitted the Affidavit of Jim R. Parris in support of its Response to Defendant's Surreply to Plaintiff's Reply in Support of Its Motion to Exclude Documents and Testimony for Violations of the Court's Scheduling and Discovery Orders. Plaintiff hereby submits an executed copy of the Affidavit of Jim R. Parris, to be substituted for the unexecuted affidavit filed on February 15, 2006.

Dated this February 16, 2006

Respectfully submitted,
*/s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for The Osage Nation