**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | Electronically Filed February 16, 2005 |
| Defendant. | ) | |

**PLAINTIFF OSAGE NATION'S OBJECTIONS TO EXHIBITS THE UNITED STATES EXPECTS TO OFFER AT TRIAL THAT THE PARTIES WERE UNABLE TO RESOLVE**

| **Defendant's Provisional Exhibit No.** | **Plaintiff's Objection** |
|---|---|
| 21 | Authenticity; Incomplete; Relevance; Legal Opinions; Hearsay |
| 68 | Relevance |
| 288 | Incomplete |
| 295 | Relevance; Authenticity; Produced Late |
| 310 | Produced Late |
| 319 | Produced Late |
| 359 | Relevance; Incomplete; Produced Late |
| 367 | Relevance; Incomplete |
| 371 | Relevance; Incomplete; Produced Late |
| 413 | Relevance |
| 426 | Relevance |
| 427 | Relevance |
| 428 | Relevance |
| 449 | Relevance |
| 468 | Relevance |
| 470 | Relevance |
| 474 | Relevance |
| 475 | Relevance |
| 478 | Relevance |
| 485 | Relevance |
| 487 | Relevance |
| 533 | Produced Late |
| 563 | Relevance |
| 622 | Relevance |

| | |
|---|---|
| 626 | Relevance |
| 669 | Relevance; Produced Late; Hearsay |
| 792 | Incomplete |
| 801 | Produced with Late Produced Expert Report (Lundelius) |
| 805 | Relevance; Produced Late |
| 810 | Withdrawn Previously; Authenticity/Draft; Produced with Late Produced Expert Report (Lundelius) |
| 867 | Relevance; Incomplete |
| 923 | Produced Late |
| 955 | Relevance |
| 956 | Produced Late |
| 968 | Produced with Late Produced Expert Report (Chavarria) |
| 997 | Relevance |
| 1008 | Relevance |
| 1029 | Relevance |
| 1030 | Relevance |
| 1150 | Relevance |
| 1365 | Relevance |
| 1368 | Relevance |
| 1381 | Relevance |
| 1600 | Incomplete; Complete Authenticity |
| 1606 | Produced with Late Produced Expert Report (Martin) |
| 1655 | Missing |
| 1750 | Late Expert Report (Chavarria) |
| 2260 | Relevance; Produced Late |
| 2261 | Relevance; Produced Late |
| 2285 | Produced Late |
| 2301 | Authenticity |
| 2324 | Produced Late |
| 2340 | Produced Late |
| 2341 | Authenticity; Hearsay |
| 2342 | Authenticity; Hearsay |
| 2345 | Authenticity; Hearsay |
| 2353 | Authenticity; Hearsay |
| 2355 | Authenticity; Hearsay |
| 2361 | Authenticity; Hearsay; Produced Late |
| 2362 | Authenticity; Hearsay |
| 2365 | Relevance; Produced Late |
| 2368 | Relevance |
| 2370 | Authenticity; Hearsay; Relevance; Produced Late |
| 2377 | Relevance; Produced Late |
| 2381 | Relevance; Produced Late |
| 2384 | Produced Late |
| 2469 | Relevance |
| 2512 | Produced Late |
| 2574 | Produced Late |

| | |
|---|---|
| 2582 | Not Provided; Relevance |
| 2483 | Not Provided; Relevance |
| 2566 | Expert Report Produced Late (Martin) |
| AR 2.00 | Relevance; Incomplete; Hearsay |
| AR 3.00 | Relevance; Incomplete; Hearsay |
| AR 4.00 | Relevance; Incomplete; Hearsay |
| AR 4.02 | Relevance; Incomplete; Hearsay |
| AR 5.00 | Relevance; Incomplete; Hearsay |
| AR 6.01 | Relevance; Incomplete; Hearsay |
| AR 6.09 | Relevance; Incomplete; Hearsay |
| AR 144 | Relevance; Incomplete; Hearsay |
| AR 144.01.01 | Relevance; Hearsay |
| AR 144.29 | Relevance; Hearsay |
| AR 144.31 | Relevance; Hearsay |

Dated this February 16, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for The Osage Nation