# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 17, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Further to the second session of the Pretrial Conference held on February 17, 2006, the revised schedule for post pretrial briefings is amended as provided:

1. Pl.'s Ex. 515: Plaintiff to brief on hearsay and foundation on or before 2/22/06. Defendant to respond on or before 2/24/06.

2. Pl.'s Ex. 679: Plaintiff to produce by Friday, 2/17/06. Defendant may brief on or before 2/22/06. Plaintiff may respond on or before 2/24/06.

3. Def.'s Ex. 2582 and 2583: Defendant to produce by Friday, 2/17/06. Plaintiff may brief on or before 2/22/06. Defendant may respond on or before 2/24/06.

4. The court will also accept briefing by the parties on any relevant issue to be filed on or before 2/22/06. Maximum page length for the briefing is seven pages. Response briefs of no more than three pages may be filed on or before 2/24/06.

5. Defendant to produce all relevant documents discovered after September 1, 2005 and not otherwise produced on or before 2/24/06.

6. The parties shall provide to the court a list of Joint Exhibits including each party's respective designations of deposition testimony on or before 3/13/06. The parties shall prepare and bring to trial such Joint Exhibits.

7. The trial shall be rescheduled from the current beginning date of February 27, 2006 to a period of 10 trial days to be agreed by the parties from the three-week time period from March 27 through April 14, 2006. The parties shall notify the court of the proposed trial dates to which they have agreed and shall file a revised trial schedule of witnesses on or before 2/24/06.

8. Plaintiff shall designate additional exhibits and present revised expert reports on or before 3/13/06. Both parties may also present expert reports revised to reflect the deletion from Tranche One of the Stanley Stringer lease and the month of October 1990 from the remaining leases on or before 3/13/06.

9. A pretrial conference to discuss and resolve the reserved issues identified by the parties is scheduled for March 16, 2006 at 9:00 a.m. EST.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge