# EXHIBIT 2

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

THE OSAGE NATION and/or
TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

vs. No. 00-169L
JUDGE EMILY C. HEWITT

THE UNITED STATES OF AMERICA,

Defendant

VIDEO DEPOSITION OF E. SEAN STANDINGBEAR, before the undersigned Certified Shorthand Reporter, taken on behalf of the Defendant, on the 11th day of February, 2006, at 813 Grandview Avenue, in the City of Pawhuska, County of Osage, and State of Oklahoma, commencing at 10:15 a.m., before the undersigned, Elizabeth Davidson, a Certified Shorthand Reporter in and for the State of Oklahoma.

Fee for Original: $
Paid by Plaintiff.

ELIZABETH DAVIDSON, CSR #122

DAVIDSON REPORTING SERVICE
CERTIFIED SHORTHAND REPORTERS
5508 South Lewis
Tulsa, OK 74105
(918) 745-9959

Q. Right.
A. And I -- I couldn't find any from the ones I looked in, but there were also papers, resolutions and council minutes and stuff here and there in those -- in those file cabinets. So I just like put them all together, trying to save them from destruction, basically, was my mission at that time.
Q. So -- so roughly just a volume standpoint, you know, approximately what was -- what was the volume of the documents that were six inches from the shredder versus the documents that were further than six inches from the shredder, such as approximately ten feet from the shredder, considering the fact that we have one banker's box worth of documents and a smaller box --
A. Using that as a comparative measurement, that banker's box?
Q. Yes. And then we have one additional box which is -- which is a smaller size box over here.
A. Uh-huh.
Q. For the record, if you would describe that, how big would you describe it, approximately?
A. Well, if it had been folded, with the lid folded, I would say it's about eight inches by --

Well, I can't tell whether you -- Oh, that fold. Okay. If you're folding it that way, it's one, two, three inches tall by maybe 17 inches long by ten inches wide.

Q. And we could just refer to the other box as a banker's box size, if that's okay with you.

A. Okay.

Q. So looking at the -- This is the volume of documents you retrieved, --

A. Uh-huh.

Q. -- approximately how much of that volume was, you know, associated with the documents that were six inches from the shredder, and how much of that volume is associated with the documents that were not six inches from the shredder, but that you -- you retrieved that may have been ten feet away or -- or more?

A. What I think you mean to say is -- And, again, I -- I'll some of the material that was next to the shredder was like legal size.

Q. Right.

A. And some was 8 by 10, and it was all mixed together.

Q. Right.

A. And that whole stack probably amounted

to maybe three, three and a half inches tall, and all the other stuff was, to the best of my knowledge, just right there within, like I said, that near vicinity of maybe ten feet.

Q. And why did you retrieve -- So just so I understand your testimony, there were approximately three and a half inches worth of documents --

A. Uh-huh.

Q. -- that you retrieved that were six inches from the shredder, and everything else was, within the vicinity, approximately ten feet.

A. Uh-huh.

Q. But all the -- all the remaining documents were not six -- within six inches of the shredder.

A. Correct, I believe so, yes.

Q. Why did you retrieve documents that were -- the documents that were not immediately next to the shredder?

A. I was --

Q. Why did you retrieve the other documents?

A. I was directed by the president of the Osage Nation in capacity as my -- the office of NAGPRA officer for the Tribe, and one of the mandates