**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed<br>February 22, 2006<br><br>Nos. 00-169 L & 99-550<br>Judge Emily C. Hewitt |

**PLAINTIFF'S SECOND MOTION**
**TO PRESENT SUBSTANTIVE EVIDENCE BY DEPOSITION**

Plaintiff Osage Nation, pursuant to RCFC Appendix A ¶ VI(15)(b) and RCFC 32(a), respectfully moves for leave to present substantive evidence and testimony through the deposition testimony identified in Exhibit A. In support of its Motion, the Osage Nation states:

In a discussion at a joint meeting on February 14, 2006, the parties agreed that the testimony of Melvin Core and Milton Dial may be presented by deposition instead of live at trial. Both witnesses will be unavailable pursuant to RCFC 32(a)(3)(E), because both witnesses are "at a greater distance than 100 miles for the place of trial or hearing."

For the foregoing reasons, the Osage Nation respectfully requests that it be permitted to present substantive evidence through the use of the deposition excerpts identified on Exhibit A.

Dated this February 22, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

**EXHIBIT A**
**DEPOSITION DESIGNATIONS**

| DEPONENT | FROM (Page:Line) | TO (Page:Line) |
|---|---|---|
| Melvin Core | 4:5 | 175:25 |
| Milton Dial | 8:1 | 9:19 |
| | 10:5 | 13:4 |
| | 14:22 | 16:15 |
| | 21:2 | 21:9 |
| | 27:23 | 30:13 |
| | 40:4 | 43:12 |
| | 50:18 | 56:11 |
| | 75:19 | 80:5 |
| | 81:17 | 82:17 |
| | 83:5 | 84:25 |
| | 86:2 | 86:11 |
| | 88:10 | 106:7 |
| | 111:13 | 112:7 |
| | 115:2 | 116:22 |
| | 118:19 | 119:17 |
| | 126:9 | 127:11 |
| | 133:1 | 133:9 |
| | 133:10 | 143:2 |