**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed February 22, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**STIPULATIONS OF THE PARTIES REGARDING CERTAIN ISSUES DISCUSSED AT THE PRETRIAL CONFERENCE**

During the Pretrial Conference on February 16-17, 2006, the parties noted on the record certain agreements regarding deposition excerpts and exhibits that the Court directed the parties to confirm in writing. In compliance with that directive, the parties submit the following stipulations:

Use of Deposition Excerpts. A party may designate excerpts from the deposition of a witness designated by the other party pursuant to RCFC 30(b)(6) and use those excerpts at trial whether or not that witness will be called as a live witness. With respect to witnesses that were not designated pursuant to RCFC 30(b)(6), the parties agree that a party may designate excerpts of depositions of such witnesses and use those excerpts at trial only if the witness will not be called as a live witness at the trial and is unavailable within the meaning of RCFC 32(a)(3). Based on this agreement, the parties do not object to the use of any of the deposition excerpts identified by the parties in their respective Motions to Present Substantive Evidence by Deposition.

Use of Exhibits on the "May Use" Exhibit Lists. If a party wants to use a document identified on its "May Use" Exhibit List , it must inform the other party no later than 7:00 p.m. two business days prior to the day on which the party anticipates using that document. If there is an objection to the use of any such document, the objecting party shall contact the Court for a sidebar conversation about the admissibility of the document(s) no later than one business day before the document is to be used.

Dated this February 22, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources
Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff

*s/ Martin L. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627