**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: February 23, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF ON HEARSAY AND FOUNDATION ISSUES FOR PLAINTIFF'S EXHIBITS 515 AND 86**

Pursuant to the Court's February 17, 2006, Order, and in response to Plaintiff's Brief on Hearsay and Foundation Issues for Plaintiff's Exhibits 515 and 86 ("Pl.'s Br."), Defendant submits this brief.

## I. PLAINTIFF'S EXHIBIT 515

Defendant hereby withdraws its hearsay and foundation objections to Plaintiff's Exhibit 515.

## II. PLAINTIFF'S EXHIBIT 86

Plaintiff indicates that the Court requested briefing on Defendant's hearsay objection to Plaintiff's Exhibit 86. *See* Pl.'s Br. at 4. At the pretrial conference on February 16, 2006, however, Defendant withdrew its hearsay and authentication objections to Plaintiff's Exhibit 86 in return for Plaintiff withdrawing its objection to Defendant's Exhibit 810. *See* February 16, 2006 Transcript at 125:22-126:4, 127:20-129:4.

Respectfully submitted this 23rd day of February, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior

MS 6456
Washington, D. C. 20240
Telephone: (202) 208-4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627