**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed<br>February 24, 2006<br><br>No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**PLAINTIFF OSAGE NATION'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT 679**

Plaintiff's Exhibit 679 is one of the documents, together with Exhibits 655-678, that Mr. Standingbear retrieved from the dead file room at the Osage Agency to save from being shredded. *See* Transcript of Proceedings, 2/16/06 at 45:24 – 47:22. Plaintiff inadvertently did not identify Exhibit 679 at the Pretrial Conference as being part of that collection of documents, and it should have been considered together with Exhibits 655-678. The United States had Exhibit 679 when it deposed Mr. Standingbear on February 11, 2006. As the Osage Nation explained at the Pretrial Conference, these documents, including Exhibit 679, are relevant to show the number and variety of documents that the Osage Agency intentionally destroyed (or intended to destroy). *See id.* at 48:24 – 49:18.

The United States' arguments regarding Exhibit 679 are the same arguments it made in opposition to Exhibits 655-678. *See id.* at 40:25 – 43:3. The Court has already rejected those arguments and overruled the United States' relevance objections to Exhibits 655-678. *Id.* at 53:24 - 54:6; 75:6-13. Those same rulings should apply to Exhibit 679.

Dated this February 24, 2006

Respectfully submitted,

*s/ Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff