# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed February 28, 2006)

THE OSAGE TRIBE OF INDIANS
OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Further to telephonic status conferences held on February 22, 24 and 27, 2006, the following actions and compliance dates were established:

1. Regarding the Martin expert report, defendant will serve its revised expert report on plaintiff at or before noon on March 2, 2006. Plaintiff will depose Mr. Martin on March 14, 2006. Plaintiff will serve plaintiff's revised expert report by Mr. Reineke on defendant on or before March 22, 2006. Mr. Reineke will be available for deposition by defendant on March 24, 2006.

2. With the exception of the report of Mr. Reineke, the date for filing of revised expert reports to take account of the removal of one time period and one lease from consideration under Tranche One of the case remains March 13, 2006 as established by the court's Order of Feb. 17, 2006, ¶ 8.

3. Regarding Plaintiff's Second Motion to Present Substantive Evidence by Deposition, any counter-designations to the depositions of Milton Dial and Melvin Core shall be filed on or before March 3, 2006.

4. The transcript of the Vale deposition shall be filed with the court on or before March 22, 2006. Should either party have objections to the deposition, the

deposition transcript with party designations shall be filed with the court on or before the date of the pretrial conference scheduled for March 16, 2006 by the court's Order of Feb. 17, 2006, ¶ 9.

5. The revised witness schedule for trial shall be filed on or before March 14, 2006. The foregoing EXTENDS the date of Feb. 24, 2006, set in the court's Order of Feb. 17, 2006, ¶ 7.

6. The parties' respective designations of deposition testimony, presented in the form of a Joint Exhibit, shall be filed on or before March 13, 2006. The foregoing EXTENDS the date of Feb. 24, 2006, set in the court's Order of Feb. 22, 2006, ¶ 1.

7. The trial will be held beginning at 9:00 a.m. on March 30 and concluding no later than 6:30 p.m. on April 12, 2006.

8. Post-trial briefing will consist of opening briefs of fifty pages or less, followed by responsive briefs of twenty pages or less. Both opening and responsive briefs shall be submitted simultaneously by the parties. The briefs shall include specific page citations to evidence, including page and line citations to the trial transcript, in support of each claim or defense asserted. The parties are reminded of the direction given by the court at the pretrial conference on February 16, 2006:

No exhibits will be admitted after the close of evidence at the close of trial. Any exhibit and/or any portion of an exhibit the import of which with respect to one or more issues in the case is not specifically pointed out by a witness at trial may be disregarded by the court in its determination of the case. "Specifically pointed out" means specific mention, with reference to an exhibit number, and to one or more specific page numbers within, or to an otherwise identifiable portion of, the exhibit, together with an indication of how the evidence supports or disproves a fact in issue. "Specifically pointed out" shall not include mention for the first time in post-trial briefing. Deposition transcripts admitted as exhibits are not considered exhibits for the purpose of the foregoing.

The dates, on or before which briefs shall be submitted, are:

Opening briefs: Due April 20, 2006
Responsive briefs: Due May 4, 2006

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge