**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: March 7, 2006 |
| v. | ) | Nos. 99-550L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF OSAGE NATION'S RESPONSE TO DEFENDANT'S MEMORANDUM REGARDING APPLICATION OF FEDERAL RULE OF EVIDENCE 615 TO MIXED FACT/EXPERT WITNESSES**

Defendant hereby moves for leave to file a Reply to Plaintiff Osage Nation's Response to Defendant's Memorandum Regarding Application of Federal Rule of Evidence 615 to Mixed Fact/Expert Witnesses. In its Response, Plaintiff presented arguments regarding the sequestration of fact witnesses and the disclosure of expert witnesses that were not addressed in Defendant's Memorandum. Through its Reply, Defendant seeks an opportunity to address those arguments.

For the foregoing reasons, Defendant respectfully moves for leave to file its Reply.

Respectfully submitted this 7th of March, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Kevin S. Webb*
MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-3490
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury

401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627