# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed March 7, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

A telephonic status conference was held with the parties on March 7, 2006 to discuss two motions presently before the court: Defendant's Second Motion to Admit Additional Portions of Transcript (Defendant's Motion to Admit) and Defendant's Motion for Leave to File Supplemental Revised Witness and Exhibit Lists Out of Time (Defendant's Motion for Leave to File). In light of plaintiff's non-objection, Defendant's Motion to Admit is GRANTED.

Defendant also requests leave to file revised witness and exhibit lists to add two witnesses, Julie Kelly and Melissa Curry, and two additional documents. Defendant also acknowledged that it is reconsidering its earlier decision, announced to plaintiff, to remove George Daly from the "May Call" list of witnesses and that it may designate additional deposition testimony by Newell Barker, currently on defendant's "May Call" list of witnesses. Following discussion by the parties, Defendant's Motion for Leave to File is GRANTED with the understanding that the following actions will be taken:

1. Defendant shall advise plaintiff whether it intends to call Mr. George Daly as a witness for the defense by or before 5 p.m. Wednesday, March 8, 2006.

2. Defendant may introduce additional exhibits not to exceed a total of 150 pages in length from the documents identified in Defendant's Motion for Leave to File. Defendant shall provide to plaintiff complete copies of all documents, such as manuals, from which the exhibits are excerpted, together with an additional copy of the excerpted material to be introduced as exhibits by or before noon on Friday, March 8, 2006.

The court also hereby AMENDS its Order of February 28, 2006, by replacing the dates provided in ¶ 8 regarding the submission of post-trial briefs with the following:

The dates, on or before which briefs shall be submitted, are:
Opening briefs: May 4, 2006
Responsive briefs: May 18, 2006

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge