# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: March 9, 2006 |
| v. | ) | Nos. 99-550L (into which has been consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

## DEFENDANT'S SUPPLEMENTAL REVISED WITNESS LIST

Pursuant to the Court's March 7, 2006 Order, the Rules of the Court of Federal Claims ("RCFC") Appendix A ¶ 15(a). Defendant hereby submits this Supplemental Revised Witness List identifying the additional witnesses Defendant expects to present at trial.

### Witnesses Defendant Will Present

**Melissa Currey**
Osage Agency
United States Department of the Interior
813 Grandview Ave.
P.O. Box 1539
Pawhuska, OK 74056-1539

Ms. Currey is the current Superintendent of the Osage Agency. She will offer testimony for purposes of rebutting testimony of Plaintiff's witnesses pertaining to the Agency's alleged destruction of trust documents.

Ms. Currey's direct examination is expected to take 0.5 hours

**Julie Kelly**
Office of Trust Records
United States Department of the Interior
3100 West Peak Blvd.
Muskogee, OK 74403

Ms. Kelly was a Regional Records Officer and Management Analyst at the Muskogee Regional Office at times relevant to Plaintiff's document-destruction allegations. Ms. Kelly will discuss issues within her personal knowledge pertaining to document management, retention and disposal policies employed at the Osage Agency for times relevant to this dispute.

Ms. Kelly's direct examination is expected to take 0.5 hours.

Defendant reserves the right to call any witness named in Plaintiff's witness list and any witness in this case who has been or will be deposed.

Respectfully submitted on March 9, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Kevin S. Webb*
MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys

Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-3490
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627