**Joint Exhibit List**

| Joint Exhibit No. | Description |
|---|---|
| 1 | Deposition Designations |
| 2 | Exhibit 5 to Hill 30(b)(6) deposition – Financial documents |
| 3 | OST Position Description for Accounting Technician, GS-0525-07 |
| 4 | Untitled Year and Month Report for 1972-1992 from Arthur Andersen Workpapers |
| 5 | Untitled Handwritten Notes re Arthur Andersen selecting run tickets to test oil calculations from Arthur Andersen Workpapers |
| 6 | Osage Hominy Unit Oil & Gas Mining Lease; Contract No. I 68 Ind. 3618 |
| 7 | Osage Hominy Unit Oil & Gas Mining Lease; Contract No. I 68 Ind. 3618 |
| 8 | North Avant Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 7883 |
| 9 | Division Order to Phillips Petroleum Company for Oil Production from North Burbank Unit |
| 10 | North Burbank Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 25667 |
| 11 | North Burbank Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 25667 |
| 12 | Stanley Stringer Unit Blanket Oil Mining Lease; Contract No. 14-20-201 2679 |
| 13 | Division Order No. 6561 to D-X Sunray Oil Company (Shell Oil Company and Sinclair Oil & Gas Company) for Oil Production from Avant Consolidated Block (Osage) |
| 14 | Agreement by and between Osage Tribe Indians in Oklahoma (Lessor) and The Pure Oil Company (Lessee) and Sinclair Oil and Gas Company (Lessee) to Modify and Amend Sections Two and Three of Osage Oil and Gas Mining Lease, Contract No. 168 IND 3618 |
| 15 | East Hardy Unit Blanket Oil Mining Lease; Contract No. 14-20-G06 664 |
| 16 | Division Order to Sunray DX Oil Company for Oil Production from the East Hardy Unit Lease, Osage County, Oklahoma |
| 17 | Agreement by and between Kewanee Oil Company (Seller) and CRA, Inc. (Purchaser) for Interests In and To Oil Mining Leases and Blanket Oil Mining Leases (Osage) |

| | |
|---|---|
| 18 | Division Order No. 67603-01-701 to Sunray DX Oil Company (Sinclair Oil & Gas Company and Pure Oil Company) for Oil Production from Osage Hominy Waterflood |
| 19 | Division Order No. 1657 to CRA, Inc. (Kewanee Oil Company) for Oil Production from Osage (Stanley Flood) |
| 20 | 42 BIAM Supplement No. 3 |
| 21 | 42 IAM 6.0 Budget and Finance - Accounting & Procedures |
| 22 | Correspondence between David Mosco and Charlotte Lloyd re proposed Amendment No. 3 to Joint Regulations No. 3 |
| 23 | Correspondence between David Mosco and Charlotte Lloyd re proposed Amendment No. 3 to Joint Regulations No. 3 |
| 24 | Correspondence between Paul Taylor and Charlotte Lloyd re revised Amendment No. 3 to Joint Regulations No. 3 |
| 25 | Summary of Oil Runs from Osage Oil Leases for Phillips Petroleum Company, 12/1/72 – 12/31/72 from Arthur Andersen Workpapers |
| 26 | Memorandum from the Acting Deputy Commissioner re policy of the BIA on the investment of Tribal Trust Funds |
| 27 | Letter to M. Vale from J.K. Carlock re IIM Accounts |
| 28 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7386 |
| 29 | BIA Summary & Statement of Account, Acct No. 7386, Fiscal Year 1976 |
| 30 | Department of Interior BIA (Osage) 1975 Annual Report |
| 31 | BIA Investment Fiscal Year 1976 |
| 32 | Division Order No. 868438 to Sun Oil Company of Pennsylvania for Oil Production from the East Hardy Unit Lease (Osage Layton Formation) |
| 33 | Memorandum from J. Vale re weekly information on interest rates |
| 34 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7386 |
| 35 | BIA Summary & Statement of Account, Acct No. 7306, Fiscal Year 1979, |
| 36 | Trust Fund Investment Reports, May 1979 |
| 37 | Trust Fund Investment Reports, June 1979 |
| 38 | Trust Fund Investment Reports, July 1979 |
| 39 | Trust Fund Investment Reports, October 1979 |
| 40 | Trust Fund Investment Reports, September 1979 |

| | |
|---|---|
| 41 | Indian Trust Fund Operations Fiscal Year 1979 |
| 42 | Summary and Detail of Trust Funds, May 1979 |
| 43 | Division Order No. 50565 to Bigheart Pipe Line Corporation (Damson Oil Corporation) from Avant Consolidated Block |
| 44 | Summary and Detail of Trust Funds, July 1979 |
| 45 | 42 BIAM Supplement No. 2 |
| 46 | BIA Summarized Statement of Account: Osage Nation |
| 47 | Indian Trust Fund Operations Fiscal Year 1981 |
| 48 | BIA Summary & Statement of Account, Acct No. 7386, Fiscal Year 1981 |
| 49 | Summary and Detail of Trust Funds for FY 1981 |
| 50 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 51 | Form C- Oil & Gas Mining Lease, Osage Reservation, Oklahoma |
| 52 | Moneymax Reports |
| 53 | BIA Summarized Statement of Account, FY 1986: Osage Nation |
| 54 | BIA Summarized Statement of Account, FY 1986: Osage Nation |
| 55 | Summary and Detail of Trust Funds, 1986 |
| 56 | Summary and Detail of Trust Funds, 1986 |
| 57 | Wire Transfers for March 1986 |
| 58 | Summary and Detail of Trust Funds, 1986 |
| 59 | Osage Agency, Branch of Minerals, 1986 Status Report |
| 60 | Report of Investment of Indian Trust Funds for the Fiscal Years 1986 and 1987 |
| 61 | Division Order to Koch Oil Company (Arco Oil & Gas Co.) for Oil Production from North Burbank Unit |
| 62 | Government Auditing Standards |
| 63 | Report of Investment of Indian Trust Funds, FY 1989 |
| 64 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7306 |

| | |
|---|---|
| 65 | Moneymax Portfolio Statistics, July 1989 |
| 66 | Moneymax Portfolio Statistics, August 1989 |
| 67 | Moneymax Portfolio Statistics, September 1989 |
| 68 | Moneymax Portfolio Statistics, October 1989 |
| 69 | Moneymax Reports, July 1989 |
| 70 | Arthur Andersen Executive Summary |
| 71 | Moneymax Portfolio Statistics, October 1990 |
| 72 | Moneymax Portfolio Statistics, November 1990 |
| 73 | Final Audit Report (No. 90-60) of Selected Minerals Activities Conducted by the Minerals Branch of the Osage Agency, Bureau of Indian Affairs |
| 74 | Mineral Revenues 1990: Report on Receipts from Federal and Indian Leases |
| 75 | Osage Agency, Branch of Minerals, 1989 Status Report |
| 76 | BIA Summarized Statement of Account: Osage Nation, Acct. No. 7386 |
| 77 | BIA Summary & Statement of Account, Acct No. 7306, Fiscal Year 1991 |
| 78 | BIA Tribal Trust Reconciliation Project Training Binder July 1992 Reconciliation Project Management Plan - BIA Trust Funds Management Improvement Program September 1991 |
| 79 | BIA Tribal Trust Reconciliation Project Training Binder July 1992 Reconciliation Project Management Plan - BIA Trust Funds Management Improvement Program September 1991 |
| 80 | Office of Trust Fund Management Work Plan Description for the Reconciliation of Tribal and IIM Trust Funds |
| 81 | BIA/AA Reconciliation Contracts and Modifications |
| 82 | MMS Audit Proceeds Manual, Volume I |
| 83 | MMS Audit Proceeds Manual, Volume II |
| 84 | MMS Fort Worth Audit File, Section D: Preliminary Survey |
| 85 | MMS Fort Worth Audit File, Section F: North Burbank Unit - Oil Review Pt. 1 |
| 86 | MMS Fort Worth Audit File, Section F: North Burbank Unit - Oil Review Pt. 2 |

| | |
|---|---|
| 87 | MMS Fort Worth Audit File, Section O: Indian Audit Team File |
| 88 | Letter from DOI to Charles O. Tillman forwarding February 1994 Audit Report (No. 3-60017.001) of Royalty Payments made by Phillips Petroleum to GPM Gas Corporation for Osage Mineral Leases for the period of January 1, 1988 to December 31, 1992 |
| 89 | Memo from Jeff Anderson to Bryan Lamey Re: Testing of Leases |
| 90 | Memo from Jeff Anderson to File Re: Subjects Discussed at Osage Tribal Council Meeting on 12/14 |
| 91 | Memo from Bryan Lamey to File Re: BIA Fill the Gap Consultation with Osage Tribe on 10/14/94 |
| 92 | Memo from Jeff Anderson to File Re: Highest Posted Price at Osage |
| 93 | Memo from Arthur Andersen to File Re: Cash Receipt Process |
| 94 | Memo from Arthur Andersen to File Re: Sampling Interval Calculations Using a Statistical Program Created by Arthur Andersen |
| 95 | Memo from Bryan Lamey to File Re: Osage Agency Fill the Gap Gas Testing Procedures |
| 96 | Reconciled Account Statements Fiscal Years 1973-1992 |
| 97 | U.S. Department of Interior, BIA, Tribal Trust Funds Reconciliation Project: Agreed-Upon Procedures and Findings Report for Osage Nation of Oklahoma, July 1, 1972 through September 30, 1992 |
| 98 | MMS Fort Worth Audit File, Section A: Audit Report; Section B – Administrative File; and Section C – General File |
| 99 | BIA Tribal Trust Funds Reconciliation Project Royalty Calculation and Reconciliaiton |
| 100 | OST/OTFM Job Description entitled, "Accounting Technician, GS-0525-07" |
| 101 | Overnighter Rates 1985-1999 |
| 102 | Position Description:  Lead Accounting Technician, Accounting |
| 103 | Position Description for Supervisory Minerals Revenue Specialist |
| 104 | Department of Interior BIA (Osage) 2000 Annual Report |
| 105 | BIA/OST Interagency Procedures Handbook re Management of Trust Funds Derived from Assets and Resources on Trust and Restricted Indian Land |
| 106 | Position Description - Supervisory Accounting Specialist |
| 107 | Position Description - Supervisory Accounting Specialist |
| 108 | Lease Management Guide "Policies and Procedures Guide", Revised May 2004 |

| | |
|---|---|
| 109 | Chronological Listing of Job Titles for Carol Revard |
| 110 | Resume of Jim R. Parris |
| 111 | Documents produced by 30(b)(6) witness (Hill) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 112 | Expert Report of Daniel T. Reineke in Support of the Tranche One Royalty Claims of Plaintiff Osage Nation, with exhibits |
| 113 | Rebuttal Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits |
| | |