The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
Trial Dates: March 30, 2006, to April 12, 2006
United States Court of Federal Claims

| Time | Sun. 3/26 | Monday 3/27 | Tuesday 3/28 | Wednesday 3/29 | Thursday 3/30 | Friday 3/31 | Sat. 4/1 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | Plaintiff's Opening | Reineke (C) | |
| 9:30 | | | | | Tallchief (D) | Reineke (C) | |
| 10:00 | | | | | Tallchief (C) | Reineke (C) | |
| 10:30 | | | | | Tallchief (RD)/ Reineke (D) | Reineke (C) | |
| 11:00 | | | | | Reineke (D) | Reineke (C) | |
| 11:30 | | | | | Reineke (D) | Reineke (C) | |
| 12:00 | | | | | Reineke (D) | Reineke (RD) | |
| 12:30 | | | | | | | |
| 1:00 | | | | | Break | Break | |
| 1:30 | | | | | Reineke (D) | Reineke (RD) | |
| 2:00 | | | | | Reineke (D) | Parris (D) | |
| 2:30 | | | | | Reineke (D) | Parris (D) | |
| 3:00 | | | | | Reineke (D) | Parris (D) | |
| 3:30 | | | | | Reineke (D) | Parris (D) | |
| 4:00 | | | | | Reineke (D) | Parris (C) | |
| 4:30 | | | | | Reineke (D) | Parris (C) | |
| 5:00 | | | | | Reineke (D) | Parris (C) | |
| 5:30 | | | | | Reineke (D) | Parris (RD) | |
| 6:00 | | | | | Reineke (D) | Parris (RC)/ | |

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
United States Court of Federal Claims

| Time | Sun. 4/2 | Monday 4/3 | Tuesday 4/4 | Wednesday 4/5 | Thursday 4/6 | Friday 4/7 | Sat. 4/8 |
|---|---|---|---|---|---|---|---|
| 9:00 | | Jay (D) | Jay (C) | Branstetter (C) | Martin (D) | Martin (RD) | |
| 9:30 | | Jay (D) | Jay (C) | Branstetter (RD)/Hurlburt (D) | Martin (D) | Hill (D) | |
| 10:00 | | Jay (D) | Jay (RD) | Hurlburt (D) | Martin (D) | Hill (D) | |
| 10:30 | | Jay (D) | Jay (RD) | Hurlburt (D) | Martin (D) | Hill (D) | |
| 11:00 | | Jay (D) | Bighorse (D) | Hurlburt (D) | Martin (D) | Hill (D) | |
| 11:30 | | Jay (D) | Bighorse (C) | Hurlburt | Martin (D) | Hill (C) | |
| 12:00 | | Jay (D) | Bighorse (RD) | Hurlburt (C) | Martin (D) | Hill (RD)/Bratcher (D) | |
| 12:30 | | | | | | | |
| 1:00 | | Break | Break | Break | Break | Break | |
| 1:30 | | Jay (D) | Mattingly (D) | Hurlburt (C)/Hurlburt (RD) | Martin (D) | Bratcher (D) | |
| 2:00 | | Jay (D) | Mattingly (C) | Hurlburt (RD)/Barker (D) | Martin (D) | Bratcher (D)/Bratcher (C) | |
| 2:30 | | Jay (D) | Mattingly (RD) | Barker (D) | Martin (D) | Bratcher (C)/Bratcher (RD) | |
| 3:00 | | Jay (D) | Standingbear (D) | Barker (D) | Martin (D) | Bauder (D) | |
| 3:30 | | Jay (C) | Standingbear (C) | Barker (D)/Barker (C) | Martin (D) | Bauder (D) | |
| 4:00 | | Jay (C) | Standingbear (RD) | Barker (C) | Martin (C) | Bauder (C)/Bauder (RD) | |
| 4:30 | | Jay (C) | Defense Opening | Barker (C)/Barker (RD) | Martin (C) | Williams (D) | |
| 5:00 | | Jay (C) | Branstetter (D) | Barker (RD)/Barker (RC) | Martin (C) | Williams (D) | |
| 5:30 | | Jay (C) | Branstetter (D) | Martin (D) | Martin (C) | Williams (C)/Williams (RD) | |
| 6:00 | | Jay (C) | Branstetter (D) | Martin (D) | Martin (RD) | | |

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
United States Court of Federal Claims

| Time | Sun. 4/9 | Monday 4/10 | Tuesday 4/11 | Wednesday 4/12 | Thursday 4/13 | Friday 4/14 | Sat. 4/15 |
|---|---|---|---|---|---|---|---|
| 9:00 | | Chavarria (D) | Lundelius (D) | Morrison (D)* | | | |
| 9:30 | | Chavarria (D) | Lundelius (D) | Morrison (C)* | | | |
| 10:00 | | Chavarria (D) | Lundelius (D) | Morrison (C)* | | | |
| 10:30 | | Chavarria (D) | Lundelius (D) | Morrison (RD)* | | | |
| 11:00 | | Chavarria (C) | Lundelius (D) | Currey (D) | | | |
| 11:30 | | Chavarria (C) | Lundelius (D) | Currey (C) | | | |
| 12:00 | | Chavarria (C) | Lundelius (D) | Currey (RD)/Currey (RC) | | | |
| 12:30 | | | | | | | |
| 1:00 | | Break | Break | Break | | | |
| 1:30 | | Chavarria (RD) | Lundelius (D) | Kelly (D) | | | |
| 2:00 | | Vale (D) | Lundelius (D) | Kelly (C) | | | |
| 2:30 | | Vale (D) | Lundelius (D) | Kelly (RD)/[May Call] (D) | | | |
| 3:00 | | Vale (D) | Lundelius (C) | [May Call] (D) | | | |
| 3:30 | | Vale (D) | Lundelius (C) | [May Call] (D) | | | |
| 4:00 | | Vale (C) | Lundelius (C) | [May Call] (D) | | | |
| 4:30 | | Vale (C) | Lundelius (RD) | [May Call] (D)/[May Call] (C) | | | |
| 5:00 | | Vale (RD) | Lundelius (RD) | [May Call] (C) | | | |
| 5:30 | | Lundelius (D) | Morrison (D)* | [May Call] (C)/[May Call] (RD) | | | |
| 6:00 | | Lundelius (D) | Morrison (D)* | [May Call] (RD)/ | | | |

* NOTE: PLAINTIFF WITNESS CALLED IN DEFENSE CASE DUE TO WITNESS UNAVAILABILITY