**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed March 15, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S PROPOSED REVISED TRIAL SCHEDULE ONE DAY LATE**

Plaintiff Osage Nation moves for leave to file its proposed revised trial schedule one day late. Good cause exists to grant Plaintiff's motion. Under its scheduling order of February 28, 2006, the Court directed the parties to file a revised witness schedule for trial by March 14. Until late in the evening of March 14, Plaintiff believed that the parties would be able to file a joint revised witness schedule. At approximately 7:45 p.m. on the 14th, however, counsel for Defendant informed Plaintiff by e-mail that they had concluded that "it would be best" if the parties "submitted separate schedules to the court and address[ed] these issues with the Judge at the pre-trial conference." Defendant filed its proposed schedule with the Court at approximately 9 p.m., March 14.

Rather than immediately filing its own proposed revised schedule, Plaintiff has taken time to study the proposed schedule filed by Defendant, which differs from the earlier version that Plaintiff had seen, in an effort to develop a reasonable proposed schedule that is fairly close to Defendant's proposal but that also provides the minimum time needed to present Plaintiff's case. Under Plaintiff's proposed revised trial schedule, Plaintiff will have a total of 35.75 hours

for its opening statement and direct, cross, and redirect examinations, and Defendant will have a total of 44.75 hours for its comparable activities.

Plaintiff's one-day delay in filing its proposed schedule will not result in prejudice to Defendant. The filing is well in advance of the March 21 pretrial conference at which the scheduling issues will be resolved.

Dated this March 15, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation