**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| | ) Electronically Filed: |
| Plaintiff, | ) March 17, 2006 |
| | ) |
| v. | ) No. 99-550L (into which has been |
| | ) consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) Judge Emily C. Hewitt |
| | ) |
| Defendant. | ) |
| ___________________________________ | ) |

**DEFENDANT'S MOTION FOR LEAVE TO PRODUCE OUT-OF-TIME CORRECTED PAGE FROM EXPERT GREGORY CHAVARRIA'S MARCH 13, 2006 REVISED EXPERT REPORT**

Defendant respectfully moves for leave to produce out-of-time a corrected page in expert Gregory Chavarria's Expert Report. Pursuant to the Court's February 28, 2006 Order, Defendant produced Mr. Chavarria's revised expert report to Plaintiff on March 13, 2006. On March 16th, Mr. Chavarria noticed two typographical errors on Page 7, Paragraph 17 of his report. Specifically, the dollar figures in the text do not correlate to the chart appearing on the same page or the cited attached exhibits.

Due to the recently observed typographical errors in Mr. Chavarria's Revised Expert Report, Defendant requests leave to produce the corrected page out-of-time to Plaintiff. Production of the corrected version of the page would not prejudice Plaintiff as it does not provide any new or additional information not already presented in the report. It merely clarifies any confusion that may result from two typographical errors. In order for the Court to properly evaluate Mr. Chavarria's Revised Expert Report, Defendant seeks to produce the following document: Gregory Chavarria Revised Expert Report, dated March 13, 2006, page 7.

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion to Produce Out-of-Time.

Respectfully submitted this 17th day of March, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ *Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021
Attorney for Defendant

OF COUNSEL:
Brenda Riel
Elisabeth Brandon
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208- 3714/4218
Fax: (202) 219-0559

Teresa E. Dawson

Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627