above assumptions, my calculation results in a potential loss as of September 30, 2005 for the Tranche One months of only $10,634.14 (Exhibit D). I have also provided an alternative calculation of the present value using the three month Treasury Bill rate. This alternative calculation results in a potential loss as of September 30, 2005 for the Tranche One months of $18,547.03 (Exhibit E).

## SUMMARY

18. In my opinion, based on the data and documentation I have examined, Mr. Jay has grossly overstated potential losses to the Tribe in the areas of deposit lag time and disbursement lag times. Based on my calculations which correct for Mr. Jay's inappropriate and inaccurate assumptions, the Tribes losses, if any have been relatively insignificant. Following is a summary comparison of my calculations to those of the Plaintiff:

| | Based on Inflation Rate Index | Based on Three Month Treasury Bill | Plaintiff's Calculation |
|---|---|---|---|
| Deposit lag time | $ 0.00 | $ 0.00 | $ 467.30[12] |
| Disbursement lag time | 10,634.14 | 18,547.03 | 138,874.00[13] |
| Total potential loss | $ 10,634.14 | $ 18,547.03 | $ 139,341.30 |

Gregory J. Chavarria

3/16/06

Date

[12] Expert report of Stephan A. Jay dated September 30, 2005, Schedule A, excluding October 1990 which has subsequently been removed from the Tranche One month claims

[13] Expert report of Stephan A. Jay dated September 30, 2005, Schedule C, excluding October 1990 which has subsequently been removed from the Tranche One month claims