## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Electronically Filed:<br>March 20, 2006<br><br>No. 99-550L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

## DEFENDANT'S SECOND SUPPLEMENT TO DEFENDANT'S REVISED EXHIBIT LIST

| **Provisional DX No.** | **Date** | **Description** |
|---|---|---|
| 2675 | 03/02/2006 | Revised Expert Report of Ronnie Martin |
| 2676 | 03/07/06 | Revised Expert Report of Greg Chavarria |
| 2679 | 01/06/1995 | Memorandum from Melissa Currey, Supervisory Realty Specialist, Branch of Minerals to Newell Barker, Chief, Branch of Minerals, re Filing System for the Branch of Minerals |
| 2680 | 07/30/1993 | Bureau of Indian Affairs, Muskogee Area Office, Osage Agency, Files Maintenance and Disposition Plan Schedule = 16 BIAM |
| 2681 | 03/16/1995 | Records Transmittal and Receipt, Accession Number 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 |

| | | |
|---|---|---|
| 2682 | 03/27/1995 | Records Transmittal and Receipt, Accession Number 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 |
| 2683 | 08/16/1994 | Records Transmittal and Receipt, Accession Number 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 |
| 2684 | 07/01/1994 | Dry Grass Lessee Reports |
| 2685 | 08/15/1994 | Records Transmittal and Receipt, Accession Number 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 |
| 2686 | 09/13/1994 | Records Transmittal and Receipt, Accession Number 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 |
| 2687 | 03/06/1995 | Records Transmittal and Receipt, Accession Number 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 |
| 2688 | 03/06/1995 | Records Transmittal and Receipt, Accession Number 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 |
| 2689 | 10/12/1994 | Records Transmittal and Receipt, Accession Number 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 |
| 2690 | 03/29/1995 | Records Transmittal and Receipt, Accession Number 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 |
| 2691 | 05/06/2004 | Trust Files Maintenance and Disposition Plan |
| 2692 | 03/24/2004 | Excerpts from Indian Affairs Records Management - Policy and Procedures Manual |
| 2693 | 02/11/1977 | Excerpts from 15 BIAM Supplement No. 3 Appendix 2 Records Control Schedule |
| 2694 | 07/12/1989 | Excerpts from 16 BIAM Release 1, Realty - 4600 with General Administrative Files and Appendices B to F |
| 2695 | 03/13/2006 | Revised Expert Report of Charles Lundelius |
| 2696 | 02/08/1986 | Mobil Crude Oil Price Bulletin, Mid-Continent Bulletin No. 194, Supplement No. 14 |

| | | |
|---|---|---|
| 2698 | 04/01/1989 | Oklahoma Corporation Commission, Oil and Gas Conservation Division, C.D. No. 140105 (Oil), Crude Oil Designation by Purchaser, From Month – April |
| 2699 | 02/11/1976 | Bigheart Pipe Line Corporation Oil Purchase Statement |
| 2700 | 01/01/1976 | Platt's Oil Price Handbook and Oilmanac 1976 |
| 2701 | 01/01/1979 | Platt's Oil Price Handbook and Oilmanac 1979 |
| 2702 | 01/01/1980 | Platt's Oil Price Handbook and Oilmanac 1980 |
| 2703 | 12/01/1980 | Treasury's Investment Policy for Government Accounts, Prepared by: Domestic Finance and Fiscal Service, Department of the Treasury, December 1980 |
| 306 | 1/1/2001 | GAO Report, "Federal Trust and Other Earmarked Funds – Answers to Frequently Asked Questions" |
| 1869 | 06/27/1989 | Kerr-McGee Posted Price Bulletin |