# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)

(E-Filed March 20, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Attached to this order is a proposed pretrial agenda. The parties will be invited to add items to the agenda at the beginning of the pretrial conference.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Attachment:

PRETRIAL AGENDA

Osage Tribe of Indians v. United States, 99-550 L

(into which has been consolidated 00-169 L)

March 21, 2006

1. FRE 615 and Exclusion of Joint Fact and Expert Witnesses
   a. Identification of Witness(es) whose "presence is shown by a party to be essential to the presentation of the party's cause" FRE 615(3)
   b. Def.'s Motion for Leave to File Def.'s Reply to Plaintiff's Response to Def.'s Mem. Regarding Application of FRE 615
   c. Directive Regarding Exclusion of Witnesses

2. Review of Proposed Trial Schedules Presented by Parties

3. Exhibits/Exhibit Lists
   a. Plaintiff's Motion for Leave to Supplement its Revised Exhibit List and for Judicial Notice of Three Documents
   b. Plaintiff's Response to Def.'s Objections to Plaintiff's Exhibit 679. (# 184) Plaintiff asserts Exs. 655-678 series should have included 679. Court overruled def.'s relevance objection "with the strongest possible caution to the Plaintiffs about their usefulness." Tr. at 53:24-54:6.

4. Presentation of Exhibits at Trial
   a. Four Copies of Exhibits at Trial (Pl., Def., Ct., Witness/Reporter)
   b. Identification/Organization of Exhibits for Trial

5. Def.'s Motion for Leave to Produce Out-of-Time Corrected Page from Expert Gregory Chavarria's March 13, 2006 Expert Report

6. Other Business
   a. Plaintiff
   b. Defendant