**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | Electronically Filed: March 20, 2006 |
| v. | No. 99-550L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, Defendant. | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OBJECTIONS TO PLAINTIFF'S EXHIBITS LISTED ON ITS MARCH 13, 2006, REVISED EXHIBIT LIST AND ITS MARCH 13, 2006, MOTION FOR LEAVE TO SUPPLEMENT ITS REVISED EXHIBIT LIST WITH, AND FOR JUDICIAL NOTICE OF, THREE DOCUMENTS**

Defendant hereby moves this Court for leave to file the attached objections to exhibits identified for the first time on Plaintiff's Revised Exhibit List and Plaintiff's Motion for Leave to Supplement Its Revised Exhibit List with, and for Judicial Notice of, Three Documents. Defendant objects to the recently added exhibits as set out in the attached objections, and was unable to file these objections prior to receiving Plaintiff's Revised Exhibit List and Motion for Leave on March 13, 2006.

Respectfully submitted this 20th day of March, 2006

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division

Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-3490
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627