# INDEX TO EXHIBITS

Exhibit A:

Revised Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, March 13, 2006 (Pages 1 – 25)

Exhibit B:

Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, September 30, 2005 (Pages 1 – 12)

Exhibit C:

Rebuttal Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, November 23, 2005 (Pages 1 – 15)

Exhibit D:

Transcript of the Testimony of Stephen A. Jay, The Osage Nation v. The United States of America, Volume 1 & 2, December 7-8, 2005 (Pages 1 – 509)