# TREASURY'S INVESTMENT POLICY FOR GOVERNMENT ACCOUNTS

Prepared by:

Domestic Finance
and
Fiscal Service

Department of the Treasury
December 1980

TABLE OF CONTENTS

Page

Charter--Memorandum for Deputy Secretary Carswell .................... ii

Task Force Members .................... iv

I. Government Accounts with Investment Authority .................... 1

A. Category A Accounts--accounts for which the Secretary of the Treasury makes the investment decisions .................... 5

B. Category B Accounts-- accounts for which the Secretary of the Treasury only provides investment execution services as directed by other agencies. .................... 6

C. Summary of Category A and Category B Accounts .................... 9

II. History of Treasury Investment Policy .................... 10

A. Introduction .................... 11
B. Social Security Trust Funds .................... 12
C. Railroad Retirement Accounts .................... 18
D. Pension Benefit Guaranty Corporation (PBGC) .................... 20
E. Market-Based Special (MK) Securities .................... 23
F. Postal Service .................... 25

III. Legal Considerations .................... 28

IV. Policy Considerations .................... 42

A. Pros and cons of a strategy to maximize investment return as compared to a strategy of investment of surplus funds based on cash availability regardless of investment performance. .................... 43

B. Treasury securities versus agency or guaranteed securities. .................... 46

C. Market risk via market-based specials versus principal protection via par value specials with lower initial rates. .................... 49

D. Market, budget, subsidy, and cash balance impacts. .................... 53

E. Simplification of method of paying interest on Government accounts. .................... 57

V. Recommendations .................... 59

1. Departmental Committee to review investment policy. .................... 60

2. Maturity distribution of Treasury special issues (par value) held by the major investment accounts. .................... 61

3. Review of Treasury-held marketable securities; possible sale and reinvestment in par-value specials .................... 63

4. Role of trust funds in market support .................... 64

5. Allowance of float .................... 65

6. Pre-positioning concept .................... 67

## V. RECOMMENDATIONS

Subject: Allowance of float.

Recommendation No. 5: Treasury should limit the affording of a disbursement float to Social Security, Railroad Retirement, and Civil Service trust funds.

Discussion: Beginning in July 1977, Treasury approved a new float procedure for the FOASI and FDI trust funds. This replaced the old procedure of redeeming securities to cover the beginning-of-the-month benefit payments on the day the checks were dated (all other redemptions are on a check-dated basis)--the third calendar day unless that day fell on a Sunday or a holiday. If the third day were a holiday, the redemption would take place on the last business day prior to the holiday. If the third were a Sunday, the redemption would follow on the next business day.

The new method proposed that a float be allowed for the large beginning-of-the-month Social Security benefit payments that recognized the impact of Direct Deposits - EFT. The float was determined by analyzing all Treasury check payments for the month of January. (January is used annually for the sampling because large-volume activity for that month consists primarily of benefit-type payments.) It was found that during the first several days of the month, the amount of checks paid was substantially higher than normal, and the highest payment date was two business days after the Social Security checks were dated. A two-business-day float was recommended and approved and is currently in effect. Procedurally, the SSA sends to Treasury several days before the beginning of each month the amount of benefit payments made by EFT



0805HYA0003145

CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06HYA0410543

and by check. Treasury then redeems the amount of the EFT payments on the day the payments are sent (normally, the third day of each month). The redemption for the check payments is made two business days later.

In May 1978, a review was begun to determine if a float could be given to other trust funds. The main criteria used in the float determination for FOASI and FDI were also used in the review: (1) the amount of money disbursed on a definite date each month; and/or (2) Secretary of the Treasury management responsibilities for the fund. The other trust funds that the Secretary of the Treasury manages, i.e., the Unemployment Trust Fund, Highway Trust Fund, and Airport and Airway Trust Fund, do not meet the first criterion. Thus, it would be virtually impossible to calculate a float for these funds. Of the remaining major trust funds for which the Secretary of the Treasury invests, only two meet one of the criteria: the Civil Service Retirement and Disability Trust Fund and the Railroad Retirement Accounts. A decision was made to offer a float to these two funds. The original criteria used to determine the float for the FOASI and FDI Trust Funds will also be used for these accounts. The Railroad Retirement Accounts began using the float on July 1, 1980. The Civil Service Retirement Fund is still looking into the idea and will give its decision soon. Since the other accounts that invest through Treasury do not meet any of the above-mentioned criteria, it is not planned to offer them the float.