**Investments:** OASI and DI trust fund balances may be invested only in interest-bearing obligations of the United States or in obligations guaranteed as to both principal and interest by the United States. These investments consist of U.S. Treasury special issues and bonds. Special issues are special public debt obligations for purchase exclusively by the trust funds. They are always purchased and redeemed at face value.

**Current issues:** The Social Security program is not in long-term actuarial balance. This means Social Security revenues are not expected to be sufficient to pay all benefit obligations through 2075. Without changing the current program, excess cash revenues from payroll and income taxes are expected to begin declining substantially in the near future. After 2014, cash revenues will be insufficient to pay all program costs and Social Security will have to start redeeming some of its assets to obtain the cash needed to pay benefits. The trust funds are expected to be exhausted in 2037.[10]

Two important factors affecting Social Security's pending financing problems are increasing life expectancy and the rapidly approaching retirement of the baby boom generation. The oldest of this generation will reach early retirement age (62) in 2008, and the youngest will reach it in 2026. This large number of longer living retirees would substantially increase program costs and strain the ability of the program to pay benefits even if they were the only factors affecting future costs.

Exacerbating the problem of the retirement of the baby boom generation is the relatively smaller generation that follows it. The post-baby boom generation, which resulted from the rapid decline in birth rates from the mid-1960s to the mid-1980s, will result in relatively fewer workers to support a larger number of retirees.

Numerous proposals have been forwarded to address Social Security financing issues. In our opinion, such proposals should be evaluated based on three criteria: (1) sustainable solvency, (2) equity and adequacy, and (3) feasibility and transparency.

[10]Based on the intermediate assumptions of Social Security's 2000 Annual Report.

## Tennessee Valley Authority Fund (64-4110-0-3-999)

**Fund type, authorization, background, and purpose:**

The Tennessee Valley Authority (TVA) fund is a *public enterprise fund.* TVA is a wholly owned government corporation created by the Tennessee Valley Authority Act of 1933 (16 U.S.C. 831-831dd). It was established to develop the resources of the Tennessee Valley region in order to strengthen the regional and national economy and the national defense. TVA's programs are divided into two categories: power and nonpower programs. Substantially all TVA revenues and assets are attributable to the power program. The power program has historically been separate from the nonpower programs and is required to be self-supporting; it does not receive any annual appropriations. Although most of the funding for TVA's nonpower programs has historically been provided by annual appropriations, beginning in fiscal year 2000, they will be funded primarily by power revenues.

**Deficit Control Act category:** Primarily mandatory

**Budget subfunction:** Multiple functions (999)

**Fiscal year 1999 fund data:**

(Dollars in millions)

| | | | |
|---|---|---|---|
| **Income** | | | **$6,588** |
| Source of funds: | | | |
| Taxes (governmental receipts): | | $ 0 | |
| Proprietary receipts | | 0 | |
| General fund transfers: | | 50 | |
| Appropriations | $ 50 | | |
| Offsetting collections: | | 6,538 | |
| Interest | 0 | | |
| Federal sources | 77 | | |
| Nonfederal sources | 6,827 | | |
| Capital transfers and debt repayment | -366 | | |
| **Gross outlays** | | | **$6,906** |
| **Balance at end of year** | | | **$ 644** |

**Investments:** TVA maintains an investment fund to provide funding for the decommissioning of nuclear power plants. The funds are invested in

securities designed to achieve a return in line with overall equity market performance.

**Current issues:** TVA faces increasing competition in electricity markets, deregulation, and the possibility of losing legislative protections.

## Unemployment Trust Fund (20-8042-0-7-999)

**Fund type, authorization, background, and purpose:**

The financial transactions of the federal, state, and railroad unemployment insurance systems are made through the *nonrevolving Unemployment Trust Fund*. Such unemployment compensation (UC), established by the Social Security Act of 1935, as amended, was intended to (1) provide temporary relief through partial wage replacement for workers who lose jobs for economic reasons and (2) help stabilize the economy during recessions. The UC system operates in each state, the District of Columbia, Puerto Rico, and the Virgin Islands. Federal law sets broad rules that the 53 state programs must follow and levies a payroll tax on employers under the Federal Unemployment Tax Act (FUTA). States set most of the specific rules for eligibility, benefits, and financing. States also process claims and pay the benefits. The U.S. Treasury receives federal and state payroll taxes, maintains the trust fund, and makes loans to states with insolvent accounts.

**Deficit Control Act category:** Primarily mandatory

**Budget subfunction:** Multiple functions (999)

**Fiscal year 1999 fund data:**

(Dollars in millions)

| | | | |
|---|---|---|---|
| **Income** | | | **$31,681** |
| Source of funds: | | | |
| Taxes (governmental receipts) | | $26,480 | |
| Proprietary receipts | | 3 | |
| Offsetting collections | | 0 | |
| General fund transfers: | | 5,198 | |
| Interest | $4,795 | | |
| Appropriations | 403 | | |
| Other | 0 | | |
| **Outlays** | | | **$24,938** |
| **Balance at end of year** | | | **$77,699** |

**Investments:** The fund is invested in nonmarketable Treasury Certificates of Indebtedness and special-issue Treasury bonds.

**Current issues:** Changes in the federal-state UC system are being considered during the 106th Congress. For example, S. 462 proposes to shift some federal UC responsibilities to the states. Broader UC reform legislation has been introduced in H.R. 1830, which would provide incentives to states to expand eligibility, strengthen administrative financing, and improve the solvency of state accounts. The Taxpayer Refund and Relief Act of 1999, passed by the House and Senate on August 5, 1999, included a provision to repeal the UC surtax extension after December 31, 2004. However, the President vetoed the bill on September 23, 1999. Other bills, including S. 103 and S. 625, as amended, also contain provisions to repeal the FUTA surtax.

## Universal Service Fund (27-5183-0-2-376)

**Fund type, authorization, background, and purpose:**

The Universal Service Fund is a *special fund* under the jurisdiction of the Federal Communications Commission (FCC). The fund was established as a result of the Telecommunications Act of 1996 (Public Law 104-104 enacted on February 8, 1996). The act requires every carrier of interstate telecommunications services to contribute funds to preserve and advance universal service. The universal service concept was created to ensure the

availability of telecommunications services for all consumers, including low-income consumers as well as those in rural and high cost areas.

The contributions by the providers are used to support carriers offering services in high cost areas of the United States and those offering services to low income consumers. Also, telecommunications carriers and certain other eligible providers receive support payments for providing discounted service to schools, libraries, and health care providers.

**Deficit Control Act category:** Mandatory

**Budget subfunction:** Other advancement of commerce (376)

**Fiscal year 1999 fund data:**

(Dollars in millions)

| | | |
|---|---|---|
| **Income** | | **$3,752** |
| Source of funds: | | |
| Governmental receipts : statutory assessments | $3,752 | |
| Proprietary receipts | | |
| General fund transfers (intragovernmental transfers) | | |
| Interest | | |
| Appropriations | | |
| Offsetting collections | | |
| **Outlays** | | **$3,293** |
| | | |
| **Balance at end of year** | | **$1,479** |

**Investments:** This fund has no investments.

**Current issues:** According to the Congressional Research Service, most policymakers support the universal service concept. However, the FCC's implementation of the schools and libraries provision of the 1996 act has generated significant controversy. Oversight of the schools and libraries program by the Congress was intense, with congressional comments ranging from those who called for the abolishment of the program, to those who supported the program but felt it needed major revisions, to those who continued to support the program as funded and designed. Concerns regarding the schools and libraries program focus on: the administrative structure designed to implement the program; the scope and funding level of the program; and the potential for fraud, waste, and

abuse. An additional related issue—industry billing practices—has also had an impact on the schools and libraries program.

# List of Funds' Revenues, Gross Outlays, and Balances for Fiscal Year 1999

This appendix lists each earmarked fund's revenues, gross outlays, and balance for fiscal year 1999. Table III.1 lists the funds in alphabetical order, grouped by fund type. Table III.2 lists the largest 10 funds, in terms of total revenue for each fund type.

Available budget data for certain funds, typically small nonrevolving trust and special funds, were, in some instances, consolidated or merged for budget presentation purposes. As a result, budget data did not always permit us to de-aggregate the data belonging to specific funds. Also, when amounts were transferred or appropriated from one account to another account, outlays are reflected in the accounts that received the transferred or appropriated amounts.

**Table III.1: Earmarked Funds Revenues, Gross Outlays, and Balances for Fiscal Year 1999**

(Dollars in millions)

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Advances for Cooperative Work, Department of Energy | Nonrevolving trust | 0 | 2 | 5 |
| Airport and Airway Trust Fund | Nonrevolving trust | 11,121 | 8,089 | 12,446 |
| American Battle Monuments Commission Gift Fund | Nonrevolving trust | 27 | 14 | 41 |
| Aquatic Resources Trust Fund | Nonrevolving trust | 462 | 348 | 1,276 |
| Architect of the Capitol Gift Fund | Nonrevolving trust | 0 | 0 | 0 |
| Armed Forces Retirement Home Trust Fund | Nonrevolving trust | 53 | 73 | 197 |
| Barry Goldwater Scholarship and Excellence in Education Foundation | Nonrevolving trust | 3 | 3 | 61 |
| Bequests and Gifts, Federal Emergency Management Agency | Nonrevolving trust | 0 | 0 | 2 |
| Black Lung Disability Trust Fund | Nonrevolving trust | 599 | 1,000 | -6,239[b] |
| Cheyenne River Sioux Tribe Terrestrial Wildlife Restoration Trust Fund | Nonrevolving trust | 4 | 0 | 4 |
| Christopher Columbus Scholarship Foundation | Nonrevolving trust | 1 | 0 | 7 |
| Civil Service Retirement and Disability Fund | Nonrevolving trust | 74,522 | 43,932 | 481,273 |
| Claims Court Judges Retirement Fund | Nonrevolving trust | 2 | 1 | 7 |
| Coast Guard Gift Fund | Nonrevolving trust | 0 | 0 | 2 |
| Cooperative Fund (Papago) | Nonrevolving trust | 2 | 0 | 31 |
| Corporation for National Community Service Gift Fund | Nonrevolving trust | 96 | 56 | 399 |
| Court of Veterans Appeals Retirement Fund | Nonrevolving trust | 0 | 0 | 3 |
| Department of State Conditional Gift Fund | Nonrevolving trust | 1 | 0 | 17 |
| Department of State Unconditional Gift Fund | Nonrevolving trust | 1 | 0 | 0 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Departmental Administration Gift Fund, Agriculture | Nonrevolving trust | 1 | 1 | 2 |
| District of Columbia Federal Pension Liability Trust Fund | Nonrevolving trust | 3,357 | 140 | 3217 |
| District of Columbia Judicial Retirement and Survivors Annuity Fund | Nonrevolving trust | 71 | 2 | 75 |
| Education Benefits Fund, Department of Defense | Nonrevolving trust | 237 | 178 | 676 |
| Federal Judicial Center Foundation Gift Fund | Nonrevolving trust | 0 | 1 | 1 |
| Financial Assistance Corporation Trust Fund | Nonrevolving trust | 7 | 0 | 106 |
| Fish and Wildlife Service Contributed Funds | Nonrevolving trust | 6 | 4 | 8 |
| Foreign Military Sales Trust Fund | Nonrevolving trust | 11,624 | 12,159 | 5,509 |
| Foreign National Employees Separation Pay Trust Fund | Nonrevolving trust | 15 | 27 | 304 |
| Foreign Service National Separation Liability Trust Fund, Agency for International Development | Nonrevolving trust | 2 | 1 | 12 |
| Foreign Service National Separation Liability Trust Fund, Broadcasting Board of Governors | Nonrevolving trust | 0 | 0 | 0 |
| Foreign Service National Separation Liability Trust Fund, Department of State | Nonrevolving trust | 8 | 6 | 76 |
| Foreign Service National Separation Liability Trust Fund, International Trade Administration | Nonrevolving trust | 0 | 11 | 0 |
| Foreign Service National Separation Liability Trust Fund, U.S. Information Agency | Nonrevolving trust | 0 | 0 | 8 |
| Foreign Service Retirement and Disability Fund | Nonrevolving trust | 1,120 | 538 | 10,132 |
| Forest Service Trust Funds[a] | Nonrevolving trust | 193 | 133 | 408 |
| General Post Fund, National Homes, Department of Veterans Affairs | Nonrevolving trust | 33 | 29 | 52 |
| Geological Survey Contributed Funds | Nonrevolving trust | 0 | 2 | 2 |
| Gifts and Bequests Trust Fund, Department of Commerce | Nonrevolving trust | 1 | 1 | 1 |
| Harbor Maintenance Trust Fund | Nonrevolving trust | 607 | 295 | 1,736 |
| Harry S. Truman Memorial Scholarship Fund | Nonrevolving trust | 4 | 5 | 57 |
| Hazardous Substance Superfund | Nonrevolving trust | 1,017 | 1,717 | 4,443 |
| Highway Trust Fund | Nonrevolving trust | 39,427 | 29,036 | 28,979 |
| Host Nation Support Fund for Relocation | Nonrevolving trust | 0 | 0 | 0 |
| Indian Tribal Funds[a] | Nonrevolving trust | 438 | 322 | 304 |
| Inland Waterways Trust Fund | Nonrevolving trust | 118 | 88 | 361 |
| Inspection and Grading of Farm Products, Agricultural Marketing Service | Nonrevolving trust | 116 | 105 | 15 |
| Inspection and Grading of Farm Products, Food Safety Inspection Service | Nonrevolving trust | 4 | 4 | 0 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Interest, Miscellaneous Trust Fund, Department of Treasury | Nonrevolving trust | 1 | 0 | 0 |
| Israeli Arab and Eisenhower Exchange Fellowship Program Trust Fund | Nonrevolving trust | 0 | 1 | 21 |
| James Madison Memorial Fellowship Trust Fund | Nonrevolving trust | 3 | 2 | 43 |
| Japan-United States Friendship Trust Fund | Nonrevolving trust | 28 | 2 | 42 |
| John C. Stennis Center for Public Service Development Trust Fund | Nonrevolving trust | 1 | 1 | 9 |
| Judicial Officers Retirement Fund | Nonrevolving trust | 33 | 14 | 120 |
| Judicial Survivors Annuities Fund | Nonrevolving trust | 37 | 11 | 318 |
| Kuwait Civil Reconstruction Trust Fund | Nonrevolving trust | 0 | 0 | 2 |
| Leaking Underground Storage Tank Trust Fund | Nonrevolving trust | 268 | 65 | 1,389 |
| Library of Congress Gift and Trust Funds[a] | Nonrevolving trust | 31 | 26 | 52 |
| Lower Bruel Sioux Tribe Terrestrial Wildlife Restoration Trust Fund | Nonrevolving trust | 1 | 0 | 0 |
| Medicare, Part A (Federal Hospital Insurance Trust Fund) | Nonrevolving trust | 153,018 | 131,503 | 138,421 |
| Medicare, Part B (Federal Supplementary Medical Insurance Trust Fund) | Nonrevolving trust | 85,457 | 80,697 | 45,649 |
| Military Retirement Fund | Nonrevolving trust | 38,227 | 31,889 | 151,853 |
| Miscellaneous Contributed Funds, Agricultural Research Service | Nonrevolving trust | 22 | 18 | 22 |
| Miscellaneous Contributed Funds, Department of Agriculture | Nonrevolving trust | 5 | 0 | 0 |
| Miscellaneous Trust Funds,[a] Administration of Foreign Affairs | Nonrevolving trust | 2 | 2 | 10 |
| Miscellaneous Trust Funds, Agency for International Development | Nonrevolving trust | 0 | 0 | 2 |
| Miscellaneous Trust Funds, Animal and Plant Health Inspection Service | Nonrevolving trust | 13 | 13 | 6 |
| Miscellaneous Trust Funds, Appalachian Regional Commission | Nonrevolving trust | 6 | 5 | 2 |
| Miscellaneous Trust Funds, Bureau of Land Management | Nonrevolving trust | 13 | 12 | 15 |
| Miscellaneous Trust Funds,[a] Federal Highway Administration | Nonrevolving trust | 50 | 26 | 71 |
| Miscellaneous Trust Funds, Health Services Administration | Nonrevolving trust | 52 | 60 | 115 |
| Morris K. Udall Scholarship Fund | Nonrevolving trust | 1 | 1 | 23 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| National Archives Gift Fund | Nonrevolving trust | 1 | 1 | 7 |
| National Botanic Garden Gift Fund | Nonrevolving trust | 0 | 0 | 0 |
| National Endowment for the Arts Gift Fund | Nonrevolving trust | 1 | 0 | 0 |
| National Endowment for the Humanities Gift Fund | Nonrevolving trust | 1 | 0 | 0 |
| National Park Service Miscellaneous Trust Fund | Nonrevolving trust | 15 | 15 | 25 |
| National Science Foundation Gift Fund | Nonrevolving trust | 37 | 42 | 27 |
| National Security Education Trust Fund | Nonrevolving trust | 3 | 6 | 52 |
| National Service Life Insurance Fund | Nonrevolving trust | 1,677 | 1,732 | 11,962 |
| Natural Resources Conservation Service Miscellaneous Contributed Funds | Nonrevolving trust | 5 | 2 | 25 |
| Office of International Cooperation and Development Miscellaneous Contributed Fund | Nonrevolving trust | 2 | 1 | 7 |
| Oil Spill Liability Fund | Nonrevolving trust | 75 | 141 | 1,017 |
| Other Commissions and Boards | Nonrevolving trust | 0 | 0 | 0 |
| Other Department of Defense Trust Funds[a] | Nonrevolving trust | 37 | 39 | 26 |
| Peace Corps Miscellaneous Trust Funds | Nonrevolving trust | 1 | 1 | 2 |
| Post-Vietnam Era Veterans Education Account | Nonrevolving trust | 6 | 20 | 108 |
| Proprietary Receipts, Miscellaneous Trust Funds, Department of Transportation | Nonrevolving trust | 0 | 0 | 0 |
| Radiation Exposure Compensation Trust Fund | Nonrevolving trust | 0 | 13 | 9 |
| Rail Industry Pension Fund | Nonrevolving trust | 3,193 | 3,000 | 15,255 |
| Railroad Social Security Equivalent Benefit Account | Nonrevolving trust | 5,482 | 5,318 | -1,058[b] |
| Reclamation Trust Funds | Nonrevolving trust | 23 | 13 | 42 |
| Ricky Ray Hemophilia Relief Fund | Nonrevolving trust | 0 | 0 | 0 |
| Rivers and Harbors Contributed Funds | Nonrevolving trust | 350 | 252 | 394 |
| Sales of Unclaimed Abandoned and Seized Goods, Customs Service | Nonrevolving trust | 4 | 7 | 1 |
| Science, Space, and Technology Education Trust Fund | Nonrevolving trust | 2 | 1 | 15 |
| Social Security (Federal Disability Insurance Trust Fund) | Nonrevolving trust | 67,791 | 52,142 | 92,628 |
| Social Security (Federal Old-Age Survivors Trust Fund) | Nonrevolving trust | 449,489 | 340,427 | 762,374 |
| South Dakota Terrestrial Wildlife Habitat Restoration Trust Fund | Nonrevolving trust | 10 | 0 | 10 |
| Special Workers' Compensation Funds[a] | Nonrevolving trust | 145 | 143 | 57 |
| Supplemental Annuity Pension Fund, Railroad Retirement Board | Nonrevolving trust | 94 | 75 | 56 |
| Tax Court Judges Survivors Annuity Fund | Nonrevolving trust | 0 | 0 | 7 |
| Tribal Trust Fund | Nonrevolving trust | 0 | 0 | 0 |
| U.S. Capitol Preservation Commission Trust Fund | Nonrevolving trust | 1 | 0 | 28 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| U.S. Government Life Insurance Fund, Department of Veterans Affairs | Nonrevolving trust | 7 | 12 | 80 |
| Unemployment Trust Fund | Nonrevolving trust | 31,681 | 24,938 | 77,699 |
| United Mine Workers Combined Benefits Fund | Nonrevolving trust | 230 | 230 | 0 |
| Vaccine Injury Compensation Trust Fund | Nonrevolving trust | 194 | 60 | 1,400 |
| Voluntary Separation Incentive Fund | Nonrevolving trust | 172 | 156 | 893 |
| | | | | |
| Assessment Funds (Comptroller of the Currency) | Revolving trust | 394 | 402 | 304 |
| Coast Guard Miscellaneous Trust Revolving Funds | Revolving trust | 7 | 7 | 0 |
| Commissary Funds (Federal Prison System) | Revolving trust | 192 | 192 | 108 |
| Employees and Retired Employees Health Benefits Fund | Revolving trust | 18,039 | 18,463 | 5,813 |
| Employees Life Insurance Fund | Revolving trust | 2,945 | 1,561 | 20,486 |
| Milk Market Assessment Fund | Revolving trust | 36 | 62 | 0 |
| National Archives Trust Fund | Revolving trust | 15 | 15 | 15 |
| Other Department of Defense Trust Revolving Funds | Revolving trust | 17 | 17 | 0 |
| Surcharge Collections, Sales of Commissary Stores | Revolving trust | 284 | 350 | 216 |
| Veterans Special Life Insurance Fund | Revolving trust | 239 | 201 | 1,668 |
| | | | | |
| Abandoned Mine Reclamation Fund | Special | 360 | 267 | 1,736 |
| Allied Contributions and Cooperation Account, Department of Defense | Special | 208 | 126 | 17 |
| Alternative Fuels Production | Special | 1 | 0 | 13 |
| Assets Forfeiture Fund | Special | 613 | 502 | 728 |
| Aviation User Fees | Special | 0 | 0 | 0 |
| Central Valley Project Restoration Fund | Special | 49 | 38 | 47 |
| Colorado River Dam Fund, Boulder Canyon Project | Special | 65 | 58 | 12 |
| Construction, Rehabilitation, Operation and Maintenance, WAPA | Special | 63 | 268 | 168 |
| Continuing Fund, Southeastern Power Administration | Special | 2 | 0 | 2 |
| Continuing Fund, Southwestern Power Administration | Special | 2 | 2 | 0 |
| Cooperative Endangered Species Conservation Fund | Special | 29 | 38 | 191 |
| Crime Victims Fund | Special | 985 | 348 | 1,629 |
| Customs Services at Small Airports | Special | 3 | 3 | 3 |
| Department of the Treasury Forfeiture Fund | Special | 347 | 300 | 413 |
| Disease Control, Research, and Training | Special | 2 | 0 | 0 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Disposal of Surplus Real and Related Personal Property | Special | 9 | 4 | 87 |
| Diversion Control Fee Account | Special | 54 | 63 | 77 |
| Elk Hills School Lands Fund | Special | 0 | 36 | 262 |
| Emergency Preparedness Grants | Special | 8 | 7 | 17 |
| Environmental Dispute Resolution Fund | Special | 0 | 3 | 3 |
| Environmental Services | Special | 10 | 0 | 63 |
| Essential Air Service and Rural Airport Improvement Fund | Special | 48 | 42 | 13 |
| Everglades Restoration Account | Special | 4 | 0 | 4 |
| Expenses of Transportation Audit Contracts and Contract Administration | Special | 8 | 9 | 25 |
| Exxon Valdez Settlement Fund | Special | 0 | 1 | 2 |
| Falcon and Amistad Operating and Maintenance Fund | Special | 1 | 1 | 2 |
| Federal Aid in Wildlife Restoration | Special | 226 | 213 | 436 |
| FHA—Mutual Mortgage Insurance Program Account | Special | 3,559 | 0 | 0 |
| Fishermen's Contingency Fund | Special | 0 | 0 | 3 |
| Fishermen's Guaranty Fund | Special | 0 | 0 | 3 |
| Fishermen's Protective Fund | Special | 0 | 0 | 1 |
| Forest Products Program | Special | 0 | 0 | 3 |
| Forest Service Permanent Appropriations[a] | Special | 228 | 366 | 580 |
| Funds for Strengthening Markets, Income, and Supply (Section 32) | Special | 5,681 | 833 | 486 |
| Gifts to the United States for Reduction of the Public Debt | Special | 1 | 0 | 0 |
| Guarantees of Mortgage-Backed Securities Loan Guarantee Program Account | Special | 355 | 0 | 701 |
| H-1B Nonimmigrant Petitioner Account | Special | 74 | 2 | 1 |
| Historic Preservation Fund | Special | -150 | 37 | 2,154 |
| Immigration Support[a] | Special | 1,142 | 1,182 | 152 |
| Indian Health Facilities | Special | 5 | 0 | 0 |
| Informant Payments | Special | 8 | 8 | 0 |
| Internal Revenue Collections for Puerto Rico | Special | 235 | 235 | 0 |
| Internal Revenue Service Miscellaneous Retained Fees | Special | 88 | 88 | 0 |
| International Center, Washington, D.C. | Special | 3 | 3 | 3 |
| International Litigation Fund | Special | 2 | 1 | 8 |
| Interstate Land Sales Fund | Special | 0 | 0 | 0 |
| Judiciary Filing Fees | Special | 107 | 115 | 286 |
| Judiciary Information Technology Fund | Special | 228 | 233 | 176 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Land Acquisition Accounts | Special | 1 | 93 | 173 |
| Land and Water Conservation Fund | Special | 1,293 | 1,087 | 12,936 |
| Leases of Lands Acquired for Flood Control, Navigation, and Allied Purposes | Special | 1 | 1 | 0 |
| Management of Lands and Resources, Bureau of Land Management | Special | 1 | 0 | 0 |
| Manufactured Home Inspection and Monitoring | Special | 15 | 15 | 10 |
| Medical Care, Department of Veterans Affairs | Special | 574 | 0 | 51 |
| Migratory Bird Conservation Account | Special | 65 | 55 | 38 |
| Mineral Leasing and Associated Payments | Special | 478 | 478 | 0 |
| Miscellaneous Permanent Appropriations, Bureau of Indian Affairs[a] | Special | 72 | 72 | 83 |
| Miscellaneous Permanent Appropriations, Office of Special Trustee for American Indians | Special | 23 | 9 | 47 |
| Miscellaneous Permanent Payment Accounts, Bureau of Land Management[a] | Special | 34 | 118 | 90 |
| Miscellaneous Permanent Appropriations, Fish and Wildlife Service | Special | 2 | 4 | 3 |
| Miscellaneous Special Funds, Department of Defense[a] | Special | 76 | 68 | 253 |
| National Forest System | Special | 4 | 0 | 78 |
| National Forests Fund, Payment to States | Special | 3 | 3 | 0 |
| National Indian Gaming Commission, Gaming Activity Fees | Special | 5 | 0 | 5 |
| National Institutes of Health Miscellaneous Accounts | Special | 13 | 0 | 0 |
| National Wildlife Refuge Fund | Special | 8 | 19 | 6 |
| Natural Resource Damage Assessment Fund | Special | 61 | 17 | 72 |
| North American Wetlands Conservation Fund | Special | 1 | 14 | 41 |
| Nuclear Waste Fund | Special | 768 | 188 | 7,927 |
| Office of Federal Housing Enterprise Oversight | Special | 16 | 16 | 4 |
| Operation and Maintenance of Quarters, Bureau of Indian Affairs | Special | 5 | 4 | 4 |
| Operation and Maintenance, General, Corps of Engineers | Special | 33 | 0 | 33 |
| Operation of the National Park System | Special | 7 | 0 | 7 |
| Other Permanent Appropriations, National Park Service[a] | Special | 50 | 30 | 71 |
| Overseas Military Facility Investment Recovery | Special | 4 | 29 | 48 |
| Panama Canal Commission Compensation Fund | Special | 7 | 6 | 79 |
| Payments to Copyright Owners | Special | 243 | 174 | 772 |
| Payments to States Under Federal Power Act | Special | 3 | 3 | 3 |
| Perishable Agricultural Commodities Act Fund | Special | 8 | 9 | 10 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Permanent Appropriations, Corps of Engineers[a] | Special | 14 | 19 | 14 |
| Permanent Operating Funds, Bureau of Land Management[a] | Special | 17 | 24 | 47 |
| Pipeline Safety | Special | 34 | 34 | 33 |
| Presidential Election Campaign Fund | Special | 61 | 26 | 0 |
| Program Expenses, Federal Retirement Thrift Investment Board | Special | 75 | 59 | 39 |
| Promote and Develop Fishery Products and Research Pertaining to American Fisheries | Special | 0 | 5 | 7 |
| Radiological Emergency Preparedness Fund | Special | 13 | 10 | 3 |
| Range Betterment Fund | Special | 3 | 3 | 4 |
| Range Improvements | Special | 8 | 10 | 6 |
| Reclamation Fund | Special | 1,050 | 317 | 2,245 |
| Recreation Fee Permanent Appropriations[a] | Special | 145 | 68 | 216 |
| Recreational Fee Demonstration Program | Special | 3 | 2 | 4 |
| Refunds, Transfers, and Expenses of Operation, Puerto Rico | Special | 104 | 100 | 18 |
| Registry Administration | Special | 3 | 3 | 0 |
| Registry Fees | Special | 2 | 1 | 4 |
| Research and Education Activities, Native American Institutions Endowment Fund | Special | 5 | 0 | 19 |
| Salaries and Expenses, Animal and Plant Health Inspection Service | Special | 172 | 0 | 117 |
| Salaries and Expenses, Food and Drug Administration | Special | 1 | 0 | 0 |
| Salaries and Expenses, Financial Management Service | Special | 13 | 0 | 0 |
| Salaries and Expenses, Nuclear Regulatory Commission | Special | 442 | 0 | 0 |
| Salaries and Expenses, Patent and Trademark Office | Special | 0 | 0 | 0 |
| Salaries and Expenses, U.S. Customs Service | Special | 1,208 | 0 | 0 |
| Service Charges, Deposits, and Forfeitures, Bureau of Land Management | Special | 12 | 11 | 11 |
| Spectrum Auction Program Account | Special | 290 | 1,411 | 0 |
| Supplemental Security Income Program | Special | 2 | 0 | 2 |
| United States Capitol Police Memorial Fund | Special | 1 | 1 | 0 |
| United States Trustee System Fund | Special | 116 | 138 | 123 |
| Universal Service Fund | Special | 3,752 | 3,293 | 1,479 |
| Uranium Enrichment Decontamination and Decommissioning Fund | Special | 608 | 228 | 1,651 |
| Utah Reclamation Mitigation and Conservation Account | Special | 21 | 20 | 121 |
| Wildlife Conservation | Special | -1 | 2 | 4 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Wildlife Conservation and Appreciation Fund | Special | 0 | 1 | 3 |
| Agricultural Credit Insurance Fund Liquidating Account | Public Enterprise | 1,060 | 30 | 61 |
| Alternative Agricultural Research and Commercialization Corporation Revolving Fund | Public Enterprise | 5 | 5 | 3 |
| Assistance for the Independent States of the Former Soviet Union: Ukraine Export Credit Insurance | Public Enterprise | 2 | 0 | 30 |
| Aviation Insurance Revolving Fund | Public Enterprise | 4 | 0 | 76 |
| Bank Insurance Fund | Public Enterprise | 3,022 | 1,987 | 28,111 |
| Board of Governors of the Federal Reserve System | Public Enterprise | 189 | 189 | 0 |
| Bonneville Power Administration Fund | Public Enterprise | 2,629 | 2,426 | 997 |
| Business Loan Fund Liquidating Account | Public Enterprise | 313 | 0 | 779 |
| Canteen Service Revolving Fund | Public Enterprise | 218 | 218 | 39 |
| Central Liquidity Facility | Public Enterprise | 155 | 155 | 0 |
| Check Forgery Insurance Fund | Public Enterprise | 0 | 3 | 4 |
| Coastal Zone Management Fund | Public Enterprise | 4 | 7 | 3 |
| Colorado River Basins Power Marketing Fund, Western Area Power Administration | Public Enterprise | 104 | 75 | 67 |
| Commodity Credit Corporation Fund | Public Enterprise | 9,882 | 29,182 | 1,402 |
| Commodity Credit Corporation Guaranteed Loans Liquidating Account | Public Enterprise | 234 | 0 | 59 |
| Community Development Credit Union Revolving Loan Fund | Public Enterprise | 4 | 2 | 3 |
| Community Development Loan Guarantees Liquidating Account | Public Enterprise | 24 | 4 | 134 |
| Cooperative Acquisitions Program Revolving Fund | Public Enterprise | 2 | 2 | 3 |
| Credit Union Share Insurance Fund | Public Enterprise | 527 | 268 | 4,121 |
| Damage Assessment and Restoration Revolving Fund | Public Enterprise | 13 | 0 | 16 |
| Disaster Assistance Direct Loan Liquidating Account | Public Enterprise | 4 | 0 | 0 |
| Disaster Loan Fund Liquidating Account | Public Enterprise | 229 | 63 | 67 |
| Economic Assistance Loans—Liquidating Account | Public Enterprise | 1,075 | 0 | 67 |
| Economic Development Revolving Fund Liquidating Account | Public Enterprise | 11 | 5 | 9 |
| Economics and Statistics Administration Revolving Fund | Public Enterprise | 5 | 6 | 2 |
| Equal Employment Opportunity Commission Education, Technical Assistance and Training Revolving Fund | Public Enterprise | 2 | 1 | 3 |
| Exchange Stabilization Fund | Public Enterprise | 1,385 | 0 | 39,916 |
| Export-Import Bank of the United States Liquidating Account | Public Enterprise | 1,150 | 258 | 1,308 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Farm Credit System Insurance Fund | Public Enterprise | 122 | 59 | 1,370 |
| Federal Consumer Information Center Fund | Public Enterprise | 7 | 6 | 3 |
| Federal Crop Insurance Corporation Fund | Public Enterprise | 622 | 2,299 | 2,262 |
| Federal Housing Finance Board | Public Enterprise | 18 | 18 | 5 |
| Federal Ship Financing Fund Liquidating Account | Public Enterprise | 11 | 6 | 0 |
| Federal Ship Financing Fund, Fishing Vessels Liquidating Account | Public Enterprise | 8 | 2 | 17 |
| Federal Tax Lien Revolving Fund | Public Enterprise | 6 | 6 | 6 |
| FHA—General and Special Risk Insurance Funds Liquidating Account | Public Enterprise | 559 | 1,057 | 899 |
| FHA—Mutual Mortgage and Cooperative Housing Insurance Funds Liquidating Account | Public Enterprise | 4,939 | 4,620 | 15,417 |
| Financial Assistance Corporation Assistance Fund, Liquidating Account | Public Enterprise | 194 | 499 | 1,562 |
| Flexible Subsidy Fund | Public Enterprise | 48 | 17 | 292 |
| Foreign Military Loan Liquidating Account | Public Enterprise | 229 | 43 | 0 |
| Federal Savings and Loan Insurance Corporation Resolution Fund | Public Enterprise | 3,922 | 339 | 2,870 |
| Guarantees of Mortgage-Backed Securities Liquidating Account | Public Enterprise | 428 | 93 | 5,769 |
| Health Education Assistance Loans Liquidating Account | Public Enterprise | 20 | 20 | 13 |
| Health Maintenance Organization Loan and Loan Guarantee Fund | Public Enterprise | 2 | 0 | 11 |
| Helium Fund | Public Enterprise | 16 | 6 | 31 |
| Homeowners Assistance Fund, Department of Defense | Public Enterprise | 44 | 127 | 36 |
| Homeownership Assistance Fund | Public Enterprise | 1 | 0 | 23 |
| House Revolving Funds | Public Enterprise | 0 | 0 | 8 |
| Housing and Other Credit Guaranty Programs Liquidating Account | Public Enterprise | 84 | 62 | 14 |
| Housing for the Elderly or Handicapped Fund Liquidating Account | Public Enterprise | 772 | 382 | 1,114 |
| Indian Loan Guaranty and Insurance Fund Liquidating Account | Public Enterprise | 2 | 2 | 0 |
| Inspection and Weighing Services | Public Enterprise | 37 | 35 | 8 |
| Interior Franchise Fund | Public Enterprise | 51 | 39 | 17 |
| Investment in Securities Investor Protection Corporation | Public Enterprise | 0 | 0 | 1,000 |
| Isotope Production and Distribution Program Fund | Public Enterprise | 31 | 31 | 11 |
| Lower Colorado River Basin Development Fund | Public Enterprise | 163 | 201 | 53 |
| Low-Rent Public Housing—Loans and Other Expenses | Public Enterprise | 83 | 116 | 886 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Medical Center Research Organizations | Public Enterprise | 105 | 105 | 18 |
| Medical Facilities Guarantee and Loan Fund | Public Enterprise | 6 | 3 | 63 |
| Medical Facilities Revolving Fund | Public Enterprise | 3 | 3 | 6 |
| National Defense Stockpile Transaction Fund | Public Enterprise | 449 | 240 | 960 |
| National Flood Insurance Fund | Public Enterprise | 1,416 | 1,350 | 611 |
| National Flood Mitigation Fund | Public Enterprise | 0 | 8 | 42 |
| Nehemiah Housing Opportunity Fund | Public Enterprise | 0 | 2 | 24 |
| Nonprofit Sponsor Assistance Liquidating Account | Public Enterprise | 0 | 0 | 6 |
| National Technical Information Service Revolving Fund | Public Enterprise | 34 | 36 | 39 |
| Office of Thrift Supervision | Public Enterprise | 143 | 142 | 156 |
| Oklahoma City National Memorial Trust | Public Enterprise | 0 | 2 | 3 |
| Operating Fund, National Credit Union Administration | Public Enterprise | 106 | 104 | 28 |
| Overseas Private Investment Corporation Liquidating Account | Public Enterprise | 11 | 1 | 26 |
| Overseas Private Investment Corporation Noncredit Account | Public Enterprise | 328 | 55 | 3,038 |
| Panama Canal Commission Dissolution Fund | Public Enterprise | 1 | 0 | 7 |
| Panama Canal Revolving Fund | Public Enterprise | 756 | 683 | 374 |
| Parking Revolving Fund | Public Enterprise | 3 | 15 | 30 |
| Pension Benefit Guaranty Corporation Fund | Public Enterprise | 1,866 | 1,201 | 9,369 |
| Perkins Loan Revolving Fund | Public Enterprise | 0 | 1 | 0 |
| Pershing Hall Revolving Fund | Public Enterprise | 0 | 0 | 1 |
| Pollution Control Equipment Fund Liquidating Account | Public Enterprise | 0 | 3 | 0 |
| Postal Service Fund | Public Enterprise | 62,943 | 63,964 | 22,107 |
| Presidio Trust | Public Enterprise | 54 | 35 | 43 |
| Property Management Fund, Agency for International Development | Public Enterprise | 0 | 0 | 3 |
| Railroad Rehabilitation and Improvement Liquidating Account | Public Enterprise | 7 | 3 | 0 |
| Rental Housing Assistance Fund | Public Enterprise | 34 | 34 | 8 |
| Reregistration and Expedited Processing Revolving Fund | Public Enterprise | 18 | 22 | 11 |
| Reserve Mobilization Income Insurance Fund | Public Enterprise | 1 | 5 | 17 |
| Resolution Trust Corporation Revolving Fund | Public Enterprise | 0 | 0 | 4 |
| Revolving Fund (Liquidating Programs) | Public Enterprise | 53 | 7 | 102 |
| Revolving Fund for Administrative Expenses | Public Enterprise | 34 | 34 | 15 |
| Revolving Fund for Certification and Other Services | Public Enterprise | 4 | 7 | 4 |
| Revolving Fund for Loans Liquidating Account | Public Enterprise | 6 | 0 | 0 |
| Rural Communication Development Fund Liquidating Account | Public Enterprise | 1 | 3 | 1 |

| Fund name | Fund type | Revenues | Gross outlays | Balance |
|---|---|---|---|---|
| Rural Development Insurance Fund Liquidating Account | Public Enterprise | 541 | 627 | 229 |
| Rural Development Loan Fund Liquidating Account | Public Enterprise | 4 | 1 | 2 |
| Rural Electrification and Telecommunications Liquidating Account | Public Enterprise | 2,788 | 2,143 | 517 |
| Rural Housing Insurance Fund Liquidating Account | Public Enterprise | 2,172 | 1,068 | 483 |
| Rural Telephone Bank Liquidating Account | Public Enterprise | 318 | 32 | 657 |
| Saint Lawrence Seaway Development Corporation | Public Enterprise | 13 | 13 | 16 |
| Savings Association Insurance Fund | Public Enterprise | 693 | 257 | 10,224 |
| Senate Revolving Funds | Public Enterprise | 0 | 0 | 8 |
| Service-Disabled Veterans Insurance Fund | Public Enterprise | 71 | 61 | 41 |
| Servicemembers' Group Life Insurance Fund | Public Enterprise | 402 | 402 | 5 |
| Special Defense Acquisition Fund | Public Enterprise | 8 | 6 | 83 |
| Special Therapeutic and Rehabilitation Activities Fund | Public Enterprise | 40 | 38 | 15 |
| Surety Bond Guarantees Revolving Fund | Public Enterprise | 7 | 8 | 41 |
| Tennessee Valley Authority Fund | Public Enterprise | 6,588 | 6,906 | 644 |
| United States Enrichment Corporation Fund | Public Enterprise | 0 | 5 | 478 |
| United States Mint Public Enterprise Fund | Public Enterprise | 1,399 | 1,419 | 183 |
| Upper Colorado River Basin Fund | Public Enterprise | 180 | 81 | 140 |
| Vessel Operations Revolving Fund | Public Enterprise | 533 | 477 | 55 |
| Veterans Housing Benefit Program Fund Liquidating Account | Public Enterprise | 700 | 330 | 159 |
| Veterans Reopened Insurance Fund | Public Enterprise | 62 | 68 | 510 |
| War Risk Insurance Revolving Fund | Public Enterprise | 2 | 1 | 31 |
| Working Capital Fund, Federal Emergency Management Agency | Public Enterprise | 23 | 20 | 14 |

Notes: [a] indicates that, for presentation purposes, funds were grouped. [b] indicates that the negative balances shown are a result of outstanding debts to Treasury that exceed the funds' assets.

## Table III.2: Top 10 Funds in Each Earmarked Fund Type, by Total Revenues

(Dollars in millions)

| Trust Funds | | Special Funds | | Public Enterprise Funds | |
|---|---|---|---|---|---|
| **Top 10 Funds** | **Total Revenues** | **Top 10 Funds** | **Total Revenues** | **Top 10 Funds** | **Total Revenues** |
| Federal Old-Age Survivors Insurance Trust Fund | $449,489 | Funds for Strengthening Markets, Income, and Supply (Section 32) | $5,681 | Postal Service Fund | $62,943 |
| Federal Hospital Insurance Fund | 153,018 | Universal Service Fund | 3,752 | Commodity Credit Corporation Fund | 9,882 |
| Federal Supplementary Medical Insurance Trust Fund | 85,457 | FHA—Mutual Mortgage Insurance Program Account | 3,559 | Tennessee Valley Authority Fund | 6,904 |
| Civil Service Retirement and Disability Fund | 74,522 | Salaries and Expenses, U.S. Customs Service | 1,208 | FHA—Mutual Mortgage and Cooperative Housing Insurance Funds Liquidating Account | 4,939 |
| Federal Disability Insurance Trust Fund | 67,791 | Immigration Support | 1,142 | FSLIC Resolution Fund | 3,922 |
| Highway Trust Fund | 39,427 | Reclamation Fund | 1,050 | Bank Insurance Fund | 3,022 |
| Military Retirement Fund | 38,227 | Land and Water Conservation Fund | 1,293 | Rural Electrification and Telecommunications Liquidating Account | 2,788 |
| Unemployment Trust Fund | 31,681 | Crime Victims Fund | 985 | Bonneville Power Administration Fund | 2,629 |
| Employees and Retired Employees Health Benefits Fund | 18,039 | Nuclear Waste Fund | 768 | Rural Housing Insurance Fund Liquidating Account | 2,172 |
| Military Sales Program | 11,624 | Assets Forfeiture Fund | 613 | Pension Benefit Guaranty Corporation Fund | 1,866 |

# Glossary

**Budget caps**

Adjustable dollar limits under the Deficit Control Act that specify maximum amounts of budget authority and outlays for each fiscal year provided by the regular appropriations process. If appropriations are enacted that cause discretionary spending to exceed the limits, a sequestration will occur to eliminate the amount of the excess.

**Budget function**

Groups of accounts that present budget authority, outlays, receipts, and tax expenditures according to the national needs being addressed. Each budget account is generally placed in the single budget function (e.g., transportation or health) that best reflects its major purpose, an important national need. There are 19 major functions, most of which are divided into subfunctions.

**Debt held by government accounts**

That part of gross federal debt held by earmarked funds and invested in special, nonmarketable U.S. Treasury securities or in agency debt. Essentially, these securities represent debt owed by one part of the federal government to another.

**Debt held by the public**

That part of gross federal debt held outside of the federal government. This includes any federal debt held by individuals, corporations, state or local governments, the Federal Reserve System, and foreign governments and central banks.

**Deficit Control Act (DCA)**

Legislation that established statutory limits on federal government spending. The actual title of this act is the Balanced Budget and Emergency Deficit Control Act of 1985, as amended. However, for simplicity, we refer to it as DCA. It also is often referred to as the Budget Enforcement Act (BEA) because that act added the current sequestration process and designated accounts as either mandatory or discretionary.

**Discretionary**

A term that usually modifies either "spending," "appropriations," or "amount." Discretionary spending refers to outlays controllable through the regular congressional appropriations process.

**Earmarked receipts**

Collections dedicated by law for a specific purpose or program. Earmarked receipts comprise the receipts of trust, special, and public enterprise fund accounts, as well as offsetting collections credited to appropriations accounts.

**Exchange revenue**

An accounting term, exchange revenue includes most user charges (i.e., revenue resulting from the government's business-type activities). Also known as earned revenue, it arises when a government entity provides goods and services to the public or to another government entity for a price.

**Fund balance**

The cumulative net effect of a fund's total receipts and outlays.

**Fund surplus/deficit**

The difference between a fund's receipts and outlays over a given period, usually a fiscal year. When receipts are greater than outlays, a surplus results. When receipts are less than outlays, a deficit results.

**Gross Domestic Product**

An economic term referring to the value of all final goods and services produced within the borders of the United States in a given period of time, whether produced by residents or nonresidents.

**Mandatory**

A term that usually modifies either "spending," "appropriations," or "amount." Mandatory spending refers to outlays for entitlement programs such as food stamps, Medicare, veterans' pensions, payment of interest on the public debt, and nonentitlements such as payments to states from Forest Service receipts. By defining eligibility and setting the benefit or payment rules, the Congress controls spending for these programs indirectly rather than directly through the appropriations process.

**Nonexchange revenue**

An accounting term, nonexchange revenue includes inflows of resources arising from the government's sovereign power to tax, as well as voluntary donations.

**Nonrevolving trust funds**

Accounts designated as trust funds by law and used to track receipts and spending for programs that have specific taxes or other revenues dedicated by law for their use.

**Offsetting collections**

Collections that are deducted from gross budget authority and outlays rather than added to receipts and, by law, are credited directly to expenditure accounts. Usually, they may be spent for the purposes of the account without further action by the Congress. They result from business-type or market-oriented activities with the public and other government accounts.

**Outlays**

The issuance of checks, disbursement of cash, or electronic transfer of funds made to liquidate a federal obligation. Outlays during a fiscal year may be for payment of obligations incurred in prior years or in the same year. They flow in part from unexpended balances of prior-year budgetary resources and in part from budgetary resources provided for the year in which the money is spent.

**Pay-as-you-go (PAYGO)**

A requirement, established by the Deficit Control Act, as amended, that the aggregate effect of new legislation that increases direct spending or decreases receipts be neutral (that is, not increase the deficit or decrease the surplus).

**Program sustainability**

The nation's ability to finance promised benefits over the long-run.

**Public enterprise fund**

An account authorized to be credited with offsetting collections, primarily from the public, that are generated by, and are earmarked to finance a continuing cycle of business-type operations in accordance with statute.

**Revolving trust fund**

An account designated as a "trust fund" by law and authorized to be credited with offsetting collections that are used to carry out a cycle of business-type operations in accordance with statute.

**Special fund**

One or more accounts used to track receipts and spending for programs that have specific taxes or other revenues dedicated by law for their use but which are not designated in law as "trust funds."

**Unified budget**

Under budget concepts set forth in the 1967 *Report of the President's Commission on Budget Concepts*, a comprehensive budget in which receipts and outlays from federal and trust funds are consolidated. When these fund groups are consolidated to display budget totals, transactions that are outlays of one fund group for payment to the other fund group (that is, interfund transactions) are deducted to avoid double counting. The unified budget should, as conceived by the President's Commission, be comprehensive of the full range of federal activities. By law, budget authority, outlays, and receipts of off-budget programs (currently only the U.S. Postal Service and Social Security) are excluded from the budget, but data relating to off-budget programs are displayed in the budget documents.

# GAO Staff Acknowledgments

## Strategic Issues

Christine E. Bonham, Assistant Director
Robert M. Sexton, Senior Analyst
Carol M. Henn, Senior Analyst

## Office of the General Counsel

Frank Maguire, Senior Attorney

(935313)

## Ordering Information

The first copy of each GAO report is free. Additional copies of reports are $2 each. A check or money order should be made out to the Superintendent of Documents. VISA and MasterCard credit cards are accepted, also.

Orders for 100 or more copies to be mailed to a single address are discounted 25 percent.

*Orders by mail:*
U.S. General Accounting Office
P.O. Box 37050
Washington, DC 20013

*Orders by visiting:*
Room 1100
700 4th St. NW (corner of 4th and G Sts. NW)
U.S. General Accounting Office
Washington, DC

*Orders by phone:*
(202) 512-6000
fax: (202) 512-6061
TDD (202) 512-2537

Each day, GAO issues a list of newly available reports and testimony. To receive facsimile copies of the daily list or any list from the past 30 days, please call (202) 512-6000 using a touchtone phone. A recorded menu will provide information on how to obtain these lists.

*Orders by Internet:*
For information on how to access GAO reports on the Internet, send an e-mail message with "info" in the body to:

info@www.gao.gov

or visit GAO's World Wide Web home page at:

http://www.gao.gov

## To Report Fraud, Waste, or Abuse in Federal Programs

*Contact one:*

- Web site: http://www.gao.gov/fraudnet/fraudnet.htm
- e-mail: fraudnet@gao.gov
- 1-800-424-5454 (automated answering system)

PRINTED ON RECYCLED PAPER