**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Electronically Filed
March 27, 2006

No. 99-550 L (into which has been consolidated No. 00-169 L)
Judge Emily C. Hewitt

**PARTIES' PROPOSED TRIAL SCHEDULE**

As directed by the Court, the parties have conferred and agreed upon the attached proposed trial schedule.

Dated this March 27, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources
Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff

*s/ Martin L. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627

PARTIES' PROPOSED TRIAL SCHEDULE

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
Trial Dates: March 30, 2006, to April 12, 2006
United States Court of Federal Claims

| Time | Sun. 3/26 | Monday 3/27 | Tuesday 3/28 | Wednesday 3/29 | Thursday 3/30 | Friday 3/31 | Sat. 4/1 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | Plaintiff's Opening | Reineke (C) | |
| 9:30 | | | | | Tallchief (D) | Reineke (C) | |
| 10:00 | | | | | Tallchief (C) | Reineke (C) | |
| 10:30 | | | | | Tallchief (RD)/ Reineke (D) | Reineke (C) | |
| 11:00 | | | | | Reineke (D) | Reineke (RD) | |
| 11:30 | | | | | Reineke (D) | Reineke (RD)/ Parris (D) | |
| 12:00 | | | | | Reineke (D) | Parris (D) | |
| 12:30 | | | | | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | Reineke (D) | Parris (D) | |
| 2:00 | | | | | Reineke (D) | Parris (D) | |
| 2:30 | | | | | Reineke (D) | Parris (D)/ Parris (C) | |
| 3:00 | | | | | Reineke (D) | Parris (C) | |
| 3:30 | | | | | Reineke (D) | Parris (C) | |
| 4:00 | | | | | Reineke (D) | Parris (C)/ Parris (RD) | |
| 4:30 | | | | | Reineke (D) | Parris (RD)/ Parris (RC) | |
| 5:00 | | | | | Reineke (D) | Parris (RC)/ | |
| 5:30 | | | | | Reineke (D) | | |
| 6:00 | | | | | Reineke (D) | | |

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
United States Court of Federal Claims

| Time | Sun. 4/2 | Monday 4/3 | Tuesday 4/4 | Wednesday 4/5 | Thursday 4/6 | Friday 4/7 | Sat.4/8 |
|---|---|---|---|---|---|---|---|
| 9:00 | | Jay (D) | Jay (C) | Hurlburt (D) | Martin (D) | Martin (C) | |
| 9:30 | | Jay (D) | Jay (RD) | Hurlburt (D) | Martin (D) | Martin (C) | |
| 10:00 | | Jay (D) | Jay (RD) | Hurlburt (D) | Martin (D) | Martin (C) | |
| 10:30 | | Jay (D) | Bighorse (D) | Hurlburt (D) | Martin (D) | Martin (RD) | |
| 11:00 | | Jay (D) | Bighorse (C) | Hurlburt (D) | Martin (D) | Martin (RD) | |
| 11:30 | | Jay (D) | Bighorse (RD)/ Mattingly (D) | Hurlburt (C) | Martin (D) | Hill (D) | |
| 12:00 | | Jay (D) | Mattingly (D)/ Mattingly (C) | Hurlburt (C) | Martin (D) | Hill (D) | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | Jay (D) | Mattingly (C)/ Mattingly (RD) | Hurlburt (RD) | Martin (D) | Hill (D) | |
| 2:00 | | Jay (D) | Standingbear (D) | Hurlburt (RC)/ Barker (D) | Martin (D) | Hill (C) | |
| 2:30 | | Jay (D) | Standingbear (C) | Barker (D) | Martin (D) | Hill (C)/ Hill (RD) | |
| 3:00 | | Jay (C) | Standingbear (RD)/ Defense Opening | Barker (D) | Martin (D) | Bratcher (D) | |
| 3:30 | | Jay (C) | Defense Opening/ Branstetter (D) | Barker (D) | Martin (D) | Bratcher (D) | |
| 4:00 | | Jay (C) | Branstetter (D) | Barker (D) | Martin (D) | Bratcher (C) | |
| 4:30 | | Jay (C) | Branstetter (D) | Barker (D)/ Barker (C) | Martin (D) | Bratcher (RD)/ | |
| 5:00 | | Jay (C) | Branstetter (D) | Barker (C) | Martin (C) | | |
| 5:30 | | Jay (C) | Branstetter (D)/ Branstetter (C) | Barker (C)/Barker (RD) | Martin (C) | | |
| 6:00 | | Jay (C) | Branstetter (C)/ Branstetter (RD) | Barker (RD)/ Barker (RC) | Martin (C) | | |

The Osage Tribe of Indians of Oklahoma v. The United States
No. 99-550 L (into which has been consolidated No. 00-169 L)
United States Court of Federal Claims

| Time | Sun. 4/9 | Monday 4/10 | Tuesday 4/11 | Wednesday 4/12 | Thursday 4/13 | Friday 4/14 | Sat. 4/15 |
|---|---|---|---|---|---|---|---|
| 9:00 | | Chavarria (D) | Lundelius (D) | Morrison (D)* | | | |
| 9:30 | | Chavarria (D) | Lundelius (D) | Morrison (D)* | | | |
| 10:00 | | Chavarria (D) | Lundelius (D) | Morrison (D)* | | | |
| 10:30 | | Chavarria (D) | Lundelius (D) | Morrison (C)* | | | |
| 11:00 | | Chavarria (D) | Lundelius (D) | Morrison (C)* | | | |
| 11:30 | | Chavarria (C) | Lundelius (D) | Morrison (RD)*/ Currey (D) | | | |
| 12:00 | | Chavarria (C) | Lundelius (D) | Currey (D) | | | |
| 12:30 | | Break | Break | Break | | | |
| 1:00 | | | | | | | |
| 1:30 | | Chavarria (C)/ Chavarria (RD) | Lundelius (D) | Currey (C) | | | |
| 2:00 | | Chavarria (RD)/ Vale (D) | Lundelius (D) | Currey (RD)/ Currey (RC) | | | |
| 2:30 | | Vale (D) | Lundelius (D) | [Def.'s May Call] | | | |
| 3:00 | | Vale (D) | Lundelius (D) | [Def.'s May Call] | | | |
| 3:30 | | Vale (D) | Lundelius (D) | [Def.'s May Call] | | | |
| 4:00 | | Vale (D)/ Vale (C) | Lundelius (C) | [Pl.'s Rebuttal] | | | |
| 4:30 | | Vale (C) | Lundelius (C) | [Pl.'s Rebuttal] | | | |
| 5:00 | | Vale (C)/ Vale (RD) | Lundelius (C) | [Pl.'s Rebuttal] | | | |
| 5:30 | | Vale (RD)/ | Lundelius (RD) | [Pl.'s Rebuttal] | | | |
| 6:00 | | | Lundelius (RD) | [Pl.'s Rebuttal] | | | |

*Note: Plaintiff witness called during defense case due to earlier unavailability.