# OSAGE TRIBE OF INDIANS v. UNITED STATES, CASE NO. 99-550 DEFENDANT'S FINAL EXHIBIT LIST - MARCH 27, 2006
# EXPECTS TO USE

| *DEFENDANT'S PROVISIONAL EXHIBIT NO.* | *DOC_DATE* | *DESCRIPTION* |
|---|---|---|
| 2 | 06/21/1979 | Bill for Collection - Bill No. 12336948 |
| 3 | 00/00/0000 | "The Law of Trusts, Fourth Edition," Aspen Publishers, s 227 |
| 11 | 01/01/1959 | Restatement of Trust 2d s 174 (1959) |
| 14 | 02/26/1976 | CD Detail for $ 100,000 |
| 19 | 06/21/1979 | Certificate of Deposit - Deposit No. 878052 - and associated schedule of collection and bills of collection |
| 32 | 00/00/1982 | "Retirement Income Opportunities in an Aging America: Pensions and the Economy," Employee Benefit Research Institute |
| 37 | 01/01/1984 | The Management and Development of Oil and Gas Mineral Resources on the Osage Indian Reservation by George Revard and Newell Barker |
| 44 | 11/03/2005 | Bureau of Economic Analysis, U.S. Department of Commerce, GDP Deflator |
| 68 | 1//19/09/0 | CRA, Inc. Crude Oil Price Bulletin - No. 31 |
| 78 | 07/05/1979 | CD Detail for $ 91,405.52 |
| 79 | 07/05/1979 | CD Detail for $ 2,636,848.36 |
| 81 | 12/29/1980 | Deposit Ticket-Deposit No. 116555 |
| 97 | 01/00/1976 | BIA, Osage Agency, Production Report for the Month of January 1976. |
| 124 | 00/00/1986 | BIA Osage Agency, Overview Flowchart of Sales and Collection Cycle-Oil, c. 1986, AIRR-Lenexa, 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-006 |
| 194 | 03/12/1981 | Documents associated with quarterly headright payment - voucher and schedule of payments VD03G0003A |
| 214 | 12/07/1989 | Internal transfer between appropriations/activities - transfer to IIM for headright payment - BB12T0001G |
| 241 | 03/12/1981 | Documents associated with quarerly headright payment - voucher & schedule of payment, Application for Authorization - VD03G0001A |
| 242 | 03/12/1981 | Journal Voucher for quarterly annuity payment transfer to IIM account - JV-70-81 Confirmation Journal Voucher No. 1420-G06-70 for $ 4,899,042.97 |
| 243 | 12/07/1989 | Voucher & Schedule of Payments - for headright payment - VS12G03410 |
| 245 | 06/15/1976 | Public Voucher for Purchases and Services Other Than Personal for $ 1,509,013.69 (VD06G0103A) |
| 246 | 06/15/1976 | Voucher and Schedule of Payments for $2,078, 548.31 for headright payment - VD06G0102A |
| 273 | 03/12/1981 | Disbursement documents for quarerly headright payment - VD03G0002A |
| 295 | 06/03/1944 | Procedure of Accounting for Royalty on Oil in the Osage Reservation Under Existing Regulations Approved by the Secretary of the Interior July 12, 1932 |
| 310 | 04/06/1954 | BIA, Indian Affairs Manual Transmittal Sheet, Release No. 188 - General Information and Instructions Attached Revision of 42 BIAM Chapter 5: Accounts Section 502.06 |
| 413 | 1//19/09/1 | Bill for Collection Bill No. 12026318, Payer Sun Oil Company |
| 423 | 02/01/1976 | Sun Oil Company of Pennsylvania, Crude Oil Price Bulletin No. 139 |
| 427 | 02/24/1976 | Bill for Collection - Bill No. 12027964 |
| 433 | 02/25/1976 | Telegraphic Message dated 2/25/76 for $100,000 |

| DEFENDANT'S PROVISIONAL EXHIBIT NO. | DOC_DATE | DESCRIPTION |
|---|---|---|
| 435 | 02/25/1976 | Telegraphic Message dated 2/25/76 for $ 953,185.39 |
| 439 | 02/26/1976 | CD Detail for $ 953,185.39 |
| 442 | 02/26/1976 | Telegraphic Message dated 2/26/76 for $ 323,716.57 |
| 446 | 02/24/1976 | Certificate of Deposit - Deposit No. 71 |
| 447 | 03/02/1976 | Telegraphic Message dated 3/2/76 for $ 583,554.95 |
| 451 | 02/24/1976 | Schedule of Collections - Schedule No. 14-20-0699-71 and associated bills of collection |
| 454 | 03/02/1976 | Investment Letter dated 3/2/76 for $ 323,716.57 |
| 457 | 03/03/1976 | Investment Letter dated 3/3/76 for $ 583,554.95 |
| 458 | 03/05/1976 | Investment Letter dated 3/5/76 for $ 323,716.57 |
| 459 | 03/10/1976 | Telegraphic Message dated 3/10/76 for $ 100,000 |
| 461 | 03/10/1976 | Telegraphic Message dated 3/10/76 for $100,000 |
| 462 | 03/12/1976 | Investment Letter dated 3/12/76 for $698,000 |
| 463 | 03/18/1976 | Investment Letter dated 3/18/76 for $ 583,554.95 |
| 464 | 03/22/1976 | Telegraphic Message dated 3/22/76 for $334,563.57 |
| 467 | 03/24/1976 | Investment Letter dated 3/24/76 for $334,563.57 |
| 470 | 03/02/1976 | Schedule of Collections - Schedule No. 14-20-0699-74 |
| 471 | 05/31/1979 | Summary of Oil Runs from Osage Oil Leases for May 1979 - Phillips |
| 475 | 03/01/1976 | Schedule of Collections - Schedule No. 14-20-0699-73 |
| 477 | 02/25/1976 | Certificate of Deposit - Deposit No. 72 |
| 478 | 02/27/1976 | Bill for Collection - Bill No. 12028009 |
| 479 | 02/25/1976 | Schedule of Collections - Schedule No. 14-20-0699-72 |
| 483 | 04/02/1976 | Investment Letter dated 4/2/76 for $ 1,327,000 |
| 485 | 03/01/1976 | Certificate of Deposit - Deposit No. 73 |
| 486 | 04/06/1976 | Investment Letter dated 4/6/76 for $ 334,563.57 |
| 487 | 03/02/1976 | Certificate of Deposit - Deposit No. 74 |
| 489 | 03/01/1976 | Bill for Collection - 12028034 |
| 533 | 05/31/1979 | From David L. Baldwin, Superintendent, Osage Area to Area Director, Muskogee Area Office, BIA (to the Attention of Finance), Memorandum on Electronic Funds Transfer, AIRR-Lenexa 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-005, "EFT System". |
| 539 | 08/25/1989 | Deposit ticket - Deposit No. 649245 and 649246 |
| 547 | 07/01/1989 | Oil Production Report for the Month of July 1989 |
| 562 | 06/21/1979 | Telegraphic Message for $534,565.65 |
| 563 | 06/21/1979 | Documents used by Arthur Andersen for reconciliation of deposit dated 06/21/79 found at bates number 0551834 on CD provided to Tribe as part of Arthur Andersen reconciliation results. |
| 566 | 01/08/1981 | CD Detail for $ 3,354,652.22 |
| 572 | 06/26/1979 | Telegraphic Message for $860,127.04 |
| 574 | 06/27/1979 | Telegraphic Message for $37,482.02 |
| 575 | 06/29/1979 | Telegraphic Message for $274,599.87 |
| 576 | 06/29/1979 | Investment Letter for $274,599.87 |
| 577 | 06/29/1979 | Investment Letter for $37,482.02 |

| DEFENDANT'S PROVISIONAL EXHIBIT NO. | DOC_DATE | DESCRIPTION |
|---|---|---|
| 578 | 06/29/1979 | Investment Letter for $860,127.04 |
| 580 | 06/29/1979 | Investment Letter for $543,130.65 |
| 583 | 07/03/1979 | Telegraphic Message for $100,000.00 |
| 584 | 07/03/1979 | Telegraphic Message for $2,636,848.36 |
| 622 | 03/02/1976 | Bill for Collection - Bill No. 12028055 |
| 648 | 09/12/1979 | Voucher and Schedule of Payments for quarterly headright payment - $1,531,425.81 |
| 649 | 09/12/1979 | Voucher and Schedule of Payments for quarterly headright payment$1,784,851.57 |
| 650 | 09/12/1979 | Voucher and Schedule of Payments for quarterly headright payment - $1,747,178.34 |
| 651 | 09/12/1979 | Voucher and Schedule of Payments for for quarterly headright payment - $2,062,186.91 |
| 658 | 11/26/1979 | From M.L. Brown, Acting Superintendent, Osage Agency, to By-Mat-Son Corporation, AIRR-Lenexa, 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-005, "EFT System." |
| 673 | 6//19/11/2 | Sun Petroleum Products Company Crude Oil Price Bulletin 150 |
| 676 | 08/24/1989 | Deposit Ticket - Deposit No. 649132 |
| 687 | 06/15/1976 | Voucher and Schedule of Payments for quarterly headright payment - $359,853.91 |
| 688 | 12/19/1980 | Telegraphic Message dated 12/19/80 for $307,240.87 |
| 689 | 12/19/1980 | Daily Support Listing of TFCS Deposits - Deposit Ticket, Wire Fund Transfer Report (CT12T6458) |
| 692 | 12/23/1980 | Documents used by Arthur Andersen for reconciliation of deposit dated 12/23/80 found at bates number 0152430 on CD provided to Tribe as part of Arthur Andersen reconciliation results |
| 693 | 12/23/1980 | Telegraphic Message dated 12/23/80 for $ 672,244.31 |
| 704 | 12/29/1980 | Telegraphic Message for $95,000.00 |
| 706 | 12/29/1980 | Telegraphic Message dated 12/29/80 for $3,127,065.52 |
| 707 | 12/29/1980 | Daily Support Listing of TFCS Deposits |
| 709 | 12/29/1980 | Telegraphic Message for $95,000.00 |
| 717 | 01/07/1981 | Telegraphic Message dated 1/7/81 for $3,354,652.22 |
| 725 | 12/22/1980 | Investment Letter for $672,244.31 |
| 729 | 12/29/1980 | Investment Letter for $3,127,065.52 |
| 735 | 12/30/1980 | Investment Letter for $1,290,000 |
| 738 | 12/30/1980 | CD Detail for $ 95,000, $ 95,000, and $ 815,000 |
| 741 | 05/00/1979 | Production Report for the Month of May 1979 |
| 747 | 12/30/1980 | CD Details for $95,000, $95,000, and $95,000 |
| 798 | 08/24/1983 | Investment in Certificates of Deposit Flow Chart |
| 799 | 01/01/1976 | Oil Lessee's Report for the Month of January 1976 - Contract G06-664 |
| 801 | 09/26/1983 | Review of Indian Trust Fund Management for BIA Task II Documentation or Current Operations and Procedures Draft Report September 26, 1983 |
| 810 | 12/24/1983 | BIA In-Depth Review of Indian Trust Funds Task III Investment Portfolio Management |
| 816 | 02/14/1984 | Newell Barker to Various Persons regarding Electronic Fund Transfers |
| 824 | 05/22/1984 | Waterflood Units Summary |
| 828 | 06/21/1979 | Schedule of Collections - Schedule No. 14-20-0699-165 |
| 858 | 01/25/1985 | Osage Tribal Council No. 26-497 |
| 867 | 09/05/1985 | Osage Tribal Council No. 26-631 |

| DEFENDANT'S PROVISIONAL EXHIBIT NO. | DOC_DATE | DESCRIPTION |
|---|---|---|
| 877 | 01/31/1986 | From John W. Vale, Cash Management Officer, BIA, to All Area Directors, AIRR-Lenexa, 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, Box 36, :Phoenix Area." |
| 878 | 02/14/1986 | From Newell Barker, Chief, Branch of Minerals, Osage Agency, to Mary Lou Drywater, et al., Memo on Highest Posted Price Schedule(s) |
| 886 | 04/04/1986 | From Charlene Cozad, Oil Accounting Technician, to Newell Barker, Chief, Branch of Minerals, re: Higest Posted Price |
| 893 | 06/12/1986 | Transfers and Corrections dated 5/29/86 for $2,116,145.33 Transfer of funds to IIM for quarterly headright payment - BB06B0672 Doc Date = 06/12/1986 |
| 900 | 08/29/1986 | Transfers and Corrections dated 8/29/86 for $6,064,188.99 |
| 923 | 07/13/1988 | BIA, Bureau of Indian Affairs Manual (BIAM), Part 42, Financial Management, Accounting Procedures Handbook, Supplement 3.9, Billing and Collection Procedures, July 13, 1988, from BIA, Division of Accounting Management, Miscellaneous Office Files 3. |
| 930 | 05/24/1989 | From Dennis Daugherty to the Assistant Secretary of Indian Affairs regarding investment of Indian Trust Funds in Agency securities |
| 938 | 08/11/1989 | Bert Pappan to Muskogee Area Director regarding Reconciliation of the Osage Agency Accounting Record and the Bureau's official reports for Osage Tribal Appropriation 14X7386 for Period Ending 07/31/1989 |
| 941 | 08/24/1989 | Daily Support Listing of FDS Deposits for 08/24/89 |
| 942 | 08/25/1989 | Daily Support Listing of FDS Deposits for 08/25/89 |
| 960 | 11/14/1989 | Bert Pappan to Muskogee Area Director regarding the Reconciliation of Osage Agency Accounting Records and the Bureau's official reports for Osage Tribal Appropriation 14X7386 for the Period Ending 10/31/1989 |
| 1032 | 12/19/1980 | Investment Letter for $ 307,240.87 |
| 1097 | 12/16/1991 | Tribal Overnight Interest for the period July 1, 1986 to December 31,1986 |
| 1150 | 09/14/1992 | From Superintendent, Osage Agency, to Area Director, Muskogee, re: Proposed amendments to 25 CFR 226.11(a)(2) to eliminate premium, bonus or other like payments from consideration in the calculations of royalty price from crude oil in Osage county |
| 1434 | 06/12/1996 | Osage of Oklahoma -- Info on Accounts |
| 1600 | 09/27/2005 | NYMEX.com: Exchange Rule 200.12 Grade and Quality Specifications |
| 1759 | 02/25/1976 | Telegraphic Message dated 2/25/76 for $100,000 |
| 1888 | 07/00/1989 | Posted Price Bulletins July 1989 |
| 2285 | 03/12/1981 | Advice of Authorization No. G-711-81 |
| 2315 | 06/01/1936 | Resolution No. 25 authorizing blanket lease |
| 2340 | 01/10/2006 | Supplemental Expert Report of Ronnie A. Martin with all Exhibits |
| 2341 | 02/00/1986 | February 1986 - Using Oklahoma and Kansas Runs for December 1985 (Supp. Ex. A-1) |
| 2342 | 02/10/1986 | Posted Prices for February 1986 (Supp. Ex. A-2) |
| 2345 | 08/02/1989 | Top 80 % Companies for Month of July 1989 Using Oklahoma and Kansas Runs (Supp. Ex. B-1) |
| 2353 | 08/00/1989 | Posted Prices for July 1989 (Supp. Ex. B-2) |
| 2355 | 08/02/1989 | Prices by Different Gravity Schedules for the Month of July 1989 (Supp. Ex B-3) |
| 2360 | 08/04/1989 | Notice to All Oil and Gas Lessees and Crude Oil Purchasers (Supp. Ex. B-4) |
| 2372 | 07/17/1979 | From Superintendent, Osage Agency to Administrative Officer, Osage Agency regarding Statement of Osage Tribal Funds for September 1979 Payment |
| 2377 | 06/01/1981 | Oil and Gas Leases on Indian Lands (Part 3), Hearing Before the Select Committee on Indian Affairs United States Senate, 97th Congress, 1st Session on Federal Supervision of Oil and Gas Leases on Indian Lands |
| 2381 | 01/30/1985 | From George Tallchief, Principal Chief to John Fritz, Deputy Assistant Secretary, Indian Affairs regarding the Superintendent of Osage Agency and Osage Tribal Council receiving Complaints from some Osage oil mining lessees concerning payments from crude oil purchasers |
| 2384 | 05/30/1986 | From Superintendent, Osage Agency to Joseph Johnston, Chief, Division of Energy & Mineral Resources regarding Proposed Revision of 25 CFR 226 - Leasing of Osage Reservation Lands for Oil and Gas Mining |

| *DEFENDANT'S PROVISIONAL EXHIBIT NO.* | *DOC_DATE* | *DESCRIPTION* |
|---|---|---|
| 2452 | 06/15/1976 | VD06G0105A - Arthur Andersen Underlying Transaction Document for quarterly headright payment |
| 2459 | 02/24/1976 | CT02G0071 - Arthur Andersen Underlying Transaction Document - Certificate of Deposit, Schedule of Collections, Bills of Collection |
| 2464 | 12/24/1980 | CT12T6517 - Arthur Andersen Underlying Transaction Document - Deposit Ticket, EFT report |
| 2465 | 12/29/1980 | CT12T6555 - Arthur Andersen Underlying Transaction Document |
| 2469 | 07/12/1994 | Osage Indian Agency Branch of Minerals Accounting Section Oil Royalty Accounting Process |
| 2473 | 08/25/1964 | Resolution of the Osage Tribal Council No. 21-126 |
| 2475 | 11/30/1965 | Resolution of the Osage Tribal Council No. 21-190 |
| 2481 | 02/04/1997 | U.S. Department of the Interior Office of the Special Trustee for American Indians Report on Applying Agreed-Upon Procedures and Consulting Services for Osage Nation of Oklahoma |
| 2488 | 09/30/1979 | Summary of Trust Funds as of Sept. 30, 1979 |
| 2493 | 08/31/1989 | Summary of Trust Funds as of August 31, 1989 |
| 2505 | 01/01/1976 | Oil Lessee's Report for Month of January 1976 |
| 2508 | 03/31/1976 | Trust Funds Investments |
| 2525 | 01/00/1976 | Oil Run Statement for January 1976, Sun Oil Company |
| 2526 | 00/00/1976 | Production detail - July 75-June 76, Avant Consolidation Unit |
| 2527 | 01/00/1976 | Phillips Petroleum Company |
| 2528 | 02/20/1976 | Union Oil Company Oil Lessee's Reporto for January 1976, Osage Hominy, primary -non-water flood |
| 2529 | 02/20/1976 | Union Oil Company Oil Lessee's Report for January 1976, Osage Hominy Secondary- Water flood |
| 2531 | 00/00/1976 | Production Detail from July 1975 to June 1976, East Hardy Unit |
| 2532 | 05/00/1979 | Damson Oil Corp. Oil Lessee's Report for May 1979 |
| 2533 | 05/00/1979 | Bigheart Pipeline Corp. Oil Purchaser Report for May 1979 |
| 2534 | 05/00/1979 | Phillips Petroleum Company Royalty table |
| 2535 | 05/00/1979 | Phillips Petroleum Company Oil Lesse's Report for May 1979 |
| 2536 | 05/00/1979 | Phillips Petroleum Company Crude Oil Statement for May 1979 - North Burbank |
| 2537 | 05/00/1979 | Union Oil Company of California Oil Lessee's Report for May 1979 - Osage Hominy |
| 2538 | 05/00/1979 | Union Oil Company Oil Run Statement for May 1979 - Osage Hominy Non-Waterflood |
| 2539 | 05/00/1979 | Union Oil Company Oil Lessee's Report for May 1979 - Osage Hominy |
| 2540 | 05/00/1979 | Union Oil Company of California Oil Run Statement for May 1979 - Osage Hominy Waterflood |
| 2541 | 05/00/1979 | Production Detail from July 1978 to June 1979 - Osage Hominy Unit |
| 2542 | 01/23/1981 | Ceja Corp Oil Lessee's Report for November 1980 |
| 2543 | 00/00/1981 | Production Detail from July 1980 to June 1981 - Avant Consolidation Unit |
| 2544 | 11/00/1980 | Summary of Oil Runs From Osage Oil Leases for November 1980 |
| 2545 | 11/00/1980 | Phillips Petroleum Company Crude Oil Statement for November 1980 |
| 2546 | 12/24/1980 | Union Oil Company of California Oil Lessee's Report for November 1980 - Osage Hominy Non-Waterflood |
| 2547 | 03/07/1986 | Notice from Superintendent Osage Agency to All Oil and Gas Lessees and Crude Oil Purchasers |
| 2548 | 04/03/1986 | Murray Hill Oil & Gas Company Oil Lessee's Report for February 1986 - Avant Waterflood |
| 2549 | 03/12/1986 | Bigheart Pipe Line Corp Oil Purchase Statement - Avant |
| 2550 | 03/24/1986 | Phillips Petroleum Company Oil Lessee's Report for February 1986 |
| 2551 | 03/24/1986 | Union Oil Company of California Oil Lessee's Report for February 1986 |

| DEFENDANT'S PROVISIONAL EXHIBIT NO. | DOC_DATE | DESCRIPTION |
|---|---|---|
| 2552 | 02/00/1986 | Union Oil Company Oil Run Statement for February 1986 - Osage Hominy |
| 2555 | 07/00/1989 | Phillips Petroleum Company Oil Lessee's Report for July 1989 - North Burbank |
| 2556 | 08/17/1989 | Union Oil Co. of California Oil Lessee's Report for July 1989 - Osage Hominy |
| 2557 | 07/00/1989 | Koch Oil Company Crude Oil Purchase Statement |
| 2571 | 02/29/1976 | Trust Funds Investment Report 2-29-76 |
| 2572 | 04/30/1976 | Trust Funds Investment Report 4-30-76 |
| 2665 | 03/31/1982 | Sun Oil Co. (Delaware) Production / Arco Royalty Income |
| 2669 | 02/01/1986 | Oil Production Report for the Month of February 1986 |
| 2670 | 06/17/1986 | BIA Osage Indian Agency Production Report for the Month of February 1986 |
| 2671 | 07/01/1989 | Oil Production Report for the Month of July 1989 |
| 2672 | 10/18/1989 | BIA Osage Indian Agency Production Report for the Month of July 1989 |
| 2673 | 11/01/1980 | BIA Production Report for the Month of November, 1980 |
| 2674 | 05/01/1979 | Osage Indian Agency Production Report for the Month of May 1979 |
| 2675 | 03/02/2006 | Revised Expert Report of Ronnie A. Martin Pursuant to the Court's February 22, 2006 and February 28, 2006 Orders |
| 2676 | 03/07/2006 | Expert Report - Revised of Gregory J. Chavarria |
| 2679 | 01/06/1995 | From Melissa Currey, Supervisory Realty Specialist, Branch of Minerals to Newell Barker, Chief, Branch of Minerals, re Filing System for the Branch of Minerals |
| 2680 | 07/30/1993 | BIA, Muskogee Area Office, Osage Agency, Files Maintenance and Disposition Plan Schedule = 16 BIAM |
| 2681 | 03/16/1995 | Records Transmittal and Receipt Accession Number 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 |
| 2682 | 03/27/1995 | Records Transmittal and Receipt Accession Number 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 |
| 2683 | 08/16/1994 | Records Transmittal and Receipt Accession Number 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 |
| 2684 | 07/01/1994 | Dry Grass Lessee Reports |
| 2685 | 08/15/1994 | Records Transmittal and Receipt Accession Number 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 |
| 2686 | 09/13/1994 | Records Transmittal and Receipt Accession Number 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 |
| 2687 | 03/06/1995 | Records Transmittal and Receipt Accession Number 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 |
| 2688 | 03/06/1995 | Records Transmittal and Receipt Accession Number 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 |
| 2689 | 10/12/1994 | Records Transmittal and Receipt Accession Number 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 |
| 2690 | 03/29/1995 | Records Transmittal and Receipt Accession Number 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 |
| 2691 | 05/06/2004 | Trust Files Maintenance and Disposition Plan |
| 2692 | 03/24/2004 | Excerpts from Indian Affairs Records Management - Policy and Procedures Manual |
| 2693 | 02/11/1977 | Excerpts from 15 BIAM Supplement No. 3 Appendix 2 Records Control Schedule |
| 2694 | 07/12/1989 | Excerpts from 16 BIAM Release 1, Realty - 4600 with General Administrative Files and Appendices B - F |
| 2695 | 03/13/2006 | Revised Expert Report of Charles R. Lundelius, Jr. with all Exhibits |
| 2696 | 02/08/1986 | Mobil Crude Oil Price Bulletin, Mid-Continent Bulletin No. 194, Supplement No. 15 |
| 2698 | 04/01/1989 | Oklahoma Corporation Commission, Oil and Gas Conservation Division, C.D. No. 140105 (Oil), Crude Oil Designation by Purchaser, for Month - April |
| 2699 | 02/11/1976 | Bigheart Pipe Line Corporation Oil Purchase Statement |
| 2700 | 01/01/1976 | Platt's Oil Price Handbook and Oilmanac 1976 |
| 2701 | 01/01/1979 | Platt's Oil Price Handbook and Oilmanac 1979 |

| *DEFENDANT'S PROVISIONAL EXHIBIT NO.* | *DOC_DATE* | *DESCRIPTION* |
|---|---|---|
| 2702 | 01/01/1980 | Platt's Oil Price Handbook and Oilmanac 1980 |
| AR003.15 | 01/30/1990 | Newell Barker to Osage Agency regarding Oil Price Bonus |
| AR006.12 | 09/25/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR006.13 | 09/10/1990 | Farmland Industries, Inc. Lease Crude Purchase Contract Attaching Exhibit A Listing Seller, Buyer, and Lease Nos. |
| AR135.00 | 11/20/1991 | In the Matter of Additional Royalty Assessments upon oil produced from the Osage Mineral Estate, Phillips Petroleum Company, a Corporation, v Muskogee Area Director, BIA Notice of Appeal |
| AR144.44.01 | 06/13/1991 | Charles Hurlburt to Newell Barker regarding Proposed Regulation Change |