# OSAGE TRIBE OF INDIANS v. UNITED STATES, CASE NO. 99-550 DEFENDANT'S FINAL EXHIBIT LIST - MARCH 27, 2006
# TREASURY MAY USE

| *DEFENDANT'S PROVISIONAL EXHIBIT NO.* | *DOC_DATE* | *DESCRIPTION* |
|---|---|---|
| 138 | 03/21/1986 | Overnighter rates - General Ledger Cards - One Day Certificates, Indian Tribal Fund GAS Investments |
| 753 | 07/01/1989 | I TFM 5-2000; 5-4600; 5-4700; 5-5000 |
| 755 | 07/01/1989 | I TFM 6-8000 |
| 756 | 11/01/1980 | I TFM 6-8000 |
| 757 | 11/01/1980 | I TFM 5-3000; 5-4000; 5-4500 |
| 758 | 05/01/1979 | I TFM 5-1000 thru 5-5000 |
| 759 | 01/01/1976 | I TFM 5-1000 Part V Deposit Regulations |
| 1478 | 10/01/1990 | TFM - Volume 1 - as of October 1990 - Part 2 |
| 1479 | 10/00/1986 | Reconcilable Differences |
| 2576 | 05/01/1979 | TFM - Volume 1 - as of May 1979 - Part 6-8000 |
| 2577 | 02/01/1986 | TFM - Volume 1 - as of February 1986 - Part 5 |
| 2578 | 02/01/1986 | TFM - Volume 1 - as of February 1986 - Part 6-8000 |
| 2580 | 07/01/1989 | TFM - Volume I - as of July 1989 - Part 5 |
| 2581 | 06/01/1987 | To all Cash Management Policy and Liaison Officials |
| 2582 | 00/00/0000 | Factsheet - Fedwire Deposit System (FDS) |
| 2583 | 00/00/0000 | Fedwire Deposit System |
| 2585 | 09/01/1985 | Collection and Deposit Legislation Training Fact Sheet |
| 2588 | 06/01/1980 | Federal Financial Transactions |
| 2590 | 03/01/1977 | Electronic Accounting and Cash Management |
| 2591 | 08/02/2005 | Policy and Procedures Manual for Guidance of Federal Agencies - Title 7 - Chapter 3 - Collections |
| 2594 | 01/01/1976 | TFM - Volume I - as of January 1976 |
| 2597 | 02/01/1986 | TFM - Volume I - as of February 1986 |
| 2600 | 11/01/1980 | TFM - Volume I - as of November 1980 |
| 2602 | 07/01/1989 | TFM - Volume I - as of July 1989 |
| 2607 | 00/00/0000 | The Federal Investment Counseling Program |
| 2608 | 11/01/1980 | Collection of TFS 1081-1, 6105 Forms & Telexes from BIA Br. Investments |
| 2614 | 07/10/1992 | The TFM User's Guide |
| 2617 | 09/01/1988 | TFM - Volume I - T/L 496 Reissue |
| 2646 | 00/00/0000 | General Ledger Cards - MK Bills & Notes, Indian Tribal Fund GAS Investments |
| 2652 | 00/00/0000 | General Ledger Control Cards, Indian Tribal Fund GAS Investments |
| 2653 | 00/00/0000 | General Ledger Cards - One Day Certificates, Indian Tribal Fund GAS Investments |

| *DEFENDANT'S PROVISIONAL EXHIBIT NO.* | *DOC_DATE* | *DESCRIPTION* |
|---|---|---|
| 2657 | 00/00/0000 | General Ledger Cards - One Day Certificates, Indian Tribal Fund GAS Investments |
| 2658 | 04/01/1981 | TFM - Volume I - T/L 320 Reissue |