**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: March 28, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENT**
**TO DEFENDANT'S FINAL EXHIBIT LIST**

Defendant hereby moves this Court for leave to file the attached supplement to Defendant's final exhibit list. The supplement that Defendant seeks to make to its final exhibit list consists of four new documents. The addition of these documents will not unduly prejudice Plaintiff. The documents consist of exhibits from the March 24, 2006 deposition of Gregory Chavarria and division orders previously produced to Plaintiff but not listed as Defense exhibits.

Defendant expects to offer the attached Wire Transfer Report From History for 86-03, June 9, 1986 (DX 2709), produced at the deposition of Mr. Chavarria on March 24, 2006. This exhibit is a copy of a document previously produced to Plaintiff that includes notations and calculations of Mr. Chavarria. The version of the document with Mr. Chavarria's notations was produced the day before his deposition. Plaintiff had the opportunity to question Mr. Chavarria about this exhibit at his recent deposition, thus Plaintiff will not be prejudiced by the addition of this exhibit.

Defendant also expects to offer the attached division orders related to the Osage Hominy and North Avant tranche one leases (DXs 2706-2708). These documents confirm the conclusions that Ronnie Martin reached in his Revised Expert Report related to the purchaser of oil from the North

Avant and Osage Hominy leases. The attached division orders were omitted inadvertently from Defendant's Revised Exhibit List. Plaintiff will not be prejudiced by the addition of these exhibits because Defendant previously produced the division orders to Plaintiff and Plaintiff has had the opportunity to depose Mr. Martin regarding his conclusions related to Tranche One purchasers.

For the forgoing reasons, Defendant respectfully moves for leave to file this supplement to Defendant's final exhibit list. Defendant's counsel conferred with Plaintiff's counsel, who indicated that Plaintiff would oppose this motion.

Respectfully submitted on this 28th day of March, 2006,

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247

Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-3490
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627