**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Electronically Filed:<br>March 28, 2006<br><br>No. 99-550L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**DEFENDANT'S FIRST SUPPLEMENT TO DEFENDANT'S FINAL EXHIBIT LIST**

| **Provisional DX No.** | **Date** | **Description** |
|---|---|---|
| 2704 | 08/11/1972 | Bigheart Pipeline Corp. Division Order 50554 |
| 2705 | 08/11/1972 | Bigheart Pipeline Corp. Division Order 50565 – Avant Consolidated Block |
| 2706 | 02/17/0967 | Division Order 67603 01 702 – Osage Hominy Non-Waterflood |
| 2707 | 06/09/86 | Wire Transfer Report from History for 86-03 |