8

RECEIVED BIC 'EART PIPE LINE CORPO' 'TION

OCT 2 0 1972

OSAGE AGENCY

# DIVISION ORDER

D/O # 50554

AUG 1 1 1972, 19__ (Date)

To BIGHEART PIPE LINE CORPORATION, P. O. Box 376, Tulsa, Oklahoma 74101

Each of the signers hereof guarantees and warrants that the interest set opposite his name below is his correct ownership in the oil (which, for the purposes hereof, includes all liquid hydrocarbons purchased hereunder) produced from the

AVANT UNIT lease described as

S/2 Section 5 & SE Section 6 & NW Section 8-23N-12E 201-9885

File Copy
Surname
Date

Charge Purchasing Co

located in Osage County, State of Oklahoma, and commencing August 1, 1972 at 7:00 a.m. and until further written notice either from you or from us, you are authorized to receive oil therefrom, purchase it and pay therefor as follows:

| OWNERS' SOCIAL SECURITY OR TAX ACCOUNT NO | CREDIT TO | DIVISION OF INTEREST | ADDRESS |
|---|---|---|---|
| | Carolyn Skelly Burford | 1/64 of 5/6 ORR | 25 Portland Place<br>St. Louis, Mo. 63108 |
| | *Osage Indian Agency | RI (All)<br>Tax Exempt | Treasury United States<br>Care Osage Indian Agency<br>Pawhuska, Ok. 74056 |
| | Service Drilling Co. | WI (All) | % Fourth Nat'l. Bk of Tulsa<br>515 South Boulder<br>Tulsa, Ok. 74103 |
| | Joan Skelly Stuart | 1/64 of 5/6 ORR<br>.0130208 | P.O. Box 1349<br>Tulsa, Ok. 74101 |
| | *See Attachment | | |

(Continued on Reverse Side)

The covenants appearing on the reverse side hereof are a part of this division order and shall be binding upon each of the signers hereof, their respective successors, legal representatives and assigns.

WITNESSES SIGN BELOW

ATTEST: James S. Reed
Secretary

OWNERS SIGN BELOW

SERVICE DRILLING CO.
By [signature]
President
Tax Account No. 73-0552870

Carolyn S. Burford
Carolyn Skelly Burford 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

Joan Skelly Stuart
Joan Skelly Stuart
~~Tax Account No. 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~~

**IMPORTANT:** TO AVOID DELAY IN PAYMENT — YOUR CORRECT ADDRESS AND YOUR SOCIAL SECURITY NUMBER OR TAX ACCOUNT NUMBER MUST BE SHOWN.

The following covenants are a part of this division order:

FIRST: The oil run hereunder shall become your property upon delivery thereof into your custody or into the custody of any other purchaser to whom you may resell such oil, or that of any carrier designated by you or such other purchaser.

Should the oil produced from any formation in and under the herein described land be commingled with other oil prior to the time it becomes your property, whether such other oil be produced from one or more formations having different ownership in and under the herein described lands or in and under any other lands, the commingled oil sold hereunder shall be deemed to be the interest of the undersigned in that portion of the total commingled oil delivered which is allocated to the herein described land on the basis of the formula prescribed by the operators of the leases covering the formations or tracts of land involved and the data supplied to you with respect thereto, and you are authorized to accept such information, rely upon the same and make settlement hereunder on the basis of the quality and gravity of such commingled oil so allocated without liability to the undersigned.

Should the interest of the undersigned in the oil produced from the herein described land be unitized with oil produced from one or more other tracts of land, this division order shall thereafter be deemed to be modified to the extent necessary to conform with the applicable unitization agreement or plan, and all revisions or amendments thereto, but otherwise to remain in full force and effect as to all other provisions. In such event, the portion of the unitized oil sold hereunder shall be the interest of the undersigned in that portion of the total unitized oil which is allocated to the herein described land and shall be deemed for all purposes to have been actually produced from said land.

SECOND: The oil received and purchased hereunder shall be delivered F.O.B. to any carrier which gathers and receives said oil. Such carrier shall be designated by you or by any other purchaser to whom you may resell such oil. You agree to pay for such oil at the price posted by you for oil of the same gravity, kind and quality from the field in which the herein described property is located on the date said oil is received by the designated carrier, less any trucking or pipe line gathering charges (including transportation taxes) deemed necessary by you. Accurate pipe line grades and measurements shall govern and control in all settlements. You shall correct the volume and gravity to a temperature of sixty degrees (60°) Fahrenheit and you shall deduct from such corrected volume the full percentages of basic sediment, water and other impurities as shown by your test. You may refuse to receive any oil not considered merchantable by you.

The proceeds of said oil, after deducting any severance, occupation or other tax imposed thereon by law and required to be deducted by you as a purchaser (until such time as any law so requiring is declared invalid by final judgment) and any transportation charges as hereinabove set out, shall be paid monthly for oil received and purchased during the preceding month, according to the division of interests set out herein by check or draft of Bigheart Pipe Line Corporation therefor mailed to each party at the address herein designated.

Should the oil be resold by you to another purchaser accepting delivery thereof at the point at which you take title, settlements to us therefor shall be the proceeds received by you for such oil as based upon the price, grades, measurements, volume computations and deductions of such purchaser.

THIRD: Without impairment of any warranty herein contained, it is agreed that abstracts or other evidence of title satisfactory to you will be furnished at any time on demand. In the event of a failure so to furnish such abstracts or other evidence of title; or in the event of any adverse claim, question or dispute at any time which in the opinion of your attorney affects the title to such oil or any part thereof or to the land from which such oil is produced, you may hold the proceeds of all oil received, to the extent of the interest involved in such adverse claim, question or dispute, without interest, until indemnity satisfactory to you has been furnished or until said claim, question or dispute as to ownership has been finally settled or finally determined to your satisfaction. In the event any action or suit is filed in any court affecting the title either to the real property herein described or to the oil produced therefrom in which any of the signers hereof are parties, written notice of the filing of said action shall be immediately furnished you by the affected party stating the court in which the same is filed and the title of such action or suit. You and/or any carrier transporting oil for your account shall be held harmless by each party to this division order to the extent of his interest, as set forth in this division order, from any and all loss, damage, charge, tax or expense of any kind whatsoever which you and it, or either, may suffer or incur by or on account of receiving, purchasing, paying for or transporting the oil credited to such party's interest.

FOURTH: You will not be responsible for any change of ownership in the absence of actual notice and satisfactory proof thereof. Each signer hereof agrees to notify you in writing of any change in his ownership and agrees that any transfer, assignment, or conveyance of any of his interest hereunder shall be made subject to this division order and effective at seven o'clock a.m. on the first day of the calendar month following the receipt of said notice by you. Without regard to whether any contingency is expressly stated in this division order, you are hereby relieved of any responsibility for determining when any of the interests herein shall increase, diminish, be extinguished or revert to other parties as a result of the completion or discharge of money or other payments from said interest, or as a result of the expiration of any time or term limitation (either definite or indefinite), or as a result of the increase or decrease in production, or as a result of a change in the depth, the method or the means of production, or as a result of a change in the allocation of production affecting the above tract or any portion thereof under any agreement or by order of Governmental authority, or resulting from any other contingency, and until you receive notice in writing to the contrary, you are hereby authorized to continue to remit pursuant to the above division of interest. In the event said written notice is not received by you, you shall be held harmless for error resulting in over or under payment, or a wrong payment of any such sum or sums.

FIFTH: In consideration of the purchase of oil hereunder, consent is hereby given to you and/or any pipe line company which you may cause to connect with the wells and/or tanks on said land to disconnect and remove such pipe line in case of termination by either you or us of purchases under this division order.

SIXTH: All parties hereto who are connected with the operation of the lease herein described severally warrant that all oil sold under the division order has been and will be produced and handled in compliance with the provisions of the Federal Fair Labor Standards Act of 1938 as heretofore or hereafter amended, and all other applicable Federal, State and Municipal laws, rules and regulations.

SEVENTH: If the proceeds accruing to any interest hereunder should amount to less than Five Dollars ($5.00) for any month, you are hereby authorized to accumulate the monthly accruals to any such interest and make payment of such accumulations annually.

EIGHTH: This division order shall become valid and binding on each owner herein named as soon as signed by such owner, regardless of whether or not any of the other owners have so signed. Masculine gender where used shall include feminine and neuter gender.

NINTH: All written notices provided for herein shall be given to the party to receive the same, at the address of such party stated herein. All of the provisions herein contained shall apply to each signer hereof separately and not jointly.

TENTH: With respect to any gas condensate purchased and sold under the terms and provisions hereof, the owners of interest in the royalty join herein for the purpose only of making the provisions hereof applicable to the proceeds of the sale of such gas condensate.

(CONTINUED)

| OWNERS' SOCIAL SECURITY OR TAX ACCOUNT NO. | CREDIT TO | DIVISION OF INTEREST | ADDRESS |
|---|---|---|---|
| | Pawhuska, Oklahoma OCT 20 1972 Approved, Subject to the terms of the lease and 25 CFR 183.83. Royalty to be paid on the basis of 100% less actual impurities, and paid on highest posted price in the Mid-Continent Field for the majority of oil sold of like quality. [signature] Superintendent, Osage Agency | "Approval does not cover overriding royalties or oil payments. Such approval not required. See 25 CFR 183.46(d)." | |

0605KAN0023320

G06ALX-0321440