DX2706-0001

RECEIVED
MAR 23 1967

RECEIVED

D/O 67603 01 702
TJL:cw

SDX-1755 A

# DIVISION ORDER

TO SINCLAIR OIL COMPANY
BOX 2039, TULSA, OKLAHOMA 74102

LEASE DEPARTMENT

February 17, 19 67

The undersigned, and each of them guarantee and warrant that they are the legal owners in the proportion set out below of all the oil produced from the OSAGE-HOMINY NON-WATERFLOOD lease, described as

W/2 W/2 SW/4 of Section 10, T23N, R8E, as to all formations except the Mississippi Chat-Burgess Zone. All of Sections 4, 5, 6, 7, 8, 9, N/2 16, N/2 17 and N/2 of Section 18, T23N, R8E, as to all formations except the following:

The Mississippi Chat-Burgess Formation underlying the N/2 NE/4 NE/4 of Section 17, T23N, R8E; the Prue-Skinner Sand Formation underlying the S/2 NW/4, S/2 NE/4 NW/4, SW/4 NE/4, W/2 SE/4 and SW/4, except SW/4 SW/4 SW/4 of Section 8, T23N, R8E, Osage County, Oklahoma.

File Copy
Surname

in Osage County, State of Oklahoma, and commencing as of 7 a. m. the 1st day of February, 19 67 written notice either from you or us you are authorized to receive oil therefrom, purchase it and pay therefor as follows:

| OWNER NUMBER | CHGE | INT. | PAY | TAX | EXCPT | RES. ST. | DEF. | CD.NO | NAME AND ADDRESS OF OWNER | DIVISION OF INTEREST | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Bureau of Indian Affairs for the benefit of the Osage Tribe of Indians | 1/6 RI | |
| | | | | | | | | | Sinclair Oil & Gas Company | 1/2 of 5/6 WI | |
| | | | | | | | | | Pure Oil Company, A Division of Union Oil Company of California | 1/2 of 5/6 WI | |

The following covenants are also parts of this division order and shall be binding on the undersigned, their heirs, devisees, successors, legal representatives and assigns.

FIRST: The oil received and purchased hereunder shall become your property as soon as the same is received into your custody or that of any pipe line company or carrier designated by you. The term "oil" as used in this division order shall include all liquid hydrocarbons.

Should the oil produced from any formation in and under the lands covered hereby be commingled with other oil prior to the time it becomes your property, whether such other oil be produced from one or more formations having different ownership in and under the lands covered hereby or in and under any other lands, the commingled oil sold hereunder shall be deemed to be the interest of the undersigned in that portion of the total commingled oil delivered which is allocated to the lands covered hereby on the basis of the formula prescribed by the operators of the leases covering the formations or tracts of land involved and the data supplied to you with respect thereto, and you are authorized to accept such information, rely upon the same and make settlement hereunder on the basis of the quality and gravity of such commingled oil so allocated without liability to the undersigned.

Should the interest of the undersigned in the oil produced from the lands covered hereby be unitized with oil produced from one or more other tracts of land, this division order shall be deemed to be modified to the extent necessary to conform with the applicable unitization agreement or plan and all revisions or amendments thereto, but otherwise to remain in full force and effect as to all other provisions. In such event the portion of the unitized oil sold hereunder shall be the interest of the undersigned in that portion of the total unitized oil which is allocated to the lands covered hereby and shall be deemed for all purposes to have been actually produced from said land.

SECOND: The oil received and purchased hereunder shall be delivered f.o.b. to any pipe line or carrier designated by you which gathers and receives said oil, and you shall pay for such oil to the respective owners according to the division of interest herein set forth at the price posted by you for oil of like gravity, kind and quality applicable to the field where said oil is produced on the date of each respective run. You are authorized to reduce said price by any truck or pipe line charges agreed upon by you and the operator.

In the event the oil is sold by you to another purchaser accepting delivery at the lease, settlement therefor shall be based upon the price received by you from, and upon the volume computations made by, such purchaser.

THIRD: Quality and quantity shall be determined in accordance with the conditions specified in your price posting. You may refuse to receive any oil not considered merchantable by you.

FOURTH: Settlements and payments shall be made monthly for oil received and purchased during the preceding month, by check mailed from Tulsa, Oklahoma, to the respective parties at the addresses above given, for the amount of such purchase price due said parties respectively, less any taxes required by law to be deducted and paid by you as purchaser. You may withhold, without interest, monthly payments due any payee of amounts less than Three Dollars ($3.00), it being agreed, however, that regardless of the amount so accumulated, you will make payments of full amount so credited to each payee either annually or semi-annually.

FIFTH: Without impairment of any warranty herein contained, it is agreed that satisfactory abstracts or other evidence of title will be furnished to you at any time on demand. In the event of a failure so to furnish such evidence of title, or in the event of an adverse claim, question or dispute at any time concerning the title to such oil or any part thereof or to the land from which such oil is produced, you may hold the proceeds of all oil received and run, to the extent of the interest involved in such adverse claim, question or dispute, without interest, until indemnity satisfactory to you has been furnished or until said claim, question or dispute as to ownership has been finally settled or finally determined. In the event any action or suit is filed in any court affecting the title either to the real property above described or to the oil produced therefrom in which any of the undersigned are parties, written notice of the filing of said action shall be immediately furnished you by the undersigned stating the court in which the same is filed and the title of such action or suit. You and/or any carrier transporting oil for your account shall be held harmless by each party to this division order to the extent of each partys' interest, as set forth in this division order, from any judgment rendered against you or it on account of receiving, purchasing, paying for or transporting the oil credited to such party's interest.

SIXTH: The undersigned severally shall notify you in writing of any change of ownership, and no transfer of interest shall be binding upon you until a transfer order and the recorded instrument evidencing such transfer, or a certified copy thereof, shall be furnished to you. You will not be responsible for any change of ownership in the absence of actual notice and satisfactory proof thereof. Transfers of interest shall be made effective at 7 o'clock a. m. on the first day of the calendar month following said written notice to you unless this requirement is waived by you. If any limited, reversionary or sliding scale interest is owned or retained by any party to this division order, such party hereby relieves you of any obligation to determine if and when payment for such interest shall commence, change or cease, and further agrees to notify you in writing as to the date on which such payment shall commence, change or cease, and to hold you harmless for any erroneous payment made prior to receipt of said written notice.

SEVENTH: Working interest owners or operators who sign this division order, and each of them, guarantee and warrant for your benefit and that of any pipe line or other carrier designated by you to run or transport said oil, that all oil tendered hereunder has been or will be produced in accordance with applicable Federal, State and Municipal laws and official rules and regulations, and in compliance with all the requirements of the Fair Labor Standards Act of 1938 and amendments thereto.

EIGHTH: This division order shall become valid and binding on each and every owner above named as soon as signed by him or her regardless of whether any of the other above named owners have so signed; and in consideration of the purchase of oil hereunder, consent is given hereby to you or any pipe line company which you may cause to connect with the wells or tanks on said land, to disconnect and remove such pipe lines, in case of termination by either you or us of purchases under this division order. You are not expected to receive oil in definite quantities or for fixed periods nor to provide storage on the credit balance plan or otherwise except as and when you shall hereafter agree in writing.

WITNESSES:

ATTEST: W. W. Burns
Assistant Secretary

ATTEST:

OWNERS:

SINCLAIR OIL & GAS COMPANY
By: Vice-President

PURE OIL COMPANY, A Division of Union Oil Co. of California
By: Attorney-in-Fact

SOCIAL SECURITY NO. OR TAX ACCOUNT NO.
73-0449440
95-1315450

Be sure your correct mailing address, including your zip code, and your social security number or tax account number are shown.

APPROVED

| COMP. INSTR. | CARD TYPE | LEASE | PROD. | SUB | D. I. TYPE | STATE | SLIDING SCALE | TRANS NO. | EFFECTIVE DATE FROM | EFFECTIVE DATE TO | ACCOUNTABLE DECIMAL | SUSPENSE FUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

DATA

0405G060005009

G06G06-0325690