DATE 6/09/86
MEFTL1

WIRE TRANSFER REPORT
FROM HISTORY FOR 86-03

PAGE 1

SUN OIL COMPANY 002
P. O. BOX 2880
DALLAS TX 75221
LOIS INMAN 214-739-9405
000000000
DATE CALLED 3/24/86 AMOUNT 393,367.59
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 393,367.59

PHILLIPS PETROLEUM CO. 005
MINERAL ACCOUNT SECTION
BARTLESVILLE OK 74004
RENEE WALKER 918-661-9346
000000000
DATE CALLED 3/25/86 AMOUNT 1,055.19
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 3/25/86 AMOUNT 257,741.49
DATE CONFIRMED 3/26/86 OIL
TOTAL AMOUNT 258,796.68

FARMLAND, INDUSTRIES 007
P. O. BOX 7305
KANSAS CITY MO 64116
PAMELA PAULEY X6011 800-821-8000
000000000
DATE CALLED 3/25/86 AMOUNT 244,279.62
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 244,279.62

OSAGE CRUDE COMPANY 009
BOX 29
CLEVELAND OK 74020
LIZ RICHARDSON 918-358-2541
000000000
DATE CALLED 3/25/86 AMOUNT 13,382.75
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 13,382.75

UNION OIL CO. OF CALIF. 012
BOX 3100
MIDLAND TX 79702
J. E. VAUGHN 915-684-8231
000000000
DATE CALLED 3/21/86 AMOUNT 97,256.81

BIGHEART PIPELINE CORP. 004
P. O. BOX 376
TULSA OK 74101
WANDA RAFENBURGER 918-582-7211
000000000
DATE CALLED 3/25/86 AMOUNT 832,009.39
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 832,009.39

PHILLIPS PETROLEUM CO. 006
MINERAL ACCOUNT SECTION
BARTLESVILLE OK 74004
DORIS HOSTON 918-661-6178
000000000
DATE CALLED 3/27/86 AMOUNT 979.90
DATE CONFIRMED 3/26/86 OIL
WENDELL SCHMIDT
DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 979.90

ATLANTIC RICHFIELD CO. 008
P. O. BOX 2819
DALLAS TX 75221
KATHY ROBERTSON 214-651-5402
000000000
DATE CALLED 3/24/86 AMOUNT 13,237.44
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 13,237.44

CEJA CORPORATION 011
4400 ONE WILLIAMS CENTER
TULSA OK 74172
MARION POTTER 918-584-7266
000000000
DATE CALLED 3/25/86 AMOUNT 38,736.04
DATE CONFIRMED 3/27/86 OIL

DATE CALLED 3/25/86 AMOUNT 12,383.93
DATE CONFIRMED 3/27/86 GAS
TOTAL AMOUNT 51,119.97

CHEVRON/USA, INC. 013
BOX 2063
HOUSTON TX 77001
CAROLYN BOBB 713-754-6626
000000000
DATE CALLED 3/26/86 AMOUNT 64,455.00

DATE 6/09/86 WIRE TRANSFER REPORT PAGE 2
MEFTLL FROM HISTORY FOR 86-03

CATE CONFIRMED 3/26/86 OIL

CATE CALLED 3/25/86 AMOUNT 5,330.44
CATE CONFIRMED 3/26/86 OIL
TOTAL AMOUNT 102,587.25

THE PERMIAN CORPORATION 016
P. O. BOX 1183
HOUSTON TX 77001
GLORIA HEATH 713-840-7530
000000000
CATE CALLED 3/21/86 AMOUNT 514.22
DATE CONFIRMED 3/28/86 OIL

CATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 514.22 (2)

KERR MCGEE CORP. 018

00000
00-000-0000

C00000000
CATE CALLED 3/24/86 AMOUNT 70,437.70
CATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
CATE CONFIRMED 0/00/00
TOTAL AMOUNT 70,437.70

ST. JOE 020

00000
00-000-000C

G00000000
DATE CALLED 3/24/86 AMOUNT 41,181.22
CATE CONFIRMED 3/26/86 GAS

CATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 41,181.22

RMT PROPERTIES 022
POST OFFICE BOX 380
CCDY WY 82414
ELAINE PAWLEY 307-578-1271
C00000000
DATE CALLED 0/00/00 AMOUNT .00
CATE CONFIRMED 0/00/00

CATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT .00

TEXACO. INC. 024

DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 64,455.00

BOUNTIFUL CORPORATION 017
900 CITY CENTER #4
DENVER CO 80202
GAYLE BARRETT 303-297-1801
000000000
DATE CALLED 3/24/86 AMOUNT 19,687.67
DATE CONFIRMED 3/28/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 19,687.67

TOTAL PETROLEUM 019
POST OFFICE BOX 500
DENVER CO 80201
SANDI SIMMONDS X2106 800-525-9091
000000000
DATE CALLED 3/20/86 AMOUNT 1,532.17 (1)
DATE CONFIRMED 3/28/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 1,532.17

AJAX 021

00000
00-000-0000

000000000
DATE CALLED 3/24/86 AMOUNT 26,702.70
DATE CONFIRMED 3/25/86 GAS

DATE CALLEC 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 26,702.70

CROWN CENTRAL 023
4747 BELLAIRE BLVD.
BELLAIRE TX 77401
IRIS GONZALEZ X325 713-664-4413
000000000
DATE CALLED 3/25/86 AMOUNT 1,583.54
DATE CONFIRMED 3/27/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 1,583.54

BURTON/HAWKS 025

DATE 6/09/86
MEFTL1

WIRE TRANSFER REPORT
FROM HISTORY FOR 86-03



00000
00-000-0000

000000000
DATE CALLED 3/24/86 AMOUNT 73,420.87
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 73,420.87

J. M. GRAVES 026
1700 PHILTOWER BUILDING
TULSA OK 74103
JEANNE MADISON 918-854-7251
000000000
DATE CALLED 2/28/86 AMOUNT 9,667.43
DATE CONFIRMED 4/02/86 GAS

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 9,667.43 ③

UPG FALCO 028

00000
00-000-0000

000000000
DATE CALLED 3/19/86 AMOUNT 6,633.90
DATE CONFIRMED 3/28/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 6,633.90

UPG FALCO 028

00000
00-000-0000

000000000
DATE CALLED 3/19/86 AMOUNT 6,633.90 ①
DATE CONFIRMED 3/28/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT .00

FINAL TOTAL 2,371,005.64

| TYPE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 1 | GAS | 234,833.78 |
| 2 | OIL | 2,136,171.86 |

00000
00-000-0000

000000000
DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
THOR ENERGY
DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT .00

PHILLIPS PETROLEUM 027
MINERALS ACCOUNT SECTION
BARTLESVILLE OK 74004
918-661-6178

000000000
DATE CALLED 3/24/86 AMOUNT 144,898.50
DATE CONFIRMED 3/26/86 GAS

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 144,898.50

PRIDE PIPELINE CO. 029

00000
00-000-0000

000000000
DATE CALLED 3/25/86 AMOUNT 530.13
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT 530.13

PRIDE PIPELINE CO. 029

00000
00-000-0000

000000000
DATE CALLED 3/25/86 AMOUNT 530.13
DATE CONFIRMED 3/26/86 OIL

DATE CALLED 0/00/00 AMOUNT .00
DATE CONFIRMED 0/00/00
TOTAL AMOUNT .00

4 ① 8166.07
② 514.22
③ 9,667.43
228,513.40 ✓
2,124,094.52 ✓
— .44

DATE 6/09/86 WIRE TRANSFER REPORT PAGE 4
NEFTLI FROM HISTORY FOR 86-03

| | | |
|---|---|---|
| 3 | | .00 |
| 4 | SAND | .00 |
| 5 | GRAVEL | .00 |
| 6 | SANDSTONE | .00 |
| 7 | LIMESTONE | .00 |
| 8 | | .00 |
| 9 | DELETED | .00 |