**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed March 28, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S FINAL EXHIBIT LIST OUT OF TIME**

Plaintiff Osage Nation respectfully moves for leave to file its Final Exhibit List out of time. Under the Court's March 22, 2006 Order, the parties were directed to file their respective Final Exhibit Lists by March 27. Plaintiff inadvertently failed to comply with that deadline. Plaintiff regrets its oversight but does not believe that its late filing will unduly disrupt the upcoming trial. Compared to the previous exhibit list filed by Plaintiff, Plaintiff's Final Exhibit List simply removes three exhibits (714, 715 and 716), and clarifies the descriptions of two other exhibits (277 and 750).

Dated this March 28, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation