# Exhibits the Osage Nation Expects to Use at Trial

| Provisional Exhibit No. | Document Date | Document Description |
|---|---|---|
| 8 | 12/02/49 | Division Order Dated 12/02/1949 for Oil Production from the North Burbank Unit Lease |
| 19 | 02/16/56 | Division Order No. 6561 dated 2/16/1956 for Oil Production from Avant Consolidated Block (Osage) Lease |
| 22 | Mar-1962 | SRI Report: "A Study of Administrative Procedures and Functions at the Osage Indian Agency" |
| 23 | Aug-1964 | GAO Report: Certain Deficiencies in Financial Management of Oil & Gas Activities |
| 24 | 08/25/64 | Agreement by and between Osage Tribe Indians in Oklahoma (Lessor) and The Pure Oil Company (Lessee) and Sinclair Oil and Gas Company (Lessee) to Modify and Amend Sections Two and Three of Osage Oil and Gas Mining Lease, Contract No. 168 IND 3618 |
| 25 | 12/28/65 | Division Order dated 12/28/1965 for Oil Production from the East Hardy Unit Lease, Osage County, Oklahoma |
| 26 | 10/28/66 | Agreement by and between Kewanee Oil Company (Seller) and CRA, Inc. (Purchaser) for Interests In and To Oil Mining Leases and Blanket Oil Mining Leases (Osage) |
| 27 | 02/17/67 | Division Order No. 67603-01-701 dated 2/17/1967 for Oil Production from Osage Hominy Waterflood Lease |
| 31 | 2/17/1972 | GAO Report: More Specific Policies and Procedures Needed for Determining Royalties on Oil from Leased Federal Lands |
| 43 | 1976 | Account Statement for Osage Nation Trust Accounts for Fiscal Year 1976 prepared by Arthur Andersen as part of the Reconciliation Project |
| 45 | 3/31/1976 | GAO Report: Better Management Can Improve Development and Increase Indian Income and Employment |
| 50 | 12/22/77 | Division Order No. 868438 dated 12/22/1977 for Oil Production from the East Hardy Unit Lease (Osage Layton Formation) |
| 53 | 1979 | Account Statement for Osage Nation Trust Accounts for Fiscal Year 1979 prepared by Arthur Andersen as part of the Reconciliation Project |
| 54 | 1979 | Trust Fund Investment Reports |
| 55 | 1979 | Indian Trust Fund Operations Fiscal Year 1979 |
| 56 | May-1979 | Summary and Detail of Trust Funds |
| 59 | 06/22/79 | Division Order No. 50565 dated 6/22/1979 for Oil Production from Avant Consolidated Block Lease |
| 60 | Jul-1979 | Summary and Detail of Trust Funds |
| 61 | Aug-1979 | Summary and Detail of Trust Funds |
| 75 | 1981 | Account Statement for Osage Nation Trust Accounts for Fiscal Year 1981 prepared by Arthur Andersen as part of the Reconciliation Project |
| 76 | 1981 | Summary and Detail of Trust Funds |
| 77 | 1981 | Indian Trust Fund Operations Fiscal Year 1981 |
| 79 | 10/19/1981 | GAO Report: Oil & Gas Royalty Collections - Longstanding Problems Costing Millions |
| 80 | 1982 | Federal Oil & Gas Royalty Management Act of 1982 (FOGRMA), as amended |
| 81 | Jan-1982 | Report of the Linowes Commission: Fiscal Accountability of the Nation's Energy Resources |
| 84 | 4/27/1982 | Comptroller General Report: Oil and Gas Royalty Accounting - Improvements Have Been Initiated But Continued Emphasis is Needed to Ensure Success |
| 86 | 8/16/1982 | Comptroller General Letter: Withdrawal of Approval of the BIA Accounting System |
| 87 | 9/8/1982 | Comptroller General Report: Major Improvements Needed in the BIA's Accounting System |
| 88 | 9/15/1982 | GAO Report: Overview of Interior's Royalty Accounting System |
| 93 | 1986 | Account Statement for Osage Nation Trust Accounts for Fiscal Year 1986 prepared by Arthur Andersen as part of the Reconciliation Project |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 94 | 1986 | MoneyMax Reports |
| 95 | 1986-1991 | Overnighter Rates |
| 123 | Feb-1986 | Summary and Detail of Trust Funds |
| 259 | Mar-1986 | Wire Transfers |
| 261 | 3/31/1986 | GAO Report: Interior Has Not Solved Indian Oil and Gas Royalty Payment Problems |
| 262 | Apr-1986 | Wire Transfers |
| 263 | Apr-1986 | Summary and Detail of Trust Funds |
| 264 | Jun-1986 | Summary and Detail of Trust Funds |
| 266 | 1987 | Mineral Revenues 1987: Report on Receipts from Federal and Indian Leases |
| 267 | 11/03/87 | Division Order No. 307051 dated 11/03/1987 for Oil Production from the Osage Hominy Lease |
| 268 | 11/03/87 | Division Order dated 11/03/1987 for Oil Production from North Burbank Unit Lease |
| 269 | 1988 | MMS Audit Procedural Manual |
| 270 | 04/22/88 | Division Order No. 12621 dated 4/22/1988 for Oil Production from Osage Hominy Unit Lease |
| 271 | 08/10/88 | Division Order dated 8/10/1988 for Oil Production from the North Burbank Unit Lease |
| 272 | 1989 | Account Statement for Osage Nation Trust Accounts for Fiscal Year 1989 prepared by Arthur Andersen as part of the Reconciliation Project |
| 273 | 1989 | MoneyMax Reports |
| 275 | 1989 | BIA Division of Trust Fund Management Reportof Investment of Indian Trust Funds Fiscal Year 1989 |
| 276 | 1989 | Mineral Revenues 1989: Report on Receipts from Federal and Indian Leases |
| 277 | 3/23/1989 | From Arthur Andersen to Bureau of Indian Affairs re Executive Summary, with Arthur Andersen Financial Statement as of September 30, 1988; March 23, 1989 Report of Independent Public Accountant; and June 7, 1989 letter from James Parris to Arthur Andersen |
| 446 | Aug-1989 | Bills for Collection |
| 450 | 11/20/89 | A Report of the Special Committee on Investigations of the Select Committee on Indian Affairs, United States Senate |
| 456 | 1990 | Mineral Revenues 1990: Report on Receipts from Federal and Indian Leases |
| 458 | 04/24/90 | Memorandum from DOI to Inspector General forwarding Final Audit Report (No. 90-60) of Selected Minerals Activities Conducted by the Minerals Branch of the Osage Agency, Bureau of Indian Affairs |
| 459 | 05/24/90 | GAO Report: Financial Management - BIA's Efforts to Implement New Accounting System |
| 461 | 08/00/90 | Division Order No. 35-1000579 to Farmland Industries, Inc. (Hyperion Energy, LP) for Oil Production from South Stanley WF 1 |
| 471 | 1991 | Mineral Revenues 1991: Report on Receipts from Federal and Indian Leases |
| 474 | 4/11/1991 | GAO Report: BIA's Efforts to Reconcile and Audit the Indian Trust Funds |
| 475 | 5/20/1991 | GAO Report: BIA's Efforts to Reconcile, Audit, and Manage the Indian Trust Funds |
| 476 | 12/31/1995 | Agreed-Upon Procedures and Findings Report for Osage Nation of Oklahoma, July 1, 1972 through September 30, 1992 |
| 494 | 01/15/92 | Osage Agency Minerals Branch Organization Review Report by Coopers & Lybrand |
| 495 | 04/02/92 | GAO Report: Financial Management - BIA Has Made Limited Progress in Reconciling Trust Accounts and Developing a Strategic Plan |
| 496 | 06/18/92 | GAO Report: Financial Management - BIA Has Made Limited Progress in Reconciling Trust Accounts and Developing a Strategic Plan |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 497 | 07/02/92 | GAO Report: Financial Management - Problems Affecting BIA Trust Fund Financial Management |
| 498 | 08/12/92 | GAO Report: Financial Management - Status of BIA's Effort to Resolve Long-standing Trust Fund Management Problems |
| 499 | 1993 | Mineral Revenues 1993: Report on Receipts from Federal and Indian Leases |
| 500 | May-1993 | Department of Interior Inspector General Manual: Audit Program |
| 501 | 06/22/93 | GAO Report: Financial Management - Status of BIA's Effort to Resolve Long-standing Trust Fund Management Problems |
| 502 | 09/27/93 | GAO Report: Financial Management - BIA's Management of the Indian Trust Funds |
| 504 | 1994 | Mineral Revenues 1994: Report on Receipts from Federal and Indian Leases |
| 507 | 04/12/94 | GAO Report: Financial Management - Status of BIA's Effort to Reconcile Indian Trust Fund Accounts and Implement Management Improvements |
| 509 | 3/8/1995 | GAO Report: Financial Management - Indian Trust Fund Accounts Cannot Be Fully Reconciled |
| 510 | 9/29/1995 | GAO Report: Indian Trust Fund Settlement Legislation |
| 511 | 11/30/1995 | Coopers & Lybrand Status letter re certification contract for BIA Tribal Trust Fund Reconciliation |
| 513 | May-96 | GAO Report to the Committee on Indian Affairs entitled, Financial Management, BIA's Tribal Trust Fund Account Reconciliation Results |
| 515 | 10/18/96 | Letter from DOI BIA to Charles Tillman re: Decline to Sign Temporary Division Order for Meyers Lease (Oil and Gas) |
| 517 | 1997 | Mineral Revenues 1997: Report on Receipts from Federal and Indian Leases |
| 519 | 1998 | Mineral Revenues 1998: Report on Receipts from Federal and Indian Leases |
| 521 | 1999 | Mineral Revenues 1999: Report on Receipts from Federal and Indian Leases |
| 524 | 2000 | Mineral Revenues 2000: Report on Receipts from Federal and Indian Leases |
| 529 | 12/10/01 | Upper Mohawk, Inc. "Trust Foundation: An Introduction to Trust Reform and Change Three-Day Training" |
| 531 | 8/23/2002 | MMS: Report of Royalty Management and Delinquent Account Collection Activities, Fiscal Year 2000 |
| 534 | 5/2/2003 | Position Description - Supervisory Petroleum Engineering Technician |
| 535 | Jun-2003 | GAO Government Auditing Standards |
| 546 | 4/20/2005 | FTI Consulting, Inc. Statement of Work |
| 548 | 11/30/1965 | East Hardy Unit Blanket Oil Mining Lease; Contract No. 14-20-G06 664 |
| 549 | 2/1/1913 | Osage Hominy Unit Oil & Gas Mining Lease; Contract No. I 68 Ind. 3618 |
| 550 | 12/31/1935 | North Avant Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 7883 |
| 551 | 8/16/1950 | North Burbank Unit Blanket Oil Mining Lease; Contract No. I 68 Ind. 25667 |
| 560 | 8/19/2005 | Purchaser and Operator Lists for Tranche One Leases prepared by Hurlburt |
| 569 | | Cannon Financial Institute "Fiduciary Overview Program" United States Department of the Interior |
| 570 | | Carol Revard Job Titles at Osage Agency |
| 572 | | OST/OTFM Job Description entitled, "Accounting Technician, GS-0525-07" |
| 575 | | List of individuals questioned re audits conducted on Osage accounts during Tranche One period |
| 578 | | Documents produced by 30(b)(6) witness (Revard) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 579 | | Documents produced by 30(b)(6) witness (Hill) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 580 | | Documents produced by 30(b)(6) witness (Beach) re Tranche One royalty collection - 6 folders: 1976, 1979, 1980, 1986, 1989, 1990 |
| 623 | 6/28/1906 | Act of June 28, 1906, ch. 3572, 34 Stat. 539 |
| 624 | 3/3/1921 | Act of March 3, 1921, ch. 120, 41 Stat. 1249 |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 625 | 2/27/1925 | Act of February 27, 1925, ch.359, 43 Stat. 1008 |
| 626 | 3/2/1929 | Act of March 2, 1929, ch. 493, 45 Stat. 1478 |
| 627 | 6/24/1938 | Act of June 24, 1938, ch. 645, 52 Stat. 1034 |
| 628 | 7/25/1947 | Act of July 25, 1947, ch. 334, 61 Stat. 459 |
| 629 | 6/15/1950 | Act of June 15, 1950, ch. 248, 64 Stat. 215 |
| 630 | 10/6/1964 | Act of October 6, 1964, Pub. L. No. 88-632, 78 Stat. 1008 |
| 631 | 4/8/1974 | 39 Fed. Reg. 12, 755 |
| 632 | 6/21/1974 | 39 Fed. Reg. 22,254 |
| 633 | 1975 | 25 C.F.R. 183 |
| 634 | 1976 | 25 U.S.C. § 161a |
| 635 | 1976 | 25 U.S.C. § 162a |
| 636 | 4/28/1976 | 41 Fed. Reg. 17,747 |
| 637 | 11/17/1976 | 41 Fed. Reg. 50,648 |
| 638 | 4/5/1977 | 42 Fed. Reg. 18,083 |
| 639 | 8/24/1977 | 42 Fed. Reg. 42,695 |
| 640 | 2/28/1978 | 43 Fed. Reg. 8135 |
| 641 | 3/22/1978 | 43 Fed. Reg. 11,815 |
| 642 | 10/21/1978 | Act of October 21, 1978, Pub. L. No. 95-496, 92 Stat. 1660 |
| 643 | 1979 | 25 C.F.R. 183 |
| 644 | 1980 | 25 C.F.R. 183 |
| 645 | 3/30/1982 | 47 Fed. Reg. 13,326 |
| 646 | 1986 | 25 C.F.R. 226 |
| 647 | 10/16/1987 | 52 Fed. Reg. 38,608 |
| 648 | 1989 | 25 C.F.R. 226 |
| 649 | 1990 | 25 C.F.R. 226 |
| 650 | 8/14/1990 | 55 Fed. Reg. 33,112 |
| 651 | 2000 | 25 U.S.C. § 155 |
| 652 | 2000 | 25 U.S.C. § 161a |
| 653 | 2000 | 25 U.S.C. § 162a |
| 654 | 3/5/1980 | Memo from Superintendent, Osage Agency, to Muskogee Area Director re GSA Rental Agreement |
| 656 | 4/6/1987 | Osage Agency, Branch of Minerals, 1986 Status Report |
| 657 | 5/14/1990 | Osage Agency, Branch of Minerals, 1989 Status Report |
| 658 | 8/17/2005 | J. Parris Resume and Credentials |
| 659 | 7/23/1906 | Record of Proceeding of a Meeting of the Osage Council |
| 660 | 1912-1916 | Quarterly Schedules of Production of Oil from the Osage Reservation |
| 661 | 1/23/1913 | Petition from Tribe Members to Osage National Council with letter transmitting same |
| 662 | 1/28/1913 | Application of Raymond Red Corn for position of Secretary of Osage National Council |
| 663 | 1/29/1913 | Letter from James Carroll to Fred Lookout re mass meeting to discuss proposed regulations |
| 664 | 1/29/1913 | Minutes of Osage National Council Meeting |
| 665 | 3/14/1913 | Minutes of Osage National Council Meeting |
| 666 | 5/2/1913 | Minutes of Osage National Council Meeting |
| 667 | 5/24/1913 | Minutes of Osage National Council Meeting |
| 668 | 7/22/1913 | Minutes of Osage National Council Meeting |
| 669 | 1916-1941 | Osage Agency Oil Lease Book (Volume 1 of 3) |
| 670 | 1916-1941 | Osage Agency Oil Lease Book (Volume 2 of 3) |
| 671 | 1916-1941 | Osage Agency Oil Lease Book (Volume 3 of 3) |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 672 | 1916-1941 | Osage Agency Gas Lease Book (Volume 1 of 2) |
| 673 | 1916-1941 | Osage Agency Gas Lease Book (Volume 2 of 2) |
| 674 | 1946 | Journal of Osage Tribal Council Minutes for 1946 |
| 675 | 1955 | Federal and State Tax Records of Individual Osages (Volume 1 of 2) |
| 676 | 1955 | Federal and State Tax Records of Individual Osages (Volume 2 of 2) |
| 677 | 1956 | Federal and State Tax Records of Individual Osages |
| 678 | 12/1/1971 | Report of Osage Indian Redevelopment Area re Overall Economic Development Program |
| 679 | Oct-1987 | Ethics and Conduct Bulletin from the Secretary of Interior |
| 680 | 3/30/1983 | Bow Pipe Line Company Run Ticket |
| 681 | | Bow Pipe Line Company Run Ticket (partially destroyed) |
| 682 | 10/21/1977 | Department of Interior, Office of the Solicitor, Memorandum of Law: The Secretary's Power to Modify his Authority with regard to Royalty on Oil and Gas to Accommodate the FEA's Policy Objectives with regard to Price Regulation |
| 708 | 7/30/1982 | S. Rep. No 97-512 |
| 709 | Dec-1985 | Petroleum Information Corporation: Oklahoma Statewide Summary Pipe Line Runs |
| 710 | 1986 | Oklahoma Corporation Commission: 1986 Annual Liquids and Gas Run |
| 711 | Jun-1987 | Petroleum Information Corporation: Oklahoma Crude Production Report |
| 712 | 1989 | Oklahoma Corporation Commission: 1989 Annual Liquids and Gas Run |
| 713 | 1990 | Oklahoma Corporation Commission: 1990 Annual Liquids and Gas Run |
| 717 | 4/30/1991 | Memorandum from Jack Shoemate, Superintendent, to All Osage County Oil and/or Gas Lessees |
| 718 | 7/26/1991 | Memorandum from Newell Barker to Highest Posted Price File re Highest Posted Price |
| 719 | 7/31/1991 | Memorandum from Newell Barker to Additional Royalty File re Special Council Meeting |
| 720 | 7/31/1991 | From Merritt Youngdeer, Muskogee Area Director, to James F. Inhofe re June 24, 1991 inquiry concerning "highest bona fide selling price" for crude oil |
| 721 | 8/29/1991 | From Muskogee Area Director, Branch of Trust Operations, to Osage Agency Superintendent re Highes Posted Price Issue |
| 722 | 10/4/1991 | From Eddie F. Brown, Assistant Secretary for Indian Affairs, to William A. Veitch re August 1, 1991 letter concerning the payment of royalty for crude oil |
| 723 | 10/21/1991 | From Merritt Youngdeer, Muskogee Area Director, to Lessees re Additional Royalty owed to the Osage Tribe |
| 724 | 1982 | Memorandum concerning Responsibilities of the Minerals Branch of the Osage Agency (partial document) |
| 725 | 4/12/1988 | From Charles Hurlburt to Newell Barker re Agreement Between CRA and Kewannee Oct. 28, 1966 |
| 726 | 7/12/1989 | "Realty - 4600" - Excerpt from 16 BIAM Release 1 |
| 727 | 4/9/1993 | From K. Bode to N. Barker re Old 328 Files |
| 728 | 4/9/1993 | From Melissa Currey to Karl Bode re Disposition of 328.1 Files |
| 729 | 4/19/1993 | From K.Bode to G. Jackson re Destroying Old "328" Files |
| 730 | 6/29/1993 | From Newell Barker to Karl Bode and Melissa Currey re Records Management (with attachment) |
| 731 | 7/1/1993 | From Chief, Branch of Minerals, to Wakon RedCorn re Files Maintenance and Disposition Plan |
| 732 | 7/30/1993 | Osage Agency Files Maintenance and Disposition Plan prepared by Melissa Currey |
| 733 | 7/14/1994 | Branch of Mineral Lease Compliance Section Manual |
| 734 | 9/30/1994 | From Acting Area Director, Muskogee Area, to Agency Superintendents, et al, re Bureauwide Material Weakness - Records Management Program with attached 9/15/1994 memorandum |
| 735 | 10/28/1994 | From Acting Area Director, Muskogee Area, to Superintendent, Osage Agency, re Annual Inspection of Records |

**Exhibits the Osage Nation Expects to Use at Trial**

| | | |
|---|---|---|
| 736 | 11/30/1994 | Memorandum from Stephen Elsberry to Melissa Currey re Security of archive building records and equipment |
| 737 | 12/6/1994 | 2-Way Memo to Melissa Currey re Security of Archive Building |
| 738 | 1/6/1995 | From Melissa Currey to Superintendent, Osage Agency, re Filing System for the Branch of Minerals |
| 739 | 1/6/1995 | From Acting Area Director, Muskogee Area, to Superintendent, Osage Agency, re Records Inspection FY95 Report |
| 740 | 1/9/1995 | From Newell Barker to Melissa Currey re Record Storage |
| 741 | 2/2/1995 | From Newell Barker to Melissa Currey and Charlene Cozad re Minerals Records |
| 742 | 2/5/1995 | From Newell Barker to Melissa Currey and Charlene Cozad re Minerals Records |
| 743 | 2/7/1995 | From Supervisory Realty Specialist to Superintendent, Osage Agency, re Records Management |
| 744 | 2/18/1995 | From Newell Barker to Superintendent re Records Management |
| 745 | 10/5/1995 | From Melissa Currey to G. Jackson, Superintendent, re Proposed Staffing Chart of October 2, 1995 |
| 746 | 12/14/1995 | From Melissa Currey to G. Jackson, Superintendent, re Report of Accomplishments for 1995 |
| 747 | 9/3/1997 | From Newell Barker to Charles Hurlburt, et al, re Engineering Projects |
| 748 | 3/24/2004 | Excerpts from Indian Affairs Records Management - Policy and Procedures Manual |
| 749 | 3/8/2006 | Resume of Julie Ann Kelley |
| 750 | 3/13/2006 | Revised Expert Report of Stephen A. Jay in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits and March 22, 2006 Supplement to Revised Report |
| 751 | 3/22/2006 | Revised Expert Report of Daniel T. Reineke, P.E., in Support of the Tranche One Investment Claims of Plaintiff Osage Nation, with exhibits |

## Exhibits the Osage Nation May Offer if Necessary

| Provisional Exhibit No. | Document Date | Document Description |
|---|---|---|
| 3 | 1915 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 4 | 1918 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 5 | 1923 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 6 | 1923 | Form F- Osage Mining Leases: Assignment of Lease |
| 7 | 1924 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 9 | 1950 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 10 | 1950 | Form D- Osage Mining Lease Bond |
| 11 | 1950 | Form E- Osage Mining Leases: Evidence of Authority of Officers to Execute Papers |
| 12 | 1950 | Form F- Osage Mining Leases: Assignment of Lease |
| 13 | 1952 | Form E- Osage Mining Leases: Evidence of Authority of Officers to Execute Papers |
| 14 | 1952 | Form F- Osage Mining Leases: Assignment of Lease |
| 15 | 1955 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 16 | 1956 | Form D- Osage Mining Lease Bond |
| 17 | 1956 | Form G- Osage Mining Leases Collective Bond |
| 18 | 1956 | Form H- Bond to Accompany Assignment of Mining Leases of Osage Lands |
| 20 | 1958 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 30 | 8/17/1971 | 42 BIAM Supplement No. 2 |
| 32 | 6/5/1972 | 42 BIAM Supplement No. 3 |
| 33 | 7/11/1972 | Correspondence between David Mosco and Charlotte Lloyd re proposed Amendment No. 3 to Joint Regulations No. 3 |
| 34 | 5/6/1973 | Memorandum from the Acting Deputy Commissioner re policy of the BIA on the investment of Tribal Trust Funds |
| 35 | 1974 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 36 | 1974 | Form C- Oil & Gas Mining Lease, Osage Reservation, Oklahoma |
| 38 | 1975 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 39 | 1975 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 40 | 2/24/1975 | Letter to M. Vale from J.K. Carlock |
| 46 | 03/16/76 | Department of Interior BIA (Osage) 1975 Annual Report |
| 47 | 6/30/1976 | BIA Investment Fiscal Year 1976 |
| 51 | 1/4/1978 | Memorandum from J. Vale re weekly information on interest rates |
| 52 | 7/28/1978 | Memorandum from Chief of Investments re weekly information regarding interest rates |
| 89 | 1983 | Form A - Gas Mining Lease, Osage Reservation, Oklahoma |
| 90 | 1983 | Form B- Oil Mining Lease, Osage Reservation, Oklahoma |
| 91 | 1983 | Form C- Oil & Gas Mining Lease, Osage Reservation, Oklahoma |
| 92 | Feb-1984 | 42 IAM 6.0 Budget and Finance - Accounting & Procedures |
| 265 | 1987 | Report of Investment of Indian Trust Funds for the Fiscal Years 1986 and 1987 |
| 451 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 1 |
| 452 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 2 |
| 453 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 3 |
| 454 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 4: Oil Production Accounting - Royalty Accounting |
| 455 | 1990 | Z. Michael Inspector General Audit Working Papers Vol. 5: Personnel File |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 473 | 1/21/1991 | Office of Trust Fund Management Work Plan Description for the Reconciliation of Tribal and IIM Trust Funds |
| 479 | 1992 | Underlying Account Transactions Supporting the Report on Applying Agreed-Upon Procedures and Consulting Services Pt. 1 |
| 480 | 1992 | Underlying Account Transactions Supporting the Report on Applying Agreed-Upon Procedures and Consulting Services Pt. 2 |
| 481 | 1992 | Underlying Account Transactions Supporting the Report on Applying Agreed-Upon Procedures and Consulting Services Pt. 3 |
| 482 | 1992 | BIA Summary & Statement of Account, Acct No. 7386, Fiscal Years 1976, 1979, 1981, 1989 & 1991 |
| 483 | 1992 | BIA Tribal Trust Reconciliation Project Training Binder July 1992 Reconciliation Project Management Plan - BIA Trust Funds Management Improvement Program September 1991 |
| 484 | 1992 | Arthur Andersen Workpapers |
| 485 | 1992 | BIA/AA Reconciliation Contracts and Modifications Pt. 1 |
| 486 | 1992 | BIA/AA Reconciliation Contracts and Modifications Pt. 2 |
| 487 | 1992 | BIA Summary of Issues / Issues Resolution (Issue Forms ABQ/1 - ABQ/65) |
| 488 | 1992 | BIA Summary of Issues / Issues Resolution (Issue Forms ABQ/66 - ABQ/96) |
| 489 | 1992 | BIA Summary of Issues / Issues Resolution (Issue Forms ABQ/97 - ABQ/143) |
| 490 | 1992 | Summary and Detail of Trust Funds 1993-1995 Asset & Transaction Statements 1995 |
| 505 | 02/08/94 | Letter from DOI to Charles O. Tillman forwarding February 1994 Audit Report (No. 3-60017.001) of Royalty Payments made by Phillips Petroleum to GPM Gas Corporation for Osage Mineral Leases for the period of January 1, 1988 to December 31, 1992 |
| 516 | 12/20/96 | Osage Agency Branch of Minerals Functional Statement |
| 520 | 10/28/98 | OST Position Description for Accounting Technician, GS-0525-07 |
| 522 | 5/17/1999 | Position Description - Petroleum Engineering Technician |
| 526 | 08/30/00 | Position Description: Lead Accounting Technician, Accounting |
| 527 | 11/30/2000 | Position Description - Supervisory Petroleum Engineering Technician |
| 528 | 09/04/01 | Department of Interior BIA (Osage) 2000 Annual Report |
| 530 | 7/8/2002 | BIA/OST Interagency Procedures Handbook re Management of Trust Funds Derived from Assets and Resources on Trust and Restricted Indian Land |
| 533 | May-2003 | Position Description - Deputy Special Trustee, Trust Services |
| 536 | 7/15/2003 | Position Description - Supervisory Accounting Specialist |
| 537 | 07/18/03 | DOI BIA Procedures for Penalty for Violation of Lease Terms (Late & Amended Oil & Gas Reports) Osage County, Oklahoma |
| 538 | 08/01/03 | Amended and Restated Gas Purchase Contract by and between AMVEST Osage, Inc. (Seller) and Northeast Shelf Energy LLC (Buyer) forwarded by Letter from DOI BIA |
| 539 | 11/01/03 | Gas Purchase Agreement by and between Scissortail Energy, LLC (Buyer) and Krotzer Oil Company (Seller) with Checklist for Gas Contracts forwarded by Letter from DOI BIA |
| 540 | 05/00/04 | Lease Management Guide "Policies and Procedures Guide", Revised May 2004 |
| 541 | 05/06/04 | Memorandum from Carole Revard DOI to Oil and Gas Accounting forwarding Policy and Procedure Manuals |
| 542 | 06/30/04 | Office of Trust Review and Audit Trust Examination Handbook (Draft) |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 552 | 05/31/05 | FTI Consulting, Inc. Contract |
| 565 | | Documents produced by Greg Chavarria in response to subpoena from Plaintiff Osage Nation |
| 566 | | Additional documents produced by Greg Chavarria in response to subpoena from Plaintiff Osage Nation |
| 567 | | Chavarria calculations (calculator tape) |
| 568 | | Documents produced by Charles Lundelius in response to subpoena from Plaintiff Osage Nation |
| 571 | | Resume (Angela Satepauhoodle Toineeta) |
| 577 | | Z. Michael Inspector General Audit Working Papers Vol. 6: Recommendations and Recommendation Followups |
| 581 | | MMS Fort Worth Audit File, Section M: Meter No. 091414 - Gas Review |
| 582 | | MMS Fort Worth Audit File, Section N: System Review, Oil Production & Unit Operation Pt. 1 |
| 583 | | MMS Fort Worth Audit File, Section N: System Review, Oil Production & Unit Operation Pt. 2 |
| 584 | | MMS Fort Worth Audit File, Section O: Indian Audit Team File |
| 585 | | MMS Fort Worth Audit File, Section P: Miscellaneous Support Provided During Audit Applicable to the Gas Review Pt. 1 |
| 586 | | MMS Fort Worth Audit File, Section P: Miscellaneous Support Provided During Audit Applicable to the Gas Review Pt. 2 |
| 587 | | MMS Fort Worth Audit File, Section P: Miscellaneous Support Provided During Audit Applicable to the Gas Review Pt. 3 |
| 588 | | Position Description |
| 589 | | MMS Fort Worth Audit File, Section A: Audit Report |
| 590 | | MMS Fort Worth Audit File, Section B: Administrative File |
| 591 | | MMS Fort Worth Audit File, Section C: General File |
| 592 | | MMS Fort Worth Audit File, Section D: Preliminary Survey |
| 593 | | MMS Fort Worth Audit File, Section E: Bessie Lease - Oil Review |
| 594 | | MMS Fort Worth Audit File, Section F: North Burbank Unit - Oil Review Pt. 1 |
| 595 | | MMS Fort Worth Audit File, Section F: North Burbank Unit - Oil Review Pt. 2 |
| 606 | | Osage Agency Form: Tank Bottom Oil Report |
| 607 | | Osage Agency Form: Summary of Gas Purchases from Osage Gas Leases |
| 608 | | Osage Agency Form: Summary of Oil Purchases from Osage Oil Leases |
| 609 | | Osage Agency Form: Minimum Royalty and Late Charge Due |
| 610 | | Osage Agency Form No. 229G: Gas Injection Operating Report |
| 611 | | Osage Agency Form: Lease Status Report |
| 612 | | Osage Agency Form: Disposal of Injection Well Information |
| 613 | | Osage Agency Form No. 139: Application for Operation of Report on Wells |
| 614 | | Osage Agency Form No. 208: Report of Completed & Deepened Wells |
| 615 | | Osage Agency Form No. 229: Waterflood Operating Report |
| 616 | | Osage Agency Form No. 101: Dry Gas Report |
| 617 | | Osage Agency Form No. 133: Oil Lessee's Report |
| 618 | | Osage Agency Form No. 157: Oil Lessee's Report - For Consolidated Leases |
| 619 | | Osage Agency Form No. 300: Oil Lessee's Report - For Waterflood Leases |
| 620 | | Osage Agency: Miscellaneous Historic Forms |
| 621 | | Osage Agency: Sample Casinghead Gas Contract |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 622 | | Osage Agency: Sample Gas Purchase Agreement |
| 655 | 2/24/1999 | Letter from Chief Charles Tillman to Charles Hurlburt re Priority Request for Release of Minerals Data |
| 683 | 1975 | 31 C.F.R. § 202.1-202.7 |
| 684 | 1980 | 31 C.F.R. § 202.1-202.7 |
| 685 | 1985 | 31 C.F.R. § 202.1-202.7 |
| 686 | 4/17/1907 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma, Under the Act of March 3, 1905 |
| 687 | 7/3/1912 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 688 | 8/26/1915 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 689 | 11/1/1919 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 690 | 10/20/1921 | Regulation to Govern Settlement of Damages to Surfaces Owners, or Their Lessees, Caused by Mineral Lessees in the Osage Reservation, Oklahoma |
| 691 | 3/7/1923 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 692 | 7/12/1932 | Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Okla., for Oil and Gas Mining Purposes |
| 693 | 2/7/1946 | 11 Fed. Reg. 1440 |
| 694 | 1/18/1951 | 16 Fed. Reg. 473 |
| 695 | 3/26/1952 | 17 Fed. Reg. 2602 |
| 696 | 11/10/1953 | 18 Fed. Reg. 7057 |
| 697 | 8/5/1955 | 20 Fed. Reg. 5647 |
| 698 | 12/30/1955 | 20 Fed. Reg. 10,097 |
| 699 | 5/11/1956 | 21 Fed. Reg. 3147 |
| 700 | 5/10/1958 | 23 Fed. Reg. 3132 |
| 701 | 7/3/1958 | 23 Fed. Reg. 5093 |
| 702 | 9/16/1958 | 23 Fed. Reg. 7133 |
| 703 | 12/18/1958 | 23 Fed. Reg. 9758 |
| 704 | 6/21/1962 | 27 Fed. Reg. 5871 |
| 705 | 9/26/1962 | 27 Fed. Reg. 9512 |
| 706 | 9/30/1966 | 31 Fed. Reg. 12,794 |
| 707 | 6/15/1967 | 32 Fed. Reg. 8587 |
| 752 | 3/24/2004 | Excerpts from Indian Affairs Records Management - Policy and Procedures Manual |
| 753 | 4/12/1988 | Memorandum from Charles Hurlburt to Newell Barker re Agreement Between CRA and Kewannee Oct. 28, 1966 |
| 754 | 7/12/1989 | "Realty - 4600" - Excerpt from 16 BIAM Release 1 |
| 755 | 4/9/1993 | Memorandum from K. Bode to N. Barker re Old 328 Files |
| 756 | 4/9/1993 | Memorandum from Melissa Currey to Karl Bode re Disposition of 328.1 Files |
| 757 | 4/19/1993 | Memorandum from K.Bode to G. Jackson re Destroying Old "328" Files |
| 758 | 7/1/1993 | Memorandum from Chief, Branch of Minerals, to Wakon RedCorn re Files Maintenance and Disposition Plan |
| 759 | 7/30/1993 | Osage Agency Files Maintenance and Disposition Plan prepared by Melissa Currey |
| 760 | 7/14/1994 | Branch of Mineral Lease Compliance Section Manual |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 761 | 9/30/1994 | Memorandum from Acting Area Director, Muskogee Area, to Agency Superintendents, et al, re Bureauwide Material Weakness - Records Management Program with attached 9/15/1994 memorandum |
| 762 | 10/28/1994 | Memorandum from Acting Area Director, Muskogee Area, to Superintendent, Osage Agency, re Annual Inspection of Records |
| 763 | 11/30/1994 | Memorandum from Stephen Elsberry to Melissa Currey re Security of archive building records and equipment |
| 764 | 12/6/1994 | 2-Way Memo to Melissa Currey re Security of Archive Building |
| 765 | 1/6/1995 | Memorandum from Melissa Currey to Superintendent, Osage Agency, re Filing System for the Branch of Minerals |
| 766 | 1/6/1995 | Memorandum from Acting Area Director, Muskogee Area, to Superintendent, Osage Agency, re Records Inspection FY95 Report |
| 767 | 1/9/1995 | Memorandum from Newell Barker to Melissa Currey re Record Storage |
| 768 | 2/2/1995 | Memorandum from Newell Barker to Melissa Currey and Charlene Cozad re Minerals Records |
| 769 | 2/5/1995 | Memorandum from Newell Barker to Melissa Currey and Charlene Cozad re Minerals Records |
| 770 | 2/7/1995 | Memorandum from Supervisory Realty Specialist to Superintendent, Osage Agency, re Records Management |
| 771 | 2/18/1995 | Memorandum from Newell Barker to Superintendent re Records Management |
| 772 | 10/5/1995 | Memorandum from Melissa Currey to G. Jackson, Superintendent, re Proposed Staffing Chart of October 2, 1995 |
| 773 | 12/14/1995 | Memorandum from Melissa Currey to G. Jackson, Superintendent, re Report of Accomplishments for 1995 |
| 774 | 9/3/1997 | Memorandum from Newell Barker to Charles Hurlburt, et al, re Engineering Projects |
| 775 | 3/8/2006 | Resume of Julie Ann Kelley |
| 776 | 1938 | United States Statutes at Large, 1938, Volume 52 |
| 777 | 09/22/61 | Public Law 87-282 |
| 778 | 08/16/63 | Memo from Assistant Commissioner (Administration), BIA to Area Directors and Accounting Offices re Depositing Interest Earned on Tribal Trust Funds in Commercial Banks |
| 779 | 09/27/63 | Budget and Finance Digest 42 IAM 12.6 |
| 780 | 04/08/66 | Memo from Associate Solicitor, Indian Affairs to Assistant Secretary, Public Land Management, Commissioner of Indian Affairs re Investment of Indian tribal trust funds |
| 781 | 04/26/66 | Memo from Assistant Commissioner, Administration, BIA to Area Directors and Accounting Offices re Depositing Tribal Trust Funds in Commercial Banks and/or investing in Public-Debt Obligations of the U.S. |
| 782 | 06/16/66 | Memo from Commissioner to Assistant Commissioners and Branch Chiefs, Central Office; Area Directors; and Superintendents, Cherokee, Miccosukee, and Seminole Agencies re Investment of Indian tribal trust funds |
| 783 | 06/16/66 | USDOI Memorandum to Assistant Commissioners and Branch Chiefs, Central Office; Area Directors; and Superintendents, Cherokee, Miccosukee, and Seminole Agencies from Commission of Indian Affairs, Subject: Investment of Indian Tribal Trust Funds |
| 784 | 06/28/66 | File Memo |
| 785 | 08/15/66 | Letter from R. Bepman, Assistant Deputy Commissioner (Accounts to Fred H. Massey, BIA re S. F. 1017-G Journal Vouchers |

## Exhibits the Osage Nation May Offer if Necessary

| | | |
|---|---|---|
| 786 | 08/23/66 | Memo from Area Director to Martin N. B. Holm re receipt of memo of understanding between Aberdeen Area Office and the Minneapolis Area Office re investment of Indian tribal trust funds |
| 787 | 09/27/66 | Memorandum to Chief, Branch of Credit and Financing from Chief, Office of Reservation Programs, Subject: Investment of Tribal Trust Funds |
| 788 | 10/06/66 | Memo from Office of the Area Director to Superintendents and Officers in Charge, Portland Area, Asst. Area Directors and Branch heads, Portland Area Office re Policies, responsibilities and procedures regarding tribal investments |
| 789 | 01/02/68 | Memo from Commissioner of Indian Affairs to Assistant Commissioners, Central Office, Branch Chiefs, Central Office, Area Directors, Superintendents, Cherokee, Miccosukee and Seminole Agencies re Investment of Indian Tribal Trust Funds |
| 790 | 02/21/68 | Letter from Charles Hourigan to J. L. Norwood re Investment of Tribal Funds |
| 791 | 03/12/68 | Letter from Robert L. Bennett to Dale M. Baldwin re Group and Individual Investments of Individual Indian Money |
| 792 | 04/29/68 | Memo from C. Hourigan, Financial Analyst to Whom it may concern re Investment Program, Bureau of Indian Affairs |
| 793 | 05/01/68 | Memo from Commissioner of Indian Affairs to All Area Directors, Superintendents: Cherokee, Miccosukee and Seminole Agencies re Investment of Tribal Funds by Tribes in stocks, bonds or other commercial securities |
| 794 | 05/01/68 | Memo from Commissioner of Indian Affairs to All Area Directors, Superintendents: Cherokee, Miccosukee and Seminole Agencies re Investment of Tribal Funds by Tribes in stocks, bonds or other commercial securities |
| 795 | 05/03/68 | Memo from Associate Solicitor, Indian Affairs to Commissioner of Indian Affairs re Investment of Indian tribal trust funds |
| 796 | 05/03/68 | Investment of Indian Tribal Trust Funds |
| 797 | 06/03/68 | Memo from Assistant Commissioner for Administration, BIA to Area Directors and Independent Accounting Offices re Transfer of Branch of Financial Management |
| 798 | 04/29/69 | Memo from Chief, Division of Financial Management to Area Directors Headquarters Administrative Officer re Trust Fund balances in various General Ledger accounts as of June 30, 1968 |
| 799 | 07/02/69 | Letter from Commissioner to Commissioner of Indian Affairs re investment policies with respect to ISSDA funds |
| 800 | 07/26/69 | Letter from Robert P. Mayo to Honorable Walter J. Hickel |
| 801 | 08/21/69 | Memo from Donald J. Proulx, Commissioner to Area Directors re Investment of Trust Funds in Treasury Securities |
| 802 | 09/09/69 | USDOI Memorandum to Assistant Secretary, Public Land Management, Subject: Investment of Tribal Trust Funds in Certain Government-Sponsored, but Privately Owned, Corporations |
| 803 | 03/11/70 | Memo from Chief, Division of Financial Management, BIA re Information Regarding Investments of Tribal Trust Funds at Bureau and Field Level |
| 804 | 05/19/70 | Memo from Associate Commissioner to All Area Directors re Investment of Award and Judgment Funds |
| 805 | 05/22/70 | Memo from Division of Financial Management to Director of Management Services re Status of investments for claim funds of Indian Tribes |
| 806 | 10/00/70 | Statement of Facts – Tribal Trust Fund Investments |
| 807 | 10/01/70 | Memorandum from Roland Miller, Chief, Division of Financial Management to Director of Management Services re Crediting of tribe award fund interest income earned through the Bureau's investment program to a non interest bearing account with the Treasurer of the United States |

## Exhibits the Osage Nation May Offer if Necessary

| | | |
|---|---|---|
| 808 | 10/19/70 | Memo from Calvin N. Brice, Associate Commissioner to All Area Directors, Superintendents of Cherokee, Miccosukee, Mississippi Choctaw, and Seminole Agencies re Investment of Indian Tribal Trust Funds |
| 809 | 11/20/70 | Memo from Chief, Division of Financial Management to Director of Management Services re GAO Review of Investment Program |
| 810 | 12/14/70 | Memo from Acting Associate Solicitor, Indian Affairs to Solicitor re Investment of tribal trust funds |
| 811 | 12/17/70 | Memo from Solicitor to Acting Secretary of the Interior re Investment of tribal trust funds |
| 812 | 03/13/71 | Letter from L. W. Finnaly to Calvin M. Brice re Wire Transfer Procedure for Reinvestment of Indian Tribal Funds |
| 813 | 04/08/71 | Memo from Associate Solicitor, Indian Affairs to Management Assistance Survey of the Bureau of Indian Affairs re Status of Tribal Trust Fund Litigation |
| 814 | 06/09/71 | Memo from Acting Chief, Division of Financial Management to Director of Management Services re Investment of Awards from the Indian Claims Commission from date funds are appropriated until authorizing legislation is passed for expenditure |
| 815 | 06/14/71 | Memo from Acting Chief, Division of Financial Management to Commissioner of Indian Affairs re Report on Accomplishments of the Bureau in response to President Nixon's Indian Policy Statement |
| 816 | 10/00/71 | Letter from Secretary of the Interior to Mr. Taylor |
| 817 | 10/26/71 | Memo from Area Director, BIA, re Additional Information Contained in the Monthly Tribal Trust Fund Investment Report |
| 818 | 11/11/71 | Memo from Chief, Division of Financial Management re Statement of Tribal Trust Funds for the period ending September 30, 1971 |
| 819 | 11/17/71 | Letter from Director of Survey and Review J. T. Hall, Jr. to Max Hirschborn re "Improvement Needed in the Investment of Indian Trust Monies by the Bureau of Indian Affairs, Department of the Interior" report |
| 820 | 12/16/71 | Memo from John O. Crow, Deputy Commissioner to Area Director, Minneapolis Area re Policy of the Bureau in Obtaining the Consent of Indian People Before Their Claim Funds Have Been Invested |
| 821 | 12/28/71 | Memo from John W. Vale to Director of Fiscal Plans and Management re Cheyenne-Arapaho v. United States, United States Court of Claims, Docket Nos. 342-70 and 343-70 |
| 822 | 12/28/71 | Memo from Chief, Division of Financial Management, BIA to Director of Fiscal Plans and Management re Cheyenne-Arapaho v. United States, United States Court of Claims, Docket Nos. 342-70 and 343-70 |
| 823 | 12/28/71 | Memo from John W. Vale to Director of Fiscal Plans and Management re Cheyenne-Arapaho v. United States |
| 824 | 02/18/72 | Memo from Commissioner of Indian Affairs to Deputy Assistant Secretary – Indian Affairs re Potential Use of IMPL Funds for Investment Purposes |
| 825 | 04/07/72 | Memo from Deputy Assistant Secretary for Indian Affairs, to Commissioner of Indian Affairs re Use of IMPL Funds for Investment Purposes |
| 826 | 04/25/72 | Organizational Structure – Division of Financial Management |
| 827 | 04/28/72 | Report to the Subcommittee on Indian Affairs Committee on Interior and Insular Affairs United State Senate by the Comptroller General of the US |
| 828 | 05/17/72 | Letter from Kasmir S. Kay to Paul H. Taylor re methods of accounting for Indian tribal trust funds |

## Exhibits the Osage Nation May Offer if Necessary

| | | |
|---|---|---|
| 829 | 06/05/72 | 42 BIAM Supplement No. 3 (3.0) Financial Management Accounting Procedures Handbook |
| 830 | 06/14/72 | F.D.I.C. Regulations 7860-A |
| 831 | 07/17/72 | Memo from Associate Solicitor, Indian Affairs to Commission of Indian Affairs Attention: Investments re Investment of Indian Tribal Trust funds in Government agency securities |
| 832 | 07/21/72 | Memorandum to Mr. John K. Carlock from David Mosso, Subject: Proposed Amendment No. 3 to Joint Regulation No. 3 |
| 833 | 10/26/72 | Letter from Comptroller of the United States to the Secretary of the Treasury re Proposed Amendment No. 3 |
| 834 | 11/20/72 | Memo from Solicitor to Assistant Secretary, Public Land Management re Reclassification of Indian tribal trust fund depositions in Treasury of the United States as available receipts |
| 835 | 11/20/72 | USDOI Memorandum to Assistant Secretary, Public Land Management from Solicitor re Reclassification of Indian tribal trust fund deposits in Treasury of the United States as available receipts |
| 836 | 12/14/72 | Memorandum to Mrs. Charlotte T. Lloyd from Paul H. Taylor re Indian Tribal Trust Funds |
| 837 | 12/15/72 | Memorandum for the Files, Subject: Indian Tribal Trust Funds |
| 838 | 1973 | Dept. of Interior and Relating Agencies Appropriations for 1974, pages 874, 875, 494, 495 |
| 839 | 01/19/73 | Memo from Assistant Secretary-Management and Budget, U.S. Dept. of Interior to Area Director re Management of Tribal Trust Funds |
| 840 | 01/22/73 | Memo from William G. Lavell to Area Director, Bureau of Indian Affairs, Phoenix re Investment of Indian Tribal Trust Funds |
| 841 | 04/03/73 | Memo from Chief Division of Financial Management to Area Director Billings john E. Duffy re Request for Notification of Particular Banks that are Doing Business with Tribes |
| 842 | 06/27/73 | USDOI Memorandum to Solicitor re Secretary's Trust Responsibility |
| 843 | 08/02/73 | Memo from Office of the Area Director to Acting Director, Office of Administration re Tribal Investments |
| 844 | 08/08/73 | Memo from Office of the Area Director to Acting Director, Office of Administration re Tribal Investments |
| 845 | 11/13/73 | Memo from Office of Trust Responsibilities to All Area Directors (except Sacramento); Acting Directors, Washington Office; Mr. McAvoy, Trust Fund Unit; Staff Assistant to Mr. Franklin |
| 846 | 02/05/74 | Letter from James Abourezk US Senate to Hon. Rogers C.B. Morton re chartering of the American Indian National Bank |
| 847 | 03/11/74 | Memo from John W. Vale to John E. Duffy re Weekly Information Regarding Current Interest Rates |
| 848 | 05/06/74 | Memo from Acting Deputy Commissioner of Indian Affairs to Area Directors re Policy of the Bureau of Indian Affairs Regarding the Investment of Tribal Trust Funds |
| 849 | 05/06/74 | Memo from Acting Deputy Commissioner of Indian Affairs to Area Directors re Policy of the Bureau of Indian Affairs Regarding the Investment of Tribal Trust Funds |
| 850 | 05/06/74 | Memo from Acting Deputy Commissioner of Indian Affairs to Area Directors re Policy of the Bureau of Indian Affairs Regarding the Investment of Tribal Trust Funds |
| 851 | 06/07/74 | Memo from John W. Vale to Area Directors re Tribal Trust Funds |

## Exhibits the Osage Nation May Offer if Necessary

| | | |
|---|---|---|
| 852 | 06/14/74 | Letter from Charles F. Scwan III, Director, Domestic Banking Staff, DOT, to George Peterson re copy of 4/9/74 letter from Federal Deposit Insurance Corporation re the insurance coverage of public monies |
| 853 | 07/16/74 | Memo from George R. Peterson, Acting Chief, Branch of Investments to Jerry O. Lewis, VP, The F&M Bank & Trust Co. re Transfers |
| 854 | 07/16/74 | Memo from John W. Vale to George R. Peterson, Acting Chief, Branch of Investments re F&M Bank & Trust Co., Tulsa, OK |
| 855 | 08/20/74 | Memo from Chief, Branch of Investments, BIA to Director, Office of Administration re Report of the Bureau's Investment Program for FY 1974 |
| 856 | 08/20/74 | Review of Indian tribal moneys held in the US Treasury |
| 857 | 08/30/74 | Albuquerque Journal Article, "Indians Get $40.4 Million from Investments by BIA" |
| 858 | 10/02/74 | Memo from Director, Office of Administration, BIA, to All Area Directors re New Policy Regarding Non-Receipt of Reinvestment Instructions for Tribal Trust Funds |
| 859 | 01/06/75 | Memo from John W. Vale to Area Directors, Attention: Coordinator for Investments re Change in Method of Notification of Investment Maturities |
| 860 | 02/24/75 | Department of the Treasury letter to John Vale re investment procedures |
| 861 | 02/28/75 | Tribal Trust Funds Invested and Uninvested as of February 28, 1975 |
| 862 | 03/06/75 | Memo from Chief, Branch of Investments to Chief, Division of Trust Services re Depositing of Tribal Funds into the United States Treasury |
| 863 | 03/10/75 | Memo from John W. Vale to Area Director Attention Charles C. Spilman re Reinvestment Information on Maturing Tribal Trust Fund Investments |
| 864 | 03/14/75 | Memo from Chief, Branch of Investments, BIA, to Area Director, Attention (blank) re Analysis of Invested and Uninvested Tribal Trust Funds as of February 28, 1975 |
| 865 | 03/14/75 | Memorandum from John W. Vale to Area Director, Attention (blank) re Analysis of Invested and Uninvested Tribal Trust Funds as of February 28, 1975 |
| 866 | 06/03/75 | Memorandum to Chief, Division of Trust Services 220 From Chief, Branch of Investments, Subject: Meeting with Treasury and FDIC Officials Regarding the Franklin Bank |
| 867 | 06/19/75 | From John W. Vale to Department of the Interior re Franklin Bank securities sold 6/18/75 |
| 868 | 06/30/75 | Branch of Investment Report re Indian Trust Funds, with special emphasis on the investment program |
| 869 | 07/11/75 | Memo from Chief, Branch of Investments, BIA, to Chief, Division of Trust Services re Establishment of Limits as to Placement of Indian Trust Funds into Financial Institutions |
| 870 | 07/11/75 | Memo from John W. Vale to Chief, Division of Trust Services re Establishment of Limits as to Placement of Indian Trust Funds into Financial Institutions |
| 871 | 07/11/75 | Memo from Director, Office of Trust Responsibilities re Franklin Bank, Houston, Texas, Taken over by the Federal Deposit Insurance Corporation |
| 872 | 07/23/75 | Memo from Chief, Division of Trust Services to Chief, Branch of Investments re Establishment of Limits as to Placement of Indian Trust Funds into Financial Institutions |
| 873 | 08/15/75 | Memo from Chief, Branch of Investments, BIA to Director, Office of Trust Responsibilities |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 874 | 09/04/75 | USDOI Memorandum to Superintendent, Great Lakes Agency; Superintendent, Minnesota Agency; Superintendent, Red Lake Agency; Officer-in-Charge, Sac & Fox Area Field Office; Officer-in-Charge, Minnesota Sioux Groups; MAO Tribal Operations; MAO Credit from Acting Area Director Eggen, Subject: Report regarding the Investment Program |
| 875 | 09/22/75 | Memo from John W. Vale to Area Director, Attention: Emmett Cameron re New Report that Shows Maturity Dates for All Investments by Area |
| 876 | 01/29/76 | Memo from Chief, Branch of Investments to Investment Staff re New Procedure for Processing Investments Effective March 1, 1976 |
| 877 | 01/29/76 | Memo from Chief, Branch of Investments to Investment Staff re New Procedure for Processing Investments Effective March 1, 1976 |
| 878 | 01/29/76 | Memo from John W. Vale to Investment Staff re New Procedure for Processing Investments Effective March 1, 1976 |
| 879 | 01/29/76 | Memo from Chief, Branch of Investments, BIA to Investment Staff re New Procedure for Processing Investments Effective March 1, 1976 |
| 880 | 02/11/76 | Memo from Chief, Branch of Investments to Chief, Division of Trust Services re Activity During January 1976 for the Branch of Investments |
| 881 | 02/11/76 | Memo from Chief, Branch of Investments to Chief, Division of Trust Services re Activity During January 1976 for the Branch of Investments |
| 882 | 05/28/76 | J. E. Poitras and Betty T. Miller "This is my suggestion" re investment of tribal trust funds |
| 883 | 01/04/77 | Memo from Chief, Branch of Investments to Director, Office of Trust Responsibilities re Letter from Treasury Regarding Computation of Interest on Award Funds |
| 884 | 01/26/77 | Memo from Assistant Director, Financial Management to Indian Incentive Awards Coordinator re Suggestion IND-POO-76-9, J. E. Pointras and Betty Miller |
| 885 | 04/05/77 | Memo from Ralph F. Keen to Commissioner of Indian Affairs re Pooling of Tribal Trust Funds for Investment Purposes |
| 886 | 04/30/77 | Loretta Holtz Status of Investments |
| 887 | 05/27/77 | Memo from Alternate Investment Coordinator, U.S. Dept. of Interior, BIA, to Area Director, Assistant Area Director, Area Administrative Officer re Bureau Investment Meeting |
| 888 | 08/02/77 | Memo from Area Director to Commissioner of Indian Affairs attn Mr. Kenneth Fredericks, Chief, Division of Trust Responsibilities re Anadarko Area Tribal Operations Conference |
| 889 | 09/13/77 | Letter from John W. Vale to Chief, Branch of Investments re Status Report on Investment Automation and Program for Fiscal Year 1978 and 1979 |
| 890 | 09/30/77 | Letter from Michael D. Perry, Actg. Property & Supply Officer to US Dept. of Commerce re Synopsis Number FAO-10 |
| 891 | 12/14/77 | Briefing Paper for Washington Trip John W. Vale |
| 892 | 01/04/78 | Memorandum from John Vale to Area Directors, Subject Weekly Information Regarding Interest Rates, Week Ending December 30, 1977 |
| 893 | 01/21/78 | Memo from Associate Solicitor, Indian Affairs to Deputy Assistant Secretary-Indian Affairs (Program Operations) re Pooling of Tribal Funds for Investment Purposes |
| 894 | 02/17/78 | Letter from John W. Vale to Chief, Branch of Investments re Classification of Vacant Position in Branch of Investments |
| 895 | 02/28/78 | Letter from John W. Vale to Chief, Branch of Investments re Overview of Status of Indian Trust Funds |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 896 | 03/29/78 | Memorandum to Chief, Branch of Investments from Chief, Division of ADP Services, Subject: Request to Procure ADP Software |
| 897 | 06/07/78 | Letter from John W. Vale to Chief, Branch of Investments re ADP Requirements for Investment Branch |
| 898 | 06/19/78 | Letter from John W. Vale to Chief, Branch of Investments re Urgent Need to Fill Assistant Position in Investments |
| 899 | 07/11/78 | Letter from John W. Vale to Chief, Branch of Investment re Extension of Maturities on Trust Fund Investments |
| 900 | 07/28/78 | Memo from Chief, Branch of Investment s to Area Directors re Weekly Information re Interest Rates |
| 901 | 08/03/78 | Letter from Forrest J. Gerard to Federal Deposit Insurance Corporation |
| 902 | 08/11/78 | Memo from Kenneth J. Fredericka to Albuquerque Area Director re uninvested interest earned |
| 903 | 09/07/78 | USDOI Memo to Deputy Assistant Secretary, Bureau of Indian Affairs from Director, Office of ADP and Telecommunications Management, Subject: Department Approval – Investments Management System |
| 904 | 09/30/78 | Detail of Trust Funds |
| 905 | 09/30/78 | Summary of Trust Funds |
| 906 | 12/05/78 | GSA memorandum to John Vale, Subject: Investment Management System Procurement |
| 907 | 12/18/78 | Letter from John W. Vale to Chief, Branch Investments re Difficulty in Getting ADP Reports |
| 908 | 04/16/79 | Memorandum to Acting Director, Office of Trust Responsibilities re Uninvested Tribal Funds in U.S. Treasury for the Interest Period July 1, 1978 to December 31, 1978 |
| 909 | 03/03/80 | Investment Automation and Schedule of Withdrawals and Credits |
| 910 | 03/05/80 | Market Bills (Accounting Station Symbol 14-20-0650) |
| 911 | 04/15/80 | Memorandum to Area Directors, Subject: Pooling of investments for Indian tribal funds |
| 912 | 04/18/80 | Memo from Director, Office of Trust Responsibilities, BIA, to All Area Directors Minneapolis Area Office re Impact of Public Law 96-153 on Tribal Investment of Non-Trust Funds |
| 913 | 07/25/80 | Letter from John W. Vale to Chief, Branch of Investments re Annual Performance Evaluation |
| 914 | 01/13/81 | Memorandum to Acting Director, Office of Trust Responsibilities re: Legislative action to increase the interest rate paid on tribal trust funds in the United States Treasury |
| 915 | 06/12/81 | Memorandum to Acting Director, Office of Trust Responsibilities re Submission of timely investment information to Branch of Investments, Albuquerque |
| 916 | 1982 | Bureau of Indian Affairs Results of Investment Operations Fiscal Year 1982 |
| 917 | 01/07/82 | Memo from John W. Vale to Barbara Davis re additional position |

## Exhibits the Osage Nation May Offer if Necessary

| | | |
|---|---|---|
| 918 | 02/18/82 | Memorandum from John Vale to Area Directors, Attention: Investment Coordinator, re Weekly Information Regarding Interest Rates |
| 919 | 10/22/82 | Memorandum to All Area Directors, Subject: Submission of Timely Investment Information to Branch of Investments, Albuquerque |
| 920 | 01/03/83 | US Dept. of Interior BIA Directory of Field Offices |
| 921 | 01/03/83 | BIA Office locations |
| 922 | 01/09/83 | Letter from Price Waterhouse to John Vale re Contract Number K51C14201203 Task 5 Summary of Recommendations |
| 923 | 07/21/83 | Letter from Lewis J. Krulwich to John Vale re In Depth Review of Indian Trust Fund Management, Contract Number K51C14201201 |
| 924 | 12/29/83 | Bureau of Indian Affairs Task IV: Cash Management, Accounting system and Control Related Issues |
| 925 | 05/09/84 | Memo from Chief, Division of Trust Funds Management to Director, Office of Trust Responsibilities re Additional Positions Needed by Investments |
| 926 | 03/22/85 | Memo from John W. Vale to Chief, Division of Trust Funds Management re Assistance needed in regards to two issues with the Solicitor's Office |
| 927 | 03/22/85 | Memo from Cash Management Office to Area Directors re Timely notification of collection activity of Indian Trust Funds |
| 928 | 04/24/85 | Principal ________________ of the Osage Tribe of Indians 1906-Present |
| 929 | 05/10/85 | Letter from Acting Chief, division of Accounting Management, BIA to respondents re reaction to advertisement regarding Indian Trust Enhancements |
| 930 | 05/13/85 | Letter from Acting Chief, Division of Accounting Management to Respondents re advertising regarding Indian Trust Fund Enhancements |
| 931 | 07/10/85 | Memo from John W. Vale to Cash Management Officer re Needed amendment to Public Law 98-451 dated October 4, 1984 |
| 932 | 10/04/85 | Memo from Acting Deputy Assistant Secretary Indian Affairs, BIA to All Area Directors re Use of Electronic Fund Transfer Deposits for all single deposits of $25,000 or more |
| 933 | 10/10/85 | Memo from Chief, Branch of Indian Trust Fund Accounting to Chief, Division of Accounting Management re Distribution of Interest to Tribal Trust Fund Accounts From Undistributed Interest Account for Allotted and Unallotted Funds |
| 934 | 02/14/86 | Memo from John Vale to David Page, Officer of Trust Responsibilities re Proposed Project to review status of judgment funds |
| 935 | 03/10/86 | Memorandum to Director, Office of Trust Responsibilities re Needed amendment to Public Law 98-451, dated October 4, 1984 |
| 936 | 03/31/86 | Status of Investments Trust Funds |
| 937 | 04/22/86 | Letter from John W. Vale to Cash Management Officer re Proposal to waive fees when collection are less than $1,000.00 |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 938 | 04/28/86 | Findings and Determinations, Bureau of Indian Affairs Trust Fund Management |
| 939 | 05/07/86 | Agenda – Financial Management Service – Request for Proposals for Financial Management Services to Support the Bureau of Indian Affairs |
| 940 | 06/17/86 | Memo from Deputy to the Assistant Secretary – Indian Affairs (Trust and Economic Development) to Central Office Deputies, Area Directors re Implementation Task Force for Trust Funds Management Services Contract |
| 941 | 09/30/86 | Letter from John W. Vale to Cash Management Officer re Proposed Organization for Division of Trust Funds Management |
| 942 | 12/17/86 | Letter from John W. Vale to Kris March, Trust Responsibility re Establishment of an Investment Advisory Board |
| 943 | 12/17/86 | Letter from John W. Vale to Kris Marcy, Office of Trust Responsibility re Trial Accounts with balances less than $5,000.00 |
| 944 | 12/17/86 | Memo from John W. Vale to Kris Marcy, Trust Responsibility re Establishment of an Investment Advisory Board |
| 945 | 03/23/89 | Arthur Andersen & Co Report: Tribal and Individual Indian Monies Trust Funds Managed by the U.S. Department of the Interior Bureau of Indian Affairs, Financial Statements as of September 30, 1988, Together with Report of Independent Public Accountants |
| 946 | 09/00/89 | US Dept. of Interior Office of Inspector General Audit Report No. 89-117 |
| 947 | 09/15/89 | USDOI Memorandum to Assistant Inspector General for Audits re Draft Audit Report, "Selected Aspects of Indian Trust Fund Activities" (Assignment No. C-IA-BIA-17-88) |
| 948 | 10/05/89 | Memo from Inspector General, U.S. Dept. of Interior to The Secretary re Final Audit Report For Your Information – "Selected Aspects of Indian Trust Fund Activities, Bureau of Indian Affairs" |
| 949 | 02/13/90 | Memo from Associate Solicitor, Indian Affairs, BIA to Deputy to the Assistant Secretary – Indian Affairs (Operations) re Request for Opinion Regarding Trust Fund Losses |
| 950 | 05/11/90 | Memorandum to BIA from Arthur Andersen & Co (Albuquerque) re Report of Independent Public Accountants |
| 951 | 06/10/91 | Requisition |
| 952 | 06/10/91 | Requisition |
| 953 | 06/17/91 | Investments – Indian Trust Funds Paper prepared by John Vale, former BIA Investment Officer |
| 954 | 1993 | Myers-Kohl Rates History 3-Month and 10-Year Treasuries |
| 955 | 11/28/94 | US News & World Report article |
| 956 | 01/16/96 | 25 USC § 164 Restoration to tribal ownership of unclaimed per capita and other individual payments of tribal trust funds; deposit in general fund of the Treasury |
| 957 | 06/05/96 | Briefing Paper for Meeting with Paul Homan |
| 958 | 03/20/97 | U.S. Treasury Securities Interest Rates on Bills (New Issues) |
| 959 | 04/11/97 | Review of Osage Trust Records at Pawhuska, Oklahoma |
| 960 | 12/04/98 | "Commodity Prices – Most Notably, Oil – Have Returned to Multi-Year Lows" |
| 961 | 12/10/98 | Letter from Emmett M. Rice to Charles O. Tillman, Jr. re Payment of unclaimed trust funds to Osage annuitants |
| 962 | 07/02/01 | Letter from Doug Lords, Deputy Director Office of Trust Funds Management to the Honorable Charles O. Tillman re Osage Nation of the Office of the Solicitor's opinion re payment of interest on quarterly annuity check reissues |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 963 | 07/27/05 | Morgan Angel & Associates Subcontract Agreement |
| 964 | 09/05/05 | "Reviewed 9/5/05" |
| 965 | | Memo from Commissioner to Area Directors re Investment of Trust Funds in Treasury Securities |
| 966 | | Procedures Used in Actual Investment of Funds |
| 967 | | Page 311 |
| 968 | | III-5 General Description of Automated System |
| 969 | | Investment Policy |
| 970 | | Investment Guidelines |
| 971 | | Resume of John W. Vale |
| 972 | | Position Description Chief, Branch of Investments |
| 973 | | Invoice for John W. Vale for the month of October, 2005 |
| 974 | | Bureau of Indian Affairs Investment Program |
| 975 | | Principle I – Interest Rates Cannot Be Forecast |
| 976 | | April 16 CBD Announcement, H-Financial Services |
| 977 | | Suggested Pointers for a Tribe to File a Law Suit Against the US Government |
| 978 | | Most Important Osage Trust Issues by John Vale |
| 979 | | Quarterly Headright Payments 1994 through current |
| 980 | | Julian Date Calendar for Leap Years Only |
| 981 | | Osage Segregated Funds |
| 982 | | Gross Production Tax paid by Mineral Estate since March 1995 |
| 983 | | Julian Date Calendar (Perpetual) |
| 984 | | Functional Statement Branch of Investments |
| 985 | | 28 Tribes Had Deposits Exceeding $600,000 |
| 986 | | Organization of the Trust Funds (page 8) |
| 987 | | Bureau of Indian Affairs Investment Program |
| 988 | | Article – "Absent, Late to Work? Try These on the Boss" |
| 989 | | Opportunities Exist to Increase Income Through Improved Cash Management |
| 990 | | Bureau of Indian Affairs Investment Program |
| 991 | | Division of Trust Funds Management |
| 992 | | Handwritten notes |
| 993 | | Accounting and Financial Management Systems are Designed to Support BIA Operations, not the Management of the Trust Funds |
| 994 | | Division of Trust Funds Management |
| 995 | | Conclusions Trust Fund Accounting |
| 996 | | Proposed Language for New Contracts or Lease Agreements |
| 997 | | Federal Funds Rate |
| 998 | | Letter from Hazel E. ____________ re EFT every deposit of $25,000 or more |
| 999 | | Step V, Step VI |
| 1000 | | Osage Segregated Funds |
| 1001 | | Osage Estates Pending in Special Deposits |
| 1002 | | Interest Rates and Bond Yields |
| 1003 | | Tribal Funds Action Taken or Recommended |
| 1004 | | Highlights for FY 1979 |
| 1005 | | Duard R. Barnes letter re Tribal Trust funds page |
| 1006 | | Pages 14-15 |
| 1007 | | Pages 24-25 |
| 1008 | | Annual Reports Investments |
| 1009 | | Bureau of Indian Affairs Results of Investment Operations Fiscal Year 1979 |
| 1010 | | Bureau of Indian Affairs Results of Investment Operations Fiscal Year 1980 |

**Exhibits the Osage Nation May Offer if Necessary**

| | | |
|---|---|---|
| 1011 | | Bureau of Indian Affairs Results of Investment Operations Fiscal Year 1980 |
| 1012 | | Natural Resources Library |
| 1013 | | Summary of Trust Funds as of Final FY 81 |
| 1014 | | Other Areas of Potential Improvement |
| 1015 | | John W. Vale Resume |
| 1016 | | Background for Reviewers |
| 1017 | | “Reviewed Mostly Documents for Investments” |
| 1018 | | Bullet Points - Consulting Services That Can Be Provided |
| 1019 | | Handwritten list “Receipts” and “Disbursements” |
| 1020 | | Observations on the Investment of Funds Held in Trust for Indians |
| 1021 | | Treasury Overnight Interest of $10,000 or More Due Tribal Trust Fund Accounts for July 1986 through December 1986 |
| 1022 | | “Depositing of Tribal Trust Funds” |
| 1023 | | “Interest Earnings on Indian Trust Funds” |
| 1024 | | Memorandum to Mrs. Charlotte T. Lloyd from David Mosso re Proposed Amendment No. 3 to Joint Regulation No. 3 |
| 1025 | | Yields on Treasure Securities |
| 1026 | | Comparison of BIA Rates with One Year Treasuries |
| 1027 | | “Discount Rates – historic through present” |
| 1028 | | “Tribal and Individual Indian Monies Trust Funds Managed by the U.S. Department of the Interior, Bureau of Indian Affairs” – Financial Statements as of September 30, 1989 and 1988, together with Report of Independent Public Accountant Arthur Anderson & Co. [Cover page only] |
| 1029 | | Summary of Trust Fund Investment Reports, Detail of Trust Funds, Treas. Interest Calculations |
| 1030 | | § 202.6 Collateral Security |
| 1031 | | U.S. Department of the Interior, Bureau of Indian Affairs Report: “Indian Trust Fund Investments Fiscal Year 1977 Annual Report” |