**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed March 28, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME ITS MOTION TO STRIKE DEFENDANT'S FINAL EXHIBIT LIST**

Plaintiff Osage Nation respectfully moves for leave to file out of time its Motion to Strike Defendant's Final Exhibit List.

As described more fully in the Motion to Strike, Defendant's Final Exhibit List violates the Court's March 22, 2006 order ("Order"). The Order required that Final Exhibit Lists merely "delete all exhibits as to which an objection has been sustained or which have been withdrawn by the proffering party." Defendant's Final Exhibit List does not merely delete such exhibits; it also adds an exhibit not on the previous exhibit list and transfers 80 documents from its previous "May Offer" list to its "Expects to Offer" list.

The Order requires that "[a]ny alleged inaccuracies in the final exhibit lists identified by a party shall be submitted at or before 2:00 p.m. Tuesday, March 28, 2006." Due to the regrettable error of Counsel, Plaintiff missed the Court's 2 p.m. deadline and is filing this motion approximately ten hours late. Nevertheless, granting this motion to file out of time would not significantly prejudice the Defendant because the Court must in any event now decide when to

entertain objections to these 80 documents, because the procedure for raising such objections has been circumvented.

Dated this March 28, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation