**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt<br><br>Electronically Filed<br>March 29, 2006 |

**MOTION FOR LEAVE TO SUPPLEMENT JOINT EXHIBIT 1**

Plaintiff Osage Nation hereby requests leave to supplement Joint Exhibit 1, which consists of the parties' deposition designations, in order to add previously designated deposition testimony of Margaret Williams.

Ms. Williams is on Plaintiff's witness list and has been on every witness list submitted by the Plaintiff since its first list was filed on January 12, 2006. On January 12, the Osage Nation designated testimony from Ms. Williams' deposition to be introduced in lieu of live testimony. Thereafter, Government counsel stated that the Government would be calling Ms. Williams as a live witness in its case and that Plaintiff would have an opportunity to examine her at trial. Based on that representation by Government counsel, Plaintiff did not include in Joint Exhibit 1 the previous designations from Ms. Williams's deposition.

On March 27, 2006, the Government informed Plaintiff that it no longer would be producing Ms. Williams as a live witness. As a consequence, Plaintiff is filing with this motion the previously withdrawn deposition designations for Ms. Williams, and respectfully moves the Court to include these with the other previous deposition designations.

Plaintiff's counsel has conferred with Government counsel and is authorized to state that the Government neither opposes nor consents to this motion.

Respectfully submitted March 29, 2006.

/s/Wilson K. Pipestem
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for The Osage Nation