**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| | ) Electronically Filed: |
| Plaintiff, | ) March 29, 2006 |
| | ) |
| v. | ) No. 99-550L (into which has been |
| | ) consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) Judge Emily C. Hewitt |
| | ) |
| Defendant. | ) |
| ____________________________________ | ) |

**DEFENDANT'S NOTICE OF FILING REVISED FINAL EXHIBIT LIST DATED MARCH 29, 2006**

Pursuant to this Court's March 29, 2006 Order (Dkt. 217), Defendant respectfully files the attached Revised Exhibit List, dated March 29, 2006.

Respectfully submitted this 29th day of March, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*/s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
KEVIN LARSEN
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021
Attorneys for Defendant

OF COUNSEL:
Brenda Riel
Elisabeth Brandon
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-3714/4218
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627