**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**STIPULATIONS OF FACT**

**Background**

1. The Osage Agency is part of the Department of the Interior, Bureau of Indian Affairs, and is located in Pawhuska, Oklahoma, on the Osage Reservation.

2. The Osage Reservation is located in northern Oklahoma. The Reservation covers roughly 1.47 million acres. The boundaries of the Osage Reservation are co-extensive with the boundaries of present-day Osage County, Oklahoma.

**Petroleum Terms**

3. In the petroleum industry, crude oil is described as "sweet" if it has less than a specified, very low percentage of sulfur. In the petroleum industry, crude oil that has a significant quantity of sulfur is described as "sour."

4. In the petroleum industry, the "gravity" of crude oil is its specific gravity, i.e., the ratio between the weight of the crude oil and the weight of an equal volume of water. In the

petroleum industry, the specific gravity of crude oil is normally expressed in degrees on a scale developed by the American Petroleum Institute.

5. "Posted prices" are so named because in former times a prospective purchaser (usually a refiner) would tack a sheet to a post in a producing field stating how much it might be willing to pay for a crude oil or blend of oils of standardized quality (e.g., Oklahoma Sweet, West Texas Intermediate, Louisiana Light).

6. In the petroleum industry, "waterflood" is a method of recovering additional quantities of oil by injecting water underground for the purpose of "washing" the oil out of the reservoir rock and into the bore of a producing well.

**The Tranche One Leases**

7. The methodology for determining the monthly royalty due on crude oil produced from the Tranche One leases is specified in the leases and regulations

8. Royalty Rate is a fraction (often 1/8 or 1/6) and is usually expressed as a percentage. Royalty Value is expressed in United States dollars and cents per barrel.

**The Osage Agency's Procedures for Calculating Royalty Payments**

9. As a matter of routine, the Osage Agency sent out a Highest Posted Price Letter some time before the 25th of the month following the month in which the oil was produced.

10. The Osage Agency's Highest Posted Price Letter directed that each lessee on an Osage lease (or purchaser paying royalties on behalf of a lessee) make royalty payments based on the posted prices in the Bulletin or the lessee's actual selling price for oil from the Osage lease, whichever was higher.

11. As a matter of routine, the Osage Agency's Highest Posted Price Letter directed that the prices in the Highest Posted Price Letters be adjusted based on the gravity adjustment

tables attached to the Highest Posted Price Letter and the gravity of oil reported by the purchaser or lessee paying royalty.

12. As a matter of routine, Osage Agency staff compared the information on the lessee's report, on the purchaser's statement, and on the Highest Posted Price Letter.

13. During January 1976, May 1979, and November 1980, the Royalty Value used by the Osage Agency for crude oil did not exceed the maximum legal price a lessee could receive (or a purchaser could pay) for the particular oil subject to royalty.

**Procedures for Processing Royalty Payments for Osage Leases**

14. Before 1990, Osage Agency personnel sent royalty checks and associated paperwork by certified U.S. Mail to the Muskogee Area Office for deposit.

15. Typically, when the Muskogee Area Office received Osage royalty checks, it would verify the information sent from the Osage Agency in the associated paperwork and deposit the checks in a local federal depositary, the First National Bank of Muskogee, Oklahoma, which, in turn, would transmit the funds to the United States Treasury.

16. In January 1990, a bank in Pawhuska, Oklahoma was designated as a federal depositary.

**Procedures for Investing Royalties Received for Osage Leases**

17. As a general matter, deposits made by federal program agencies at federal depositaries are credited to the United States Treasury's General Account as of the next business day after the date the deposit was delivered to the depositary.

18. To invest tribal trust funds in the overnight instrument, the Bureau of Indian Affairs had to instruct Treasury to make the overnight investment; the investment would not occur automatically.

Dated this March 28, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources
Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff

*s/ Martin L. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 219-1659
Fax: (202) 208-3490

Teresa E. Dawson
Senior Counsel
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627