**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed April 3, 2006 |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PRAECIPE**

At the conclusion of the testimony of Plaintiff's expert Stephen Jay on April 3, the Court directed Plaintiff to file, by 8:00 p.m. the same day, a statement identifying the likely basis for Mr. Jay's statement to the following effect: that his understanding, from conversation with Plaintiff's counsel, was that the Court viewed the Arthur Andersen report's "benchmark" rates less favorably than Treasury-bill rates as a measure for calculating damages in this case.

Plaintiff's counsel advised Mr. Jay of the Court's remarks at the February 16 pre-trial conference on this subject. Pages 275 to 277 of the transcript of that conference have been attached as an exhibit to this filing.

Dated this April 3, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation