# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed April 19, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

On April 14, 2006, Heritage Reporting filed a revised trial transcript for proceedings held April 4, 2006. The revised transcript, identified as document no. 226 in the case's electronic docket, removes material from a previous day that was inadvertently inserted into the body of the April 4 proceedings. The revised transcript replaces the April 11, 2006 filing identified as document no. 222 for the proceedings of April 4, 2006. Any references to the proceedings of April 4, 2006 made in post-trial briefs should reference the revised transcript exclusively.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge