**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: April 26, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**PARTIES' JOINT MOTION FOR LEAVE TO FILE STIPULATED AMENDMENT TO JOINT EXHIBIT 1 - ERRATA SHEETS FOR DEPOSITION DESIGNATIONS**

The parties hereby respectfully move this Court for leave to file the attached stipulated amendment to Joint Exhibit 1, consisting of errata sheets for the depositions in which a party has designated excerpts in lieu of testimony for the Tranche One trial. The depositions are contained in Joint Exhibit 1 filed by the Parties on March 13, 2006. The errata sheets had not been included with the depositions in Joint Exhibit 1. Granting this motion will ensure that the deposition designations are complete and accurate.

Respectfully submitted on this 26th day of April, 2006,

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/ Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section

Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff

P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN S. WEBB
KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6456
Washington, D. C. 20240
Telephone: (202) 208-3490
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877

Fax: (202) 874-6627