Index to Exhibits
Stipulated Amendment to Joint Exhibit 1 -
Errata Sheets for Deposition Designations

| | |
|---|---|
| Exhibit A | Margaret Williams, October 3, 2005 Errata Sheet (August 16, 2005 Deposition) |
| Exhibit B | Margaret Williams, October 3, 2005 Errata Sheets (August 19, 2005 Deposition) |
| Exhibit C | Margaret Williams, October 3, 2005 Errata Sheet (August 26, 2005 Deposition) |
| Exhibit D | Rowena Beach, September 6, 2005 Errata Sheet (August 25, 2005 Deposition) |
| Exhibit E | Mary Lou Drywater, July 5, 2005 Errata Sheet (June 24, 2005 Deposition) |
| Exhibit F | Bob Fox, January 16, 2006 Errata Sheets (January 10, 2006 Deposition) |
| Exhibit G | Angela Toineeta, July 1, 2005 Errata Sheet (June 22, 2005 Deposition) |
| Exhibit H | Richard Winlock, July 7, 2005 Errata Sheet (June 24, 2005 Deposition) |
| Exhibit I | Carole Revard , July 7, 2005 Errata Sheet (June 20 & 21, 2005 Deposition) |
| Exhibit J | Milton Dial, January 27, 2006 Errata Sheet (January 19, 2006 Deposition) |
| Exhibit K | Pat Wrenn, September 27, 2005 Errata Sheets (August 31, 2005 Deposition) |

| | |
|---|---|
| Exhibit L | Douglas Lords, November 8, 2002 Errata Sheets (September 19 & 20, 2002 Deposition) |
| Exhibit M | Paul Tyler, Undated Errata Sheet (July 29, 2005 Deposition) |