# EXHIBIT A

THE OSAGE NATION vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 68 | 15 | Change ~~to~~ suspersion to suspense |
| 90 | 20 | Change ~~to~~ this to in |
| 122 | 10 | Change ~~to~~ institution to institutional |
| 1210 | 22-23 | Change ~~to~~ ride to right |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|

I, MARGARET WILLIAMS, do hereby certify that I have read the foregoing pages of my testimony as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, taken on August 16, 2005, except for the changes made.

Margaret Williams
MARGARET WILLIAMS

10/3/05
DATE