# EXHIBIT B

THE OSAGE NATION vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 169 | 4-5 | Change ~~to~~ had with to had it with |
| 192 | 20 | Change ~~to~~ Holiday to Holladay |
| 254 | 6 | Change ~~to~~ of Tranche to of the Tranche |
| 276 | 25 | Change to summary and detail |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|

I, MARGARET WILLIAMS, do hereby certify that I have read the foregoing pages of my testimony as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, taken on August 16, 2005, except for the changes made.

Margaret Williams
MARGARET WILLIAMS

10/3/05
DATE

THE OSAGE NATION vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 295 | 17 | Change to Summary and detail |
| 296 | 24 | Change to Summary and detail |
| 297 | 12 | Change to Summary and detail |
| 299 | 18,23 | Change to Summary and detail |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|

I, MARGARET WILLIAMS, do hereby certify that I have read the foregoing pages of my testimony as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, taken on August 16, 2005, except for the changes made.

Margaret Williams
MARGARET WILLIAMS

10/3/05
DATE

THE OSAGE NATION vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
|---|---|---|---|
| 322 | 17 | Change ~~to~~ | of to with |
| 272 | 12 | Change ~~to~~ | D to de- |
| 356 | 25 | Change ~~to~~ | Fund's to Funds |
| | | Change to | |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|

I, MARGARET WILLIAMS, do hereby certify that I have read the foregoing pages of my testimony as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, taken on August 16, 2005, except for the changes made.

Margaret Williams
MARGARET WILLIAMS

10/3/05
DATE