# EXHIBIT C

OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. USA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 42 | 7 | Change ~~to~~ agencies to investments |
| 49 | 10 | Change ~~to~~ Fund's to Funds |
| 105 | 6 | Change ~~to~~ pirnciple to principal |
| 85 | 23 | Change ~~to~~ how it money to how it as money |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 8 | 25 | Reporting to Current Reconciliation | upon reflection, didn't sound correct, verified against PD in exhibit. |
| 9 | 1 | Reporting to Current Reconciliation | |
| 47 | 15-16 | out of context - remove | refers to binders covering exhibit during deposition |
| 102 | 1-3 | Mr. Laforde said this. | I don't believe I said that I had previously provided. I was not involved in production |
| 201 | 1 | it needs to be clear that my response is referring to full audits vs. the 1995 balance sheet audit. | |

I, Margaret Williams, do hereby certify that I have read the foregoing pages of my testimony as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, taken on August 26, 2005, except for the changes made.

Margaret Williams
MARGARET WILLIAMS

10/3/05
DATE