# EXHIBIT D

CORRECTIONS TO 30(b)(6) DEPOSITION OF: ROWENA BEACH

RE: THE OSAGE NATION v. THE UNITED STATES OF AMERICA, No. 00-169L

| Page | Line | Change Requested | Reason Therefor |
| --- | --- | --- | --- |

Rowena D. Beach
ROWENA BEACH

Subscribed and sworn to before me this 6th day of September, 2005.

My commission Expires 01/05/2006.

Kathleen Rosson
Notary Public
082505ED
Comm#: 01D20748