# EXHIBIT E

CORRECTIONS TO DEPOSITION OF: MARY LOU DRYWATER

RE: THE OSAGE NATION and/or TRIBE OF INDIANS OF OKLAHOMA v. THE UNITED STATES OF AMERICA, 00-169L

| Page | Line | Change Requested | Reason Therefor |
|---|---|---|---|
| 10 | 18 | Parole to payroll | The drugstore had nothing to do with parole. Possible transcription error |

M. L. Drywater
MARY LOU DRYWATER

Subscribed and sworn to before me this 5th day of July, 2005.

My commission Expires 10/31/08.

Anita Forster
Notary Public

NOTARY SEAL PUBLIC
ANITA FORSTER
Notary Public
State of Oklahoma
Commission # 00018252 Expires 10/31/08

062405 ED