# EXHIBIT F

WITNESS CORRECTIONS AND SIGNATURE

Please indicate changes on this sheet of paper, giving the change, page number, line number and reason for the change. Please sign each page of changes.

PAGE/LINE CORRECTION REASON FOR CHANGE

P. 17 - Line 2. Federal Indian s/B Federal and Indian
P. 19 - Line 10. "Socially" - s/B "Closely"
P. 22 - Line 13. "Share" - s/B "select"
P. 22 - Line 18. "operator" - s/B "non-operator"
P. 51 - Line 19. "August 1st '73 - s/B "September 1st '73
P. 53 - Line 11 - "Aug. '73 - Sept '81 - s/B Sept. '73 - Jan. '81
P. 55 - Line 4 - "'81 - s/B Jan. '81
P. 55 - Line 22 - "Wasn't - s/B "Was"
P. 68 - Line 7 - delete the word "these".
P. 68 - Line 8 - insert "were" after numbers, and change "here" to "there".
P. 68 - Line 13 - "how it posts" - s/B "highest posting"
P. 82 - Line 24" - "collect" - s/B "correct"
P. 89 - Line 5 - "an whatever" - s/B "at whatever".
P. 99 - Line 8 - "effective '71, '73 - s/B "effective Sept. '73"
P. 100 - Line 22 - "producing departments," s/B "producing department accounting groups".
P. 101 - Line 22 - "ANTON" - s/B "ANTONIO".
P. 119 - Line 21 - "accrual" - s/B "application"

Bob B. Fox 1-16-06
BOB B. FOX



ORIGINAL

# Witness Corrections and Signature

P. 123 - Line 8 - "processing" - S/B "producing".
P. 123 - Line 18 - "Federal Indian" - S/B Federal and Indian.
P. 165 - Line 19 - "Texaco / Exxon" - S/B "Texaco / Chevron
P. 176 - Line 17 - "Federal Indian - S/B Federal and Indian
P. 181 - Line 22 - "Federal Indian" - S/B "Federal and Indian
P. 185; - Line 15 - "Federal Indian - S/B "Federal and Indian

Bob B. Fox 1-16-06

BOB B. FOX

S I G N A T U R E O F W I T N E S S

I, BOB B. FOX, solemnly swear or affirm under the pains and penalties of perjury that the foregoing pages contain a true and correct transcript of the testimony given by me at the time and place stated, with the corrections, if any, and the reasons therefor noted on the foregoing correction page(s), and that I am signing this before a Notary Public.

BOB B. FOX

STATE OF TEXAS *
COUNTY OF AUSTIN *

Before me, LYNDELL ASCHENBECK, on this day personally appeared BOB B. FOX, known to me, or proved to me under oath, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on this, the 17th day of January, 2006.

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
My Commission Expires: 07-23-06

JOB NO. 1-50682

LYNDELL ASCHENBECK
Notary Public, State of Texas
Commission Expires 07-23-2006



ORIGINAL