# EXHIBIT G

CORRECTIONS TO DEPOSITION OF: ANGELA TOINEETA

RE: THE OSAGE NATION and/or TRIBE OF INDIANS OF OKLAHOMA v. THE UNITED STATES OF AMERICA, 00-169L

| Page | Line | Change Requested | Reason Therefor |
| --- | --- | --- | --- |

Angela Toineeta
ANGELA TOINEETA

Subscribed and sworn to before me this 1st day of July, 2005.

My commission Expires 3-18-06.
#02004844

Jodie Barker
Notary Public

062205 ED