# EXHIBIT H

CORRECTIONS TO DEPOSITION OF: RICHARD WINLOCK

RE: THE OSAGE NATION and/or TRIBE OF INDIANS OF OKLAHOMA v. THE UNITED STATES OF AMERICA, 00-169L

| Page | Line | Change Requested | Reason Therefor |
|---|---|---|---|
| 34 - | | I A M | IIM miss spelled |
| 34 - | | I A M | IIM miss spelled |

RICHARD WINLOCK

Subscribed and sworn to before me this 7th day of July, 2005.

My commission Expires 3-18-06
#02004844

Notary Public

062405 ED