# EXHIBIT I

CORRECTIONS TO THE CONTINUATION OF THE DEPOSITION OF CAROLE REVARD

Re: The Osage Nation v. The United States of America
Case No. 00-169L
June 20th, 2005 and June 21st, 2005

| Page | Line | Change Requested | Reason Therefor |
| --- | --- | --- | --- |

Carole Revard
CAROLE REVARD

Subscribed and sworn to before me this 7th day of July, 2005.

Jodie Burke
Notary Public

My commission expires 3-18-06
#02004844

Pamela B. Stinchcomb, CSR