# EXHIBIT J

SIGNATURE OF DEPONENT

I, MILTON K. DIAL, the deponent in the above named deposition, have read the above and foregoing deposition, and the same is a true and accurate transcript of my testimony, save and except for changes and/or corrections, if any, as indicated by me on the amendment sheet(s) attached hereto as indicated.

Amendment sheet(s) attached ( ✓ )

No changes and no amendment sheets attached ( )

Milton K. Dial
MILTON K. DIAL

The signature of MILTON K. DIAL was subscribed and sworn to before me this 27th day of January, 2006.

My Commission expires: 1-13-08

Glennita R. Dixon
Notary Public

NOTARY PUBLIC
GLENNITA R. DIXON
STATE OF COLORADO
My Commission Expires Jan. 13, 2008

# *AMENDMENT SHEET*

**Upon reading the following deposition and before subscribing thereto, the deponent: MILTON K. DIAL indicated the following amendments should be made to aforesaid deposition:**

PAGE 25 LINE 6 — READS "... CONDUCT OF OFFICE ..."
SHOULD READ "... CONDUCT OF AUDITS AND ..."
REASON, IF ANY, ASSIGNED FOR CHANGE ____

PAGE 44 LINE 20 & 23 — READS "... MR. BOLT ..."
SHOULD READ "... MR. BOLDT ..."
REASON, IF ANY, ASSIGNED FOR CHANGE ____

PAGE 45 LINE 1 & 20 — READS "... MR BOLT ..."
SHOULD READ "... MR. BOLDT ..."
REASON, IF ANY, ASSIGNED FOR CHANGE ____

PAGE ____ LINE ____ — READS ____
SHOULD READ ____
REASON, IF ANY, ASSIGNED FOR CHANGE ____

PAGE ____ LINE ____ — READS ____
SHOULD READ ____
REASON, IF ANY, ASSIGNED FOR CHANGE ____

SIGNED Milton K Dial 1/27/06