# EXHIBIT K

I HEREBY CERTIFY that I have read this transcript of my deposition and that this transcript accurately states the testimony given by me, with the changes or corrections, if any, as noted.

X Pat M. Wren

Subscribed and sworn to before me this 27th day of September, 2005.

X Joycelyn McAllister
Notary Public

My commission expires:

Joycelyn McAllister
Notary Public, Prince George's County MD
My Commission Expires May 01, 2007

wanted?

A Yes, and then the amount.

Q Okay. And then what would Treasury do with that?

A We would take that information, basically consolidate it with other orders that were placed by other agencies, we would then get -- at a certain point in the day we would get prices, market prices, for those particular securities, and then we would make the calculations during the day, prepare the document, record the information in ledgers in our office, and at the end of the day or the next day we would send the information as to the price and the total costs back to the folks at Bureau of Indian Affairs.

Q And when in that process -- maybe you used a term that I wasn't familiar with it -- when in that process did you actually buy the security?

A Well, the security was on a book entry basis with the Bureau of the Public Debt, so it wasn't actually purchasing a security out ~~as~~ on a securities market. It was a book entry accounting

in a one-day certificate.

Q Okay. Are there different ledger cards for each kind of investment?

A There would have been separate ledger cards for the control ledger, which was 8/2/86, which was a recap of all the investments when those bonds were ~~billed~~ bought. There would have been separate ledger cards behind that for each security purchase, for each note, for each bond, and for each bill.

Q Okay. And so looking at -- I'm looking back now two pages in, 8287, this is a general ledger, but it's a one-day certificate?

A That's a one day certificate, yes.

Q Okay. So these are additional investments in one-day certificates, the first page we saw the notes, bonds, and bills in that time period, and then we have one-day certificates during this 1990 period on 8287?

A Yes.

Q Okay. And that's similar for the next several pages. And then on 8290 we've got market-based securities, do you see that?

program, so they were called market-based ~~specialty refunds~~ SPECIALS. They were just one-day securities.

Q Okay. And those tracked -- were those tracked separately because there were so many of them?

A And because they were maturing the next day.

Q Okay.

A I mean, there was more activity.

Q Were these one-day certificates the same as what we refer to as "overnighters"?

A Yes.

Q Okay. All right. Looking at these ledger cards, there's no way for me to tell, or for anyone reading these documents to tell what percentage of Tribals Trust funds that were actually -- the cash that was available what percentage of the cash that was available was invested; is that correct?

MR. WEBB: Objection; vague.

THE WITNESS: I don't understand what you're asking.

BY MR. PILSK:

New York, and then what was the next step?
A Then the next step was to prepare an advice of ~~visive~~ investment for that overnight.
Q Okay. So it was the same -- was it the same form, same documentation you saw?
A Basically yes, yes.
Q Okay.
A The ledger would be posted, document prepared, calculation checked, the document's sent to the Bureau of the Public Debt.
Q Okay.
A And then the document's sent to the agency.
Q All right. Now, other than your office in Treasury, was there any other office in Department of Treasury that was tracking or paying attention to the investment activity in the account?
A No.
Q Okay. As I understand it there was a separate account. This -- was it the 4386? I forgot the number. 8365, the Tribal Trust account, that had cash in it, and then at times cash came out

Tribals Trust funds.

A Well, if there was a, for example, a Social Security Trust Fund that by legislation could ~~informs~~ invest in PAR value securities --

Q Okay.

A -- those securities were different.

Q Okay.

A And the process might have been a little different as far as the calculation of the interest and things like that.

Q Okay. What about your recordkeeping and accounting, the use of the ledger control cards and that kind of thing? Was that different --

A No.

Q -- for different funds?

A No.

Q Okay. From your office's perspective can you tell me how the funds of the -- that were attributable to the Osage Tribal Trust Fund account were invested?

A I can tell you how the Indian Tribal Fund account was invested.