# EXHIBIT L

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

PAGE LINE

_______________ Change to _______________

_______________ Change to _______________

_______________ Change to _______________

_______________ Change to _______________

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 9 | 21422 | I believe they go up to level 6 and I'm at level 5. | I don't believe that the record properly reflects my comments at the time |
| 15 | 3 | I believe so, but I'm not | " same reason as above" |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 19th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords
DOUGLAS A. LORDS

11/8/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
|---|---|---|---|
| ______ | | Change to | ______ |
| ______ | | Change to | ______ |
| ______ | | Change to | ______ |
| ______ | | Change to | ______ |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 21 | 25 | Director the Deputy Director or designated Division Chiefs. | I don't believe that the record properly reflects my comments at the time. |
| 28 | 19 | Yes. Yes, the system reports since '95 have. | " same reason as above" |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 19th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords
DOUGLAS A. LORDS

11/8/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

PAGE LINE

______ Change to ______

______ Change to ______

______ Change to ______

______ Change to ______

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 30 | 5 | Depending on the tribe's wishes or needs | I don't believe that the record properly reflects my comments at the time. |
| 31 | 12 | It has a record of the purchase and how it was | "same reason as above" |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 19th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords
DOUGLAS A. LORDS

11/8/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
|---|---|---|---|
| 34 | 5 | Change to | "and" should be "in" |
| 39 | 6 | Change to | "not" to come out |
| 45 | 13 | Change to | "been --" to come out |
| 55 | 13 | Change to | "Also" should be "Others" |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 34 | 4 | And that is not the same thing as Omni-- I mean | I don't believe that the record properly reflects my comments at the time. |
| 39 | 7 | -- it's not an annuity account. It's a proceeds of labor, PL | " same reason as above" |
| 50 | 17 | the mail and it's out of my control | " same reason as above" |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 19th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords
DOUGLAS A. LORDS

11/8/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
|---|---|---|---|
| 63 | 24 | Change to | "you" should be "BIA" |
| | | Change to | |
| | | Change to | |
| | | Change to | |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 56 | 22 | time were such that I could not recover my cost. | I don't believe that the record properly reflects my comments at the time. |
| 63 | 24 | I don't maintain | I don't know where Mr. Parris or Brickell came into this unless it was an example |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 19th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords
DOUGLAS A. LORDS

11/8/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
|---|---|---|---|
| 75 | 1 | Change to | missing "form" after "that" |
| 84 | 25 | Change to | first word in sentence should be "tribe" |
| | | Change to | |
| 86 | 2 | Change to | "--" should be "system" |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 20th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords

DOUGLAS A. LORDS

11/8/02

Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 87 | 7 | Change to "--" should be "their records" |
| 89 | 14 | Change to "--" should be "initiative" |
| 99 | 21 | Change to "en---" should be "engagement" |
| 100 | 24 | Change to "I was told" should be removed |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 98 | 6 | who handles the Osage accounts may know more. | I don't believe that the record properly reflects my comments at the time. |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 20th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords
DOUGLAS A. LORDS

11/8/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 106 | 25 | Change to "was" should be "is" |
| 110 | 15 | Change to "--" should be "source of the funds" |
| 118 | 4 | Change to "with the --" should be removed |
| 118 | 19 | Change to "EFS" should be "FFS" |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 118 | 20 through 25 | Don't know if anything needs correcting or not since the record is very confusing. | |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 20th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords (signature)
DOUGLAS A. LORDS

11/18/02
Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | |
|---|---|---|
| 180 | 24 | Change to "—" should be "provide information" |
| 182 | 1 | Change to "week" should be "month" |
| 130 | 24 | Change to "three" should be "two" |
| 131 | 2 | Change to "costs" should be "cost" |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
|---|---|---|---|
| 182 | 25 | We use the date the funds are posted to TFAS. | I don't believe that the record properly reflects my comments at the time. |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 20th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords

DOUGLAS A. LORDS

11/8/02

Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
|---|---|---|---|
| 196 | st st ~~20~~ 16 22 | Change to | "report" should be "reported" |
| 216 | st ~~24~~ 16 | Change to | "TFAS" should be "OTFMS" |
| 231 | 24 | Change to | "--" should be "information" |
| 239 | 16 | Change to | "and Donna" should be removed |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

PAGE LINE CORRECTIONS REASON FOR CHANGE

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 20th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords

DOUGLAS A. LORDS

11/8/02

Date

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA vs. THE UNITED STATES OF AMERICA

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

| PAGE | LINE | | |
| --- | --- | --- | --- |
| 239 | 17 | Change to | "and Donna Erwin" should be removed |
| | | Change to | |
| | | Change to | |
| | | Change to | |

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

| PAGE | LINE | CORRECTIONS | REASON FOR CHANGE |
| --- | --- | --- | --- |

I, DOUGLAS A. LORDS, do hereby certify that I have read the foregoing pages of my testimony taken on September 20th, 2002, as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

Douglas A. Lords

DOUGLAS A. LORDS

11/8/02

Date