# EXHIBIT M

CORRECTIONS TO THE DEPOSITION OF PAUL TYLER

Re: The Osage Nation v. The United States of America
Case No. 00-169L
June 20th, 2005 and June 21st, 2005

| Page | Line | Change Requested | Reason Therefor |
|---|---|---|---|
| 10 | 16 | "that's" to "that" | typo. |
| 12 | 10 | "Governmental" to "Government" | typo. |
| 58 | 12 | "Hickory" to "Jicarilla" | typo. |

Paul Tyler
PAUL TYLER

Subscribed and sworn to before me this _____ day of ______________, 2005.

______________________
Notary Public

My commission expires______________________

Pamela B. Stinchcomb, CSR