**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: April 28, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED 50-PAGE LIMIT FOR POST-TRIAL BRIEFS**

Defendant respectfully moves this Court for leave for the parties to file opening post-trial briefs exceeding 50 pages, but which will not exceed 70 pages. In support of this motion, Defendant states as follows:

(1) Defendant has contacted Plaintiff's counsel regarding this motion and Plaintiff's counsel opposes the request for the parties to file opening post-trial briefs of up to 70 pages, but does not oppose the filing of opening post-trial briefs of up to 60 pages.

(2) The Court's Order of February 28, 2006, requires that the opening post-trial briefs consist of 50 pages or less and the Court's Order of March 7, 2006, requires that the parties submit opening post-trial briefs on or before May 4, 2006. Pursuant to the Court's Orders, Defendant intends to file Defendant's opening post-trial brief and expects the substantive portions of Defendant's brief, excluding table of contents and other introductory portions identified in RCFC 5.2(b)(1)(A) and (B), will exceed 50 pages, but will not exceed 70 pages.

(3) Defendant's brief will address issues of fact and law that require extensive discussion and analysis. Defendant must address the interpretation of the Osage regulations applicable to Plaintiff's

royalty calculation and collection claims. In light of the Court's rulings and views expressed during the pre-trial conferences and trial rejecting Defendant's argument that the Court should defer to the Interior Board of Indian Appeals' interpretation of the Osage regulations, Defendant's discussion of the requirements of the regulations is necessarily extensive and thorough. Further, Defendant's brief will fully address the legal issue of the applicability of price controls imposed under federal laws and regulations to the value of oil for purposes of calculating royalties for the first three Tranche One months. In addition, Defendant will explain, with extensive citations to the evidence, the manner in which the Osage Agency fulfilled its duties to collect and verify royalty payments, to deposit in a timely manner the royalties into an Osage trust fund, and to exercise its discretion to invest Tranche One royalty receipts. As the Court is aware, the evidence in this case is voluminous and consists of testimony from 17 witnesses, including five expert witnesses, 15 deposition designations, and 143 exhibits consisting of over 6,300 pages. The current 50-page limit is insufficient for addressing adequately the foregoing myriad legal and factual issues based on a substantial trial record.

For the forgoing reasons, Defendant respectfully moves for leave for the parties to file opening post-trial briefs exceeding 50 pages, but which will not exceed 70 pages.

Respectfully submitted on this 28th day of April, 2006,

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON

United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*

MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys

Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6513
Washington, D. C. 20240
Telephone: (202) 208-3401
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627