# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed May 4, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

In a telephone conversation initiated by the parties on May 4, 2006, the parties informed the court of errors that each had identified in the transcripts provided by Heritage of the trial held March 30 to April 12, 2006. The court agrees that identifying substantive errors and agreeing on specific corrections is desirable. The court endorses the proposal that a joint table of corrections be filed one week after the post-trial responsive briefing is due. The parties shall FILE a Joint Table of Corrections with the court on or before May 26, 2006. Any unresolved disagreements regarding either the existence of an error in the transcript or the correction to be supplied shall be indicated in the Table along with the information describing in detail the respective positions of the parties with respect to each disagreement.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge