**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| | ) | Electronically Filed March 29, 2006 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED VERSION OF PLAINTIFF OSAGE NATION'S POST-TRIAL BRIEF UNDER SEAL**

Pursuant to the Court's Order dated July 18, 2005 (Document 218 in Case. No. 00169) approving the parties' Joint Stipulation of Confidentiality (filed July 15, 2005 as Document 216 in Case No. 00169), Plaintiff Osage Nation respectfully requests leave to file an unredacted version of its Post-Trial Brief under seal. A redacted version of the Brief has been filed electronically. In support of its Motion, the Osage Nation states the following.

During the trial of this matter, the Osage Nation introduced into evidence a memorandum, identified as PX0682, from the Department of the Interior's Solicitor discussing certain issues relevant to this case. Pursuant to the Court's July 18, 2005 Order and the July 15, 2005 Joint Stipulation of Confidentiality, the United States asserts that PX0682 is protected by the attorney-client privilege and designated that document as "Privileged Material – Do Not Disclose." When PX0982 was received into evidence, the Court ordered it filed under seal, and further ordered that the portion of the transcript containing the testimony about PX0682 be filed under seal. Tr. 229:6-231:4 (Mar. 30, 2006).

The Osage Nation has quoted PX0682 in its Post-Trial Brief. Consistent with the Court's July 18, 2005 Order, the Joint Stipulation of Confidentiality, the Court's ruling during the proceedings on April 30, 2006 and in order to preserve the United States' claim of privilege for PX0682, the Osage Nation respectfully requests leave to file an unredacted version of its Post-Trial Brief under seal.

Counsel for the Osage Nation has discussed this Motion with counsel for the United States and the United States supports this motion.

Respectfully submitted May 4, 2006.

/s/Wilson K. Pipestem
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for The Osage Nation