**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**STIPULATION OF THE PARTIES REGARDING DUPLICATE EXHIBITS**

Pursuant to the Court's request, the parties have prepared, and hereby stipulate to, a list of duplicate exhibits admitted at the trial of this matter. In their respective Post Trial Briefs, the parties will identify any exhibit for which there is a duplicate with an asterisk.

| EXHIBIT DESCRIPTION | DUPLICATE EXHIBIT NOS. |
|---|---|
| Revard 30(b)(6) Deposition Exhibit No. 3[1] | PX578; PX751-0165 to 0403 |
| BIA Production Report for the Month of January 1976 | PX578-0002: PX579-0002; PX751-0166; DX0097 |
| Schedule of Collections #14-20-0699-71, dated 2/24/1976 | PX578-0004, 0018; PX579-0004, 0017; PX751-0168, 0182; DX0451; DX2675-0731 |
| Phillips Petroleum Company, 1976 | PX578-0006; PX579-0009; PX751-0170; DX2527; DX2675-0189, 0681 |
| Bill for Collection #12027964, dated 2/24/1976 | PX578-0008; PX579-0006; PX751-0172; DX0427; DX2675-0716 |
| Certificate of Deposit #71, dated 2/24/1976 | PX578-0009, 0020; PX579-0008, 0019; PX751-0173, 0184; DX0446; DX2675-0741 |
| Schedule of Collections #14-20-0699-72, dated 2/25/1976 | PX578-0012; PX579-0013; PX751-0176; DX0479; DX2675-0730 |
| Bill for Collection #12028009, dated 2/27/1976 | PX578-0013; PX579-0012; PX751-0177; DX0478; DX2675-0715 |

[1] Note – Exhibits PX578, PX579, PX751-0165 to 0466, and DX2675-0180 to 0260 are substantially similar. Most documents in PX751-0165 to 0466 and DX2675-0180 to 0260 can be found in PX578 and PX579.

| | |
|---|---|
| Certificate of Deposit #72, dated 2/25/1976 | PX578-0014; PX579-0014; PX751-0178; DX0477; DX2675-0740 |
| Oil Lessee's Report for January 1976 – Ceja Corporation | PX578-0026; PX579-0037; PX751-0190; DX0799; DX2675-0183 |
| Summary of Oil Runs from Osage w/ Leases, Jan. 1976 | PX578-0027; PX579-0030; PX751-0191; DX1095 |
| Oil Run Statement January 1976 Sun Oil Company | PX578-0028; PX579-0031; PX751-0192; DX2525; DX2675-0184, 0683 |
| Bill for Collection #12028034, dated 3/1/1976 | PX578-0035; PX579-0027; PX751-0199; DX0489; DX2675-0717 |
| Schedule of Collections #14-20-0699-73, dated 3/1/1976 | PX578-0036; PX579-0028; PX751-0200; DX0475; DX2675-0732 |
| Certificate of Deposit #73, dated 3/1/1976 | PX578-0037; PX579-0029; PX751-0201; DX0485; DX2675-0742 |
| Bill for Collection – Bill No. 12028055 | PX578-0039; PX579-0039; PX751-0203; DX0622 |
| Schedule of Collections #14-20-0699-74, dated 3/2/1976 | PX578-0040; PX579-0040; PX751-0204; DX0470 |
| Certificate of Deposit #74, dated 3/2/1976 | PX578-0041; PX579-0041; PX751-0205; DX0487 |
| Production report May 1979 | PX578-0043; PX579-0043; PX751-0207; DX0741; DX2675-0674 |
| Bill for Collection #12336948, Dated 6/21/1979 | PX578-0050; PX579-0046; PX751-0214; DX0002; DX2675-0718 |
| Schedule of Collections #14-20-0699-165, dated 6/21/1979 | PX578-0051; PX579-0047; PX751-0215; DX0828; DX2675-0733 |
| BIA Production Report for the Month of Nov. 1980 | PX578-0083; PX579-0083; PX751-0247; DX2673 |
| Daily Support Listing of TFCS Deposits for 12/19/80 | PX578-0109; PX579-0109; PX751-0273; DX0689 |
| Deposit Ticket #116555, dated 12/29/1980 | PX578-0122; PX579-0122; PX751-0286; DX0081; DX2465; DX2675-0735 |
| Daily Support Listing of TFCS Deposits for 12/29/80 | PX578-0125; PX579-0125; PX751-0289; DX0707 |
| Oil Production Report for the Month of Feb. 1986 | PX578-0129; PX579-0129; PX751-0293; DX2497 |
| Notice to Oil and Gas Lessees, and crude oil purchasers – Highest Posted Price Letter, Dated 8/4/89 | PX578-0182; PX579-0182; PX751-0346; DX2360; DX2675-0095, 0251 |
| Union Oil Co. of California Oil lessee's report 7/89 Osage Hominy | PX578-0194; PX579-0194; PX751-0358; DX2556; DX2675-0258 |
| Koch Oil Co. Crude Oil Purchase Statement, July 1989 | PX578-0195; PX579-0195; PX751-0359; DX2557; DX2675-0259, 0712 |
| Deposit ticket Nos. 649245 and 649246, dated 8/25/89 | PX578-0205; PX751-0369; DX0539; DX2675-0738 |
| Daily Support Listing FDS Dept. 8/25/89 | PX578-0206; PX579-0204; PX751-0370; DX0942; DX2675-0723 |
| From Superintendent, Osage Agency to oil, gas lessees and crude purchasers – Highest Posted Price Letter, Dated 3/7/86 | PX751-0452; DX2547; DX2675-0058, 0228 |

| | |
|---|---|
| Top 80 percent companies for July 1989 using Oklahoma / Kansas runs | PX751-0523, 0580; DX2345; DX2675-0060 |
| Daily Support Listing FDS Dept. 8/24/89 | DX0941; DX2675-0721 |

Dated this May 4, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources
Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff

*s/ Martin L. LaLonde*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6513
Washington, D. C. 20240

Telephone: (202) 219-7403
Fax: (202) 208-0559

Teresa E. Dawson
Senior Counsel
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627