# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed May 5, 2006)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion for Leave to File Unredacted Version of Plaintiff Osage Nation's Post-Trial Brief Under Seal (Motion), filed May 4, 2006. Plaintiff's opening post-trial brief includes quotations from an exhibit moved into evidence by plaintiff and, on defendant's request, filed under seal by the court during trial. See Transcript 229:1-18 (Mar. 30, 2006). Based on the representations contained therein, the court GRANTS plaintiff's Motion. Pursuant to section I.(7) of General Order No. 42A of the Rules of the Court of Federal Claims (RCFC), the court authorizes plaintiff to file the unredacted version of plaintiff's opening brief under seal.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

Judge