**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: May 18, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169 L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED VERSION OF DEFENDANT'S RESPONSE TO PLAINTIFF'S POST-TRIAL BRIEF UNDER SEAL**

Defendant respectfully moves this Court for leave to file under seal an unredacted version of its Response to Plaintiff's Post-Trial Brief. In support of this motion, Defendant states as follows:

(1) In its post-trial brief, Plaintiff included quotations from an exhibit (PX0682) that it had moved into evidence and that the Court, at Defendant's request pursuant to the Court's Order dated July 18, 2005 (Dkt. No. 218, Case No. 00-169), filed under seal at trial. On May 4, Plaintiff filed a version of its Post-Trial brief that redacted sections related to the foregoing exhibit.

(2) On May 5, 2006, the Court granted Plaintiff's Unopposed Motion for Leave to File Unredacted Version of Plaintiff Osage Nation's Post-Trial Brief Under Seal. Plaintiff subsequently filed, under seal, a version of its Post-Trial Brief that included the sections related to the foregoing exhibit.

(3) In its Response to Plaintiff's Post-Trial Brief, Defendant quotes from and discusses the contents of the privileged exhibit addressed in Plaintiff's Post-Trial Brief. On May 18, 2006, Defendant will file electronically a version of its response brief that redacts this discussion and

quotations. It herein seeks leave to file an unredacted version under seal.

(4) Counsel for the United States has conferred regarding this motion with Counsel for the Osage Tribe, who stated that Plaintiff does not oppose this motion.

Respectfully submitted on this 18th day of May, 2006,

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor

Division of Indian Affairs
U.S. Department of the Interior
MS 6513
Washington, D. C. 20240
Telephone: (202) 208-3401
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.

Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627