# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed May 22, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Leave to File Unredacted Version of Defendant's Response to Plaintiff's Post-Trial Brief Under Seal (Motion), filed May 18, 2006. Plaintiff's opening post-trial brief included quotations from an exhibit moved into evidence by plaintiff and, on defendant's request, filed under seal by the court during trial. See Transcript 229:1-18 (Mar. 30, 2006). The court, in its Order of May 5, 2006, granted plaintiff's motion for leave to file an unredacted version of its opening brief. Defendant now moves the court to allow it to file under seal an unredacted version of its response brief that includes discussion of the contents of the privileged exhibit. Based on the representations contained therein, the court GRANTS defendant's Motion. Pursuant to section I.(7) of General Order No. 42A of the Rules of the Court of Federal Claims (RCFC), the court authorizes defendant to file the unredacted version of defendant's response brief under seal.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

Judge