# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed May 25, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

In a telephone conversation initiated by the parties on May 25, 2006, the parties requested an extension of time in which to file the Joint Table of Corrections to the transcript of the trial held March 30 to April 12, 2006, as provided by the court's Order of May 4, 2006. The parties have identified errors that apparently can best be resolved by listening to the relevant sections of the trial recordings. Heritage Reporting Corporation, the transcript service used by the court for this trial, has agreed to furnish tapes to plaintiff's counsel for the purpose of correcting errors in the transcription. The parties shall coordinate their review of the sections of the transcript that are at issue. The date for filing the Joint Table of Corrections with the court has been extended by one week, to June 2, 2006. Any unresolved disagreements regarding either the existence of an error in the transcript or the correction to be supplied shall be indicated in the Table along with the information describing in detail the respective positions of the parties with respect to each disagreement.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge