# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |
| | ) | Electronically Filed<br>June 1, 2006 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ADDITIONAL TIME TO FILE JOINT TABLE OF CORRECTIONS TO TRIAL TRANSCRIPTS

Plaintiff Osage Nation and Defendant the United States respectfully request an additional two weeks, to June 16, 2006, to file the Joint Table of Corrections to the trial transcripts that the Court ordered to be filed by June 2, 2006 (Order, May 25, 2006 (Dckt. No 245)). In support of this Motion, the parties state the following.

On or about May 4, 2006, the parties informed the Court that they had identified a number of errors in the transcripts of the trial in this matter and sought leave to file a Joint Table of Corrections. The Court granted that request, and ordered that the Joint Table of Corrections be filed by May 26, 2006. Order, May 4, 2006 (Dckt. No. 233). In the course of reviewing the transcripts, the parties determined that a number or errors could only be resolved by listening to the audio tapes of the trial. During a telephone conference on May 25, 2006, the Court directed Heritage Reporting to provide a set of audio tapes of the trial in this matter to the parties and extended the filing of the Joint Table of Corrections by one week, to June 2, 2006. Heritage apparently indicated that the tapes would be provided on May 26 or May 30, 2006.

The parties did not receive any tapes on May 26 or May 30, despite several phone calls to Heritage. On May 31, 2006, counsel for the Osage Nation received tapes of the Pre-Trial Conference from Heritage, but no tapes of the trial. After further telephone conversations with Heritage, Heritage provided the tapes of March 30 and April 12, which counsel had identified as priority days, late in the day on May 31. Heritage indicated that the remaining tapes would be provided in groups on June 1 and June 2. Heritage further informed counsel that there were approximately 4-6 tapes for each trial day, for a total of approximately 45 tapes.

Because the parties did not have access to any of the tapes until June 1, and will not have access to all of the tapes until June 2 at the earliest, the parties will not be able to complete the Joint Table of Corrections by June 2, 2006. Because of the remaining uncertainty as to when all of the tapes will be available, and the further uncertainty as to how long it will take to locate the precise passages at issue among the approximately 45 tapes, the parties respectfully request an additional two weeks, through and including June 16, 2006, to file the Joint Table of Corrections.

Dated this June 1, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources
Division

*s/ Brett D. Burton*
BRETT D. BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212
Fax: (202) 353-2021

Counsel of Record for Defendant

*s/ Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for Plaintiff

*s/ Martin L. LaLonde*
MARTIN J. LALONDE
KEVIN S. WEBB
KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:
Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6513
Washington, D. C. 20240
Telephone: (202) 219-7403
Fax: (202) 208-0559

Teresa E. Dawson
Senior Counsel
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-2567
Fax: (202) 874-6627