# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed June 5, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Additional Time to File Joint Table of Corrections to Trial Transcripts (Motion), filed June 1, 2006. By its Order of May 25, 2006, the court extended the initial date of filing of the Joint Table of Corrections from May 26 to June 2, 2006. Order of May 25, 2006 at 1. The parties have informed the court that difficulties arising during playback of some of the trial transcript tapes will require additional time for resolving transcript errors identified by the parties. For the reasons contained therein, the court GRANTS the Motion. The date for filing the Joint Table of Corrections with the court has been extended to June 16, 2006. Any unresolved disagreements regarding either the existence of an error in the transcript or the correction to be supplied shall be indicated in the Table along with the information describing in detail the respective positions of the parties with respect to each disagreement.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge