**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Electronically Filed:<br>June 15, 2006<br><br>No. 99-550L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt |

**PARTIES' JOINT TABLE OF CORRECTIONS TO TRIAL TRANSCRIPTS**

Pursuant to the Court's May 4, 2006, May 25, 2006, and June 5, 2006 Orders, the parties hereby submit their Joint Table of Corrections to Trial Transcripts.

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE

Assistant Attorney General
Environment and Natural Resources Division

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Counsel of Record for The Osage Nation

*s/ Brett D. Burton*
BRETT D. BURTON
United Sates Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0212

Counsel of Record for Defendant

*s/ Kevin S. Webb*
MARTIN J. LALONDE
KEVIN S. WEBB
KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

Elisabeth Brandon
Brenda Riel
Attorneys
Office of the Solicitor
Division of Indian Affairs
U.S. Department of the Interior
MS 6513
Washington, D. C. 20240
Telephone: (202) 208-3490
Fax: (202) 219-0559

Teresa E. Dawson
Senior Counsel
Office of Chief Counsel
Financial Management Service
U.S. Department of the Treasury
401 14th Street, S.W.
Washington, D.C. 20227
Telephone: (202) 874-6877
Fax: (202) 874-6627

JOINT TABLE OF CORRECTIONS TO TRIAL TRANSCRIPTS

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 2:23 | Terry | Terri |
| 2:24 | Elizabeth | Elisabeth |
| 4:16 | teh | the |
| 6:9 | and to | into |
| 6:24 | Brett V. Burton | Brett D. Burton |
| 7:4 | Terry Dawson | Terri Dawson |
| 7:5 | Elizabeth Brandon | Elisabeth Brandon |
| 13:6 | 1906, United | 1906, the United |
| 14:20, 25 | Carol | Carole |
| 16:25 | state | estate |
| 17:4 | sense | cents |
| 18:11, 13 | Kansas, Oklahoma | Kansas-Oklahoma |
| 18:22 | Carol | Carole |
| 19:6, 7, 8 | Carol | Carole |
| 21:15 | Carol | Carole |
| 23:25 | lessees | lessees’ |
| 24:12 | honors | honor |
| 27:19 | honors | honor |
| 29:20 | charged one month | Tranche One months |
| 29: 17, 21 | Landelius | Lundelius |
| 30:2, 5, 6, 11, 14, | Lindelius | Lundelius |
| 30:8, 17 | charged-one | Tranche One |
| 30:21 | trunches | Tranches |
| 30:23, 24 | charge-one | Tranche One |
| 31:4 | transition-by-transaction | transaction-by-transaction |
| 31:18 | where | were |
| 32:16 | Trunch | Tranche |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 33:9 | Linecksa | Lenexa |
| 33:12 | closed trial | post-trial |
| 33:17 | Trunce | Tranche |
| 34:15, 19 | Mr. Pipestem | Mr. Tuite |
| 36:6 | Belve Life Preservation | Belknap Reservation |
| 37:14 | unit-terminal | unicameral |
| 37:21 | where | were |
| 38:3 | tie | tied |
| 39:23 | Ponka | Ponca |
| 39:24 | Bartlesfield | Bartlesville |
| 42:25 | others | others’ |
| 44:3 | Mr. Pipestem | Mr. Pilsk |
| 45:4, 7, 10, 11 | Trunch | Tranche |
| 45:9 | East Homiy | East Hardy |
| 46:2 | Trunch | Tranche |
| 46:24 | Nebraskan | Nebraska |
| 47:1, 5, 8, 25 | Same Dan | Samedan |
| 48:1, 2, 6, 8, | Same Dan | Samedan |
| 49:14 | CD | CO |
| 49:18 | Same Dan | Samedan |
| 53:3 | it more | is it more |
| 54:4 | an aid | in aid |
| 55:22 | Same Dan | Samedan |
| 59:18 | Trunch | Tranche |
| 60:8, 14, 15 | Trunch | Tranche |
| 61:5 | breeches | breaches |
| 61:23 | Scot | Scott |
| 62:21 | Trunch | Tranche |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 64:9 | Jim | Just |
| 69:10 | leasee | lease |
| 73:20 | lack | LACT |
| 74:1 | Avon | Avant |
| 74:20 | Cote | Koch |
| 75:8 | Coke | Koch |
| 76:7 | poster | posted |
| 76: 20 | Trunch | Tranche |
| 79:19 | their | there |
| 83:5, 9 | Riniek | Reineke |
| 86:1 | 9-X | NYMEX |
| 97:4 | lessor | lesser |
| 98:19 | Riniek | Reineke |
| 103:2 | Riniek | Reineke |
| 103:10 | hind | kind and |
| 105:7 | Riniek | Reineke |
| 112:1 | lessee’s | lessees’ |
| 113:7 | 049904500 | 0499-0500 |
| 113:13, 14, 19, 22 | lessee’s | lessees’ |
| 117:9 | Carol | Carole |
| 118:5 | level | month |
| 120:16 | Riniek | Reineke |
| 121:5 | Riniek | Reineke |
| 121:6 | Carol | Carole |
| 123:16 | purchasers’ | purchaser’s |
| 125:6 | lessee’s | lessees’ |
| 125:6 | ore | oil |
| 125:8 | gager | gauger |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 125:13 | lessees | lessees’ |
| 126:3 | royal | royalty |
| 128:4 | lessee’s | lessees’ |
| 129:4 | page | same page |
| 129:15 | PX-7510646 | PX-751-0646 |
| 133:1, 3 | Coor | Core |
| 133:2, 6, 9 | Carol Rivard | Carole Revard |
| 133:14 | trance | Tranche |
| 136:14, 15, 17 | Coor | Core |
| 137:1 | Coor | Core |
| 140:25 - 141:1[1/] | MISSING TEXT | |
| 143:24 | effect | affect |
| 147:12 | Rivard | Revard |
| 148:11, 19 | Coor | Core |
| 148:11 | Rivard | Revard |
| 151:10 | Rivard | Revard |
| 151:14 | determine | determined |
| 156:9 | southwest | Southwest |
| 157:1 | ineligible | illegible |
| 162:22 | low | lower |
| 163:13 | what the | what does the |
| 170:20 | majored | measured |
| 172:4 | gages | gaugers |
| 173:17 | tick | ticket |

[1/] It is apparent from the syntax of transcript that the transcript does not accurately reflect what was said in Court. Unfortunately, for the passage in question, Heritage Reporting Corporation’s tapes are damaged and inaudible. Consequently, the parties were unable to determine what was omitted from the transcript.

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 175:24 | witnesses | witnessed |
| 179:21 | stop | top |
| 199:23 | Mr. Bard | Ms. Revard |
| 205:16 | it not be | it may not be |
| 211:20 | Kansas, Oklahoma | Kansas-Oklahoma |
| 215:9 | 535 and we have 1350 | 5.35 and we have 13.50 |
| 217:1 | total | Total |
| 219:4, 6 | Kansas, Oklahoma | Kansas-Oklahoma |
| 229:25 | sealed and | sealed in |
| 233:8 | some up | sum up |
| 232:25 | total | Total |
| 234:11 | 533 | 5.33 |
| 234:12 | 1310 | 13.10 |
| 234:23, 25 | Plat's | Platt's |
| 235:2, 13 | Plat's | Platt's |
| 242:8, 10, 13 | Plat's | Platt's |
| 250:17 | testify | testified |
| 283:18 | consider indulgence | consider it indulgence |
| 291:24 | Terry | Terri |
| 291:25 | Elizabeth | Elisabeth |
| 299:10 | bide | bid |
| 299:16 | IA | I |
| 300:18 | Pasqieaqui | Pascua Yaqui |
| 302:14 | Navaho | Navajo |
| 311:25 | Shumate | Shoemate |
| 313:13 | Park City | Ponca City |
| 313:18 | Navaho | Navajo |
| 320:15 | Burbankfield | Burbank field |

| Line:Page | Transcript | Correction |
|---|---|---|
| 323:11 | Navaho | Navajo |
| 332:9 | BTA | BSW |
| 333:15 | yield | view |
| 335:19 | Parrish | Parris |
| 344:6-7 | T, he | The |
| 344:20 | inconsistence | inconsistency |
| 347:20 | Jinne Mae | Ginnie Mae |
| 348:2 | Mayo | Manual |
| 348:9 | EZtreive | EZtrieve |
| 364:11 | Indojolindan | Individual Indian |
| 367:25 | Anderson | Andersen |
| 369:17 | Pasque | Pawhuska |
| 382:10 | PX477-006 | PX477-0006 |
| 395:17, 18 | Paris | Parris |
| 397:14 | Navaho | Navajo |
| 409:8 | reenforce | reinforce |
| 425:7 | of | on |
| 431:26 | Terry | Terri |
| 431:27 | Elizabeth | Elisabeth |
| 433:10 | BIA'sefforts | BIA's efforts |
| 443:21 | recur | recall |
| 444:14, 15, 20, 21 | evaluation | valuation |
| 445:13 | evaluation | valuation |
| 464:15 | testify | obtain |
| 475:7 | is | as |
| 480:14 | Is | Does |
| 484:14 | to made | to be made |
| 489:7 | agree-upon | agreed-upon |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 489:23 | make | meet |
| 491:1 | responsibility to | responsibly |
| 492:19 | controller | Comptroller |
| 496:1 | controller | Comptroller |
| 509:21 | $50,145,35 | $50,145.35 |
| 510:21 | Trance | Tranche |
| 511:14 | the70,040.70 | the 70,040.70 |
| 517:2 | loss | lost |
| 523:8 | 197 | 1976 |
| 525:25 | summary | summarize |
| 526:14 | Trance | Tranche |
| 531:24, 25 | loss | lost |
| 581:20 | September | December |
| 568:7 | considers | continues |
| 586: 16 | oil | all |
| 589:19 | clarity | clarification |
| 600:23 | itself | I'm just |
| 602:6 | perfect | part of |
| 609:10 | support | court |
| 617:14 | methodological | methodological error |
| 620:15 | TX-476 | PX-476 |
| 622:22 | area | error |
| 623:4 | 1891 | 1981 |
| 623:11 | Nor | Now |
| 626:17 | daily | Lundelius' |
| 652:1 | no | on |
| 653:12, 15 | past | passed |
| 656:23 | or | of |

| Line:Page | Transcript | Correction |
|---|---|---|
| 669:13 | 0408 | 0048 |
| 673:13 | no | on |
| 674:10 | find | point |
| 675:3 | PF750-0048 | PX750-0048 |
| 689:4, 11, 16 | Van | Vann |
| 705:17 | WPWPCCOEarly | A Early |
| 707:10 | WPWPCCONo | A No |
| 716:9 | qQ | Q |
| 716:21 | probably inartful | probably an inartful |
| 726:21 | Stanley | Stanlee |
| 727:13, 18 | Stanley | Stanlee |
| 733:4 | Stanley | Stanlee |
| 742:19, 20 | Shumate | Shoemate |
| 750:15 | concrete | concrete evidence |
| 751:24 | council | counsel |
| 759:4, 13, 18 | Shawn | Sean |
| 784:15 | MR. LARSEN | THE WITNESS |
| 797:3 | that I've ordered | that's out of order |
| 808:6 | Herlberg | Hurlburt |
| 809:8 | Herlberg | Hurlburt |
| 814:5 | Terry | Terri |
| 814:6 | Elizabeth | Elisabeth |
| 815:9-10 | Gerry Jean Branstedder | Jerri Jean Branstetter |
| 827:7 | Rater | Rather |
| 827:17, 21 | Trunche | Tranche |
| 829:19 | Tuit | Tuite |
| 833:11 | Gerry Jean Branstedder | Jerri Jean Branstetter |
| 833:15, 17 | Hulbert | Hurlburt |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 834:6 | Branstedder | Branstetter |
| 834:6 | Hulbert | Hurlburt |
| 835:2 | Bronstedeer | Branstetter |
| 835:24 | seventh-eight | seven-eighth |
| 836:2, 25 | Hulbert | Hurlburt |
| 836:22 | Trunche | Tranche |
| 837:1 | Trunche | Tranche |
| 838:5 | and | on |
| 839:19 | highest-offering | highest-offered |
| 839:22 | Hulbert | Hurlburt |
| 839:25 | Trunche | Tranche |
| 840:7 | Trunche | Tranche |
| 841:4, 14 | Hulbert | Hurlburt |
| 844:2 | he | the |
| 844:22 | Branstedder | Branstetter |
| 844:22 | Hulbert | Hurlburt |
| 845:1, 13 | Branstedder | Branstetter |
| 845:19 | Hulbert | Hurlburt |
| 845:22, 25 | Trunche | Tranche |
| 846:16 | Trunche | Tranche |
| 847:4, 6, 8 | Trunche | Tranche |
| 847:14 | Judy | Judi |
| 848:7 | Bradshaw | Bratcher |
| 848:24 | Trunche | Tranche |
| 849:2 | Trunche | Tranche |
| 849:17 | Trounce | Tranche |
| 853:9, 10, 18, 23, 24 | Gerry Jean Branstedder | Jerri Jean Branstetter |
| 854:4, 9, 11, 19, 22 | Branstedder | Branstetter |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 855:12 | Bransteddder | Branstetter |
| 855:22, 25 | DeConner | Dick Conner |
| 856:3 | Bransteddder | Branstetter |
| 856:20, 22 | Graves | Gray's |
| 857:6 | Bransteddder | Branstetter |
| 857:14, 18 | Graves | Gray's |
| 858:1 | Grace | Gray's |
| 858:6 | Graves | Gray's |
| 861:1, 10 | Bransteddder | Branstetter |
| 861:5 | Accountant Technician | Accounting Technician |
| 862:12 | Bransteddder | Branstetter |
| 863:22 | Six | One-sixth |
| 864:2 | Sixth | One-sixth |
| 864:17 | Eight | Eighth |
| 864:21 | Bransteddder | Branstetter |
| 865:20 | Bransteddder | Branstetter |
| 866:7 | Bransteddder | Branstetter |
| 867:12 | Bransteddder | Branstetter |
| 868:7 | Bransteddder | Branstetter |
| 869:25 | Bransteddder | Branstetter |
| 870:10 | Bransteddder | Branstetter |
| 871:6, 8 | Bransteddder | Branstetter |
| 871:13 | LTT | LTC |
| 872:5 | Bransteddder | Branstetter |
| 874:24 | Bransteddder | Branstetter |
| 875:14 | 423 | 1095 |
| 875:20 | Bransteddder | Branstetter |
| 876:7, 25 | Bransteddder | Branstetter |

| Line:Page | Transcript | Correction |
|---|---|---|
| 877:20 | Branstedder | Branstetter |
| 879:1, 20, 24 | Branstedder | Branstetter |
| 879:5 | Rent | Run |
| 879:6 | Sayhon | Ceja |
| 882:18 | Branstedder | Branstetter |
| 882:22 | Essay | Lessee |
| 883:10 | Branstedder | Branstetter |
| 883:14 | IOC | Oil Lessee Report |
| 883:14 | Sayhon | Ceja |
| 884:13 | Branstedder | Branstetter |
| 884:17 | Bill for Collections | Bill for Collection |
| 885:4 | Branstedder | Branstetter |
| 886:6 | run | right |
| 887:24 | Branstedder | Branstetter |
| 890:17, 19 | Branstedder | Branstetter |
| 891:15 | Branstedder | Branstetter |
| 892:10 | Branstedder | Branstetter |
| 893:7, 23 | Branstedder | Branstetter |
| 894:23 | Branstedder | Branstetter |
| 895:15 | Branstedder | Branstetter |
| 899:17 | one-eight | one-eighth |
| 902:22 | Saha | Ceja |
| 903:10 | Rent | Run |
| 904:21 | Rent | Run |
| 907:7 | Eight | Eighth |
| 916:11 | gage | gauge |
| 919:17 | Rent | Run |
| 919:18 | Rent | Run |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 923:2 | Suite | Sweet |
| 924:13 | rent | run |
| 925:3 | Suite | Sweet |
| 925:7 | Suite | Sweet |
| 933:12 | Annuitants | Annuitant |
| 946:7 | rent | run |
| 954:24 | Commissioner | Mr. |
| 962:3 | Rent | Run |
| 962:12 | Rent | Run |
| 962:13 | Rent | Run |
| 972:4 | Brad | Brett |
| 987:23 | JX-016-00001 | JX-016-0001 |
| 989:1 | JX-016-00002 | JX-016-0002 |
| 1027:17 | Cozat | Cozad |
| 1039:16, 22 | LATC | LACT |
| 1046:24 | LATC | LACT |
| 1047:4 | LATC | LACT |
| 1048:24 | LATC | LACT |
| 1049:3, 21 | LATC | LACT |
| 1049:12 | is | his |
| 1056:18 | [price | price |
| 1076:14 | 30B6 | 30(b)(6) |
| 1083:14 | MS. | Ms. |
| 1093:21 | Say | Way |
| 1153:14 | theme | time |
| 1171:25 | COCO | Koch |
| 1172:13 | of | or |
| 1180:23 | there | they |

| Line:Page | Transcript | Correction |
|---|---|---|
| 1181:5 | there | they |
| 1183:3 | theses | processes |
| 1188:21 | Chu | Chew |
| 1189:17 | Chu | Chew |
| 1207:13 | Chu | Chew |
| 1212:17 | Chu | Chew |
| 1218:2 | Chu | Chew |
| 1224:23 | contact on | contacting |
| 1247:8 | Protector | Particular |
| 1254:19-20 | 50 of the total wells | 50% of the total wells |
| 1255:8 | getting total income | getting less income, total income |
| 1267:2 | Tuite | Chew |
| 1269:3, 13 | Tuite | Chew |
| 1270:14 | mr. | Mr. |
| 1284:1 | Offer | Offered |
| 1284:15 | Top | topic |
| 1290:23 | Cheu | Chew |
| 1292:23 | Cheu | Chew |
| 1293:4 | Agent | Major |
| 1293:25 | Past | Highest |
| 1302:2 | State | Estate |
| 1320:16 | Sent | went |
| 1345:6 | ask | asked |
| 1362:18 | Traunch | Tranche |
| 1374:1 | expiration | exploration |
| 1394:24 | Coke | Koch |
| 1401:21 | profession | professional |
| 1419:19 | thinks till | think still |

| Line:Page | Transcript | Correction |
|---|---|---|
| 1432:21 | Trunche | Tranche |
| 1433:5, 10, 11 | Trunche | Tranche |
| 1434:1 | Trunche | Tranche |
| 1434:10 | peal | peel |
| 1439:1 | Trunche | Tranche |
| 1441:15 | Hulbert | Hurlburt |
| 1441:15 | Carol | Carole |
| 1441:20 | Branstedder | Branstetter |
| 1445:9 | Trunche | Tranche |
| 1446:13 | 1990 | 1980 |
| 1447:9, 14, 20, 23, 24 | Trunche | Tranche |
| 1447:11 | o | to |
| 1461:23 | there | the |
| 1480:12 | mobile | Mobil |
| 1487:23 | had to be off duty to determine | had to do to determine |
| 1487:25 | calculate the royalty if there would have been a deed | calculate the royalty if there would have been any due |
| 1491:18 | DX2675-01 and 02 | 2675-0102 |
| 1491:23 | Deeds | Due |
| 1492:5, 19 | deed | due |
| 1493:2 | in | and |
| 1497:16 | the volume at 35 and 35 degrees | and the volume at 35 degrees |
| 1498:7 | office | offered |
| 1499:7 | Common units | Osage Hominy unit |
| 1501:20 | deed | due |
| 1502:4, 24 | deed | due |
| 1503:1, 18 | deed | due |
| 1506:9, 14 | data | daily |
| 1522:16 | gage | gauge |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 1525:11 | Carol | Carole |
| 1539:13 | t | at |
| 1540:7 | $92 | $92 thousand |
| 1575:25 | customer | custom or |
| 1584:18 | in | and |
| 1594:11 | an | any |
| 1609:6 | no | on |
| 1612:17 | B | T |
| 1633:19 | position | possession |
| 1647:13 | cold | could |
| 1650:7 | DX40478 | DX478 |
| 1651:7 | Q | Delete the "Q" as this is a continuation of the answer. |
| 1651:18, 19, 20 | preparers | prepares |
| 1652:5 | D | E |
| 1656:7 | SAJC | Osage Agency |
| 1676:20 | understood | undertook |
| 1678:4 | also a consolidated | also show a consolidated |
| 1679:18 | review | view |
| 1683:24 | MR. WEBB | A |
| 1707:25 | Bill collection | Field collections |
| 1725:21 | Mr. Webb | Mr. Frick |
| 1764:3 | cross-examination | cross-examine |
| 1765:11 | was | in was |
| 1771:3 | ban | bank |
| 1774:1 | or | of |
| 1775:4 | is hole | is a hole |
| 1777:3 | Occult (ph) | Account |
| 1778:19 | Frequently | Frequency |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 1784:3 | by | to |
| 1801:8 | Unite | United |
| 1802:20 | Dunn | Dunne |
| 1802:21 | LC | LLC |
| 1802:23 | Albuquerqe | Albuquerque |
| 1803:7 | estate | tax |
| 1804:22 | a | an |
| 1807:4 | IAM | IIM |
| 1807:13 | stop | stub |
| 1807:18 | REDIRECT | DIRECT |
| 1811:8 | then | than |
| 1815:12 | ends-and-outs | ins-and-outs |
| 1815:14-15 | a much like | much like a |
| 1816:15 | one would suppose this part | would be proposed as part |
| 1818:2 | balances might | balances he might |
| 1819:4 | data | date |
| 1820:15, 16, 19 | Trunche | Tranche |
| 1825:1 | Dun | Dunne |
| 1826:4 | Cabbell | Cobell |
| 1829:22 | Trunche | Tranche |
| 1830:1 | lay-time | lag-time |
| 1830:11 | trusts into | trust to the |
| 1831:10, 11, 24 | Trunche | Tranche |
| 1831:20 | did you did determine | did you determine |
| 1833:8 | Trunche | Tranche |
| 1834:2, 11, 13, 15, 18, 24 | Trunche | Tranche |
| 1835:18, 19, 21, 25 | Trunche | Tranche |
| 1835:20 | motion | month |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 1841:16, 21 | Trunche | Tranche |
| 1842:7 | Trunche | Tranche |
| 1844:18 | receive | receipt |
| 1850:20 | that's we're | that we're |
| 1853:4 | was a one | was one |
| 1856:7 | in to | into |
| 1857:23 | no | is no |
| 1862:24 | were | we were |
| 1865:13 | Chevarria | Chavarria |
| 1868:14 | in | into |
| 1868:19 | foreign | four |
| 1868:20 | 68 | 58 |
| 1869:4 | Chevarria | Chavarria |
| 1869:25 | 514,000.22 | 514.22 |
| 1871:1 | adding my | adding on my |
| 1871:14 | 67 | 57 |
| 1872:2 | confirm | confirmed |
| 1872:3 | receive | receipt |
| 1880:9 | CROSS | DIRECT |
| 1883:5 | reported | reporting |
| 1884:20 | Q | A |
| 1888:4 | create | correct |
| 1888:16 | they | whether they |
| 1888:23 | the | if the |
| 1888:23 | still | will still |
| 1888:25 | standard | standards |
| 1889:8 | effect | affect |
| 1891:25 | transactions | transaction |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 1892:19 | Trance | Tranche |
| 1894:4 | out of the data | out the data |
| 1895:15 | don’t | don’t know |
| 1905:9 | Plaintiff | Witness |
| 1919:16 | period | prior |
| 1919:20 | req | rec. |
| 1922:5 | determine | determination |
| 1923:7, 14 | IMM | IIM |
| 1924:11 | follow-on | follow-up |
| 1929:1 | unbalanced | fund balance |
| 1936:11 | posted | post-it |
| 1948:20 | Trance | Tranche |
| 1994:12 | Indian | Individual |
| 2035:20 | as well | as well as |
| 2043:9 | was | is |
| 2049:4 | possibly | possible |
| 2049:21 | likely | are likely |
| 2050:2 | chop | chomp |
| 2050:7 | come | can come |
| 2051:14 | on on | on |
| 2069:21 | principles | principals |
| 2071:17 | bond | fund |
| 2071:25 | ABV | ADV |
| 2072:1 | ABV | ADV |
| 2072:21 | There | That was |
| 2082:14 | Employment | Employee |
| 2093:21 | just am | just |
| 2094:11 | they’re task to | their Task II |

| Line:Page | Transcript | Correction |
|---|---|---|
| 2095:7 | in-depth of | in-depth review of |
| 2099:18 | rash | Branch |
| 2102:8 | or | a |
| 2108:15 | shaped | shape |
| 2109:2 | of | or |
| 2109:3 | provisions adequate collateral | provisions provide adequate collateral |
| 2110:8 | one the | one of the |
| 2111:12 | Are we are | Are we |
| 2119:3 | Trust | Trusts |
| 2122:7 | and | in |
| 2123:24 | is released | assessed |
| 2127:6 | taking | taken |
| 2128:15 | interest | interests |
| 2129:10 | interested | interest |
| 2130:11 | interest | interests |
| 2130:19 | rate | rates |
| 2131:15 | require | requires |
| 2132:20 | around | round |
| 2135:6 | tried | try |
| 2136:25 | why | what |
| 2139:16 | of this | of |
| 2140:23 | made up 20 | made up of 20 |
| 2142:12 | in | is |
| 2142:12 | seen in | seen that in |
| 2149:12 | and | in |
| 2150:10 | is it | it is |
| 2152:25 | Coke | Koch |
| 2153:5 | Coke | Koch |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 2154:25 | vouchering | voucher and |
| 2155:22 | December 8 | December 7 |
| 2155:25 | shows | show |
| 2159:7 | is | of |
| 2159:10 | quarter | quarterly |
| 2159:12 | multiple | multiply |
| 2160:24 | dollarize | annualize |
| 2163:24 | just a | just have a |
| 2166:20 | DX057 | DX0547 |
| 2166:22 | DX579 | PX579 |
| 2166:24 | DX0579 | DX0547 |
| 2167:25 | demonstrative | demonstratives |
| 2168:13 | DX0892 | DX0893 |
| 2176:6 | DX-0682 | DX-0692 |
| 2183:13 | like for an | like an |
| 2183:24 | principle | principal |
| 2184:7 | age | page |
| 2186:5 | TUITE | WEBB |
| 2186:19 | They | The |
| 2190:25 | give | gives |
| 2193:16 | or | of |
| 2194:20 | quarter | quarterly |
| 2194:22 | principle | principal |
| 2194:22 | whose | with a |
| 2195:25 | money | month |
| 2195:8 | is the an | is an |
| 2199:6 | principle | principal |
| 2202:13 | according | accordingly |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 2203:15 | at | as |
| 2209:24 | Big Hart | Big Heart |
| 2210:6 | $385,534 | $585,554 |
| 2212:19 | on the June | on June |
| 2215:16 | go the | go to the |
| 2215:22 | industries | Investments |
| 2216:2, 5 | industments | investments |
| 2216:13 | was in | was in the |
| 2216:22 | is maturity | is the maturity |
| 2216:24 | 100,000 | $100,000 |
| 2217:3 | big heart | Big Heart |
| 2217:10 | is is | it is |
| 2217:13 | DX4206-0004 | DX0246-004 |
| 2217:24 | entrusted | invested from |
| 2218:1 | checked | check |
| 2218:1-2 | a straight | a pretty straight |
| 2218:2-3 | Comes in on March 2nd, March 2nd – March 11th. March 11th CD on June 15th--. | Comes in on March 2nd, March 2nd it gets invested in a treasury bill that matures March 11th. March 11th invested in a CD that matures on June 15th, which is the distribution date. |
| 2218:4 | Big Hart | Big Heart |
| 2218:6 | on | in |
| 2218:6 | between March | until March |
| 2218:9 | big heart | Big Heart |
| 2218:17 | the March | into the March |
| 2222:8 | skills | skill |
| 2222:12 | or | of |

| **Line:Page** | **Transcript** | **Correction** |
|---|---|---|
| 2224:24 | U.S.'s | U.S. as |
| 2227:3 | years | year |
| 2231:8 | identify me | identify for me |
| 2237:9 | balances, average | balances, using average |
| 2237:17 | it's | is |
| 2239:12 | 1609 | 0.1609 |
| 2243:2 | calculates an | It calculates the |
| 2244:14 | this | his |
| 2248:2 | that has | that he has |
| 2262:23 | approximately CD | approximately |
| 2273:3 | added | had |
| 2285:16 | what | what the |
| 2294:10 | is it | it is |
| 2301:20 | that note that | note that |
| 2302:20 | WPWPCCMR. PILSK | MR. PILSK |
| 2304:10 | WPWPCCMR. LALONDE | MR. LALONDE |
| 2369:7 | please the | please read the |
| 2391:19-20 | MISSING TEXT | Insert "A. No" after the question ending on line 19 |
| 2399:21 | non-east | nineties |
| 2429:6 | July | Julie |
| 2432:18 | physical | fiscal |