# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: October 30, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

On October 30, 2006, the parties requested an informal telephonic status conference. During the status conference, the court received an oral joint motion to extend the time to file the damages calculations and accompanying briefing that was ordered by the court's September 21, 2006 opinion. The parties' motion is GRANTED. The deadline to submit briefing regarding damages calculations is EXTENDED from November 2, 2006 to Thursday, November 16, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge