**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: November 16, 2006 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ONE-DAY ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS BRIEF PURSUANT TO COURT'S SEPTEMBER 21, 2006 OPINION AND ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Defendant respectfully submits this motion for a one-day enlargement of time, to and including November 17, 2006, within which to file its calculation of damages owed to Plaintiff based on the Court's Opinion and Order dated September 21, 2006.

The grounds for the joint motion are as follows:

1. On September 21, 2006, this Court issued its Opinion and Order addressing the Tranche One trial. *Osage Tribe of Indians of Oklahoma v. United States*, 72 Fed. Cl. 629 (2006). Among other things, the Court instructed the parties to calculate jointly and present to the Court the amount of damages that would be owed to Plaintiff under the Court's ruling, and, to the extent that the parties were unable to agree on any part of the damages calculations, to present the areas of disagreement along with explanations for the parties' respective positions, on or before November 2, 2006. *Id.* at 671.

2. The parties jointly sought and obtained from the Court on October 30, 2006, an extension of time to November 16, 2006, within which to file the joint damages calculation and

briefings, so that the parties and their experts could continue to engage in discussions regarding their respective damages calculations and methodologies.

3. Defendant needs the additional day to submit its papers in support of its proposed calculation of damages owed to Plaintiff based on the Court's opinion and order. Defendant's papers consist of a brief, supporting declarations, and attachments, all of which total over 100 pages. Despite its best efforts, Defendant has been unable to finalize its papers and circulate them for final review and comment by one of its two experts and by its interested agencies, the Departments of the Interior and of the Treasury.

4. Undersigned counsel for Defendant has contacted counsel for Plaintiff James Tuite about Plaintiff's position this motion on November 16, 2006. Mr. Tuite has authorized undersigned counsel to state that Plaintiff opposes this motion.

5. On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case. Defendant is seeking only a one-day extension of the filing deadline. On the other hand, the denial of this motion will unduly prejudice the ability of Defendant to submit its proposed damages calculation to the Court and prevent the Court from having full and adequate briefing on all aspects of the damages calculation before adjudication.

WHEREFORE Defendant respectfully request that its motion be GRANTED.

Respectfully submitted this 16th day of November 16, 2006,

*s/ Brett D. Burton*
BRETT D. BURTON
Counsel of Record for Defendant

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
KEVIN S. WEBB
United States Department of Justice - ENRD

Washington, D.C. 20044-663
Telephone: (202) 305-0212
Fax: (202) 353-2021
Attorneys for Defendant

OF COUNSEL:
Elisabeth Brandon
Brenda Riel
Teresa E. Dawson