# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: November 17, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Before the court is defendant's Motion for One-Day Enlargement of Time Within Which to File Its Brief Pursuant to Court's September 21, 2006 Opinion and Order. The court previously extended the parties deadline to file damages calculations from November 2, 2006 to November 16, 2006 by its October 30, 2006 order.

Based on the representations contained therein, defendant's motion is GRANTED. Defendant shall submit its calculations of damages on Friday, November 17, 2006.

Plaintiff is advised that it may AMEND or SUPPLEMENT its filing timely made on November 16, 2006 at any time on November 17, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge