**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt<br><br>Filed Electronically<br>November 17, 2006 |

**ERRATUM**

When plaintiff filed the Parties' Joint Submission on Calculation of Tranche One Damages on November 16, 2006, plaintiff inadvertently included three irrelevant pages in Appendix B. Those pages, numbered 15, 16, and 17 in the header, relate to an account that has nothing to do with the calculation of damages in Tranche One and should be disregarded. For the convenience of the Court and the parties, plaintiff has attached a copy of the Parties' Joint Submission on Calculation of Tranche One Damages that omits the three erroneously filed pages.

November 17, 2006

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | Filed Electronically November 16, 2006 |
| Defendant. | ) | |

**JOINT SUBMISSION ON CALCULATION OF TRANCHE ONE DAMAGES**

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

BRETT BURTON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section

MARTIN LALONDE
KEVIN WEBB
United States Department of Justice
Environmental & Natural Resources Section
Natural Resources Section
601 D Street, N.W.
3rd Floor
Washington, D.C. 20004
Telephone: (202) 305-0212/0247
Fax: (202) 353-2021

Attorneys for Defendant
The United States

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

The Court has instructed the parties to present a joint calculation, to the extent that they can, of "the amount of damages to which plaintiff is entitled in accordance with the" Opinion issued September 21, 2006. *Osage Tribe of Indians v. United States*, 72 Fed. Cl. 629, 671 (2006). The Osage Nation and the United States make this joint submission in response to the Court's instruction.

Since the issuance of the Court's Opinion, plaintiff and defendant have had numerous meetings and telephone conferences aimed at making as much progress as possible on reaching agreement on the Tranche One damage calculations. The parties have devoted substantial time and resources to this effort. The parties' experts and consultants have participated, either in person or by telephone, in virtually all of the meetings. In addition, plaintiff's and defendant's petroleum experts have met separately on several occasions in an effort to reach agreement on significant elements of the damage calculations. While these efforts have not succeeded in producing agreement on a complete set of damage calculations, the parties have been able to agree on important components of such a calculation. Moreover, as noted below, they are hopeful of being able to continue to make progress on the development of information that will be useful in resolving issues that are likely to arise in further proceedings in this matter.

The damage-calculation elements to which the parties have agreed are described in the following sections.

## I. ROYALTY UNDERCOLLECTION DAMAGES

The parties have agreed on the following elements regarding the Tranche One oil royalty undercollection damage calculation.

1. Based on the trial record and currently available data, the parties have agreed on the amount of royalty undercollections for the Tranche One leases in the first three Tranche One

months, with the sole exception of the East Hardy unit in May 1979 (which the parties will address in their separate briefs).

2. For the Tranche One leases in the last two Tranche One months (February 1986 and July 1989), the parties have agreed on certain aspects of the royalty-undercollection damage calculations. The parties identify in their respective briefs the issues on which there remains disagreement.

3. The parties have agreed to the amount of the gravity-adjustment deduction to be used in determining royalty undercollections for Tranche One.

4. In response to the Court's ruling that government records can serve as proxies for price information required by the regulations, the United States has produced electronic files containing price information collected by the Minerals Management Service (MMS) for the period running from approximately the mid-1980s through 1990. The parties' experts have considered such data in determining the highest posted or offered prices by major purchasers in Oklahoma and Kansas.[1]

5. The parties have agreed on which prices were offered by "major purchasers" within the meaning of the Osage Regulations. As explained in the parties' respective separate briefs, however, disagreements remain over whether particular prices by major purchasers in the MMS dataset may be used to set royalty value for the Tranche One leases in the Tranche One months.

6. The parties have agreed to try to develop a process, which would involve the use of their respective petroleum experts, for compiling a common database of price information that

[1] Even so, as explained in Defendant's brief, Defendant notes several fundamental limitations about utilizing MMS data as a source of offered prices.

could be used to resolve outstanding royalty undercollection issues. The parties intend to begin developing an agreement on the process for gathering relevant pricing information.

## II. UNDERINVESTMENT AND INVESTMENT UNDERPERFORMANCE DAMAGES

1. The parties agree that both Account 7386 and Account 7886 should be evaluated for purposes of computing investment damages, because Account 7886 was the interest-related account for Account 7386 until FY 1985, when the Accounts were combined. Therefore, for purposes of analyzing trust duties, Accounts 7386 and 7886 should be treated as being two parts of a single account. Most of the testimony at trial focused on 7386 because it is the main trust account for royalties. The Statements of Account for 7386 appear in the record as JX028, JX035, JX048, JX053, JX064. Statements of Account for 7886 for the Tranche One fiscal years that account existed (1976, 1979, and 1981) were not introduced into evidence at trial, so they are appended to this filing as Appendices A, B, and C. For purposes of this submission only, and not for any other or future purpose or calculation of damages, the parties also agree on the average daily balance for each of these accounts during the fiscal years containing the Tranche One months.[2]

2. The parties agree on the amounts of interest derived from CDs and Government Securities that were credited to Accounts 7386 and 7886 during the fiscal years containing the Tranche One months. The parties further agree on the amounts of Treasury Interest on Cash for the 1979, 1981, 1986, and 1989 fiscal years.

[2] The parties expressly do not agree that the average daily balances for 7386 and 7886 agreed to here for purposes of the Tranche One months should apply to damages calculations for other months in the same fiscal years as the Tranche One months. The parties reserve the right to revise and disagree on such balances when damages are calculated for other months in the same fiscal years as the Tranche One months. Nor do the parties agree with respect to any particular methodology for computing such figures or any particular interpretation of available data.

3. The parties agree that expected rates on funds not part of the permissible cash balance should be computed using data from the Federal Reserve Historical Release, available at http://www.federalreserve.gov/releases/H15/data.htm.

4. The parties agree that three-month discount-basis interest rates can be converted to three-month investment-basis interest rates, and vice versa, by means of algebraic formulas, which formulas the parties also agree on.[3]

5. The parties agree on the interest rates to be used to calculate the expected return on permissible cash balances (4% in the first three Tranche One months, and overnighter rates of 7.12% and 9.01%, respectively, for the last two Tranche One months).

6. The parties agree for Tranche One that, when Defendant's actual performance as an investor, on behalf of the Tribe, exceeded the expected rate of return, the Court should assess no damages for the Tribe, and that the Court should not assess "negative damages" for the months of February 1986 and July 1989 (when Defendant's actual performance as an investor exceeded the expected rate of return) against damages for the months of January 1976, May 1979, and November 1980 (when the Defendant's actual performance as an investor fell below the expected rate of return).

---

[3] Investment basis interest rate = (365*D) ÷ (360 – (91*D)), where D represents the discount-basis interest rate. Conversely, discount basis interest rate = (360*I) ÷ (365+(91*I)), where I represents the investment-basis interest rate.

November 16, 2006

Respectfully submitted,

*s/Brett D. Burton*
BRETT D. BURTON
Counsel of Record for Defendant

*s/Kevin Webb*
MARTIN J. LALONDE
KEVIN WEBB
United States Department of Justice - ENRD
Washington, D.C. 20044-663
Telephone: (202) 305-0212
Fax: (202) 353-2021
Attorneys for Defendant

OF COUNSEL:
Elisabeth Brandon
Brenda Riel
Teresa E. Dawson

*s/Wilson K. Pipestem*
Counsel of Record for Plaintiff
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

# APPENDIX A

COPY

BUREAU OF INDIAN AFFAIRS
SUMMARIZED STATEMENT OF ACCOUNT
G06930 - OSAGE NATION OF OKLAHOMA
ACCOUNT NUMBER 7886
FISCAL YEAR 1976

| | |
|---|---|
| ASSETS | |
| CASH | ($15,026.01) |
| UNCONFIRMED DISBURSEMENTS | .00 |
| CASH NET OF UNCONFIRMED DISBURSEMENTS | (15,026.01) |
| INVESTMENTS | |
| CDs | 25,380.62 |
| CDs FROM FAILED BANKS | .00 |
| GOVERNMENT SECURITIES | .00 |
| FUND BALANCE (TOTAL) | $10,354.61 |
| RECEIPTS | |
| TREASURY INTEREST | $.00 |
| INTEREST ON CDs | .00 |
| INTEREST ON GOVERNMENT SECURITIES | .00 |
| OIL & GAS AND OTHER MINERALS | .00 |
| TIMBER SALES | .00 |
| SURFACE LEASES | .00 |
| OTHER | 10,354.61 |
| TOTAL RECEIPTS | 10,354.61 |
| CONFIRMED DISBURSEMENTS | .00 |
| INTERFUND TRANSFERS (NET) | .00 |
| RECLASSIFIED FUNDS | .00 |
| REINVESTED INTEREST (NON-CASH) | .00 |
| NET CHANGE IN FUND BALANCE | $10,354.61 |
| FUND BALANCE BEGINNING | $.00 |
| FUND BALANCE ENDING | $10,354.61 |
| UNCONFIRMED DISBURSEMENTS | .00 |
| FUND BALANCE ENDING NET OF UNCONFIRMED DISBURSEMENTS | $10,354.61 |

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

COPY

BUREAU OF INDIAN AFFAIRS
STATEMENT OF ACCOUNT
ACCOUNT: 7886 : TRIBE : G06930 : OSAGE NATION OF OKLAHOMA
FISCAL YEAR 1976

| TRANSACTION DATE | | DOCUMENT NUMBER | DOCUMENT BATES NUMBER | REC COD | EXCEPTION NUMBER | TRANSACTION AMOUNT | TRANSACTION DESCRIPTION | FUND BALANCE | AMOUNT INVESTED BY BIA | CASH BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCES ........ | | | | | | | | $.00 | $.00 | $.00 |
| 07/01/75 | | | | | | $.00 | FISCAL YEAR START | $.00 | $.00 | $.00 |
| 08/15/75 | * | 1166-027-6 | | | | ($4,645.70) | DISBURSEMENT | $.00 | $4,645.70 | ($4,645.70) |
| | * | AW08K007 | | | | $4,645.70 | OTHER RECEIPT | $4,645.70 | $4,645.70 | $.00 |
| 12/30/75 | * | AW12K0364 | | | | $4,645.70 | CD MATURITY (PURCHASE) | $4,645.70 | $.00 | $4,645.70 |
| 01/15/76 | * | 1166-077-6 | | | | ($4,645.70) | CD MATURITY (PURCHASE) | $4,645.70 | $4,645.70 | $.00 |
| | * | AW01K039 | | | | $6,347.10 | OTHER RECEIPT | $10,992.80 | $4,645.70 | $6,347.10 |
| 02/15/76 | * | 1081 | | | | ($6,347.10) | GOVERNMENT SECURITY | $10,992.80 | $10,992.80 | $.00 |
| | * | 1166-097-6 | | | | ($6,347.10) | CD MATURITY (PURCHASE) | $10,992.80 | $17,339.90 | ($6,347.10) |
| | * | AW02K0642 | | | | $6,347.10 | GOVERNMENT SECURITY | $10,992.80 | $10,992.80 | $.00 |
| 03/15/76 | * | AW03K0707 | | | | $4,645.70 | CD MATURITY (PURCHASE) | $10,992.80 | $6,347.10 | $4,645.70 |
| 04/15/76 | * | AW04K0089 | | | | ($638.19) | OTHER RECEIPT | $10,354.61 | $6,347.10 | $4,007.51 |
| 06/15/76 | * | 1081 | | | | ($25,380.62) | GOVERNMENT SECURITY | $10,354.61 | $31,727.72 | ($21,373.11) |

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

COPY

BUREAU OF INDIAN AFFAIRS
STATEMENT OF ACCOUNT
ACCOUNT: 7886 : TRIBE : G06930 : OSAGE NATION OF OKLAHOMA
FISCAL YEAR 1976

| TRANSACTION DATE | | DOCUMENT NUMBER | DOCUMENT BATES NUMBER | REC COD | EXCEPTION NUMBER | TRANSACTION AMOUNT | TRANSACTION DESCRIPTION | FUND BALANCE | AMOUNT INVESTED BY BIA | CASH BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/76 | * | 1166-146-6 | | | | | | | | |
| | * | AW06K0410 | | | | ($25,380.62) | CD MATURITY (PURCHASE) | $10,354.61 | $57,108.34 | ($46,753.73) |
| | * | AW06K0921 | | | | $6,347.10 | CD MATURITY (PURCHASE) | $10,354.61 | $50,761.24 | ($40,406.63) |
| | | | | | | $25,380.62 | GOVERNMENT SECURITY | $10,354.61 | $25,380.62 | ($15,026.01) |
| 06/30/76 | | ———— | | | | $.00 | FISCAL YEAR END | $10,354.61 | $25,380.62 | ($15,026.01) |

'*' * DATE DERIVED FROM JULIAN DATE IN DOCUMENT DESCRIPTION, SPECIFIED MONTH IN DOCUMENT DESCRIPTION, OR FROM MONTH TRANSCATION IS POSTED TO GENERAL LEDGER DETAIL LISTING - 15TH DAY OF MONTH IS ASSUMED WHEN ACTUAL DAY CANNOT BE DERIVED

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

# APPENDIX B

COPY

BUREAU OF INDIAN AFFAIRS
SUMMARIZED STATEMENT OF ACCOUNT
G06930 - OSAGE NATION OF OKLAHOMA
ACCOUNT NUMBER 7886
FISCAL YEAR 1979

| | |
|---|---|
| ASSETS | |
| CASH | $.00 |
| UNCONFIRMED DISBURSEMENTS | .00 |
| CASH NET OF UNCONFIRMED DISBURSEMENTS | .00 |
| INVESTMENTS | |
| CDs | 2,519.13 |
| CDs FROM FAILED BANKS | .00 |
| GOVERNMENT SECURITIES | .00 |
| FUND BALANCE (TOTAL) | $2,519.13 |
| RECEIPTS | |
| TREASURY INTEREST | $5,241.25 |
| INTEREST ON CDs | .00 |
| INTEREST ON GOVERNMENT SECURITIES | .00 |
| OIL & GAS AND OTHER MINERALS | .00 |
| TIMBER SALES | .00 |
| SURFACE LEASES | .00 |
| OTHER | .00 |
| TOTAL RECEIPTS | 5,241.25 |
| CONFIRMED DISBURSEMENTS | (8,594.48) |
| INTERFUND TRANSFERS (NET) | .00 |
| RECLASSIFIED FUNDS | .00 |
| REINVESTED INTEREST (NON-CASH) | .00 |
| NET CHANGE IN FUND BALANCE | ($3,353.23) |
| FUND BALANCE BEGINNING | $5,872.36 |
| FUND BALANCE ENDING | $2,519.13 |
| UNCONFIRMED DISBURSEMENTS | .00 |
| FUND BALANCE ENDING NET OF UNCONFIRMED DISBURSEMENTS | $2,519.13 |

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

COPY

BUREAU OF INDIAN AFFAIRS
STATEMENT OF ACCOUNT AND PRO FORMA INTEREST CALCULATION
ACCOUNT: 7886 : TRIBE : G06930 : OSAGE NATION OF OKLAHOMA
FISCAL YEAR 1979

| INTEREST CALCULATION DATE | ORIGINAL TRANSACTION DATE | DOCUMENT NUMBER | DOCUMENT BATES NUMBER | REC COD | EXCEPTION NUMBER | TRANSACTION AMOUNT | TRANSACTION DESCRIPTION | FUND BALANCE | AMOUNT INVESTED BY BIA | CASH BALANCE | CUMULATIVE PRO FORMA INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCES ........ | | | | | | | | $5,872.36 | $5,872.36 | $.00 | |
| 10/01/78 | 10/01/78 | | | | | $.00 | FISCAL YEAR START | $5,872.36 | $5,872.36 | $.00 | $.00 |
| 12/12/78 | | AW12K0012 | | OD | | $5,872.36 | CD MATURITY (PURCHASE) | $5,872.36 | $.00 | $5,872.36 | $.00 |
| 03/08/79 | | VT03T0077 | | OD | | ($5,872.36) | CD MATURITY (PURCHASE) | $5,872.36 | $5,872.36 | $.00 | $144.04 |
| 03/22/79 | 03/22/79 | AW03K44-79 | 0066320 | R | | $2,692.64 ** | TREASURY INTEREST | $8,565.00 | $5,872.36 | $2,692.64 | $144.04 |
| 06/12/79 | 06/12/79 * | AW06K0163 | | I | | $5,872.36 | CD MATURITY (PURCHASE) | $8,565.00 | $.00 | $8,565.00 | $144.04 |
| 06/21/79 | | TT06T0172 | | OD | | ($8,565.00) | GOVERNMENT SECURITY | $8,565.00 | $8,565.00 | $.00 | $159.11 |
| 07/05/79 | | AW07K0484 | | OD | | $8,565.00 | GOVERNMENT SECURITY | $8,565.00 | $.00 | $8,565.00 | $148.36 |
| | | VT07T0123 | | OD | | ($8,594.48) | CD MATURITY (PURCHASE) | $8,565.00 | $8,594.48 | ($29.48) | $.00 |
| 08/15/79 | * | AW08K10079 | | I | | $2,548.61 ** | TREASURY INTEREST | $11,113.61 | $8,594.48 | $2,519.13 | $116.53 |

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

COPY

BUREAU OF INDIAN AFFAIRS
STATEMENT OF ACCOUNT AND PRO FORMA INTEREST CALCULATION
ACCOUNT: 7886 : TRIBE : G06930 : OSAGE NATION OF OKLAHOMA
FISCAL YEAR 1979

| INTEREST CALCULATION DATE | ORIGINAL TRANSACTION DATE | DOCUMENT NUMBER | DOCUMENT BATES NUMBER | REC COD | EXCEPTION NUMBER | TRANSACTION AMOUNT | TRANSACTION DESCRIPTION | FUND BALANCE | AMOUNT INVESTED BY BIA | CASH BALANCE | CUMULATIVE PRO FORMA INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/79 | 09/12/79 * | AW09K0255 | | I | | $8,594.48 | CD MATURITY (PURCHASE) | $11,113.61 | $.00 | $11,113.61 | $94.79 |
| | 09/12/79 | VD09G0002A | 0260510 | CL | AA00006096 | ($8,594.48) | PER CAPITA AND OTHER PAYMENTS | $2,519.13 | $.00 | $2,519.13 | $.00 |
| 09/20/79 | | VT09T0157 | | OD | | ($2,519.13) | CD MATURITY (PURCHASE) | $2,519.13 | $2,519.13 | $.00 | $88.58 |
| 09/30/79 | 09/30/79 | ________ | | | | $.00 | FISCAL YEAR END | $2,519.13 | $2,519.13 | $.00 | $72.13 |

PRO FORMA INTEREST CALCULATION SUMMARY:

| | |
|---|---|
| §ACTUAL AMOUNT POSTED DURING FISCAL YEAR | $5,241.25 |
| ARTHUR ANDERSEN CALCULATED AMOUNT | $72.13 |
| POSTED AMOUNT OVER(UNDER) CALCULATION | $5,169.12 |

INTEREST RATE APPLIED FOR PRO FORMA CALCULATION: 10.41 %
'*' = DATE DERIVED FROM JULIAN DATE IN DOCUMENT DESCRIPTION, SPECIFIED MONTH IN DOCUMENT DESCRIPTION, OR FROM MONTH TRANSCATION IS POSTED TO GENERAL LEDGER DETAIL LISTING - 15TH DAY OF MONTH IS ASSUMED WHEN ACTUAL DAY CANNOT BE DERIVED
'**' = TRANSACTION AMOUNT EXCLUDED FROM PRO FORMA CALCULATION
'§' = SUM OF ALL OVERNIGHTER INTEREST POSTINGS DURING FISCAL YEAR

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

# APPENDIX C

COPY

BUREAU OF INDIAN AFFAIRS
SUMMARIZED STATEMENT OF ACCOUNT
G06930 - OSAGE NATION OF OKLAHOMA
ACCOUNT NUMBER 7886
FISCAL YEAR 1981

| | |
|---|---|
| ASSETS | |
| CASH | ($12,429.34) |
| UNCONFIRMED DISBURSEMENTS | .00 |
| CASH NET OF UNCONFIRMED DISBURSEMENTS | (12,429.34) |
| INVESTMENTS | |
| CDs | .00 |
| CDs FROM FAILED BANKS | .00 |
| GOVERNMENT SECURITIES | .00 |
| FUND BALANCE (TOTAL) | ($12,429.34) |
| RECEIPTS | |
| TREASURY INTEREST | $.00 |
| INTEREST ON CDs | .00 |
| INTEREST ON GOVERNMENT SECURITIES | .00 |
| OIL & GAS AND OTHER MINERALS | .00 |
| TIMBER SALES | .00 |
| SURFACE LEASES | .00 |
| OTHER | .00 |
| TOTAL RECEIPTS | .00 |
| CONFIRMED DISBURSEMENTS | (24,858.68) |
| INTERFUND TRANSFERS (NET) | .00 |
| RECLASSIFIED FUNDS | .00 |
| REINVESTED INTEREST (NON-CASH) | .00 |
| NET CHANGE IN FUND BALANCE | ($24,858.68) |
| FUND BALANCE BEGINNING | $12,429.34 |
| FUND BALANCE ENDING | ($12,429.34) |
| UNCONFIRMED DISBURSEMENTS | .00 |
| FUND BALANCE ENDING NET OF UNCONFIRMED DISBURSEMENTS | ($12,429.34) |

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

BUREAU OF INDIAN AFFAIRS
STATEMENT OF ACCOUNT AND PRO FORMA INTEREST CALCULATION
ACCOUNT: 7886 : TRIBE : G06930 : OSAGE NATION OF OKLAHOMA
FISCAL YEAR 1981

| INTEREST CALCULATION DATE | ORIGINAL TRANSACTION DATE | | DOCUMENT NUMBER | DOCUMENT BATES NUMBER | REC. COD | EXCEPTION NUMBER | TRANSACTION AMOUNT | TRANSACTION DESCRIPTION | FUND BALANCE | AMOUNT INVESTED BY BIA | CASH BALANCE | CUMULATIVE PRO FORMA INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCES ........ | | | | | | | | | $12,429.34 | $12,429.34 | $.00 | |
| 10/01/80 | 10/01/80 | | | | | | $.00 | FISCAL YEAR START | $12,429.34 | $12,429.34 | $.00 | $.00 |
| 12/11/80 | | | VT12T0026 | | OD | | ($12,429.34) | CD MATURITY (PURCHASE) | $12,429.34 | $24,858.68 | ($12,429.34) | $.00 |
| | 12/11/80 | * | AW12K0346 | | I | | $12,429.34 | CD MATURITY (PURCHASE) | $12,429.34 | $12,429.34 | $.00 | $.00 |
| 12/12/80 | 12/12/80 | | VD12G0001A | | | | ($12,429.34) | PER CAPITA AND OTHER PAYMENTS | $.00 | $12,429.34 | ($12,429.34) | $.00 |
| 03/12/81 | 03/12/81 | * | AW03K0071 | | I | | $12,429.34 | CD MATURITY (PURCHASE) | $.00 | $.00 | $.00 | ($451.75) |
| | 03/12/81 | | VD03G0001A | | | | ($12,429.34) | PER CAPITA AND OTHER PAYMENTS | ($12,429.34) | $.00 | ($12,429.34) | $.00 |
| 09/30/81 | 09/30/81 | | ________ | | | | $.00 | FISCAL YEAR END | ($12,429.34) | $.00 | ($12,429.34) | ($1,470.69) |

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT

COPY

BUREAU OF INDIAN AFFAIRS
STATEMENT OF ACCOUNT AND PRO FORMA INTEREST CALCULATION
ACCOUNT: 7886 : TRIBE : G06930 : OSAGE NATION OF OKLAHOMA
FISCAL YEAR 1981

| INTEREST CALCULATION DATE | ORIGINAL TRANSACTION DATE | DOCUMENT NUMBER | DOCUMENT BATES NUMBER | REC COD | EXCEPTION NUMBER | TRANSACTION AMOUNT | TRANSACTION DESCRIPTION | FUND BALANCE | AMOUNT INVESTED BY BIA | CASH BALANCE | CUMULATIVE PRO FORMA INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|

PRO FORMA INTEREST CALCULATION SUMMARY:

| | |
|---|---|
| §ACTUAL AMOUNT POSTED DURING FISCAL YEAR | $.00 |
| ARTHUR ANDERSEN CALCULATED AMOUNT | ($1,470.69) |
| POSTED AMOUNT OVER(UNDER) CALCULATION | $1,470.69 |

INTEREST RATE APPLIED FOR PRO FORMA CALCULATION: 14.74 %
'*' = DATE DERIVED FROM JULIAN DATE IN DOCUMENT DESCRIPTION, SPECIFIED MONTH IN DOCUMENT DESCRIPTION, OR FROM MONTH TRANSCATION IS POSTED TO GENERAL LEDGER DETAIL LISTING - 15TH DAY OF MONTH IS ASSUMED WHEN ACTUAL DAY CANNOT BE DERIVED
'**' = TRANSACTION AMOUNT EXCLUDED FROM PRO FORMA CALCULATION
'§' = SUM OF ALL OVERNIGHTER INTEREST POSTINGS DURING FISCAL YEAR

THE ACCOMPANYING AGREED-UPON PROCEDURES AND FINDINGS REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS DATED DECEMBER 31, 1995 SHOULD BE READ IN CONJUNCTION WITH THIS STATEMENT