# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: November 27, 2006)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is plaintiff's Motion to Strike Newly Filed Evidence filed on November 21, 2006. Pursuant to Rule 7.2(a) of the Rules of the United States Court of Federal Claims (RCFC), a party may file a response or objection to written motions within 14 days after service of the motion. RCFC 6 provides guidance on computing this period of time. RCFC 6(e) states that unless service is made in person, "3 days are added after the prescribed period would otherwise expire." Therefore, defendant is provided with 17 days from November 21, 2006 to submit its response to plaintiff's motion. Defendant may submit its response to plaintiff's motion on or before Friday, December 8, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge