# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: January 16, 2007)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Before the court is the Parties' Joint Submission on Calculation of Tranche One Damages (Joint Submission), Plaintiff Osage Nation's Brief in Support of Proposed Calculation of Tranche One Damages, Appropriate Rate of Interest to Apply in Determining the Current Value of Those Damages, and Entitlement to Late Fees (Pl.'s Br.), and Defendant's Calculation and Supporting Brief About Damages Owed to Plaintiff Pursuant to Court's September 21, 2006 Opinion and Order (Def.'s Br.). With regard to Tranche One month July 1989, the court requests further explanation of the appropriate price to use in calculating damages. Plaintiff contends that $21.00 paid by "Mobil Oil Corporation" is the highest offered price of a major purchaser for July 1989. Pl.'s Br. 8. However, "Exxon Mobil Corporation" is listed as the purchaser in the MMS data. See Pl.'s Br. Ex. 3. Although Mobil Oil Corporation is listed as a major purchaser for July 1989, Exxon Corporation is not. See PX 751-519.

The parties are requested to submit to the court brief explanations of why the price of $21.00 by purchaser "Exxon Mobil Corporation" should or should not be utilized as the highest offered price for July 1989. The parties should file their explanations on or before Monday, January 22, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge