**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-550 L (into which has been consolidated No. 00-169 L)<br>Judge Emily C. Hewitt<br><br>Filed Electronically<br>January 19, 2007 |

**PLAINTIFF OSAGE NATION'S STATEMENT IN RESPONSE TO THE COURT'S ORDER OF JANUARY 16, 2007**

Plaintiff Osage Nation advises the Court that the parties have reviewed MMS data and based thereon agree that the $21.00 July 1989 price was paid by Mobil Oil, not Exxon. Because the parties have previously agreed that Mobil Oil was a major purchaser in July 1989, the $21.00 price paid by Mobil Oil in July 1989 should be used as the highest offered price for July 1989.[1]

January 19, 2007

Respectfully submitted,

*s/Wilson K. Pipestem*
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

[1] The Osage Nation understands that the United States, despite agreeing that Mobil Oil Corporation was the purchaser for the $21.00 price, intends to take the position that the $21.00 price should not be used as the highest offered price for July 1989.