IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-550 L (into which has been consolidated 00-169 L)<br>Judge Emily C. Hewitt |

DECLARATION OF RONNIE A. MARTIN

I, Ronnie A. Martin, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. During the Tranche One trial I was qualified by the Court as an expert in oil royalty calculations, the verification of oil royalty paid, and oil royalty practices. I am a senior managing director for FTI Consulting (FTI) in Houston, Texas and am the practice leader for FTI's oil and gas service practice. Previously, I worked for Texaco for thirty-three years. My last position there was vice president of Texaco Exploration Producing, Inc. At Texaco and FTI some of my duties are and were to help clients analyze claims relating to oil and gas issues, particularly with respect to royalty and severance tax valuation issues. I graduated from Mississippi State University in 1969 with a Bachelor of Science degree in mechanical engineering and am a member of the National Energy Services Association.

2. The Court, in its January 16, 2007 Order, requested further explanation of the appropriate price to use in calculating damages for July 1989. The Court noted that the $21.00 price which Plaintiff claims was paid by Mobil Oil Corporation for July 1989, Pl.'s Br. 8, is shown in the MMS data as paid by Exxon Mobil Corporation, Pl.'s Br. Ex. 3. The Court further asked the Parties to submit brief explanations of why the price of $21.00 by purchaser "Exxon Mobil Corporation" should or should not be utilized as the highest offered price for July 1989.

3. Exxon Corporation and Mobil Oil Corporation merged in 1999 into Exxon Mobil Corporation. Although the Minerals Management Service (MMS) 2014 data shows the company's current name, Exxon Mobil Corporation, rather than the predecessor company's name, Mobil, the remaining information is unique to the original royalty payor. MMS records indicate that Payor ID 38553 is a Mobil Exploration and Production U.S. Inc. (Mobil) payor code. See Mobil's Payor Name and Payor Code on Exhibit 1. The Payor code shown for Mobil in Exhibit 1 enables me to confirm

that the MMS 2014 data contained in Plaintiff's Exhibit 3[1] at number 19 in the column labeled Rank is in fact a Mobil data entry. Both Plaintiff and Defendant have acknowledged the fact that Mobil was a major purchaser in Oklahoma and Kansas in July 1989.

4. Nevertheless, Exxon Mobil's price of $21.00 should not be used as the highest offered price in Oklahoma or Kansas for the month of July 1989. As set out below, Plaintiff improperly used the Mobil MMS 2014 data and made improper assumptions relating to this particular data line.

INAPPROPRIATE USE OF MMS 2014 DATA

5. For the month of July 1989, Mobil ultimately submitted three reports of payments to the MMS with respect to an Oklahoma Indian lease with lease number 6010447630. Relevant data from the three payments is shown in Exhibit 2. As can be seen, Mobil made two royalty payments in August 1989 for July 1989 sales, one in the amount of $0.87 and the other in the amount of $0.29. Mobil then made another royalty payment of $1.89 in January 1990 which was also reported for July 1989 sales. The first two payments were reported to be for sales volumes of 0.12 barrels each, while the third reported payment was for a sales volume of 0.72 barrels.

6. The necessity of two payments made in August is likely explained by the fact that one of the payments was made directly to the Indian beneficiaries, while the other was made to MMS on behalf of other beneficiaries[2]. The calculated unit price for each of these two data lines was $19.33 per barrel.

7. In analyzing this third data line, I have been unable to find information to support Plaintiff's theory that Mobil's $21.00 price was a sales transaction occurring in July 1989 and that it represented a price paid for each day of July 1989. It is possible that this data line was meant to correct errors in the original reports. There is no explanation in the MMS 2014 data as to why Mobil made what appears to be an additional payment of $1.89 for a sales volume of 0.72 barrel in January, five months after it was due. Nor is there any explanation as to the basis of the calculated unit price for this line being $21.00. Mobil's posted prices in Oklahoma varied from $19.75 to $17.75 for 40 API degree gravity oil for various days in July 1989 so the $21.00 price appears to be inconsistent with prices in effect during that month.

8. It is my industry experience from over 15 years of analyzing MMS data and using that analysis in discussions and negotiations related to federal and Indian lease royalty matters that it is appropriate to consolidate payor data lines for the month in calculating a monthly sales price. Selecting only certain entries for the month can

[1] Plaintiff's Exhibit 3 is attached to Plaintiff Osage Nation's Brief in Support of Proposed Calculation of Tranche One damages, Appropriate Rate of Interest to Apply in Determining the Current Value of Those Damages, and Entitlement to Late Fees (PL.'s Br.).

[2] DOI allowed individual Indian beneficiaries (allottees) to choose to be paid directly by the royalty payor. As there could be multiple beneficial owners of a single lease, some individuals may have chosen to be paid directly, while others may have allowed the royalty payor to pay MMS for their account. Payment method 02 denotes direct payment to Indian allottees and payment method 03 denotes EFT payment to MMS. Exhibit 2.

lead to an incorrect analysis and conclusion[3]. Therefore, I believe that the most reasonable use of the multiple lines of data is to consolidate the data into a single monthly lease average transaction. Exhibit 2 illustrates how the three individual lines of data appearing in the MMS 2014 data should be consolidated into a single data line. The first three lines of data contained in Exhibit 2 represent the relevant data from the MMS 2014 data file provided to Plaintiff and Defendant by the MMS. The line of data designated as Consolidated Data represents my consolidation of the three data lines. The Unit Price of $20.58 is derived from adding the three Sales Values ($19.76) and dividing by the sum of the three sales volumes (0.96 barrels).

INAPPROPRIATE USE OF DATE OF DELIVERY TRANSACTIONS

9. In order to use any of the MMS 2014 data, an assumption must be made as to the type of transaction the data reflects – Date of Delivery (DOD) or Equal Daily Quantity (EDQ). With that assumption, EDQ data in the MMS 2014 database can be used as suggested by the Court for computing Osage royalties as a proxy for offered price for Osage leases whose production was sold on an EDQ basis.

10. The issue of DOD versus EDQ with respect to utilization of the MMS 2014 data as a satisfactory proxy for Osage offered prices is critical. In order to utilize the MMS 2014 data one must be satisfied that the calculated sales price derived from volume and value data is reflective of the price offered on the date of sale or removal. That requirement can be satisfied only if the monthly volumes were delivered in equal volumes on each day of the month. Alternatively, if the volumes were delivered or sold only on certain days of the month, or if the volumes varied from day to day, then the calculated monthly per barrel price will not comply with Osage royalty regulations. MMS data does not contain information concerning the day or days on which sales may have taken place. I determined that certain sales transactions were of sufficient volume that they could be assumed to be EDQ sales and thereby reasonably utilized as offered prices for EDQ Osage sales. Likewise, I determined that certain sales transactions were of insufficient volumes to be considered EDQ transactions. I classified these transactions as DOD sales.

11. Regardless of whether the MMS 2014 data price is $21.00 as shown in Pl's. Br. Exhibit 3 or $20.58 as shown in my attached Exhibit 3 at line ID 18 under the heading of Calculated Unit Value, the Mobil transaction should be excluded as an offered price because it appears to be a DOD transaction. Osage regulations require that royalty be paid on the highest posted or offered price on the date of sale or removal. I considered the sale to be a DOD sale if the total number of barrels for the month was approximately 160 barrels or less, or in a few cases, multiples of 160

[3] Payors may make multiple entries for the same product on the same lease for many reasons. For example, as mentioned in footnote 2, a payor may have separate payment methods and would be required to submit separate lines for each payment method. In addition, a payor may make adjustments after the payment and reporting date. If the adjustment is made properly, the payor would "back out" the original line (submit a negative line equivalent to the original line) and submit a corrected line to replace it. The only way to accurately determine the amount paid on a lease by a payor is to sum all the positive and negative lines for a sales month/product code to determine the total sales quantity and value. It is not logical that Mobil would have had separate contracts with Mobil's refining affiliate or another major purchaser for separate sales of such small volumes of oil with two sales at $19.33 and one sale of $21.00.

barrels[4] when data suggested that there was more than one transaction in the month. I did not include data that appeared to be DOD sales. The use of prices that are applicable to only particular days of the month for all days of the month leads to inaccurate royalty calculations as prices can vary significantly over the course of a month, unless one can tell which date the sale took place. In that case, the DOD price is properly used as a posted or offered price for that date.

12. Whether the three lines of data related to Mobil for lease number 6010447630 for the month of July 1989 are considered separate transactions or are considered a single transaction, the appropriateness of these lines of data for use as an offered price is unchanged. In my opinion either alternative is a DOD transaction because of the minimum volume (0.96 barrel for July 1989) and multiple data lines and therefore should be excluded from the analysis.

13. Exhibit 3 is a copy of Attachment 9 contained in my November 16, 2006 declaration. Exhibit 3 shows the MMS 2014 data for July 1989, each with the appropriate "reason for exclusion", ranked in descending order from the highest calculated unit value. As can be seen from Exhibit 3, the first 73 lease-payor transactions of the 1372 total transactions for the month contained reasons for exclusion as described in my November 16, 2006 declaration and as described above. Therefore, I used the lease-payor transaction shown on line 74, which yielded a price of $20.12 per barrel.

**Conclusions**

14. I have reached the following conclusions with respect to Exxon Mobil's July 1989 MMS Form 2014 data:

a) Mobil was a major purchaser in Oklahoma and Kansas for the month of July 1989.

b) Exxon Mobil's Payor ID 38533 for lease number 6010447630 represents the royalty activity for Mobil Corporation and not Exxon Corporation.

c) Mobil's MMS 2014 data price for lease number 6010447630 for July 1989 was $20.58 rather than $21.00 as shown in Pl.'s Br., Exhibit 3.

d) Mobil's MMS 2014 data price for lease number 6010447630 for July 1989 is not a proper offered price for Osage royalty requirements because it appears to be a DOD price.

e) The most logical highest price obtainable from the MMS 2014 data is $20.12 as shown on line 74 of Attachment 9 of my declaration dated November 16, 2006.

The analysis in this declaration supplements my previous expert reports, declaration and testimony at the Osage Tranche One trial.

[4] I understand that most crude oil tanker trucks in use in Oklahoma are approximately 160 barrels. Sales of approximately 160 barrels or less (or sales of small multiples of 160, such as 320 barrels) would normally be taken by tanker truck and would, therefore, be sold on a single day.

Executed on 1/22/07.

Ronnie A. Martin

Ronnie A. Martin

**Exhibit 1**

REPORT ID: RPI011R1
RUN DATE: 09/18/99

U.S. DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE
ROYALTY MANAGEMENT PROGRAM
ALPHABETICAL LISTING OF PAYORS



| PAYOR NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP | PAYOR COD |
|---|---|---|---|---|---|---|
| Redacted | | | | | | |
| MOBIL - TRANS OCEAN COMPANY | NINE GREENWAY PLAZA | SUITE 2700 | HOUSTON | TX | 770460000 | 50500 |
| MOBIL CALIF EXPLR & PRODUCING | | 10000 MING AVE | BAKERSFIELD | CA | 93311 | 38539 |
| MOBIL COAL RESOURCES, INC. | | P.O. BOX 17772 | DENVER | CO | 802170000 | MX510 |
| MOBIL EUGENE ISLAND P/L NCO. | | P.O. BOX 900 | DALLAS | TX | 752210000 | 38548 |
| MOBIL EUGENE ISLAND PIPELINE | | PO BOX 650232 | DALLAS | TX | 752650232 | 38546 |
| MOBIL EXP & PROD U.S.A., INC. | MOBIL PLACE, ROOM 15A26 | P.O. BOX 650232 | DALLAS | TX | 752650232 | L0550 |
| MOBIL EXP & PROD U.S.A., INC. | | 1250 POYDRAS PLAZA | NEW ORLEANS | LA | 701130000 | 38545 |
| MOBIL EXP & PROD U.S.A., INC. | 9 GREENWAY PLAZA | SUITE 2700 | HOUSTON | TX | 770460000 | F5650 |
| MOBIL EXP & PROD U.S.A., INC. | | P.O. BOX 5444 | DENVER | CO | 802170000 | F0390 |
| MOBIL EXPL. & PROD. U.S. INC. | PROP. ADMIN., ROOM 10C45 | P.O. BOX 650232 | DALLAS | TX | 752620232 | 00442 |
| MOBIL EXPLOR & PROD U S INC | | P O BOX 660614 | DALLAS | TX | 752660614 | 39930 |
| MOBIL EXPLOR. & PROD. U.S. INC | | P. O. BOX 633 | MIDLAND | TX | 79702 | SPR05 |
| MOBIL EXPLOR. & PROD. U.S. INC | MMS REPORTING | 12450 GREENSPOINT DR | HOUSTON | TX | 770601991 | 38553 |
| MOBIL EXPLOR. & PROD. U.S. INC | MMS REPORTING | P.O. BOX 660614 | DALLAS | TX | 752660614 | 38554 |
| MOBIL EXPLR & PROD USA | P.O. BOX 9989 | LAND DEPARTMENT | BAKERSFIELD | CA | 93389 | 38549 |
| MOBIL G C CORP. | | P.O. BOX 2252 | HOUSTON | TX | 770010000 | 38540 |
| MOBIL NATURAL GAS INC. | ATTN: S. CRAIG FREEMAN | 12450 GREENSPOINT DRIVE | HOUSTON | TX | 770601991 | PLT09 |
| MOBIL OIL COMPANY | | ROOM 725F, P.O. BOX 900 | DALLAS | TX | 75221 | NS009 |
| MOBIL OIL CORP (MINERALS) | C/O MOBIL BUSIN RESOURCES | 3225 GALLOWS ROAD | FAIRFAX | VA | 22037 | MA525 |
| MOBIL OIL CORP URANIUM/MRLS | | P.O. BOX 5444 | DENVER | CO | 802170000 | MX341 |
| MOBIL OIL CORPORATION | | 150 E. 42ND. STREET | NEW YORK | NY | 100170000 | 38562 |
| MOBIL OIL CORPORATION | | P.O. BOX 650232 | DALLAS | TX | 752650232 | 38552 |
| MOBIL OIL E&P, SOUTHEAST, INC. | | 1250 POYDRAS BUILDING | NEW ORLEANS | LA | 701130000 | G5400 |
| MOBIL OIL EXPL & PROD SE INC | | PO BOX 650232 | DALLAS | TX | 752650232 | 38547 |
| MOBIL OIL EXPL & PROD SE, INC. | | 1250 POYDRAS BUILDING | NEW ORLEANS | LA | 701130000 | F5400 |
| MOBIL OIL EXPL.& PROD. S.E.INC | | P O BOX 650232 | DALLAS | TX | 752650232 | 38550 |
| MOBIL PRODUCING TX & NM, INC. | | 12450 GREENSPOINT DR | HOUSTON | TX | 770601991 | 38551 |
| Redacted | | | | | | |

**Exhibit 2**

***July 1989 MMS 2014 Data***
***Lease 6010447630 Payor 38553***
***Exxon Mobil Corporation***

| Product | Transaction Description | Lease Number | Payor Id | Receipt Date | Adjust Reason | Sales Volume | Sale Value | Royalty Value Prior To Allowances | Payment Method | Fed/ Indian | Unit Price | Royalty Rate | Sales Month/Year | Royalty Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Data Lines** | | | | | | | | | | | | | | |
| Oil | ROYALTY DUE | 6010447630 | 38553 | 31-Aug-89 | 00 | 0.12 | 2.32 | 0.87 | 02 | I | 19.33 | 0.3750 | 31-Jul-89 | 0.06 |
| Oil | ROYALTY DUE | 6010447630 | 38553 | 31-Aug-89 | 00 | 0.12 | 2.32 | 0.29 | 03 | I | 19.33 | 0.1250 | 31-Jul-89 | 0.02 |
| Oil | ROYALTY DUE | 6010447630 | 38553 | 31-Jan-90 | 00 | 0.72 | 15.12 | 1.89 | 02 | I | 21.00 | 0.1250 | 31-Jul-89 | 0.09 |
| **Consolidated Data** | | | | | | | | | | | | | | |
| **Oil** | **ROYALTY DUE** | **6010447630** | **38553** | **31-Jan-90** | **00** | **0.96** | **19.76** | **3.05** | | **I** | **20.58** | | **31-Jul-89** | **0.17** |

**July 1989 MMS 2014 Data**

**Exhibit 3**
**(Martin Nov. 16, 2006 Declaration Attachment 9)**

| ID | Lease Number | Payor Id | Company Name | State | Product | Reason For Exclusion* | Sale Value | Sales Volume | Royalty Value Less Allowances | Calculated Royalty Rate | Calculated Unit Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6010456770 | 41463 | TEXACO EXPLR & PROD INC (TEPI) | Oklahoma | Condensate | 1,2,5 | $ 468.48 | 0.16 | $ 58.56 | 0.1250 | $ 2,928.00 |
| 2 | 6020027220 | 17100 | EL PASO PRODUCTION OIL & GAS C | Oklahoma | Oil | 1,2,3,6 | $ 695.67 | 18.08 | $ 43.48 | 0.0625 | $ 38.48 |
| 3 | 6150049350 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2,3,6 | $ 3,609.24 | 103.75 | $ 403.17 | 0.1117 | $ 34.79 |
| 4 | 6010452400 | 44730 | PHILLIPS PETROLEUM CO. | Oklahoma | Oil | 1,2,5 | $ 4.88 | 0.16 | $ 0.61 | 0.1250 | $ 30.50 |
| 5 | 0300446230 | 72615 | TXO C-O MARATHON OIL COMPANY | Oklahoma | Oil | 1,2,5 | $ 3.92 | 0.16 | $ 0.49 | 0.1250 | $ 24.50 |
| 6 | 5030076960 | 31860 | L.E. JONES OPERATING, INC. | Oklahoma | Oil | 1,2,4 | $ 871.25 | 36.50 | $ 174.22 | 0.2000 | $ 23.87 |
| 7 | 5030082800 | 29251 | MUSTANG FUEL CORPORATION | Oklahoma | Oil | 1,2,5 | $ 2.76 | 0.12 | $ 0.46 | 0.1667 | $ 23.00 |
| 8 | 5180070410 | 16917 | CITGO PETROLEUM CORP. | Oklahoma | Oil | 1,2,3 | $ 3,472.25 | 152.04 | $ 52.83 | 0.0152 | $ 22.84 |
| 9 | 0290194300 | 72145 | TOTAL PETROLEUM, INC.-OIL | Oklahoma | Condensate | 2,7 | $ 2,008.08 | 90.47 | $ 251.01 | 0.1250 | $ 22.20 |
| 10 | 0300269410 | 44645 | BRADMAR PETROLEUM CORPORATION | Oklahoma | Oil | 1,3 | $ 3,831.02 | 178.89 | $ 239.44 | 0.0625 | $ 21.42 |
| 11 | 5180069990 | 11110 | APACHE CORPORATION | Oklahoma | Oil | 1,2 | $ 663.45 | 31.25 | $ 110.57 | 0.1667 | $ 21.23 |
| 12 | 5180069980 | 11110 | APACHE CORPORATION | Oklahoma | Oil | 1,2 | $ 161.71 | 7.62 | $ 26.95 | 0.1667 | $ 21.22 |
| 13 | 0470687360 | 44724 | GENESIS CRUDE OIL, L. P. | Kansas | Oil | 1 | $ 10,932.96 | 516.76 | $ 1,366.62 | 0.1250 | $ 21.16 |
| 14 | 6070280570 | 37930 | MCMAHON, C. L., JR. | Oklahoma | Condensate | 1,2,5 | $ 8.88 | 0.42 | $ 1.48 | 0.1667 | $ 21.14 |
| 15 | 6070280570 | 44640 | PETROLEUM INTERNATIONAL INC. | Oklahoma | Condensate | 1,2,5 | $ 8.88 | 0.42 | $ 1.48 | 0.1667 | $ 21.14 |
| 16 | 6070280570 | 37931 | GENTRY BOBBIE LOU LIVING TRUST | Oklahoma | Condensate | 1,2,5 | $ 8.88 | 0.42 | $ 1.48 | 0.1667 | $ 21.14 |
| 17 | 0291614370 | 72615 | TXO C-O MARATHON OIL COMPANY | Oklahoma | Condensate | 1,2,5 | $ 8.40 | 0.40 | $ 1.05 | 0.1250 | $ 21.00 |
| 18 | 6010447630 | 38553 | EXXON MOBIL CORPORATION | Oklahoma | Oil | 2,3,5 | $ 19.76 | 0.96 | $ 3.05 | 0.1544 | $ 20.58 |
| 19 | 0470626390 | 46473 | QUINTANA PETROLEUM CORPORATION | Oklahoma | Oil | 1,2 | $ 96.66 | 4.70 | $ 12.08 | 0.1250 | $ 20.57 |
| 20 | 6070316740 | 50210 | BURLINGTON RESOURCES OIL & GAS | Oklahoma | Oil | 1,2 | $ 25.68 | 1.26 | $ 4.28 | 0.1667 | $ 20.38 |
| 21 | 5030069160 | 72145 | TOTAL PETROLEUM, INC.-OIL | Oklahoma | Oil | 2 | $ 574.05 | 28.18 | $ 95.66 | 0.1666 | $ 20.37 |
| 22 | 5180048480 | 39832 | ORYX ENERGY COMPANY | Oklahoma | Condensate | 1,2 | $ 246.04 | 12.09 | $ 41.01 | 0.1667 | $ 20.35 |
| 23 | 5180072640 | 33010 | KAISER-FRANCIS OIL COMPANY | Oklahoma | Condensate | 1,2,5 | $ 14.03 | 0.69 | $ 2.81 | 0.2003 | $ 20.33 |
| 24 | 5180078640 | 33010 | KAISER-FRANCIS OIL COMPANY | Oklahoma | Condensate | 1,2 | $ 378.90 | 18.66 | $ 75.78 | 0.2000 | $ 20.31 |
| 25 | 5180078630 | 33010 | KAISER-FRANCIS OIL COMPANY | Oklahoma | Condensate | 1,2 | $ 449.06 | 22.12 | $ 89.81 | 0.2000 | $ 20.30 |
| 26 | 5180071980 | 33010 | KAISER-FRANCIS OIL COMPANY | Oklahoma | Condensate | 1,2 | $ 308.73 | 15.21 | $ 61.75 | 0.2000 | $ 20.30 |
| 27 | 029467439B | 48720 | PACIFIC ENTERPRISES ROYALTY CO | Oklahoma | Oil | 1,2 | $ 683.28 | 33.68 | $ 85.41 | 0.1250 | $ 20.29 |
| 28 | 0300098300 | 36648 | RAM ASSET MANAGEMENT-RAM GROUP | Oklahoma | Condensate | 1,2 | $ 1,268.32 | 62.57 | $ 158.54 | 0.1250 | $ 20.27 |
| 29 | 0300300740 | 72615 | TXO C-O MARATHON OIL COMPANY | Oklahoma | Condensate | 1,2 | $ 418.16 | 20.64 | $ 52.27 | 0.1250 | $ 20.26 |
| 30 | 0295538620 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 2,613.90 | 129.05 | $ 326.74 | 0.1250 | $ 20.25 |
| 31 | 5180072390 | 33796 | FLINT HILLS RESOURCES | Oklahoma | Condensate | 1,2 | $ 309.90 | 15.30 | $ 61.98 | 0.2000 | $ 20.25 |
| 32 | 5180073250 | 33796 | FLINT HILLS RESOURCES | Oklahoma | Condensate | 1,2 | $ 125.17 | 6.18 | $ 25.03 | 0.2000 | $ 20.25 |
| 33 | 6070614270 | 10317 | NATIONAL ENRGY GROUP INC | Oklahoma | Oil | 1 | $ 3,514.80 | 173.55 | $ 702.96 | 0.2000 | $ 20.25 |
| 34 | 5030077340 | 72145 | TOTAL PETROLEUM, INC.-OIL | Oklahoma | Oil | 2 | $ 1,714.42 | 84.66 | $ 342.89 | 0.2000 | $ 20.25 |
| 35 | 5030072120 | 31150 | NOVA ENERGY CORPORATION | Oklahoma | Condensate | 1,2 | $ 466.77 | 23.05 | $ 77.95 | 0.1670 | $ 20.25 |
| 36 | 5030077950 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 3,352.79 | 165.57 | $ 670.56 | 0.2000 | $ 20.25 |
| 37 | 5180089580 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 3,317.96 | 163.85 | $ 663.59 | 0.2000 | $ 20.25 |
| 38 | 6010051910 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2 | $ 3,261.06 | 161.04 | $ 407.63 | 0.1250 | $ 20.25 |
| 39 | 6150039230 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2,3 | $ 3,213.68 | 158.70 | $ 517.76 | 0.1611 | $ 20.25 |
| 40 | 6020040530 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2,3 | $ 1,518.95 | 75.01 | $ 94.94 | 0.0625 | $ 20.25 |
| 41 | 5100002730 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 2,273.06 | 112.25 | $ 284.13 | 0.1250 | $ 20.25 |
| 42 | 5050512370 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2,3 | $ 6,703.97 | 331.06 | $ 716.95 | 0.1069 | $ 20.25 |
| 43 | 6020012870 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2,3 | $ 3,112.23 | 153.69 | $ 309.65 | 0.0995 | $ 20.25 |
| 44 | 6020055770 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2 | $ 2,407.32 | 118.88 | $ 300.91 | 0.1250 | $ 20.25 |
| 45 | 0470861880 | 17812 | CORONADO PETROLEUM CORPORATION | Oklahoma | Oil | 1,2,3 | $ 3,183.71 | 157.22 | $ 15.75 | 0.0049 | $ 20.25 |
| 46 | 6020012150 | 33410 | KERR MCGEE REFINING CORP. | Oklahoma | Oil | 2 | $ 3,456.07 | 170.67 | $ 432.02 | 0.1250 | $ 20.25 |
| 47 | 6020021140 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 1,483.41 | 73.26 | $ 185.42 | 0.1250 | $ 20.25 |
| 48 | 0291217930 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 789.89 | 39.01 | $ 98.74 | 0.1250 | $ 20.25 |
| 49 | 6070334820 | 10317 | NATIONAL ENRGY GROUP INC | Oklahoma | Oil | 1 | $ 3,680.05 | 181.75 | $ 736.01 | 0.2000 | $ 20.25 |
| 50 | 5100002700 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 880.37 | 43.48 | $ 110.05 | 0.1250 | $ 20.25 |

**July 1989 MMS 2014 Data**

**Exhibit 3**
**(Martin Nov. 16, 2006 Declaration Attachment 9)**

| ID | Lease Number | Payor Id | Company Name | State | Product | Reason For Exclusion* | Sale Value | Sales Volume | Royalty Value Less Allowances | Calculated Royalty Rate | Calculated Unit Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 0300646280 | 13855 | DOMINION EXPLR & PROD. INC. | Oklahoma | Oil | 1,2 | $ 376.20 | 18.58 | $ 47.02 | 0.1250 | $ 20.25 |
| 52 | 6020060570 | 33796 | FLINT HILLS RESOURCES | Oklahoma | Oil | 1,2 | $ 218.66 | 10.80 | $ 27.33 | 0.1250 | $ 20.25 |
| 53 | 0300616150 | 13855 | DOMINION EXPLR & PROD. INC. | Oklahoma | Oil | 1,2 | $ 114.39 | 5.65 | $ 14.30 | 0.1250 | $ 20.25 |
| 54 | 5180072400 | 33796 | FLINT HILLS RESOURCES | Oklahoma | Condensate | 1,2 | $ 498.66 | 24.63 | $ 99.74 | 0.2000 | $ 20.25 |
| 55 | 0300646260 | 13855 | DOMINION EXPLR & PROD. INC. | Oklahoma | Oil | 1,2 | $ 289.30 | 14.29 | $ 36.16 | 0.1250 | $ 20.24 |
| 56 | 5180073260 | 33796 | FLINT HILLS RESOURCES | Oklahoma | Condensate | 1,2 | $ 312.17 | 15.42 | $ 62.43 | 0.2000 | $ 20.24 |
| 57 | 0300608040 | 13855 | DOMINION EXPLR & PROD. INC. | Oklahoma | Oil | 1,2 | $ 93.93 | 4.64 | $ 11.74 | 0.1250 | $ 20.24 |
| 58 | 5180072630 | 33010 | KAISER-FRANCIS OIL COMPANY | Oklahoma | Condensate | 1,2 | $ 265.69 | 13.13 | $ 53.14 | 0.2000 | $ 20.24 |
| 59 | 6010425940 | 44510 | FREEPORT-MCMORAN, INC. | Oklahoma | Oil | 1,3 | $ 7,570.12 | 374.11 | $ 315.41 | 0.0417 | $ 20.24 |
| 60 | 0300292480 | 46459 | HEC PETROLEUM INC. | Oklahoma | Condensate | 1,2 | $ 386.88 | 19.12 | $ 48.36 | 0.1250 | $ 20.23 |
| 61 | 0300292470 | 72615 | TXO C-O MARATHON OIL COMPANY | Oklahoma | Oil | 1,2 | $ 202.24 | 10.00 | $ 25.28 | 0.1250 | $ 20.22 |
| 62 | 5180048490 | 39832 | ORYX ENERGY COMPANY | Oklahoma | Condensate | 1,2 | $ 925.60 | 45.77 | $ 154.26 | 0.1667 | $ 20.22 |
| 63 | 5180093050 | 36275 | J M PETROLEUM CORPORATION | Oklahoma | Condensate | 2,5 | $ 9.10 | 0.45 | $ 1.82 | 0.2000 | $ 20.22 |
| 64 | 6010453060 | 44730 | PHILLIPS PETROLEUM CO. | Oklahoma | Oil | 1,2 | $ 899.20 | 44.48 | $ 112.40 | 0.1250 | $ 20.22 |
| 65 | 6010003290 | 11270 | BP AMERICA PRODUCTION COMPANY | Oklahoma | Oil | 1,2 | $ 203.68 | 10.08 | $ 25.46 | 0.1250 | $ 20.21 |
| 66 | 5180076800 | 33796 | FLINT HILLS RESOURCES | Oklahoma | Oil | 1 | $ 3,860.71 | 191.12 | $ 772.14 | 0.2000 | $ 20.20 |
| 67 | 0300384250 | 27420 | APACHE ENERGY RESOURCES CORP. | Oklahoma | Oil | 1,2 | $ 200.32 | 9.92 | $ 25.04 | 0.1250 | $ 20.19 |
| 68 | 0300771410 | 13855 | DOMINION EXPLR & PROD. INC. | Oklahoma | Oil | 1,2 | $ 1,209.35 | 59.93 | $ 151.17 | 0.1250 | $ 20.18 |
| 69 | 5180052400 | 72615 | TXO C-O MARATHON OIL COMPANY | Oklahoma | Condensate | 1,2 | $ 70.01 | 3.47 | $ 11.67 | 0.1667 | $ 20.18 |
| 70 | 5100002140 | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 1,349.27 | 66.96 | $ 168.66 | 0.1250 | $ 20.15 |
| 71 | 0300590530 | 27813 | HARRELL PETROLEUM, INC | Oklahoma | Condensate | 1,2,3,5 | $ (6,142.63) | (305.04) | $ 6.69 | (0.0011) | $ 20.14 |
| 72 | 0300688350 | 27813 | HARRELL PETROLEUM, INC | Oklahoma | Condensate | 1,3 | $ 7,926.92 | 393.65 | $ 216.35 | 0.0273 | $ 20.14 |
| 73 | 029553862A | 39831 | SUNOCO, INC (R&M) | Oklahoma | Oil | 2 | $ 80.93 | 4.02 | $ 10.12 | 0.1250 | $ 20.13 |
| 74 | 5110000190 | 17555 | CONOCOPHILLIPS COMPANY | Oklahoma | Condensate | | $ 9,946.04 | 494.24 | $ 1,243.26 | 0.1250 | $ 20.12 |

* Other exclusions may apply.

**Exclusion Codes**

| Code | Description |
|---|---|
| 1 | Not a major purchaser |
| 2 | Appears to be a DOD |
| 3 | Incorrect royalty rate |
| 4 | Incorrect adjustment |
| 5 | Small volume (less than 1 barrel per day) |
| 6 | Sales value |
| 7 | Other data anomaly |