IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | Electronically Filed: March 14, 2007 |
| Plaintiff, | ) | |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Kevin S. Webb, in substitution for Brett D. Burton, as attorney of record for Defendant, the United States of America, in the above styled case. Service of all papers by U.S. Mail should be addressed to:

Kevin S. Webb
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0479
Facsimile: 202-353-2021
Email: kevin.webb@usdoj.gov

Overnight and hand deliveries should be addressed to:

Kevin S. Webb
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D St., NW, Rm. 3120
Washington, D.C. 20004
Telephone: 202-305-0479
Facsimile: 202-353-2021

Email: kevin.webb@usdoj.gov

Respectfully submitted March 14, 2007.

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ *Kevin S. Webb*
KEVIN S. WEBB (DC Bar # 484866)
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004
Tel: 202-305-0479
Fax: 202-353-2021
Email: kevin.webb@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Email: anthony.hoang@usdoj.gov

MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021
Email: martin.lalonde@usdoj.gov

ELISABETH BRANDON
Office of the Solicitor

United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227