**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) |
| v. | ) | Judge Emily C. Hewitt |
| | ) | Filed Electronically March 15, 2007 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT SUBMISSION ON TRANCHE ONE DAMAGES**

MATTHEW J. McKEOWN
Acting Assistant Attorney General

KEVIN WEBB
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section

MARTIN LALONDE
BRETT BURTON
United States Department of Justice
Environmental & Natural Resources Section
Natural Resources Section
601 D Street, N.W.
3rd Floor
Washington, D.C. 20004
Telephone: (202) 305-0212/0247
Fax: (202) 353-2021

Attorneys for Defendant
The United States

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

The Osage Nation and the United States make this joint submission in response to the Court's instruction to present a joint damages calculation in accordance with its opinion issued February 15, 2007.[1]

**DAMAGES FOR ROYALTY UNDERCOLLECTION**

1. The parties agree that based on the Court's order dated February 15, 2007, damages for "Failure to Collect Full Royalties During Price Controls" and "Failure to Collect Royalties Based on Highest Offered Prices" for Tranche One leases in Tranche One months total $246,988.42. The attached Exhibit A shows how this amount was derived.

2. The parties agree that based on the Court's order dated February 15, 2007, the present value, through February 28, 2007, of the $246,988.42 in the preceding paragraph is $1,835,111.69. The attached Exhibits A and F show how this amount was derived.

**DAMAGES FOR DEPOSIT LAG**

3. The parties agree that based on the Court's order dated February 15, 2007, damages for "Failure Promptly to Deposit Funds Because of Unreasonable Failure to Certify a Federal Depositary" for royalties collected from Tranche One leases in Tranche One months is $197.71. The attached Exhibits B, C, and D show how this amount was derived.

4. The parties agree that there are no deposit-lag damages for the Tranche One leases in the Tranche One months November 1980, February 1986, and July 1989, because in those months all royalties for the Tranche One leases were paid by electronic funds transfer (EFT).

[1] The parties make this submission for the purpose of complying with the requirements of the Court's order. In so doing, the parties reserve all rights to appeal the Court's orders and neither party waives any rights it may have in other contexts.

5. Deposit-lag damages for royalty payments on Tranche One leases made by check for the Tranche One months January 1976 and May 1979 were calculated according to the method approved by the Court's order dated February 15, 2007.

6. The parties agree that based on the Court's order dated February 15, 2007, the present value, through February 28, 2007, of the $197.71 in ¶ 3 above is $1565.36. The attached Exhibits B and G show how this amount was derived.

**DAMAGES FOR UNDERINVESTMENT AND INVESTMENT UNDERPERFORMANCE**

7. The parties agree that based on the Court's order dated February 15, 2007, damages for "Failure to Maintain Appropriate Cash Balances (Underinvestment)" and "Failure to Obtain Investment Yields in Accordance with Law (Investment Underperformance)" for royalties collected from Tranche One leases in Tranche One months total $4,467.21. The attached Exhibit E shows how this amount was derived. This amount was obtained by first calculating an amount of damages for each Tranche One month. Damages for each entire month were then prorated to reflect an estimated amount of damages attributable to the Tranche One leases. Prorating percentages were calculated using the parties' agreed-upon number for the royalty collected from Tranche One leases and dividing by the estimated total royalty collections for the month.

8. The parties agree that based on the Court's order dated February 15, 2007, the present value, through February 28, 2007, of the $4,467.21 in the preceding paragraph is $40,201.26. The attached Exhibits E and G show how this amount was derived.

**TOTAL JUDGMENT AMOUNT FOR TRANCHE ONE**

9. In accordance with the foregoing and the Court's orders, the parties agree that final judgment for Tranche One should be entered for the plaintiff in the amount of $1,876,878.30 as detailed in Exhibit H.

March 15, 2007

Respectfully submitted,

*s/Kevin Webb*
KEVIN WEBB
Counsel of Record for Defendant

*s/Martin LaLonde*
MARTIN LALONDE
BRETT BURTON
United States Department of Justice - ENRD
Washington, D.C. 20044-663
Telephone: (202) 305-0212
Fax: (202) 353-2021
Attorneys for Defendant

*s/Wilson K. Pipestem*
Counsel of Record for Plaintiff
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation

EXHIBIT A
Royalty Damages

| | A | B | C | D | E | F | I | J | K |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Tranche One Month** | **Tranche One Lease** | **Royalty Rate** | **Volume (Bbl)** | **Reported Royalty Price Paid** | **Highest Offered Price Unregulated** | **T1 Damages** | **Current Value Factor** | **Current Value of T1 Damages** |
| 2 | Jan-76 | North Burbank Unit | 12.50% | 160,738 | $13.31 | $13.46 | $3,024.19 | 10.26 | $31,027.22 |
| 3 | Jan-76 | North Burbank Unit | 16.67% | 120 | $13.31 | $13.46 | $3.00 | 10.26 | $30.78 |
| 4 | Jan-76 | North Avant Unit | 12.50% | 3,030 | $13.22 | $13.42 | $70.79 | 10.26 | $726.31 |
| 5 | Jan-76 | Osage Hominy Unit | 16.67% | 10,434 | $5.33 | $13.46 | $14,142.67 | 10.26 | $145,099.51 |
| 6 | Jan-76 | Osage Hominy Unit | 12.50% | 37,916 | $5.33 | $13.46 | $38,532.09 | 10.26 | $395,327.54 |
| 7 | Jan-76 | East Hardy Unit | 12.50% | 347 | $13.50 | $13.50 | $0.00 | 10.26 | $0.00 |
| 8 | Jan-76 | East Hardy Unit | 16.67% | 8,181 | $5.35 | $13.50 | $11,090.06 | 10.26 | $113,780.65 |
| 9 | TOTAL | | | 220,766 | | | | | |
| 10 | | | | | | | | | |
| 11 | May-79 | North Burbank Unit | 12.50% | 139,506 | $19.12 | $19.31 | $3,288.69 | 6.75 | $22,185.87 |
| 12 | May-79 | North Burbank Unit | 16.67% | 90 | $18.31 | $19.31 | $15.01 | 6.75 | $101.26 |
| 13 | May-79 | North Avant Unit | 12.50% | 2,067 | $19.19 | $19.27 | $21.15 | 6.75 | $142.71 |
| 14 | May-79 | Osage Hominy Unit | 12.50% | 22,908 | $19.32 | $19.31 | $0.00 | 6.75 | $0.00 |
| 15 | May-79 | Osage Hominy Unit | 16.67% | 11,640 | $7.03 | $19.31 | $23,820.94 | 6.75 | $160,698.86 |
| 16 | May-79 | East Hardy Unit | 12.50% | 5,254 | $6.02 | $19.35 | $8,754.48 | 6.75 | $59,058.72 |
| 17 | May-79 | East Hardy Unit | 16.67% | 345 | $19.35 | $19.35 | $0.00 | 6.75 | $0.00 |
| 18 | TOTAL | | | 181,809 | | | | | |
| 19 | | | | | | | | | |
| 20 | Nov-80 | North Burbank Unit | 12.50% | 88,379 | $36.04 | $36.00 | $0.00 | 9.20 | $0.00 |
| 21 | Nov-80 | North Burbank Unit | 16.67% | 149 | $52.83 | $36.00 | $0.00 | 9.20 | $0.00 |
| 22 | Nov-80 | North Burbank Unit | 12.50% | 21,142 | $35.86 | $36.00 | $369.99 | 9.20 | $3,402.57 |
| 23 | Nov-80 | North Burbank Unit | 16.67% | 126 | $35.96 | $36.00 | $1.00 | 9.20 | $9.21 |
| 24 | Nov-80 | North Burbank Unit | 12.50% | 4,990 | $35.86 | $36.00 | $87.33 | 9.20 | $803.12 |
| 25 | Nov-80 | North Avant Unit | 12.50% | 1,233 | $35.88 | $35.94 | $10.68 | 9.20 | $98.24 |
| 26 | Nov-80 | Osage Hominy Unit | 12.50% | 11,752 | $15.43 | $36.00 | $30,219.26 | 9.20 | $277,908.15 |
| 27 | Nov-80 | Osage Hominy Unit | 16.67% | 4,760 | $6.84 | $36.00 | $23,138.22 | 9.20 | $212,788.15 |
| 28 | Nov-80 | Osage Hominy Unit | 16.67% | 3,244 | $15.43 | $36.00 | $11,123.73 | 9.20 | $102,298.20 |
| 29 | Nov-80 | Osage Hominy Unit | 16.67% | 3,323 | $35.86 | $36.00 | $77.55 | 9.20 | $713.16 |
| 30 | Nov-80 | Osage Hominy Unit | 12.50% | 12,038 | $36.00 | $36.00 | $0.00 | 9.20 | $0.00 |
| 31 | Nov-80 | East Hardy Unit | 12.50% | 5,499 | $48.00 | $36.04 | $0.00 | 9.20 | $0.00 |
| 32 | Nov-80 | East Hardy Unit | 16.67% | 177 | $36.00 | $36.04 | $0.82 | 9.20 | $7.56 |
| 33 | TOTAL | | | 156,812 | | | | | |

EXHIBIT A
Royalty Damages

| | A | B | C | D | E | F | I | J | K |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Tranche One Month** | **Tranche One Lease** | **Royalty Rate** | **Volume (Bbl)** | **Reported Royalty Price Paid** | **Highest Offered Price Unregulated** | **T1 Damages** | **Current Value Factor** | **Current Value of T1 Damages** |
| 34 | | | | | | | | | |
| 35 | Feb-86 | North Burbank Unit | 12.50% | 79,698 | $20.71 | $24.51 | $37,863.22 | 4.07 | $154,019.89 |
| 36 | Feb-86 | North Burbank Unit | 16.67% | 112 | $20.70 | $24.51 | $71.21 | 4.07 | $289.67 |
| 37 | Feb-86 | North Avant Unit | 12.50% | 13,987 | $18.62 | $23.96 | $9,326.10 | 4.07 | $37,936.66 |
| 38 | Feb-86 | Osage Hominy Unit | 12.50% | 18,599 | $20.74 | $24.69 | $9,178.37 | 4.07 | $37,335.76 |
| 39 | Feb-86 | Osage Hominy Unit | 16.67% | 14,321 | $20.54 | $24.46 | $9,359.50 | 4.07 | $38,072.55 |
| 40 | Feb-86 | East Hardy Unit | 12.50% | 3,196 | $24.69 | $24.69 | $0.00 | 4.07 | $0.00 |
| 41 | Feb-86 | East Hardy Unit | 16.67% | ** | ** | | | | |
| 42 | TOTAL | | | 129,913 | | | | | |
| 43 | | | | | | | | | |
| 44 | Jul-89 | North Burbank Unit | 12.50% | 35,459 | $19.66 | $21.00 | $5,920.83 | 3.08 | $18,228.36 |
| 45 | Jul-89 | North Burbank Unit | 16.67% | 174 | $19.25 | $21.00 | $49.10 | 3.08 | $151.17 |
| 46 | Jul-89 | North Avant Unit | 12.50% | 5,601 | $19.43 | $21.00 | $1,099.20 | 3.08 | $3,384.08 |
| 47 | Jul-89 | Osage Hominy Unit | 12.50% | 18,359 | $19.68 | $21.00 | $3,034.75 | 3.08 | $9,343.02 |
| 48 | Jul-89 | Osage Hominy Unit | 16.67% | 13,395 | $19.67 | $21.00 | $2,965.66 | 3.08 | $9,130.32 |
| 49 | Jul-89 | East Hardy Unit | 12.50% | ** | ** | | | 3.08 | |
| 50 | Jul-89 | East Hardy Unit | 16.67% | 1,198 | $19.36 | $21.00 | $328.84 | 3.08 | $1,012.39 |
| 51 | TOTAL | | | 74,186 | | | | | |
| 52 | | | | | | | | | |
| 53 | **TOTAL** | | | | | | **$246,988.42** | | **$1,835,111.69** |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

EXHIBIT B
Deposit Lag Summary

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | **Base Amount of Deposit Lag Damages** | | | | **Current Value of Deposit Lag Damages** | | |
| 2 | T1 month | | Mailing Lag | Andersen Lag | Combined | | Mailing Lag | Andersen Lag | Combined |
| 3 | Jan-1976 | | $ 64.37 | $ - | $ 64.37 | | $ 662.09 | $ - | $ 662.09 |
| 4 | May-1979 | | $ 133.27 | $ 0.07 | $ 133.34 | | $ 902.79 | $ 0.47 | $ 903.26 |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | $ 197.64 | $ 0.07 | **$ 197.71** | | $ 1,564.89 | $ 0.47 | **$ 1,565.36** |

EXHIBIT C
Mailing Deposit Lag

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **T1 month** | **Tranche One Receipts Paid by Check** | **Average Annual Prudent Rate for FY** | **Damages for 1.4 Lag Days** | **Current Value Factor** | **Current Value of T1 Damages** |
| 2 | Jan-1976 | $ 315,129.18 | 5.34% | $ 64.37 | 10.29 | $ 662.09 |
| 3 | May-1979 | $ 333,718.56 | 10.44% | $ 133.27 | 6.77 | $ 902.79 |
| 4 | | | | | | |
| 5 | TOTAL | | | $ 197.64 | | **$ 1,564.89** |

EXHIBIT D
Andersen Deposit Lag

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **T1 month** | **FY** | **Average Annual Prudent Rate for FY** | **Average Daily Return** | **4 to 6 day lag** | | | | **7 to 10 day lag** | | | |
| 2 | | | | | $ | Avg Lag | Adj Lag | **Damages** | $ | Avg Lag | Adj Lag | **Damages** |
| 3 | Jan-1976 | 1976 | 5.34% | 0.01459016% | $ - | 5 | 2.6 | **$ -** | $ - | 8.5 | 6.1 | **$ -** |
| 4 | May-1979 | 1979 | 10.44% | 0.02860274% | $ 111 | 5 | 2.6 | **$ 0.08** | $ - | 8.5 | 6.1 | **$ -** |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |

EXHIBIT D
Andersen Deposit Lag

| | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **11 to 30 day lag** | | | | **Over 30 day lag** | | | | **Annual Damages** | **T1 Month Damages** | **Approx. % Damages for T1 Leases*** | **Approx. $ Damages for T1** | **Current Value Factor** | **Current Value of T1 Damages** |
| 2 | $ | Avg Lag | Adj Lag | **Damages** | $ | Min Lag | Adj Lag | **Damages** | | | | | | |
| 3 | $ - | 20.5 | 18.1 | **$ -** | $ - | 31 | 28.6 | **$ -** | $ - | **$ -** | 18.61% | $ - | 10.29 | **$ -** |
| 4 | $ 66 | 20.5 | 18.1 | **$ 0.34** | $ 541 | 31 | 28.6 | **$ 4.43** | $ 4.85 | **$ 0.40** | 17.07% | $ 0.07 | 6.77 | **$ 0.47** |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | $ 0.07 | | **$ 0.47** |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | *Derived from royalty percentages as shown in Columns Y-AB of Exhibit E | | | | | | |

EXHIBIT E
Investment Damages

| | A | B | I | J | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **T1 Month** | **FY** | **Total Annual Interest** | **Average Monthly Interest (Actual)** | **Total Average Daily Balance** | **Average Daily Expected Invested Balance** | **3-mo. CD rate for T1 month** | **Discount Basis 3-month T-Bill rate** | **Invt. Basis 3-month T-Bill rate** | **Expected Rate for T1 mo.** | **T1 month expected yield on invested funds** |
| 2 | Jan-1976 | 1976 | $ 281,829.77 | **$ 23,485.81** | $ 6,192,141.48 | $ 6,167,141.48 | 5.14% | 4.87% | 5.00% | 5.11% | **$ 26,271.18** |
| 3 | May-1979 | 1979 | $ 797,031.06 | **$ 66,419.26** | $ 8,334,699.98 | $ 8,309,699.98 | 10.16% | 9.61% | 9.99% | 10.13% | **$ 70,114.55** |
| 4 | Nov-1980 | 1981 | $ 3,214,476.97 | **$ 267,873.08** | $ 23,245,766.35 | $ 23,220,766.35 | 15.68% | 13.73% | 14.42% | 15.43% | **$ 298,546.31** |
| 5 | Feb-1986 | 1986 | $ 586,856.76 | **$ 48,904.73** | $ 7,574,986.90 | $ 7,549,986.90 | 7.69% | 7.06% | 7.29% | 7.61% | **$ 47,877.13** |
| 6 | Jul-1989 | 1989 | $ 503,964.94 | **$ 41,997.08** | $ 4,257,500.19 | $ 4,232,500.19 | 8.76% | 7.88% | 8.15% | 8.64% | **$ 30,468.23** |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |

EXHIBIT E
Investment Damages

| | T | U | V | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Allowable Uninvested Funds** | **Interest Rate on Uninvested Funds** | **T1 month expected yield on uninvested funds** | **1-month total expected** | **T1 Month Damages** | **Total Royalty $ in T1 Year** | **Estimated T1 Month Royalty Collected** | **Royalty Collected from T1 Leases in T1 Month** | **Approx. % Damages for T1 Leases** | **Approx. $ Damages for T1 Leases** |
| 2 | $ 25,000.00 | 4.00% | **$ 83.33** | **$ 26,354.51** | $ 2,868.70 | $ 20,316,682.44 | $ 1,693,056.87 | $ 315,129.18 | 18.61% | $ 533.95 |
| 3 | $ 25,000.00 | 4.00% | **$ 83.33** | **$ 70,197.89** | $ 3,778.63 | $ 29,014,232.28 | $ 2,417,852.69 | $ 412,684.69 | 17.07% | $ 644.95 |
| 4 | $ 25,000.00 | 4.00% | **$ 83.33** | **$298,629.64** | $30,756.56 | $ 74,914,410.42 | $ 6,242,867.54 | $ 667,451.12 | 10.69% | $ 3,288.31 |
| 5 | $ 25,000.00 | 7.12% | **$ 148.33** | **$ 48,025.47** | $ - | $ 31,934,499.42 | $ 2,661,208.29 | $ 346,385.81 | 13.02% | $ - |
| 6 | $ 25,000.00 | 9.01% | **$ 187.71** | **$ 30,655.94** | $ - | $ 21,812,646.77 | $ 1,817,720.56 | $ 87,159.05 | 4.79% | $ - |
| 7 | | | | | | | | | | |
| 8 | **TOTAL** | | | | | | | | | **$ 4,467.21** |

EXHIBIT E
Investment Damages

| | AD | AE |
|---|---|---|
| 1 | **Current Value Factor** | **Total Damages Through 2/28/2007** |
| 2 | 10.29 | **$ 5,492.19** |
| 3 | 6.77 | **$ 4,369.02** |
| 4 | 9.23 | **$ 30,340.05** |
| 5 | 3.84 | **$ -** |
| 6 | 3.09 | **$ -** |
| 7 | | |
| 8 | | **$ 40,201.26** |

EXHIBIT F
Current Value (Royalty)

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Tranche One Month** | **Royalty Due Date** | **7-year T-Bill Rate, Monthly Average** | **1st rollover** | **7-year rollover rate** | **2nd rollover** | **7-year rollover rate** | **3rd rollover** | **7-year rollover rate** | **4th rollover** | **7-year rollover rate** | **Portion of Year Between Anniversary and Feb. 28** | **Value of $1 on Royalty Due Date, Invested in 7-Year T-Bills Through 2/28/2007** |
| 2 | Jan-1976 | 25-Feb-1976 | 7.72% | Feb-1983 | 10.56% | Feb-1990 | 8.48% | Feb-1997 | 6.32% | Feb-2004 | 3.59% | 0.010958904 | **$10.259696** |
| 3 | May-1979 | 25-Jun-1979 | 8.86% | Jun-1986 | 7.75% | Jun-1993 | 5.61% | Jun-2000 | 6.33% | | | 0.682191781 | **$6.746116** |
| 4 | Nov-1980 | 25-Dec-1980 | 13.00% | Dec-1987 | 8.82% | Dec-1994 | 7.80% | Dec-2001 | 4.86% | | | 0.180821918 | **$9.196392** |
| 5 | Feb-1986 | 25-Mar-1986 | 7.67% | Mar-1993 | 5.66% | Mar-2000 | 6.51% | | | | | 0.934246575 | **$4.067797** |
| 6 | Jul-1989 | 25-Aug-1989 | 8.11% | Aug-1996 | 6.52% | Aug-2003 | 3.96% | | | | | 0.515068493 | **$3.078685** |

EXHIBIT G
Current Value (Investment)

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **T1 month** | **1st month after T1 month** | **7-year T-Bill for 1st month after T1 month** | **1st rollover** | **7-year rollover rate** | **2nd rollover** | **7-year rollover rate** | **3rd rollover** | **7-year rollover rate** | **4th rollover** | **7-year rollover rate** | **Fraction of year between anniversary and Feb 28, 2007** | **Value of $1 on the Day After T1 Month, Invested in 7-Year T-Bills Through 2/28/2007** |
| 2 | Jan-1976 | Feb-1976 | 7.72% | Feb-1983 | 10.56% | Feb-1990 | 8.48% | Feb-1997 | 6.32% | Feb-2004 | 3.59% | 1/12 | **$10.285919** |
| 3 | May-1979 | Jun-1979 | 8.86% | Jun-1986 | 7.75% | Jun-1993 | 5.61% | Jun-2000 | 6.33% | | | 3/4 | **$6.774251** |
| 4 | Nov-1980 | Dec-1980 | 13.00% | Dec-1987 | 8.82% | Dec-1994 | 7.80% | Dec-2001 | 4.86% | | | 1/4 | **$9.226632** |
| 5 | Feb-1986 | Mar-1986 | 7.67% | Mar-1993 | 5.66% | Mar-2000 | 6.51% | Mar-2007 | | | | 0 | **$3.835040** |
| 6 | Jul-1989 | Aug-1989 | 8.11% | Aug-1996 | 6.52% | Aug-2003 | 3.96% | | | | | 7/12 | **$3.086858** |

EXHIBIT H
Tranche One Damages Summary

| | A | B | C |
|---|---|---|---|
| 1 | | **Base Amount of Damages** | **Current Value Through Feb. 28, 2007** |
| 2 | | | |
| 3 | | | |
| 4 | **Undercollection** | $ 246,988.42 | $ 1,835,111.69 |
| 5 | **Deposit Lag** | $ 197.71 | $ 1,565.36 |
| 6 | **Underinvestment and Underperformance** | $ 4,467.21 | $ 40,201.26 |
| 7 | | | |
| 8 | | | |
| 9 | **TOTAL** | $ 251,653.34 | **$ 1,876,878.30** |