# In the United States Court of Federal Claims

**No. 99-550 L**
**(into which has been consolidated No. 00-169 L)**

**THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to court's Order, filed March 16, 2007, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States, for the Tranche One claims, the sum of $1,876,878.30.

Brian Bishop
Clerk of Court

**March 16, 2007** By: Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.