ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
MAY 15 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: May 11, 2007 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant in the above-entitled action, the United States of America, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on March 16, 2007, and from all prior orders that merged with the March 16, 2007, Judgment, including the Order entered on July 8, 2005, requiring the production of certain privileged documents.

Respectfully submitted this 15th day of May, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

[signature]

MARTIN J. LALONDE (IL Bar # 621820)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ELISABETH BRANDON
CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

CERTIFICATE OF SERVICE

I certify that on May 15, 2007, the foregoing Defendant's Notice of Appeal was served on Plaintiff's counsel by facsimile and by sending a copy thereof in the U.S. Mail, postage prepaid, to the following counsel of record at the following addresses:

Wilson K. Pipestem
Pipestem Law Firm, P.C.
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 419-3526

Martin LaLonde