# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## 2007-5120 - OSAGE TRIBE V US

**Date of docketing:** 05/17/2007

**Appeal from:** United States Court of Federal Claims case no. 99-CV-550, 00-CV-169

**Appellant(s):** United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Wilson Kirk Pipestem
Martin J. LaLonde

# 2007-5120

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Emily C. Hewitt**

**Nature of Suit:** 504

**Type of Case**: Native Indians

THE OSAGE TRIBE OF INDIANS
OF OKLAHOMA,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 99-550 C..

**Cross or Related**? No.

**Appeal filed by:** Defendant.

**Date Judgment Entered**: March 16, 2007. > 60 days

**Notice of Appeal**: May 15, 2007.

**Fee**: Not required.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

RECEIVED
2007 MAY 15 PM 12: 48
US COURT OF APPEALS
FEDERAL CIRCUIT

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5120

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 99-CV-550 and 00-CV-169, Judge Emily C. Hewitt.

Authorized Abbreviated Caption[2]

OSAGE TRIBE V US, 2007-5120

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.