United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 17, 2007

Wilson Kirk Pipestem, Esq.

Pipestem Law Firm, P.C.

1333 New Hampshire Avenue, NW

Washington, DC 20036

In re: The Osage Tribe of Indians of Oklahoma v.United States,

No.99-550L (into which has been consolidated No. 00-169 L)

Dear Mr. Pipestem:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated March 19, 2007, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Martin James LaLonde, Esq., Dept. Of Justice