A COMPLETE COPY IS NOT FILED FOR BREVITY

# THE CONSTITUTION OF THE OSAGE NATION

Ratified: March 11, 2006

[ Signed: May 6, 2006 ]

Commemorative Copy

EXHIBIT
1
tabbies

## *ARTICLE I - TITLE*

This tribe shall hereafter be referred to as The Osage Nation, formerly known as the Osage Tribe of Indians of Oklahoma.

## *ARTICLE II - TERRITORY AND JURISDICTION*

**Section 1.** Territory: The territory of the Osage Nation shall include the Osage Reservation, duly established by the Congress of the United States pursuant to (1) the Treaty between the United States of America and the Great and Little Osage Indians, Sept. 29, 1865, 14 Stat. 687; (2) Article 16 of the Treaty between the United States of America and the Cherokee Nation of Indians, July 19, 1866, 14 Stat. 799; and (3) the Act of June 5, 1872, ch. 310, 17 Stat. 228 (An Act to Confirm to the Great and Little Osage Indians a Reservation in the Indian Territory), and all other lands under federally-restricted status title to which is held by the Nation or the People, or by the United States in trust on behalf of the Nation or the People, and any such additional lands as are hereafter acquired and similarly held by the Nation or the People or by the United States on behalf of the Nation or the People. Territory is defined as, but is not limited to, air, water, surface, sub-surface, natural resources and any interest therein, notwithstanding the issuance of any patent or right of way in fee or otherwise, by the governments of the United States or the Osage Nation, existing and/or in the future.

**Section 2.** Jurisdiction: The jurisdiction of the Osage Nation shall extend over all persons, subjects, property, and over all activities that occur within the territory of the Osage Nation and over all Osage citizens, subjects, property and activities outside such territory affecting the rights and laws of the Osage Nation.

Nothing in this Article shall be construed to limit or impair the ability of the Osage Nation to exercise its jurisdiction within or without its territory based upon its inherent sovereign authority as a nation of Osage People.

## *ARTICLE III - MEMBERSHIP*

**Section 1.** Base Membership Roll: The base membership of the Osage Nation shall consist of those persons whose names appear on the final roll of the Osage tribe of Indians pursuant to the Act of June 28, 1906 (34 Stat. 539).

**Section 2.** Qualifications for Membership: All lineal descendants of those Osages listed on the 1906 Roll are eligible for membership in the Osage Nation, and those enrolled members shall constitute the citizenry subject to the provisions of this Constitution and to the laws enacted and regulations approved pursuant to this Constitution.

**Section 3.** Dual Enrollment: An enrolled member of the Osage Nation ca choose to be dually enrolled as a member of another Indian tribe without forfeitin Osage membership.

**Section 4.** Membership Laws: The Osage Nation Congress shall have the powe and is required to regulate membership and maintain a correct roll of all Osage enrolled as members of the Osage Nation. The Osage Nation Congress shall enac laws, not inconsistent with this Constitution, prescribing rules and regulation governing membership, including application and appeal procedures, loss o membership, and the adoption of members.

## *ARTICLE IV - DECLARATION OF RIGHTS*

**Section 1.** Popular Sovereignty: All political power is vested in and derived from the Osage People. All government of right originates with the Osage People, is founded upon their will only, and is instituted solely for the good of the whole.

**Section 2.** Self-Government: The Osage People have the exclusive right of governing themselves as a free, sovereign, and independent nation as done from time immemorial.

**Section 3.** Inalienable Rights of Osage Citizens: There shall be certain inalienable rights, which shall not be abridged or denied by any branch/department of the Osage Nation government or by any official of the government. Furthermore nothing in this Constitution shall be interpreted in a way that would diminish the rights and privileges of any person within the jurisdiction of the Osage Nation. The Osage Nation government in exercising sovereign powers shall not:

A. make or enforce any law prohibiting the free exercise of religion, or abridging the freedom of speech or the press, or the right of the people peaceably to assemble and to petition for redress of grievances;
B. violate the right of the people to be secure in their persons, houses, papers, and effects against unreasonable search and seizures, nor issue warrants, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the person or thing to be seized;
C. subject any person for the same offense to be twice put in jeopardy;
D. compel any person in any criminal case to be a witness against himself or herself;
E. take any private property for a public use that is not fully justified as being in the best interest of all the people nor take without just compensation;
F. deny to any person in criminal proceeding the right to a speedy and public trial, to be informed of the nature and cause of the accusation, to be confronted with the witnesses against him or her, to have compulsory process for obtaining witnesses

## *ARTICLE VI - LEGISLATURE*

**Section 1.** Legislative Power: The legislative power of the Osage Nation, excep for the initiative and referendum powers reserved to the People as provided in thi Constitution, is hereby vested in one legislative body to be called the Osage Natio Congress.

**Section 2.** Composition: The Osage Nation Congress shall be composed o twelve (12) representatives to be initially elected at large, by qualified Osage voters without regard to their district of residency. Nothing within this provision prohibit the Osage Nation Congress from equitably apportioning districts for the election o representatives hereafter.

**Section 3.** Term of Office: For the first election under this Constitution, the twelve (12) positions in the Osage Nation Congress shall be arranged in order tc establish a system of staggered terms of office whereby six (6) representatives shal be elected to serve a six (6) year term and six (6) representatives shall be elected tc serve a four (4) year term. Thereafter, all members of the Osage Nation Congress shall be elected to four (4) year terms with elections of half of the positions to be held every two (2) years or biennially commencing in 2010. All elected and/or appointed officials of the Osage Nation Congress shall serve until their successors are duly elected and installed.

**Section 4.** Qualifications: Enrolled members of the Osage Nation, who are at least twenty-five (25) years of age on that date of the election, who have never been convicted of a felony, are eligible to serve as members of the Osage Nation Congress.

**Section 5.** Disqualifications: No member of the Osage Nation Congress shall hold any other tribal office or position of profit under the Osage Nation during the term for which the member is elected or appointed. No member of the Osage Nation Congress shall hold any other tribal office under another Indian nation during his/ her term of office. The Osage Nation Congress may prescribe further disqualifications.

**Section 6.** Vacancies: Any vacancy in the Osage Nation Congress shall be filled for the unexpired term in such manner as may be provided by law, or, if no provision be made by law, by appointment of the Principal Chief for the balance of the term.

**Section 7.** Compensation: The annual salary and expense allowance of members of the Osage Nation Congress shall be fixed at the first session of the legislature held after the Osage Nation Constitution takes effect. Presiding officers may receive increased compensation for their duties.
Compensation may be increased or decreased by law from time to time thereafter, but no increase or decrease shall be effective until the legislative year following the next general election for members of the Osage Nation Congress.

## *ARTICLE VII - EXECUTIVE*

**Section 1.** <u>Supreme Executive Power:</u> The supreme executive power of th Osage Nation is hereby vested in a Principal Chief, who shall be titled "Principa Chief of the Osage Nation", and whose Osage title shall be "ꞰΛ̲ Hꭤ ꞰΛ" (Ki-he kah). These titles shall be reserved exclusively to this office. The Principal Chie shall dutifully support the Constitution and laws of the Osage Nation and shall se that the laws are faithfully executed, administered and enforced.

**Section 2.** <u>Term of Office:</u> The Principal Chief shall be elected by qualifie Osage voters at a general election to a term of four (4) years and shall serve until successor has been elected and installed. The Principal Chief shall be elected by majority of votes.

**Section 3.** <u>Qualifications:</u> Enrolled members of the Osage Nation, who are a least thirty-five (35) years of age on that date of the election, who have never beer convicted of a felony, are eligible to become a candidate for the office of Principa Chief of the Osage Nation.

**Section 4.** <u>Disqualifications:</u> The Principal Chief shall not hold any other office or position of profit under the Osage Nation nor hold any office, be it elected or appointed, under any other tribal government or state, county or federal government.

**Section 5.** <u>Composition:</u> The executive branch shall consist of the elected offices of Principal Chief and Assistant Principal Chief, and all other administrative offices, departments, agencies, and instrumentalities of the Osage Nation including, but not limited to, public trusts, boards, village committees, authorities, and commissions.

**Section 6.** <u>Office of Assistant Principal Chief:</u> There shall be an Assistant Principal Chief, whose Osage title shall be "ꞰΛ̲ Hꭤ ꞰΛ O WΛ ÐꝹΛ" (Ki-he-kah O-wah-ta), who shall have the same qualifications as the Principal Chief and serve for the same term and in the same manner. These titles shall be reserved exclusively to this office. The Assistant Principal Chief shall perform such duties as may be prescribed by Osage law and as may be delegated by the Principal Chief. The Assistant Principal Chief, shall, by virtue of his office, be an ex officio member of the Osage Nation Congress and shall have a right, when in committee of the whole, to join in debate; and, whenever the legislature shall be equally divided, the Assistant Principal Chief shall cast the deciding vote.

shall then be conducted by the Osage Nation Congress with the accused afforded due process and an opportunity to be heard. An Osage Nation Supreme Court Justice, designated by the Supreme Court, shall preside at the trial. Concurrence of five-sixths (5/6) of the members of the Osage Nation Congress is required for a judgment of removal. The judgment shall not extend further than to removal from office and disqualification to hold and enjoy any office of honor, trust or profit in the Osage Nation, but shall not prevent proceedings in the courts on the same or related charges.

The Osage Nation Congress may prescribe additional rules and procedures that are necessary to implement the provisions of this Article.

## *ARTICLE XIII - SUFFRAGE AND ELECTIONS*

**Section 1.** Qualified Voters: All enrolled members of the Osage Nation who shall have attained the age of eighteen 18 years and are registered to vote as provided by Osage law shall be qualified to vote under the authority of this Constitution.

**Section 2.** Election Code: The Osage Nation Congress shall enact an election code governing all necessary election procedures.

**Section 3.** Election Board: The Osage Nation Congress shall enact a law creating an Election Board that shall be charged with conducting both General and Special Elections.

**Section 4.** General Elections: General Elections shall be held on the first Monday in June commencing in 2006 and next in 2010 and every even numbered year thereafter.

**Section 5.** Special Elections: Special Elections may be held as provided by Osage law. Special Elections shall provide ample notice to Osage voters as provided by Osage law.

**Section 6.** Contested Elections: Contested elections shall be determined by a Trial Court of the Osage Nation in such manner as shall be prescribed by Osage law.

**Section 7.** Secret Ballots: All elections shall be conducted by secret ballot, and a majority of the votes cast shall determine the action or result thereon unless otherwise provided by this Constitution or Osage law.

## *ARTICLE XIV - VILLAGES*

**Section 1.** Recognized Villages: The recognized villages of the Osage Natic are: (a) the Grayhorse Indian Village, (b) the Pawhuska Indian Village, and (c) th Hominy Indian Village.

The Osage Nation Congress recognizes and respects that each village has its ow traditions, customs, and history.

**Section 2.** Reserved Status: The Grayhorse Indian Village, the Pawhuska India Village and the Hominy Indian Village shall be reserved exclusively for the use an benefit of the Osage Indians pursuant to the act of June 28, 1906 (34 Stat. 539), a amended by the act of June 24, 1938 (52 Stat. 1034).

**Section 3.** Governance: The laws enacted by the Osage Nation Congress appl with equal force to all territory located within the jurisdiction of the Nation, includin the three villages, and to the extent any action taken by a village is inconsistent witl the laws of the Nation, such action shall be deemed void.

## *ARTICLE XV - NATURAL RESOURCES AND MINERALS*

**Section 1.** General Authority: The legislature of the Osage Nation shall provide for the utilization, development and conservation of all natural resources within the territory of the Nation for the maximum benefit of the Osage People.

**Section 2.** Osage Mineral Estate: The oil, gas, coal, and/or other minerals within the boundaries of the Osage Reservation are hereby reserved to the Osage Nation pursuant to the Act of June 5, 1906, (34 Stat. 539), as amended, and is hereby designated the Osage Mineral Estate.

**Section 3.** Osage Mineral Royalties: The right to income from mineral royalties shall be respected and protected by the Osage Nation through the Osage Minerals Council formerly known as the Osage Tribal Council and composed of eight (8) members elected by the mineral royalty interest holders.

**Section 4.** Management of the Osage Mineral Estate: The Mineral Estate of the Osage Reservation is reserved to the Osage Nation. The government of the Osage Nation shall have the perpetual obligation to ensure the preservation of the Osage

Mineral Estate. The government shall further ensure that the rights of members of the Osage Nation to income derived from that Mineral Estate are protected.

To discharge those obligations, the Osage Nation hereby creates a minerals management agency, designated the Osage Minerals Council, consisting of members of the Osage Nation who are entitled to receive mineral royalty income from the Osage Mineral Estate, as provided by federal law. Only Osage mineral royalty interest holders shall be entitled to vote in electing the Osage Minerals Council.

The Osage Minerals Council is recognized by the Osage Nation government as an independent agency within the Osage Nation established for the sole purpose of continuing its previous duties to administer and develop the Osage Mineral Estate in accordance with the Osage Allotment Act of June 28, 1906, as amended, with no legislative authority for the Osage Nation government. As an independent agency within the Osage Nation, the Osage Minerals Council may promulgate its own rules and regulations as long as such rules and regulations are not inconsistent with the laws neither of the Osage Nation nor with the rules and regulations established by the United States Congress in the 1906 Allotment Act.

The Osage Minerals Council shall have the power to consider and approve leases and to propose other forms of development of the Osage Mineral Estate. Mineral leases approved and executed by the Council shall be deemed approved by the Osage Nation unless, within five (5) working days, written objection is received from the Office of the Principal Chief that the executed lease or other development activity violates Osage law or regulation. Any dispute that arises through this process may be heard before the Supreme Court of the Osage Nation Judiciary.

All leases or other forms of agreement for development of the Osage Mineral Estate shall comply with applicable federal law and all laws and regulations of the Osage Nation. The Osage Minerals Council shall exercise the administrative authority delegated under this Constitution, the laws of the Osage Nation, and as permitted by federal law.

**Section 5.** Preservation of Hunting and Fishing: Hunting and fishing and the taking of game and fish are a valued part of our heritage that shall be forever preserved for the Osage People and shall be managed by Osage law and regulation for the public good.

# *ARTICLE XXIV - CERTIFICATE OF ADOPTION*

**Section 1.** Certification of Election:

## Osage Nation
## Constitutional Referendum
## Election Results

***March 11, 2006***

| SHALL THE CONSTITUTION BE APPROVED? | EARLY VOTING | IN PERSON | ABSENTEE | HAND COUNT | TOTAL | % |
|---|---|---|---|---|---|---|
| YES | 87 | 336 | 997 | 34 | 1454 | 66.64% |
| NO | 73 | 301 | 334 | 20 | 728 | 33.36% |

ELECTION CERTIFICATION

We, the undersigned election officials of the Osage Nation do hereby certify the above to be a true and accuate abstract of the votes cast in the Referendum Election held on the 11th day of March, 2006.

signed

***Chairperson:*** ______

***Member:*** ______

**Section 2.** Authorizing Signatures: We, the undersigned, members of the Osage Government Reform Commission, the 31st Osage Tribal Council, the Assistant Principal Chief and the Principal Chief do hereby certify the adoption of this Constitution, duly ratified by a vote of the Osage People on March 11, 2006, and declare this Constitution to be the fundamental law of the Osage Nation.