**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-550 L (into which has been consolidated No. 00-169 L) Judge Emily C. Hewitt |
| | ) | Electronically Filed October 26, 2007 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF OSAGE NATION'S**
**CONDITIONAL MOTION FOR ENLARGEMENT OF TIME**

The United States has filed "Defendant's Unopposed Motion for Enlargement of Time to File Response to Motion to Intervene and Amend Complaint," which asks the Court to set December 3, 2007, as the due date for the United States to respond to the Motion to Intervene and Amend Complaint filed October 15, 2007, by Chris Hadlock, Jodell Heath, Linda Heskett, Cora Jean Jeck, Anna Kay Price, Diane Simpkins, George Tallchief, and Julie Wilson. If the Court grants the United States' motion for enlargement, then Plaintiff Osage Nation respectfully requests an equal enlargement of time to December 3, 2007. The Osage Nation's response to the motion is currently due on November 1, 2007. This is the Osage Nation's first request for enlargement of time and asks for 35 days.

This conditional motion for enlargement of time seeks to ensure that both parties continue to have identical due dates for responding to the Motion to Intervene and Amend Complaint.

We have attempted to obtain the consent of counsel for the proposed intervenors but we have not received a response. Counsel for the United States has indicated that the United States

does not oppose this motion.

October 26, 2007

Respectfully submitted,

*s/Wilson K. Pipestem*

WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com

Attorney for Plaintiff
Osage Nation