# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: October 29, 2007)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Before the court is Motion to Intervene and Amend Complaint and Brief in Support (Motion) filed October 15, 2007 by certain individuals as proposed plaintiffs (Proposed Plaintiffs), Defendant's Unopposed Motion for Enlargement of Time to File Response to Motion to Intervene and Amend Complaint and Brief in Support (defendant's Motion) and Plaintiff Osage Nation's Conditional Motion for Enlargement of Time (plaintiff's Motion). For the reasons contained therein, defendant's Motion and plaintiff's Motion are GRANTED. Defendant and plaintiff shall file their respective responses to the Motion to Intervene on or before Monday, December 3, 2007.

Counsel for the parties in this case shall confer with counsel for Proposed Plaintiffs and, with counsel for Proposed Plaintiffs, jointly or, if they cannot agree, severally, file with the court on or before Wednesday, November 7, 2007, a proposed schedule for briefing that will follow the parties' December 3, 2007 responses and, if requested by Proposed Plaintiffs or either party, argument, to address the issues in the Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge