IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No. 99-cv-0550-ECH |

**RESPONSE TO THE COURTS REQUEST FOR BRIEFING SCHEDULE ON THE PETITION TO INTERVENE AND ORAL ARGUMENT**

Pursuant to the Court's order of October 29, 2007 the undersigned attorney for the proposed intervenors hereby submits the following proposed briefing schedule to the Court:

| **EVENT** | **DATE DUE** |
|---|---|
| Response(s) to the Petition for Intervention | December 3, 2007 |
| Reply, if necessary, to the Response(s) to the Petition for Intervention | January 7, 2008 |
| Oral Argument - Requested | 2nd half of January 2008 or 1st half of February 2008 as the Court's calendar allows |

1. The above schedule has been agreed to by the Defendant through counsel of record.

2. Co-counsel for Plaintiff, James Tuite of Aiken & Gump, has indicated that the Plaintiff does not agree to this proposal and instead, will be filing a motion to disqualify.

3. A proposed order is attached for the Court's convenience.

Respectfully submitted,

/s/ Bradley D. Brickell

Bradley D. Brickell, OBA #1117
**BRICKELL & ASSOCIATES, P.C.**
400 Hightower Building
105 North Hudson
Oklahoma City, OK 73102
Telephone - 405-236-0008
Facsimile - 405-236-0012

**ATTORNEY FOR PROPOSED PLAINTIFFS, CHRIS HADLOCK, JODELL HEATH, LINDA HESKETT, CORA JEAN JECK, ANNA KAY PRICE, DIANE SIMPKINS, GEORGE TALLCHIEF, AND JULIE WILSON**