IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, )
)
)
Plaintiff, )
)
v. ) Case No. 99-cv-0550-ECH
)
)
THE UNITED STATES OF AMERICA, )
)
Defendants. )

**SCHEDULING ORDER**

The Court hereby issues the following schedule related to the Petition to Intervene filed herein on October 15, 2007.

| **EVENT** | **DATE DUE** |
|---|---|
| Response(s) to the Petition for Intervention | December 3, 2007 |
| Reply, if necessary, to the Response(s) to the Petition for Intervention | January 7, 2008 |
| Oral Argument is set for | ________________ |

IT IS SO ORDERED.

_________________________
EMILY C. HEWITT
Judge