IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 99-cv-0550-ECH |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

**PROPOSED INTERVENORS RESPONSE TO OSAGE NATION'S NOVEMBER 7, 2007 SCHEDULING SUBMISSION**

The undersigned Proposed Intervenors file the following response to the scheduling suggestion of the Osage Nation.

1. If the "promised" Motion to Disqualify is filed, only then could the parties and the Court determine what response and hearing schedule might be appropriate. This is especially true in light of the type of "fact intensive" allegation which the Plaintiff alludes to. An evidentiary hearing may be necessary to prove the allegation false.

2. A Motion to Disqualify is often used as a tool for harassment and should be viewed with extreme caution. *Tannahill v. The United States*, 25 Cl. Ct. 149 at 164. This is especially true when the real parties in interest are those owners of Osage Headrights, i.e. the Proposed Intervenors.[1]

[1] See Osage Allotment Act of June 28, 1906, 34 Stat. 539, as amended.

Wherefore, in consideration of these premises the Proposed Intervenors request that the briefing schedule and decision on their Motion to Intervene not be suspended.

Respectfully submitted,

S/Bradley D. Brickell
BRADLEY D. BRICKELL, OBA#117
**BRICKELL & ASSOCIATES, P.C.**
400 Hightower Building
105 North Hudson
Oklahoma City, OK 73102
Telephone 405-236-0008
Facsimile 405-236-0013

**ATTORNEYS FOR PROPOSED PLAINTIFFS CHRIS HADLOCK, JODELL HEATH, LINDA HESKETT, CORA JEAN JECK, ANNA KAY PRICE, DIANE SIMPKINS, GEORGE TALLCHIEF, AND JULIE WILSON**