IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 99-cv-0550-ECH |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

**PROPOSED INTERVENORS' RESPONSE TO SCHEDULING ISSUES - MOTION TO DISQUALIFY AND PETITION TO INTERVENE**

1. A Motion to Disqualify was received by the undersigned attorney for the Proposed Intervenors via electronic mail on Friday, November 16, 2007, after 7:00 p.m. Pursuant to RCFC 7.2 (a), a response would otherwise be due on November 30, 2007.

2. The Motion to Disqualify is 18 pages long and attaches 177 pages of Exhibits. One of the Exhibits is only a small part of the transcript of a hearing in January, 2003. The undersigned counsel has contacted Heritage Reporting Corporation to obtain a full copy of said transcript and should receive it by December 5-6, 2007.

3. The Motion to Disqualify included numerous statements with (disputed) factual content, including whether the interest of the original Plaintiff, i.e. The Osage Tribe is adverse to interest of the headright owners. A response to this motion will, by necessity, include a documented discussion of The Osage Tribe, a unique "closed roll" tribe pursuant to the act of June 28, 1906, PL No. 59-318, 34 Stat. 539, ("the 1906 Act"), which was represented by the undersigned counsel in the initial filing in the instant (consolidated) cases.

The response will also document the changes in the Osage government as it exists today, through the adoption of the new Osage Constitution and subsequent elections in 2006, which formed the current Plaintiff, the new "Osage Nation".

4. The undersigned counsel for Proposed Intervenors has a previously scheduled family trip out of the country beginning this Saturday, November 24th, and all parties concerned likely have additional scheduling issues in the month of December. In order to try to find a reasonable time for a response, reply and hearing on this matter the undersigned counsel for Proposed Intervenors suggest the following schedule:

| **Event** | **Date** |
|---|---|
| Response to Motion to Disqualify | December 21, 2007 |
| Reply | January 9, 2008 |
| Evidentiary Hearing | On or after January 22, 2008 |

At or following the hearing on the Motion to Disqualify the Court could address a schedule for response and hearing on the Petition to Intervene.

5. Counsel for the Defendant has approved this proposed schedule.

6. Counsel for the Plaintiff have indicated they object to this proposed schedule and prefer the dates they proffered in their filing of November 7, 2007, i.e. December 7, 2007, Response to Motion to Disqualify; December 14, 2007, Reply on Motion to Disqualify; December 21, 2007, Hearing on Motion to Disqualify. Note - counsel for Proposed Intervenors did not object to the Defendant's and Plaintiff's request for a 49 day response time to the Petition of Intervention.

**Wherefore,** in consideration of these premises the undersigned Proposed Intervenors request the above schedule be adopted by the Court and have attached a proposed order for the Court's consideration.

Respectfully submitted,

/s/ Bradley D. Brickell

Bradley D. Brickell, OBA #1117
**BRICKELL & ASSOCIATES, P.C.**
400 Hightower Building
105 North Hudson
Oklahoma City, OK 73102
Telephone 405-236-0008
Facsimile 405-236-0013

**ATTORNEYS FOR PROPOSED PLAINTIFFS CHRIS HADLOCK, JODELL HEATH, LINDA HESKETT, CORA JEAN JECK, ANNA KAY PRICE, DIANE SIMPKINS, GEORGE TALLCHIEF, AND JULIE WILSON**