IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | ) | |
| v. | ) | Case No. 99-cv-0550-ECH |
| THE UNITED STATES OF AMERICA, Defendants. | ) | |

**SCHEDULING ORDER**

The Court hereby issues the following schedule related to the Motion to Disqualify filed herein on November 16, 2007.

| **EVENT** | **DATE DUE** |
|---|---|
| Response to Motion to Disqualify | December 21, 2007 |
| Reply | January 9, 2008 |
| Evidentiary Hearing | ________________ |

IT IS SO ORDERED.

______________________
EMILY C. HEWITT
Judge