# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: November 29, 2007)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Further to the informal telephonic status conference (TSC) held on November 29, 2007 to discuss the Motion to Intervene and Amend Complaint and Brief in Support (Motion to Intervene), Plaintiff Osage Nation's Motion to Disqualify Bradley D. Brickell as Counsel for the Proposed Intervenors (Motion to Disqualify), and Proposed Intervenors' Response to Scheduling Issues - Motion to Disqualify and Petition to Intervene, the court orders the following:

1. Briefing regarding the Motion to Intervene shall not be due until after resolution of plaintiff's Motion to Disqualify.

2. Proposed Intervenor's response to the Motion to Disqualify shall be due on or before December 14, 2007.

3. Plaintiff's reply shall be due on or before December 21, 2007.

4. The court will hold a TSC on January 4, 2008 at 11 a.m. EST to schedule oral argument and discuss the necessity of an evidentiary hearing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge