# EXHIBIT 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, Plaintiff, | ) | |
| v. | ) | Case No. 99-CV-0550-ECH |
| THE UNITED STATES OF AMERICA, Defendants. | ) | |

**AFFIDAVIT OF JOHN ESSLEY**

**STATE OF OKLAHOMA )**
**COUNTY OF TULSA )**

The undersigned affiant, John Essley, being first duly sworn, hereby states:

1. I was elected to a previous Osage Governing Council pursuant to an election held under the 1906 Act (34 Stat. 539) by the Osage shareholders and served as a council member from June, 1998 thru June, 2002.

2. In 1999, I along with other council members, approved and directed the filing of this case and the case originally numbered 00-CV-0169 in the United States Court of Claims to pursue valid and existing monetary claims on behalf of the Osage shareholders, also known as headright owners against the United States government.

3. I, along with other council members, approved the hiring of attorney Bradley Brickell to represent the interests of all Osage shareholders in these cases. At all times I observed Mr. Brickell to display high ethical standards, superior knowledge and effort in his representation of the shareholders' interest in these cases.

4. My constituency was comprised of the Osage shareholders who elected me to act in their best interest in all matters . I undertook this obligation seriously, including directing the filing of these cases and making decisions presented by the progress of the cases thru the remainder of my term as councilman.

5. I am aware that a "Constitution of the Osage Nation" was signed by Chief Jim Gray and others in March, 2006. This Constitution allowed for the 2006 election of the Chief, Assistant Chief and "Congress members" by all persons of Osage descent, regardless of headright ownership. This Constitution further provides that the minerals underlying Osage County are to be owned by all persons of Osage descent, not the United States, in trust for the shareholders, as provided in the 1906 Act.



EXHIBIT
tabbies
2

6. I do not believe there is any conflict whatsoever between the representation by Mr. Brickell of the shareholders' interest in 1999-2002 and his proposed representation of the interests of the same shareholders in 2007. I do believe that there are conflicts between the present Osage Nation and the interest of the shareholders in both the ownership of the mineral estate and these cases concerning the actions of the United States, as trustee of these same minerals.

John Essley

JOHN ESSLEY

The foregoing affidavit was subscribed and sworn by John Essley this 14th of December, 2007.

Vickie A. Cornell

Notary Public

My Commission Expires:

My Commission No.:

NOTARY SEAL PUBLIC
VICKIE A. CORNELL
Notary Public in and for the
State of Oklahoma
Commission #07007730
My Commission expires 8/13/2011