# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: January 4, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court held an informal telephonic status conference on January 4, 2008 to discuss Plaintiff Osage Nation's Motion to Disqualify Bradley D. Brickell as Counsel for the Proposed Intervenors (motion). During that call, Mr. Brickell requested that he file an additional memorandum to brief issues that were not contained in the Response of Proposed Intervenors to the Osage Nation's Motion to Disqualify. On or before Friday, January 18, 2008, Mr. Brickell shall file his memorandum. On or before Friday, January 25, 2008, plaintiff shall file its response, which shall be limited to the issues raised in Mr. Brickell's memorandum. The court will hold oral argument on the motion on Tuesday, February 5, 2008 at 2:00 p.m. EST at the National Courts Building.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge