# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: May 9, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

The court will hold a telephonic status conference (TSC) on Friday, May 16, 2008 at 2:30 p.m. Eastern Daylight Time (EDT) to discuss Plaintiff Osage Nation's Motion For a Scheduling Order. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge