# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: May 19, 2008)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Before the court are Plaintiff Osage Nation's Motion For a Scheduling Order (plaintiff's Motion), Defendant's Opposition to Plaintiff Osage Nation's Motion For a Scheduling Order (defendant's Response), and Plaintiff Osage Nation's Reply Brief in Support of its Motion For a Scheduling Order (plaintiff's Reply). The court held a telephonic status conference (TSC) on Friday, May 16, 2008 to discuss plaintiff's Motion. Further to the TSC, the court orders the following:

1. With respect to a motion for partial summary judgment on (a) all deposit-lag, excessive-cash-balance, and investment-yield claims for United States fiscal years 1973 to 1992 and (b) all oil-royalty undercollection claims for July 1974 to December 2000:

    a. Formal fact discovery for all claims, including those within as well as those outside the scope of the forthcoming motion for partial summary judgment, shall begin on Monday, May 19, 2008.

b. Fact discovery, with respect to claims within the scope of the forthcoming motion for partial summary judgment, shall end on or before Monday, August 18, 2008. All other fact discovery shall continue.

c. Plaintiff shall file its motion for partial summary judgment, including expert affidavits/reports and Rule 26(a)(2) disclosures, on or before Tuesday, September 2, 2008. The years 1981-1987 will be included in this motion only to the extent that the production of documents by the United States permits. The United States is directed to produce documents on a rolling basis to the greatest practicable extent.

d. Defendant shall file its response to plaintiff's motion for partial summary judgment, including expert affidavits/reports and Rule 26(a)(2) disclosures, on or before Tuesday, October 28, 2008.

e. Plaintiff shall file its reply on support of its motion for partial summary judgment, including expert affidavits/reports and Rule 26(a)(2) disclosures, on or before Tuesday November 25, 2008.

2. With respect to all other claims, including: (1) oil-royalty undercollection claims before July 1974; (2) deposit-lag and investment-yield claims for periods other than fiscal 1973 to 1992; (3) the disbursement-lag claim previously severed from Tranche One; (4) royalty claims for minerals other than oil for all periods; and (5) all other claims:

a. Fact discovery shall end on or before Tuesday, February 10, 2009.

b. The court will hold a TSC in February of 2009 to discuss further scheduling with regard to these claims.

3. With respect to oil-royalty undercollection claims before July 1974, and any period after July 1974 for which a regulatory framework has not already been provided to the court, the parties shall produce a joint statutory and regulatory appendix, with an index, on or before Monday, June 30, 2008.

4. The court will hold a TSC on Friday, July 25, 2008 at 11:00 a.m. Eastern Daylight Time to discuss the progress of the parties in discovery. A Sprint operator will initiate the call.

While a transcript of the TSC will be prepared, the court has prepared this Order before receiving a copy of that transcript. If the parties do not believe that this Order accurately reflects the schedule discussed during the TSC held on Friday, May 16, 2008, the parties are urged to contact the court at their earliest convenience. The parties are also urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge