# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: May 29, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is the Proposed Intervenors' Motion for Additional Time (proposed intervenors' Motion), received by the court May 29, 2008. The proposed intervenors' Motion was delivered to the court unfiled because it was filed in paper and this case has been designated an Electronic Case Filing (ECF) case. The court recognizes that the parties are not represented by counsel admitted to practice before the court. In order to complete the electronic record the Clerk of the Court shall FILE the proposed intervenors' Motion by scanning the document into CM/ECF.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge