ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 29 2008
U.S. COURT OF FEDERAL CLAIMS

THE OSAGE NATION AND/OR TRIBE OF INDIANS OF OKLAHOMA, )
Plaintiff, )
v. ) Case No. 99-cv-0550-ECH
THE UNITED STATES OF AMERICA, )
Defendants. )

**MOTION FOR ADDITIONAL TIME**

**COME NOW** the undersigned Proposed Intervenors and request this Court grant additional time to retain new counsel. Following the Court's Order, which found that attorney Bradley D. Brickell was not qualified to represent the undersigned, extensive efforts have been underway to locate and hire new counsel. Due to the complex nature of this matter and the lack of Oklahoma attorneys admitted to practice in this Court, Proposed Intervenors need additional time to retain counsel. We respectfully request an additional 30 days from June 2, 2008, to retain new counsel.

Linda Heskitt
429 S. Main
Fairfax, OK 74637
Telephone: 918-642-5648

Jodel Heath
P.O. Box 212
Pawhuska, OK 74056
Telephone: 918-287-7539

Chris Hadlock
145 E. 7th
Fairfax, OK 74637
Telephone: 918-642-3451

Anna Kay Price
Box 1703
Owasso, OK 74055
Telephone: 918-630-6580

Cora Jean Jech
1414 Grandview
Pawhuska, OK 76058
Telephone: 918-287-1819

George Tallchief
Box 14
Fairfax, OK 74637
Telephone: 918-642-5642

Julie Wilson
635 S. 6th Street
Fairfax, OK 74637
Telephone: 918-642-3864

CERTIFICATE OF SERVICE/MAILING

I, the undersigned, certify that the original and five (5) copies of the attached MOTION FOR ADDITIONAL TIME were mailed by overnight, express mail through the U.S. Postal Service, on the 28th day of May, 2008, to the following:

Clerk's Office, U.S. Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. 20005,

and additional copies of the above and foregoing were mailed by regular mail on the 28th day of May, 2008, to:

Wilson Pipestem, Esquire, Pipestem Law Firm, 1333 New Hampshire Ave., N.W., Washington, D.C. 20036;
Maureen E. Rudolph, U.S. Department of Justice, Natural Resources Section, P.O. Box 663, Ben Franklin Station, Washington, D.C. 20044;

Linda Heskett, 429 South Main, Fairfax, Oklahoma 74637;
Jodell M. Heath, P.O. Box 212, Pawhuska, Oklahoma 74056;
Chris Hadlock, 145 E. 7th, Fairfax, Oklahoma 74637;
Anna Kay Price, P.O. Box 1703, Owasso, Oklahoma 74055;
Cora Jean Jech, 1414 Grandview, Pawhuska, Oklahoma 74056;
George Tallchief, P.O. Box 14, Fairfax, OK 74637;
Julie Wilson, 635 S. 6th Street, Fairfax, Oklahoma 74637.

JODELL M. HEATH, INTERVENOR