# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: May 30, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is the Proposed Intervenors' Motion for Additional Time (proposed intervenors' Motion), filed May 29, 2008. For the reasons contained therein, the proposed intervenors' Motion is GRANTED. Proposed intervenors shall, if they wish to pursue their Motion to Intervene and Amend Complaint, retain counsel who shall file an appearance with the court on or before July 2, 2008. The Clerk of the Court shall MAIL a copy of this order to each of the individual proposed intervenors.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge