# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: June 23, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is the Consent Motion For Enlargement of Time For Bradley D. Brickell to Oppose Plaintiff Osage Nation's Motion to Compel (the Motion), filed June 23, 2008. For the reasons contained therein, and because plaintiff has consented, the Motion is GRANTED. Mr. Brickell shall file his response to plaintiff's Motion to Compel on or before July 7, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge