**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OSAGE TRIBE OF INDIANS OF OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | **Electronically Filed: June 30, 2008** |
| **v.** | ) | **No. 99-550L (into which has been consolidated No.00-169L)** |
| **THE UNITED STATES OF AMERICA,** | ) | **Judge Emily C. Hewitt** |
| **Defendant.** | ) | |

**NOTICE OF JOINT FILING OF STATUTORY AND REGULATORY APPENDIX**

Pursuant to the Court's Scheduling Order dated May 19, 2008 (Dkt. # 300), the Parties hereby file their Joint Statutory and Regulatory Appendix relating to oil royalty undercollection claims before July 1974 and after August 1990. Both parties reserve the right to supplement this appendix as necessary. Pursuant to Appendix E of the Rules of the Court of Federal Claims, a paper courtesy copy of this notice and the exhibits will be delivered to the Court in addition to this electronic filing.

Dated: June 30, 2008

/s/___*Wilson K. Pipestem*_____
WILSON K. PIPESTEM
Pipestem Law Firm, P.C.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 419-3526
Fax: (202) 659-4931
wkpipestem@pipestemlaw.com
ATTORNEY FOR PLAINTIFF
OSAGE NATION

RONALD J. TENPAS
Assistant Attorney General

/s/ __*Maureen E. Rudolph*_______
MAUREEN E. RUDOLPH, SD Bar #3176
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0479
Fax: 202-353-2021
maureen.rudolph@usdoj.gov
ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

OF COUNSEL:
ANTHONY P. HOANG, FL Bar # 798193
KEVIN REGAN, OR Bar # 044825
BRIAN COLLINS, TX Bar # 24038827
ROMNEY PHILPOTT, CO Bar # 35112
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0241
Tel: 202-305-3022
Tel: 202-305-0428
Tel: 202-305-0207
Fax: 202-353-2021

ELISABETH C. BRANDON
CANDACE BECK
HOLLY CLEMENT
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227