**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OSAGE TRIBE OF INDIANS OF OKLAHOMA,** | ) | |
| | ) | **Electronically Filed: June 30, 2008** |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 99-550L (into which has been consolidated No.00-169L)** |
| **THE UNITED STATES OF AMERICA,** | ) | **Judge Emily C. Hewitt** |
| **Defendant.** | ) | |

**INDEX TO JOINT STATUTORY AND REGULATORY APPENDIX**

| Tab | Statute or Report |
|---|---|
| 1 | • Treaty With The Osage (September 29, 1865), 14 Stat. 687 |
| 2 | • An Act to Confirm to the Great and Little Osage Indians a Reservation in the Indian Territory (June 5, 1872), 17 Stat. 228 |
| 3 | • An Act to Carry Into Effect the Second and Sixteenth Articles of the Treaty Between the United States and the Great and Little Osage Indians, proclaimed January Twenty-First, Eighteen Hundred and Sixty-Seven (June 16, 1880), 21 Stat. 291 |
| 4 | • An Act to Amend and Further Extend the Benefits of the Act Approved February Eighth, Eighteen Hundred and Eighty-Seven (February 28, 1891), 26 Stat. 794 |
| 5 | • General Incidental Expenses of the Indian Service, 28 Stat. 305, (Act of August 15, 1894) |
| 6 | • Mining Lease. Osage Agency, Oklahoma Territory, (March 16, 1896) |

| INDEX TO JOINT STATUTORY AND REGULATORY APPENDIX | |
|---|---|
| **Tab** | **Statute or Report** |
| 7 | • An Act Making Appropriations for the Current and Contingent Expenses of the Indian Department and for Fulfilling Treaty Stipulations with Various Indian Tribes for the Fiscal year Ending June Thirtieth, Nineteen Hundred and Two, and For Other Purposes, (March 3, 1901), 31 Stat. 1058 |
| 8 | • An Act Making Appropriations for the Current and Contingent Expenses of the Indian Department and for Fulfilling Treaty Stipulation with Various Indian Tribes for the Fiscal Year Ending June Thirtieth, Nineteen Hundred and Six, and For Other Purposes, (March 3, 1905), Pub. Law No. 212<br>• Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma Under the Act of March 3, 1905 |
| 9 | • Act of June 28, 1906, ch. 3572, 34 Stat. 539<br>• H. Rep. No. 59-3219 (1906)<br>• S. Rep. No. 59-4210 (1906)<br>• H. Rep. No. 59-4996 (1906) |
| 10 | • Regulations Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma Under the Act of March 3, 1905 (Apr. 17, 1907) |
| 11 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes (July 3, 1912) |
| 12 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes (Aug. 26, 1915) |
| 13 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Mining Purposes (Except Oil and Gas Mining) (Nov. 1, 1919) |
| 14 | • Act of Mar. 3, 1921, ch. 120, 41 Stat. 1249<br>• S. Rep. No. 66-704 (1921)<br>• H. Rep. No. 66-1278 (1921)<br>• H. Rep. No. 66-1377 (1921) |
| 15 | • Regulation to Govern Settlement of Damages Surface Owners, or Their Lessees, Caused by Mineral Lessees in the Osage Reservation, Okla., as Provided by Act of Congress Approved March 3, 1921 (Oct. 20, 1921) |
| 16 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes (Mar. 7, 1923) |

| INDEX TO JOINT STATUTORY AND REGULATORY APPENDIX | |
|---|---|
| **Tab** | **Statute or Report** |
| 17 | • Act of Feb. 27, 1925, ch. 359, 43 Stat. 1008<br>• H. Rep. No. 68-260 (1924)<br>• S. Rep. No. 68-890 (1925)<br>• H.R. Conf. Rep. No. 68-1535 (1925) |
| 18 | • Act of Mar. 2, 1929, ch. 493, 45 Stat. 1478<br>• S. Rep. No. 70-272 (1928)<br>• H. Rep. No. 70-1901 (1928) |
| 19 | • Regulations to Govern the Leasing of Lands in the Osage Reservation, Okla., for Oil and Gas Mining Purposes (July 12, 1932) |
| 20 | • Act of June 24, 1938, ch. 645, 52 Stat. 1034<br>• H. Rep. No. 75-2700 (1938)<br>• S. Rep. No. 75-1798 (1938) |
| 21 | • 11 Fed. Reg. 1440 (Feb. 7, 1946) |
| 22 | • Act of July 25, 1947, ch. 334, 61 Stat. 459<br>• H. Rep. No. 80-737 (1947)<br>• S. Rep. No. 80-544 (1947) |
| 23 | • Act of June 15, 1950, ch. 248, 64 Stat. 215<br>• S. Rep. No. 81-1350 (1950)<br>• H. Rep. No. 81-2079 (1950) |
| 24 | • 16 Fed. Reg. 473 (Jan. 18, 1951) |
| 25 | • 17 Fed. Reg. 2602 (Mar. 26, 1952)<br>• 25 C.F.R. 180 (1953) |
| 26 | • 18 Fed. Reg. 7057 (Nov. 10, 1953)<br>• 25 C.F.R. 180.88(a) (1954) |
| 27 | • 20 Fed. Reg. 5647 (Aug. 5, 1955) |
| 28 | • 20 Fed. Reg. 10,097 (Dec. 30, 1955)<br>• 25 C.F.R. 180 (1956) |

| INDEX TO JOINT STATUTORY AND REGULATORY APPENDIX | |
|---|---|
| **Tab** | **Statute or Report** |
| 29 | • 21 Fed. Reg. 3147 (May 11, 1956)<br>• 25 C.F.R. 180 (1957) |
| 30 | • 23 Fed. Reg. 3132 (May 10, 1958) |
| 31 | • 23 Fed. Reg. 5093 (July 3, 1958) |
| 32 | • 23 Fed. Reg. 7133 (Sept. 16, 1958)<br>• 25 C.F.R. 183 (1959) |
| 33 | • 23 Fed. Reg. 9758 (Dec. 18, 1958)<br>• 25 C.F.R. 171, 172, 173, 174, 183, 184 (1959) |
| 34 | • 27 Fed. Reg. 5871 (June 21, 1962) |
| 35 | • 27 Fed. Reg. 9512 (Sept. 26, 1962)<br>• 25 C.F.R. 183 (1963) |
| 36 | • Act of Oct. 6, 1964, Pub. L. No. 88-632, 78 Stat. 1008<br>• H. Rep. No. 88-1793 (1964)<br>• S. Rep. No. 88-1525 (1964) |
| 37 | • 31 Fed. Reg. 12,794 (Sept. 30, 1966) |
| 38 | • 32 Fed. Reg. 8587 (June 15, 1967)<br>• 25 C.F.R. 183 (1968) |
| 39 | • Act of Oct. 21, 1978, Pub. L. No. 95-496, 92 Stat. 1660<br>• S. Rep. No. 95-1157 (1978)<br>• S. Rep. No. 95-1158 (1978)<br>• H. Rep. No. 95-1459 (1978) |
| 40 | • 55 Fed. Reg. 33,112 (Aug. 14, 1990)<br>• 25 C.F.R. 226 (1990) |
| 41 | • 58 Fed. Reg. 59,142 (Nov. 5, 1993) |
| 42 | • 59 Fed. Reg. 22,104 (Apr. 28, 1994)<br>• 25 C.F.R. 226.11(a)(2) (1995) |

| INDEX TO JOINT STATUTORY AND REGULATORY APPENDIX | |
|---|---|
| **Tab** | **Statute or Report** |
| 43 | • 64 Fed. Reg. 13,896 (Mar. 23, 1999)<br>• 25 C.F.R. 226 (1999) |
| 44 | • Act of Dec. 3, 2004, Pub. L. No. 108-431, 11 Stat. 2609 |