Case 1:99-cv-00550-ECH Document 309-4 Filed 06/30/2008 Page 1 of 2

of insertion of said amendment, the said lands are left without any provisions for their disposal: Therefore, for the purpose of carrying out the intention of the treaty and of its amendments,

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the said amendment shall not be construed as authorizing or providing for the disposal of the lands of the said Quapaw Indians, which, by the fourth article of the said treaty of February twenty-third, eighteen hundred and sixty-seven, were sold to the United States at one dollar and fifteen cents an acre, and lying and being within the boundary of the Indian Territory, but said amendment shall refer to, and be construed to authorize and direct, the disposal of the strip of land theretofore belonging to said Indians, lying and being within the State of Kansas, and which, by the aforesaid article of said treaty, *were* [was] sold to the United States for one dollar and twenty-five cents an acre.

Amendment of treaty declared to apply to what lands of the Quapaw Indians.

SEC. 2. That the said strip of land within the State of Kansas, so ceded to the United States by the said Quapaw band of Indians, be, and the same is hereby, declared open to entry and pre-emption, under the pre-emption laws of the United States, at the price of one dollar and twenty-five cents an acre, excepting therefrom one half-section, to be patented to Samuel G. Vallier, including his improvements, as provided in the fourth article of said treaty; and all such pre-emptions shall be paid for in the lawful money of the United States, at the proper land-office of the United States, within one year from the date of settlement, or where settlement was made before the passage of this act, then within one year from the passage of the same: *Provided*, That in case any settler has entered upon and improved a single tract, not exceeding one hundred and sixty-acres, a part of which is embraced in said Quapaw strip, and a part on the government strip, so-called, his entry of the part on the government strip, under the pre-emption laws, shall not prevent the entry of the remainder of his tract upon said Quapaw lands, in the State of Kansas, under this act.

Certain land in Kansas ceded to the United States by the Quapaw Indians open to entry and pre-emption.

One-half section to Samuel G. Vallier.

Tracts, part on the Quapaw strip and part on the government strip.

Approved, June 5, 1872.

---

CHAP. 310.—An act to confirm to the Great and Little Osage Indians a reservation in the Indian Territory.[a]

June 5, 1872.

17 Stat., 228.

Whereas by the treaty of eighteen hundred and sixty-six between the United States and the Cherokee nation of Indians, said nation ceded to the United States all its lands west of the ninety-sixth meridian west longitude, for the settlement of friendly Indians thereon; and whereas by act of Congress approved July fifteenth, eighteen hundred and seventy, the President was authorized and directed to remove the Great and Little Osage Indians to a location in the Cherokee country west of the ninety-sixth meridian, to be designated for them by the United States authorities; and whereas it was provided by the same act of Congress that the lands of the Osages in Kansas should be sold by the United States, and so much of the proceeds thereof as were necessary should be appropriated for the payment to the Cherokees for the lands set apart for the said Osages west of the ninety-sixth meridian; and whereas under the provisions of the above-mentioned treaty and act of Congress and concurrent action of the authorities of the United States and the Cherokee nation, the said Osages were removed from their former homes in the State of Kansas to a reservation set apart

Preamble.

Vol. 2, p. 942.

1870, c. 296, s. 12, 16 Stat., 362.

Reservation of the Great and Little Osage Indians.

---

[a] The reservation provided for above was paid for by the transfer on the books of the Treasury of funds to the credit of the Osage to the account of the Cherokee by act of March 3, 1873 (17 Stat., 538).

The sale of ceded lands in Kansas, generally known as the Osage trust and diminished reserve lands, is provided for by the following acts: August 11, 1876, post, p. 164; May 28, 1880, post, p. 179; June 16, 1880, post, p. 186; March 3, 1881, post, p. 193; March 3, 1891, post, p. 438, and June 6, 1900, post, p. 703.

The Osage Reservation in Indian Territory was excepted from the operation of the Dawes Act (the general allotment act of 1887), by the provision of that act.

Traders at the Osage Agency are regulated by the act of March 3, 1901, post, p. 741.

Case 1:99-cv-00550-ECH Document 309-4 Filed 06/30/2008 Page 2 of 2

for them in the Indian Territory, at the time of the removal supposed to be west of the said ninety-sixth meridian, and bounded on the east thereby, and upon which said Osages have made substantial and valuable improvements; and whereas by a recent survey and establishment of the ninety-sixth meridian it appears that the most valuable portion of said Osage reservation, and upon which all their improvements are situated, lies east of the said meridian; and whereas it therefore became necessary to select other lands in lieu of those found to be east of the established ninety-sixth meridian for said Osage Indians; and whereas a tract has accordingly been selected, lying between the western boundary of the reservations heretofore set apart for said Indians and the main channel of the Arkansas River, with the south line of the State of Kansas for a northern boundary, and the north line of the Creek country and the main channel of the Arkansas River for a southern and western boundary; and whereas the act of Congress approved July fifteenth, eighteen hundred and seventy, restricts the said reservation for said Osage Indians to "a tract of land in compact form equal in quantity to one hundred and sixty acres for each member of said tribe;" and whereas in a letter of the Cherokee delegation, addressed to the Secretary of the Interior on the eighth day of April, eighteen hundred and seventy-two, on behalf of the Cherokee Nation, containing their approval of and assent to the proposition to provide for the settlement of the Osage and Kaw Indians on that portion of the Cherokee country lying west of the ninety-sixth degree west longitude, south of Kansas, east and north of the Arkansas River: Therefore,

A tract of land west of the 96th meridian set apart as a reservation for the Great and Little Osage Indians.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That in order to provide said Osage tribe of Indians with a reservation, and secure to them a sufficient quantity of land suitable for cultivation, the following-described tract of country, west of the established ninety-sixth meridian, in the Indian Territory, be, and the same is hereby, set apart for and confirmed as their reservation, namely: Bounded on the east by the ninety-sixth meridian, on the south and west by the north line of the Creek country and the main channel of the Arkansas River, and on the north by the south line of the State of Kansas: *Provided*, That the location as aforesaid shall be made under the provisions of article sixteen of the treaty of eighteen hundred and sixty-six, so far as the same may be applicable thereto: *And provided further*, That said Great and Little Osage tribe of Indians shall permit the settlement within the limits of said tract of land [of] the Kansas tribe of Indians, the lands so settled and occupied by said Kansas Indians, not exceeding one hundred and sixty acres for each member of said tribe, to be paid for by said Kansas tribe of Indians out of the proceeds of the sales of their lands in Kansas, at a price not exceeding that paid by the Great and Little Osage Indians to the Cherokee Nation of Indians.

Boundaries.

Location.

Kansas Indians may be settled on the tract of the Great and Little Osage tribes.

Approved, June 5, 1872.

---

June 10, 1872.

17 Stat., 391.

CHAP. 436.—An act for the relief of certain tribes of Indians in the Northern Superintendency.

Western part of reservation of the Omaha in Nebraska to be separated and surveyed, if, etc.

See note to 1882, c. 434, post, p. 212.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That with the consent and concurrence of the Omaha tribe of Indians,[a] expressed in open council in the usual manner, the Secretary of the Interior be, and hereby is, authorized to cause to be surveyed, if necessary, a portion of their reservation in the State of Nebraska, not exceeding fifty thousand acres, to be taken from the western part thereof, and to be separated from the remaining portion of said reservation by a line running along the section lines from north to south. The said lands so separated shall be appraised by three competent commissioners, one of whom shall be selected by said Omaha tribe of Indians in open

To be appraised.

[a] Assent of Omaha given September 23, 1872 (see Indian Office files, Omaha, W., 334).