Case 1:99-cv-00550-ECH Document 309-5 Filed 06/30/2008 Page 1 of 2

Salaries to Ute continued ten years longer than stipulated in treaties.

$4,000 per annum to be distributed by the President.

SEC. 6. That all salaries paid to any member or members of the Ute tribe under existing treaty stipulations shall be continued for the term of ten years beyond the time fixed in said treaties. And the sum of four thousand dollars per annum for the term of ten years shall be distributed by the President at his discretion to such of said Indians as distinguished themselves by good sense, energy, and perseverence in the pursuit of civilized life, and in the promotion of a good understanding between the Indians and the Government and people of the United States, and there is hereby appropriated, out of any moneys in the Treasury not otherwise appropriated, four thousand dollars as the first installment for such purpose.

R. S., title 28, extended to lands allotted to Indians.

SEC. 7. That the provisions of title twenty-eight of the Revised Statutes shall extend over and be applicable to every allotment of land provided for in the foregoing agreement, and to the administration of the affairs of said Indians, so far as said provisions can be made applicable thereto.

SEC. 8. [*Repealed by 1884, ch. 50, post, p. 217.*]

Appropriations.

SEC. 9. That for the purpose of carrying the provisions of this act into effect, the following sums, or so much thereof as may be necessary, be, and they are hereby, appropriated, out of any moneys in the Treasury not otherwise appropriated, to be expended under the direction of the Secretary of the Interior as follows, namely:

Expenses of commissioners.

For the payment of the expenses of the commissioners herein provided, the sum of twenty-five thousand dollars.

Removal, etc., Ute.

[21 Stat., 205.]

For the cost of removal and settlement of the Utes, surveying their lands, building houses, establishing schools, building mills and agency buildings, purchasing stock, agricultural implements, and so forth, as provided in said agreement and in this act, the sum of three hundred and fifty thousand dollars.

Per capita to Utes.

For the sum to be paid to said Ute Indians, per capita, in addition to the sixty thousand dollars now due and provided for, the sum of fifteen thousand dollars.

Individual improvements.

For the payment of the appraised value of individual improvements as provided herein, the sum of twenty thousand dollars.

Support of Ute in Colorado current fiscal year.

Proviso.

For the care and support of the Ute Indians in Colorado for the balance of the current fiscal year, the sum of twelve thousand dollars: *Provided*, That with the exception of the appropriation for expenses of the commissioners, the above appropriations shall become available only upon the ratification of said agreement by three-fourths of the male adult members of the Ute Indians as provided in this act, and the certification of such fact to the Secretary of the Treasury by the Secretary of the Interior.

Time limited for ratification of amended agreement by three-fourths of male adult Utes.

SEC. 10. If the agreement[a] as amended in this act is not ratified by three-fourths of the adult male Indians of the Ute tribes within four months from the approval of this act the same shall cease to be of effect after that day.

Approved June 15, 1880.

---

June 16, 1880.

21 Stat., 291.

CHAP. 251.—An act to carry into effect the second and sixteenth articles of the treaty between the United States and the Great and Little Osage Indians, proclaimed January twenty-first, eighteen hundred and sixty-seven.

Preamble.

12 Stat., 126.

Whereas, by the act for the admission of the State of Kansas into the Union, approved January twenty-ninth, eighteen hundred and sixty-one, the United States granted to said State the sixteenth and thirty-sixth sections "of every township of public lands in said State", but especially provided that the lands embraced within the

[a] The agreement, as amended by this act, was ratified by three-fourths of the adult male Indians of the Ute tribes within the time limited by section ten. (See Annual Report for 1881, pp. 208–216.)

Indian reservations in said State should not be alienated for any purpose, except with the consent of the Indians of such reservations, and in accordance with the conditions of the treaty authorizing such alienation; and

Whereas, by the treaty between the United States and the Great and Little Osage Indians, proclaimed January twenty-first, eighteen hundred and sixty-seven, a trust was created for the disposal of the lands of said Indians in the State of Kansas, the metes and bounds of which said lands are specifically set forth in said treaty, by which the United States bound itself to survey and sell any and all of such lands, "at a price not less than one dollar and twenty-five cents per acre, as other lands are surveyed and sold", and to place "the proceeds of such lands as they accrue, after deducting all expenses incident to the proper execution of the trust, * * * in the Treasury of the United States to the credit of said tribe of Indians"; and Vol. 2, p. 878.

Whereas it is claimed that under the operation of the treaty herein referred to there are moneys due, both on account of grants and sales of lands, which have not been placed to the credit of said Indians, as provided for in said treaty: Therefor,

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Secretary of the Interior is hereby authorized and directed to cause an account to be stated of the number of acres of the Osage lands in the State of Kansas that have in any way been alienated by the United States, either by the act of January twenty-ninth, eighteen hundred and sixty-one, entitled "An act for the admission of Kansas into the Union", or since the creation of the trust for the sale of these lands by the treaty between the United States and the Great and Little Osage Indians, proclaimed January twenty-first, eighteen hundred and sixty-seven, and of the money received by the United States on account of the sales of such lands, and to certify the difference between the sum so received and the sum that would be due said trust at the date of the account herein provided for had all of said lands so alienated been disposed of as provided for by said treaty.

Account of number of acres of Osage lands in State of Kansas to be stated.
See note to 1872, ch. 310, ante, p. 137.
12 Stat., 126.
Vol. 2, p. 878.
Account of money received by United States on account of sales of land.
And difference certified.

SEC. 2. That a sum of money equal to the amount certified by the Secretary of the Interior, in pursuance of the foregoing section, to the Secretary of the Treasury, is hereby appropriated, out of any money in the Treasury not otherwise appropriated, which the Secretary of the Treasury is directed to place to the credit of the Secretary of the Interior as custodian of said trust funds, and, after defraying the cost of survey and sale of said lands and other expenses contracted by the United States or the Osage Nation in the execution of said trust, the balance of said funds shall be placed in the Treasury of the United States, to the credit of said Indians, to be invested and distributed in accordance with existing treaties: *Provided*, That a like settlement shall be made with the Indian-civilization fund for the sixteenth and thirty-sixth sections, given by the United States to the State of Kansas, within the limits of the Osage lands, ceded by the first article of the treaty aforesaid.

Appropriation to credit Secretary of the Interior, as custodian of trust funds.
Cost and expenses of survey, etc.
Balance placed to credit of Indians.
Proviso.
Like account to be stated of Indian-civilization fund, etc.

Approved, June 16, 1880.

---

## ACTS OF FORTY-SIXTH CONGRESS—THIRD SESSION, 1881.

CHAP. 23.—An act for the relief of the Winnebago Indians in Wisconsin, and to aid them to obtain subsistence by agricultural pursuits, and to promote their civilization.

Jan. 18, 1881.
21 Stat., 315.

Whereas a large number of the Winnebago Indians of Wisconsin have selected and settled in good faith upon homestead claims, under section fifteen of the act entitled "An act making appropriations to supply deficiencies in the appropriations for the fiscal year ending

Winnebago Indians in Wisconsin.
Preamble.