For support and civilization of the Modoc Indians now residing within the Indian Territory, four thousand dollars. Modocs, Indian Territory.

For support and civilization of the Moqui Indians, including pay of employees, six thousand dollars. Moquis.

For support and civilization of the Navajo Indians, New Mexico Territory, including pay of employees, and purchase of farming implements and seed, seven thousand five hundred dollars; Navajos.

For support and civilization of the Northern Cheyenne and Arapaho Indians on the Tongue River, in Montana, twenty-five thousand dollars. Northern Cheyennes and Arapahoes.

For the purchase of agricultural implements and support and civilization of Joseph's band of Nez Perces Indians, ten thousand dollars. Nez Perces, Joseph's band.

For support and civilization of the Nez Perces Indians in Idaho, including pay of physician, six thousand five hundred dollars. Nez Perces.

For support and civilization of the Poncas, including pay of employees, fifteen thousand dollars: *Provided*, That this amount be divided pro rata among all the members of said tribe in the Indian Territory and in South Dakota. Poncas. *Proviso.* Division.

For support and civilization of the Quinaielts and Quillehutes, Washington, including pay of employees, three thousand dollars. Quinaielts and Quillehutes.

For support and civilization of Shoshone Indians in Wyoming, fifteen thousand dollars. Shoshones, Wyoming.

For support and civilization of Shoshone Indians in Nevada, including pay of employees, ten thousand dollars. Shoshones, Nevada.

For support, civilization and instruction of the Seminoles in Florida, six thousand dollars, one-half of which sum shall be expended by the Commissioner of Indian Affairs in procuring permanent homes for said Indians. Seminoles, Florida.

For support and civilization of Sioux of Devils Lake, North Dakota, including pay of employees, six thousand dollars. Sioux, Devils Lake.

For support and civilization of the S'Klallam Indians, Washington, including pay of employees, one thousand five hundred dollars. S'Klallams.

For support and civilization of the Tonkawa Indians, Indian Territory, and for seeds and agricultural implements, four thousand dollars. Tonkawas.

For support and civilization of the Walla Walla, Cayuse, and Umatilla tribes, Oregon, including pay of employees, six thousand five hundred dollars. Walla Wallas, Cayuses, and Umatillas.

For support and civilization of Indians at the Mission Agency, California, including pay of employees, ten thousand dollars. Mission Agency Indians.

For support and civilization of the Yakamas and other Indians at said agency, including pay of employees, ten thousand dollars. Yakamas, etc.

For the construction of a wagon road on the Hoopa Valley Indian Reservation in the State of California in accordance with the recommendation of Captain W. E. Dougherty, United States Army, acting Indian agent in charge of said Reservation, to the Commissioner of Indian Affairs, dated November twenty-first, eighteen hundred and ninety-three, three thousand five hundred and nine dollars. The work on said road to be performed as far as practicable by Indians. Hoopa Valley, California, road.

To enable the Secretary of the Interior to remove and rebuild the bridge across the Big Wind River on the Shoshone Indian Reservation, in the State of Wyoming, two thousand five hundred dollars, or so much thereof as may be necessary. Bridge, Big Wind River, Wyoming.

## GENERAL INCIDENTAL EXPENSES OF THE INDIAN SERVICE.

Incidental expenses.

Arizona: For general incidental expenses of Indian service, including traveling expenses of agents in Arizona, and for the support and civilization of Indians at the Colorado River, Pima, and Maricopa and Moquis Pueblo agencies, twelve thousand dollars; and pay of employees at same agencies, six thousand dollars; in all, eighteen thousand dollars. Arizona.

California.

California: For general incidental expenses of the Indian service, including traveling expenses of agents in California and support and civilization of Indians at the Round Valley, Hoopa Valley, and Tule River agencies, fourteen thousand dollars; and pay of employees, including one carpenter (for Hoopa Valley Agency), at same agencies, nine thousand dollars; in all, twenty-three thousand dollars.

Colorado.

Colorado: For general incidental expenses of the Indian service, including traveling expenses of agents, one thousand five hundred dollars.

North Dakota.

North Dakota: For general incidental expenses of the Indian service, including traveling expenses of agents at three agencies in North Dakota, one thousand five hundred dollars.

South Dakota.

South Dakota: For general incidental expenses of the Indian service, including traveling expenses of agents at seven agencies in South Dakota, two thousand five hundred dollars.

Idaho.

Idaho: For general incidental expenses of the Indian service in Idaho, including traveling expenses of agents, eight hundred dollars.

Montana.

Montana: For general incidental expenses of the Indian service, including traveling expenses of agents, three thousand dollars.

Nevada.

Nevada: For general incidental expenses of the Indian service, including traveling expenses of agents in Nevada and support and civilization of Indians located on the Piute, Walker River, and Pyramid Lake reservations and Piutes on the Western Shoshone Reservation, fourteen thousand dollars; and pay of employees at same agencies, five thousand dollars; in all, nineteen thousand dollars.

New Mexico.

New Mexico: For general incidental expenses of the Indian service, including traveling expenses of agents in New Mexico and support and civilization of Indians at Pueblo Agency, three thousand five hundred dollars, and pay of employees at said agency, one thousand two hundred dollars; in all, four thousand seven hundred dollars.

Oregon.

Oregon: For general incidental expenses of the Indian service, including traveling expenses of agents in Oregon and support and civilization of Indians at Grand Ronde and Siletz agencies, ten thousand dollars, and pay of employees at the same agencies, five thousand dollars; in all, fifteen thousand dollars.

Utah.

Utah: For general incidental expenses of the Indian service, including traveling expenses of agents in Utah, support and civilization of Indians at Uintah Valley and Ouray agencies, three thousand dollars, and pay of employees at said agencies, five thousand dollars, at least one-half of this amount shall be expended for Indian employees; in all, eight thousand dollars.

Washington.

Washington: For general incidental expenses of the Indian service, including traveling expenses of agents at seven agencies and the support and civilization of Indians at Colville and Puyallup agencies, and pay of employees, sixteen thousand dollars.

Wyoming.

Wyoming: For general incidental expenses of the Indian service, including traveling expenses of agents, one thousand dollars.

Miscellaneous.

## MISCELLANEOUS.

Mill, Pima Agency, Ariz.

For operating and repairing the flour mill at Pima Agency, Arizona, one thousand five hundred dollars.

Flathead Agency, Mont.

For pay of employees at substation, and saw and flour mills at the Flathead Agency, Montana, and for purchase of machinery and necessary repairs, three thousand five hundred dollars.

Mill, Shoshone Agency, Ariz.

For the erection of a flour and saw mill at Shoshone Agency, Wyoming, and to purchase machinery therefor, five thousand dollars.

Allotments. Vol. 24, p. 388.

To enable the President to cause, under the provisions of the Act of February eighth, eighteen hundred and eighty-seven, entitled "An Act to provide for the allotment of lands in severalty to Indians," such Indian reservations as in his judgment are advantageous for agricultural and grazing purposes to be surveyed, or resurveyed, for the

purposes of said Act, and to complete the allotment of the same, including the necessary clerical work incident thereto in the field and in the Office of Indian Affairs, and delivery of trust patents, so far as allotments shall have been selected under said Act, thirty thousand dollars: *Provided*, That whenever it shall be made to appear to the Secretary of the Interior that by reason of age, disability or inability, any allottee of Indian lands under this or former Acts of Congress, can not personally and with benefit to himself, occupy or improve his allotment or any part thereof the same may be leased upon such terms, regulations, and conditions as shall be prescribed by the Secretary for a term not exceeding five years for farming or grazing purposes, or ten years for mining or business purposes: *Provided further*, That the surplus lands of any tribe may be leased for farming purposes by the council of such tribe under the same rules and regulations and for the same term of years as is now allowed in the case of leases for grazing purposes.

*Provisos.* Leases permitted.

Leases of surplus lands by tribes.

That all persons who are in whole or in part of Indian blood or descent who are entitled to an allotment of land under any law of Congress, or who claim to be so entitled to land under any allotment Act or under any grant made by Congress, or who claim to have been unlawfully denied or excluded from any allotment or any parcel of land to which they claim to be lawfully entitled by virtue of any Act of Congress, may commence and prosecute or defend any action, suit, or proceeding in relation to their right thereto, in the proper circuit court of the United States. And said circuit courts are hereby given jurisdiction to try and determine any action, suit, or proceeding arising within their respective jurisdictions, involving the right of any person, in whole or in part of Indian blood or descent, to any allotment of land under any law or treaty. And the judgment or decree of any such court in favor of any claimant to an allotment of land shall have the same effect, when properly certified to the Secretary of the Interior, as if such allotment had been allowed and approved by him; but this provision shall not apply to any lands now held by either of the Five Civilized Tribes nor to any of the lands within the Quapaw Indian Agency: *Provided*, That the right of appeal shall be allowed to either party as in other cases.

Actions for allotments alleged to be unlawfully denied.

Judgments.

Lands excepted.

*Proviso.* Appeal.

For the construction, purchase, and use of irrigating machinery and appliances on Indian reservations, in the discretion of the Secretary of the Interior and subject to his control, thirty thousand dollars.

Irrigation.

The Secretary of the Interior is directed to contract with responsible parties for the construction of irrigating canals and the purchase or securing of water supply on the Fort Hall Indian Reservation, in the State of Idaho, for the purpose of irrigating the lands of said reservation: *Provided*, That the expense of constructing said canals and the purchase or securing of water supply shall be paid out of moneys belonging to the said Fort Hall Indians now in the Treasury of the United States and subject to the disposal of the Secretary of the Interior for the benefit of said Indians.

Fort Hall, Idaho. Irrigation.

*Proviso.* Expense.

To enable the Secretary of the Interior to employ practical farmers and practical stockmen in addition to the agency farmers now employed, at wages not exceeding seventy-five dollars each per month, to superintend and direct farming and stock-raising among such Indians as are making effort for self-support, seventy thousand dollars; and no person shall be employed as such farmer or stockman who has not been at least five years immediately previous to such employment practically engaged in the occupation of farming.

Practical farmers.

To enable the Secretary of the Interior to employ suitable persons as matrons to teach Indian girls in housekeeping and other household duties, at a rate not to exceed sixty dollars per month, and for furnishing necessary equipments, five thousand dollars.

Matrons to teach housekeeping.

For the service of not exceeding eight hundred and fifty privates, at ten dollars per month each, and not exceeding seventy-five officers, at fifteen dollars per month each, of Indian police, to be employed in

Indian police.

maintaining order and prohibiting illegal traffic in liquor on the several Indian reservations and within the Territory of Alaska, in the discretion of the Secretary of the Interior, for the purchase of equipments and for the purchase of rations for policemen at nonration agencies, one hundred and twenty-five thousand dollars.

Judges, Indian courts.

For compensation of judges of Indian courts, twelve thousand five hundred and forty dollars.

Vaccination.

For pure vaccine matter and vaccination of Indians, one thousand dollars.

Supplies, telegraphing, etc.

Telegraphing and purchase of Indian supplies: To pay the expense of purchasing goods and supplies for the Indian service and pay of necessary employes; advertising, at rates not exceeding regular commercial rates, inspection, and all other expenses connected therewith, including telegraphing, thirty-five thousand dollars.

Supplies, transportation.

For this amount, for necessary expenses of transportation of such goods, provisions, and other articles for the various tribes of Indians provided for by this Act, including pay and expenses of transportation agents and rent of warehouses, two hundred and seventy-five thousand dollars.

Survey and allotting Indian reservations.

For survey and subdivision of Indian reservations, and of lands to be allotted to Indians, and to make allotments in severalty, to be expended by the Commissioner of Indian Affairs under the direction of the Secretary of the Interior, forty-five thousand dollars, of which amount twenty thousand dollars shall be expended in South Dakota, and ten thousand dollars on the Colville reservation in the State of Washington.

Distribution.

Surveys, Indian Territory.

For surveying lands in the Indian Territory, known as those of the Five Civilized Tribes, in conformity to the laws applicable to the public domain, five thousand dollars; and any unexpended balance of the sum of twenty-five thousand dollars appropriated by section fifteen of the Indian appropriation Act approved March third, eighteen hundred and ninety-three, is hereby made available and may be applied to the same purpose.

Vol. 27, p. 645.

Negotiations with Indians.

To enable the Secretary of the Interior, in his discretion, to negotiate through Indian inspectors of his Department with any Indians for the surrender of portions of their respective reservations, any agreement thus negotiated being subject to subsequent ratification by Congress, three thousand five hundred dollars.

Shoshones and Arapahoes.

Negotiations for sale of lands, Wyoming.

For the purpose of conducting negotiations with the Shoshone and Arapaho Indians for the sale and relinquishment of certain portions of their reservation in the State of Wyoming to the United States, one thousand dollars; and the Secretary of the Interior shall detail immediately one or more of the five Indian inspectors to make an agreement with said Indians: *Provided*, That any agreement entered into for said lands shall be ratified by Congress before it shall become binding.

*Proviso.*
Ratification.

J. Kenneth White.
Payment to.

That the Secretary of the Treasury be, and he is hereby, authorized and directed to pay to J. Kenneth White the sum of one hundred and eighty-three dollars and thirty-three cents, for plans and tracings furnished by him of buildings for new Lower Brule Agency, South Dakota, under authority of the Secretary of the Interior, out of the appropriation of fifty thousand dollars appropriated by Act approved March third, eighteen hundred and ninety-three, "for removal of Lower Brule and consolidating with Crow Creek Agency in South Dakota, and for construction of agency buildings at some place on the Lower Brule Reservation, and to complete the Indian Industrial School at Chamberlain, South Dakota."

Vol. 27, p. 633.

John Palmier.
Payment to.

Vol. 25, p. 94.

To pay John Palmier for buildings and improvements at Pine Ridge Agency, taken by the Indian Bureau under section one of the Act entitled "An Act to divide a portion of the reservation of the Sioux Nation of Indians in Dakota into separate reservations and to secure the relinquishment of the Indian title to the remainder," approved April

thirtieth, eighteen hundred and eighty-eight, one thousand nine hundred and ninety-five dollars.

Crow Creek and Winnebago reservations.

Payment of damages to settlers removed from.

Vol. 26, p. 659.

To enable the Secretary of the Interior to carry out the provisions of an Act of Congress approved October first, eighteen hundred and ninety, providing for the assessment of damages resulting to nine hundred and forty-four settlers who went upon the Crow Creek and Winnebago Indian Reservation in the now State of South Dakota, between the twenty-seventh day of February, eighteen hundred and eighty-five, and the seventeenth day of April, eighteen hundred and eighty-five, and who were afterwards removed therefrom by the Government, the sum of one hundred and sixteen thousand one hundred and nineteen dollars and nineteen cents, said sum being the amount found due after careful examination by the Secretary of the Interior and recommended by him for payment in pursuance of said Act of October first, eighteen hundred and ninety. And the further sum of three thousand dollars, or so much thereof as may be necessary, is hereby appropriated for the purpose of reimbursing, if found upon further examination to be entitled, such claimants in the list examined by the Secretary of the Interior as were held for further proof, or which were erroneously disallowed because of incorrect descriptions of the lands settled upon, thus making it appear that they were not upon lands affected by the executive order of February twenty-seventh, eighteen hundred and eighty-five.

Additional claims.

Pine Ridge Agency, S. Dak.

Payment for personal losses, fire at Ogalalla school.

That the Secretary of the Interior is hereby authorized and directed to reimburse, out of any unexpended balance of the appropriation for the support of the Indian schools for the fiscal year ending June thirtieth, eighteen hundred and ninety-four, the persons employed by the Government at the Ogalalla Indian Boarding School at Pine Ridge Agency, South Dakota, who lost their personal property by the fire which destroyed the above school building on the eighth day of February, eighteen hundred and ninety-four, while said employees were engaged in saving the lives of the pupils: *Provided*, That claims presented for adjudication under this authority shall be supported by sworn and competent evidence of the claimants as to the value of the property destroyed: *Provided*, That no more than one thousand five hundred dollars be expended for this purpose.

*Provisos.*
Evidence.

Limit.

Cherokee Nation.

Appraising intruders' property.

Vol. 27, p. 643.

For the purpose of continuing and completing the appraisal of improvements of intruders in the Cherokee Nation under the provisions of the Act of March third, eighteen hundred and ninety-three, four thousand nine hundred and ninety-six dollars.

Stockbridges and Munsees.

Payment to.

To enable the Secretary of the Interior to pay the Stockbridge and Munsee Indians in Wisconsin the amount received by the United States and covered into the Treasury, collected by the Government in certain suits for timber cut and removed from the reservation of said Indians, three thousand five hundred and fifty-seven dollars and sixteen cents. Said sum to be paid said Indians per capita.

Beef cows.

Payment of contractors' claims.

That the accounting officers of the Treasury are hereby authorized and directed to settle and pay the claims of the following-named contractors for beef cows delivered at the following-named agencies under contracts with the Indian Bureau during the fiscal years of eighteen hundred and ninety, eighteen hundred and ninety-one, and eighteen hundred and ninety-two, being for suspensions or disallowances made on account of excess of number of cows limited by the words of the contracts, to wit:

F. G. Niedringhaus.

*Post*, p. 592.

To F. G. Niedringhaus, the sum of two thousand seven hundred and thirty-one dollars and thirty-four cents, for cows delivered at Fort Peck Agency in the spring of eighteen hundred and ninety-one;

Mathew H. Murphy.

To Mathew H. Murphy, the sum of forty-eight dollars and seventy-three cents, for excess of cows delivered at Tongue River Agency in the fall of eighteen hundred and ninety-one;

Portus B. Weare.

And to Portus B. Weare, the sum of two thousand one hundred and

Case 1:99-cv-00550-ECH Document 309-7 Filed 06/30/2008 Page 6 of 12



ninety-five dollars and eighteen cents for excess of cows delivered at Crow Agency in October and November, eighteen hundred and ninety-one:

*Provisos.*
Actual issue, etc.

*Provided,* That the said amounts are found to be charged at the contract price for beef cows; that they were actually received by the authorized officers of the United States and issued to the Indians:

Funds.

*And provided further,* That there are funds to the credit of the respective Indians from which said sums can be paid.

Eugene E. White
Payment to.

That the Secretary of the Treasury be, and he hereby is, authorized to allow to Eugene E. White, of Prescott, Arkansas, late a special United States Indian agent, a credit of one hundred and sixty-five dollars on his two cash accounts, one for the quarter ending December thirty-first, eighteen hundred and eighty-seven, and the other for the quarter ending March thirty-first, eighteen hundred and eighty-eight, and out of said amount to pay him the sum of sixty-nine dollars and forty-nine cents, which is hereby appropriated.

James A. Cooper
Credit in accounts.

That the proper accounting officers of the Treasury Department be, and they are hereby, authorized to re-examine the accounts of James A. Cooper, late special agent of the Interior Department, upon the principles of equity and justice, and allow him such credits as he is entitled to and incurred by him under direct authority and orders of his superior officer, the Secretary of the Interior; and give him credit for the per diem due him while detained here in Washington under orders of the Interior Department.

Old Settlers Cherokees.
Commission for census.
*Post,* p. 451.

To provide for the expenses of the five commissioners appointed to take a census of the Old Settlers Cherokees, five thousand dollars, the same to be deducted from the amount awarded to said Indians by judgment of the Court of Claims, dated June sixth, eighteen hundred and ninety-three, and reimbursed to the United States.

Support of schools.

FOR SUPPORT OF SCHOOLS.

Day and industrial.

For support of Indian day and industrial schools and for other educational purposes not hereinafter provided for, including pay of draftsman to be employed in the office of the Commissioner of Indian Affairs, one million dollars, of which amount the Secretary of the Interior may in his discretion use five thousand dollars for the education of Indians in Alaska;

Erection and repair.

for the erection and repair of school buildings on Indian reservations, forty thousand dollars;

Horses, etc.

for the purchase of horses, cattle, sheep, goats, swine, and poultry, for schools, twenty thousand dollars;

Transporting, etc.

for collecting and transporting pupils to and from Indian schools and also for the transportation of Indian pupils from all the Indian schools, except Carlisle, and placing of them, with the consent of their parents, under the care and control of such suitable white families as may in all respects be qualified, to give such pupils moral, industrial, and educational training under arrangements in which their proper care, support, and education shall be in exchange for their labor, thirty-five thousand dollars; in all, one million ninety-five thousand dollars:

*Provisos.*
Limit per capita.

*Provided,* That not more than one hundred and sixty-seven dollars of this appropriation shall be expended for the annual support and education of any one pupil, except in such cases as in the judgment of the Secretary of the Interior a larger expenditure is absolutely necessary to prevent a serious impairment of the efficiency of the school, a full statement of the specific reasons for such additional expenditure to be made by the Commissioner of Indian Affairs in his annual report:

Supervisors limited.

*And provided further,* That no more than three supervisors of Indian schools shall be appointed or paid from this fund.

Albuquerque, N. Mex.

For support and education of two hundred and fifty Indian pupils at Albuquerque, New Mexico, at one hundred and sixty-seven dollars per annum for each pupil, forty-one thousand seven hundred and fifty dollars; pay of superintendent, one thousand five hundred dollars per annum; in all, forty-three thousand two hundred and fifty dollars.

For support and education of one hundred Indian pupils at Saint Boniface's Industrial School at Banning, California, twelve thousand five hundred dollars. Banning, Cal.

For the education and support of one hundred Indian children at the Holy Family Indian School at Blackfeet Agency, Montana, twelve thousand five hundred dollars. Blackfeet Agency.

For support and education of eighty pupils at the Cherokee Training School at Cherokee, North Carolina, at one hundred and sixty-seven dollars per annum each, thirteen thousand three hundred and sixty dollars; for pay of superintendent, one thousand two hundred dollars; for construction of school buildings, three thousand dollars; in all, seventeen thousand five hundred and sixty dollars. Cherokee, N. C.

For support of Indian industrial school at Carlisle, Pennsylvania, at not exceeding one hundred and sixty-seven dollars for each pupil, for transportation of pupils to and from Carlisle school, and for the repair of buildings, one hundred and five thousand dollars. Carlisle, Pa.

For support and education of one hundred and twenty-five Indian pupils at Carson City, Nevada, at one hundred and sixty-seven dollars per annum each, twenty thousand eight hundred and seventy-five dollars; general repairs, three thousand dollars, and for pay of superintendent of said school, one thousand five hundred dollars per annum; in all, twenty-five thousand three hundred and seventy-five dollars. Carson City, Nev.

For support and education of three hundred and fifty Indian pupils, Chilocco, Indian Territory, one hundred and sixty-seven dollars per annum each, fifty-eight thousand four hundred and fifty dollars; general repairs, two thousand dollars; pay of superintendent of said school, one thousand five hundred dollars per annum; in all, sixty-one thousand nine hundred and fifty dollars. Chilocco, Ind. Ter.

For education and support of one hundred Chippewa boys and girls at Saint John's University and at Saint Benedict's Academy, in Stearns County, State of Minnesota, at one hundred and fifty dollars each per annum, and for the education and support of one hundred Indian pupils at Saint Paul's Industrial School at Clontarf, in the State of Minnesota, thirty thousand dollars. St. John's University and St. Benedict's Academy, Minnesota. Clontarf, Minn.

For support and education of one hundred and fifty Indian pupils at Flandreau, South Dakota, at one hundred and sixty-seven dollars per annum each, twenty-five thousand and fifty dollars; for pay of superintendent of said school, one thousand five hundred dollars per annum; for pay of one assistant matron, six hundred dollars per annum; general repairs and erection of out houses, two thousand dollars, of which sum one thousand dollars, or so much thereof as may be necessary, may be used to procure a permanent water supply for the school; in all, twenty-nine thousand one hundred and fifty dollars. Flandreau, S. Dak.

For support and education of one hundred and fifty Indian pupils at Fort Mojave, Arizona, at one hundred and sixty-seven dollars per annum each, twenty-five thousand and fifty dollars; for pay of superintendent of said school, one thousand five hundred dollars per annum; erection of tailor shop and purchase of tools and furniture for same, one thousand dollars; extension of dining room, five hundred dollars; in all, twenty-eight thousand and fifty dollars. Fort Mojave, Ariz.

For the repair of the church and building now owned by the United States and used for school purposes on the San Xavier Reservation, in the Territory of Arizona, one thousand dollars. San Xavier, Ariz.

For support and education of two hundred and forty Indian pupils at Fort Totten, North Dakota, at one hundred and sixty-seven dollars per annum each, forty thousand and eighty dollars; pay of superintendent of said school, one thousand five hundred dollars per annum; erection of and general repairs to buildings, three thousand dollars; in all, forty-four thousand five hundred and eighty dollars. Fort Totten, N. Dak.

For support and education of three hundred and fifty Indian pupils at Genoa, Nebraska, at one hundred and sixty-seven dollars per annum Genoa, Nebr.

each, fifty-eight thousand four hundred and fifty dollars; pay of superintendent, one thousand five hundred dollars per annum; general repairs to buildings and sidewalks, two thousand dollars; in all, sixty-one thousand nine hundred and fifty dollars.

Grand Junction, Colo.

For support and education of one hundred and fifty Indian pupils, at one hundred and sixty-seven dollars per annum each, at Grand Junction, Colorado, twenty-five thousand and fifty dollars; for pay of superintendent at the Indian school, one thousand five hundred dollars per annum; for general repairs, five hundred dollars; fencing, painting, six hundred and eighty-five dollars; cisterns, cesspools, and sewerage, five hundred dollars; in all, twenty-eight thousand two hundred and thirty-five dollars.

Hampton, Va.

For support and education of one hundred and twenty Indian pupils at the school at Hampton, Virginia, twenty thousand and forty dollars.

Lawrence, Kans.

For support and education of five hundred Indian pupils at Haskell Institute, Lawrence, Kansas, at one hundred and sixty-seven dollars per annum each, eighty-three thousand five hundred dollars; for pay of superintendent of said school, two thousand dollars per annum; for general repairs, one thousand five hundred dollars; in all, eighty-seven thousand dollars.

Lincoln Institution, Philadelphia, Pa.

For support and education of two hundred Indian pupils at Lincoln Institution, Philadelphia, at one hundred and sixty-seven dollars per annum each, thirty-three thousand four hundred dollars.

Mount Pleasant, Mich.

For support and education of one hundred and fifty Indian pupils at Mount Pleasant, Michigan, at one hundred and fifty dollars per annum each, twenty-two thousand five hundred dollars; for pay of superintendent, one thousand five hundred dollars, per annum; construction of buildings and general repairs, three thousand five hundred dollars; in all, twenty-seven thousand five hundred dollars.

Perris, Cal.

For support and education of one hundred Indian pupils at Indian industrial school near Perris, California, at one hundred and sixty-seven dollars per annum each, sixteen thousand seven hundred dollars; for pay of superintendent, one thousand five hundred dollars per annum; barn, wagon shed, and tool shed combined, one thousand two hundred and fifty dollars; laundry and equipment thereof, five hundred dollars; erection and equipment of hospital building, two thousand five hundred dollars; in all, twenty-three thousand two hundred dollars.

Phœnix, Ariz.

For support and education of one hundred and thirty pupils at Phœnix, Arizona, at one hundred and sixty-seven dollars per annum each, twenty-one thousand seven hundred and ten dollars; pay of superintendent, one thousand five hundred dollars per annum; erection of hospital, two thousand five hundred dollars; completion of waterworks and for sewerage, two thousand dollars; general repairs and minor improvements, two thousand five hundred dollars; in all, thirty thousand two hundred and ten dollars.

Pierre, S. Dak.

For support and education of one hundred and fifty Indian pupils at Pierre, South Dakota, at one hundred and sixty-seven dollars per annum each, twenty-five thousand and fifty dollars; for pay of superintendent of said school, one thousand five hundred dollars per annum; erection of buildings and repairs, one thousand dollars; in all, twenty-seven thousand five hundred and fifty dollars.

Pipestone, Minn.

For support and education of sixty Indian pupils at Indian industrial school at Pipestone, Minnesota, at one hundred and sixty-seven dollars per annum each, ten thousand and twenty dollars; for pay of superintendent, one thousand two hundred dollars per annum; for erection of buildings and general repairs, one thousand dollars; in all, twelve thousand two hundred and twenty dollars.

Jocko Reservation, Mont.

For support and education of three hundred Indian pupils at the Saint Ignatius Mission School, on the Jocko Reservation, in Montana, at one hundred and fifty dollars per annum each, forty-five thousand dollars.

Rensselaer, Ind.

For support and education of sixty Indian pupils at Saint Joseph's Normal School at Rensselaer, Indiana, eight thousand three hundred and thirty dollars.

Salem, Oreg.

For support of two hundred and fifty Indian pupils at Salem, Oregon, at one hundred and sixty-seven dollars per annum each, forty-one thousand seven hundred and fifty dollars; for pay of the superintendent of said school, one thousand five hundred dollars per annum; repairs, two thousand dollars; in all, forty-five thousand two hundred and fifty dollars.

Santa Fe, N. Mex.

For support and education of one hundred and fifty Indian pupils at Santa Fé, New Mexico, at one hundred and sixty-seven dollars per annum each, twenty-five thousand and fifty dollars; for pay of superintendent of said school, one thousand five hundred dollars per annum; for general repairs, five hundred dollars; water supply for irrigation and fire protection, one thousand five hundred dollars; in all, twenty-eight thousand five hundred and fifty dollars.

Shoshone Reservation, Wyo.

For support and education of one hundred and twenty-five Indian pupils at Indian industrial school at Shoshone Reservation, Wyoming, at one hundred and sixty-seven dollars per annum each, twenty thousand eight hundred and seventy-five dollars; for pay of superintendent, one thousand five hundred dollars per annum; fencing, five hundred dollars, or so much thereof as may be necessary; in all, twenty-two thousand eight hundred and seventy-five dollars.

Tomah, Wis.

For support and education of one hundred Indian pupils at Indian industrial school at Tomah, Wisconsin, at one hundred and sixty-seven dollars per annum each, sixteen thousand seven hundred dollars; for pay of superintendent, one thousand five hundred dollars per annum; general repairs and grading, one thousand dollars; in all, nineteen thousand two hundred dollars.

Umatilla Reservation, Oreg.

For support and education of sixty Indian pupils at the Kate Drexel Industrial School, on the Umatilla Indian Reservation, in Oregon, six thousand dollars.

White's Manual Labor Institute, Wabash, Ind.

For support and education of sixty Indian pupils at White's Manual Labor Institute, of Wabash, Indiana, ten thousand and twenty dollars.

Taking lands in severalty not to exclude children.

That hereafter in the expenditure of money appropriated for any of the purposes of education of Indian children, those children of Indians who have taken or may hereafter take lands in severalty under any existing law shall not, by reason thereof. be excluded from the benefits of such appropriation.

Commissioner of Indian Affairs to direct expenditures.

That the expenditure of the money appropriated for school purposes in this Act shall be at all times under the supervision and direction of the Commissioner of Indian Affairs, and in all respects in conformity with such conditions, rules, and regulations as to the conduct and methods of instruction and expenditure of money as may from time to time be prescribed by him, subject to the approval of the Secretary of the Interior: *Provided*, That the Secretary of the Interior is hereby directed to inquire into and investigate the propriety of discontinuing contract schools, and whether, in his judgment, the same can be done without detriment to the education of the Indian children; and that he submit to Congress at the next session the result of such investigation, including an estimate of the additional cost, if any, of substituting Government schools for contract schools, together with such recommendations as he may deem proper.

*Proviso.* Investigation of contract schools.

Report.

Face value of certain bonds to be credited to Indians.

SEC. 2. That the Secretary of the Treasury is hereby authorized and directed to place upon the books of the Treasury to the credit of the several Indian tribes interested therein, the face value of certain nonpaying State bonds or stocks, including certain abstracted bonds described on pages one hundred and fifty-three and one hundred and fifty-four of Annual Estimates for the fiscal year ending June thirtieth, eighteen hundred and ninety-five (House Executive Document Numbered five, Fifty-third Congress, second session), to draw interest at the rate of five per cent per annum, as provided by the Act of April one,

Interest.

Vol. 21, p. 70.

Disposal of bonds.

eighteen hundred and eighty; and thereupon said State bonds or stocks shall become the property of the United States.

Interest on bonds.

*Proviso.*
W. B. Munson.
Claims against Chickasaws to be examined.

For the payment of interest on said bonds for the fiscal year ending June thirtieth, eighteen hundred and ninety four, seventy-eight thousand three hundred and twenty dollars: *Provided*, That the Secretary of the Interior is hereby directed to make a thorough examination of the claim of W. B. Munson, of Denison, Texas, against the Chickasaw tribe of Indians for the amounts named in certain orders or drafts drawn by R. H. Saunders in favor of the First National Bank of Denison, Texas, dated December tenth, eighteen hundred and eighty, and directed to Honorable Robert L. Boyd, auditor, Chickasaw Nation, Indian Territory, and by him accepted January sixth, eighteen hundred and eighty-one, and to make a full report of the finding of the facts to Congress in December next.

Purchase of supplies to be advertised.

Exception, exigencies.

*Provisos.*
Irrigation.

Purchases from Indians.

Purchases until contracts are executed.

Leather, etc., manufacture by Indians.

SEC. 3. That no purchase of supplies for which appropriations are herein made, exceeding in the aggregate five hundred dollars in value, at any one time, shall be made without first giving at least three weeks' public notice by advertisement, except in case of exigency, when, in the discretion of the Secretary of the Interior, who shall make official record of the facts constituting the exigency and shall report the same to Congress at its next session, he may direct that purchases may be made in open market in amount not exceeding three thousand dollars at any one purchase: *Provided*, That funds herein and heretofore appropriated for construction of artesian wells, ditches and other works for irrigating may, in the discretion of the Secretary of the Interior, be expended in open market: *Provided further*, That purchase in open market shall as far as practicable, be made from Indians under the direction of the Secretary of the Interior: *And provided further*, That the Secretary of the Interior is authorized, for the period of thirty days after the approval of this Act, to purchase in open market supplies necessary for the Indian service, until contracts are executed and approved and contractors have had time to deliver supplies to the several agencies, to an amount not exceeding ten thousand dollars at any one time, a special report thereof to be made to Congress at its next session. And the Secretary of the Interior may, when practicable, arrange for the manufacture by Indians upon the reservation, of shoes, clothing, leather, harness, and wagons.

Advertisement before appropriations.

Diversion of surplus for subsistence.

*Provisos.*
Treaty funds.

Report.

Purchase of stock cattle, etc.

SEC. 4. That hereafter the Commissioner of Indian Affairs is authorized to advertise in the spring of each year for bids, and enter into contracts, subject to the approval of the Secretary of the Interior, for goods and supplies for the Indian service required for the ensuing fiscal year, notwithstanding the fact that the appropriations for such fiscal year have not been made, and the contracts so made shall be on the basis of the appropriations for the preceding fiscal year and shall contain a clause that no deliveries shall be made under the same and no liability attach to the United States in consequence of such execution if Congress fails to make an appropriation for such contract for the fiscal year for which those supplies are required. And the Secretary of the Interior, under the direction of the President, may use any surplus that may remain in any of the said appropriations herein made for the purchase of subsistence for the several Indian tribes, to an amount not exceeding twenty-five thousand dollars in the aggregate, to supply any subsistence deficiency that may occur: *Provided, however*, That funds appropriated to fulfill treaty obligations shall not be used: *And provided further*, That any diversions which shall be made under authority of this section shall be reported in detail, and the reason therefor, to Congress, at the session of Congress next succeeding such diversion: *And provided further*, That the Secretary of the Interior, under the direction of the President, may use any sums appropriated in this Act for subsistence, and not absolutely necessary for that purpose, for the purchase of stock cattle for the benefit of the tribe for which such appropriation is made, or for the assistance of such

Indians to become farmers, and in aiding such Indians as have taken allotments to build houses and other buildings for residence or improvement of such allotments, and shall report to Congress, at its next session thereafter, an account of his action under this provision.

Buildings, etc.

SEC. 5. That when not required for the purpose for which appropriated the funds herein provided for the pay of specified employees at any agency may be used by the Secretary of the Interior for the pay of other employees at such agency, but no deficiency shall be thereby created; and, when necessary, specified employees may be detailed for other service when not required for the duty for which they were engaged; and that the several appropriations herein made for millers, blacksmiths, engineers, carpenters, physicians, and other persons, and for various articles provided for by treaty stipulation for the several Indian tribes, may be diverted to other uses for the benefit of said tribes, respectively, within the discretion of the President, and with the consent of said tribes, expressed in the usual manner; and that he cause report to be made to Congress, at its next session thereafter, of his action under this provision.

Transfer of funds for employees.

SEC. 6. That whenever, after advertising for bids for supplies in accordance with section three of this Act, those received for any article contain conditions detrimental to the interest of the Government, they may be rejected, and the articles specified in such bids purchased in open market, at prices not to exceed those of the lowest bidder, and not to exceed the market price of the same until such time as satisfactory bids can be obtained, for which immediate advertisement shall be made.

Rejection of bids.

Purchases in open market.

SEC. 7. That at any of the Indian reservations where there is now on hand Government property not required for the use and benefit of the Indians at said reservation the Secretary of the Interior is hereby authorized to move such property to other Indian reservations where it may be required, or to sell it and apply the proceeds of same in the purchase of such articles as may be needed for the use of the Indians for whom said property was purchased; and he shall make report of his action hereunder to the next session of Congress thereafter.

Sale of property not used.

SEC. 8. That when in the judgment of the Secretary of the Interior any Indian tribe, or part thereof, who are receiving rations and clothing and other supplies under this Act, are sufficiently advanced in civilization to purchase such rations and clothing and other supplies judiciously, they may commute the same and pay the value thereof in money per capita to such tribe or part thereof, the manner of such payment to be prescribed by the Secretary of the Interior.

Commutation of rations, etc., to civilized Indians.

SEC. 9. That the Commissioner of Indian Affairs shall report annually to Congress, specifically showing the number of employees at each agency, industrial, and boarding school, which are supported in whole or in part out of the appropriations in this Act, giving name, when employed, in what capacity employed, male or female, whether white or Indian, amount of compensation paid, and out of what item or fund of the appropriation paid. Also the number of employees in the Indian Bureau in Washington, when employed, in what capacity employed, male or female, full name, amount of compensation paid and out of what fund paid, and under what law employed.

Report of employees to be made annually.

Indian Bureau.

SEC. 10. That in the Indian service Indians shall be employed as herders, teamsters, and laborers, and where practicable in all other employments in connection with the agencies and the Indian service. And it shall be the duty of the Secretary of the Interior and the Commissioner of Indian Affairs to enforce this provision.

Employment of Indians as herders, etc.

SEC. 11. That no Indian child shall be sent from any Indian reservation to a school beyond the State or Territory in which said reservation is situated without the voluntary consent of the father or mother of such child if either of them are living, and if neither of them are living without the voluntary consent of the next of kin of such child. Such consent shall be made before the agent of the reservation, and he

Consent of parents required when children are sent to school in another State.

shall send to the Commissioner of Indian Affairs his certificate that such consent has been voluntarily given before such child shall be removed from such reservation. And it shall be unlawful for any Indian agent or other employé of the Government to induce, or seek to induce, by withholding rations or by other improper means, the parents or next of kin of any Indian to consent to the removal of any Indian child beyond the limits of any reservation.

Improper inducements forbidden.

AGREEMENT WITH THE YANKTON SIOUX OR DAKOTA INDIANS, IN SOUTH DAKOTA.

Agreement with Yankton Sioux, in South Dakota, ratified.

SEC. 12. The following agreement, made by J. C. Adams and John J. Cole, commissioners on the part of the United States, with the chiefs, headmen, and other male adults of the Yankton tribe of Sioux or Dakota Indians upon the Yankton Reservation, in the State of South Dakota, on the thirty-first day of December, eighteen hundred and ninety-two, and now on file in the Department of the Interior, and signed by said commissioners on behalf of the United States, and by Charles Martin, Edgar Lee, Charles Jones, Isaac Hepikigan, Stephen Cloud Elk, Edward Yellow Bird, Iron Lingthing, Eli Brockway, Alex Brunot Francis Willard, Louis Shunk, Joseph Caje, Albion Hitika, John Selwyn, Charles Ree, Joseph Cook, Brigham Young, William Highrock, Frank Felix, and Philip Ree, on behalf of the said Yankton tribe of Sioux Indians, is hereby accepted, ratified, and confirmed.

ARTICLES OF AGREEMENT.

Commissioners.

Whereas J. C. Adams and John J. Cole, duly appointed commissioners on the part of the United States, did, on the thirty-first day of December, eighteen hundred and ninety-two, conclude an agreement with the chiefs, headmen, and other male adults of the Yankton tribe of Sioux or Dacotah Indians upon the Yankton Reservation, in the State of South Dakota, which said agreement is as follows:

Vol. 27, p. 633.

Whereas a clause in the act making appropriations for the current and contingent expenses of the Indian Department, and for fulfilling treaty stipulations with various Indian tribes, for the fiscal year ending June thirtieth (30th), eighteen hundred and ninety-three (1893), and for other purposes, approved July 13th, 1892, authorizes the "Secretary of the Interior to negotiate with any Indians for the surrender of portions of their respective reservations, any agreement thus negotiated being subject to subsequent ratification by Congress;" and

Whereas the Yankton tribe of Dacotah—now spelled Dakota and so spelled in this agreement—or Sioux Indians is willing to dispose of a portion of the land set apart and reserved to said tribe, by the first article of the treaty of April (19th) nineteenth, eighteen hundred and fifty-eight (1858), between said tribe and the United States, and situated in the State of South Dakota:

Now, therefore, this agreement made and entered into in pursuance of the provisions of the act of Congress approved July thirteenth (13th), eighteen hundred and ninety-two (1892), at the Yankton Indian Agency, South Dakota, by J. C. Adams of Webster, S. D., John J. Cole of St. Louis, Mo., and I. W. French of the State of Neb., on the part of the United States, duly authorized and empowered thereto, and the chiefs, headmen, and other male adult members of said Yankton tribe of Indians, witnesseth:

ARTICLE I.

Unallotted lands ceded.

The Yankton tribe of Dakota or Sioux Indians hereby cede, sell, relinquish, and convey to the United States all their claim, right, title, and interest in and to all the unallotted lands within the limits of the reservation set apart to said Indians as aforesaid.