# Exact Copy of Original Lease.

WHEREAS, It is known that other Indian Nations have for many years and do now receive a very considerable revenue from the development of substances of commercial value found on their reservations, and

WHEREAS, It is believed by the Osage people that the reservation held by them in common is rich in similar commodities, which it is their desire to develop, and

WHEREAS, One Edwin B. Foster, of New York City, N. Y., has made application to the Osage National Council for the privilege of prospecting and boring for Petroleum and Natural Gas upon the Osage reservation, and proposes to enter into a contract for that purpose upon terms that will not be detrimental to the agricultural interests of the country and which would increase the revenue and enhance the value of our common property should such prospecting result in the discovery of the said Petroleum or Natural Gas, now, therefore,

Be it enacted by the Osage National Council assembled at their Council House at Pawhuska, Oklahoma, this 14th day of March, 1896, that James Bigheart, principal Chief of the Osage Nation, be and he is hereby authorized to enter into a contract with the said Edwin B. Foster for the development of Petroleum and Natural Gas, only, upon the Osage reservation, and he is hereby instructed to make the said contract on the form prescribed by the Interior Department to meet the requirements of law governing such leases, for a term of ten years, with the privilege of renewal for a term of ten years more at the expiration thereof, if the results of said lease prove satisfactory and upon the approval of the Agent in charge, subject to the approval of the Commissioner of Indian Affairs and the Secretary of the Interior.

THOMAS MOZIER,
Nat. Secretary.

SAUCY CHIEF, his x mark
Pres. Council.

JOHN MOZIER,
Nat. Int.

JAMES BIGHEART,
Prin. Chief.

I certify the above a true copy of the original as passed by the O. N. Council on the date therein mentioned.

H. B. FREEMAN,
Lt. Col. & Act'g Agent.

MINING LEASE.

OSAGE AGENGY, OKLAHOMA TERRITORY,

.................... ~~190~~ 1896

LEASE OF

........................

....................

FOR PROSPECTING AND MINING FOR OIL AND GAS UPON THE OSAGE RESERVATION, OKLAHOMA.

MINING LEASE.

THIS INDENTURE OF LEASE, IN TRIPLICATE, Made and entered into on this 16th day of March, 1896, by and between JAMES BIGHEART, party of the first part, for and on behalf of the OSAGE TRIBE OF INDIANS, occupying and residing upon the OSAGE RESERVATION IN OKLAHOMA TERRITORY, under and pursuant to the action of the Council of said Tribe, speaking for the Tribe, duly authorizing the said James Bigheart to contract for the lease of the whole of said reservation, for the period of ten years, for mining purposes, for the production of PETROLEUM and NATURAL GAS only, and duly empowering the said James Bigheart, for and on behalf of said Tribe, to make and execute a lease of said reservation lands, as per resolution of the OSAGE NATIONAL COUNCIL, hereto attached and made a part of this agreement, and in accordance with the provisions of Section 3 of the Act of Congress approved February 18, 1891, (26 Stats., 794) as amended by the Act of August 15, 1894, (28 Stats., 305) and Edwin B. Foster, party of the second part, WITNESSETH:—

That the said party of the first party, for and in consideration of the payments to be made by said party of the second part, as herein agreed and stipulated, and by authority of the Action of said National Council, and the said Acts of Congress, does by these presents lease and grant unto the said party of the second part, his heirs, executors, administrators, and assigns, the exclusive right for mining purposes as therein specified, for the period of ten years from the date of approval thereof by the Secretary of the Interior, the following described lands, to-wit: All the lands in Oklahoma Territory known as the OSAGE INDIAN RESERVATION, for the sole purpose of prospecting for and drilling wells for and mining and producing PETROLEUM and NATURAL GAS only, with the right to use so much of the surface of said lands and so much of the timber, building stone, water, wood, gas or other material found thereon as may be fairly necessary for fuel and with which to construct all dwelling houses, buildings or other improvements upon said land that may be properly needed in order to successfully conduct said prospecting and mining operations; also the right of way over and across said land to any point desired to prospect upon and to any point where drilling, boring or prospecting or operating under this lease shall be carried on; and the right of way to construct and



CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06ALX0382550

operate such pipe lines or roadways as may be reasonably necessary to carry on and successfully prosecute the objects of this indenture.

And the said party of the second part, his heirs, executors, administrators, assigns and sub-lessees, for, and in consideration of the privilege of conducting the mining operations as herein provided for, upon the lands hereinbefore described, for the period of time herein stated, hereby covenant and agree to pay the National Treasurer of the Osage Nation, for the use and benefit of said Tribe of Indians, the following royalties, to-wit: One-tenth (1-10) of all crude Petroleum mined or procured from said lands as the same is delivered free in tanks at the wells or places where produced; and Fifty Dollars ($50.00) per annum for each Gas well that may be discovered and utilized, so long as said well is used by said second party; said royalties to be based upon the market value of the products produced at the place of production, and to be paid to the NATIONAL TREASURER OF THE OSAGE NATION, for the use and benefit of the Osage Tribe of Indians as aforesaid, in cash, at the office of said Treasurer. And said second party further agrees to make settlements of accounts with said Treasurer, on account of ROYALTIES as herein provided for, between the first and tenth day—both inclusive—of the months of January, April, July and October of each year during the term of this lease. And the party of the second part, his executors, administrators and assigns, covenant and agree that this indenture is made with the express proviso that if any of said rents or royalties shall remain unpaid for thirty days after the same shall have become due and payable as herein provided for, or if said second party shall use the premises for any purpose save that hereinbefore authorized and agreed upon, or shall commit waste or suffer it to be committed on said premises, or misuse or fail to take proper care of the same, or shall pay or surrender said rents and royalties to any person other than the person herein named, or his duly authorized deputy, or shall fail to exercise such reasonable diligence as good business principles and the market shall demand in prosecuting said prospecting and mining operations on the said land, and in a good and workmanlike manner, or shall fail to keep and perform any and all other agreements and covenants contained in this indenture, then, in case of any such default and if such default shall continue for thirty (30) days after written notice thereof to said lessee, his successors or assigns, then this lease shall thereupon expire at the option and election of the Osage Nation as expressed by the National Council, with the approval of the Secretary of the Interior, without other notice or demand from the said party of the first part upon the party of the second part, and said party of the first part may re-enter upon said premises and repossess and recover the same to all intents and purposes as though said parties of the second part had never occupied the same, and without such re-entering and without demand for rent, said party of the first part may take possession thereof in the manner prescribed by law relating to proceedings in such cases.

And it is further mutually agreed and understood by and between the parties hereto, that the OSAGE NATION reserves all right it hath and its citizens have, to cultivate, graze, and improve, and to lease for farming, grazing and mining purposes, other than for the mining purpose herein named, all and every part of the lands contained in said reservation, subject to the limitation herein contained, and such right shall not be interfered with or disturbed by the party of the second party, his heirs, executors, administrators or assigns, except to such an extent as may be actually and absolutely necessary in prospecting for and in conducting and marketing the products herein named; and said second party and those acting under, through or by him shall not prospect for or drill or bore any ~~wells for the production of the~~ substances herein mentioned within or upon any cultivated enclosure on said reservation without the written consent of the person occupying such premises, duly acknowledged before the U. S. Indian Agent of the Osage Agency.

And it is further expressly agreed between the parties hereto, that the Osage Nation shall have the right to the free use of Gas for all Government, school and other public buildings of the Nation from any well or wells that may be discovered on said land; and this right shall also extend to all citizens of the Nation for domestic purposes; Provided that no expense shall be incurred by the party of the second part in piping Gas for such purposes. And said second party, in consideration of the covenants herein contained, further covenants and agrees not to remove from said lands any buildings or improvements erected thereon during the term of this lease; but said buildings and improvements shall become a part of the land and shall remain thereon and become the property of the Osage Nation as a part of the consideration herein provided for; Provided that all engines, derricks, tools and machinery shall remain the property of the party of the second part.

But it is also further expressly provided between the parties hereto, that in case of failure on the part of the party of the second part to pay the rents and royalties as herein specified, the Osage Nation shall have a lien upon all buildings, improvements, engines, derricks, tools and machinery erected upon or brought upon said lands by the said second party to secure the payment of rents and royalties.

And the said second party further agrees and covenants to exercise such diligence in conducting said prospecting and mining operations as shall be consistent with good business principles, and to open and operate mines and wells for the products above indicated in a good and workmanlike manner; to commit no waste upon said lands and to suffer no waste to be committed thereon; to take good care of the same and to surrender and return the premises at the expiration of this lease to the Osage Nation in as good condition as when received, ordinary wear and tear in the proper use of the same for the purposes herein indicated, and unavoidable accidents, excepted. And it is further expressly agreed that if prospecting hereunder shall not be begun within six months after the approval of this lease by the Secretary of the Interior, or if one or the other of the products herein mentioned be not discovered in paying quantities within eighteen months after such approval, or in case of the failure of the party of the second part for a period of six months at any one time to conduct prospecting or mining operations hereunder, then, or in either of said cases, this lease shall terminate, and the party of the second part shall have and exercise no further rights hereunder.

And it is further agreed between the parties hereto that the said second party shall keep a true and accurate record and account of said mining operations, showing the whole amount of Petroleum mined and produced hereunder and the number of Gas wells bored and the number in operation, with dates of boring and operating, and that the Osage Nation through its proper officers, the U. S. Indian Agent, of the Osage Agency, the Special Indian Agent and Indian Inspectors of the Interior Department, or such other persons as may be designated by the Commissioner of Indian Affairs, or the Secretary of the Interior, shall at all times have the right to make such reasonable examination of the books, accounts, records and papers of the party of the second part, or those claiming under him, as may be necessary to enable them to obtain all information desired as to the amount of Petroleum mined and produced hereunder and as to the number of Gas wells bored and the number that have been operated and utilized together with the dates of boring and using. And it is also further provided that the said party of the second part shall enter into a good and sufficient bond, with at least two sureties, in the sum of $5,000, payable to the Secretary of the Interior for the use and

benefit of the Osage Nation, conditioned upon the faithful performance of the conditions of this lease, which bond shall be approved by the Secretary of the Interior. It is also provided that this lease shall become operative only after its approval by the Secretary of the Interior.

And it is further expressly provided that the said party of the second part, or those claiming under him, shall not maintain any nuisance on said reservation and shall not sell or give away, or permit their employes to sell or give away any intoxicating liquors on said reservation during the term of this lease; and that he or they will not use the premises for any other purpose than that authorized in the lease.

And it is agreed and understood between the parties hereto that the privilege of conducting mining operations hereunder is permitted and agreed to upon the express condition that if the Indian title to any portion of the lands used and occupied by the lessee, his heirs or assigns, shall be extinguished before the expiration of the time herein stated, then and in that event this lease shall be void and of no force and effect with reference to the lands to which the title shall be extinguished, from and after the date of such extinguishment; and the lessee shall be subject to removal therefrom upon sixty days notice from the Secretary of the Interior, in his discretion; Provided that the extinguishment of the title herein mentioned shall not apply to lands which shall be alloted in severalty to the Indians, so as to effect this lease to the lands so allotted, but in any such lands so alloted, then the royalties accruing on the same shall be paid to the allottees, respectively, instead of to the National Treasurer of the Osage Nation.

It is further provided between the parties heretó that no member of or delegate to Congress, or officer, agent or employe of the Government shall be admitted to any share or part in this lease, or derive any benefit to arise therefrom.

In Testimony Whereof, the said parties of the first and second parts have hereunto set their hands and seals the day and date first above named. All erasures and interlineations having been made before signing.

JAMES BIGHEART, (Seal)
Prin. Chief.

Witness:
FRED MORRIS.
EUSTACE WHEELER.

EDWIN B. FOSTER. (Seal)

Witnesses:
E. C. GORDON.
JAMES S. GLENN.

On this 16th day of March 1896, personally appeared before me, H. B. Freeman, Lt. Col. 5th Inf. Acting U. S. Indian Agent of the Osage Agency, the above mentioned JAMES BIGHEART.... ......and the above named......................personally known to me to be the identical persons named, and acknowledged the signing and sealing of the above indenture of lease, for the purposes therein named, to be their free act and deed.

H. B. FREEMAN,
Lieut. Col. 5th Inf. Acting U. S. Indian Agent.

INTERPRETER'S CERTIFICATE.

I, JOHN MOSIER, do hereby certify that I am the Official Interpreter of the Osage Nation; that I fully and truthfully interpreted and explained the foregoing lease to the Osage Nation Council, before the signing and sealing thereof, and am satisfied that they clearly and fully understood the nature of said lease and all the terms thereof before authorizing the said...JAMES BIGHEART... to execute the same for and on behalf of the Osage Nation; and that I witnessed the signing and sealing thereof on the part of said JAMES BIGHEART....................this 16th day of March, 1896.

JOHN MOSIER,
Official Interpreter,
Osage Nation.

The above lease was renewed as to 680,000 acres for a period of ten years from March 16, 1906, by the Indian Appropriation Act for the fiscal year ending June 30, 1905, approved March 3, 1905, increasing gas well royalty from $50 to $100 per annum and royalty on oil to be fixed by the President. The President's order of June 3, 1905, increased the royalty on oil to one-eighth. The act of March 3, 1905, was re-affirmed by "AnAct for the division of the lands and funds of the Osage Indians, and for other purposes," approved June 28, 1906.



CONFIDENTIAL MATERIAL - DO NOT DISCLOSE G06ALX0382552