Case 1:99-cv-00550-ECH Document 309-9 Filed 06/30/2008 Page 1 of 4

Arizona, established by Executive orders, dated November ninth, eighteen hundred and seventy-one; December fourteenth, eighteen hundred and seventy-two; August fifth, eighteen hundred and seventy-three; July twenty-first, eighteen hundred and seventy four; April twenty-seventh, eighteen hundred and seventy-six; January twenty-sixth, eighteen hundred and seventy-seven; and March thirty-first, eighteen hundred and seventy-seven, as modified by an Act entitled "An act to restore to the public domain a portion of the White Mountain Apache Indian Reservation, in the Territory of Arizona, and for other purposes," approved February twentieth, eighteen hundred and ninety-three; lying within the following boundary lines, namely: Beginning at station numbered "naught," which is a mound stone marked "Mo. No. 0" from which corner nineteenth milepost on the south boundary of the White Mountain Indian Reservation bears north seventy-seven degrees forty-eight minutes west five hundred and ninety feet; thence north forty-six degrees no minutes west one thousand five hundred and five feet to station numbered one, which is a mound of stone; thence north forty-four degrees no minutes east two thousand four hundred feet to station numbered two, which is a mound of stone; thence south forty-six degrees no minutes east five thousand four hundred feet to station numbered three which is a mound of stone set on the reservation line; thence north seventy-seven degrees forty-eight minutes west along the reservation line two thousand five hundred and forty (more or less) feet to the one-half mile corner between the eighteenth and nineteenth mile on the reservation line; thence continuing two thousand and ninety (more or less) feet to the station numbered naught, the place of beginning; or, from station numbered three, four thousand six hundred and thirty (more or less) feet to station numbered naught, the place of beginning; containing about two hundred and thirty-one acres, be, and the same is hereby, restored to the public domain and declared to be open and subject to entry, location, and occupation under the mining laws of the United States: *Provided*, That said lands shall be sold under the provisions of the mining laws of the United States, and that all moneys accruing from the sale of the lands hereby restored, except the fees allowed by law to the register and receiver, shall be paid into the Treasury of the United States and applied solely as follows:

Boundaries of tract restored to the public domains.

Proviso.
Lands to be sold under mining laws.

—disposition of proceeds.

First. To reimburse the United States for all expenses actually and necessarily incurred in surveying said lands.

Second. The remainder to be held in trust for the sole use and benefit of the tribes of Indians now located upon said reservation and to be expended by the Commissioner of Indian Affairs, under the direction and control of the Secretary of the Interior, in such manner and for such purposes as may to him seem to be for the best interests of said Indian tribes.

Approved, March 2, 1901.

---

Mar. 3, 1901.
31 Stat., 1058.

CHAP. 832.—An act making appropriations for the current and contingent expenses of the Indian Department and for fulfilling treaty stipulations with various Indian tribes for the fiscal year ending June thirtieth, nineteen hundred and two, and for other purposes.

Indian Department appropriations.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

*   *   *   *   *   *   *

[31 Stat., 1062.]
Chickasaw trust fund.

The Secretary of the Treasury is hereby authorized and directed to place upon the books of the Treasury, to the credit of the Chickasaws, the sum of sixty thousand dollars, being in full for the permanent annuity in money or otherwise, as guaranteed to them by the treaty of July fifteenth, seventeen hundred and ninety-four.

[31 Stat., 1065.]

Adjustment of accounts of traders with Osage Indians authorized.

See note to 1872, ch. 310, ante, p. 137.

—basis.

That the Secretary of the Interior is hereby authorized and directed to examine the accounts of Indian traders with the Osage Indians at the Osage Agency, and to determine the sums equitably due to such traders from such Indians, and to adjust their accounts upon the basis of a fair profit upon the goods which have been sold by such traders to such Indians, and when the amounts due as aforesaid shall have been determined and adjusted, the Secretary of the Interior is hereby authorized to pay, by a disbursing officer selected by the Secretary for that purpose, to the Osage Indians per capita the amount which has been collected as rent of pasture lands, and any accumulated interest other than their regular annuities which has not been heretofore paid to them: *Provided*, That when it shall appear to such disbursing officer that any such Indian, either as an individual or as the head of a family, is indebted to a trader or traders at such agency, as the same shall have been determined and adjusted, in an amount equal to or exceeding said per capita payment, such disbursing officer shall pay the per capita share due to said Indian as an individual or the head of a family, to such trader or traders in discharge of, or to be applied upon such indebtedness to such trader or traders. If such Indian as an individual or head of a family shall be indebted to more than one of such traders, such payment of his per capita share shall be paid to the traders in proportion to the amount of the respective sums due them as determined and adjusted. If the per capita share of any such Indian as an individual or head of a family shall exceed his indebtedness to said trader or traders, then payment shall be made as aforesaid to such trader or traders of the amount due, as aforesaid, and the balance of such per capita payment shall be paid to said Indian: *And provided further*, That it shall be unlawful hereafter for the traders upon the Osage Indian Reservation to give credit to any individual Indian or head of a family to an amount greater than sixty per centum of the next quarterly annuity to which such individual Indian or head of a family will be entitled; and if such traders shall give credit to any individual Indian or head of a family upon such reservation in excess of the amount herein allowed, no portion of the indebtedness thus created shall be collectible, and the same shall be void and the licenses of such traders shall be revoked.

—per capita payment to Indians, accumulated interest, etc.

Proviso.

—payment to trader of per capita share of Indian indebted, etc.

—limit of credit to Indians from traders, etc.

Further payments to Indians authorized.

Should the amount of the per capita payment herein anthorized and directed be insufficient to fully cancel and discharge the debts found to be due from such Indians to such traders as herein provided, the Secretary of the Interior is hereby authorized and directed to make further per capita payments to said Indians whenever and as often as future pasture moneys and accumulations of interest other than regular annuities shall amount to the sum of one hundred thousand dollars, the same to be paid and applied in the manner hereinbefore provided: *And provided further*, That on and after July first, nineteen hundred and one, any person desiring to trade with the Indians on said reservation shall, upon establishing the fact, to the satisfaction of the Commissioner of Indian Affairs, that he is a proper person to engage in such trade, be permitted to do so under such rules and regulations as the Commissioner of Indian Affairs may prescribe for the protection of said Indians: *And provided further*, That the Secretary of the Interior is hereby directed to report to the next session of Congress showing the amounts due by such Indians to such traders as determined and adjusted as herein provided, and also any payments that may have been made to said Indians or to said trader or traders.

Regulations for trading with Indians.

Report.

* * * * * * *

*Senecas.*

Seneca Trust Funds.

* * * The Secretary of the Treasury is hereby authorized and directed to place upon the books of the Treasury, to the credit of the Senecas, the sum of seventy-three thousand eight hundred dollars,

Case 1:99-cv-00550-ECH Document 309-9 Filed 06/30/2008 Page 3 of 4

being in full for the permanent annuities, in money or otherwise, guaranteed to them by the treaties above described. (Vol. 2, pp. 100, 113, 225, and 740.)

* * * * * * *

*Eastern Shawnees.*

Eastern Shawnee Trust Funds.

* * * The Secretary of the Treasury is hereby authorized and directed to place upon the books of the Treasury, to the credit of the Eastern Shawnees, the sum of twenty thousand six hundred dollars, being in full for the permanent annuities, in money or otherwise, guaranteed to them by the treaties above described. (Vol. 2, pp. 113, 225, and 740.)

* * * * * * *

Quapaw.
Acts dedicating lands for schools, etc., confirmed.

See note to 1872, ch. 309, ante, p. 136.

—limit.

That the act of the general council of the Quapaw tribe or nation of Indians in the Indian Territory, "To set apart and dedicate certain Quapaw lands for the use of schools, and dispose of certain other lands, to pay the indebtedness of the Quapaw Nation," passed and approved on January second, eighteen hundred and ninety-nine, be, and is hereby, ratified and confirmed: *Provided*, That the lands so dedicated and disposed of shall not exceed four hundred acres.

* * * * * * *

[31 Stat., 1070.]
Removal to Cœur d'Alene Reservation.

Spokanes.

Ante, p. 445.

For last of ten installments, to be expended under the direction of the Secretary of the Interior, in the removal of the Spokane Indians to the Cœur d'Alene Reservation, in erecting suitable houses, in assisting them in breaking lands, in furnishing them with cattle, seeds, agricultural implements, saw and grist mills, thrashing machines, mowers, clothing, and provisions; in taking care of the old, sick, and infirm; in affording educational facilities, and in any other manner tending to their civilization and self-support, as per article five of agreement with said Indians dated March eighteenth, eighteen hundred and eighty-seven, ratified by Act of Congress approved July thirteenth, eighteen hundred and ninety-two, five thousand dollars: *Provided*, That any moneys heretofore or hereafter to be appropriated for the removal of said Spokane Indians to the Cœur d'Alene Reservation shall be extended to or expended for such members of the tribe who have removed or shall remove to the Colville, Spokane, or Jocko Reservations.

* * * * * * *

[31 Stat., 1074.]
Choctaw orphan lands—disposal of.

That the Commissioner of the General Land Office is hereby authorized and directed to dispose of the Choctaw orphan lands in the State of Mississippi as other public lands are disposed of.

* * * * * * *

[31 Stat., 1078.]
Sisseton and Wahpeton bands of Dakota or Sioux Indians.
Court of Claims to determine claims of loyal members since act of forfeiture, etc.

See note to 1891, ch. 543, ante, p. 428.

—procedure, etc.

That full jurisdiction is hereby conferred upon the Court of Claims to hear, ascertain, and report to Congress what members of the Sisseton and Wahpeton bands of Dakota or Sioux Indians remained loyal to the Government of the United States and were not directly or indirectly concerned in the depredations of certain bands of Sioux Indians named in the Act of Congress approved February sixteenth, eighteen hundred and sixty-three, entitled "An Act for the relief of persons for damages sustained by reason of depredations and injuries by certain bands of Sioux Indians," or other Acts upon the subject; and to hear, ascertain, and report to Congress what annuities provided by the treaty with said bands of July twenty-third, eighteen hundred and fifty-one, would now be due the loyal members of said bands if the said Act of Congress had not been passed. The court is further authorized to further consider, ascertain, and report to Congress what lands, appropriations, payments, gratuities, or other provisions have been made to or for said bands or to any of the members thereof since said Act of forfeiture was passed. Proceedings shall be commenced by petition verified by the attorney for said Indians who may appear for and on their behalf, and said case

Case 1:99-cv-00550-ECH Document 309-9 Filed 06/30/2008 Page 4 of 4

shall have preference and be advanced on the docket of said court; and if said court shall find that said bands preserved their loyalty to the United States, they shall ascertain and state the amount that would be due to said Indians on account of said annuities, had said Act of Congress of February sixteenth, eighteen hundred and sixty-three, not been passed, stating in connection therewith what credits should be charged against said annuities on account of the lands, appropriations, payments, gratuities or other provisions as hereinbefore stated.

* * * * * * *

SEC. 9. That section five of "An Act to provide for the allotment of lands in severalty to Indians on the various reservations, and to extend the protection of the laws of the United States and the Territories over the Indians, and for other purposes," approved February eighth, eighteen hundred and eighty-seven, be amended by adding thereto the following proviso: "*Provided further*, That whenever the Secretary of the Interior shall be satisfied that any of the Indians of the Siletz Indian Reservation, in the State of Oregon, fully capable of managing their own business affairs, and being of the age of twenty-one years or upward, shall, through inheritance or otherwise, become the owner of more than eighty acres of land upon said reservation, he shall cause patents to be issued to such Indian or Indians for all of such lands over and above the eighty acres thereof. Said patent or patents shall be issued for the least valuable portions of said lands, and the same shall be discharged of any trust and free of all charge, incumbrance, or restriction whatsoever; and the Secretary of the Interior is hereby authorized and directed to ascertain, as soon as shall be practicable, whether any of said Indians of the Siletz Reservation should receive patents conveying in fee lands to them under the provisions of this Act."

[31 Stat., 1085.]
Siletz Reservation Oreg.
Ante, p. 36.

Patents to Indians for more than 80 acres of land authorized, etc.

—inquiry directed.

Approved, March 3, 1901.

CHAP. 869.—An act granting a right of way to the Jamestown and Northern Railway through the Devils Lake Indian Reservation, in the State of North Dakota.

Mar. 3, 1901.
31 Stat., 1447.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That a right of way through the Devils Lake Indian Reservation, in the State of North Dakota, not exceeding two hundred feet in width, with grounds for station and depot purposes, according to the map and plat thereof, respectively, now on file in the office of the Secretary of the Interior, be, and is hereby, granted to the Jamestown and Northern Railway Company, a corporation duly organized under the laws of the then Territory and now State of North Dakota, upon the terms and conditions mentioned and set forth in a certain proposition in writing, dated July twenty-eighth, eighteen hundred and eighty-three, made and submitted to the United States Indian agent at Devils Lake Agency by F. R. Delano on behalf of the Northern Pacific Railway Company, as the same is modified by a memorandum of consent in writing thereto appended, signed by the majority of the chiefs and headmen of the Indians occupying the Devils Lake Reservation, now on file in the office of the Secretary of the Interior; which said terms and conditions, so modified, have been accepted by the said Jamestown and Northern Railway Company, by a resolution of the board of directors of said company adopted October fifth, eighteen hundred and eighty-three, a certified copy whereof is also on file in the said office: *Provided*, That the amount of compensation hereby agreed to be paid to said Indians shall be deposited by the said Jamestown and Northern Railway Company in the Treasury of the United States to the credit of the Sisseton, Wahpeton, and Cuthead Sioux Indians, occupying the Devils Lake Reservation, within sixty days after the passage of this Act, to be expended for the benefit of said Indians in such manner as the Secretary of the Interior may direct: *Provided further*, That whenever said right of way and station and depot grounds shall cease to be used for railroad purposes the same

Jamestown and Northern Railway granted right of way through Devils Lake Indian Reservation, N. Dak.
1876, ch. 287, note ante, p. 166.

Provisos.
Deposit of Indians, compensation, etc.

Reversion of right of way.