# REGULATIONS

## Governing the Leasing of Lands for Oil and Gas on the Osage Reservation, Oklahoma.

Under the Act of March 3, 1905.

---

The following regulations are hereby prescribed for the purpose of carrying into effect the provisions of the act of Congress approved March 3, 1905 (Public, 112), which provides:

That any allotment which may be made of the Osage Reservation in Oklahoma Territory shall be made subject to the terms and conditions of the lease herein authorized, the same being a renewal as to a part of the premises covered by a certain lease dated March sixteenth, eighteen hundred and ninety-six, given by the Osage Nation of Indians to Edwin B. Foster and approved by the Secretary of the Interior and now owned by the Indian Territory Illuminating Oil Company under assignments approved by the Secretary of the Interior, which said lease and all subleases thereof duly executed on or before December thirty-first, nineteen hundred and four, or executed after that date based upon contracts made prior thereto, and which have been or shall be approved by the Secretary of the Interior, to the extent of six hundred and eighty thousand acres in the aggregate, are hereby extended for the period of ten years from the sixteenth day of March, nineteen hundred and six, with all the conditions of said original lease except that from and after the sixteenth day of March, nineteen hundred and six, the royalty to be paid on gas shall be one hundred dollars per annum on each gas well, instead of fifty dollars as now provided in said lease, and except that the President of the United States shall determine the amount of royalty to be paid for oil. Said determination shall be evidenced by filing with the Secretary of the Interior on or before December thirty-first, nineteen hundred and five, such determination; and the Secretary of the Interior shall immediately mail to the Indian Territory Illuminating Oil Company and each sublessee a copy thereof.

The said act of March 3, 1905, renews and extends the—

said lease and all subleases thereof duly executed on or before December thirty-first, nineteen hundred and four, or executed after that date based upon contract made prior thereto, and which have been or shall be approved by the Secretary of the Interior, to the extent of six hundred and eighty thousand acres in the aggregate * * *.

SECTION 1. The original lease and all subleases and assignments thereunder provided for by the act of Congress of March 3, 1905, above referred to, are, when approved by the Secretary of the Interior, extended for a period not longer than March 16, 1916.

SECTION 2. All subleases or assignments made hereafter must be submitted to the U. S. Indian Agent, Osage Agency, Pawhuska, Oklahoma, for consideration and transmittal to the Department within thirty days from and after the date of execution of the instrument, and all such subleases and assignments which have been heretofore executed must be submitted to the said agent within thirty days of the approval of these regulations. No such sublease or assignment presented after the time herein designated will be received by the agent or transmitted to the Department or regarded as having any effect whatever.

SECTION 3. All subleases or assignments or instruments operating as assignments to be presented for the approval of the Secretary of the Interior shall be submitted to the United States Indian Agent, Osage Agency, Pawhuska, Oklahoma, for transmittal by him with his recommendation to the Commissioner of Indian Affairs, for the consideration of the Department.

SECTION 4. All subleases or assignments must be made in triplicate, filed with the Indian Agent, Osage Agency, and, when approved, one copy to be immediately filed in the office of the Commissioner of Indian Affairs, one to the United States Indian Agent, Osage Agency, Pawhuska, Oklahoma, and one to be delivered to the lessee or assignee.

SECTION 5. All sublessees or assignees will be required to furnish a bond of not less than $3,000, and larger amounts where recommended by the Indian Agent, executed by some responsible surety company, guaranteeing the payment of all rents or royalties at the time and in the manner specified in the sublease or assignment, and the performance of all covenants and agreements named in the indenture to be paid and performed by the lessee.

SECTION 6. In order that the Department may have definite information before it concerning lessees in oil and gas leases covering lands in the Osage Nation, it is required that corporation lessees must furnish a certified copy of their articles of incorporation and affidavits covering the following points, to be submitted to the said U. S. Indian Agent, Osage Agency, Pawhuska, Oklahoma, with the triplicate copies of subleases or assignments, heretofore referred to in section 4:

(*a*) A list of officers and directors.

(*b*) State the number of shares of stock issued, and by whom held, giving post-office addresses of stockholders, and specifically stating the amount of cash paid into the treasury on each share sold; or if paid in property, state kind, quantity, and sum paid per share.

(*c*) Of the stock sold, how much per share remains unpaid and subject to assessment?

(*d*) How much cash has the company in its treasury and elsewhere? Certificates by officers of the banks should be furnished showing the

amount deposited therein to the credit and subject to the check of the company.

(*e*) What property, exclusive of cash, is owned by the company, and its value?

(*f*) What is the total indebtedness of the company, and specifically the nature of its obligations?

(*g*) State what experience the officers of the company or others connected with or employed by it have had in the production of petroleum and natural gas, or in any other business.

Affidavits should also be furnished by individual lessees showing their financial responsibility, the amount of cash on hand available for mining operations, and their experience in the oil and gas business or other business. They should also submit affidavits by bank officers showing the amounts deposited to their credit.

All required information relative to subleases or assignments shall be furnished within fifteen days from the date of the letter of the U. S. Indian Agent, Osage Agency, requesting it.

Section 7. There shall accompany each sublease or assignment a statement under oath by the applicant that such sublease or assignment is not made for speculation, but in good faith and for mining the mineral specified, and such persons or corporations must furnish such other information as may be desired by the United States Indian Agent, Osage Agency, Pawhuska, Oklahoma, or other authorized officer of the Interior Department, regarding their prospective operations. Subleases or assignments will not be approved where the parties themselves do not intend to conduct the operations on the land.

Section 8. All subleases or assignments must accurately describe the lands, and specify the mineral to be mined, the rents or royalties, when the same are to be paid, and must contain a provision to the effect that if the lessee shall fail to pay the rents or royalties, or any part thereof when due, or shall fail to faithfully comply with the terms and conditions of the lease, such failure shall constitute a forfeiture of the sublease or assignment and all improvements placed upon the land by the lessee, the Osage Nation shall be entitled to immediate possession of the leased lands and the improvements located thereon, and shall in all respects be subject to the provisions and penalties of the original lease now owned by the Indian Territory Illuminating Oil Company.

Section 9. All lessees must agree to allow the lessor and his agents and any authorized representative of the Interior Department, from time to time, to enter upon and into all parts of the leased premises for the purpose of inspection, and agree to keep a full and correct account of all of their operations, and make report thereof, promptly at the end of each month to the lessor or to such persons as may be

designated by the Secretary of the Interior, and their books shall be open at all times to the examination of such officers of the Department as may be instructed in writing by the Secretary of the Interior to make such examination. All subleases or assignments must be executed in the presence of two subscribing witnesses, the post-office address of each party in interest must be shown by the lease which is sought to be approved, and the post-office addresses of the subscribing witnesses must appear upon the papers.

SECTION 10. All rents, royalties, or payments accruing under any lease, sublease, or assignment, to the Osage tribe of Indians, which have been approved by the Secretary of the Interior, or which require his approval, shall be paid to the United States Indian Agent, Osage Agency, Pawhuska, Oklahoma, or to such other officer or person as the Secretary of the Interior may designate.

SECTION 11. With the consent of the United States Indian Agent, Osage Agency, Pawhuska, Oklahoma, lessees may make arrangements with the purchasers of oil for the payment of royalty to the U. S. Indian Agent by such purchasers, but such arrangement, if made, shall not operate to relieve the lessee from the responsibility of the payment of the royalty should such purchaser fail, neglect, or refuse to pay same when it becomes due, but in such cases no oil shall be extracted from such lands or removed therefrom until such arrangements have been perfected with the said Indian Agent.

SECTION 12. No lease, sublease, or interest therein, by working or drilling contract or assignment, or otherwise, or the use thereof, directly or indirectly, shall be valid or recognized, without the consent of the Secretary of the Interior, nor shall any operations theunder be commenced until after approval by him; and if at any time the Secretary of the Interior is satisfied that the provisions of any lease or that any of the regulations heretofore or that may hereafter be prescribed, have been violated, he shall have authority, after ten days from notice to the parties, to cancel and annul such lease, without resorting to the courts and without any further proceedings, and the lessor shall be entitled to immediate possession of the lands.

SECTION 13. These regulations shall be applicable to all leases, subleases, or assignments heretofore made, as well as to those that may hereafter be made.

### RULES AND REGULATIONS FOR OPERATING PROPERTIES.

SECTION 1. All persons or corporations operating under these regulations, before commencing operations on any lands allotted to Indians and during such operations, shall duly compensate such Indians for damages done to the surface of the land in cultivation, and where

such can not be satisfactorily adjusted, the matter shall be investigated by the U. S. Indian Agent, and such payments as he may determine shall be made, subject to appeal from his decision to the Commissioner of Indian Affairs.

SECTION 2. Lessees shall not be allowed to drill oil or gas wells within 200 feet of the division line between the lands covered by their leases and adjoining lands, whether the latter lands are leased or unleased, allotted or unalloted, nor shall any wells be drilled within 35 feet of any section line on the Osage Reservation.

SECTION 3. All persons or corporations drilling wells under approved leases, subleases, or assignments upon the Osage Reservation shall keep a true and correct record of each well, including the log of the same, and shall furnish to the United States Indian Agent, Osage Agency, Pawhuska, Oklahoma, a copy of said log not later than fifteen days after the said well has been drilled, duly certified to under oath, by the driller and operator or his representative, and the said operator or his representative shall furnish a further statement under oath as to whether the rig timbers were procured on the Osage Reservation, and if so, state the name of the citizen, or other person, from whom the said rig timbers were purchased, and shall also furnish any other information the said Agent may desire relative to the drilling of said well, or the procurement of timber used in connection with such operation.

SECTION 4. All lessees or operators for the mining and production of petroleum and natural gas on the Osage Reservation shall, in a practical and workmanlike manner, plug all of their dry and abandoned oil and gas wells at a proper depth with wood or sediment in a manner to exclude all fresh or salt water from the oil or gas bearing rock or sand before the casing is drawn from the said well in a manner satisfactory to the United States Indian Agent for the Osage Indians, and to this end the following general regulations must be followed, but the lessee will be required to exercise his judgment and put in such other necessary plugs as will effectually protect all stratas of oil or gas bearing rock or sand from fresh or salt water, so that the results contemplated will be obtained, and the said lessee or operator shall furnish an affidavit by himself or his representative and one other person, who assisted in the plugging of said well, stating in detail the manner in which the said well was plugged, and shall also furnish a log of the well, certified to under oath, by himself or his representative and the driller, the said log to be attached to the affidavit as to the plugging of the well, and they together shall be filed with the U. S. Indian Agent, Osage Agency, Pawhuska, Oklahoma, not later than fifteen days after the said oil or gas well has been abandoned.

Before the casing shall be drawn from any well for the purpose of abandonment thereof, which has been drilled into any oil or gas bearing rock or sand, it shall be the duty of the lessee or operator having the custody or control of such well at the time of such abandonment, to properly and securely stop or plug the same in the following manner:

Such hole shall first be solidly filled from the bottom thereof to a point at least twenty-five feet above such gas or oil bearing rock or sand with sand, gravel, or pulverized rock; immediately on the top of such filling shall be seated a dry pine plug, not less than two feet in length, having a diameter not less than one-fourth of an inch less than the inside diameter of the casing in such well; above such wooden plug such well shall be solidly filled for at least twenty-five feet with the abovementioned filling material, immediately above which shall be seated another wood plug of the same kind and size as above provided, and such well shall again be solidly filled for at least twenty-five feet above such plug with the said filling material. After the casing has been drawn from such well there shall be immediately seated at the point where such casing was seated a castiron ball or tapered wood plug at least two feet in length, the diameter of which ball or the top of which plug shall be greater than that of the hole below the point where such casing was seated, and above such ball or plug such well shall be solidly filled with the aforesaid filling material for at least a distance of fifty feet.

SECTION 5. All lessees and operators upon the abandonment or ceasing to use and operate any well which shall have been drilled for oil or gas, he or they shall plug the same so as to completely shut off and prevent the escape of all water therefrom which may be impregnated with salt or other substances which will render such water unfit for use for domestic, steam making, or manufacturing purposes, and in such manner as to prevent water from any such well injuring or polluting any spring, water well, or stream which is or may be used for the purposes aforesaid.

SECTION 6. All "B-S" or other refuse from tanks and wells shall be drawn off in proper receptacles at a convenient distance from the tanks or wells, to the end that it may be disposed of by being burned, and in no case or circumstance shall it be permitted to flow over the surface of the land to the injury of any surrounding property or the pollution of any stream.

SECTION 7. All lessees and operators in possession of any well producing natural gas on the Osage Reservation, in order to prevent the said gas well from wasting by escape, shall, within ten days after the approval of these regulations, and thereafter within five days after penetrating the gas-bearing rock or sand in any well drilled, shut

in and confine the gas in said well until such time as the gas therein shall be utilized for light, fuel, or steam power; provided that this regulation shall not apply to any well that is operated for oil when the production of the oil has a greater available market value than the production of gas therefrom, or during the process of drilling, with reasonable diligence, or when oil is found in a lower stratum of sand and the well is operated as an oil well and the gas from the upper stratum of sand is cased off. And said lessees and operators shall pay to the U. S. Indian Agent, Osage Agency, Pawhuska, Oklahoma, the sum of $10.00 per day for each well during the time such well or wells are allowed to go uncontrolled or uncared for, as directed by this section, unavoidable accidents excepted.

SECTION 8. All lessees, and those operating under them, on the Osage Reservation, using natural gas for fuel in steam boilers, shall provide the same, within thirty days after the approval of these regulations, with what is known as a "Fulton," "Northrup," or "Gilfillen" boiler regulator, or other regulator equal thereto, so connected to the boiler that the steam pressure will regulate the flow of gas.

SECTION 9. All lessees, and those operating under them, who are or may hereafter be using natural gas for outside illumination upon their premises, shall not use the said gas for illuminating purposes, other than in what is known as "Storm" burners, or burners which consume no more gas than the said "Storm" burners, and anyone using such gas in the open air or in and around derricks, shall turn off said gas not later than 8 o'clock in the morning of each day such lights are burning or used, and shall not turn on or relight the same between the hours of 8 o'clock a. m. and 5 o'clock p. m., and the U. S. Indian Agent, Osage Agency, Pawhuska, Oklahoma, shall be the judge as to the number of lights permitted upon and around any lease, subject to appeal to the Commissioner of Indian Affairs.

SECTION 10. Any gas well upon the Osage Reservation which has been placed in service commercially, and for which royalty is being paid, will not be considered out of service until due notice has been served on the U. S. Indian Agent, Osage Agency, Pawhuska, Oklahoma, of the same, and that the said well has been disconnected from all service lines. The mere turning of a valve will not be considered sufficient to take a well out of service.

SECTION 11. The regulations shall be applicable to leases, subleases, and assignments heretofore approved, as well as those that may be hereafter approved, and for any failure on the part of the lessee to comply with any rule or regulation, or any obligation in his lease, sublease, or assignment, the Secretary of the Interior may revoke his approval of such lease, after due notice to the lessee.

SECTION 12. Wherever in the drilling of oil or gas wells under approved oil and gas mining leases covering lands within the Osage Reservation both gas and oil are encountered in commercial quantities, and the gas is found in a formation sufficiently above the oil-bearing sand to permit of the same being separated from the oil by casing, such gas shall be so separated from the oil and securely shut in and preserved, and shall not be permitted to flow with the oil through the same string of casing.

---

DEPARTMENT OF THE INTERIOR,
OFFICE OF INDIAN AFFAIRS,
*April 8, 1907.*

The foregoing regulations are respectfully submitted for the approval of the Secretary of the Interior.

C. F. LARRABEE,
*Acting Commissioner.*

---

DEPARTMENT OF THE INTERIOR,
*April 17, 1907.*

Approved:

JAMES RUDOLPH GARFIELD,
*Secretary.*

O

nor wife, in which case said lands, moneys, and mineral interests must go to the mother and father equally.

SEC. 7. That the lands herein provided for are set aside for the sole use and benefit of the individual members of the tribe entitled thereto, or to their heirs, as herein provided; and said members, or their heirs, shall have the right to use and to lease said lands for farming, grazing, or any other purpose not otherwise specifically provided for herein, and said members shall have full control of the same, including the proceeds thereof: *Provided*, That parents of minor members of the tribe shall have the control and use of said minors' lands, together with the proceeds of the same, until said minors arrive at their majority: *And provided further*, That all leases given on said lands for the benefit of the individual members of the tribe entitled thereto, or for their heirs, shall be subject only to the approval of the Secretary of the Interior.

SEC. 8. That all deeds to said Osage lands or any part thereof shall be executed by the principal chief for the Osages, but no such deeds shall be valid until approved by the Secretary of the Interior.

SEC. 9. That there shall be a biennial election of officers for the Osage tribe as follows: A principal chief, an assistant principal chief, and eight members of the Osage tribal council, to succeed the officers elected in the year nineteen hundred and six, said officers to be elected at a general election to be held in the town of Pawhuska, Oklahoma Territory, on the first Monday in June; and the first election for said officers shall be held on the first Monday in June, nineteen hundred and eight, in the manner to be prescribed by the Commissioner of Indian Affairs, and said officers shall be elected for a period of two years, commencing on the first day of July following said election, and in case of a vacancy in the office of principal chief, by death, resignation, or otherwise, the assistant principal chief shall succeed to said office, and all vacancies in the Osage tribal council shall be filled in a manner to be prescribed by the Osage tribal council, and the Secretary of the Interior is hereby authorized to remove from the council any member or members thereof for good cause, to be by him determined.

SEC. 10. That public highways or roads, two rods in width, being one rod on each side of all section lines, in the Osage Indian Reservation, may be established without any compensation therefor.

SEC. 11. That all lands taken or condemned by any railroad company in the Osage Reservation, in pursuance of any Act of Congress or regulation of the Department of the Interior, for rights of way, station grounds, side tracks, stock pens and cattle yards, water stations, terminal facilities, and any other railroad purpose, shall be, and are hereby, reserved from selection and allotment and confirmed in such railroad companies for their use and benefit in the construction, operation, and maintenance of their railroads: *Provided*, That such railroad companies shall not take or acquire hereby any right or title to any oil, gas, or other mineral in any of said lands.

SEC. 12. That all things necessary to carry into effect the provisions of this Act not otherwise herein specifically provided for shall be done under the authority and direction of the Secretary of the Interior.

Approved, June 28, 1906.