# REGULATION TO GOVERN SETTLEMENT OF DAMAGES [illegible] SURFACE OWNERS, OR THEIR LESSEES, CAUSED B[illegible] MINERAL LESSEES IN THE OSAGE RESERVATION, OKLAHOMA, AS PROVIDED BY ACT OF CONGRESS APPROVED MARCH 3, 1921.

1. These regulations shall be supplemental and amendatory of the re[illegible] tions approved August 26, 1915, and all amendments and supplements th[illegible] and are for the further purpose of carrying into effect the provisions of Sec[illegible] of the Act of Congress of March 3, 1921, entitled "An Act to Amend Sec[illegible] of the Act of Congress of June 28, 1906, entitled 'An Act for the division [illegible] lands and funds of the Osage Indians in Oklahoma, and for other purposes.'"

Section 2 of said Act provides as follows:

"Sec. 2. That the bona fide owner or lessee of the surface of the land [illegible] be compensated, under rules and regulations prescribed by the Secretary [illegible] Interior in connection with oil and gas-mining operations, for any damag[illegible] shall accrue after the passage of this Act, as a result of the use of such la[illegible] crops thereon occasioned thereby, but nothing herein contained shall be [illegible] strued to deny to the surface owner or lessee the right to appeal to the [illegible] without the consent of the Secretary of the Interior, in the event he is dissa[illegible] with the amount of damages awarded him."

Approved oil and gas leases provide in part as follows:

"Before commencing operations the lesse shall pay to the surface own[illegible] sum of one hundred dollars for each well located on cultivated land or land [illegible] able for cultivation and thirtyfive dollars for each location on land not sus[illegible] ble to cultivation upon payment of such location site money lessee shall be [illegible] titled to possession. Location sites shall not exceed one and one half acre[illegible] area. Lessee shall also pay ten dollars [illegible] within fifteen days [illegible] used for oil tank not exceeding 1,600 barrels [illegible] feet for each tanksite. The sum to be paid for an oil tanksite of larger capacity and occupying a greater area shall be as agreed upon between the surface owner and the lessee and on failure to agree the same shall be fixed by arbitration.

"During operations the lessee shall pay all damages for the use o[illegible] surface, other than that included in the location and tanksite, all damage[illegible] any growing crops, or any improvements on the lands and all other damages a[illegible] be occasioned by reason of operations. Such damages shall be apportioned among the parties interested in the surface, whether as owner, lessee, or otherwise, as the parties may mutually agree or as their interests may appear. If the parties are unable to agree concerning damages, the same shall be determined by arbitration, but nothing herein contained shall be construed to deny to the surface owner or lessee the right to appeal to the courts without the consent of the Secretary of the Interior, in the event he is dissatisfied with the amount of damages awarded him."

2. Before commencing operations on lands embraced in any approved oil or gas mining lease the mineral lessee shall pay, tender or deposit the proper well location fee as provided in the lease and these regulations, after which such lessee shall be entitled to enter upon the lands covered by the lease for mining purposes. Before commencing operations on any subsequent well on such quarter section the mining lessee shall pay, tender or deposit the proper location fee therefor.

Where the surface owner is a restricted Indian, adult or minor, well loca[illegible] tion fee shall be paid to the Superintendent Osage Agency for such Indian. All

# REGULATION TO GOVERN SETTLEMENT OF DAMAGES [illegible] SURFACE OWNERS, OR THEIR LESSEES, CAUSED B[illegible] MINERAL LESSEES IN THE OSAGE RESERVATION, OKLAHOMA, AS PROVIDED BY ACT OF CONGRESS APPROVED MARCH 3, 1921.

1. These regulations shall be supplemental and amendatory of the r[illegible] tions approved August 26, 1915, and all amendments and supplements th[illegible] and are for the further purpose of carrying into effect the provisions of Sec[illegible] of the Act of Congress of March 3, 1921, entitled "An Act to Amend Sec[illegible] of the Act of Congress of June 28, 1906, entitled 'An Act for the division [illegible] lands and funds of the Osage Indians in Oklahoma, and for other purposes.'[illegible]

Section 2 of said Act provides as follows:

"Sec. 2. That the bona fide owner or lessee of the surface of the land [illegible] be compensated, under rules and regulations prescribed by the Secretary [illegible] Interior in connection with oil and gas-mining operations, for any damage [illegible] shall accrue after the passage of this Act as a result of the use of such la[illegible] crops thereon occasioned thereby, but nothing herein contained shall be [illegible] strued to deny to the surface owner or lessee the right to appeal to the [illegible] without the consent of the Secretary of the Interior, in the event he is dissat[illegible] with the amount of damages awarded him."

Approved oil and gas leases provide in part as follows:

"Before commencing operations the lesse shall pay to the surface owne[illegible] sum of one hundred dollars for each well located on cultivated land or land [illegible] able for cultivation and thirtyfive dollars for each location on land not susc[illegible] ble to cultivation upon payment of such location [illegible] shall [illegible] possession. Location sites shall not exceed one and one-half [illegible] Lessee shall also pay ten dollars [illegible] within the ten days [illegible] used for oil tank of not exceeding 1,600 barrels [illegible] for each tank [illegible] sum to be paid for an oil tank site of larger capacity and occupying a greater area shall be as agreed upon between the surface own[illegible] and the lessee and on failure to agree the same shall be fixed by arbitration."

"During operations the lessee shall pay all damages for the use o[illegible] surface, other than that included in the location and tanksite, all damage[illegible] any growing crops, or any improvements on the lands and all other damages a[illegible] be occasioned by reason of operations. Such damages shall be apportioned among the parties interested in the surface, whether as owner, lessee, or otherwise, as the parties may mutually agree or as their interests may appear. [illegible] parties are unable to agree concerning damages, the same shall be deter[illegible] by arbitration, but nothing herein contained shall be construed to deny [illegible] surface owner or lessee the right to appeal to the courts without the co[illegible] of the Secretary of the Interior, in the event he is dissatisfied with the amoun[illegible] of damages awarded him."

2. Before commencing operations on lands embraced in any approv[illegible] or gas mining lease the mineral lessee shall pay, tender or deposit the prope[illegible] well location fee as provided in the lease and these regulations, after which [illegible] lessee shall be entitled to enter upon the lands covered by the lease for m[illegible] purposes. Before commencing operations on any subsequent well on such qu[illegible] section the mining lessee shall pay, tender or deposit the proper location fee therefor.

Where the surface owner is a restricted Indian, adult or minor, well loca[illegible] tion fee shall be paid to the Superintendent Osage Agency for such Indian. [illegible]

[illegible]

the amount adjudged shall be paid within fifteen days from the receipt of notice thereof; and should an oil or gas lessee fail or neglect to pay an award, then in the discretion of the Superintendent of the Osage Agency, he may be subjected to a penalty of not exceeding $10.00 a day during the period of default. The arbitrators shall make their award in writing and shall set forth the amount of award on each item of damage claimed or on which damages are allowed.

5. On receipt of complaint from any surface owner or his lessee, the Superintendent of Osage Agency after investigation and where action is deemed advisable, shall require any oil or gas lessee to within ten days from receipt of such notice, enclose slush pits, earthen tanks or reservoirs for salt water or B. S. with a substantial four-wire fence and shall maintain same during the time such pits or reservoirs are in use, and this regulation shall apply to slush pits, earthern tanks or reservoirs now in use, as well as to those which may be constructed in the future, provided this regulation shall not apply where the mineral lessee owns the surface of the land covered by his lease or has an agricultural or grazing lease covering the same. Failure to comply with the requirements of this paragraph will subject the lessee to a fine of $5.00 for each day's delay.

6. Surface owners or their lessees of any lands in the Osage claiming damages for salt water or B. S. on their lands shall immediately and within ten days from the date of discovery of such alleged damages communicate with oil or gas lessees or their representatives from whose leases such B. S. or salt water was produced, and such oil or gas lessee shall proceed within ten days from such notice to adjust any claims for such damages in the same manner as provided for settlement of other alleged damages. In cases where oil or gas lessees fail to take [illegible] the matter of such damages claimed with such surface owner or his lessee within ten days therafter, such surface owners or their lessees shall notify the Superintendent of the Osage Agency in writing, who shall thereupon immediately so advise the proper oil or gas lessee, an if action is not taken by him within ten days therafter he shall be subject to fines as in other cases provided in these regulations.

7. Surface owners shall notify their lessees or tenants of these regulations and of the procedure necessary in all cases of alleged damages to crops and oil and gas lessees will in such cases be governed accordingly.

Where surface lessees or tenants represent the surface owner they shall be authorized in writing.

DEPARTMENT OF THE INTERIOR,
Office of Indian Affairs.
October 20, 1921.

The foregoing regulations are respectfully submitted to the Secretary of the Interior with the recommendation that they be approved.

(Signed), CHAS. H. BURKE,
Commissioner of Indian Affairs.

DEPARTMENT OF THE INTERIOR

APPROVED: October 20, 1921.

(Signed), F. M. GOODWIN,
Assistant Secretary.