# FEDERAL REGISTER

THE NATIONAL ARCHIVES OF THE UNITED STATES 1934 LITTERA SCRIPTA MANET

VOLUME 23 NUMBER 93

Washington, Saturday, May 10, 1958


## TITLE 3—THE PRESIDENT

### PROCLAMATION 3238

MOTHER'S DAY, 1958

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

WHEREAS the spirit of motherhood adds strength and grace to the children of men; and

WHEREAS by precept and example the mothers of America have a daily opportunity to shape the lives and destinies of our citizens; and

WHEREAS, in recognition of their place in our homes and in our hearts, we are wont to pay special homage to our mothers on one day of each year; and

WHEREAS the Congress, by a joint resolution approved May 8, 1914 (38 Stat. 770), gave official recognition to this annual observance by designating the second Sunday in May of each year as Mother's Day, and by requesting the President to issue a proclamation calling for the celebration of that day;

NOW, THEREFORE, I, DWIGHT D. EISENHOWER, President of the United States of America, do hereby request the observance of Sunday, the eleventh day of May, 1958, as Mother's Day; and I direct that the flag of the United States be displayed on all Government buildings on that day.

I also call upon the people of the Nation to display the flag at their homes or other suitable places on Mother's Day, as a public demonstration of our esteem for the mothers of our land; and to reaffirm on that day our gratitude for the heritage of love and honor our own mothers have bequeathed to each one of us.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Seal of the United States of America to be affixed.

DONE at the City of Washington this 7th day of May in the year of our Lord nineteen hundred and fifty-eight, and of the Independence of the United States of America the one hundred and eighty-second.

[SEAL]

DWIGHT D. EISENHOWER

By the President:

CHRISTIAN A. HERTER,
*Acting Secretary of State.*

[F. R. Doc. 58-3594; Filed, May 9, 1958; 10:51 a. m.]

### PROCLAMATION 3239

MINNESOTA CENTENNIAL CELEBRATION, 1958

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

WHEREAS the story of Minnesota stirs the imagination and warms the hearts of all who hold our history dear; and

WHEREAS on May 11, 1858, Minnesota added her bright star to the flag of our Nation to become the thirty-second State of the Union; and

WHEREAS the centenary of this richly endowed Commonwealth, celebrated as the "Star of the North", will be commemorated with appropriate ceremonies by its citizens and by the Nation; and

WHEREAS the Congress, by a joint resolution approved May 9, 1958, has authorized and requested the President to issue a proclamation calling upon the people of the United States to celebrate the anniversary of Minnesota's statehood:

NOW, THEREFORE, I, DWIGHT D. EISENHOWER, President of the United States of America, pursuant to the joint resolution of Congress, do hereby call upon the American people to observe Sunday, May 11, 1958, the one hundredth anniversary of the admission of Minnesota into the Union, with ceremonies designed to honor that State and its people.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Seal of the United States of America to be affixed.

DONE at the City of Washington this 9th day of May in the year of our Lord nineteen hundred and fifty-eight, and of the Independence of the United States of America the one hundred and eighty-second.

[SEAL]

DWIGHT D. EISENHOWER

By the President:

CHRISTIAN A. HERTER,
*Acting Secretary of State.*

[F. R. Doc. 58-3593; Filed, May 9, 1958; 10:51 a. m.]

## CONTENTS

### THE PRESIDENT


**Executive Order** — Page

Further extension of the existence of the Quetico-Superior Committee ... 3113

**Proclamations**

Minnesota Centennial Celebration, 1958 ... 3111
Mother's Day ... 3111


### EXECUTIVE AGENCIES


**Agricultural Marketing Service**

Proposed rule making:
- Nonfat dry milk, U. S. standards for grades; extension of time to file data, views, or arguments ... 3133

Rules and regulations:
- Limitations of handling:
  - Lemons grown in California and Arizona ... 3114
  - Oranges, Valencia, grown in Arizona and designated part of California ... 3113

**Agricultural Research Service**

Rules and regulations:
- Animal breeds; recognition of breeds and books of record of purebred animals; pedigree certificate ... 3114

**Agriculture Department**

*See* Agricultural Marketing Service; Agricultural Research Service; Commodity Stabilization Service.

**Atomic Energy Commission**

Notices:
- Issuance of facility licenses:
  - General Dynamics Corp ... 3134
  - General Electric Co ... 3133

Rules and regulations:
- Licensing of production and utilization facilities; filing of applications for licenses, oath or affirmation, number of copies ... 3115

**Civil Aeronautics Administration**

Rules and regulations:
- Civil airways, designation; alterations ... 3115
- Continental control area, control areas, control zones, and reporting points, designation; alterations ... 3118




HeinOnline -- 23 Fed. Reg. 3111 1958

Sec. 5, Lots 8 and 9, E½SW¼NE¼NE¼, and SE¼NE¼NE¼;
Sec. 22, W½NW¼SE¼NE¼, and SW¼SE¼NE¼.
T. 9 N., R. 23 E.
Sec. 31, W½SE¼SW¼.
The area described contains approximately 95 acres.

The areas described in this order total, in the aggregate, approximately 3,164.63 acres.

This order shall be subject to existing withdrawals for other than national forest purposes so far as they affect any of the above-described lands, and shall take precedence over but not otherwise affect the existing reservation of the lands for national forest purposes.

ROGER ERNST,
*Assistant Secretary of the Interior.*

MAY 6, 1958.

[F. R. Doc. 58-3521; Filed, May 9, 1958; 8:46 a. m.]

## TITLE 46—SHIPPING

### Chapter I—Coast Guard, Department of the Treasury

Subchapter F—Marine Engineering

[CGFR 58-16]

PART 55—PIPING SYSTEMS AND APPURTENANCES

SUBPART 55.10—PUMPING ARRANGEMENT AND PIPING SYSTEMS

BILGE AND BALLAST PIPING

The requirements in 46 CFR 55.10-25 (c) (1) and 55.10-25 (i) are inconsistent and a request has been made respecting the intent of the regulations governing bilge and ballast piping. 46 CFR 55.10-25 (c) (1) applies to all vessels and requirements for stop-check valves in the machinery space for controlling bilge suctions from various compartments, while 46 CFR 55.10-25 (i) deals with bilge and ballast piping for Great Lakes' cargo vessels and permits a common bilge and ballast line for cargo spaces on Great Lakes' vessels, which would preclude the use of stop-check valves for controlling the bilge suctions from these compartments. Bilge and ballast valving arrangements employing stop valves in the manifold in lieu of stop-check valves are the generally accepted practice on Great Lakes' cargo vessels. The amendment in this document to 46 CFR 55.10-25 (c) (1) eliminates this apparent inconsistency in the requirements.

Because this amendment to 46 CFR 55.10-25 (c) (1) is in the nature of an editorial clarification which does not impose any additional requirements, it is hereby found that compliance with the Administrative Procedure Act respecting notice of proposed rule making, public rule making procedures thereon, and effective date requirements, is unnecessary.

By virtue of the authority vested in me as Commandant, United States Coast Guard, by Treasury Department Orders 120, dated July 31, 1950 (15 F. R. 6521), 167-14, dated November 26, 1954 (19 F. R. 8026), and CGFR 56-28, dated July 24, 1956 (21 F. R. 5659), to promulgate regulations in accordance with the statutes cited with the regulation below, the following amendment to 46 CFR 55.10-25 (c) (1) is prescribed and shall become effective upon the date of publication of this document in the FEDERAL REGISTER:

§ 55.10-25 *Bilge and ballast piping.* * * *

(c) (1) Bilge suctions shall be led from manifolds, which shall be controlled above the floor plating in the compartments in which they are located, and shall be easily accessible at all times. Except as otherwise permitted by paragraph (i) of this section for Great Lakes' cargo vessels employing a common bilge and ballast system for the cargo spaces, valves in the machinery space controlling bilge suctions from various compartments shall be of the stop-check type.

(R. S. 4405, as amended, 4462, as amended, 46 U. S. C. 375, 416. Interprets or applies R. S. 4399, as amended, 4400, as amended, 4417, as amended, 4417a, as amended, 4418, as amended, 4421, as amended, 4426-4431, as amended, 4433, as amended, 4434, as amended, 4453, as amended, 4491, as amended, sec. 14, 29 Stat. 690, as amended, 41 Stat. 305, as amended, 49 Stat. 1544, as amended, secs. 2, 3, 17, 54 Stat. 1028, as amended, 347, as amended, 166, as amended, sec. 3, 68 Stat. 675; 46 U. S. C. 361, 362, 391, 391a, 392, 399, 404-409, 411, 412, 435, 489, 366, 363, 367, 526p, 1333, 463a, 50 U. S. C. 198; E. O. 10402, 17 F. R. 9917, 3 CFR, 1952 Supp.)

Dated: May 5, 1958.

[SEAL] J. A. HIRSHFIELD,
*Rear Admiral, U. S. Coast Guard, Acting Commandant.*

[F. R. Doc. 58-3537; Filed, May 9, 1958; 8:49 a. m.]

# PROPOSED RULE MAKING

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

[25 CFR Parts 171, 172, 173, 174, 183, 184]

OVERRIDING ROYALTIES ON GAS AND OIL LEASES

NOTICE OF PROPOSED RULE MAKING

MAY 6, 1958.

Notice is hereby given of intention to add new paragraphs to Parts 171, 172, 173, 174, 183, and 184, Title 25 of the Code of Federal Regulations, to read as set forth below. The purpose of these additions is to permit the payment of overriding royalties on oil and gas leases on Indian tribal and allotted lands.

All interested persons are hereby given the opportunity to submit in writing views, data, and arguments concerning the proposed additions, to the Commissioner of Indian Affairs, Department of the Interior, Washington 25, D. C., within 30 days of the date of publication of this notice in the FEDERAL REGISTER.

ROGER ERNST,
*Assistant Secretary of the Interior.*

1. Section 171.26 is amended to change the caption and to add a new paragraph identified as (d), as follows:

§ 171.26 *Assignments and overriding royalties.* * * *

(d) An agreement creating overriding royalties or payments out of production on oil and gas leases shall be subject to the condition that nothing in the agreement or the approval thereof by the Secretary of the Interior shall be construed as modifying any of the obligations of the lessee, including, but not limited to, obligations for diligent development and operation, protection against drainage, compliance with the oil and gas operating regulations (30 CFR Part 221), and the requirement for departmental approval before abandonment of any well, all such obligations to remain in full force and effect, the same as if free of any such royalties or payments.

2. Section 172.22 is amended to change the caption and to add a new paragraph identified as (d), as follows:

§ 172.22 *Assignments and overriding royalties.* * * *

(d) An agreement creating overriding royalties or payments out of production on oil and gas leases under this part shall be subject to the provisions of § 171.26 (d) of this subchapter, or as hereafter amended.

3. Section 173.21 is amended to change the caption and to add a new paragraph identified as (d), as follows:

§ 173.21 *Assignments and overriding royalties.* * * *

(d) An agreement creating overriding royalties or payments out of production on oil and gas leases under this part shall be subject to the provisions of § 171.26 (d) of this subchapter, or as hereafter amended.

4. Section 174.38 is amended to change the caption, to designate the existing text as paragraph (a) and to add a new paragraph identified as (b), as follows:

§ 174.38 *Assignments and overriding royalties.* * * *

(b) An agreement creating overriding royalties or payments out of production on oil and gas leases under this part shall be subject to the provisions of § 171.26 (d) of this subchapter, or as hereafter amended.

HeinOnline -- 23 Fed. Reg. 3132 1958

5. Section 183.46 is amended by the addition of a new paragraph reading as follows:

§ 183.46 *Approval of lease instruments.* * * *

(d) *Overriding royalties.* An agreement creating overriding royalties or payments out of production shall be subject to the condition that nothing in the agreement or the approval thereof by the Superintendent shall be construed as modifying any of the obligations of the lessee, including, but not limited to, obligations for diligent development and operations, protection against drainage, compliance with the oil and gas operating regulations (30 CFR Part 221), and the requirement for departmental approval before abandonment of any well, all such obligations to remain in full force and effect, the same as if free of any such royalties or payments.

6. Section 184.26 is amended to change the caption, to designate the existing text as paragraph (a) and to add a new paragraph identified as (b), as follows:

§ 184.26 *Assignments and overriding royalties.* * * *

(b) An agreement creating overriding royalties or payments out of production shall be subject to the condition that nothing in the agreement or the approval thereof by the Secretary of the Interior shall be construed as modifying any of the obligations of the lessee, including, but not limited to, obligations for diligent development and operation, protection against drainage, compliance with the oil and gas operating regulations (30 CFR Part 221), and the requirement for departmental approval before abandonment of any well, all such obligations to remain in full force and effect, the same as if free of any such royalties or payments.

[F. R. Doc. 58-3522; Filed, May 9, 1958; 8:46 a. m.]

## Bureau of Land Management

### [ 43 CFR Part 192 ]

OIL AND GAS LEASES

OVERRIDING ROYALTIES

Notice is hereby given that, pursuant to the authority vested in the Secretary of the Interior by the act of February 25, 1920 (41 Stat. 437; 30 U. S. C. sec. 181, et seq.), as amended and supplemented, it is proposed to revise 43 CFR 192.83 as hereinafter set forth.

Interested parties may submit in triplicate written comments, suggestions, or objections with respect to the proposed amendment to the Director, Bureau of Land Management, Washington 25, D. C., within 30 days from the date of publication hereof in the FEDERAL REGISTER.

Dated: May 6, 1958.

ROGER ERNST,
*Assistant Secretary of the Interior.*

Section 192.83 is revised to read as follows:

§ 192.83 *Overriding royalties.* An agreement creating overriding royalties or payments out of production shall be subject to the condition that nothing in the agreement or the approval thereof by the Secretary of the Interior shall be construed as modifying any of the obligations of the lessee, including, but not limited to, obligations for diligent development and operation, protection against drainage, compliance with oil and gas operating regulations (30 CFR Part 221), and the requirement for Departmental approval before abandonment of any well, all such obligations to remain in full force and effect, the same as if free of any such royalties or payments.

[F. R. Doc. 58-3523; Filed, May 9, 1958; 8:46 a. m.]

## FEDERAL COMMUNICATIONS COMMISSION

### [ 47 CFR Part 3 ]

[Docket No. 12011]

TELEVISION BROADCAST STATIONS (CARBONDALE-HARRISBURG, ILL.)

ORDER EXTENDING TIME FOR FILING OPPOSITIONS TO PETITION FOR RECONSIDERATION

In the matter of amendment of § 3.606, *Table of assignments,* Television Broadcast Stations (Carbondale-Harrisburg, Illinois).

1. The Commission has before it for consideration a petition filed on May 1, 1958, by Indiana Broadcasting Corporation, licensee of Station WISH-TV at Indianapolis, Indiana, requesting the Commission to extend the time for filing oppositions to a Petition for Reconsideration or Rehearing filed in the above-mentioned proceeding on April 24, 1958, by Hoyt B. Wooten, d/b as WREC Broadcasting Service, licensee of Station WREC-TV, Memphis, Tennessee, from May 7, 1958, to May 26, 1958.

2. In support of its request, petitioner states that WREC Broadcasting Service's petition raises a number of detailed engineering questions which require thorough study before it can determine its position with respect thereto; that the additional time requested is needed to make this study because petitioner's consulting engineer has been out of town continuously since the WREC petition was filed and is not expected to return to his office until May 5, 1958; and that its officials have been in Los Angeles for the National Association of Broadcasters' convention since the petition was filed and will not be available for consultation about the matter until after May 5, 1958. Indiana Broadcasting also states that counsel for WREC Broadcasting Service has advised that he consents to the grant of this request for extension of time.

3. The Commission is of the view that the public interest, convenience and necessity would be served by extending the time for filing oppositions to the above-mentioned petition.

4. In view of the foregoing: *It is ordered,* That the time for filing oppositions to the above-mentioned Petition for Reconsideration or Rehearing of WREC Broadcasting Service is extended from May 7, 1958, to May 26, 1958.

Adopted: May 6, 1958.

Released: May 6, 1958.

FEDERAL COMMUNICATIONS COMMISSION,
[SEAL] MARY JANE MORRIS,
*Secretary.*

[F. R. Doc. 58-3540; Filed, May 9, 1958; 8:50 a. m.]

## DEPARTMENT OF AGRICULTURE

### Agricultural Marketing Service

### [ 7 CFR Part 58 ]

UNITED STATES STANDARDS FOR GRADES OF NONFAT DRY MILK

EXTENSION OF TIME

A notice of proposed revision of the United States Standards for Grades of Nonfat Dry Milk was published in the FEDERAL REGISTER on April 10, 1958 (23 F. R. 2349), giving interested parties 30 days in which to file written data, views, or arguments.

Notice is given that the time in which to file the aforesaid data, views, or arguments is hereby extended to May 15, 1958.

Done at Washington, D. C., this 6th day of May 1958.

[SEAL] ROY W. LENNARTSON,
*Deputy Administrator, Agricultural Marketing Service.*

[F. R. Doc. 58-3534; Filed, May 9, 1958; 8:48 a. m.]

# NOTICES

## ATOMIC ENERGY COMMISSION

[Docket 50-18]

GENERAL ELECTRIC CO.

NOTICE OF ISSUANCE OF FACILITY LICENSE AMENDMENT

Please take notice that no request for a formal hearing having been filed following the filing of notice of the proposed action with the Federal Register Division on April 17, 1958, the Atomic Energy Commission has issued to General Electric Company Amendment No. 3 to its License DPR-1. The notice was published in the FEDERAL REGISTER on April 19, 1958, 23 F. R. 2622.

Dated at Germantown, Md., this 3d day of May 1958.

For the Atomic Energy Commission.

H. L. PRICE,
*Director, Division of Licensing and Regulation.*

[F. R. Doc. 58-3515; Filed, May 9, 1958; 8:45 a. m.]

HeinOnline -- 23 Fed. Reg. 3133 1958