# FEDERAL REGISTER

VOLUME 31 • NUMBER 190

Friday, September 30, 1966 • Washington, D.C.

Pages 12765–12828

**Agencies in this issue—**

The President
Agricultural Stabilization and Conservation Service
Atomic Energy Commission
Civil Aeronautics Board
Civil Service Commission
Commerce Department
Consumer and Marketing Service
Federal Aviation Agency
Federal Communications Commission
Federal Housing Administration
Federal Reserve System
Federal Trade Commission
Fish and Wildlife Service
General Services Administration
Immigration and Naturalization Service
Indian Affairs Bureau
Internal Revenue Service
Interstate Commerce Commission
Land Management Bureau
Maritime Administration
National Bureau of Standards
Post Office Department
Public Contracts Division
Securities and Exchange Commission

**Detailed list of Contents appears inside.**



HeinOnline -- 31 Fed. Reg. 12765 1966

# Proposed Rule Making

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

### [ 25 CFR Part 183 ]

### LEASING OF OSAGE RESERVATION LANDS FOR OIL AND GAS MINING

### Shutdown, Abandonment and Plugging of Wells

*Basis and Purpose.* Notice is hereby given that pursuant to the authority vested in the Secretary of the Interior by section 3 of the Act of June 28, 1906 (34 Stat. 539-543) it is proposed to revise 25 CFR 183.81, to revoke §§ 183.82, 183.83, and 183.84, and to revise § 183.91 (a)(10) to conform therewith. The purpose of the revision and repeal of the cited sections is to simplify the regulations concerning shutdown, abandonment, and plugging of oil and gas wells and provide for payment of fees for the plugging of a well.

It is the policy of the Department of the Interior, wherever practicable, to afford the public an opportunity to participate in the rule making process. Accordingly, interested persons may submit written comments, suggestions, or objections with respect to the proposed amendment and repeal of certain sections to the Commissioner of Indian Affairs, Department of the Interior, Washington, D.C. 20242, within 30 days of publication of this notice in the FEDERAL REGISTER.

The proposed amendments in the cited rules are as follows:

1. Section 183.81 is revised to read as follows:

**§ 183.81 Shutdown, abandonment, and plugging of wells.**

No productive well shall be abandoned until its lack of capacity for further profitable production of oil or gas has been demonstrated to the satisfaction of the Superintendent. Lessee therefore shall not shut down, abandon, or otherwise discontinue the operation or use of any well without the written approval of the Superintendent or his designated representative. All applications for such approval shall be submitted to the Superintendent on forms furnished by him.

(a) Application for authority to shut down or discontinue use or operation of a well shall set forth justification therefor and probable duration, the means by which the well bore is to be protected, and the contemplated eventual disposition of the well. The method of conditioning such well shall be subject to the approval of the Inspector.

(b) Wells to be permanently abandoned shall be promptly plugged as prescribed by the Inspector. Applications to plug shall set forth reasons for plugging; a detailed statement of the proposed work including kind, location, and length of plugs (by depth), plans for mudding and cementing, testing, parting and removing casing; and any other pertinent information: *Provided,* The Superintendent, or his designated representative, may give oral permission and instructions pending receipt of a written application to plug a newly drilled hole. Lessee shall remit a fee of $15 with each written application for authority to plug a well, such fee to be refunded if permission is not granted.

(c) Lessee shall plug and fill all dry or abandoned wells in a manner to confine the fluid in each formation bearing fresh water, oil, gas, and other minerals, and to protect it against invasion of fluids from other sources. Mud-laden fluid, cement, and other plugs shall be used to fill the hole from bottom to top: *Provided,* If a satisfactory agreement is reached between Lessee and the surface owner, subject to approval of the Superintendent, Lessee may condition the well for use as a fresh water well and shall so indicate on the plugging record. The manner in which plugging materials shall be introduced and the type of materials so used shall be subject to the approval of the Inspector. Within 10 days after plugging, Lessee shall file with the Superintendent a complete report of the plugging of each well. When any well is plugged and abandoned Lessee shall, within 90 days, clean up the premises around such well to the satisfaction of the Superintendent or his authorized representative: *Provided,* That the 90-day period may be extended a reasonable time in the discretion of the Superintendent.

(d) In event Lessee shall fail to plug properly any dry or abandoned well in accordance with these regulations, the Superintendent may, after 5 days' notice to the parties in interest, plug such well at the expense of Lessee or his surety plus an additional 25 percent to cover administrative costs.

**§§ 183.82–183.84 [Revoked]**

2. Sections 183.82, 183.83, and 183.84 are superseded by the amendment in item 1 above, and are revoked.

3. Section 183.91(a)(10) is revised to read as follows:

**§ 183.91 Amount of penalties.**

* * * * *

(a) * * *

(10) For failure to file plugging reports as required by § 183.81 and for failure to file reports, and remit royalties required by § 183.45, $5 a day for the first violation and $10 a day for each violation thereafter.

* * * * *

HARRY R. ANDERSON,
*Assistant Secretary of the Interior.*

SEPTEMBER 26, 1966.

[F.R. Doc. 66-10656; Filed, Sept. 29, 1966; 8:45 a.m.]

## DEPARTMENT OF LABOR

### Division of Public Contracts

### [ 41 CFR Part 50-204 ]

### RADIATION SAFETY AND HEALTH STANDARDS

### Application in Alabama

The State of Alabama has recently entered into an agreement with the Atomic Energy Commission (31 F.R. 10644) pursuant to section 274(b) of the Atomic Energy Act of 1954, as amended (42 U.S.C. 2021(b)). This agreement makes that State's program for control of radiation sources effective pursuant to 41 CFR 50-204.320(c)(1) (31 F.R. 1075) and eligible for a determination pursuant to 41 CFR 50-204.320(c)(2) that such program is currently compatible with the requirements of the Department of Labor's safety and health standards for Federal supply contracts (41 CFR Part 50-204).

This agreement brings into compliance with 41 CFR Part 50-204 any employer in Alabama who possesses or uses source material, byproduct material, or special nuclear material, as defined in the Atomic Energy Act of 1954, as amended (42 U.S.C. 2011 et seq.), and has registered such sources with the State of Alabama, or is operating under a license issued by the State of Alabama, and in accordance with the requirements of Alabama's laws and regulations, insofar as his possession and use of such material is concerned, unless the Secretary of Labor after conference with the Atomic Energy Commission, shall determine that the State's program for control of these radiation sources is incompatible with the requirements of 41 CFR Part 50-204. No such determination has been made.

This agreement shall also be deemed to bring into compliance with 41 CFR Part 50-204 any employer who possesses or uses radiation sources other than source material, byproduct material, or special nuclear material, as defined in the Atomic Energy Act of 1954, as amended (42 U.S.C. 2011 et seq.), insofar as his possession and use of such material is concerned, if he has registered such sources with the State of Alabama, or is



HeinOnline -- 31 Fed. Reg. 12794 1966