4-28-94
Vol. 59 No. 81

Thursday
April 28, 1994

# federal register

**Briefing on How To Use the Federal Register**
For information on briefing in Washington, DC, see announcement on the inside cover of this issue.

**DEPARTMENT OF THE INTERIOR**

**Bureau of Indian Affairs**

**25 CFR Part 226**

**RIN 1076–AC09**

## Leasing of Osage Reservation Lands for Oil and Gas Mining

April 8, 1994.

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Final rule.

**SUMMARY:** The Bureau of Indian Affairs (BIA) amends the regulations contained in the Code of Federal Regulations to eliminate premium, bonus, or other like payments from consideration in the calculation of the royalty price for crude oil in Osage County, Oklahoma.

**EFFECTIVE DATE:** May 31, 1994.

**FOR FURTHER INFORMATION CONTACT:** Gordon Jackson, Superintendent, Osage Agency, Bureau of Indian Affairs, Pawhuska, Oklahoma 74056, telephone (918) 287–1032.

**SUPPLEMENTARY INFORMATION:** The purpose of this final rule is to amend 25 CFR 226.11(a)(2) to eliminate premium, bonus, or other like payments from consideration in the calculation of the royalty price for crude oil in Osage County.

Prior to amendment the regulations were the subject of administrative appeals by numerous oil producers over the meaning of: "and settlement shall be based on the highest of the bona fide selling price, posted or offered price by a major purchaser (as defined in Sec. 226.1(h) of this Part) in Osage County, who purchases production from Osage oil leases." The Bureau of Indian Affairs has interpreted that language to mean that when a higher price is offered and paid for crude oil in Osage County, that price shall be used for royalty computation for all oil of the same quality sold in the county. However, there is reason to believe that this interpretation has discouraged purchasers from offering bonus prices.

The Interior Board of Indian Appeals (IBIA) issued its decision in favor of the producers on February 5, 1993, in *Okie Crude Co., et al.* v. *Muskogee Area Director, Bureau of Indian Affairs*, IBIA 92–18–A, et al. The IBIA concluded that the then existent regulations required a producer to pay royalty on the highest price available to that producer, whether or not that producer actually received that price. Prices not available to a producer would not be used to calculate royalties due from that producer. This final rule eliminates the language that caused the differences in interpretation that led to the appeals to the IBIA.

This rule was published as a proposed rule on November 5, 1993 (58 FR 59142). The last day for public comment was January 4, 1994. No comments were received.

It is the consensus of the BIA and the Osage Tribal Council that this amendment to 25 CFR 226.11(a)(2) will create a positive economic benefit in the form of increased royalty income to the Osage headright holders. This rule change removes the existing disincentive to purchasers to remain in Osage County resulting from bonus payments paid to some producers but not all. The producers in Osage County will now have incentive to receive bonus payments, which will increase mineral activity in the Osage mineral estate.

The Department of the Interior has determined that this rule is not a significant regulatory action under Executive Order 12866, and therefore will not be reviewed by the Office of Management and Budget. In addition, the Department of the Interior has determined that this rule will not have a significant economic effect on a substantial number of small entities under the Regulatory Flexibility Act (5 U.S.C. 601, et seq.). The amendment may cause small producers to pool their oil production in an effort to secure bonus or premium pay. However, under the amended rule they will not be penalized for premium pay to other lessee/producers.

In accordance with the Executive Order 12630, the Department has determined that this rule does not have significant takings implications.

In accordance with Executive Order No. 12612, the Department has determined that this rule does not have significant federalism effects.

The Department has certified to the Office of Management and Budget that these final regulations meet the applicable standards provided in Sections 2(a) and 2(b)(2) of Executive Order 12778.

The Department of the Interior has determined that this final rule does not constitute a major Federal action significantly affecting the quality of the human environment and that no detailed statement is required pursuant to the National Environmental Policy Act of 1969.

The information collections contained in 25 CFR Part 226 are required by the Secretary, Department of the Interior, and are necessary to comply with the requirements of Office of Management and Budget (OMB) Circular No. A–102. The Standard Form 424 and attachments prescribed by such circular are approved by OMB under 44 U.S.C. 3501, et seq. (1982) and assigned approval number 0348–0006. These sections describe the types of information that would satisfy the requirements of Circular A–102. The information will be utilized in leasing of Osage lands for oil and gas mining. Response is mandatory.

William Haney, Field Solicitor, was the primary author of this document. For further information contact Gordon Jackson, Superintendent, Osage Agency, at (918) 287–1032.

**List of Subjects in 25 CFR Part 226**

Indian-lands, Mineral resources, Mines, Oil and gas exploration.

**Words of Issuance:**

For the reasons set out in the preamble, part 226 of chapter I, title 25 of the Code of Federal regulations is amended as set forth below.

## PART 226—LEASING OF OSAGE RESERVATION LANDS FOR OIL AND GAS MINING

1. The authority citation for 25 CFR Part 226 continues to read as follows:

**Authority:** Sec. 3, 34 Stat. 543; secs. 1, 2, 45 Stat. 1478; sec. 3, 52 Stat. 1034, 1035; sec. 2(a), 92 Stat. 1660.

2. Section 226.11(a)(2) is revised to read as follows:

**§ 226.11 Royalty payments.**

(a) * * * * *.

(2) Unless the Osage Tribal Council, with approval of the Secretary, shall elect to take the royalty in kind, payment is owing at the time of sale or removal of the oil, except where payments are made on division orders, and settlement shall be based on the actual selling price, but at not less than the highest posted price by a major purchaser (as defined in § 226.1(h)) in Osage County, Oklahoma, who purchases production from Osage oil leases.

* * * * *

**Ada E. Deer,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 94–10120 Filed 4–26–94; 8:45 am]

BILLING CODE 4310–02–P

HeinOnline -- 59 Fed. Reg. 22104 1994

# code of federal regulations

# Indians

# 25

Revised as of April 1, 1995

CONTAINING
A CODIFICATION OF DOCUMENTS
OF GENERAL APPLICABILITY
AND FUTURE EFFECT

AS OF APRIL 1, 1995

*With Ancillaries*

Published by
the Office of the Federal Register
National Archives and Records
Administration

as a Special Edition of
the Federal Register

thereafter as the minerals specified are produced in paying quantities.

[43 FR 8136, Feb. 28, 1978. Redesignated at 47 FR 13327, Mar. 30, 1982]

**§226.11 Royalty payments.**

(a) *Royalty on oil*—(1) *Royalty rate.* Lessee shall pay or cause to be paid to the Superintendent, as royalty, the sum of not less than 16⅔ percent of the gross proceeds from sales after deducting the oil used by Lessee for development and operation purposes on the lease: *Provided,* That when the quantity of oil taken from all the producing wells on any quarter-section or fraction thereof, according to the public survey, during any calendar month is sufficient to average one hundred or more barrels per active producing well per day the royalty on such oil shall be not less than 20 percent. The Osage Tribal Council may, upon presentation of justifiable economic evidence by Lessee, agree to a revised royalty rate subject to approval by the Superintendent, applicable to additional oil produced from a lease or leases by enhanced recovery methods, which rate shall not be less than 12½ percent of the gross proceeds from sale of oil produced by enhanced recovery processes, other than gas injection, after deducting the oil used by Lessee for development and operating purposes on the lease or leases.

(2) Unless the Osage Tribal Council, with approval of the Secretary, shall elect to take the royalty in kind, payment is owing at the time of sale or removal of the oil, except where payments are made on division orders, and settlement shall be based on the actual selling price, but at not less than the highest posted price by a major purchaser (as defined in §226.1(h)) in Osage County, Oklahoma, who purchases production from Osage oil leases.

(3) *Royalty in kind.* Should Lessor, with approval of the Secretary, elect to take the royalty in kind, Lessee shall furnish free storage for royalty oil for a period not to exceed 60 days from date of production after notice of such election.

(b) *Royalty on gas*—(1) *Oil Lease.* All casinghead gas shall belong to the oil Lessee subject to any rights under existing gas leases. All casinghead gas removed from the lease from which it is produced shall be metered unless otherwise approved by the Superintendent and be subject to a royalty of not less than 16⅔ percent of the market value of the gas and all products extracted therefrom, less a reasonable allowance for manufacture or processing. If an oil Lessee supplies casinghead gas produced from one lease for operation and/or development of other leases, either his/hers or others, a royalty of not less than 16⅔ percent shall be paid on the market value of all casinghead gas so used. All casinghead gas not utilized by the oil Lessee may, with the approval of the Superintendent, be utilized or sold by the gas Lessee, subject to the prescribed royalty of not less than 16⅔ percent of the market value.

(2) *Gas lease.* Lessee shall pay a royalty of not less than 16⅔ percent of the market value value of all natural gas and products extracted therefrom produced and sold from his lease. Natural gas used in the reasonable and prudent operation and development of said lease shall be exempted from royalty payment.

(3) *Combination oil and gas lease.* Lessee shall pay royalty as provided in paragraphs (b) (1) and (2) of this section.

(c) *Minimum royalty.* In no event shall the royalty paid from producing leases during any year be less than an amount equal to the annual rental specified for the lease. Any underpayment of minimum royalty shall be due and payable within 45 days following the end of the lease year. After the primary term, Lessee shall submit with his payment evidence that the lease is producing in paying quantities. The Superintendent is authorized to determine whether the lease is actually producing in paying quantities or has terminated for lack of such production. Payment for any underpayment not made within the time specified shall be subject to a late charge at the rate of not less than 1½ percent per month for each month or fraction thereof until paid.

[39 FR 22254, June 21, 1974, as amended at 43 FR 8136, Feb. 28, 1978; 43 FR 11815, Mar. 22, 1978. Redesignated at 47 FR 13327, Mar. 30, 1982, and amended at 55 FR 33114, Aug. 14, 1990; 59 FR 22104, Apr. 28, 1994]

## 25 CFR—Continued

57 FR Page

Chapter II

256 Revised .................................... 3105

Chapter III

502 Added .................................... 12392
Effective date corrected .............. 20145

Chapter IV

700.709 (d) revised .......................... 24363

# 1993

## 25 CFR

58 FR Page

Chapter I

11 Revised .................................... 54411
11.301 Redesignated as 12.100 .......... 54411
11.302 Redesignated as 12.101 .......... 54411
11.303 Redesignated as 12.102 .......... 54411
11.304 Redesignated as 12.103 .......... 54411
11.305 Redesignated as 12.104 .......... 54411
11.306 Redesignated as 12.105 .......... 54411
11.401 Corrected .......................... 58729
12 Added; Regulations transferred from part 11 .................... 54431
Authority citation added ............ 54431
12.100 Redesignated from 11.301 ........................................ 54411
12.101 Redesignated from 11.302 ........................................ 54411
12.102 Redesignated from 11.303 ........................................ 54411
12.103 Redesignated from 11.304 ........................................ 54411
12.104 Redesignated from 11.305 ........................................ 54411
12.105 Redesignated from 11.306 ........................................ 54411
262 Added; eff. 6-13-94 .................... 65249

Chapter III

501—519 Designated as Subchapter A; heading added .......... 16493
501 Added .................................... 5810
Technical correction .................... 8449
502 Heading revised ...................... 16494
503 Added .................................... 16495
515 Added .................................... 5815
Technical correction .................... 8449
517 Added .................................... 44448
519 Added .................................... 5810
Technical correction .................... 8449
520—529 Designated as Subchapter B; heading added .......... 16493
522 Added .................................... 5810
Technical correction .................... 8449
522.1 Heading revised .................... 16494
522.2 (h) revised .......................... 16494

## 25 CFR—Continued

58 FR Page

Chapter III —Continued

523 Added .................................... 5812
Technical correction .................... 8449
523.1 Heading revised .................... 16494
524 Added .................................... 5812
Technical correction .................... 8449
530—539 Designated as Subchapter C; heading added .......... 16493
531 Added .................................... 5828
Technical correction .................... 8449
533 Added .................................... 5829
Technical correction .................... 8449
535 Added .................................... 5830
Technical correction .................... 8449
537 Added .................................... 5831
Technical correction .................... 8449
537.1 (b)(1)(vi), (vii), (c)(2)(v) and (vi) revised .............................. 16494
539 Added .................................... 5832
Technical correction .................... 8449
539.1 Revised .............................. 16494
550-558 Designated as Subchapter E; heading added ...................... 16493
556 Added .................................... 5813
Technical correction .................... 8449
556.1 Heading revised .................... 16494
558 Added .................................... 5814
Technical correction .................... 8449
558.1 Heading revised .................... 16494
558.2 (a) designation and (b) removed .................................... 16494
571—577 Designated as Subchapter G; heading added .......... 16493
571 Added .................................... 5842
571.2 Corrected .............................. 8449
Introductory text revised ............ 16494
573 Added .................................... 5844
Technical correction .................... 8449
575 Added .................................... 5844
Technical correction .................... 8449
575.9 (c) revised .......................... 16495
577 Added .................................... 5845
Technical correction .................... 8449

# 1994

## 25 CFR

59 FR Page

Chapter I

11.100 (a) revised .......................... 48722
23 Revised .................................... 2256
36 Authority citation revised ........ 61765
36.3 Amended ............................ 61765
36.10 (a) revised .......................... 61765
36.11 (d) added .......................... 61765
36.20 (d)(1) through (4) added ......... 61765
36.24 (g) added .......................... 61765

## 25 CFR—Continued

59 FR Page

Chapter I—Continued

36.42 Introductory text and (a) revised.....61766
36.61 (a)(1) revised.....61766
36.77 Added.....61766
67 Added.....3291
83 Revised.....9293
113 Removed.....54504
141 Authority citation revised.....54502
141.10 (d) revised.....54502
141.33 (d) revised.....54502
200.12 Added.....43419
216.100—216.111 (Subpart B) Removed.....43419
225 Added; eff. 4-29-94.....14971

## 25 CFR—Continued

59 FR Page

Chapter I—Continued

226.11 (a)(2) revised.....22104
248.6 Revised.....16757

## 1995

(Regulations published from January 1, 1995 through April 1, 1995)

## 25 CFR

60 FR Page

Chapter I

225.30 (d)(5)(ii) corrected.....10474

Chapter VI

Chapter VI Established.....8554

○