# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Electronically filed July 2, 2008<br><br>**No. 99-550 L**<br>**(into which has been consolidated No. 00-169 L)**<br>Judge Emily C. Hewitt |

## ENTRY OF APPEARANCE

Kenneth E. Crump Jr. hereby enters his appearance as attorney of record for the proposed Intervenors, Linda Heskett, Julie Wilson, Jodell Heath, Cora Jean Jech, Anna Kay Price, Chris Hadlock and George Tallchief.

DATED July 2, 2008.

Respectfully submitted,

s/Kenneth E. Crump, Jr.
Kenneth E. Crump Jr., OBA #11803
CRUMP LAW FIRM
400 South Boston Avenue, Suite 1100
Tulsa, OK 74103
(918) 585-3444
(918) 585-3450 Facsimile

ATTORNEYS FOR PROPOSED INTERVENORS