# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: July 2, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Before the court are the proposed intervenors' Motion to Intervene and Amend Complaint and Brief in Support (proposed intervenors' Motion), filed October 15, 2007, and the Entry of Appearance of Kenneth E. Crump Jr. as attorney of record for the proposed intervenors, filed July 2, 2008. On or before Wednesday, July 30, 2008, plaintiffs shall file their response to proposed intervenors' Motion. On or before Wednesday, July 30, 2008, defendant may, if it wishes, file its response to proposed intervenors' Motion. On or before Wednesday, August 13, 2008, the proposed intervenors shall file their reply to plaintiffs' and defendant's responses.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge