# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: July 7, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court is plaintiff's Notice of Withdrawal of Plaintiff Osage Nation's Motion to Compel Bradley D. Brickell to Comply With Subpoena Duces Tecum (plaintiff's Notice), filed July 3, 2008. There is no provision in the Rules of the United States Court of Federal Claims (RCFC) for the filing of this item or for plaintiff to withdraw a motion sua sponte without leave of court. The court construes plaintiff's Notice as a motion for leave to withdraw Plaintiff Osage Nation's Motion to Compel Bradley D. Brickell to Comply With Subpoena Duces Tecum. The court GRANTS plaintiff's motion for leave to withdraw. Plaintiff Osage Nation's Motion to Compel Bradley D. Brickell to Comply With Subpoena Duces Tecum, filed June 5, 2008, is therefore MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge