# In The United States Court of Federal Claims

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: July 11, 2008 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED MOTION TO INTERVENE AND FOR ENLARGEMENT OF TIME**

The proposed Intervenors ("Proposed Intervenors"), personal owners of headright shares of the Osage mineral estate, hereby request this Court grant them leave to file an Amended Motion to Intervene, pursuant to RCFC 24. In support, the Proposed Intervenors state:

1. They have retained new Counsel who entered an appearance in this case on July 2, 2008.

2. According to the Court's existing order regarding briefing on the issue of intervention, Defendant and Plaintiff have until July 30, 2008, to file their responses to the original Motion to Intervene. Proposed Intervenors have until August 13, 2008 to file their reply.

3. Amending the Motion to Intervene may serve to narrow the issues, regarding intervention, to be addressed by the parties and to be decided by the Court. Amendment will also allow the Proposed Intervenors to refine and restate the bases upon which they seek intervention and to refine and restate, in their accompanying proposed complaint, the nature of their claims.

4. Should this Motion be granted, Proposed Intervenors request thirty (30) days, or until August 11, 2008, by which to file their Amended Motion to Intervene with their accompanying proposed complaint.

5. Pursuant to RCFC 6.1, the Proposed Intervenors' counsel has consulted Plaintiff's counsel, William Pipestem, regarding this motion and Mr. Pipestem has advised that Plaintiff consents to it. Intervenor's counsel has also consulted Defendant's counsel, Maureen Rudolph, regarding this motion and she has advised that Defendant consents to it.

6. Furthermore, it is hereby requested that, if the Court grants this Motion, Plaintiff and Defendant be granted thirty (30) days, or until September 10, 2008, by which to respond to Proposed Intervenors' Amended Motion and Proposed Intervenors' be granted fifteen (15) days thereafter, or until September 25, 2008, to file their reply to Plaintiff's and Defendant's responses. The parties have also conferred regarding this briefing schedule and Plaintiff and Defendant consent to it.

**WHEREFORE,** Proposed Intervenors hereby move the Court for an order granting the leave and enlargement of time set forth above.

Respectfully submitted this 11th day of July, 2008.

/s/ Kenneth E. Crump, Jr._______

Crump Law Firm
400 South Boston Avenue, Suite 1100
Tulsa, Oklahoma 74103
Telephone (918) 585-3444
Facsimile (918) 585-3450
ATTORNEY for PROPOSED INTERVENORS
CHRIS HADLOCK, JODELL HEATH,
LINDA HESKETT, CORA JEAN JECH,
ANNA KAY PRICE, GEORGE TALLCHIEF,
AND JULIE WILSON