# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: July 11, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

Before the court is proposed intervenors' Unopposed Motion For Leave to File Amended Motion to Intervene and For Enlargement of Time (proposed intervenors' Motion), filed July 11, 2008. For the reasons contained therein, and because it is unopposed, proposed intervenors' Motion is GRANTED. On or before Monday, August 11, 2008, proposed intervenors shall filed their Amended Motion to Intervene with their accompanying proposed complaint. On or before Monday, September 8, 2008, plaintiffs shall file their response to proposed intervenors' Motion. On or before Monday, September 8, 2008, defendant may, if it wishes, file its response to proposed intervenors' Motion. On or before Monday, September 22, 2008, proposed intervenors shall file their reply to plaintiffs' and defendant's responses.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge