# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: July 23, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

## ORDER

On May 19, 2008 the court issued an order setting a Telephonic Status Conference (TSC) for 11:00 a.m. Eastern Daylight Time on Friday, July 25, 2008 to discuss the progress of the parties in discovery. Order of May 19, 2008. The parties contacted the court by phone on July 23, 2008 to request that the TSC be rescheduled. The TSC shall be rescheduled for Thursday, July 31, 2008 at 10:00 a.m. Eastern Daylight Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge