# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: July 31, 2008)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

On July 31, 2008 at 10:00 a.m. Eastern Daylight Time (EDT), the court held a Telephonic Status Conference (TSC) with the parties to discuss the progress of the parties in discovery. Further to the TSC held on July 31, 2008, the court will hold another TSC on Thursday, August 21, 2008 at 3:30 p.m. EDT. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge