IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant.* | No. 99-550L<br>(into which has been consolidated No. 00-169L)<br>Judge Emily C. Hewitt |

**AFFIDAVIT**

1. I am Chairwoman of the Osage Shareholders Association. It is composed of "legal members" of the tribe who own headrights in its Mineral Estate.

2. I believe that communication with Chief Gray and the Trust team to shareholders has been inadequate to apprise the shareholders of the status of the consolidated cases, the award of damages, and the distribution of damages to shareholders protected by federal law.

3. Neither I, nor any of the named proposed intervenors, have received adequate information about how the first damage award in Tranche One was calculated or how it will be allocated among legal members of the Tribe. We have not been told what issues will be raised in Tranche Two or what other broader damage claims will be decided.

4. There have been breaches of trust by the U.S. in the handling of receipts, disbursements and interest calculation regarding funds of which we shareholders will be beneficiaries.

5. We want to be included in the post-ligation accounting to see that the best methodology possible is agreed to for a pro-rata distribution to the shareholders.

6. We do not want our shareholder interests to be impaired by the U.S. or the Tribe.

No. 99-550L
EXHIBIT B
Bindertek #CLEX

7. We have not seen the latter, but our intervention, while damages are being evaluated in discovery, will assure our interest in the distribution is protected while discussions of common tribal need, attorney fees and other issues that may diminish the damage amount are discussed and decided.

Linda Heskett
LINDA HESKETT

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

The Petitioner, being duly sworn upon oath, states that she has read the foregoing Affidavit and that the facts therein contained are true and correct.

Linda Heskett
LINDA HESKETT

Subscribed and sworn to before me this 11th day of August, 2008.

Notary Public

My Commission Expires:

Notary Public Oklahoma
OKLAHOMA SEAL
DANA THETFORD
MUSKOGEE COUNTY
COMMISSION #06008809
Comm. Exp. 08-31-10