# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: August 21, 2008)

| | |
|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

The court held a telephonic status conference (TSC) with the parties on Thursday, August 21, 2008. Further to the TSC, the court orders that paragraphs 1 and 2 of the court's scheduling order of May 19, 2008 be superceded by the following:

1. With respect to a motion for partial summary judgment on (a) all deposit-lag, excessive-cash-balance, and investment-yield claims for United States fiscal years 1973 to 1992 and (b) all oil-royalty undercollection claims for July 1974 to December 2000:

   a. Formal fact discovery for all claims, including those within as well as those outside the scope of the forthcoming motion for partial summary judgment, shall begin on Monday, May 19, 2008.

   b. Fact discovery, with respect to claims within the scope of the forthcoming motion for partial summary judgment, shall end on or before Tuesday, November 18, 2008. All other fact discovery shall continue.

c. Plaintiff shall file its motion for partial summary judgment, including expert affidavits/reports and Rule 26(a)(2) disclosures, on or before Tuesday, December 2, 2008. The years 1981-1987 will be included in this motion only to the extent that the production of documents by the United States permits. The United States is directed to produce documents on a rolling basis to the greatest practicable extent.

d. Defendant shall file its response to plaintiff's motion for partial summary judgment, including expert affidavits/reports and Rule 26(a)(2) disclosures, on or before Tuesday, January 27, 2009.

e. Plaintiff shall file its reply on support of its motion for partial summary judgment, including expert affidavits/reports and Rule 26(a)(2) disclosures, on or before Tuesday, February 24, 2009.

2. With respect to all other claims, including: (1) oil-royalty undercollection claims before July 1974; (2) deposit-lag and investment-yield claims for periods other than fiscal 1973 to 1992; (3) the disbursement-lag claim previously severed from Tranche One; (4) royalty claims for minerals other than oil for all periods; and (5) all other claims:

a. Fact discovery shall end on or before Tuesday, May 12, 2009.

b. The court will hold a TSC in May of 2009 to discuss further scheduling with regard to these claims.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. <u>See</u> RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge