**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE OSAGE TRIBE OF INDIANS OF OKLAHOMA, | ) | |
| Plaintiff, | ) | Electronically Filed: September 5, 2008 |
| v. | ) | No. 99-550L (into which has been consolidated No. 00-169L) |
| THE UNITED STATES OF AMERICA, | ) | Judge Emily C. Hewitt |
| Defendant. | ) | |

**SUPPLEMENT TO DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO AMENDED MOTION TO INTERVENE**

Defendant hereby supplements its Motion for Enlargement of Time to File Response to Amended Motion to Intervene, filed September 4, 2007, as follows:

1. On September 5, 2008, Kenneth Crump, counsel for the Proposed Intervenors, contacted counsel regarding Defendant's requested extension, and informed counsel that the Proposed Intervenors do not object to the requested extension.

WHEREFORE, Defendant requests that the Court order that the responses of Plaintiff and Defendant to the Amended Motion to Intervene be due on or before September 22, 2008, and order that the Proposed Intervenors' reply brief be due October 6, 2008.

Respectfully submitted this 5th day of September, 2008,

RONALD J. TENPAS
Acting Assistant Attorney General

*<u>/s/ Maureen E. Rudolph</u>*
MAUREEN E. RUDOLPH SD Bar #3176
ANTHONY P. HOANG, FL Bar #798193
ROMNEY PHILPOTT, CO Bar #35112
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663

Washington, D.C. 20044-0663
Tel: (202) 305-0479
Tel: (202) 305-0241
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

ELIZABETH BRANDON
ERICKA THOMPSON
HOLLY CLEMENT
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227