# In the United States Court of Federal Claims

No. 99-550 L
(into which has been consolidated No. 00-169 L)
(E-Filed: September 9, 2008)

THE OSAGE TRIBE OF INDIANS OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ORDER

Before the court are Defendant's First Motion for Enlargement of Time to File Response to Amended Motion to Intervene, and Supplement to Defendant's First Motion for Enlargement of Time to File Response to Amended Motion to Intervene (collectively, Motions). In the Motions, defendant requests an enlargement of time for itself and for plaintiff up to and including September 22, 2008 within which to respond to the Amended Motion for Leave to Intervene and Brief in Support filed by proposed intervenors, and informs the court that the Motions are unopposed.

Based on the representations contained in the Motions, the Motions are GRANTED. Defendant and plaintiff shall file their responses on or before Monday, September 22, 2008. Proposed Intervenors shall file their reply brief on or before Monday, October 6, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge